# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CISCO SYSTEMS, INC. v. ARISTA NETWORKS, INC.
No. 2017-2145

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance:
_____Pro Se  _X_ As counsel for:    Cisco Systems, Inc.

I am, or the party I represent is:  Plaintiff-Appellant

My address and telephone are:
Name:                  Kathleen M. Sullivan
Law firm:              Quinn Emanuel Urquhart & Sullivan, LLP
Address:               51 Madison Avenue, 22nd Floor
City, State and ZIP:   New York, NY 10010
Telephone:             212-849-7000
Fax #:                 212-849-7100
E-mail address:        kathleensullivan@quinnemanuel.com

Statement to be completed by counsel only (select one):

 _X_  I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): October 6, 2005

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____Yes  _X_ No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date: June 27, 2017              /s/ Kathleen M. Sullivan
                                 Signature of Counsel

cc: Counsel of Record (via CM/ECF)

## **PROOF OF SERVICE**

The undersigned hereby certifies that on June 27, 2017, I caused the foregoing ENTRY OF APPEARANCE with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I further certify that I am causing copies of the foregoing to be sent to counsel for Arista at the following email addresses:

    akrishnan@keker.com

    rvannest@keker.com

    bferrall@keker.com

                                          /s/ Kathleen M. Sullivan
                                                Kathleen M. Sullivan