# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

CISCO SYSTEMS, INC.,

                      Plaintiff-Appellant,

        v.                            No. 2017-2145

ARISTA NETWORKS, INC.,

                      Defendant-Appellee.

## CERTIFICATE OF INTEREST

Counsel for Plaintiff-Appellant Cisco Systems, Inc. certifies the following:

**1.** **The full name of every party or amicus represented by me is:**

Cisco Systems, Inc.

**2.** **The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:**

N/A

**3.** **All parent corporations and any publicly held companies that own 10% or more of the stock of the party or amicus curiae represented by me are:**

None.

**4.** **The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or are expected to appear in this court are:**

<u>Quinn Emanuel Urquhart & Sullivan, LLP:</u>  Carl G. Anderson; Todd Anten; Amy H. Candido; Matthew Cannon; Steven C. Cherny (previously of Kirkland & Ellis LLP); Andrew M. Holmes; David A. Nelson; Jason L. Liu; John M. Neukom; Jordan R. Jaffe; Sara E. Jenkins; Peter A. Klivans; Sean S. Pak; Owen Roberts; Kathleen M. Sullivan; Kenneth K. Suh; Lance L. Yang; Mark Y. Tung

<u>Desmarais LLP:</u>  Tom BenGera; Paul A. Bondor; John M. Desmarais; Brian Leary; Tamir Packin; Michael R. Rhodes

<u>Kirkland & Ellis LLP:</u>  Adam R. Alper; Michael W. De Vries; Alan S. Kellman; Joshua L. Simmons; Michael A. Wueste

<u>Morrison & Foerster LLP:</u>  Brian P. Gearing

<u>Covington & Burling LLP:</u>  Phillip H. Warren

<u>Boise, Schiller & Flexner:</u>  Richard A. Feinstein

Dated:  June 27, 2017

Respectfully submitted,

By: /s/ Kathleen M. Sullivan
Kathleen M. Sullivan
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
kathleensullivan@quinnemanuel.com

*Attorney for Plaintiff-Appellant*

## **PROOF OF SERVICE**

The undersigned hereby certifies that on June 27, 2017, I caused the foregoing CERTIFICATE OF INTEREST with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.  I further certify that I am causing copies of the foregoing to be sent to counsel for Arista at the following email addresses:

　　akrishnan@keker.com

　　rvannest@keker.com

　　bferrall@keker.com

　　　　　　　　　　　　　　　　　　/s/ Kathleen M. Sullivan
　　　　　　　　　　　　　　　　　　Kathleen M. Sullivan