# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. 2017-2145

CISCO SYSTEMS, INC.

v.

ARISTA NETWORKS, INC.

## DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent: Arista Networks

Party is (select one):
- ☐ Appellant/Petitioner
- ☒ Appellee/Respondent
- ☐ Cross-Appellant
- ☐ Intervenor

Tribunal appealed from and Case No.: USDC for the N.D. California, Case No. 5:14-cv-5344 (BLF)

Date of Judgment/Order: Dec. 19, 2016

Type of Case: Patent/Copyright

Relief sought on appeal: Affirmance

Relief awarded below (if damages, specify): The district court did not award Cisco any relief.

Briefly describe the judgment/order appealed from: The district court entered judgment in favor of Arista on Cisco's claims of copyright and patent infringement.

Nature of judgment (select one):
- ☒ Final Judgment, 28 USC 1295
- ☐ Rule 54(b)
- ☐ Interlocutory Order (specify type)
- ☐ Other (explain; see Fed. Cir. R. 28(a)(5))

**FORM 26.  Docketing Statement**

Form 26
Rev. 10/16

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued.
If none, please state none.   None.

Brief statement of the issues to be raised on appeal   Whether sufficient evidence supported the jury's verdict, or whether the judgment should be affirmed on alternative grounds.

Have there been discussions with other parties relating to settlement of this case?  ☒ Yes  ☐ No  If "yes," when were the last such discussions?

☐ Before the case was filed below?

☒ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?  ☐ Yes  ☒ No

If they were mediated, by whom?  N/A

Do you believe that this case may be amenable to mediation?  ☐ Yes  ☒ No

Please explain why you believe the case is or is not amenable to mediation.
The parties' previous discussions have not suggested a likelihood of a mediated outcome.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

I certify that I filed this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this

29 day of June 2017

by: ,

(manner of service)

| | |
|---|---|
| Brian Ferrall | /s/ Brian Ferrall |
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Keker, Van Nest & Peters |
| Address | 633 Battery Street |
| City, State, ZIP | San Francisco, CA 94111 |
| Telephone Number | (415) 391-5400 |
| FAX Number | (415) 397-7188 |
| E-mail Address | BFerrall@keker.com |

Reset Fields