*Cisco v. Arista*

**U.S. Court of Appeals for the Federal Circuit No. 2017-2145**

**Attachment to Arista Networks, Inc. Certificate of Interest**

<u>Keker, Van Nest & Peters</u>: Robert Van Nest, Brian Ferrall, David Silbert, Steven Hirsch, Michael Kwun, Ajay Krishnan, Ryan Wong, Elizabeth McCloskey, David Rosen, Eduardo Santacana, Andrea Nill-Sanchez, Ashok Ramani, Katherine Lloyd-Lovett, Nick Marais

<u>Fish & Richardson</u>: Juanita Brooks, Kelly Hunsaker, Lauren Degnan, Michael McKeon, Ruffin Cordell

<u>Wilson Sonsini Goorich & Rosati</u>: Scott A. Sher, Susan Creighton, Bradley Tennis, Jonathan Jacobson, Chul Pak, David Reichenberg

<u>Tensegrity Law Group</u>: Matthew Powers, William Nelson, Paul Ehrlich, Alex Chan, Wanli Chen,

1175016.01