# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CISCO SYSTEMS, INC. _____ v. _____ ARISTA NETWORKS, INC.

No. _____ 2017-2145 _____

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se          ☒ As counsel for:     ARISTA NETWORKS, INC. _____
                                          Name of party

I am, or the party I represent is (select one):

☐ Petitioner     ☒ Respondent     ☐ Amicus curiae     ☐ Cross Appellant

☐ Appellant      ☐ Appellee       ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

Name: _____ Robert Van Nest
Law Firm: _____ Keker, Van Nest & Peters
Address: _____ 633 Battery Street
City, State and Zip: _____ San Francisco, CA 94111
Telephone: _____ (415) 391-5400
Fax #: _____ (415) 397-7188
E-mail address: _____ RVanNest@keker.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party.  I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):     6/29/2001 _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes     ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date _____ June 29, 2016 _____ Signature of pro se or counsel  /s/ Robert Van Nest

cc: _____

Reset Fields

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/Robert Van Nest
Robert Van Nest