# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Cisco Systems, Inc.    v.    Arista Networks, Inc.

No. 2017-2145

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Cisco Systems, Inc.
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: Owen Roberts
Law Firm: Quinn Emanuel Urquhart & Sullivan, LLP
Address: 51 Madison Ave.. 22nd Floor
City, State and Zip: New York, NY 10010
Telephone: 212 849 7000
Fax #: 212 849 7100
E-mail address: owenroberts@quinnemanuel.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 7/7/2017

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date Jul 10, 2017    Signature of pro se or counsel /s/ Owen Roberts

cc: _____

Reset Fields