# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Cisco Systems, Inc.   v.   Arista Networks, Inc.

No. 2017-2145

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☒ As counsel for: Cisco Systems, Inc.
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☒ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

| | |
|---|---|
| Name: | Owen Roberts |
| Law Firm: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Address: | 51 Madison Ave.. 22nd Floor |
| City, State and Zip: | New York, NY 10010 |
| Telephone: | 212 849 7000 |
| Fax #: | 212 849 7100 |
| E-mail address: | owenroberts@quinnemanuel.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 7/7/2017

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☒ Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date Jul 10, 2017   Signature of pro se or counsel /s/ Owen Roberts

cc: _____

Reset Fields

## PROOF OF SERVICE

The undersigned hereby certifies that on July 10, 2017, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Owen Roberts*
Owen Roberts