# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Cisco Systems, Inc.      v.      Arista Networks, Inc.

No.    17-2145

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):     The MathWorks, Inc., SAS Institute Inc., Adobe Systems Inc.,

☐ Pro Se      ☒ As counsel for:    Synopsys, Inc., Oracle Corporation, and Symantec Corporation

Name of party

I am, or the party I represent is (select one):

☐ Petitioner     ☐ Respondent     ☒ Amicus curiae     ☐ Cross Appellant

☐ Appellant     ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☒ Petitioner or appellant     ☐ Respondent or appellee

---

Name:    Peter K. Stris

Law Firm:    Stris & Maher LLP

Address:    725 South Figueroa Street, Suite 1830

City, State and Zip:    Los Angeles, CA 90017

Telephone:    (213) 995-6800

Fax #:    (213) 261-0299

E-mail address:    peter.stris@strismaher.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):    07/07/2003

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date    Sep 22, 2017      Signature of pro se or counsel    /s/ Peter K. Stris

cc:    Counsel of Record (by CM/ECF)