# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Cisco Systems, Inc.    v.    Arista Networks, Inc.

No. 17-2145

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):
- ☐ Pro Se
- ☒ As counsel for: The MathWorks, Inc., SAS Institute Inc., Adobe Systems Inc., Synopsys, Inc., Oracle Corporation, and Symantec Corporation

Name of party

I am, or the party I represent is (select one):
- ☐ Petitioner    ☐ Respondent    ☒ Amicus curiae    ☐ Cross Appellant
- ☐ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):
- ☒ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Dana E. Berkowitz |
| Law Firm: | Stris & Maher LLP |
| Address: | 222 Broadway, Suite 1855 |
| City, State and Zip: | New York, NY 10038 |
| Telephone: | (213) 995-6803 |
| Fax #: | (213) 261-0299 |
| E-mail address: | dana.berkowitz@strismaher.com |

Statement to be completed by counsel only (select one):
- ☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- ☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- ☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 09/26/2017

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date: Sep 26, 2017    Signature of pro se or counsel: /s/ Dana E. Berkowitz

cc: Counsel of Record (by CM/ECF)

Reset Fields