No. 17-2145

# United States Court of Appeals for the Federal Circuit

## CISCO SYSTEMS, INC. v. ARISTA NETWORKS, INC.

### CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rules 29(a) and 47.4, counsel for *amici* certifies that:

1. The full names of the *amici* represented by me are: The MathWorks, Inc., SAS Institute, Inc., Adobe Systems Inc., Synopsys, Inc., Oracle Corporation, and Symantec Corporation.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is: N/A.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the *amici curiae* represented by me are: The Vanguard Group owns 10 percent or more of Synopsys, Inc.'s common stock. None for the other *amici*.

4. The names of all law firms and the partners or associates that appeared for the party or *amici* now represented by me in the trial court or are expected to appear in this Court are: Elizabeth Rogers Brannen, Peter K. Stris, Dana Berkowitz, and Victor O'Connell, Stris & Maher LLP.


Dated: September 26, 2017

/s/ Elizabeth Rogers Brannen
Elizabeth Rogers Brannen
STRIS & MAHER LLP
725 S. Figueroa Street, Suite 1830
Los Angeles, CA 90017
Telephone:  (213) 995-6800
Facsimile:   (213) 261-0299
elizabeth.brannen@strismaher.com

Counsel for *Amici Curiae*

## CERTIFICATE OF SERVICE

I, Elizabeth Rogers Brannen, hereby certify that on September 26, 2017, I electronically filed the foregoing Certificate of Interest with the Clerk of the Court of the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system. Participants who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: September 26, 2017

/s/ Elizabeth Rogers Brannen
Elizabeth Rogers Brannen

Counsel for *Amici Curiae*