NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CISCO SYSTEMS, INC.,**
*Plaintiff-Appellant*

**v.**

**ARISTA NETWORKS, INC.,**
*Defendant-Appellee*

———————————

2017-2145

———————————

Appeal from the United States District Court for the Northern District of California in No. 5:14-cv-05344-BLF, Judge Beth Labson Freeman.

———————————

**ON MOTION**

———————————

**O R D E R**

Arista Networks, Inc. moves to extend by sixty days, to December 22, 2017, the time to file its response brief. Cisco Systems, Inc. opposes the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                         CISCO SYSTEMS, INC. v. ARISTA NETWORKS, INC.


FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31