NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CISCO SYSTEMS, INC.,**
*Plaintiff - Appellant*

v.

**ARISTA NETWORKS, INC.,**
*Defendant - Appellee*

---

17-2145

---

Appeal from the United States District Court for the Northern District of California in case no. 5:14-cv-05344-BLF United States District Judge Beth Labson Freeman

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the Appellant, Cisco Systems, Inc.'s unopposed motion to extend time to file reply brief until February 05, 2018,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

December 19, 2017             /s/ Peter R. Marksteiner
                              Peter R. Marksteiner
                              Clerk of Court