# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CISCO SYSTEMS, INC.    v.    ARISTA NETWORKS, INC.

No. 2017-2145

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):
- ☐ Pro Se
- ☒ As counsel for: Electronic Frontier Foundation
      Name of party

I am, or the party I represent is (select one):
- ☐ Petitioner   ☐ Respondent   ☒ Amicus curiae   ☐ Cross Appellant
- ☐ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):
- ☐ Petitioner or appellant   ☒ Respondent or appellee

| | |
|---|---|
| Name: | Michael Barclay |
| Law Firm: | Electronic Frontier Foundation |
| Address: | 815 Eddy Street |
| City, State and Zip: | San Francisco, CA 94109 -7701 |
| Telephone: | (415) 436-9333 |
| Fax #: | (415) 436-9993 |
| E-mail address: | michael@eff.org |

Statement to be completed by counsel only (select one):
- ☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- ☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- ☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 09/26/1986

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):  ☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  December 21, 2017    Signature of pro se or counsel  /s/ Michael Barclay

cc: _____

Reset Fields

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2017, I caused copies of the foregoing to be served by electronic means via the Court's CM/ECF system on all counsel registered to receive electronic notices.

    /s/ Michael Barclay
    Michael Barclay

    ELECTRONIC FRONTIER FOUNDATION
    815 Eddy Street
    San Francisco, CA 94109-7701
    Tel: (415) 436-9333
    Fax: (415) 436-9993
    michael@eff.org