# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CISCO SYSTEMS, INC.    v.    ARISTA NETWORKS, INC.

No. 2017-2145

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: Electronic Frontier Foundation
                                           Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☒ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☒ Respondent or appellee

| | |
|---|---|
| Name: | Vera Ranieri |
| Law Firm: | Electronic Frontier Foundation |
| Address: | 815 Eddy Street |
| City, State and Zip: | San Francisco, CA 94109 -7701 |
| Telephone: | (415) 436-9333 |
| Fax #: | (415) 436-9993 |
| E-mail address: | vera@eff.org |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 08/16/2011

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date December 21, 2017     Signature of pro se or counsel /s/ Vera Ranieri

cc: All Counsel of record via CM/ECF.

Reset Fields

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2017, I caused copies of the foregoing to be served by electronic means via the Court's CM/ECF system on all counsel registered to receive electronic notices.

           /s/ Vera Ranieri
           Vera Ranieri

           ELECTRONIC FRONTIER FOUNDATION
           815 Eddy Street
           San Francisco, CA 94109-7701
           Tel: (415) 436-9333
           Fax: (415) 436-9993
           vera@eff.org