# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Cisco Systems, Inc.    v.    Arista Networks, Inc.

No. 2017-2145

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Copyright Law Professor Pamela Samuelson
Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☒ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☒ Respondent or appellee

| | |
|---|---|
| Name: | Robert Walker |
| Law Firm: | Samuelson Law, Technology & Public Policy Clinic |
| Address: | 334 Boalt Hall (North Addition) |
| City, State and Zip: | Berkeley, CA 94720 |
| Telephone: | 510-664-4875 |
| Fax #: | 510-643-4625 |
| E-mail address: | rwalker@clinical.law.berkeley.edu |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):  Oct. 18, 2017

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):  ☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  Dec. 19, 2017    Signature of pro se or counsel  /s/ Robert Walker

cc: _____

Reset Fields

# United States Court of Appeals for the Federal Circuit

*Cisco Systems, Inc. v. Arista Networks, Inc.,* 2017-2145

## CERTIFICATE OF SERVICE

I, Robyn Cocho, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

On **December 22, 2017** counsel has authorized me to electronically file the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including the following principal counsel for the other parties:

>Kathleen M. Sullivan
>Quinn Emanuel Urquhart & Sullivan, LLP
>51 Madison Avenue, 22nd Floor
>New York, NY 10010
>kathleensullivan@quinnemanuel.com
>212-849-7000
>*Principal Counsel for Appellant*

December 22, 2017        /s/ Robyn Cocho
                         Counsel Press