# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Cisco Systems, Inc.          v.          Arista Networks, Inc.

No.          2017-2145

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se          ☒ As counsel for:          Copyright Law Professor Pamela Samuelson

Name of party

I am, or the party I represent is (select one):

☐ Petitioner          ☐ Respondent          ☒ Amicus curiae          ☐ Cross Appellant

☐ Appellant          ☐ Appellee          ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant          ☒ Respondent or appellee

Name: Catherine Newby Crump

Law Firm: Samuelson Law, Technology and Public Policy Clinic

Address: 433 Boalt Hall (N. Addition), University of California Berkeley, School of Law

City, State and Zip: Berkeley, California 94720-7200

Telephone: (510) 642-5049

Fax #: (510) 643-4625

E-mail address: ccrump@clinical.law.berkeley.edu

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/11/2017

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☒ Yes          ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 12/19/2017          Signature of pro se or counsel /s/

cc: _____

Reset Fields

# United States Court of Appeals
## for the Federal Circuit

*Cisco Systems, Inc. v. Arista Networks, Inc.,* 2017-2145

## CERTIFICATE OF SERVICE

I, Robyn Cocho, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

On **December 22, 2017** counsel has authorized me to electronically file the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including the following principal counsel for the other parties:

> Kathleen M. Sullivan
> Quinn Emanuel Urquhart & Sullivan, LLP
> 51 Madison Avenue, 22nd Floor
> New York, NY 10010
> kathleensullivan@quinnemanuel.com
> 212-849-7000
> *Principal Counsel for Appellant*

December 22, 2017                    /s/ Robyn Cocho
                                     Counsel Press