# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. 17-2145

---

CISCO SYSTEMS, INC.,

*Plaintiff-Appellant,*

v.

ARISTA NETWORKS, INC.,

*Defendant-Appellee.*

---

## ENTRY OF APPEARANCE

Please enter my appearance:

[ ] Pro Se

[X] As counsel for: **Public Knowledge**

I am, or the party I represent is:

[ ] Petitioner [ ] Respondent [X] Amicus curiae [ ] Cross Appellant
[ ] Appellant [ ] Appellee [ ] Intervenor

As amicus curiae or intervenor, this party supports:

[ ] Petitioner or appellant [X] Respondent or appellee

My name and telephone are:

| | |
|---|---|
| Name: | Charles Duan |
| Law firm: | Public Knowledge |
| Address: | 1818 N Street NW Suite 410 |
| City, State, ZIP: | Washington, DC 20036 |
| Telephone: | (202) 861-0020 |
| Fax #: | (202) 861-0040 |
| E-mail address: | cduan@publicknowledge.org |

*(Continued next page)*

Rev. cb73c4d2

Statement to be completed by counsel only:

$\boxed{\text{X}}$ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

$\boxed{\phantom{X}}$ I am replacing ——————— as the principal attorney who will/will not remain on the case. [Government attorneys only.]

$\boxed{\phantom{X}}$ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): **November 28, 2011**

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

$\boxed{\phantom{X}}$ Yes   $\boxed{\text{X}}$ No

$\boxed{\phantom{X}}$ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Dated: December 23, 2017        */s/ Charles Duan*
                                Charles Duan

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2017, I caused the foregoing **Entry of Appearance** to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all counsel of record.


Dated: December 23, 2017          */s/ Charles Duan*
                                  Charles Duan
                                  *Counsel for amicus curiae*