# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Cisco Systems v. Arista Networks

No. 2017-2145

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☒ As counsel for: Computer & Communications Industry Association
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☒ Amicus curiae   ☐ Cross Appellant

☐ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☒ Respondent or appellee

| | |
|---|---|
| Name: | Jonathan Band |
| Law Firm: | Jonathan Band PLLC |
| Address: | 21 Dupont Circle NW, Suite 800 |
| City, State and Zip: | Washington, DC 20036 |
| Telephone: | 202-296-5675 |
| Fax #: | 202-872-0884 |
| E-mail address: | jband@policybandwidth.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 4/4/2004

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 12/20/2017   Signature of pro se or counsel s/ Jonathan Band

cc: All counsel for record via CM/ECF notice.

Reset Fields

# United States Court of Appeals for the Federal Circuit

*Cisco Systems, Inc. v. Arista Networks, Inc.,* 2017-2145

## CERTIFICATE OF SERVICE

I, Melissa Pickett, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by JONATHAN BAND PLLC, counsel for Amici Curiae to print this document. I am an employee of Counsel Press.

On **December 28, 2017** counsel has authorized me to electronically file the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including the following principal counsel for the other parties:

| | |
|---|---|
| Kathleen M. Sullivan<br>Quinn Emanuel Urquhart<br>& Sullivan, LLP<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 10010<br>kathleensullivan@quinnemanuel.com<br>212-849-7000<br>*Principal Counsel for Appellant* | Robert A. Van Nest<br>KEKER & VAN NEST LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>415-391-5400<br>rvannest@keker.com<br>*Principal counsel for Appellee* |

Any counsel for Amicus Curiae appearing at the time of filing will also be served via CM/ECF notice only.

December 28, 2017                                        /s/ Melissa Pickett
                                                                        Counsel Press