# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CISCO SYSTEMS, INC.  v.  ARISTA NETWORKS, INC.

No. 2017-2145

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: ARISTA NETWORKS, INC.
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☒ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☐ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

| | |
|---|---|
| Name: | David J. Silbert |
| Law Firm: | Keker, Van Nest & Peters LLP |
| Address: | 633 Battery Street |
| City, State and Zip: | San Francisco, CA 94111 |
| Telephone: | 415-391-5400 |
| Fax #: | 415-397-7188 |
| E-mail address: | dsilbert@keker.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 7/14/1998

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date December 28, 2017   Signature of pro se or counsel s/David J. Silbert

cc: All Counsel by CM/ECF

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on December 28, 2017 by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

David J. Silbert                                   s/David J. Silbert
     Name of Counsel                          Signature of Counsel

| | |
|---|---|
| Law Firm | Keker, Van Nest & Peters LLP |
| Address | 633 Battery Street |
| City, State, Zip | San Francisco, CA 94111 |
| Telephone Number | 415-391-5400 |
| Fax Number | 415-397-7188 |
| E-Mail Address | dsilbert@keker.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields