# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Cisco Systems, Inc. v. Arista Networks, Inc.

No. 2017-2145

## CERTIFICATE OF INTEREST

Pursuant to Federal Rule of Appellate Procedure 26.1 and Federal Circuit Rule 47.4, counsel for *amicus curiae* Copyright Law Professor Pamela Samuelson certifies the following:

1. The full name of the *amicus curiae* represented by me is: PAMELA SAMUELSON.

2. The name of the real parties in interest represented by me is: N/A.

3. All parent corporations and any publicly held companies that own 10% or more of stock in the party or *amicus curiae* represented by me are: NONE.

4. The names of all law firms and the partners or associates that appeared for the party or *amicus curiae* now represented by me in the trial court or are expected to appear in this Court (and who have not or will not enter an appearance in this case) are: NONE.

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal: NONE.

Dated: December 22, 2017

Respectfully submitted,
/s/ Robert Walker
Robert Walker
SAMUELSON LAW, TECHNOLOGY &
PUBLIC POLICY CLINIC
University of California, Berkeley,
School of Law
334 Boalt Hall (North Addition)
Berkeley, California 94720
(510) 664-4875
*Counsel of Record for Amicus Curiae
Copyright Law Professor Pamela Samuelson*

i

# United States Court of Appeals for the Federal Circuit

*Cisco Systems, Inc. v. Arista Networks, Inc.,* 2017-2145

## CERTIFICATE OF SERVICE

I, Robyn Cocho, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

On **December 29, 2017** counsel has authorized me to electronically file the foregoing **Certificate of Interest** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including the following principal counsel for the other parties:

> Kathleen M. Sullivan
> Quinn Emanuel Urquhart & Sullivan, LLP
> 51 Madison Avenue, 22nd Floor
> New York, NY 10010
> kathleensullivan@quinnemanuel.com
> 212-849-7000
> *Principal Counsel for Appellant*

Any counsel for Amicus Curiae appearing at the time of filing will be served via CM/ECF.

December 29, 2017                              /s/ Robyn Cocho
                                               Counsel Press