FORM 9. Certificate of Interest

Form 9
Rev. 10/17

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Cisco Systems    v.    Arista Networks

Case No. 2017-2145

**CERTIFICATE OF INTEREST**

Counsel for the:
☐ (petitioner) ☐ (appellant) ☐ (respondent) ☐ (appellee) ■ (amicus) ☐ (name of party)

Computer & Communications Industry Association, American Antitrust Institute

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10% or more of stock in the party |
|---|---|---|
| Computer & Communications Industry Association | Computer & Communications Industry Association | None |
| American Antitrust Institute | American Antitrust Institute | None |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court **(and who have not or will not enter an appearance in this case)** are:
None

FORM 9. Certificate of Interest

Form 9
Rev. 10/17

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. *See* Fed. Cir. R. 47. 4(a)(5) and 47.5(b). (The parties should attach continuation pages as necessary).
None

12/29/2017
Date

s/ Jonathan Band
Signature of counsel

Jonathan Band
Printed name of counsel

Please Note: All questions must be answered

cc: All counsel of record via CM/ECF Notice

Reset Fields

# United States Court of Appeals for the Federal Circuit

*Cisco Systems, Inc. v. Arista Networks, Inc.,* 2017-2145

## CERTIFICATE OF SERVICE

I, Melissa Pickett, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by JONATHAN BAND PLLC, counsel for Amici Curiae to print this document. I am an employee of Counsel Press.

On **December 29, 2017** counsel has authorized me to electronically file the foregoing **Certificate of Interest** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including the following principal counsel for the other parties:

| | |
|---|---|
| Kathleen M. Sullivan | Robert A. Van Nest |
| Quinn Emanuel Urquhart & Sullivan, LLP | KEKER & VAN NEST LLP |
| 51 Madison Avenue | 633 Battery Street |
| 22nd Floor | San Francisco, CA 94111-1809 |
| New York, NY 10010 | 415-391-5400 |
| kathleensullivan@quinnemanuel.com | rvannest@keker.com |
| 212-849-7000 | *Principal counsel for Appellee* |
| *Principal Counsel for Appellant* | |

Any counsel for Amicus Curiae appearing at the time of filing will also be served via CM/ECF notice only.

December 29, 2017            /s/ Melissa Pickett
                             Counsel Press