**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

No. 17-2145

───────────────────────

CISCO SYSTEMS, INC.,

*Plaintiff-Appellant,*

v.

ARISTA NETWORKS, INC.,

*Defendant-Appellee.*

───────────────────────

**CERTIFICATE OF INTEREST**

Pursuant to Rules 29(a) and 47.4 of the Federal Circuit Rules of Practice, counsel of record certifies as follows:

(1) The full name of every party or amicus represented by counsel to this brief is **Public Knowledge**.

(2) The above-identified parties are the real parties in interest.

(3) The corporate disclosure statement of Rule 26.1 of the Federal Rules of Appellate Procedure is as follows: There is no parent corporation to or any corporation that owns 10% or more of stock in the above-identified parties.

(4) The names of all law firms and the partners and associates that have appeared for the party in the lower tribunal or are expected to appear for the party in this court are: **Charles Duan, Meredith Rose, Arian Attar (not admitted), Public Knowledge**.

(5) No cases are known to counsel to be pending in this or any other court or agency that may directly affect or be directly affected by this appeal.

Rev. 53bf5812

Dated: December 29, 2017        */s/ Charles Duan*
                                Charles Duan
                                *Counsel for amicus curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2017, I caused the foregoing **Certificate of Interest** to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all counsel of record.


Dated: December 29, 2017          */s/ Charles Duan*
                                  Charles Duan
                                  *Counsel for amicus curiae*