# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Cisco Systems, Inc.    v.    Arista Networks, Inc.

No. 17-2145

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for:   GitHub, Mozilla, Engine, Software Freedom Conservancy
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner     ☐ Respondent     ☒ Amicus curiae     ☐ Cross Appellant

☐ Appellant      ☐ Appellee       ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☒ Respondent or appellee

| | |
|---|---|
| Name: | Marcia Hofmann |
| Law Firm: | Zeitgeist Law PC |
| Address: | 25 Taylor Street |
| City, State and Zip: | San Francisco, CA  94102 |
| Telephone: | (415) 830-6664 |
| Fax #: | |
| E-mail address: | marcia@zeitgeist.law |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):   5/11/2017

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):   ☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date   12/29/2017      Signature of pro se or counsel   /s/ Marcia Hofmann

cc: _____

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  12/29/2017
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Marcia Hofmann | /s/ Marcia Hofmann |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Zeitgeist Law PC |
| Address | 25 Taylor Street |
| City, State, Zip | San Francisco, CA  94102 |
| Telephone Number | (415) 830-6664 |
| Fax Number | |
| E-Mail Address | marcia@zeitgeist.law |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields