FORM 9. Certificate of Interest

Form 9
Rev. 10/17

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Cisco Systems, Inc. v. Arista Networks, Inc.

Case No. 2017-2145

**CERTIFICATE OF INTEREST**

Counsel for the:
☐ (petitioner) ☐ (appellant) ☐ (respondent) ☐ (appellee) ■ (amicus) ☐ (name of party)

Electronic Frontier Foundation

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10% or more of stock in the party |
|---|---|---|
| Electronic Frontier Foundation | n/a | none |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court **(and who have not or will not enter an appearance in this case)** are:

Michael Barclay, Electronic Frontier Foundation; Vera Ranieri, Electronic Frontier Foundation.

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. *See* Fed. Cir. R. 47. 4(a)(5) and 47.5(b). (The parties should attach continuation pages as necessary).

1/2/2018
Date

/s/ Vera Ranieri
Signature of counsel

Vera Ranieri
Printed name of counsel

Please Note: All questions must be answered

cc: all counsel via ECF

Reset Fields

# CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2018, I caused copies of the foregoing to be served by electronic means via the Court's CM/ECF system on all counsel registered to receive electronic notices.

                                        /s/ Vera Ranieri
                                        Vera Ranieri

                                        ELECTRONIC FRONTIER FOUNDATION
                                        815 Eddy Street
                                        San Francisco, CA 94109-7701
                                        Tel: (415) 436-9333
                                        Fax: (415) 436-9993
                                        vera@eff.org