FORM 9. Certificate of Interest

Form 9
Rev. 10/17

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Cisco Systems, Inc.    v.    Arista Networks, Inc.

Case No. 17-2145

**CERTIFICATE OF INTEREST**

Counsel for the:
☐ (petitioner) ☐ (appellant) ☐ (respondent) ☐ (appellee) ■ (amicus) ☐ (name of party)

Marcia Hofmann

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10% or more of stock in the party |
|---|---|---|
| GitHub, Inc. | None | None |
| Mozilla Corporation | None | Mozilla Foundation |
| Engine Advocacy | None | None |
| Software Freedom Conservancy | None | None |
| | | |
| | | |
| | | |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court **(and who have not or will not enter an appearance in this case)** are:

None

**FORM 9. Certificate of Interest**                                      Form 9
                                                                         Rev. 10/17

5.  The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. *See* Fed. Cir. R. 47. 4(a)(5) and 47.5(b).  (The parties should attach continuation pages as necessary).

None

12/29/2017
Date

/s/ Marcia Hofmann
Signature of counsel

Marcia Hofmann
Printed name of counsel

Please Note: All questions must be answered

cc: _____

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on    January 3, 2018

by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Marcia Hofmann | /s/ Marcia Hofmann |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Zeitgeist Law PC |
| Address | 25 Taylor Street |
| City, State, Zip | San Francisco, CA 94102 |
| Telephone Number | (415) 830-6664 |
| Fax Number | |
| E-Mail Address | marcia@zeitgeist.law |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields