# VOLUME I OF III, Pages AppxI-11222

Appeal No. 2017-2145

# United States Court of Appeals

*for the*

# Federal Circuit

CISCO SYSTEMS, INC.,

*Plaintiff-Appellant,*

– v. –

ARISTA NETWORKS, INC.,

*Defendant-Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA IN
CASE NO. 5:14-CV-05344-BLF, JUDGE BETH LABSON FREEMAN

## NON-CONFIDENTIAL JOINT APPENDIX

ROBERT A. VAN NEST
BRIAN L. FERRALL
DAVID J. SILBERT
STEVEN A. HIRSCH
MICHAEL KWUN
RYAN WONG
ELIZABETH K. MCCLOSKEY
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
(415) 391-5400

*Attorneys for Defendant-Appellee*

KATHLEEN M. SULLIVAN
TODD ANTEN
OWEN ROBERTS
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

– and –

SEAN S. PAK
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600

*Attorneys for Plaintiff-Appellant*

February 12, 2018

| TABLE OF CONTENTS FOR JOINT APPENDIX |
|---|

## SEALING/PROTECTIVE ORDERS

| DKT. | DESCRIPTION | PAGE(S) |
|---|---|---|
| 53 | Stipulated Protective Order (June 26, 2015) | AppxI-XXIX |
| 772 | Order Granting Motion to Seal (Feb. 24, 2017) | AppxXXX-XXXII |

## JUDGMENT AND ORDER

| DKT. | DESCRIPTION | PAGE(S) |
|---|---|---|
| 750 | Judgment (Dec. 19, 2017) | Appx1 |
| 787 | Order Denying Motions For Judgment As A Matter Of Law And Motion For A New Trial (May 10, 2017) | Appx2-20 |

## DOCKET OF PROCEEDINGS BELOW

| DESCRIPTION | PAGE(S) |
|---|---|
| Civil Docket for Case No. 5:14-cv-05344-BLF (N.D. Cal.) | Appx21-92 |

## DISTRICT COURT FILINGS

| DKT. | DESCRIPTION | PAGE(S) |
|---|---|---|
| 740 | Final Order Re Analytic Dissection And Scope Of Protection | Appx1328-1347 |
| 732 | Trial Brief In Support of Cisco's Rule 50(a) Motion For Judgment As A Matter Of Law | Appx1359; Appx1360-1361; Appx1364-1365 |
| 737 | Final Jury Instructions | Appx1390-1391; Appx1394; Appx1396-1398; Appx1406 |
| 749 | Verdict | Appx1427-1431 |
| 760 | Arista's Motion for Judgment as a Matter of Law and Conditional Motion for New Trial (Fed. R. Civ. P. 50(b) and 59) | Appx1432-1434; Appx1449-1458; Appx1464 |
| 761-1 | Exhibit I to Declaration Of Sara E. Jenkins In Support Of Cisco's Rule 50(b) Motion For Judgment As A Matter Of Law | Appx1857-2067 |
| 786 | Transcript of Proceedings: Apr. 27, 2017 | Appx4341-4342 |
| 790 | Notice of Appeal | Appx4403-4405 |

**TRIAL TRANSCRIPTS**

| Tr. Vol. | Description | Page(s) |
|---|---|---|
| 2 | Trial Transcript: Nov. 21, 2016 | Appx10111-10112 |
| 3 | Trial Transcript: Nov. 28, 2016 | Appx10398; Appx10412; Appx10416; Appx10448-10449; Appx10455-10456; Appx10460; Appx10463-10464; Appx10466-10468; Appx10471; Appx10473-10475; Appx10481-10484; Appx10486; Appx10494-10495; Appx10499; Appx10501-10527 |
| 4 | Trial Transcript: Nov. 29, 2016 | Appx10546; Appx10566-10567; Appx10572-10573; Appx10608-10610; Appx10617-10620; Appx10622; Appx10636; Appx10650-10651; Appx10654-10655; Appx10662-10663; Appx10667-10670; Appx10673-10679; Appx10682; Appx10695; Appx10709-10710; Appx10714; Appx10738-10740; Appx10755-10756; Appx10775-10776; Appx10781-10782; Appx10800-10802; Appx10808-10815 |
| 5 | Trial Transcript: Nov. 30, 2016 | Appx10843; Appx10865-10867; Appx10874-10875; Appx10878; Appx10896-10897; Appx10900-10901; Appx10905; Appx10926-10927; Appx10932-10935; Appx10944-10945; Appx10947; Appx10952-10953 Appx10990-10995; Appx10998-11000; Appx11016-11018; Appx11022; Appx11025; Appx11030; Appx11035; Appx11045; Appx11047-11048; Appx11055; Appx11061-11062; Appx11079; Appx11086; Appx11091-11094; Appx11098-11102 |
| 6 | Trial Transcript: Dec. 1, 2016 | Appx11129; Appx11164-11169; Appx11177-11178; Appx11183-11184; Appx11189-11192 (under seal); Appx11197; Appx11201-11202; Appx11214; Appx11219-11224; Appx11226; Appx11233-11240; Appx11243-11244; Appx11249; Appx11265-11266; Appx11291-11294 Appx11302 |
| 7 | Trial Transcript: Dec. 2, 2016 | Appx11347-11348; Appx11351; Appx11354-11357; Appx11360-11368 |
| 8 | Trial Transcript: Dec. 5, 2016 | Appx11628-11629; Appx11717-11718; Appx11726-11734; Appx11744-11748; Appx11783-11800; Appx11803; Appx11807; Appx11809-11810; Appx11828-11833; Appx11835-11836; Appx11843-11844; Appx11860-11864; Appx11868-11870; Appx11872 |
| 9 | Trial Transcript: Dec. 6, 2016 | Appx11899-11901; Appx11915; Appx11926-11933; Appx11936-11938; Appx11940-11942; Appx11945; Appx11950-11951; Appx11963; Appx11967; Appx11969-11971; Appx12037-12044; Appx12060-12064; Appx12073-12074; Appx12085; Appx12088-12091; Appx12093-12114; Appx12121-12122; Appx12124; Appx12126; Appx12128-12131 (under seal); Appx12134-12146 |

| TR. VOL. | DESCRIPTION | PAGE(S) |
|---|---|---|
| 10 | Trial Transcript: Dec. 7, 2016 | Appx12189-12190; Appx12204-12205; Appx12207-12208; Appx12210-12212; Appx12214-12215; Appx12218-12222; Appx12229-12230; Appx12256-12257; Appx12261-12262; Appx12265; Appx12316; Appx12324; Appx12326 |
| 12 | Trial Transcript: Dec. 9, 2016 | Appx12418-12419; Appx12494-12498; Appx12500; Appx12504-12505; Appx12528; Appx12557-12559; Appx12636-12655 |
| 13 | Trial Transcript: Dec. 12, 2016 | Appx12661-12693; Appx12696; Appx12705; Appx12714; Appx12716-12717; Appx12724-12725; Appx12732; Appx12760 (under seal); Appx12808-12820 |
| 14 | Trial Transcript: Dec. 14, 2016 | Appx12836 |

## ADMITTED TRIAL EXHIBITS

| EXH. | DESCRIPTION | PAGE(S) |
|---|---|---|
| 1 | Arista EOS User Manual - Software Release 4.4.0, March 31, 2010 | Appx20000 |
| 2 | Arista EOS User Manual - Software Release 4.0.1, April 8, 2009 | Appx20368 |
| 3 | Arista User Manual, Arista EOS version 4.6.2, March 28 2011 | Appx20597 |
| 4 | Arista User Manual, Arista EOS version 4.10.0, July 19, 2012 | Appx20983 |
| 5 | Arista User Manual, Arista EOS version 4.11.1 - Rev. 2, January 22, 2013 | Appx22127 |
| 6 | Arista User Manual, Arista EOS version 4.11.2.1, March 1, 2013 | Appx23583 |
| 7 | Arista User Manual, Arista EOS version 4.12.4, September 16, 2013 | Appx25115 |
| 8 | Arista User Manual, Arista EOS version 4.13.7M, June 17, 2014 | Appx26975 |
| 9 | Arista User Manual, Arista EOS version 4.14.3F - Rev. 2, October 2, 2014 | Appx29143 |
| 10 | Arista User Manual, Arista EOS version 4.14.5F - Rev. 2, December 22, 2014 | Appx31375 |
| 11 | Arista User Manual, Arista EOS version 4.14.6M, January 19, 2015 | Appx33623 |
| 12 | Arista User Manual, Arista EOS version 4.15.0F - Rev. 2, April 27, 2015 | Appx35865 |
| 13 | Arista User Manual, Arista EOS version 4.15.0F - Rev. 2, April 18, 2015 | Appx38143 |
| 14 | Arista User Manual, Arista EOS version 4.13.6F, April 14, 2014 | Appx40427 |

| EXH. | DESCRIPTION | PAGE(S) |
|---|---|---|
| 15 | Arista User Manual, Arista EOS version 4.15.4F, February 5, 2016 | Appx42567 |
| 197 | Email from Kenneth Duda to Anshul Sadana, July 21, 2009, Re: Opinions wanted on ACL cli functionality | Appx45468-45470 |
| 203A | Transcript of Packet Pushers Podcast, Show 45, May 24, 2011 | Appx45473 |
| 295 | EOS CLI Conventions and Style Guidelines | Appx45604-45610 |
| 536 | Email from Hua Zhong to David Sollender, June 14, 2014, Re: Some Lag issues (Daytona release) | Appx46038 |
| 566 | *Fortune*: "An ex-Cisco exec reflects," by Adam Lashinsky | Appx46211 |
| 851 | Police Parser Manifesto V 1.7.1 by Phillip Remaker (Native.txt file) | Appx46325-46329 |
| 4667 | Email from Hua Zhong to Kenneth Duda, May 8, 2012, Re: NX-OS Presentation | Appx50693 |
| 4672 | (UNDER SEAL) September 30, 2003 Agreement between Huawei Technologies Co., Ltd., Futurewei Technologies, Inc. and Huawei America, Inc., Cisco Systems, Inc. and Cisco Technology, Inc. and 3Com Corporation | Appx50785-50786 |
| 4745 | Network World Reprint: How Arista Networks got out in front of the SDN Craze, dated February 22, 2013 | Appx50907 |
| 4791 | A compilation of Cisco Copyright Registrations - Summary Exhibit | Appx50945-51058 |
| 4794 | Examples of where Cisco's copyrighted Modes & Prompts appear in Arista documentation - Summary Exhibit | Appx51059-51067 |
| 4796 | EOS versions where Cisco's copyrighted command expressions appear - Summary Exhibit | Appx51105-51136 |
| 4799 | Cisco's Summary Exhibit - Help Description Analysis | Appx51137-51143 |
| 4800 | Arista copying of Cisco's copyrighted outputs - Summary Exhibit | Appx51144-51172 |
| 4803 | Index - Cisco's Copyright Applications, Code, and Documentation Provided to the Library of Congress | Appx51173-51252 |
| 4821 | Exhibit 1 (Cisco CLI Commands List) to Cisco's Complaint for Copyright and Patent Infringement, December 5, 2014 | Appx51349-51359 |
| 5038 | RFC 1131 - The OSPF Specification | Appx51803; Appx51808 |
| 5040 | RFC 1883 - Internet Protocol, Version 6 (IPv6) Specification | Appx51910-51946 |
| 5134 | February 8, 2006 Ram Kavasseri, Garry Horoupian - Draft v.16 | Appx52862 |

| EXH. | DESCRIPTION | PAGE(S) |
|---|---|---|
| 5157 | Email from Phillip Remaker to Manas Moothedath, November 18, 2014, Re: Its Goodbye… | Appx52990-52991 |
| 5299 | Cisco Nexus 7000 Series Simplified End to End Management | Appx53312 |
| 5345 | Presentation Huawei Enterprise Briefing for Cisco Partners | Appx53497 |
| 5416 | *Network World*: Arista, Blade win top spot in data center switch test, January 18, 2010 | Appx53582-53604 |
| 5423 | Customer Brief:  Face to Face Meeting, February 25, 2011 | Appx53605-53610 |
| 5441 | Nortel Blade Server Switching, 2005 | Appx53611-53633 |
| 5451 | IP Communications for the Small or Autonomous Branch Office | Appx53645 |
| 5457 | IOS Software Release 12.2S, dated April 30, 2003 | Appx53653; Appx53749 |
| 5464 | The Transformative Operating System Called IOS | Appx53801-53802 |
| 5495 | March 11, 2011 Chambers Phone Briefing Memo | Appx53831-53834 |
| 5630 | Amended Appendix H.BR - Brocade Usage of Disputed CLI Commands | Appx53866-53872 |
| 5635 | Amended Appendix H.EX - Extreme Networks Usage of Disputed CLI Commands | Appx53884-53887 |
| 5637 | Amended Appendix H.HP - HP Usage of Disputed CLI Commands | Appx53888-53890 |
| 6229 | EMS Presentation attached to September 4, 2008 email from Mark Foss to Anshul Sadana | Appx54234-54238 |
| 6380 | HP Networking and Cisco CLI Reference Guide Third Edition | Appx54388-54390 |
| 6736 | Email from Kumar Reddy to Burjiz Pithawala and others, February 17, 2014, Questions Re: onePK readout and strategy | Appx57116-57119 |
| 6743 | Email from Nicola Kabar to Ashoka Kallappa and others, June 5, 2014, Re: add skip + pwd hidden option for poap | Appx57120-57126 |
| 6824 | RFC 1195 - Use of OSI IS-IS for Routing in TCP/IP and Dual Environments | Appx57376-57378 |
| 6870 | RFC 2117 - Protocol Independent Multicast-Sparse Mode (PIM-SM): Protocol Specification | Appx57461-57463 |
| 6877 | RFC 2236 - Internet Group Management Protocol, Version 2 | Appx57527; Appx57544-57545 |
| 6910 | RFC 3618 - Multicast Source Discovery Protocol (MSDP) | Appx57578-57581 |
| 7408 | Arista Cloud Networks White Paper | Appx62629 |
| 7543 | April 2, 2009 Toolapalooza presentation by Robert Wright | Appx62649 |
| 7748 | Email from Lorenz Redlefsen to Hugh Holbrook, April 23, 2008, Re: BNT launches Rackswitches | Appx62707 |

| Exh. | Description | Page(s) |
|---|---|---|
| 7956 | Email from Joe Chapman to Richard Chycoski and others, August 24, 2013, Re: Tech executives facing up to hard realities of the cloud | Appx62752-62762 |
| 7996 | Cisco Live 2014 Tomorrow Starts Here Presentation | Appx62795 |
| 8110 | Data Sheet - Cisco Unified Communications Manager Express 10.5 | Appx62888-62889 |
| 8237 | Cisco IOS XR Supported Platforms and Features, June 6, 2006 | Appx62905 |
| 9037 | Summary re: Cisco Accusations vs. Arista Full Command Syntax | Appx63144-63399 |
| 9041 | Summary # 2 re: Command Usage by Other Vendors | Appx63400-63409 |
| 9069 | Email from Isabelle Bertin-Bailly to all@aristanetwork.com, November 10, 2010, Arista's Code of Business Conduct with attachment | Appx63447-63465 |
| 9073 | Designated Testimony of Greg Satz | Appx63472; Appx63474-63475 |
| 9079 | Designated Testimony of Douglas Gourlay | Appx63483-63490 |
| 9081 | Designated Testimony of Gavin Cato | Appx63494-63495; Appx63498-63502 |

## CONFIDENTIAL MATERIAL OMITTED

Portions of pages Appx11189-11192, Appx12130; Appx12760; and Appx50785-50786 have been redacted from this non-confidential version of the Joint Appendix. Those pages contain references to or excerpts of a confidential agreement and are subject to a protective order and post-trial sealing order.

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Steven Cherny (admitted pro hac vice)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

[Additional counsel listed on signature page]

Attorneys for Plaintiff Cisco Systems, Inc.

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant ARISTA NETWORKS,
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-CV-05344-BLF <br><br> **[PROPOSED] STIPULATED PROTECTIVE ORDER** <br><br> Date Filed:  December 5, 2014 <br><br> Trial Date:  August 1, 2016. |

1

Appxl

## I.     PURPOSES AND LIMITATIONS

Plaintiff Cisco Systems, Inc. and Arista Networks, Inc. (collectively referred to herein as the "Parties") anticipate that disclosure and discovery activity in this action are likely to involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation may be warranted. Accordingly, the Parties hereby stipulate to and petition the court to enter the following Protective Order ("Order"). The Parties acknowledge that this Order does not confer blanket protections on all disclosures or responses to discovery and that the protection it affords from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles. The Parties further acknowledge, as set forth in Section 14.4 below, that this Order does not entitle them to file confidential information under seal; Civil Local Rule 79-5 sets forth the procedures that must be followed and the standards that will be applied when a Party seeks permission from the court to file material under seal.

## II.     DEFINITIONS

2.1     <u>Challenging Party</u>: a Party or Non-Party that challenges the designation of information or items under this Order.

2.2     <u>"CONFIDENTIAL" Information or Items</u>: information (regardless of how it is generated, stored, or maintained) or tangible things that contain trade secrets, proprietary research, development, and/or technical information that is not publicly available; sensitive financial, business, or commercial information that is not publicly available; and other information required by law or agreement to be kept confidential.

2.3     <u>Counsel (without qualifier)</u>: Outside Counsel of Record and House Counsel (as well as their support staff).

2.4     <u>Designating Party</u>: a Party or Non-Party that designates information or items that it produces in disclosures or in responses to discovery as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or "HIGHLY CONFIDENTIAL – SOURCE CODE."

2

AppxII

2.5    <u>Disclosure or Discovery Material</u>: all items or information, regardless of the medium or manner in which it is generated, stored, or maintained (including, among other things, testimony, transcripts, and tangible things), that are produced or generated in disclosures or responses to discovery in this matter.

2.6    <u>Expert</u>: a person with specialized knowledge or experience in a matter pertinent to the litigation who (1) has been retained by a Party or its counsel to serve as an expert witness or as a consultant in this action, (2) is not a past or current employee of a Party or of a Party's competitor, and (3) at the time of retention, is not anticipated to become an employee of a Party or of a Party's competitor.

2.7    <u>"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" Information or Items</u>: extremely sensitive "Confidential Information or Items" that is highly proprietary or highly sensitive such that disclosure could harm the competitive interests of the Producing Party or a Non-Party that provided the information to the Producing Party on a confidential basis.

2.8    <u>"HIGHLY CONFIDENTIAL – SOURCE CODE" Information or Items</u>: extremely sensitive "Confidential Information or Items" containing Source Code.

2.9    <u>House Counsel</u>: attorneys who are employees of a party to this action. House Counsel does not include Outside Counsel of Record or any other outside counsel.

2.10    <u>Non-Party</u>: any natural person, partnership, corporation, association, or other legal entity not named as a Party to this action.

2.11    <u>Outside Counsel of Record</u>: attorneys who are not employees of a party to this action but are retained to represent or advise a party to this action and have appeared in this action on behalf of that party or are affiliated with a law firm which has appeared on behalf of that party.

2.12    <u>Party</u>: any party to this action, including all of its officers, directors, employees, consultants, retained experts, and Outside Counsel of Record (and their support staffs).

2.13    <u>Producing Party</u>: a Party or Non-Party that produces Disclosure or Discovery Material in this action.

2.14    <u>Professional Vendors</u>: persons or entities that provide litigation support services

3

AppxIII

(*e.g.*, photocopying, videotaping, translating, preparing exhibits or demonstrations, and organizing, storing, or retrieving data in any form or medium) and their employees and subcontractors.

2.15    Protected Material: any Disclosure or Discovery Material that is designated as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or "HIGHLY CONFIDENTIAL – SOURCE CODE."

2.16    Receiving Party: a Party that receives Disclosure or Discovery Material from a Producing Party.

2.17    Source Code: human-readable programming language text that defines software, firmware, or electronic hardware descriptions as well as any and all programmer notes, annotations, and other comments of any type related thereto and accompanying the code. Source Code files include without limitation files containing code in "C," "Objective C," "C-l+," "Python," assembler, VHDL, and Verilog programming languages. Source Code files further include without limitation files, make files, link files, intermediate output files, executable files, header files, resource files, library files, module definition files, map files, object files, linker files, browse info files, debug files, and other human-readable text files used in the generation and/or building of software and/or hardware. Any Producing Party may designate documents as "HIGHLY CONFIDENTIAL – SOURCE CODE" upon making a good faith determination that the items qualify as Source Code.

## III.    SCOPE

This Order applies not only to Protected Material furnished by a Producing Party, but also to (1) copies, excerpts, abstracts, analyses, summaries, descriptions, or other forms of recorded information containing, reflecting, compiling, or disclosing Protected Material; and (2) any testimony, conversations, or presentations by Parties or their Counsel that might reveal Protected Material. However, the protections conferred by this Stipulation and Order do not cover the following information: (a) any information that is in the public domain at the time of disclosure to a Receiving Party or becomes part of the public domain after its disclosure to a Receiving Party

AppxIV

as a result of publication not involving a violation of this Order, including becoming part of the public record through trial or otherwise; and (b) any information known to the Receiving Party prior to the disclosure or obtained by the Receiving Party after the disclosure from a source who obtained the information lawfully and under no obligation of confidentiality to the Designating Party. Any use of Protected Material at trial shall be governed by a separate agreement or order.

## IV.     DURATION

Even after final disposition of this litigation, the confidentiality obligations imposed by this Order shall remain in effect until a Designating Party agrees otherwise in writing or a court order otherwise directs. Final disposition shall be deemed to be the later of (1) dismissal of all claims and defenses in this action, with or without prejudice; and (2) final judgment herein after the completion and exhaustion of all appeals, rehearings, remands, trials, or reviews of this action, including the time limits for filing any motions or applications for extension of time pursuant to applicable law.

## V.      DESIGNATING PROTECTED MATERIAL

5.1     Exercise of Restraint and Care in Designating Material for Protection. Each Party or Non-Party that designates information or items for protection under this Order must take care to limit any such designation to specific material that qualifies under the appropriate standards. If it comes to a Designating Party's attention that information or items that it designated for protection do not qualify for protection at all or do not qualify for the level of protection initially asserted, that Designating Party must promptly notify all other Parties that it is withdrawing the

[PROPOSED] STIPULATED PROTECTIVE ORDER
Case No. 5:14-CV-05344-BLF

AppxV

mistaken designation.[1]

5.2    <u>Manner and Timing of Designations</u>. Except as otherwise provided in this Order (*see, e.g.*, second paragraph of section 5.2(a) below), or as otherwise stipulated or ordered, Disclosure or Discovery Material that qualifies for protection under this Order must be clearly so designated before the material is disclosed or produced, provided, however, that the Producing Party's failure to do so shall not constitute a waiver.

Designation in conformity with this Order requires:

(a) <u>for information in documentary form</u> (*e.g.*, paper or electronic documents, but excluding transcripts of depositions or other pretrial or trial proceedings), that the Producing Party affix the legend "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or "HIGHLY CONFIDENTIAL – SOURCE CODE" to each page that contains protected material. If only a portion or portions of the material on a page qualifies for protection, the Producing Party also must clearly identify the protected portion(s) (*e.g.*, by making appropriate markings in the margins) and must specify, for each portion, the level of protection being asserted.

A Party or Non-Party that makes original documents or materials available for inspection need not designate them for protection until after the inspecting Party has indicated which material it would like copied and produced. During the inspection and before the designation, all

---

[1] Notwithstanding the foregoing, to facilitate use of materials produced and/or generated in *In the Matter of Certain Network Devices, etc.*, Investigation No. 337-TA-944 and *In the Matter of Certain Network Devices, etc.*, Investigation No. 337-TA-945 ("ITC actions"), Protected Material produced by a Party designated in the ITC actions as "CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER" will be deemed to have been produced in this case and designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." Protected Material produced by a Party designated in the ITC actions as "CONFIDENTIAL SOURCE CODE SUBJECT TO PROTECTIVE ORDER" will be deemed to have been produced in this case and designated "HIGHLY CONFIDENTIAL – SOURCE CODE." Those materials are also subject to the Protective Orders entered into in the ITC actions. If there is any conflict between those Protective Orders and this Order, the more restrictive Protective Order shall govern. For the sake of clarity, the Parties will confirm, in writing under separate cover, the specific materials produced in the ITC actions that will be deemed to have been produced in this case; only those materials specifically identified will be deemed to have been produced in this case.

[PROPOSED] STIPULATED PROTECTIVE ORDER
Case No. 5:14-CV-05344-BLF

AppxVI

of the material made available for inspection shall be deemed "HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY." After the inspecting Party has identified the documents it wants
copied and produced, the Producing Party must determine which documents, or portions thereof,
qualify for protection under this Order. Then, before producing the specified documents, the
Producing Party must affix the appropriate legend ("CONFIDENTIAL," "HIGHLY
CONFIDENTIAL – ATTORNEYS' EYES ONLY," or "HIGHLY CONFIDENTIAL – SOURCE
CODE") to each page that contains Protected Material. If only a portion or portions of the
material on a page qualifies for protection, the Producing Party also must clearly identify the
protected portion(s) (*e.g.*, by making appropriate markings in the margins) and must specify, for
each portion, the level of protection being asserted.

(b) for deposition testimony, including transcripts, such testimony shall be deemed
"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" until the expiration of fifteen (15)
days after the deposition unless otherwise designated at the time of the deposition or during the
fifteen (15) day period. Pages or entire transcripts of testimony given at a deposition or hearing
may be designated as containing "CONFIDENTIAL," "HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY," or "HIGHLY CONFIDENTIAL – SOURCE CODE" information
by an appropriate statement either at the time of the giving of such testimony or by written
notification within fifteen (15) days after the deposition. If the testimony is not otherwise
designated at the time of the deposition or during the fifteen (15) day period after the deposition,
the testimony will be deemed to be "CONFIDENTIAL."

Transcripts containing Protected Material shall have an obvious legend on the title page
that the transcript contains Protected Material, and the title page shall be followed by a list of all
pages (including line numbers as appropriate) that have been designated as Protected Material and
the level of protection being asserted by the Designating Party. The Designating Party shall
inform the court reporter of these requirements.

(c) for transcripts of pretrial and trial proceedings, Parties shall give the other parties
notice if they reasonably expect a hearing or other proceeding to include Protected Material so

AppxVII

that the other parties can ensure that only authorized individuals and individuals who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A) are present at those proceedings. Procedures for requesting confidentiality designations of transcripts for pretrial and trial proceedings shall be in accordance with paragraph 5.2(b) and redaction requests shall be made in accordance with General Order No. 59 and any other applicable rules and procedures set forth by the Court. If a Designating Party seeks redaction of portions of a hearing or trial transcript disclosing its Protected Material, the Receiving Party agrees not to unreasonably withhold its consent to such a request.

(d) for information contained in written discovery responses, the responses may be designated as containing "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or "HIGHLY CONFIDENTIAL – SOURCE CODE" information by means of a statement at the conclusion of each response that contains such information specifying the level of designation of the Protected Material and by placing a legend of the front page of such discovery responses stating:  "CONTAINS CONFIDENTIAL INFORMATION/[the highest level of designation contained in the answers]."

(e) for information produced in some form other than documentary and for any other tangible items, that the Producing Party affix in a prominent place on the exterior of the container or containers in which the information or item is stored the legend "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or "HIGHLY CONFIDENTIAL – SOURCE CODE." If only a portion or portions of the information or item warrant protection, the Producing Party, to the extent practicable, shall identify the protected portion(s) and specify the level of protection being asserted.

5.3    Inadvertent Failures to Designate. If timely corrected, an inadvertent failure to designate qualified information or items does not, standing alone, waive the Designating Party's right to secure protection under this Order for such material. Upon timely correction of a designation, the Receiving Party must make reasonable efforts to assure that the material is treated in accordance with the provisions of this Order.

[PROPOSED] STIPULATED PROTECTIVE ORDER
Case No. 5:14-CV-05344-BLF

AppxVIII

## VI.    CHALLENGING CONFIDENTIALITY DESIGNATIONS

6.1    <u>Timing of Challenges</u>. Any Party or Non-Party may challenge a designation of confidentiality at any time. Unless a prompt challenge to a Designating Party's confidentiality designation is necessary to avoid foreseeable, substantial unfairness, unnecessary economic burdens, or a significant disruption or delay of the litigation, a Party does not waive its right to challenge a confidentiality designation by electing not to mount a challenge promptly after the original designation is disclosed.

6.2    <u>Meet and Confer</u>. The Challenging Party shall initiate the dispute resolution process by providing written notice of each designation it is challenging and describing the basis for each challenge. To avoid ambiguity as to whether a challenge has been made, the written notice must recite that the challenge to confidentiality is being made in accordance with this specific paragraph of this Order. The parties shall attempt to resolve each challenge in good faith and must begin the process by conferring directly (in voice to voice dialogue; other forms of communication are not sufficient) within fourteen (14) days of the date of service of notice. In conferring, the Challenging Party must explain the basis for its belief that the confidentiality designation was not proper and must give the Designating Party an opportunity to review the designated material, to reconsider the circumstances, and, if no change in designation is offered, to explain the basis for the chosen designation. A Challenging Party may proceed to the next stage of the challenge process only if it has engaged in this meet and confer process first or establishes that the Designating Party is unwilling to participate in the meet and confer process in a timely manner.

6.3    <u>Judicial Intervention</u>. If the Parties cannot resolve a challenge without court intervention, the Challenging Party shall file and serve a motion to challenge confidentiality under Civil Local Rule 7 (and in compliance with Civil Local Rule 79-5, if applicable) within twenty-one (21) days of the initial notice of challenge or within fourteen (14) days of the Parties agreeing that the meet and confer process will not resolve their dispute, whichever is earlier. Each such motion must be accompanied by a competent declaration affirming that the movant has complied with the meet and confer requirements imposed in the preceding paragraph. In addition,

9

AppxIX

the Designating Party may file a motion to retain confidentiality in response to a notice of challenge. Any motion brought pursuant to this provision must be accompanied by a competent declaration affirming that the movant has complied with the meet and confer requirements imposed by the preceding paragraph.

The burden of persuasion in any such challenge proceeding shall be on the Challenging Party. Frivolous challenges and those made for an improper purpose (*e.g.*, to harass or impose unnecessary expenses and burdens on other parties) may expose the Challenging Party to sanctions. Until the dispute as to the proper level of confidentiality has been resolved by agreement or by an order issued by the Court, all parties shall continue to afford the material in question the level of protection to which it is entitled under the Designating Party's designation until the court rules on the challenge.

## VII.    ACCESS TO AND USE OF PROTECTED MATERIAL

7.1    <u>Basic Principles</u>. A Receiving Party may use Protected Material that is disclosed or produced by another Party or by a Non-Party in connection with this case only for prosecuting, defending, or attempting to settle this litigation. Such Protected Material may be disclosed only to the categories of persons and under the conditions described in this Order. When the litigation has been terminated, a Receiving Party must comply with the provisions of section 15 below (FINAL DISPOSITION).

Protected Material must be stored and maintained by a Receiving Party at a location and in a secure manner that ensures that access is limited to the persons authorized under this Order. Protected Material, including all "CONFIDENTIAL" Information or Items, shall not be removed from the United States.

7.2    <u>Disclosure of "CONFIDENTIAL" Information or Items</u>. Unless otherwise ordered by the court or permitted in writing by the Designating Party, a Receiving Party may disclose any information or item designated "CONFIDENTIAL" only to:

(a) the Receiving Party's Outside Counsel of Record in this action, as well as employees of said Outside Counsel of Record to whom it is reasonably necessary to disclose the information

AppxX

for this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A);

(b) the officers, directors, and employees (including House Counsel) of the Receiving Party to whom disclosure is reasonably necessary for this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A);

(c) Experts (as defined in this Order) of the Receiving Party to whom disclosure is reasonably necessary for this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A);

(d) the court and its personnel;

(e) court reporters and their staff, professional jury or trial consultants, and Professional Vendors to whom disclosure is reasonably necessary for this litigation;

(f) during their depositions, witnesses in the action to whom disclosure is reasonably necessary and who agree to be bound by the terms of this Protective Order (pages of transcribed deposition testimony or exhibits to depositions that reveal Protected Material must be separately bound by the court reporter and may not be disclosed to anyone except as permitted under this Order); and

(g) the author or recipient of a document containing the information or a custodian or other person who otherwise possessed or knew the information.

7.3    Disclosure of "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and "HIGHLY CONFIDENTIAL – SOURCE CODE" Information or Items. Unless otherwise ordered by the court or permitted in writing by the Designating Party, a Receiving Party may disclose any information or item designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" only to:

(a) the Receiving Party's Outside Counsel of Record in this action, as well as employees of said Outside Counsel of Record to whom it is reasonably necessary to disclose the information for this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A);

AppxXI

(b) Experts of the Receiving Party (1) to whom disclosure is reasonably necessary for this litigation, (2) who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A), and (3) as to whom the procedures set forth in paragraph 7.4(a), below, have been followed;

(c) the court and its personnel;

(d) court reporters and their staff, professional jury or trial consultants, and Professional Vendors to whom disclosure is reasonably necessary for this litigation; and

(e) the author or recipient of a document containing the information or a custodian or other person who otherwise possessed or knew the information.

7.4     Procedures for Approving or Objecting to Disclosure of "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" Information or Items to Experts.

(a) Unless otherwise ordered by the court or agreed to in writing by the Designating Party, a Party that seeks to disclose to an Expert (as defined in this Order) any information or item that has been designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" pursuant to paragraph 7.3(B) first must make a written request to the Designating Party that (1) identifies the general categories of "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" information that the Receiving Party seeks permission to disclose to the Expert, (2) sets forth the full name of the Expert and the city and state of his or her primary residence, (3) attaches a copy of the Expert's current resume, (4) identifies the Expert's current employer(s), (5) identifies each person or entity from whom the Expert has received compensation or funding for work in his or her areas of expertise or to whom the Expert has provided professional services, including in connection with a litigation, at any time during the preceding five years,[2] and (6) identifies (by name and number of the case, filing date, and location of court) any litigation in

---

[2] If the Expert believes any of this information is subject to a confidentiality obligation to a third-party, then the Expert should provide whatever information the Expert believes can be disclosed without violating any confidentiality agreements, and the Party seeking to disclose to the Expert shall be available to meet and confer with the Designating Party regarding any such engagement.

AppxXII

connection with which the Expert has offered expert testimony, including through a declaration, report, or testimony at a deposition or trial, during the preceding five years.

(b) A Party that makes a request and provides the information specified in the preceding respective paragraphs may disclose the subject Protected Material to the identified Expert unless, within fourteen (14) days of delivering the request, the Party receives a written objection from the Designating Party. Any such objection must set forth in detail the grounds on which it is based.

(c) A Party that receives a timely written objection must meet and confer with the Designating Party (through direct voice to voice dialogue) to try to resolve the matter by agreement within seven (7) days of the written objection. If no agreement is reached, the Party seeking to make the disclosure to the Expert may file a motion as provided in Civil Local Rule 7 (and in compliance with Civil Local Rule 79-5, if applicable) seeking permission from the court to do so. Any such motion must describe the circumstances with specificity, set forth in detail the reasons why disclosure to the Expert is reasonably necessary, assess the risk of harm that the disclosure would entail, and suggest any additional means that could be used to reduce that risk. In addition, any such motion must be accompanied by a competent declaration describing the parties' efforts to resolve the matter by agreement (*i.e.*, the extent and the content of the meet and confer discussions) and setting forth the reasons advanced by the Designating Party for its refusal to approve the disclosure.

In any such proceeding, the Party opposing disclosure to the Expert shall bear the burden of proving that the risk of harm that the disclosure would entail (under the safeguards proposed) outweighs the Receiving Party's need to disclose the Protected Material to its Expert.

## VIII.  PROSECUTION BAR

Absent written consent from the Producing Party, any individual who receives "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" technical information or "HIGHLY CONFIDENTIAL – SOURCE CODE" information shall not (i) prepare or participate in the prosecution of any patent application for the Receiving Party; (ii) prepare or participate in the prosecution of any patent application in subject areas related to that of any patent in suit on behalf

AppxXIII

of any entity (except on behalf of the Producing Party) whether or not a Party; or (iii) prosecute any patent application related in any way to any patent in suit (including any continuation, continuation in part, or divisional relationship, including any parent or child relationship, and including any re-examination or interference), before any foreign or domestic agency, including the United States Patent and Trademark Office ("the Patent Office"). For purposes of this paragraph, "prosecution" includes directly or indirectly drafting, amending, advising, or otherwise affecting the scope or maintenance of patent claims. To avoid any doubt, "prosecution" as used in this paragraph does not include representing a party challenging a patent before a domestic or foreign agency (including, but not limited to, a reissue protest, *ex parte* reexamination, *inter partes* reexamination, *inter partes* review, post grant review, and proceedings under the transitional program for covered business method patents). This Prosecution Bar shall begin when "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" information is first received by the affected individual and shall end two (2) years after final termination of this action.

## IX.    SOURCE CODE

9.1    To the extent production of Source Code becomes necessary in this case, a Producing Party may designate Source Code as "HIGHLY CONFIDENTIAL – SOURCE CODE" if it comprises or includes confidential, proprietary, or trade secret Source Code.

9.2    Protected Material designated as "HIGHLY CONFIDENTIAL – SOURCE CODE" shall be subject to the protections of this section, as well as all of the protections afforded to "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information, including the Prosecution Bar set forth in Paragraph 8, and may be disclosed only to the individuals to whom "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information may be disclosed, as set forth in Paragraphs 7.3 and 7.4.

9.3    Any Source Code produced in discovery shall be made available for inspection, in a format allowing it to be reasonably reviewed and searched, during normal business hours, which for purposes of this paragraph shall be 9:00 a.m. through 5:00 p.m. local time, Monday

AppxXIV

through Friday (excluding holidays), at the reviewing location, or at other mutually agreeable times, in the United States at an office of the Producing Party's counsel or other mutually agreed upon location.

9.4     The Source Code shall be made available for inspection in a locked room, on no more than two standalone, secured computers without Internet access or network access to other computers and with all ports, software and other means that could be used to copy or transfer such data blocked ("Standalone Computer(s)"), and the Receiving Party shall not copy, remove, or otherwise transfer any portion of the source code onto any recordable media or recordable device. The Standalone Computer(s) may be password protected. Use or possession of any input/output device (*e.g.*, USB memory stick, cameras or any camera-enabled device, CDs, floppy disk, portable hard drive, laptop, cell phone, etc.) is prohibited while accessing the Standalone Computer(s). All persons entering the locked room containing the Source Code must agree to submit to reasonable security measures to ensure they are not carrying any prohibited items before they will be given access to the locked room. The Standalone Computer(s) shall be maintained in the sole control and custody of counsel of record for the Supplier. No person other than the Producing Party may alter, dismantle, disassemble or modify the Standalone Computer(s) in any way, or attempt to circumvent any security feature of the computer.

9.5     The Standalone Computer(s) shall, at the Receiving Party's request, include reasonable analysis tools appropriate for the type of Source Code. The Receiving Party shall be responsible for providing the tools or licenses to the tools that it wishes to use to the Producing Party so that the Producing Party may install such tools on the Standalone Computer(s).

9.6     The Producing Party may visually monitor the activities of the Receiving Party's representatives during any Source Code review, but only to ensure that there is no unauthorized recording, copying, or transmission of the Source Code.

9.7     The Producing Party may provide a log at the secure room, in which case the Receiving Party is obligated to complete the log on a daily basis to identify the Receiving Party's representatives entering the secure room, including signing a sign-in sheet prior to, and a sign-out

[PROPOSED] STIPULATED PROTECTIVE ORDER
Case No. 5:14-CV-05344-BLF

AppxXV

sheet subsequent to, accessing the Standalone Computer(s) including the name of the person accessing, the date and time in and out.

9.8     All persons who will review source code on the Standalone Computer(s) on behalf of a Receiving Party on a particular day shall be identified in writing to the Producing Party at least twenty-four (24) hours prior to review. The Producing Party shall provide these individuals with information explaining how to start, log on to, and operate the Standalone Computer(s) in order to access the produced Source Code on the Standalone Computer(s).

9.9     Proper identification of all persons who will review Source Code shall be provided prior to any access to the location of the Standalone Computer(s). Proper identification is hereby defined as a photo identification card sanctioned by the government of a U.S. state, by the District of Columbia, by the United States federal government, or by the nation state of the authorized person's current citizenship.  Access to the location of the Standalone Computer(s) may be denied, at the discretion of the Producing Party, to any individual who fails to provide proper identification. Any persons who will review Source Code who request access to the location of the Standalone Computer(s) shall be identified in writing to the Producing Party at least four (4) business days in advance of the first time that such person reviews such Source Code and shall counter-sign a copy of the Acknowledgement and Agreement To Be Bound (attached as Exhibit A) prior to commencing that person's first inspection.

9.10     No person shall copy, e-mail, transmit, upload, download, print, photograph or otherwise duplicate any portion of the designated Source Code, unless explicitly permitted by this Order. The Receiving Party may request paper copies of portions of Source Code that they in good faith consider reasonably necessary to proving elements of their case, including for the preparation of filings, pleadings, expert reports, other papers, or for deposition or any hearing, but shall not request paper copies for the purpose of reviewing the Source Code.   If the Producing Party believes the Receiving Party has requested that an unreasonable amount of Source Code be printed, the Producing Party may challenge the amount of source code requested in hard copy form pursuant to the dispute resolution procedure and timeframes set forth in Paragraph 6.  All

AppxXVI

paper copies of Source Code excerpts shall be produced by the Producing Party within two (2) business days of the request (unless additional time is needed due to the volume requested). The Producing Party shall provide all such Source Code excerpts in paper form, including Bates numbers and the label "HIGHLY CONFIDENTIAL – SOURCE CODE."  At the Receiving Party's request, up to two additional sets (or subsets) of printed Source Code excerpts may be requested and provided by the Producing Party in a timely fashion.

9.11    The Receiving Party's Outside Counsel of Record and/or Expert shall be entitled to take notes relating to the Source Code but may not copy any portion of the Source Code into the notes.  No copies shall be made of source code or any portion thereof, whether physical, electronic or otherwise.

9.12    All HIGHLY CONFIDENTIAL – SOURCE CODE material, including all copies, in the possession of the Receiving Party shall be maintained in a secured, locked area under the direct supervision of Outside Counsel of Record for that party.  The Source Code shall also be kept in a locked container when not in use.  The Receiving Party shall not create any electronic or other images of the paper copies and shall not convert any of the information contained in the paper copies into any electronic format except as provided in paragraph 9.13 below.  The Receiving Party may also temporarily keep the print outs at: (l) the court for any proceedings(s) relating to the Source Code, for the dates associated with the proceeding(s); (2) the sites where any deposition(s) relating to the Source Code are taken, for the dates associated with the deposition(s); and (3) any intermediate location reasonably necessary to transport the print outs (*e.g.*, a hotel prior to a court proceeding or deposition).

9.14    The Receiving Party shall maintain a record of (1) any individual who has accessed or inspected any portion of the Source Code in electronic or paper form, and (2) the location and custodian of all Source Code in the possession of the Receiving Party.  The Receiving Party shall not create any electronic or other images of the paper copies and shall not convert any of the information contained in the paper copies into any electronic format, except in limited excerpts as necessary to prepare discovery responses, expert reports and other

AppxXVII

investigation papers and filings.  The Receiving Party shall make no more than two additional paper copies of any Source Code received from the Producing Party and only if such additional copies are (1) necessary to prepare filings, pleadings, or other papers (including a testifying Expert's expert report) or (2) necessary for deposition.  Whenever such hard copies are made, the Receiving Party shall maintain a record of the Bates numbers of such pages, along with an identification of when the copies were made and who made them.  Any hard copies shall be conspicuously marked "HIGHLY CONFIDENTIAL – SOURCE CODE" in conformity with paragraph 9.10. Any paper copies used during a deposition shall be retrieved by the Party conducting the deposition at the end of each day and must not be given to or left with a court reporter or any other unauthorized individual. Upon request of a Receiving Party, a Producing Party shall make a Standalone Computer with a full copy of any Source Code produced by the Producing Party available for use at a deposition.

     9.15     Except as provided in this paragraph, the Receiving Party may not create electronic images or any other images of the Source Code from the paper copy for use on a computer (*e.g.*, scanning the Source Code to a PDF or photographing the code is prohibited).  The Receiving Party may create an electronic copy or image of limited excerpts of source code only to the extent expressly allowed in this Order and only to the extent necessary in a pleading, exhibit, expert report, discovery document, deposition transcript, other Court document, or any drafts of these documents ("Source Code Documents").  The Receiving Party shall only include such excerpts as are reasonably necessary for the purposes for which such part of the Source Code is used. Images or copies of Source Code shall not be included in correspondence between the parties (references to production numbers shall be used instead) and shall be omitted from pleadings and other papers except to the extent permitted herein.  Any electronic file containing such a Source Code image shall be encrypted using commercially reasonable encryption software, including password protection.  The disclosure of electronic files containing any portion of Source Code shall at all times be limited to individuals who are authorized to see Source Code under the provisions of this Protective Order. Additionally, all electronic copies must be labeled

AppxXVIII

"HIGHLY CONFIDENTIAL – SOURCE CODE."

9.16    To the extent portions of Source Code are quoted in a Source Code Document, either (1) the entire document will be labeled and treated as HIGHLY CONFIDENTIAL – SOURCE CODE information or (2) those pages containing quoted Source Code will be separately bound, labeled and treated as HIGHLY CONFIDENTIAL – SOURCE CODE information.

9.17    Notwithstanding Paragraph IV above, within twenty (20) calendar days after final disposition of this case (as the term "final disposition" is defined in Paragraph IV), the Receiving Party must serve upon the Producing Party a certification of the destruction of all copies of the Producing Party's Source Code.

9.18    Access to and review of the Source Code shall be strictly for the purpose of investigating the claims and defenses at issue in this case.  No person shall review or analyze any Source Code for purposes unrelated to this case, nor may any person use any knowledge gained as a result of reviewing Source Code in this case in any other pending or future dispute, proceeding, or litigation.

9.19    Unless otherwise agreed in advance by the parties in writing, following each day on which inspection is conducted in accordance with this Order, the Receiving Party's Outside Counsel of Record and/or Expert shall remove all notes, documents, and all other materials from the secure room.  The Producing Party shall not be responsible for any items left in the room following each inspection session, and the Receiving Party shall have no expectation of confidentiality for any items left in the room following each inspection session without a prior, written agreement to that effect.

**X.    PROTECTED MATERIAL SUBPOENAED OR ORDERED PRODUCED IN OTHER LITIGATION**

If a Party is served with a subpoena or a court order issued in other litigation that compels disclosure of any information or items designated in this action as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or "HIGHLY CONFIDENTIAL – SOURCE CODE," that Party must:

19

AppxXIX

(a) promptly notify in writing the Designating Party. Such notification shall include a copy of the subpoena or court order;

(b) promptly notify in writing the party who caused the subpoena or order to issue in the other litigation that some or all of the material covered by the subpoena or order is subject to this Order. Such notification shall include a copy of this Stipulated Protective Order; and

(c) cooperate with respect to all reasonable procedures sought to be pursued by the Designating Party whose Protected Material may be affected.[3]

If the Designating Party timely seeks a protective order, the Party served with the subpoena or court order shall not produce any information designated in this action as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or "HIGHLY CONFIDENTIAL – SOURCE CODE" before a determination by the court from which the subpoena or order issued, unless the Party has obtained the Designating Party's permission. The Designating Party shall bear the burden and expense of seeking protection in that court of its confidential material – and nothing in these provisions should be construed as authorizing or encouraging a Receiving Party in this action to disobey a lawful directive from another court.

**XI.    A NON-PARTY'S PROTECTED MATERIAL SOUGHT TO BE PRODUCED IN THIS LITIGATION**

(a)    The terms of this Order are applicable to information produced by a Non-Party in this action and designated as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or "HIGHLY CONFIDENTIAL – SOURCE CODE." Such information produced by Non-Parties in connection with this litigation is protected by the remedies and relief provided by this Order. Nothing in these provisions should be construed as prohibiting a Non-Party from seeking additional protections.

(b)    In the event that a Party is required, by a valid discovery request, to produce a

---

[3] The purpose of imposing these duties is to alert the interested parties to the existence of this Protective Order and to afford the Designating Party in this case an opportunity to try to protect its confidentiality interests in the court from which the subpoena or order issued.

AppxXX

Non-Party's confidential information in its possession, and the Party is subject to an agreement with the Non-Party not to produce the Non-Party's confidential information, then the Party shall:

　　　1.　　　promptly notify in writing the Requesting Party and the Non-Party that some or all of the information requested is subject to a confidentiality agreement with a Non-Party;

　　　2.　　　promptly provide the Non-Party with a copy of this Order, the relevant discovery request(s), and a reasonably specific description of the information requested; and

　　　3.　　　make the information requested available for inspection by the Non-Party.

　　　(c)　　　If the Non-Party fails to object or seek a protective order from this court within twenty-one (21) days of receiving the notice and accompanying information, the Receiving Party may produce the Non-Party's confidential information responsive to the discovery request. If the Non-Party timely seeks a protective order, the Receiving Party shall not produce any information in its possession or control that is subject to the confidentiality agreement with the Non-Party before a determination by the court.[4] Absent a court order to the contrary, the Non-Party shall bear the burden and expense of seeking protection in this court of its Protected Material.

## XII.    EXPORT CONTROL REQUIREMENTS

　　　Notwithstanding anything to the contrary contained herein, the following additional requirements apply to all Protected Material:

　　　(a)　　　The Receiving Party acknowledges that the Protected Material received under this Order may be subject to export controls under the laws of the United States and other applicable laws. The Receiving Party shall comply with such laws and agrees not to knowingly export, re-export or transfer Protected Material of the Producing Party without first obtaining all required United States or any other applicable authorizations or licenses. The Receiving Party acknowledges that Protected Material disclosed by the producing party may be subject to,

---

[4] The purpose of this provision is to alert the interested parties to the existence of confidentiality rights of a Non-Party and to afford the Non-Party an opportunity to protect its confidentiality interests in this court.

[PROPOSED] STIPULATED PROTECTIVE ORDER
Case No. 5:14-CV-05344-BLF

AppxXXI

including but not limited to, the U.S. Export Administration Regulations (EAR), Export Control

Classification Number (ECCN) 5E001 pertaining to Dynamic Adaptive Routing, Optical

Switching, SS7, non-aggregated port speed data transfer rates exceeding 15Gbps; and ECCN

5E002 cryptography.

(b)     The Receiving Party agrees to maintain adequate controls to prevent nationals of

countries listed in the EAR, Part 740 Supplement No. 1, Country Group D:1 or E from accessing

the Producing Party's Protected Material, subject to ECCN 5E001; or nationals outside the U.S.

and Canada from accessing such Protected Material, subject to ECCN 5E002—without U.S.

Government authorization.  The Receiving Party furthermore agrees to notify the Producing Party

prior to granting a foreign national, of countries listed in the groups D:1 or E, access to the

Standalone Computer, access to hard copies of Protected Material, or placement on a project

requiring receipt or review of the Producing Party's Protected Material.  The term "national" is

defined as any person who is not a U.S. person or national/citizen, lawful permanent resident,

person granted asylee or refugee status, or temporary resident granted amnesty.

**XIII.   UNAUTHORIZED DISCLOSURE OF PROTECTED MATERIAL**

If a Receiving Party learns that, by inadvertence or otherwise, it has disclosed Protected

Material to any person or in any circumstance not authorized under this Order, the Receiving

Party must immediately (a) notify in writing the Designating Party of the unauthorized

disclosures, (b) use its best efforts to retrieve all unauthorized copies of the Protected Material, (c)

inform the person or persons to whom unauthorized disclosures were made of all the terms of this

Order, and (d) request such person or persons to execute the "Acknowledgment and Agreement to

Be Bound" that is attached hereto as Exhibit A.

**XIV.   INADVERTENT PRODUCTION OF PRIVILEGED OR OTHERWISE
         PROTECTED MATERIAL**

When a Producing Party gives notice to Receiving Parties that certain inadvertently

produced material is subject to a claim of privilege or other protection, the obligations of the

Receiving Parties are those set forth in Federal Rule of Civil Procedure 26(b)(5)(B). Pursuant to

AppxXXII

Federal Rule of Evidence 502(b), the inadvertent production of a privileged document or communication or work product is not a waiver in this case or in any other federal or state court proceeding.

## XV.    MISCELLANEOUS

14.1    Right to Further Relief. Nothing in this Order abridges the right of any person to seek its modification by the court in the future.

14.2    Right to Assert Other Objections. By stipulating to the entry of this Order no Party waives any right it otherwise would have to object to disclosing or producing any information or item on any ground not addressed in this Order. Similarly, no Party waives any right to object on any ground to use in evidence of any of the material covered by this Order.

14.3    Producing Party's Material. The restrictions on the use of Protected Material established by this Order are applicable only to the use of information received by a party from another Party or from a Non-Party.  A Party is free to use its own information as it pleases.

14.4    Filing Protected Material. Without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons, a Party may not file in the public record in this action any Protected Material. A Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5. Protected Material may only be filed under seal pursuant to a court order authorizing the sealing of the specific Protected Material at issue. If a request to file Protected Material under seal pursuant to Civil Local Rule 79-5(d) is denied by the court, then the filing party may file the Protected Material in the public record pursuant to Civil Local Rule 79-5(f) unless otherwise instructed by the court.

14.5    Advice of Counsel. Nothing in this Order shall prevent or otherwise restrict Outside Counsel of Record from rendering advice to their clients and, in the course thereof, relying generally on Protected Material; provided, however, that in rendering such advice counsel shall not disclose, reveal or describe any such materials except insofar as allowed (if allowed at all) under the terms of this Order.

[PROPOSED] STIPULATED PROTECTIVE ORDER
Case No. 5:14-CV-05344-BLF

AppxXXIII

**XVI.   FINAL DISPOSITION**

Within sixty (60) days after the final disposition of this action, as defined in paragraph 4, each Receiving Party must return all Protected Material to the Producing Party or destroy such material. As used in this subdivision, "all Protected Material" includes all copies, abstracts, compilations, summaries, and any other format reproducing or capturing any of the Protected Material. Whether the Protected Material is returned or destroyed, the Receiving Party must submit a written certification to the Producing Party (and, if not the same person or entity, to the Designating Party) by the 60 day deadline that confirms that the Receiving Party has not retained any copies, abstracts, compilations, summaries or any other format reproducing or capturing any of the Protected Material. Notwithstanding this provision, Counsel are entitled to retain an archival copy of all pleadings, motion papers, trial, deposition, and hearing transcripts, legal memoranda, correspondence, deposition and trial exhibits, even if such materials contain Protected Material. Any such archival copies that contain or constitute Protected Material remain subject to this Protective Order as set forth in Section 4 (DURATION).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

AppxXXIV

DATED: June 25, 2015

Respectfully submitted,

*/s/ Sean S. Pak*

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
Matthew D. Cannon (SBN 252666)
matthewcannon@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny (*admission pro hac vice
pending*)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104

25

AppxXXV

1    Telephone: (415) 439-1400
     Facsimile: (415) 439-1500
2
     Michael W. De Vries (SBN 211001)
3    michael.devries@kirkland.com
     KIRKLAND & ELLIS LLP
4    333 South Hope Street
     Los Angeles, California 90071
5    Telephone: (213) 680-8400
     Facsimile: (213) 680-8500
6
     *Attorneys for Plaintiff Cisco Systems, Inc.*
7

8

9    DATED:  June 25, 2015                    Respectfully submitted,

10
                                              */s/ Brian L. Ferrall*
11
                                              KEKER & VAN NEST LLP
12                                            ROBERT A. VAN NEST - # 84065
                                              rvannest@kvn.com
13                                            BRIAN L. FERRALL - # 160847
                                              bferrall@kvn.com
14                                            DAVID J. SILBERT - # 173128
                                              dsilbert@kvn.com
15                                            MICHAEL S. KWUN - # 198945
                                              mkwun@kvn.com
16                                            633 Battery Street
                                              San Francisco, CA 94111-1809
17                                            Telephone:    415 391 5400
                                              Facsimile:    415 397 7188
18                                            *Attorneys for Defendant Arista Networks, Inc.*

19

20

21

22

23

24

25

26

27

28

26

[PROPOSED] STIPULATED PROTECTIVE ORDER
Case No. 5:14-CV-05344-BLF

AppxXXVI

1

2

### **ATTORNEY ATTESTATION**

3    I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this

4    document has been obtained from the signatory indicated by the "conformed" signature (/s/) of

5    Brian L. Ferrall within this e-filed document.

6

7    */s/ Sean S. Pak*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED PROTECTIVE ORDER
Case No. 5:14-CV-05344-BLF

AppxXXVII

1
2
PURSUANT TO STIPULATION, IT IS SO ORDERED.

3
4
DATED: ___June 26, 2015___          _____
                                    HON. BETH LABSON FREEMAN
5                                   United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] STIPULATED PROTECTIVE ORDER
Case No. 5:14-CV-05344-BLF

AppxXXVIII

**EXHIBIT A**

**ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND**

I, _____ [print or type full name], of _____

_____ [print or type full address], declare under penalty of perjury that I

have read in its entirety and understand the Stipulated Protective Order that was issued by the

United States District Court for the Northern District of California on _____ [date] in the

case of *Cisco Systems, Inc. v. Arista Networks, Inc.*, Case No. 14-cv-5344-BLF.  I agree to

comply with and to be bound by all the terms of this Stipulated Protective Order, and I understand

and acknowledge that failure to so comply could expose me to sanctions and punishment in the

nature of contempt. I solemnly promise that I will not disclose in any manner any information or

item that is subject to this Stipulated Protective Order to any person or entity except in strict

compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the

Northern District of California for the purpose of enforcing the terms of this Stipulated Protective

Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint _____ [print or type full name] of

_____ [print or type full address and telephone

number] as my California agent for service of process in connection with this action or any

proceedings related to enforcement of this Stipulated Protective Order.

Date: _____

City and State where sworn and signed: _____

_____
[Printed name]

_____
[Signature]

[PROPOSED] STIPULATED PROTECTIVE ORDER
Case No. 5:14-CV-05344-BLF

AppxXXIX

1

2

3 **UNITED STATES DISTRICT COURT**

4 **NORTHERN DISTRICT OF CALIFORNIA**

5 **SAN JOSE DIVISION**

6

7 CISCO SYSTEMS, INC.,                           Case No.  14-cv-05344-BLF

Plaintiff,

8

v.                                     **ORDER GRANTING MOTION TO**

9                                               **SEAL**

ARISTA NETWORKS, INC.,                         [Re: ECF 768, 771]

10

Defendant.

11

12

13          Before the Court is Plaintiff Cisco Systems, Inc. ("Cisco")'s administrative motion to file

14 under seal certain portions of the trial transcripts.  ECF 768.  Arista Networks, Inc. ("Arista")

15 Arista filed an opposition, to which Cisco seeks leave to file a reply in further support of the

16 motion.  ECF 769, 771.  For the reasons stated below, the motion is GRANTED and Cisco's

17 motion for leave to file a reply is TERMINATED as moot.

18 **I.      LEGAL STANDARD**

19          There is a "strong presumption in favor of access" to judicial records.  *Kamakana v. City &*

20 *Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Foltz v. State Farm Mut. Auto.*

21 *Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).  A party seeking to seal judicial records bears the

22 burden of overcoming this presumption by articulating "compelling reasons supported by specific

23 factual findings that outweigh the general history of access and the public policies favoring

24 disclosure."  *Id.* at 1178-79.  Compelling reasons for sealing court files generally exist when such

25 "'court files might have become a vehicle for improper purposes,' such as the use of records to

26 gratify private spite, promote public scandal, circulate libelous statements, or release trade

27 secrets."  *Id.* (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)).  However,

28 "[t]he mere fact that the production of records may lead to a litigant's embarrassment,

United States District Court
Northern District of California

AppxXXX

United States District Court
Northern District of California

1    incrimination, or exposure to further litigation will not, without more, compel the court to seal its

2    records." *Kamakana*, 447 F.3d at 1179. Ultimately, "[w]hat constitutes a 'compelling reason' is

3    'best left to the sound discretion of the trial court.'" *Ctr. for Auto Safety v. Chrslyer Grp., LLC*,

4    809 F.3d 1092, 1097 (9th Cir. 2016).

5        In this District, parties seeking to seal transcripts of proceedings must furthermore follow

6    Civil Local Rule 79-5 and General Order No. 59, which require, *inter alia*, that a sealing request

7    be "narrowly tailored to seek sealing only of sealable material." Civil L.R. 79-5(b). Where the

8    submitting party seeks to file under seal a document designated confidential by another party, the

9    burden of articulating compelling reasons for sealing is placed on the designating party. *Id.* 79-

10   5(e). General Order No. 59 sets forth the time frame in which a transcript of a proceeding will be

11   made public and the procedure by which a party may request redactions.

## II.    DISCUSSION

13       Cisco argues that the motion should be granted because it is seeking to redact narrow

14   portions of the trial transcripts relating to terms of a confidential agreement and Cisco's

15   confidential business and litigation strategies. Mot. 2, ECF 768; Jenkins Decl. 1, ECF 768-1.

16   Arista opposes the motion because Cisco did not follow the procedures to redact court transcripts

17   as required by General Order No. 59. According to Arista, Cisco did not file a "Notice of Intent to

18   Request Redaction" for at least one of the transcript days and waited over two months after the

19   filing of its "Notice of Intent to Request Redaction" before filing the instant motion. Opp'n 1-2,

20   ECF 769.

21       Although Cisco may or may not have complied with the procedures required by General

22   Order No. 59, the Court nonetheless will consider the motion and need not determine whether this

23   motion is timely. The timeliness requirement of General Order No. 59 is not jurisdictional. *See,*

24   *e.g.*, *U.S., ex rel. Meyer v. Horizon Health Corp.*, No. 00-1303 SBA, 2007 WL 518607, at *3

25   (N.D. Cal. Feb. 13, 2007) (holding that "timeliness requirement of Rule 54(d)(1) is not

26   jurisdictional"). Moreover, the transcripts relevant to this motion still remain locked and

27   unavailable to the public to date. Accordingly, the Court will exercise its discretion to consider

28   this motion.

2

The Court has reviewed Cisco's sealing motion and declaration of Sara Jenkins in support thereof. According to the declaration, the portions of the transcripts should be sealed because they contain confidential information based on a non-public agreement that reveals Cisco's litigation strategies. ECF 768-1 ¶ 3. The Court finds that Cisco has articulated compelling reasons to seal certain portions of the transcripts. The proposed redactions are also narrowly tailored.

## III.   ORDER

For the foregoing reasons, the sealing motion at ECF 768 is GRANTED and the following narrowly tailored portions of the trial transcript are to be sealed:

- 1187:2-5
- 1188:4-1190:16
- 1191:6-1192:3
- 1199:18-21
- 1720:9-14
- 1765:23-25
- 1771:11-17
- 2130:4-7
- 2130:16-8
- 2264:15-20
- 2760:8-10
- 2789:1-5

Dated: February 24, 2017

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

3

AppxXXXII

1
2
3          **UNITED STATES DISTRICT COURT**
4          **NORTHERN DISTRICT OF CALIFORNIA**
5          **SAN JOSE DIVISION**
6

| | |
|---|---|
| 7    CISCO SYSTEMS, INC, | Case No.  14-cv-05344-BLF |
|         Plaintiff, | |
| 8 | |
|      v. | **JUDGMENT** |
| 9 | |
| 10   ARISTA NETWORKS, INC., | |
|         Defendant. | |
| 11 | |

12

13          This action came before the Court for trial by jury, the undersigned Judge presiding, on

14   November 18, 28, 29, 30, December 1, 2, 5, 6, 7, 8, 9, 12, 13, 14, 2016.  The jury returned its

15   verdict on December 14, 2016.  Consistent with that verdict, which is attached hereto,

16   JUDGMENT is hereby entered in favor of Defendant Arista Networks, Inc. and against Plaintiff

17   Cisco Systems, Inc. and Plaintiff shall take nothing by its suit.  Any remaining claims or defenses

18   of the parties are hereby DISMISSED.  Defendant shall recover from Plaintiff the costs of suit

19   according to proof.

20          **IT IS SO ORDERED.**

21

22   Dated: December 19, 2016

23                                              _____
24                                              BETH LABSON FREEMAN
                                                United States District Judge
25
26
27
28

*United States District Court*
*Northern District of California*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS INC, <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No.  14-cv-05344-BLF <br><br> **ORDER DENYING MOTIONS FOR JUDGMENT AS A MATTER OF LAW AND MOTION FOR A NEW TRIAL** |

Following a two-week trial, a jury collectively found that Defendant Arista Networks, Inc. ("Arista") infringed Plaintiff Cisco Systems, Inc. ("Cisco" )'s asserted user interfaces but that the infringement was excused by the scènes à faire affirmative defense.

Cisco now moves on two grounds to amend the Court's judgment as a matter of law.  Mot., ECF 761.  Arista also conditionally moves on several grounds to amend the Court's judgment as a matter of law and for a new trial.  ECF 760.  For the reasons stated below, the Court DENIES Cisco's motion and finds that Arista's motions are moot.

I.   **BACKGROUND**

   A.   **Factual Background**

Cisco and Arista are competitors who make and sell Ethernet switches, which connect multiple devices within a local area network and can direct traffic on the network.  Founded in 1984, and one of the pioneers of networking technologies, Cisco developed an "Internetwork Operating System" ("IOS") that allowed engineers to configure and manage Cisco servers, routers, and switches.  Cisco has obtained copyright registrations on the various versions of its IOS and associated technical manuals.  Arista, founded in 2004, by former Cisco executives, also sells networking equipment using an "Extensible Operating System" ("EOS").

Cisco brought suit against Arista, claiming that Arista violated its copyrights and infringed

**Appx2**

1    its patents. ECF 1. For its copyright infringement claim, Cisco asserted that Arista infringed the

2    user interfaces found in four Cisco operating systems as well as the associated technical

3    documentation. Second Am. Compl. ("SAC") ¶ 27, ECF 64. Cisco owns twenty-six copyright

4    registrations based on various versions of its four operating systems. *Id.* ¶ 25. The operating

5    systems were developed for use with Cisco's networking products, including its routers and

6    switches. *Id.* ¶ 6. Cisco's operating systems employed text-based user interfaces (referred to by

7    Cisco as command-line user interfaces or "CLI"), which is the primary mechanism for network

8    engineers to interact with switches and routers. *See* Analytic Dissection Order ("AD Order"), ECF

9    740. When a network engineer or system operator types multiword command expressions into the

10   user interface, the expressions are then displayed on a screen that is connected to the networking

11   device. *Id.* Cisco claimed that its CLIs contain at least the following protected elements: (1)

12   multi-word command expressions, (2) multi-word command hierarchies, (3) modes and prompts,

13   (4) command responses or screen outputs; and (5) help descriptions, an overview of which is

14   provided below. Mot. 1, 4.

15         With respect to "multiword command expressions," Cisco claimed that more than 500 of

16   the multiword command expressions across four operating systems are protectable and copied by

17   Arista. SAC ¶ 51. Examples of multiword command expressions include "boot system," "show

18   inventory," "area nssa translate type7 always," and "spanning-tree portfast bpdufilter default."

19   *See, e.g.*, Tr. Ex. 4803, Ex. I to Jenkins Decl., ECF 761-10. According to Cisco, these command

20   expressions are also grouped by initial words into collections to reflect multi-level textual

21   hierarchies. AD Order. For illustration purposes, part of the "show" command hierarchy is shown

22   below.

```
show
        show arp
        show clock
        show environment
                show environment all
                show environment power
                show environment temperature
```

27         Once the operator inputs a multiword command expression, the switch or router analyzes

28   the command and responds by displaying textual screen outputs on screen. Cisco referred to these

textual displays in response to the operator's input as "command responses" or "command outputs." The Cisco CLI further provides a selection of modes that permit an operator to access greater or fewer command expressions based on operator status. For example, an operator who has entered "Privilege EXEC" mode will have access to different commands than a user who is in "User EXEC" mode. Different modes are indicated by different textual titles and different textual prompts that appear on the screen (e.g., "(config-if)#" or "(config)#"). These prompts are used to indicate to the operator which mode he or she is in, and thus which commands the operator has access to. Additionally, the Cisco CLI allows the operator to ask for help in using the multiword command expressions by typing a command followed by "?". The screen will then display text that describes the command or any other information to assist the operator in managing or configuring the network device in relation to the inquired command.

Cisco also asserted claims of copyright infringement of its user manuals and patent infringement but those claims are not relevant to the parties' instant motions.

### B.    Procedural History

Cisco filed its original complaint on December 5, 2014. ECF 1. Toward the end of a hard-fought litigation, the parties sought summary judgment on various issues, such as copyrightability, copyright infringement, the affirmative defense of fair use, and patent infringement of U.S. Patent No. 7,047,526. On August 23, 2016, for reasons stated in the Court's order, the summary judgment motions were denied in their entirety and those issues as well as others proceeded to trial. ECF 482.

Around the same time, the Court also requested the parties to submit several rounds of briefing on "analytic dissection," to assist the Court in performing a part of the extrinsic test pursuant to the Ninth Circuit's two-part test for determining copyright infringement. ECF 740. Analytic dissection aims to separate unprotectable ideas from potentially protectable expressions prior to determining the scope of copyright protection and comparing the works for similarity. *See Apple Computer, Inc. v. Microsoft Corp.*, 35 F.3d 1435, 1442-43 (9th Cir. 1994). After reviewing the parties' briefing on analytic dissection and holding a hearing, the Court found several aspects of the asserted elements to be unprotectable, including "individual words," "individual multiword

3

**Appx4**

command line expressions," "individual help description phrases," "specific modes and specific prompts," and others. *See* AD Order. However, the Court found each of the following protectable as a compilation: (1) multiword command expressions; (2) modes and prompts; (3) command responses; and (4) help descriptions. The Court also found that each of Cisco's user interfaces as a whole is subject to protection as a compilation of those four elements. *Id.*

From November 18 to December 14, 2016, the Court held a jury trial on Cisco's copyright infringement claims, infringement claims of one of its patents, and Arista's defenses. At trial, the jury was instructed that Cisco's copyrighted works are "Cisco's four user interfaces for IOS, IOS XR, IOS XE, and NX-OS." Tr. 2668:19-22 (Instr. No. 25). They were also instructed that to prove infringement, Cisco was required to show that it "is the owner of a valid copyright," that "Arista copied original, protected elements from Cisco's copyrighted works," and that Arista's "copying was greater than *de minimis*, that is, more than a trivial amount of Cisco's works as a whole." Tr. 2669:12-16 (Instr. No. 29), 2671:23-24 (Instr. No. 36), 2675:6-7 (Instr. No. 41). Cisco could establish copying in either of two ways: (1) "direct evidence," such as Arista's admissions of copying; or (2) "indirect evidence," namely proof that (a) Arista had access to Cisco's works, and (b) "there is virtual identity between Arista's works and the original, protected elements of Cisco's works." Tr. 2672:1-11 (Instr. No. 36). With respect to "indirect evidence," the Court also instructed the jury on protectable elements and unprotectable elements, based on the Court's analytic dissection ruling. Specifically, the Court listed the "following elements of Cisco's works protected as a compilation if you [the jury] find that they are original":

1. The selection and arrangement of Cisco's multiword command-line expressions;

2. The selection and arrangement of Cisco's modes and prompts;

3. The collection of Cisco's screen responses and outputs;

4. The collection of Cisco's help descriptions;

5. Cisco's user interfaces as a whole as compilations of elements 1 through 4;

6. Each of Cisco's technical manuals.

Tr. 2673:4:16. (Instr. No. 39). The Court further instructed the jury not to consider elements the

Court has deemed unprotectable pursuant to analytic dissection, such as individual words or individual command line expressions.  Tr. 2673:17-2674:14. (Instr. No. 39).

Also relevant to Cisco's JMOL motion is the instruction on the affirmative defense of scènes à faire, which the Court instructed the jury as follows:

> Scenes a faire is an affirmative defense to copyright infringement.
> To show that portions of Cisco's user interfaces are scenes a faire material, Arista must show that, at the time Cisco created the user interfaces—not at the time of any copying—external factors other than Cisco's creativity dictated that Cisco select, arrange, organize and design its original features in the manner it did. The scenes a faire doctrine depends on the circumstances presented to the creator at the time of creation, not the circumstances presented to the copier at the time it copied.
> Arista has the burden of proving this defense by a preponderance of the evidence.

Tr. 2680:12-25 (Instr. No. 61).

After deliberation, the jury returned a verdict on December 14, 2016, finding that Cisco has proven copyright infringement of at least one of its user interfaces and that Arista has proven the scènes à faire defense.  Tr. 2827:1-8; Verdict, ECF 750-1.  The Court entered judgment on December 19, 2016, in favor of Arista.  ECF 669.

The parties filed their respective post-trial motions on January 17, 2017.  ECF 760, 761.  The Court then held a hearing on these motions on April 27, 2017.  ECF 783.

## II.    CISCO'S MOTION FOR JUDGMENT AS A MATTER OF LAW

### A.    Legal Standard

Federal Rule of Civil Procedure 50(b) allows a party to renew no later than 28 days after the entry of judgment, a motion of for judgment as a matter law made under Rule 50(a) that was not granted by the Court.  Fed. R. Civ. P. 50(b).  Under Ninth Circuit law, a renewed motion for judgment as a matter of law should be granted "if the evidence, construed in the light most favorable to the nonmoving party, permits only one reasonable conclusion, and that conclusion is contrary to the jury's verdict." *Pavao v. Pagay*, 307 F.3d 915, 918 (9th Cir. 2002); *see also Old Town Canoe Co. v. Confluence Holdings Corp.*, 448 F.3d 1309, 1314 (Fed. Cir. 2006) ("A motion for JMOL is properly granted only if no reasonable juror could find in the non-movant's favor.") (citing *Sanghvi v. City of Claremont*, 328 F.3d 532, 536 (9th Cir. 2003)).  "Conversely, '[i]f

5

**Appx6**

Case 5:14-cv-05344-BLF    Document 787    Filed 05/10/17    Page 6 of 19

1  reasonable minds could differ as to the import of the evidence, . . . a verdict should not be

2  directed.'" *Velazquez v. City of Long Beach*, 793 F.3d 1010, 1018 (9th Cir. 2015) (citing

3  *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 250-51 (1986)).

4          In reviewing a motion for a judgment as a matter of law, "the court must draw all

5  reasonable inferences in favor of the nonmoving party." *Escriba v. Foster Poultry Farms, Inc.*,

6  743 F.3d 1236, 1241 (9th Cir. 2014).  "'[A]lthough the court should review the record as a whole,

7  it must disregard evidence favorable to the moving party that the jury is not required to believe,'

8  and may not substitute its view of the evidence for that of the jury." *Johnson v. Paradise Valley*

9  *Unified Sch. Dist.*, 251 F.3d 1222, 1227 (9th Cir. 2001) (quoting *Reeves v. Sanderson Plumbing*

10 *Prods., Inc.*, 530 U.S. 133, 150 (2000)).  "[T]he court must not weigh the evidence, but should

11 simply ask whether the plaintiff has presented sufficient evidence to support the jury's

12 conclusion." *Harper v. City of Los Angeles*, 533 F3d 1010, 1021 (9th Cir. 2008).

### B.  Substantial Evidence In Support of the Scènes à Faire Defense to Copyright Infringement Liability

14        Cisco argues that the record provides no substantial evidence to support the jury's verdict

15 on the defense of scènes à faire because evidence on external constraints was not directed to the

16 protectable compilations but was directed to individual words, terms, or acronyms of the

17 multiword command-line expressions.  Mot. 13.  Cisco also contends that the evidence fails to

18 show that the external considerations dictated the selection, arrangement, organization and design

19 of the protectable compilations at the time of creation.  *Id.* at 13-14.

20        In opposition, Arista responds that the jury instruction – as proposed by Cisco – correctly

21 sets forth the law on scènes à faire.  Opp'n 4-5, ECF 763.  Arista also argues that the scenes à faire

22 inquiry is flexible and can include "considerations of efficiency" and "compatibility with

23 equipment."  *Id.* at 5-6 (citing *Oracle Am., Inc. v. Google Inc.*, 750 F.3d 1339, 1370 (Fed. Cir.

24 2014); *Mitel, Inc. v. Iqtel, Inc.*, 124 F.3d 1366, 1375 (10th Cir. 1997)).  Arista also claims it

25 needed only to put forward evidence allowing a rational jury to find that scènes à faire applied to

26 the same portion of Cisco's compilation that it found infringed and not to all compilations.  Opp'n

27 7.  Arista also points to various evidence in the record as relevant and substantial in support of the

28

United States District Court
Northern District of California

jury's verdict, such as the nature of the command-line interface, pre-existing conventions, and customer requirements.  *Id.* at 8, 10-15.

As a preliminary matter, it is undisputed by the parties for the purpose of Cisco's motion that the jury was properly instructed on the defense of scènes à faire, stating that "Arista must show that, at the time Cisco created the user interfaces—not at the time of any copying—external factors other than Cisco's creativity dictated that Cisco select, arrange, organize and design its original features in the manner it did."  Tr. 2680:12-25 (Instr. No. 61); Mot. 4; Opp'n 4-5.  Cisco, however, charges Arista with "water[ing] down the governing legal standards" based on Arista's arguments relating to "efficiency" or "consistency."  Reply 1-2; *e.g.*, Opp'n 3-4.  Regardless, the parties do not dispute the jury was properly instructed so the instruction given to the jury controls here.  *See Lange v. Penn Mut. Life Ins. Co.*, 843 F.2d 1175, 1184 (9th Cir. 1988) ("absent a contrary finding, it must be assumed the court's instructions were followed").

The Federal Circuit has set forth an overview of the scènes à faire doctrine as follows:

> The scènes à faire doctrine . . . provides that "expressive elements of a work of authorship are not entitled to protection against infringement if they are standard, stock, or common to a topic, or if they necessarily follow from a common theme or setting." [*Mitel, Inc. v. Iqtel, Inc.*, 124 F.3d 1366, 1374 (10th Cir. 1997)]. Under this doctrine, "when certain commonplace expressions are indispensable and naturally associated with the treatment of a given idea, those expressions are treated like ideas and therefore are not protected by copyright." *Swirsky v. Carey,* 376 F.3d 841, 850 (9th Cir. 2004). In the computer context, "the scènes à faire doctrine denies protection to program elements that are dictated by external factors such as 'the mechanical specifications of the computer on which a particular program is intended to run' or 'widely accepted programming practices within the computer industry.'" [*Softel, Inc. v. Dragon Med. & Sci. Commc'ns, Inc.*, 118 F.3d 955, 963 (2d Cir. 1997)] (citation omitted).

*Oracle Am., Inc. v. Google Inc.*, 750 F.3d 1339, 1363 (Fed. Cir. 2014) (applying Ninth Circuit law).  The "dictated" element requires that a chosen expression be "'as a practical matter indispensable, or at least standard.'" *Apple Computer*, 35 F.3d at 1444 (quoting *Frybarger v. Int'l Bus. Machs. Corp.*, 812 F.2d 525, 530 (9th Cir. 1987)).

Considering this legal standard and viewing the record in light most favorable to the verdict, the record provides substantial evidence in support of a scènes à faire defense.

United States District Court
Northern District of California

7

**Appx8**

1    Additionally, the Court finds that substantial evidence in support of a scènes à faire defense in this

2    case need not comprehensively cover the entirety of Cisco's works but only that portion the jury

3    found to be infringed. First, a reasonable jury could very well have found only one protectable

4    element of Cisco's works to be original. Instr. No. 39. Second, the jury, in following the

5    instructions as we presume it did, must have found that there was copying of that original,

6    protectable element and that the copying was "more than a trivial amount of Cisco's works as a

7    whole." Instr. No. 41. However, the verdict form did not require the jury to identify the specific

8    protectable elements it found to be original. Nor did it require the jury to elaborate on the quantity

9    or the qualitative significance of the copied portion in support of its finding that the copying was

10   more than "de minimis." Thus, the copied and protected portion found by the jury could be just

11   one of the following: (1) the selection and arrangement of Cisco's multiword command-line

12   expressions; (2) the selection and arrangement of Cisco's modes and prompts; (3) the collection of

13   Cisco's screen responses and outputs; (4) the collection of Cisco's help descriptions; (5) Cisco's

14   user interfaces as a whole as compilations of elements 1 through 4.

15          Assuming that "selection and arrangement of Cisco's multiword command-line

16   expressions" was the element that the jury found protected and copied, the jury's verdict is

17   supported by substantial evidence. First, there is evidence that at least certain selection and

18   arrangement of multiword command-line expressions were constrained by functionality, and

19   preexisting network industry protocols. For example, Arista's expert, Dr. Black, testified that as a

20   technical matter, the functional choice of features to be implemented in a system dictates the

21   contents of the compilation of CLI commands. Tr. (Black) 2126:2-14 (compilation of commands

22   driven by features). Dr. Black explained that commands are linked to and driven by device

23   features, both at the level of individual commands or sub-groups of commands and as to the

24   overall compilation of commands within the CLI. *See, e.g.*, *id.*; *id.* at 2256:9-2258:10 (testifying

25   that "it [would not] make sense" to have a command for Virtual Router Redundancy Protocol

26   (VRRP) if the networking vendor does not implement the VRRP protocol; stating the same with

27   respect to PTP commands). Based on this testimony, a reasonable jury could conclude the

28   selection of commands to create the compilation, such as the selection and arrangement of VRRP

United States District Court
Northern District of California

8

**Appx9**

1    and PTP commands, for example, was constrained by functionality.

2            This conclusion is further bolstered by other testimony relating to preexisting standard

3    network industry protocol.  Cisco's expert, Dr. Almeroth, testified at trial that IP protocol version

4    6 ("ipv6") was one of the internet protocols standardized by the Internet Engineering Task Force

5    ("IETF").  Tr. 1293:5-25; Tr. Ex. 5040.  He also stated that "[a] number of commands at issue in

6    this case [] use ipv6."  Dr. Almeroth further admitted "some RFC's [Request for Comments

7    publications from the IETF] like this [ipv6 document] have terminology and glossary sections."

8    Tr. Ex. 6944 (RFC 791, dated 1981).  Many command line expressions of the ipv6 group employ

9    terms defined in the terminology section in the ipv6 document.  Tr. 1295:13-1298:15; *see also* Tr.

10   1347:17-19 (45 asserted commands used the industry standard "IPv6" term).  As such, based on

11   this testimony, a reasonable jury could find that the selection and arrangement of certain ipv6

12   commands are dictated by the references to features and functionalities of the ipv6 standard

13   protocol as defined by the IETF.

14           Another example is the "ip gimp" commands, in which five commands, including "ip gimp

15   query-internal," "ip gimp startup-query-interval," and "ip gimp startup-query-count" were selected

16   and arranged based on the Internet Group Management Protocol (IGMP) industry standard.  Tr.

17   Ex. 6877 at 18-19 (RFC 2236, dated Nov. 1997).  The trial exhibit shows that, for example,

18   "query-internal," "startup-query-interval," and "startup-query-count" are terms defined in the

19   IGMP standard protocol.  Similarly, various "Open Shortest Path First (OSPF)" commands are

20   selected and grouped together as the terms in different OSPF command line expressions are

21   defined in the OSPF industry standard.  Tr. Ex. 65038 (RFC 1131, dated 1989).  In fact, "Cisco

22   engineers [were] free to use industry standard publications when they come up with commands"

23   according to a Cisco engineer, Mr. Phillip Remaker.  Tr. 689:10-18.  And "[m]any of the terms in

24   Cisco's CLI commands were taken directly from various networking industry protocols."  Tr.

25   (Almeroth) 1291:250-1292:4.  *See also* Tr. (Almeroth) 1365:13-23; TX 6870 (PIM protocol

26   specification) ("There were many [] protocols that are relevant to the commands at issue in this

27   case," including the PIM (protocol independent multitask) protocol, which appears in roughly 20

28   of the commands); Tr. (Juniper witness Shafer) at 2069:6-2072:8 (many CLI commands and

9

1   features are identical between Juniper JUNOS and Cisco IOS because "the design constraints in
2   creating a CLI" made the overlapping features "the obvious choice").

3       Testimony by Cisco's engineers provides additional evidence that the selection and
4   arrangement of the multiword command lines were constrained by functions and networking
5   standards.  At trial, Mr. Kirk Lougheed, one of the Cisco engineers involved in the development of
6   Cisco's CLIs, testified that "command name" is "the beginning set of words, words that use the
7   command, that basically define the command," Tr. 624:9-14, and that the commands were
8   selected based on a few initial key words for "functionality" and subsequent commands depend on
9   what was already selected "to fit in with that," and other considerations on selecting the
10  commands include the need to be "reasonable and logical," and "something that would make sense
11  to [network managers and support people]." Tr. 572:16-573:13.  Dr. Black, Arista's expert, also
12  testified that Tong Liu, a Cisco employee "brought [PTP] commands into the Cisco CLI" based
13  her knowledge of pre-existing system named TOPS20 and the need to implement the precision
14  time protocol.  Tr. 2094:14-2095:5.  Thus, there was substantial evidence that the selection and
15  arrangement of commands were dictated by the need for certain functionality and to "fit in with"
16  that functionality.

17      Based on the exemplary evidence discussed above, a reasonable jury could conclude that
18  Cisco selected and arranged the multiword command expressions based on functionalities defined
19  by the industry networking protocols, such that, for example, expressions referencing all the
20  features and functions defined in the IGMP, OSPF, and ipv6 standards are selected and arranged
21  accordingly.  While this evidence relates to certain groups of commands, it also implicates
22  selection and arrangement of other commands, as a rational jury was entitled to make inferences to
23  that effect.  The jury could reasonably infer that constraints flowing from the overall industry
24  context and the basic functional nature of the CLI dictated the overall structure and arrangement of
25  Cisco's asserted compilation of commands that the jury found was original and infringed.

26      Second, there is also substantial evidence that selection and arrangement of the multiword
27  command lines were constrained by customer demands.  For example, Mr. Remaker testified
28  about Cisco's "Parser Police" manifesto, which provided guidelines to Cisco engineers in creating

10

United States District Court
Northern District of California

1    the multiword command expressions.  Tr. 694:24-695:4.  Mr. Remaker admitted that the purpose

2    this document is "to ensure consistency, usability and friendliness of the configuration interface"

3    and he further stated that "Cisco's customers expect [consistency]."  Tr. 694:1-23; Tr. Ex. 851

4    (Ex. B to Opp'n), ECF 763-1.  A reasonable jury could view these rules as a summary of external

5    constraints on the creation of the collection of multiword command expressions to satisfy

6    customer needs and technical requirements.

7        Testimony from other witnesses also supports this conclusion.  Mr. Lougheed testified that

8    "when we went into the market place, [we discovered that people] wanted to run traffic from the

9    networks of [other preexisting vendors] . . . so we started adding these other network protocols . . .

10   in addition to the internet protocol into our system."  Tr. 513:23-514:5.  Mr. Lougheed further

11   stated that "[t]he constraint is because we have to be consistent with stuff we've done before."  Tr.

12   714:18-19.  According to Lougheed, "[e]lements of command development that are important

13   [include] backwards compatibility with what exists, thinking about future extensibility,

14   considering the engineer's own preferences and thinking about what the customers might have."

15   Tr. 653:10-17.  Dr. Black, Arista's expert, also testified that CLI was created with a "consistency

16   with all the preceding CLI's that did the same thing, and that's what engineers would expect."  Tr.

17   2214:1-2.  Based on the testimony and the evidence, a reasonable jury could conclude that Cisco's

18   selection and arrangement of elements in the compilation of multiword command lines was

19   dictated by the need to satisfy customers who wanted consistency, as well as functions from pre-

20   existing systems.

21       Cisco argues that that the scènes à faire evidence in the record was directed to isolated

22   words, terms, or acronyms within the expressions.  Reply 6.  Cisco contends, for example, that the

23   evidence relating to standard industry networking protocols is directed to individual terms and

24   thus insufficient.  *Id.* at 8.  While there was evidence directed to isolated words, terms, acronyms,

25   syntax or other unprotectable elements, there was also evidence relevant to the selection and

26   arrangement of the compilation of command line expressions.  Specifically, with regard to

27   evidence relating to standard industry networking protocols, it is reasonable for a jury to conclude

28   that different command line expressions should be arranged and selected together if different

11

**Appx12**

1    terms in those command line expressions are defined and governed by the same industry standard

2    protocol.  Thus, in accordance with the exhibits and testimony discussed above, a reasonable jury

3    could draw conclusions and reasonable inferences that several factors constrained the selection

4    and arrangement of the command line expressions.  Factors may include customer demand,

5    industry standards of networking protocols, and other rules set forth in the Parser Police

6    manifesto, to name a few.

7         Even though Cisco insists that the evidence in the record was directed to only individual

8    terms and did not rebut Cisco's "undisputed" evidence, such as Dr. Almeroth's testimony on

9    Cisco engineers' "creative choice," this contention fails to account for the evidence discussed

10   above that is relevant to the selection and arrangement of the individual command expressions to

11   create the compilation.  Mot. 5-7.  The Court recognizes that certain testimony, such as that of Mr.

12   Phillip Shafer from Juniper Networks, or Mr. Balaji Venkatraman from HP, could support Cisco's

13   argument that there were no "constraints" in the creation of the compilation of multiword

14   command expressions.  *Id.* at 8-9.  However, the jury was not required to believe such testimony

15   and such testimony in Cisco's favor was not "uncontradicted."  *See Reeves v. Sanderson Plumbing*

16   *Prod., Inc.*, 530 U.S. 133, 151 (2000) (noting that on JMOL, a court "must disregard all evidence

17   favorable to the moving party that the jury is not required to believe").  In reviewing the record on

18   a motion to amend judgment, the Court must "review the record as a whole," and "must draw all

19   reasonable references in favor of the nonmoving party."  *Johnson*, 251 F.3d at 1227 (internal

20   quotations omitted).  Given that the identified testimony of Mr. Shafer, Mr. Venkatraman, or Dr.

21   Almeroth is disputed, a jury is not required to believe that particular opinion testimony.  As such,

22   evidence from the record proffered by Cisco that is in its favor is insufficient to overturn the jury

23   verdict.

24        Cisco further argued at the hearing that the evidence in the record is not relevant to the

25   selection and arrangement of the entirety of the compilation.  Specifically, Cisco contended that

26   the "piecemeal" evidence proffered in Arista's opposition is not sufficient to show scènes à faire

27   for the totality of the compilation.  Apr. 27, 2017 Hr'g Tr. 57:16-18; 58:10-20, ECF 786.  This

28   argument, however, points more towards a different jury instruction which is not before the Court.

12

**Appx13**

Moreover, a reasonable jury could infer from the evidence regarding portions of the compilation that the entire compilation was dictated by external factors.

Cisco's reliance on *Merch. Transaction Sys., Inc. v. Nelcela, Inc.* is also unavailing. Reply 3-4; No. 02-1954, 2009 WL 723001, at *13 (D. Ariz. Mar. 18, 2009). The plaintiffs in *Merch. Transaction* sought protection for the organizational structure of a software database, such as "the design and layout of the database, the accompanying database structures and definitions (table and column names and data types), file names and structures" and others. *Id.* at *12. Addressing the defendant's argument that the "field names" are unprotectable, the court agreed that the "individual field names are unprotected under the scènes à faire doctrine as they are generally a result of customary programming practices." *Id.* However, given that the plaintiffs sought protection of the compilation of those elements, and not the elements individually, the court found the compilation protectable, stating that it "cannot conclude that no reasonable juror could not find creativity in the selection and arrangement" of those elements. *Id.* at *13. In reaching that conclusion, the court reasoned that the individual field names "may become numerous enough and their selection and arrangement original enough that their combination constitutes an original work." *Id.*

Given that *Merch. Transaction* concerned analytic dissection and invoked a standard akin to summary judgment, it has limited application on a motion to amend judgment. The ruling reached in *Merch. Transaction* with respect to field names is similar to the analytic dissection ruling in this case, where the Court found that the individual terms and individual multiword command expressions are not protectable, but that their selection and arrangement into a compilation could be. However, the court in *Merch. Transaction* was not reviewing the record for substantial evidence and was not confronted with evidence showing factors constraining the selection and arrangement of command line expressions, as those discussed above.

Cisco also argues that substantial evidence must show that a plaintiff's "use of the exact arrangement" of the relevant elements in their "exact order" was "dictated" by external factors. Reply 3 (citing *Merch. Transaction*, 2009 WL 723001, at *12-13). However, in selectively quoting *Merch. Transaction*, Cisco ignores what the court stated immediately following those

United States District Court
Northern District of California

13

Appx14

selective quotes: "nor is there anything to suggest that common sense or efficiency considerations dictated [defendant's] use of the same abbreviations in the exact order as [plaintiffs']." *Id.* at *13. The Court finds that Cisco overstates *Merch. Transaction*'s dicta on the "exactness" of the arrangement, and fails to account for the different standard under which *Merch. Transaction* was decided.

Other cases that Cisco cites in support of its motion pertain to cases on summary judgments and fail to negate the substantial evidence in this case supporting the jury's verdict. *See, e.g.*, *B2B CFO Partners, LLC v. Kaufman*, 787 F. Supp. 2d 1002, 1005, 1007-08 (D. Ariz. 2011) (on a motion for partial summary judgment, rejecting the scènes à faire defense and finding that the plaintiff's training manual "may contain some common business practices or ideas" but that the expression did "not naturally flow from the business concepts contained therein"); *Metcalf v. Bochco*, 294 F.3d 1069, 1072, 1074 (9th Cir. 2002) (reversing summary judgment, noting that scènes à faire prohibits protection of the "idea of an idealistic young professional choosing between financial and emotional reward, or of love triangles . . . , or of political forces interfering with private action, but that the combination could satisfy the extrinsic test"); *Curcio Webb LLC v. Nat'l Ben. Programs Agency, Inc.*, No. C2-03-559, 2006 WL 47506, at *6 (S.D. Ohio Jan. 9, 2006) (refusing to grant summary judgment based on the scènes à faire defense because the defendant did not establish that there was "a custom within the industry or that such organization and language is advisable" in a form used by the plaintiff to procure bids on behalf of its clients); *Harner v. Wong Corp.*, No. 12-00820, 2013 WL 11549284, at *1, 9 (D.N.M. Oct. 31, 2013) (concluding on summary judgment that the scènes à faire doctrine was not applicable because the combination of the photos, while individually unprotectable, rendered the advertisement unique).

Instead, the Court finds *Mitel, Inc. v. Iqtel, Inc.* more instructive than the above-cited cases. 124 F.3d 1366, 1368 (10th Cir. 1997). The court in *Mitel* affirmed the lower court's denial of a preliminary injunction motion because the scènes à faire doctrine barred plaintiff Mitel's command codes from copyright protection. *Id.* at 1375. The *Mitel* court evaluated whether the lower court property found that "a set of four-digit numeric instructions known as "command codes'" was not protectable. *Id.* Mitel created these command codes to access the features of

14

telecommunications hardware known as a call controller. *Id.* at 1367-68. Because Mitel controlled a large share of the call controller market, the defendant argued that it could compete with Mitel only if its controller were compatible with Mitel's controller. *Id.* at 1369. The court noted that for computer-related applications, external factors in support of the scènes à faire defense can include "software standards and compatibility requirements, computer manufacturer design standards, industry programming practices, and practices and demands of the industry being serviced." *Id.* at 1375. The court further explained that "[b]ecause these factors concern functional aspects of a work, the scènes à faire doctrine plays a particularly important role in ensuring that copyright rewards and stimulates artistic creativity in a utilitarian work "in a manner that permits the free use and development of non-protectable ideas and processes" that make the work useful. *Id.* (citing *Computer Assocs. Int'l, Inc. v. Altai, Inc.*, 982 F.2d 693, 711 (2d Cir. 1992). Affirming the lower court's ruling, the *Mitel* court first found that the values of the command codes "were selected by Mitel's product management department in response to customer demand or to ensure compatibility with equipment." *Mitel*, 124 F.3d at 1375. The court also found that "[s]tandard programming conventions such as '1' for 'on' and '0' for 'off' determined some of the descriptions and values." *Id.* The court then concluded that Mitel's command codes "were dictated by external functionality" and were not protectable. *Id.* at 1376.

Although Mitel concerned a preliminary injunction, its reasoning on computer-related applications is relevant to this case. Here, the witness testimony and other evidence, discussed above regarding networking industry protocols and pre-existing networking systems, fall squarely in *Mitel*'s list of factors that could support a scènes à faire defense, such as "software standards and compatibility requirements, computer manufacturer design standards." *Mitel*, 124 F.3d at 1375. Like the standard programming conventions that dictated Mitel's command codes, evidence regarding customers' demands and the rules set forth in Cisco's Parser Police manifesto similarly support the jury's verdict that the compilation of multiword command expressions was "dictated by considerations of efficiency," and "industry programming practices, and practices and demands of the industry being serviced," factors recognized by the courts that can support a scènes à faire defense. *See Oracle*, 750 F.3d at 1370; *Mitel*, 124 F.3d at 1375. Accordingly, the jury's scènes à

15

**Appx16**

United States District Court
Northern District of California

faire verdict is supported by the substantial evidence identified in the record and consistent with case law.

The parties also dispute whether there is substantial evidence of scènes à faire directed to other elements of Cisco's works: the selection and arrangement of Cisco's modes and prompts; the collection of Cisco's screen responses and outputs; the collection of Cisco's help descriptions; Cisco's user interfaces as a whole as compilations of the preceding elements. However, given that the Court has already determined that there is substantial evidence on the selection and arrangement of Cisco's command line expressions that a rational jury could rely on to support this verdict, it is "simply not relevant" that some other evidence regarding other protectable elements might potentially have supported a different verdict. *See Johnson*, 251 F.3d at 1227. As noted above, the copyright infringement verdict only required a rational jury to find one of the listed protectable elements to be original and infringed as long as the infringed portion is more than "de minimis." Even if there were no substantial scènes à faire evidence with respect to the remaining protectable elements, the substantial scènes à faire evidence with respect to the selection and arrangement of the command line expressions could still support the verdict. Thus, the Court need not determine whether there is substantial scènes à faire evidence on the remaining protectable elements of Cisco's works.

### C. The Scènes à Faire Defense to Virtually Identical Copying

As a separate ground for its motion, Cisco also argues that scènes à faire does not excuse virtually identical copying. Mot. 22 (citing *Apple Computer, Inc. v. Microsoft Corp.*, 35 F.3d 1435, 1444 (9th Cir. 1994)). According to Cisco, the record and evidence show that the jury necessarily found "virtually identical" copying. *Id.* at 23. Cisco then concludes that the scènes à faire defense is foreclosed as a matter of law. *Id.* at 24.

Arista counters that Cisco forfeited this argument by failing to raise it under Rule 50(a). Opp'n 21. Arista further argues that there is no support for the conclusion that the infringement was necessarily based on "virtually identical" copying. *Id.* at 23-24. According to Arista, the jury instruction on direct evidence of copying does not require a finding of "virtually identical" copying and Cisco was actually opposed to incorporating the phrase, "virtual identity," into the

16

Case 5:14-cv-05344-BLF     Document 787     Filed 05/10/17     Page 19 of 19

jury instruction on "direct evidence" of copying. *Id.* at 22. Arista also avers that the case law cited by Cisco does not support the conclusion that "direct evidence" of copying is equivalent to "virtually identical" copying or that the scènes à faire defense is inapplicable here. *Id.* at 23.

Because a post-verdict Rule 50(b) challenge is a renewed motion, it "is limited to the grounds asserted in the pre-deliberation Rule 50(a) motion." *E.E.O.C. v. Go Daddy Software, Inc.*, 581 F.3d 951, 961 (9th Cir. 2009). "Thus, a party cannot properly 'raise arguments in its post-trial motion for judgment as a matter of law under Rule 50(b) that it did not raise in its preverdict Rule 50(a) motion.'" *Id.* (citation omitted).

The Court finds that Cisco forfeited this argument by not raising it under Rule 50(a). In its 50(a) motion, Cisco's entire scènes à faire portion reads as follows:

> For similar reasons, and based on similar evidence, no reasonable jury could find that, at the time Cisco created its works, external factors other than Cisco's creativity "dictated" that Cisco select, arrange, organize and design its original features in the manner it did, and thus Cisco is entitled to judgment as a matter of law on Arista's scènes à faire affirmative defense. Jury Inst. 61. For example, Arista does not dispute that no standard-setting organizations or customer preconceptions required Cisco to design the expressions in its user interface as it did (e.g., Tr. 1963:5-8 (Ullal)); to the contrary, as Mr. Shafer of Juniper testified, the creative process within Cisco was a "greenfield" or "open pasture," without constraints, at the time the user interfaces were created. Tr. 2060:17-2061:3 (Shafer).

ECF 732 at 14:7-15. Nowhere in Cisco's Rule 50(a) motion is there an argument that scènes à faire is not a defense to "virtually identical" copying. Relying on *Antonick v. Elec. Arts, Inc.*, Cisco argues that it was not obligated to "set forth every possible legal argument" in its Rule 50(a) motion. Reply 14 (citing 841 F.3d 1062, 1068 (9th Cir. 2016)). However, this misstates the law. While "Rule 50(b) 'may be satisfied by an ambiguous or inartfully made motion,'" the argument in some form still needs to be made. *See id.* (citing *Reeves v. Teuscher*, 881 F.2d 1495, 1498 (9th Cir. 1989)). The plaintiff in *Antonick* argued that the 50(b) motion on whether there was substantial evidence on similarity of the works as a whole should not have been considered because the 50(a) motion only argued that the evidence was insufficient to show substantial similarity between the two protectable elements of the code. 841 F.3d at 1067. The Ninth Circuit

17

rejected that argument because both motions argued that the failure to place source code in evidence was fatal to the claim of copying.  *Id.* at 1068.

In contrast to *Antonick*, the portion of Cisco's Rule 50(a) motion pertaining to scènes à faire made no mention of "virtually identical" copying, let alone whether scènes à faire can be a defense to "virtually identical" copying.  The Rule 50(a) motion only argued that there were no external factors that "required Cisco to design the expressions in its user interface as it did."  As such, the issue is not that the argument was inartfully or ambiguously made but that it was not made at all.[1]  The Court thus finds this argument waived and will not consider it as a ground in support of Cisco's motion to amend the judgment.[2]

### III.    ARISTA'S MOTION FOR JUDGMENT AS A MATTER OF LAW

Although it prevailed at trial, Arista also filed a Rule 50(b) motion requesting judgment as a matter of law that: (1) Cisco does not own any protectable original expression in the asserted CLIs; and (2) Cisco has not proven any protectable compilation of CLI elements; (3) there is no copyright infringement given the "thin" protection that applies to Cisco's works; (4) jury lacked sufficient evidence to consider and compare the disputed works as a whole; (5) the user interfaces are not copyrighted works separate from Cisco's complete registered operation systems; (6) Arista's conduct is fair use; (7) Cisco abandoned its copyrights; (8) Cisco has misused its copyrights; and (8) Arista is entitled to merger as a defense.  Arista also moves for a new trial for the same reasons under Rule 59.  At the April 27, 2017 hearing, Arista agreed that, if the Court denied Cisco's motion, Arista motion is moot.  Accordingly, because the Court denies Cisco's

---

[1] Had Cisco timely raised this issue at the jury instruction conference or at the 50(a) motion, the Court could have considered providing a jury instruction on the matter.
[2] The verdict form did not require the jury to identify whether they applied a "virtual identity" standard to arrive at the copyright infringement verdict.  Nor did it require them to specify whether they relied on "direct" or "indirect" evidence in support of the verdict.  While the instruction on "indirect evidence" required the jury to find liability on a "virtual identity" standard, the instructions on "direct evidence" of copying did not. Instr. Nos. 36, 38, 39.  In order to render its argument relevant, Cisco nonetheless assumes that the jury must have found "virtually identical" copying even if they were to rely on "direct evidence."  This assumption does not necessarily hold true as the jury instruction on "direct evidence" of copying did not require application of such a standard.  As such, a reasonable jury could still find copyright infringement based on direct evidence without applying the "virtual identity" standard.  Accordingly, a scènes à faire defense verdict would not be incorrect as a matter of law even if Cisco's argument that scènes à faire is not a defense to "virtually identical" copying were to be legally correct.

United States District Court
Northern District of California

1    motion, as set forth above in Section II, Arista's motions are moot.

2    **IV.    ORDER**

3    For the foregoing reasons, IT IS HEREBY ORDERED that:

4    1.  Cisco's motion for judgment as a matter of law is DENIED.

5    2.  Arista's motion for judgment as a matter of law and conditional motion for new trial

6    are MOOT.

7

8    **IT IS SO ORDERED.**

9

10   Dated: May 10, 2017

11

12   BETH LABSON FREEMAN
     United States District Judge

13

ADRMOP,AO279,APPEAL,CLOSED,RELATE

**U.S. District Court**
**California Northern District (San Jose)**
**CIVIL DOCKET FOR CASE #: 5:14-cv-05344-BLF**
**Internal Use Only**

Cisco Systems Inc-v-Arista Networks, Inc
Assigned to: Hon. Beth Labson Freeman
Referred to: Magistrate Judge Nathanael M. Cousins
Relate Case Case: 5:16-cv-00923-BLF
Cause: 15:1126 Patent Infringement

Date Filed: 12/05/2014
Date Terminated: 12/19/2016
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Cisco Systems Inc**

represented by **John M. Desmarais**
Desmarais LLP
230 Park Avenue
New York, NY 10169
212-351-3400
Email: jdesmarais@desmaraisllp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean Sang-Chul Pak**
Quinn Emanuel Urquhart & Sullivan, LLP
50 California, Floor 22
San Francisco, CA 94111
415-875-6320
Fax: 415-875-6700
Email: seanpak@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam R. Alper**
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
415-439-1476
Fax: 415-439-1500
Email: aalper@kirkland.com
*ATTORNEY TO BE NOTICED*

**Alan S. Kellman**
Kirkland & Ellis LLP
Citigroup Center, 153 East 53rd Street
New York, NY 10022
212/446-4681
Fax: 212/446-4900
Email: akellman@desmaraisllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy H Candido**
Quinn Emanuel et al LLP
50 California St 22FL
San Francisco, CA 94111-4624

I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.

ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California

by *Susie F. Banera*
Deputy Clerk

Date: June 8, 2017

**Appx21**

415-875-6600
Email: amycandido@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Andrew Michael Holmes**
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6600
Fax: 415-875-6700
Email: drewholmes@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Brian Paul Gearing**
Morrison & Foerster LLP
Shin-Marunouchi Bldg. 29th Floor
1-5-1 Marunouchi
Chiyoda-ku
Tokyo 100-6529
Japan
81-3-3214-6522
Fax: 81-3-3214-6512
Email: brian.gearing@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Leary**
Desmarais LLP
230 Park Avenue
New York, NY 10169
212-808-2978
Email: BLeary@desmaraisllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carl Gunnar Anderson**
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6600
Fax: 415-875-6700
Email: carlanderson@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**David A. Nelson**
Quinn Emanuel Urquhart & Sullivan, LLP
500 West Madison Street, Suite 2450
Chicago, IL 60661
(312)705-7400
Fax: (312)463-2961
Email: davenelson@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason L Liu**
Quinn Emanuel Urquhart and Sullivan, LLP
50 California St. 22nd Floor
San Francisco, CA 94111

**Appx22**

415-875-6434
Email: jasonliu@quinnemanuel.com
*TERMINATED: 10/19/2016*

**John M. Neukom**
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6600
Fax: 415-875-6700
Email: johnneukom@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Jordan Ross Jaffe**
Quinn Emanuel et al
555 Twin Dolphin Dr
5th Fl
Redwood Shores, CA 94065
650-801-5000
Email: jordanjaffe@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Joshua L Simmons ,**
Kirkland and Ellis, LLP
601 Lexington Avenue
New York, NY 10169
212-446-4800
Fax:
Email: joshua.simmons@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathleen Marie Sullivan**
Quinn Emanuel Urquhart and Sullivan, LLP
51 Madison Ave
22d Floor
New York, NY 10022
212-849-7000
Email: kathleensullivan@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Kenneth K. Suh**
Quinn Emanuel Urquhart Sullivan, LLP
500 West Madison
Suite 2450
Chicago, IL 60661
3127057454
Email: kennethsuh@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Lance L Yang**
865 s. figueroa st
los angeles, ca 90017
213-443-3360
Email: lanceyang@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Mark Yeh-Kai Tung**

Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650-801-5000
Email: marktung@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Matthew Cannon**
1225 Monterey Ave
Berkeley, CA 94707
415-680-4057
Email: cannon.matthew.d@gmail.com
*TERMINATED: 10/19/2016*

**Michael Woodrow De Vries**
Kirkland & Ellis LLP
333 South Hope Street
29th Floor
Los Angeles, CA 90071
213-680-8590
Fax: 213-680-8500
Email: michael.devries@kirkland.com
*ATTORNEY TO BE NOTICED*

**Michael Rothschild Rhodes , Rhode**
Desmarais LLP
1st
230 Park Avenue, Desmarais LLP, 26th Floor
New York, NY 10169
212-808-2974
Email: mrhodes@desmaraisllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Allan Wueste**
Kirkland Ellis, LLP
3330 Hillview Ave
Palo Alto, CA 94304
650-859-7306
Email: michael.wueste@kirkland.com
*ATTORNEY TO BE NOTICED*

**Owen Roberts**
Quinn Emanuel Urquhart and Sullivan LLP
51 Madison Ave.
22nd Floor
New York, NY 10010
212-849-7441
Email: owenroberts@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul A. Bondor**
Desmarais LLP
230 Park Avenue
New York, NY 10169
212-351-3400
Fax: 212-351-3401

**Appx24**

Email: pbondor@desmaraisllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*


**Peter Allen Klivans**
Quinn Emanuel Urquhart and Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111-4788
415-875-6339
Fax: 415-875-6700
Email: peterklivans@quinnemanuel.com
*ATTORNEY TO BE NOTICED*


**Phillip H. Warren**
Covington & Burling LLP
1 Front Street
San Francisco, CA 94111
415-591-6000
Fax: 415-591-6091
Email: pwarren@cov.com
*ATTORNEY TO BE NOTICED*


**Richard A. Feinstein**
Boies, Schiller and Flexner
1401 New York Avenue, Nw
11th FL
Washington, DC 20005
United Sta
202-237-2727
Fax: 2022376131
Email: RFeinstein@bsfllp.com
*ATTORNEY TO BE NOTICED*


**Sara E. Jenkins**
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Dr.
5th Floor
Redwood Shores, CA 94065
650-801-5040
Fax: 650-801-5100
Email: sarajenkins@quinnemanuel.com
*ATTORNEY TO BE NOTICED*


**Steven Carl Cherny**
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Ave.
22nd Floor
New York, NY 10010
(212) 849-7000
Fax: (212) 849-7100
Email: stevencherny@quinnemanuel.com
*ATTORNEY TO BE NOTICED*


**Tamir Packin**
Desmarais LLP
230 Park Avenue
New York, NY 10169
212-351-3400
Email: tpackin@desmaraisllp.com

**Appx25**

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Anten**
Quinn Emanuel Urquhart and Sullivan, LLP
51 Madison Ave.
22nd Fl.
New York, NY 10010
212-849-7192
Email: toddanten@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tom BenGera**
Desmarais LLP
230 Park Avenue
26TH Floor
New York, NY 10169
(212) 351-3400
Email: tbengera@desmaraisllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Arista Networks, Inc.**                    represented by  **Ajay Krishnan**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415-391-5400
Fax: 415-397-7188
Email: akrishnan@keker.com
*ATTORNEY TO BE NOTICED*

**Andrea Christina Nill Sanchez**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415-391-5400
Email: anillsanchez@keker.com
*ATTORNEY TO BE NOTICED*

**Ashok Ramani**
Keker Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415-391-5400
Fax: 415-397-7188
Email: aramani@keker.com
*ATTORNEY TO BE NOTICED*

**Bradley T Tennis**
Wilson Sonsini Goodrich and Rosati
650 Page Mill Rd.
Palo Alto, CA 94304
650-849-3056
Email: btennis@wsgr.com
*ATTORNEY TO BE NOTICED*

**Appx26**

**Brian L. Ferrall**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415-391-5400
Fax: 415-397-7188
Email: bferrall@keker.com
*ATTORNEY TO BE NOTICED*

**Chul Pak**
Wilson Sonsini Goodrich and Rosati
1301 Avenue of the Americas
40th Floor
New York, NY 10019
212-497-7726
Fax: 212-999-5899
Email: cpak@wsgr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Reichenberg**
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas
40th Floor
New York, NY 10019
212-999-5800
Email: dreichenberg@wsgr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Justin Rosen**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415-391-5400
Fax: 415-397-7188
Email: drosen@keker.com
*ATTORNEY TO BE NOTICED*

**David Jason Silbert**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 391-5400
Fax: (415) 397-7188
Email: dsilbert@keker.com
*ATTORNEY TO BE NOTICED*

**Eduardo E. Santacana**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415-391-5400
Email: esantacana@keker.com
*ATTORNEY TO BE NOTICED*

**Elizabeth Katharine McCloskey**
Keker Van Nest & Peters LLP

**Appx27**

633 Battery Street
San Francisco, CA 94111-1809
415-391-5400
Fax: 415-397-7188
Email: emccloskey@keker.com
*ATTORNEY TO BE NOTICED*

**Jonathan M. Jacobson**
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the America
40th Floor
New York, NY 10019
212-497-7758
Fax: 212-999-5899
Email: jjacobson@wsgr.com
*ATTORNEY TO BE NOTICED*

**Juanita R. Brooks**
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130-2081
858/678-5070
Fax: (858) 678-5099
Email: brooks@fr.com
*TERMINATED: 12/14/2016*

**Katherine M. Lloyd-Lovett**
United States Attorney's Office
Northern District of California
450 Golden Gate Ave.
11th Floor
San Francisco, CA 94102
415-436-6821
Fax: 415-436-7027
Email: katherine.lloyd-lovett@usdoj.gov
*TERMINATED: 10/08/2015*

**Kelly C. Hunsaker**
Fish & Richardson PC
500 Arguello Street, Suite 500
Redwood City, CA 94063
(650) 839-5070
Fax: (650) 839-5071
Email: hunsaker@fr.com
*TERMINATED: 12/14/2016*

**Lauren A Degnan**
Fish & Richardson PC
901 15th ST NW
7th Floor
Washington, DC 20005
202-626-6392
Fax: 202-783-2331
Email: degnan@fr.com
*ATTORNEY TO BE NOTICED*

**Matthew Douglas Powers**
Tensegrity Law Group, LLP
555 Twin Dolphin Drive

**Appx28**

Suite 650
Redwood Shores, CA 94065
650-802-6000
Fax: 650-802-6001
Email: matthew.powers@tensegritylawgroup.com
*ATTORNEY TO BE NOTICED*

**Michael S Kwun**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415-391-5400
Fax: 415-397-7188
Email: mkwun@keker.com
*ATTORNEY TO BE NOTICED*

**Michael J. McKeon**
Fish & Richardson P.C.
1425 K Street N.W., 11th Floor
Washington, DC 20005-3500
202-626-6448
Fax: 202-783-2331
Email: mckeon@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicholas David Marais**
Keker, Van Nest & Peters LLP
633 Battery St
San Francisco, CA 94111
415-391-5400
Fax: 415-397-7188
Email: NMarais@keker.com
*ATTORNEY TO BE NOTICED*

**Robert Addy Van Nest**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415-391-5400
Fax: 415-397-7188
Email: rvannest@keker.com
*ATTORNEY TO BE NOTICED*

**Ruffin B. Cordell**
Fish & Richardson P.C.
The McPherson Building
901 15th Street N.W., 7th Floor
Washington, DC 20005
262-626-6449
Fax: 202-783-2331
Email: cordell@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan K.M. Wong**
Keker, Van Nest & Peters LLP
633 Battery Street
SF, CA 94111

**Appx29**

415-391-5400
Fax: 415-397-7188
Email: rwong@keker.com
*ATTORNEY TO BE NOTICED*

**Scott Andrew Sher**
Wilson Sonsini Goodrich & Rosati
1700 K Street, NW
Fifth Floor
Washington, DC 20006
202-973-8800
Fax: 202-973-8899
Email: ssher@wsgr.com
*ATTORNEY TO BE NOTICED*

**Susan Abouchar Creighton**
Wilson Sonsini Goodrich Rosati
1700 K Street
Washington, DC 20006
202-973-8855
Email: lnorth@wsgr.com
*ATTORNEY TO BE NOTICED*

**William Patrick Nelson**
Tensegrity Law Group, LLP
555 Twin Dolphin Drive
Suite 650
Redwood Shores, CA 94065
650-802-6000
Fax: 650-802-6001
Email: william.nelson@tensegritylawgroup.com
*ATTORNEY TO BE NOTICED*

<u>**Interested Party**</u>

**Juniper Networks, Inc.**                    represented by  **Joshua Popik Glucoft**
                                                              Irell and Manella LLP
                                                              1800 Avenue of the Stars
                                                              Ste. 900
                                                              Los Angeles, CA 90067-4276
                                                              310-277-1010
                                                              Fax: 310-203-7199
                                                              Email: JGlucoft@irell.com
                                                              *ATTORNEY TO BE NOTICED*

<u>**Interested Party**</u>

**Dell Inc.**                                 represented by  **Roderick Manley Thompson**
                                                              Farella Braun & Martel LLP
                                                              235 Montgomery Street
                                                              17th Floor
                                                              San Francisco, CA 94104
                                                              415-954-4400
                                                              Fax: 415-954-4480
                                                              Email: rthompson@fbm.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|

**Appx30**

| 12/05/2014 | 1 | COMPLAINT against Arista Networks Inc. (Filing fee $ 400, receipt number 0971-9121419.). Filed by Cisco Systems Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4A, # 5 Exhibit 4B, # 6 Exhibit 5, # 7 Exhibit 6A, # 8 Exhibit 6B, # 9 Exhibit 7A, # 10 Exhibit 7B, # 11 Exhibit 8A, # 12 Exhibit 8B, # 13 Exhibit 9A, # 14 Exhibit 9B, # 15 Exhibit 10, # 16 Exhibit 11, # 17 Exhibit 12, # 18 Exhibit 13, # 19 Exhibit 14, # 20 Exhibit 15, # 21 Exhibit 16, # 22 Exhibit 17, # 23 Exhibit 18, # 24 Exhibit 19, # 25 Exhibit 20, # 26 Exhibit 21, # 27 Exhibit 22, # 28 Exhibit 23, # 29 Exhibit 24, # 30 Exhibit 25, # 31 Exhibit 26, # 32 Exhibit 27, # 33 Exhibit 28, # 34 Exhibit 29, # 35 Exhibit 30, # 36 Civil Cover Sheet)(Pak, Sean) (Filed on 12/5/2014) Modified on 12/8/2014 (slhS, COURT STAFF). (Entered: 12/05/2014) |
| 12/05/2014 | 2 | Proposed Summons. (Pak, Sean) (Filed on 12/5/2014) (Entered: 12/05/2014) |
| 12/05/2014 | 3 | Case assigned to Magistrate Judge Jacqueline Scott Corley. Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov /ecf/caseopening. Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5-1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. (bwS, COURT STAFF) (Filed on 12/5/2014) (Entered: 12/05/2014) |
| 12/05/2014 | 4 | MOTION for leave to appear in Pro Hac Vice *Steven Cherny* ( Filing fee $ 305, receipt number 0971-9122126.) filed by Cisco Systems Inc. (Attachments: # 1 Certificate of Good Standing)(Alper, Adam) (Filed on 12/5/2014) (Entered: 12/05/2014) |
| 12/05/2014 | 5 | Proposed Summons. (Pak, Sean) (Filed on 12/5/2014) (Entered: 12/05/2014) |
| 12/05/2014 | 6 | NOTICE of Appearance by John M. Neukom *on behalf of Cisco Systems, Inc.* (Neukom, John) (Filed on 12/5/2014) (Entered: 12/05/2014) |
| 12/05/2014 | 7 | NOTICE of Appearance by Mark Yeh-Kai Tung *on behalf of Cisco Systems, Inc.* (Tung, Mark) (Filed on 12/5/2014) (Entered: 12/05/2014) |
| 12/05/2014 | 8 | NOTICE of Appearance by Matthew Cannon *on behalf of Cisco Systems, Inc.* (Cannon, Matthew) (Filed on 12/5/2014) (Entered: 12/05/2014) |
| 12/05/2014 | 9 | Certificate of Interested Entities by Cisco Systems Inc *Pursuant to to Civ. L.R. 3-15* (Pak, Sean) (Filed on 12/5/2014) (Entered: 12/05/2014) |
| 12/05/2014 | 10 | NOTICE by Cisco Systems Inc *Cisco Systems, Inc.'s Disclosure Statement Pursuant to Fed.R. Civ. P.7.1* (Pak, Sean) (Filed on 12/5/2014) (Entered: 12/05/2014) |
| 12/05/2014 | 11 | NOTICE of Appearance by Kathleen Marie Sullivan *on behalf of Cisco Systems, Inc.* (Sullivan, Kathleen) (Filed on 12/5/2014) (Entered: 12/05/2014) |
| 12/05/2014 | 12 | NOTICE of Appearance by Michael Woodrow De Vries *on behalf of Cisco Systems, Inc.* (De Vries, Michael) (Filed on 12/5/2014) (Entered: 12/05/2014) |
| 12/08/2014 | 13 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 3/6/2015. Case Management Conference set for 3/13/2015 01:30 PM in Courtroom F, 15th Floor, San Francisco. (slhS, COURT STAFF) (Filed on 12/8/2014) (Entered: 12/08/2014)** |
| 12/08/2014 | 14 | Summons Issued as to Arista Networks, Inc.. (slhS, COURT STAFF) (Filed on 12/8/2014) (Entered: 12/08/2014) |
| 12/08/2014 | 15 | REPORT on the filing of an action regarding patent infringement (cc: form mailed to register). (slhS, COURT STAFF) (Filed on 12/8/2014) (Entered: 12/08/2014) |
| 12/08/2014 | 16 | REPORT on the filing of an action regarding copyright infringement (cc: form mailed to register). (slhS, COURT STAFF) (Filed on 12/8/2014) (Entered: 12/08/2014) |
| 12/09/2014 | 17 | **ORDER by Magistrate Judge Jacqueline Scott Corley granting 4 Motion for Pro Hac Vice as to Steven Cherny (ahm, COURT STAFF) (Filed on 12/9/2014) (Entered: 12/09/2014)** |

**Appx31**

| 12/09/2014 | 🔒 | (Court only) *** Attorney Steven Carl Cherny added for Cisco Systems Inc. (slhS, COURT STAFF) (Filed on 12/9/2014) (Entered: 12/10/2014) |
|---|---|---|
| 12/16/2014 | 18 | SUMMONS Returned Executed by Cisco Systems Inc. Arista Networks, Inc. served on 12/9/2014, answer due 12/30/2014. (Pak, Sean) (Filed on 12/16/2014) Modified on 12/17/2014 (slhS, COURT STAFF). (Entered: 12/16/2014) |
| 12/18/2014 | 19 | NOTICE of Appearance by Robert Addy Van Nest (Van Nest, Robert) (Filed on 12/18/2014) (Entered: 12/18/2014) |
| 12/19/2014 | 20 | NOTICE of Appearance by David Jason Silbert (Silbert, David) (Filed on 12/19/2014) (Entered: 12/19/2014) |
| 12/19/2014 | 21 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Cisco Systems Inc.. (Pak, Sean) (Filed on 12/19/2014) (Entered: 12/19/2014) |
| 12/19/2014 | 22 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (ahm, COURT STAFF) (Filed on 12/19/2014) (Entered: 12/19/2014) |
| 12/19/2014 | 23 | NOTICE of Appearance by Brian L. Ferrall (Ferrall, Brian) (Filed on 12/19/2014) (Entered: 12/19/2014) |
| 12/19/2014 | 24 | NOTICE of Appearance by Michael S Kwun (Kwun, Michael) (Filed on 12/19/2014) (Entered: 12/19/2014) |
| 12/19/2014 | 25 | **ORDER, Case reassigned to Hon. Beth Labson Freeman. Magistrate Judge Jacqueline Scott Corley no longer assigned to the case.. Signed by Executive Committee on 12/19/14. (ha, COURT STAFF) (Filed on 12/19/2014) (Entered: 12/19/2014)** |
| 12/22/2014 | 26 | NOTICE of Appearance by Juanita R. Brooks *for Arista Networks, Inc.* (Brooks, Juanita) (Filed on 12/22/2014) (Entered: 12/22/2014) |
| 12/22/2014 | 27 | NOTICE of Appearance by Kelly C. Hunsaker *for Arista Networks, Inc.* (Hunsaker, Kelly) (Filed on 12/22/2014) (Entered: 12/22/2014) |
| 12/22/2014 | 28 | MOTION for leave to appear in Pro Hac Vice *for Michael J. McKeon* ( Filing fee $ 305, receipt number 0971-9163242.) filed by Arista Networks, Inc.. (Hunsaker, Kelly) (Filed on 12/22/2014) (Entered: 12/22/2014) |
| 12/22/2014 | 29 | MOTION for leave to appear in Pro Hac Vice *for Lauren A. Degnan* ( Filing fee $ 305, receipt number 0971-9163379.) filed by Arista Networks, Inc.. (Hunsaker, Kelly) (Filed on 12/22/2014) (Entered: 12/22/2014) |
| 12/22/2014 | 30 | MOTION for leave to appear in Pro Hac Vice *for Ruffin B. Cordell* ( Filing fee $ 305, receipt number 0971-9163558.) filed by Arista Networks, Inc.. (Hunsaker, Kelly) (Filed on 12/22/2014) (Entered: 12/22/2014) |
| 12/22/2014 | 31 | **ORDER by Judge Beth Labson Freeman granting 28 Motion for Pro Hac Vice. (blflc3S, COURT STAFF) (Filed on 12/22/2014) (Entered: 12/22/2014)** |
| 12/22/2014 | 32 | **ORDER by Judge Beth Labson Freeman granting 29 Motion for Pro Hac Vice. (blflc3S, COURT STAFF) (Filed on 12/22/2014) (Entered: 12/22/2014)** |
| 12/22/2014 | 33 | **ORDER by Judge Beth Labson Freeman granting 30 Motion for Pro Hac Vice. (blflc3S, COURT STAFF) (Filed on 12/22/2014) (Entered: 12/22/2014)** |
| 12/23/2014 | 34 | STIPULATION *TO EXTEND TIME TO RESPOND TO COMPLAINT* filed by Arista Networks, Inc.. (Silbert, David) (Filed on 12/23/2014) (Entered: 12/23/2014) |
| 02/13/2015 | 35 | Certificate of Interested Entities by Arista Networks, Inc. *and Federal Rule of Civil Procedure 7.1 Disclosure Statement* (Silbert, David) (Filed on 2/13/2015) (Entered: 02/13/2015) |
| 02/13/2015 | 36 | ANSWER to Complaint with Jury Demand byArista Networks, Inc.. (Van Nest, Robert) (Filed on 2/13/2015) (Entered: 02/13/2015) |
| 03/06/2015 | 37 | AMENDED COMPLAINT *FOR COPYRIGHT AND PATENT INFRINGEMENT* against Arista Networks, Inc.. Filed byCisco Systems Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4A, # 5 Exhibit 4B, # 6 Exhibit 5, # 7 Exhibit 6A, # 8 Exhibit 6B, # 9 Exhibit 7A, # 10 |

**Appx32**

| | | |
|---|---|---|
| | | Exhibit 7B, # 11 Exhibit 8A, # 12 Exhibit 8B, # 13 Exhibit 9A, # 14 Exhibit 9B, # 15 Exhibit 10, # 16 Exhibit 11, # 17 Exhibit 12, # 18 Exhibit 13, # 19 Exhibit 14, # 20 Exhibit 15, # 21 Exhibit 16, # 22 Exhibit 17, # 23 Exhibit 18, # 24 Exhibit 19, # 25 Exhibit 20, # 26 Exhibit 21, # 27 Exhibit 22, # 28 Exhibit 23, # 29 Exhibit 24, # 30 Exhibit 25, # 31 Exhibit 26, # 32 Exhibit 27, # 33 Exhibit 28, # 34 Exhibit 29, # 35 Exhibit 30)(Pak, Sean) (Filed on 3/6/2015) (Entered: 03/06/2015) |
| 03/18/2015 | 38 | JOINT STIPULATION to Extend Time to Answer 37 Amended Complaint filed by Arista Networks, Inc. (Silbert, David) (Filed on 3/18/2015) Modified on 3/19/2015 (srmS, COURT STAFF). (Entered: 03/18/2015) |
| 03/25/2015 | 39 | MOTION to Dismiss *PURSUANT TO FED. R. CIV. P. 12(B)(6)* filed by Arista Networks, Inc.. Motion Hearing set for 7/2/2015 09:00 AM in Courtroom 3, 5th Floor, San Jose before Hon. Beth Labson Freeman. Responses due by 4/8/2015. Replies due by 4/15/2015. (Attachments: # 1 Proposed Order) (Silbert, David) (Filed on 3/25/2015) (Entered: 03/25/2015) |
| 03/30/2015 | 40 | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE. Case Management Statement due by 5/7/2015. Initial Case Management Conference set for 5/14/2015 01:30 PM in Courtroom 3, 5th Floor, San Jose before Judge Beth Labson Freeman. (tsh, COURT STAFF) (Filed on 3/30/2015) (Entered: 03/30/2015) |
| 04/08/2015 | 41 | RESPONSE (re 39 MOTION to Dismiss *PURSUANT TO FED. R. CIV. P. 12(B)(6)* ) *Cisco's Opposition to Arista's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)* filed byCisco Systems Inc. (Attachments: # 1 Declaration of Matt Cannon in Support of Cisco's Opposition to Arista's Motion to Dismiss, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8)(Pak, Sean) (Filed on 4/8/2015) (Entered: 04/08/2015) |
| 04/15/2015 | 42 | REPLY (re 39 MOTION to Dismiss *PURSUANT TO FED. R. CIV. P. 12(B)(6)* ) filed byArista Networks, Inc.. (Van Nest, Robert) (Filed on 4/15/2015) (Entered: 04/15/2015) |
| 05/07/2015 | 43 | JOINT CASE MANAGEMENT STATEMENT filed by Cisco Systems Inc. (Pak, Sean) (Filed on 5/7/2015) (Entered: 05/07/2015) |
| 05/14/2015 | 44 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Initial Case Management Conference held on 5/14/2015.FTR Time: 1:44 - 2:32. Plaintiff Attorney: Sean Pak, John Neukom, Matthew Cannon, Neal Rubin, Leah Waterland. Defendant Attorney: David Silbert, Brian Ferrall. This is a text only Minute Entry (tsh, COURT STAFF) (Date Filed: 5/14/2015) (Entered: 05/15/2015)** |
| 05/14/2015 | 46 | **CASE MANAGEMENT ORDER re 44 Case Management Conference: Claims Construction Tutorial set for 01/29/2016 at 9:00 AM. Claims Construction Hearing set for 02/05/2016 at 9:00 AM. Last Day to Hear Dispositive Motions set for 05/05/2016 at 9:00 AM. Final Pretrial Conference set for 07/07/2016 at 2:30 PM. Jury Selection set for 08/01/2016 at 9:00 AM. Jury Trial set for 08/01/2016, 8/2/2016, 8/3/2016, 8/5/2016, 8/8/2016, 8/9/2016, 8/10/2016, 08/12/2016, 8/15/2016, 8/16/2016, 8/17/2016, and 8/19/2016 at 09:00 AM before Hon. Beth Labson Freeman. Signed by Judge Beth Labson Freeman on 05/14/2015. (tsh, COURT STAFF) (Filed on 5/14/2015) (Entered: 05/18/2015)** |
| 05/15/2015 | 45 | TRANSCRIPT ORDER for 5/14/2015 CMC by Cisco Systems Inc for Court Reporter FTR - San Jose. (Pak, Sean) (Filed on 5/15/2015) (TRANSCRIBER: LEO MANKIEWICZ) Modified on 5/15/2015 (sms, COURT STAFF). (Entered: 05/15/2015) |
| 05/19/2015 | 47 | TRANSCRIPT ORDER for 5/14/15 CMC by Arista Networks, Inc. for Court Reporter FTR - San Jose. (Lovett, Katherine) (Filed on 5/19/2015) (TRANSCRIBER: LEO MANKIEWICZ) Modified on 5/19/2015 (sms, COURT STAFF). (Entered: 05/19/2015) |
| 05/21/2015 | 48 | STIPULATION *Regarding Electronic Discovery and Document Production Format* filed by Cisco Systems Inc. (Pak, Sean) (Filed on 5/21/2015) (Entered: 05/21/2015) |
| 05/22/2015 | 49 | Transcript of Proceedings held on 05/14/2015, before Judge Beth Labson Freeman. Court Reporter/Transcriber Leo T. Mankiewicz, CSR, RMR, CRR, Telephone number (415) 722-7045; email: leomank@gmail.com. FTR 1:44 p.m. - 2:32 p.m. = 48 minutes. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request |

| | | | |
|---|---|---|---|
| | | | Redaction, if required, is due no later than 5 business days from date of this filing. Redaction Request due 6/12/2015. Redacted Transcript Deadline set for 6/22/2015. Release of Transcript Restriction set for 8/20/2015. (Mankiewicz, Leo) (Filed on 5/22/2015) (Entered: 05/22/2015) |
| 05/22/2015 | 🔒 | | (Court only) TRANSCRIPT COPY DELIVERED (Mankiewicz, Leo) (Filed on 5/22/2015) (Entered: 05/22/2015) |
| 05/29/2015 | 50 | | STIPULATION WITH PROPOSED ORDER *Regarding Schedule to Trial* filed by Cisco Systems Inc. (Pak, Sean) (Filed on 5/29/2015) (Entered: 05/29/2015) |
| 06/01/2015 | 51 | | **Order by Hon. Beth Labson Freeman granting 50 Stipulated Scheduling Order. (blflc3S, COURT STAFF) (Filed on 6/1/2015) (Entered: 06/01/2015)** |
| 06/25/2015 | 52 | | STIPULATION WITH PROPOSED ORDER *for Protective Order* filed by Cisco Systems Inc. (Pak, Sean) (Filed on 6/25/2015) (Entered: 06/25/2015) |
| 06/26/2015 | 53 | | **Order by Hon. Beth Labson Freeman granting 52 Stipulated Protective Order. (blflc3S, COURT STAFF) (Filed on 6/26/2015) (Entered: 06/26/2015)** |
| 07/02/2015 | 54 | | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Motion Hearing held on 7/2/2015 re 39 MOTION to Dismiss *PURSUANT TO FED. R. CIV. P. 12(B)(6)* filed by Arista Networks, Inc.; GRANTING WITH LEAVE TO AMEND 39 Motion to Dismiss. Court Reporter Name: Summer Fisher, Time in Court: 9:02 - 9:40. Plaintiff Attorney: Mark Sullivan, Mark Tung, Matthew Cannon. Defendant Attorney: David Silbert, Elizabeth McCloskey. This is a text only Minute Entry (tsh, COURT STAFF) (Date Filed: 7/2/2015) (Entered: 07/02/2015)** |
| 07/02/2015 | 55 | | TRANSCRIPT ORDER by Cisco Systems Inc for Court Reporter Summer Fisher. (Pak, Sean) (Filed on 7/2/2015) (Entered: 07/02/2015) |
| 07/02/2015 | 56 | | TRANSCRIPT ORDER by Arista Networks, Inc. for Court Reporter Summer Fisher. (Ferrall, Brian) (Filed on 7/2/2015) (Entered: 07/02/2015) |
| 07/03/2015 | 🔓 57 | | Transcript of Proceedings held on 07/02/2015, before Judge Beth Labson Freeman. Court Reporter/Transcriber Summer Fisher, Telephone number 408-288-6150 summer_fisher@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 55 Transcript Order ) Release of Transcript Restriction set for 10/1/2015. (Related documents(s) 55 ) (Fisher, Summer) (Filed on 7/3/2015) (Entered: 07/03/2015) |
| 07/03/2015 | 🔒 | | (Court only) TRANSCRIPT COPY DELIVERED re 56 Transcript Order (Related documents(s) 56 ) (Fisher, Summer) (Filed on 7/3/2015) (Entered: 07/03/2015) |
| 07/09/2015 | 58 | | **ORDER GRANTING 39 DEFENDANT'S PARTIAL MOTION TO DISMISS, WITH LEAVE TO AMEND. Signed by Judge Beth Labson Freeman on 7/9/2015. (blflc1, COURT STAFF) (Filed on 7/9/2015) (Entered: 07/09/2015)** |
| 07/21/2015 | 59 | | NOTICE of Appearance by Ryan K.M. Wong (Wong, Ryan) (Filed on 7/21/2015) (Entered: 07/21/2015) |
| 07/21/2015 | 60 | | NOTICE of Appearance by David Justin Rosen (Rosen, David) (Filed on 7/21/2015) (Entered: 07/21/2015) |
| 07/21/2015 | 61 | | NOTICE of Appearance by Elizabeth Katharine McCloskey (McCloskey, Elizabeth) (Filed on 7/21/2015) (Entered: 07/21/2015) |
| 07/21/2015 | 62 | | NOTICE of Appearance by Katherine Morag Lovett (Lovett, Katherine) (Filed on 7/21/2015) (Entered: 07/21/2015) |
| 07/21/2015 | 63 | | NOTICE of Appearance by Ajay Krishnan (Krishnan, Ajay) (Filed on 7/21/2015) (Entered: 07/21/2015) |
| 07/23/2015 | 64 | | AMENDED COMPLAINT *(SECOND)* against Arista Networks, Inc.. Filed byCisco Systems Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4A, # 5 Exhibit 4B, # 6 Exhibit 5, # 7 Exhibit 6A, # 8 Exhibit 6B, # 9 Exhibit 7A, # 10 Exhibit 7B, # 11 Exhibit 8A, # 12 Exhibit 8B, # |

**Appx34**

| | | |
|---|---|---|
| | | [13](#) Exhibit 9A, # [14](#) Exhibit 9B, # [15](#) Exhibit 10, # [16](#) Exhibit 11, # [17](#) Exhibit 12, # [18](#) Exhibit 13, # [19](#) Exhibit 14, # [20](#) Exhibit 15, # [21](#) Exhibit 16, # [22](#) Exhibit 17, # [23](#) Exhibit 18, # [24](#) Exhibit 19, # [25](#) Exhibit 20, # [26](#) Exhibit 21, # [27](#) Exhibit 22, # [28](#) Exhibit 23, # [29](#) Exhibit 24, # [30](#) Exhibit 25, # [31](#) Exhibit 26, # [32](#) Exhibit 27, # [33](#) Exhibit 28, # [34](#) Exhibit 29, # [35](#) Exhibit 30)(Pak, Sean) (Filed on 7/23/2015) (Entered: 07/23/2015) |
| 08/10/2015 | [65](#) | ANSWER to Amended Complaint *(Second)* byArista Networks, Inc.. (Van Nest, Robert) (Filed on 8/10/2015) (Entered: 08/10/2015) |
| 09/17/2015 | [66](#) | MOTION to Compel *Interrogatory Responses* filed by Arista Networks, Inc.. Motion Hearing set for 10/27/2015 10:00 AM in Courtroom 5, 4th Floor, San Jose before Magistrate Judge Paul Singh Grewal. Responses due by 10/1/2015. Replies due by 10/8/2015. (Ferrall, Brian) (Filed on 9/17/2015) (Entered: 09/17/2015) |
| 09/17/2015 | [67](#) | Declaration of Katherine Lloyd-Lovett in Support of [66](#) MOTION to Compel *Interrogatory Responses* filed byArista Networks, Inc.. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D, # [5](#) Exhibit E, # [6](#) Exhibit F, # [7](#) Exhibit G, # [8](#) Exhibit H, # [9](#) Exhibit I)(Related document(s) [66](#) ) (Ferrall, Brian) (Filed on 9/17/2015) (Entered: 09/17/2015) |
| 09/17/2015 | [68](#) | Proposed Order re [66](#) MOTION to Compel *Interrogatory Responses* by Arista Networks, Inc.. (Ferrall, Brian) (Filed on 9/17/2015) (Entered: 09/17/2015) |
| 09/18/2015 | [69](#) | MOTION to Shorten Time *On Briefing And Hearing Schedule For Aristas Motion To Compel Interrogatory Responses* filed by Arista Networks, Inc.. (Attachments: # [1](#) Declaration Elizabeth McCloskey in Support of Admin Motion to Shorten Time, # [2](#) Proposed Order Granting Admin Motion to Shorten Time)(Ferrall, Brian) (Filed on 9/18/2015) (Entered: 09/18/2015) |
| 09/18/2015 | [70](#) | CLAIM CONSTRUCTION STATEMENT filed by Arista Networks, Inc.. (Attachments: # [1](#) Exhibit Ex. A: Cisco's Proposed Constructions, # [2](#) Exhibit Ex B: Arista's Proposed Constructions)(Rosen, David) (Filed on 9/18/2015) (Entered: 09/18/2015) |
| 09/21/2015 | [71](#) | NOTICE of Appearance by Peter Allen Klivans (Klivans, Peter) (Filed on 9/21/2015) (Entered: 09/21/2015) |
| 09/22/2015 | [72](#) | **ORDER SETTING CASE MANAGEMENT CONFERENCE. Signed by Judge Beth Labson Freeman on 9/22/2015. (blflc3S, COURT STAFF) (Filed on 9/22/2015) (Entered: 09/22/2015)** |
| 09/22/2015 | [73](#) | RESPONSE (re [69](#) MOTION to Shorten Time *On Briefing And Hearing Schedule For Aristas Motion To Compel Interrogatory Responses* ) filed byCisco Systems Inc. (Attachments: # [1](#) Declaration Declaration of Matt Cannon In Support of Opposition to Motion to Shorten Time, # [2](#) Exhibit 1, # [3](#) Exhibit 2, # [4](#) Exhibit 3, # [5](#) Exhibit 4)(Neukom, John) (Filed on 9/22/2015) (Entered: 09/22/2015) |
| 09/23/2015 | 74 | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE. Case Management Conference set for 11/5/2015 02:00 PM in Courtroom 3, 5th Floor, San Jose. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (tsh, COURT STAFF) (Filed on 9/23/2015) (Entered: 09/23/2015) |
| 09/23/2015 | [75](#) | **ORDER GRANTING-IN-PART MOTION TO SHORTEN TIME by Magistrate Judge Paul Singh Grewal granting-in-part and denying-in-part [69](#) . (psglc1S, COURT STAFF) (Filed on 9/23/2015) (Entered: 09/23/2015)** |
| 09/23/2015 | 🔒 | (Court only) ***Advancing Hearing/Deadline as to [66](#) MOTION to Compel Interrogatory Responses: 10/27/2015 Motion Hearing is advanced to 9/29/2015 at 1:30 PM (SPECIAL SET) in Courtroom 5, 4th Floor, San Jose before Magistrate Judge Paul Singh Grewal. Any opposition to be submitted no later than 9/28/2015 by 12:00 PM. No reply shall be filed. Pursuant to ECF No. [75](#) . (ofr, COURT STAFF) (Filed on 9/23/2015) (Entered: 09/23/2015) |
| 09/28/2015 | 🔒 [76](#) | Administrative Motion to File Under Seal filed by Cisco Systems Inc. (Attachments: # [1](#) Declaration of Matthew D. Cannon in Support of Cisco's Administrative Motion to Seal, # [2](#) Proposed Order, # [3](#) Cisco's Opposition to Arista's Motion to Compel (Unredacted), # [4](#) Cisco's Opposition to Arista's Motion to Compel (Redacted), # [5](#) Exhibit 4 (Unredacted), # [6](#) Exhibit 4 (Redacted), # [7](#) Exhibit 5 (Unredacted), # [8](#) Exhibit 5 (Redacted), # [9](#) Exhibit 6 (Unredacted), # [10](#) Exhibit 6 (Redacted)) (Neukom, John) (Filed on 9/28/2015) (Entered: 09/28/2015) |

**Appx35**

| | | |
|---|---|---|
| 09/28/2015 | 77 | RESPONSE (re 66 MOTION to Compel *Interrogatory Responses* ) filed byCisco Systems Inc. (Attachments: # 1 Declaration of Phillip Remaker, # 2 Declaration of Matthew D. Cannon, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4 (Redacted), # 7 Exhibit 5 (Redacted), # 8 Exhibit 6 (Redacted), # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13)(Neukom, John) (Filed on 9/28/2015) (Entered: 09/28/2015) |
| 09/28/2015 | 78 | CERTIFICATE OF SERVICE by Cisco Systems Inc re 76 Administrative Motion to File Under Seal (Neukom, John) (Filed on 9/28/2015) (Entered: 09/28/2015) |
| 09/29/2015 | 79 | **Minute Entry for proceedings held before Magistrate Judge Paul Singh Grewal: Motion Hearing held on 9/29/2015 re 66 MOTION to Compel Interrogatory Responses: The court takes matter under submission; written order to be issued. Court Reporter: Summer Fisher. Time in Court: 2:03 to 2:55. Plaintiff Attorney(s) present: John Neukom and Matthew Cannon. Defendant Attorney(s) present: Brian Ferrall, David Silbert and Katherine Lovett. This is a text only Minute Entry. (ofr, COURT STAFF) (Date Filed: 9/29/2015) (Entered: 09/29/2015)** |
| 09/29/2015 | 80 | TRANSCRIPT ORDER by Cisco Systems Inc for Court Reporter Summer Fisher. (Neukom, John) (Filed on 9/29/2015) (Entered: 09/29/2015) |
| 09/30/2015 | 81 | TRANSCRIPT ORDER by Arista Networks, Inc. for Court Reporter Summer Fisher. (Ferrall, Brian) (Filed on 9/30/2015) (Entered: 09/30/2015) |
| 09/30/2015 | 82 | Transcript of Proceedings held on 09/29/2015, before Judge Paul S. Grewal. Court Reporter/Transcriber Summer Fisher, telephone number 408-288-6150 summer_fisher@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 80 Transcript Order ) Release of Transcript Restriction set for 12/29/2015. (Related documents(s) 80 ) (Fisher, Summer) (Filed on 9/30/2015) (Entered: 09/30/2015) |
| 09/30/2015 | | (Court only) TRANSCRIPT COPY DELIVERED re 81 Transcript Order (Related documents(s) 81 ) (Fisher, Summer) (Filed on 9/30/2015) (Entered: 09/30/2015) |
| 09/30/2015 | 83 | **ORDER GRANTING MOTION TO COMPEL by Magistrate Judge Paul Singh Grewal granting 66 . (psglc1S, COURT STAFF) (Filed on 9/30/2015) (Entered: 09/30/2015)** |
| 10/02/2015 | 84 | Declaration of Ryan K. Wong in Support of 76 Administrative Motion to File Under Seal *(Per Civil Local Rule 79-5(E))* filed byArista Networks, Inc.. (Related document(s) 76 ) (Wong, Ryan) (Filed on 10/2/2015) (Entered: 10/02/2015) |
| 10/06/2015 | 85 | CLERK'S NOTICE RESETTING TIME OF FINAL PRETRIAL CONFERENCE. Final Pretrial Conference set for 7/07/2016 at 01:30 PM. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (tsh, COURT STAFF) (Filed on 10/6/2015) (Entered: 10/06/2015) |
| 10/07/2015 | 86 | **ORDER GRANTING-IN-PART MOTION TO SEAL by Magistrate Judge Paul Singh Grewal granting-in-part and denying-in-part 76 . (psglc1S, COURT STAFF) (Filed on 10/7/2015) (Entered: 10/07/2015)** |
| 10/08/2015 | 87 | Brief re 86 Order on Administrative Motion to File Under Seal *Cisco's Opposition to Arista's Motion to Compel Interrogatory Responses [Redacted]* filed byCisco Systems Inc. (Related document(s) 86 ) (Neukom, John) (Filed on 10/8/2015) (Entered: 10/08/2015) |
| 10/08/2015 | 88 | EXHIBITS re 86 Order on Administrative Motion to File Under Seal *Exhibit 5 to the Declaration of Matthew D. Cannon in Support of Cisco's Opposition to Arista's Motion to Compel Interrogatory Responses* filed byCisco Systems Inc. (Related document(s) 86 ) (Neukom, John) (Filed on 10/8/2015) (Entered: 10/08/2015) |
| 10/08/2015 | 89 | NOTICE of Appearance by Eduardo Enrique Santacana (Santacana, Eduardo) (Filed on 10/8/2015) (Entered: 10/08/2015) |
| 10/08/2015 | 90 | NOTICE by Arista Networks, Inc. *Notice of Withdrawal* (Ferrall, Brian) (Filed on 10/8/2015) (Entered: 10/08/2015) |

**Appx36**

| 11/02/2015 | 91 | CLAIM CONSTRUCTION STATEMENT *(Opening Claim Construction Brief)* filed by Cisco Systems Inc. (Attachments: # 1 Declaration Declaration of Kevin C. Almeroth, # 2 Declaration Declaration of Kenneth K. Suh, # 3 Exhibit Exhibit 1 to Suh Declaration, # 4 Exhibit Exhibit 2 to Suh Declaration, # 5 Exhibit Exhibit 3 to Suh Declaration, # 6 Exhibit Exhibit 4 to Suh Declaration, # 7 Exhibit Exhibit 5 to Suh Declaration, # 8 Exhibit Exhibit 6 to Suh Declaration, # 9 Exhibit Exhibit 7 to Suh Declaration, # 10 Exhibit Exhibit 8 to Suh Declaration)(Pak, Sean) (Filed on 11/2/2015) (Entered: 11/02/2015) |
| 11/04/2015 | 🔒 92 | Administrative Motion to File Under Seal *Re Motion to Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending Inter Partes Review* filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of Eduardo E. Santacana, # 2 Exhibit A, # 3 Exhibit B, # 4 Proposed Order)(Ferrall, Brian) (Filed on 11/4/2015) (Entered: 11/04/2015) |
| 11/04/2015 | 93 | MOTION Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending Inter Partes Review filed by Arista Networks, Inc.. Motion Hearing set for 2/18/2016 09:00 AM in Courtroom 3, 5th Floor, San Jose before Hon. Beth Labson Freeman. Responses due by 11/18/2015. Replies due by 11/25/2015. (Attachments: # 1 Declaration of Eduardo E. Santacana, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Proposed Order)(Ferrall, Brian) (Filed on 11/4/2015) (Entered: 11/04/2015) |
| 11/04/2015 | 94 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 92 Administrative Motion to File Under Seal *Re Motion to Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending Inter Partes Review* (Ferrall, Brian) (Filed on 11/4/2015) (Entered: 11/04/2015) |
| 11/04/2015 | 95 | JOINT CASE MANAGEMENT STATEMENT filed by Arista Networks, Inc.. (Attachments: # 1 Exhibit A)(Van Nest, Robert) (Filed on 11/4/2015) (Entered: 11/04/2015) |
| 11/05/2015 | 96 | NOTICE of Appearance by Kenneth K. Suh (Suh, Kenneth) (Filed on 11/5/2015) (Entered: 11/05/2015) |
| 11/05/2015 | 97 | *** FILED IN ERROR. REFER TO DOCUMENT 98 . *** TRANSCRIPT ORDER by Cisco Systems Inc for Court Reporter Raynee Mercado. (Pak, Sean) (Filed on 11/5/2015) Modified on 11/6/2015 (fff, COURT STAFF). (Entered: 11/05/2015) |
| 11/05/2015 | 98 | TRANSCRIPT ORDER by Cisco Systems Inc for Court Reporter Raynee Mercado. (Pak, Sean) (Filed on 11/5/2015) (Entered: 11/05/2015) |
| 11/05/2015 | 99 | TRANSCRIPT ORDER by Arista Networks, Inc. for Court Reporter Raynee Mercado. (McCloskey, Elizabeth) (Filed on 11/5/2015) (Entered: 11/05/2015) |
| 11/05/2015 | 100 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Case Management Conference held on 11/5/2015.Court Reporter Name: Raynee Mercado. Plaintiff Attorney: John Neukom, Matthew Cannon, Leah Waterland, Sean Pak. Defendant Attorney: Ajay Krishman, Robert Van Nest. This is a text only Minute Entry (tsh, COURT STAFF) (Date Filed: 11/5/2015) (Entered: 11/06/2015)** |
| 11/05/2015 | 101 | **CASE MANAGEMENT ORDER re 10 Case Management Conference - Further,All previously set dates remain unchanged. Signed by Judge Beth Labson Freeman on 11/05/2015. (tsh, COURT STAFF) (Filed on 11/5/2015) (Entered: 11/06/2015)** |
| 11/09/2015 | 102 | NOTICE of Appearance by Jason L Liu *for Plaintiff Cisco Systems, Inc.* (Liu, Jason) (Filed on 11/9/2015) (Entered: 11/09/2015) |
| 11/09/2015 | 103 | DECLARATION of Matthew D. Cannon in Opposition to 92 Administrative Motion to File Under Seal *Re Motion to Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending Inter Partes Review* filed byCisco Systems Inc. (Related document(s) 92 ) (Cannon, Matthew) (Filed on 11/9/2015) (Entered: 11/09/2015) |
| 11/10/2015 | 104 | NOTICE of Appearance by Scott Andrew Sher (Sher, Scott) (Filed on 11/10/2015) (Entered: 11/10/2015) |
| 11/10/2015 | 105 | NOTICE of Appearance by Susan Abouchar Creighton (Creighton, Susan) (Filed on 11/10/2015) (Entered: 11/10/2015) |
| 11/12/2015 | 🔓 106 | Transcript of Proceedings held on November 5, 2015, before Judge Beth Labson Freeman. Court Reporter Raynee H. Mercado, CSR, telephone number 510-502-6175, cacsr8258@gmail.com, raynee_mercado@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the |

|  |  |  | Court Reporter/ until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 99 Transcript Order, 98 Transcript Order ) Release of Transcript Restriction set for 2/10/2016. (Related document(s) 99 , 98 ) (rhm) (Filed on 11/12/2015) (Entered: 11/12/2015) |
|---|---|---|---|
| 11/12/2015 | 🔒 | 107 | Administrative Motion to File Under Seal filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of Eduardo Santacana, # 2 Proposed Order, # 3 Redacted Version of Arista's Proposed Discovery Plan, # 4 Unredacted Version of Arista's Proposed Discovery Plan, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit H)(Ferrall, Brian) (Filed on 11/12/2015) (Entered: 11/12/2015) |
| 11/12/2015 |  | 108 | Defendant Arista's Proposed discovery Plan. Statement re 93 MOTION Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending Inter Partes Review : Proposed Discovery Plan by Arista Networks, Inc.. (Attachments: # 1 Proposed Order Modifying Discovery Limits, # 2 Declaration of Elizabeth K. McCloskey ISO Aristas Proposed Discovery Plan, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I)(Ferrall, Brian) (Filed on 11/12/2015) Modified text to match caption on 11/13/2015 (srnS, COURT STAFF). (Entered: 11/12/2015) |
| 11/12/2015 |  | 109 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 107 Administrative Motion to File Under Seal (Ferrall, Brian) (Filed on 11/12/2015) (Entered: 11/12/2015) |
| 11/13/2015 |  | 110 | **ORDER DENYING 92 DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL. Signed by Judge Beth Labson Freeman on 11/13/2015. (blflc3S, COURT STAFF) (Filed on 11/13/2015) (Entered: 11/13/2015)** |
| 11/16/2015 |  | 111 | Declaration of Matthew D. Cannon in Support of 107 Administrative Motion to File Under Seal filed byCisco Systems Inc. (Related document(s) 107 ) (Cannon, Matthew) (Filed on 11/16/2015) (Entered: 11/16/2015) |
| 11/17/2015 |  | 112 | EXHIBITS re 93 MOTION Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending Inter Partes Review - Notice of Public Filing filed byArista Networks, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Related document(s) 93 ) (Ferrall, Brian) (Filed on 11/17/2015) (Entered: 11/17/2015) |
| 11/18/2015 | 🔒 | 113 | Administrative Motion to File Under Seal filed by Cisco Systems Inc. (Attachments: # 1 Declaration of Mark Tung in Support of Motion to Seal, # 2 Redacted Version of Cisco's Opposition to Arista's Motion to Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending Inter Partes Review, # 3 Unredacted Version of Cisco's Opposition to Arista's Motion to Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending Inter Partes Review, # 4 Exhibit 6 - Redacted, # 5 Exhibit 6 - Unredacted, # 6 Exhibit 8 - Redacted, # 7 Exhibit 8 - Unredacted, # 8 Proposed Order Granting Motion to Seal)(Neukom, John) (Filed on 11/18/2015) (Entered: 11/18/2015) |
| 11/18/2015 |  | 114 | RESPONSE (re 93 MOTION Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending Inter Partes Review ) Cisco's Opposition to Arista's Motion to Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending Inter Partes Review [Redacted] filed byCisco Systems Inc. (Attachments: # 1 Declaration of Mark Tung in Support of Cisco's Opposition to Arista's Motion to Amend Scheduling Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22)(Neukom, John) (Filed on 11/18/2015) (Entered: 11/18/2015) |
| 11/18/2015 |  | 115 | CERTIFICATE OF SERVICE by Cisco Systems Inc re 113 Administrative Motion to File Under Seal (Neukom, John) (Filed on 11/18/2015) (Entered: 11/18/2015) |
| 11/19/2015 | 🔒 | 116 | Administrative Motion to File Under Seal filed by Cisco Systems Inc. (Attachments: # 1 Declaration of Mark Tung in Support of Motion to Seal, # 2 Redacted Version of Cisco's Amended Opposition to Arista's Motion to Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending Inter Partes Review, # 3 Unredacted Version of Cisco's Amended Opposition to Arista's Motion to Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending Inter Partes Review, # 4 Proposed Order Granting Cisco's Administrative Motion to File under Seal)(Neukom, John) (Filed on 11/19/2015) (Entered: 11/19/2015) |

**Appx38**

| 11/19/2015 | [117](#) | RESPONSE (re [93](#) MOTION Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending Inter Partes Review ) *Cisco's Amended Opposition to Arista's Motion to Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending Inter Partes Review [Redacted]* filed byCisco Systems Inc. (Neukom, John) (Filed on 11/19/2015) (Entered: 11/19/2015) |
|---|---|---|
| 11/20/2015 | [118](#) | CERTIFICATE OF SERVICE by Cisco Systems Inc re [116](#) Administrative Motion to File Under Seal (Neukom, John) (Filed on 11/20/2015) (Entered: 11/20/2015) |
| 11/20/2015 | [119](#) | MOTION for leave to appear in Pro Hac Vice *of Joshua Simmons* ( Filing fee $ 305, receipt number 0971-10008217.) filed by Cisco Systems Inc. (Attachments: # [1](#) Certificate of Good Standing)(Alper, Adam) (Filed on 11/20/2015) (Entered: 11/20/2015) |
| 11/20/2015 | [120](#) | **ORDER GRANTING [119](#) APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE. Signed by Judge Beth Labson Freeman on 11/20/2015. (blflc3S, COURT STAFF) (Filed on 11/20/2015) (Entered: 11/20/2015)** |
| 11/23/2015 | [121](#) | Declaration of Eduardo E. Santacana in Support of [113](#) Administrative Motion to File Under Seal filed byArista Networks, Inc.. (Related document(s) [113](#) ) (Santacana, Eduardo) (Filed on 11/23/2015) (Entered: 11/23/2015) |
| 11/23/2015 | [122](#) | Declaration of Eduardo E. Santacana in Support of [116](#) Administrative Motion to File Under Seal filed byArista Networks, Inc.. (Related document(s) [116](#) ) (Santacana, Eduardo) (Filed on 11/23/2015) (Entered: 11/23/2015) |
| 11/24/2015 | [123](#) | **ORDER GRANTING [107](#) DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL. Signed by Judge Beth Labson Freeman on 11/24/2015. (blflc3S, COURT STAFF) (Filed on 11/24/2015) (Entered: 11/24/2015)** |
| 11/24/2015 | [124](#) | **ORDER GRANTING [113](#) , [116](#) PLAINTIFF'S MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN OPPOSITION TO DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER OR, ALTERNATIVELY, TO STAY PATENT CLAIMS PENDING INTER PARTES REVIEW. Signed by Judge Beth Labson Freeman on 11/24/2015. (blflc3S, COURT STAFF) (Filed on 11/24/2015) (Entered: 11/24/2015)** |
| 11/24/2015 | 125 | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE. Case Management Conference set for 12/03/2015 at 2:00 PM. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (tsh, COURT STAFF) (Filed on 11/24/2015) (Entered: 11/24/2015) |
| 11/25/2015 | 🔒 [126](#) | Administrative Motion to File Under Seal filed by Arista Networks, Inc.. (Attachments: # [1](#) Proposed Order, # [2](#) Exhibit A - Under Seal, # [3](#) Redacted Version of Reply in Support of Motion to Amend Scheduling Order, # [4](#) Unredacted Version of Reply in Support of Motion to Amend Scheduling Order) (Ferrall, Brian) (Filed on 11/25/2015) (Entered: 11/25/2015) |
| 11/25/2015 | [127](#) | REPLY (re [93](#) MOTION Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending Inter Partes Review ) filed byArista Networks, Inc.. (Attachments: # [1](#) Declaration of Eduardo E. Santacana, # [2](#) Exhibit A, # [3](#) Exhibit B)(Ferrall, Brian) (Filed on 11/25/2015) (Entered: 11/25/2015) |
| 11/25/2015 | [128](#) | CERTIFICATE OF SERVICE by Arista Networks, Inc. re [126](#) Administrative Motion to File Under Seal (Ferrall, Brian) (Filed on 11/25/2015) (Entered: 11/25/2015) |
| 11/25/2015 | [129](#) | Declaration of Eduardo E. Santacana in Support of [126](#) Administrative Motion to File Under Seal filed byArista Networks, Inc.. (Related document(s) [126](#) ) (Ferrall, Brian) (Filed on 11/25/2015) (Entered: 11/25/2015) |
| 11/30/2015 | [130](#) | Declaration of Matthew D. Cannon in Support of [126](#) Administrative Motion to File Under Seal filed byCisco Systems Inc. (Related document(s) [126](#) ) (Cannon, Matthew) (Filed on 11/30/2015) (Entered: 11/30/2015) |
| 12/02/2015 | [131](#) | **ORDER GRANTING IN PART AND DENYING IN PART [126](#) DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL. Signed by Judge Beth Labson Freeman on 12/1/2015. (blflc3S, COURT STAFF) (Filed on 12/2/2015) (Entered: 12/02/2015)** |
| 12/03/2015 | [132](#) | **CASE MANAGEMENT ORDER [93](#) . Signed by Judge Beth Labson Freeman on 12/3/2015. (blflc3S, COURT STAFF) (Filed on 12/3/2015) (Entered: 12/03/2015)** |

| 12/03/2015 | 134 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Further Case Management Conference held on 12/3/2015. FTR Time: 2:01 - 3:16. Plaintiff Attorney: Sean Pak, John Neukom, Matthew Cannon. Defendant Attorney: Robert Van Nest, Brian Ferrall.This is a text only Minute Entry (tshS, COURT STAFF)(Date Filed: 12/3/2015) (Entered: 12/04/2015)** |
|---|---|---|
| 12/04/2015 | 133 | ***FILED IN ERROR - DISREGARD***TRANSCRIPT ORDER by Cisco Systems Inc for Court Reporter Summer Fisher. (Pak, Sean) (Filed on 12/4/2015) Modified on 12/7/2015 (sp, COURT STAFF). Modified on 12/7/2015 (sp, COURT STAFF). Modified on 12/7/2015 (sp, COURT STAFF). (Entered: 12/04/2015) |
| 12/04/2015 | 135 | ***FILED IN ERROR - See correct doc #138***TRANSCRIPT ORDER by Arista Networks, Inc. for Court Reporter Summer Fisher. (Wong, Ryan) (Filed on 12/4/2015) Modified on 12/7/2015 (sp, COURT STAFF). Modified on 12/7/2015 (sp, COURT STAFF). (Entered: 12/04/2015) |
| 12/04/2015 | 136 | Letter from Sean Pak *regarding Case Management Order (Dkt. 132)*. (Attachments: # 1 Proposed Order Clarifying Case Management Order (Dkt. 132))(Pak, Sean) (Filed on 12/4/2015) (Entered: 12/04/2015) |
| 12/04/2015 | 137 | **CORRECTED CASE MANAGEMENT ORDER 93 . Signed by Judge Beth Labson Freeman on 12/3/2015. (blflc3S, COURT STAFF) (Filed on 12/4/2015) (Entered: 12/04/2015)** |
| 12/07/2015 | 138 | TRANSCRIPT ORDER for 2/3/2015 by Arista Networks, Inc. for Court Reporter FTR - San Jose. TRANSCRIBER: EchoReporting. (Wong, Ryan) (Filed on 12/7/2015) Modified on 12/7/2015 (sp, COURT STAFF). (Entered: 12/07/2015) |
| 12/07/2015 | 🔒 | (Court only) Set/Reset Deadlines:, Set/Reset Hearing re 137 Corrected Case Management Order. Case Management Statement due by 1/21/2016. Further Case Management Conference set for 1/28/2016 11:00 AM. Claims Construction Tutorial set for 03/11/2016 at 9:00 AM. Claims Construction Hearing set for 3/18/2016 09:00 AM. Last Day to Hear Dispositive Motions set for 08/04/2016 at 9:00 AM. Final Pretrial Conference set for 11/3/2016 01:30 PM. Jury Selection set for 11/18/2016 and 11/21/2016 at 09:00 AM before Hon. Beth Labson Freeman. Jury Trial set for 11/21/2016, 11/22/2016, 11/23/2016, 11/28/2016, 11/29/2016, 11/30/2016, 12/2/2016, 12/5/2016 09:00, 12/6/2016, 12/7/2016 and 12/92016 09:00 AM before Hon. Beth Labson Freeman. (tsh, COURT STAFF) (Filed on 12/7/2015) (Entered: 12/07/2015) |
| 12/07/2015 | 🔒 | (Court only) ***Transcript orders 133 and 135 Deadlines terminated. (sp, COURT STAFF) (Filed on 12/7/2015) (Entered: 12/07/2015) |
| 12/07/2015 | 139 | TRANSCRIPT ORDER for 12/3/2015 by Cisco Systems Inc for Court Reporter FTR - San Jose. TRANSCRIBER: Echo Reporting. (Pak, Sean) (Filed on 12/7/2015) Modified on 12/7/2015 (sp, COURT STAFF). (Entered: 12/07/2015) |
| 12/07/2015 | 140 | NOTICE by Arista Networks, Inc. re 127 Reply to Opposition/Response, *RE PUBLIC FILING* (Attachments: # 1 Reply in Support of Motion to Amend Scheduling Order - Public Version, # 2 Exhibit A to Declaration of Eduardo E. Santacana)(Ferrall, Brian) (Filed on 12/7/2015) (Entered: 12/07/2015) |
| 12/07/2015 | 🔒 141 | Administrative Motion to File Under Seal filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of David J. Rosen, # 2 Proposed Order, # 3 Redacted Version of Arista's Responsive Claim Construction Brief, # 4 Unredacted Version of Arista's Responsive Claim Construction Brief, # 5 Exhibit 1 - Under Seal, # 6 Exhibit 2 - Under Seal, # 7 Exhibit 9 - Under Seal)(Van Nest, Robert) (Filed on 12/7/2015) (Entered: 12/07/2015) |
| 12/07/2015 | 142 | RESPONSE to re 91 Claim Construction Statement,, by Arista Networks, Inc.. (Attachments: # 1 Declaration of David J. Rosen, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11)(Van Nest, Robert) (Filed on 12/7/2015) (Entered: 12/07/2015) |
| 12/07/2015 | 143 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 141 Administrative Motion to File Under Seal (Van Nest, Robert) (Filed on 12/7/2015) (Entered: 12/07/2015) |
| 12/07/2015 | 144 | MOTION to Strike *Declaration of Kevin Almeroth* filed by Arista Networks, Inc.. Motion Hearing set for 3/18/2016 09:00 AM in Courtroom 3, 5th Floor, San Jose before Hon. Beth Labson Freeman. Responses due by 12/21/2015. Replies due by 12/28/2015. (Attachments: # 1 Proposed Order Granting Motion to Strike)(Van Nest, Robert) (Filed on 12/7/2015) (Entered: 12/07/2015) |

**Appx40**

| | | |
|---|---|---|
| 12/11/2015 | 145 | Transcript of Proceedings of the official sound recording held on 12/03/15, before Judge Beth Labson Freeman. FTR/Transcriber Echo Reporting, Inc., telephone number (858) 453-7590.;echoreporting@yahoo.com. Tape Number: FTR 2:01 - 3:16. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 138 Transcript Order ) Redaction Request due 1/4/2016. Redacted Transcript Deadline set for 1/11/2016. Release of Transcript Restriction set for 3/8/2016. (Related documents(s) 138 ) (tgb, COURT STAFF) (Filed on 12/11/2015) (Entered: 12/11/2015) |
| 12/11/2015 | 🔒 | (Court only) TRANSCRIPT COPY DELIVERED re 139 Transcript Order (Related documents(s) 139 ) (tgb, COURT STAFF) (Filed on 12/11/2015) (Entered: 12/11/2015) |
| 12/11/2015 | 146 | Joint MOTION to Amend/Correct *Joint Stipulated Motion for Leave to Amend Infringement and Invalidity Contentions* filed by Cisco Systems Inc. Responses due by 12/28/2015. Replies due by 1/4/2016. (Attachments: # 1 Proposed Order)(Tung, Mark) (Filed on 12/11/2015) (Entered: 12/11/2015) |
| 12/11/2015 | 147 | **ORDER GRANTING 146 JOINT STIPULATED MOTION FOR LEAVE TO AMEND INFRINGEMENT AND INVALIDITY CONTENTIONS. Signed by Judge Beth Labson Freeman on 12/11/2015. (blflc3S, COURT STAFF) (Filed on 12/11/2015) (Entered: 12/11/2015)** |
| 12/11/2015 | 148 | Declaration of Kenneth K. Suh in Support of 141 Administrative Motion to File Under Seal filed byCisco Systems Inc. (Related document(s) 141 ) (Suh, Kenneth) (Filed on 12/11/2015) (Entered: 12/11/2015) |
| 12/14/2015 | 149 | **ORDER GRANTING IN PART AND DENYING IN PART 141 DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL. Signed by Judge Beth Labson Freeman on 12/14/2015. (blflc3S, COURT STAFF) (Filed on 12/14/2015) (Entered: 12/14/2015)** |
| 12/17/2015 | 150 | **Docketed in Error; Please see document number 151 for correction.** NOTICE by Arista Networks, Inc. re 142 Response ( Non Motion ), (Attachments: # 1 Arista's Responsive Claim Construction Brief (Redacted Public Version), # 2 Exhibit 1 to Declaration of David J. Rosen, # 3 Exhibit 2 to Declaration of David J. Rosen, # 4 Exhibit 9 to Declaration of David J. Rosen)(Van Nest, Robert) (Filed on 12/17/2015) Modified on 12/22/2015 (srnS, COURT STAFF) |
| 12/17/2015 | 151 | NOTICE by Arista Networks, Inc. re 142 Response ( Non Motion ), *CORRECTION OF 150* (Attachments: # 1 Arista's Responsive Claim Construction Brief (Redacted Public Version), # 2 Exhibit 1 to Declaration of David J. Rosen, # 3 Exhibit 2 to Declaration of David J. Rosen, # 4 Exhibit 9 to Declaration of David J. Rosen)(Rosen, David) (Filed on 12/17/2015) Modified on 12/22/2015 (srnS, COURT STAFF) (Entered: 12/17/2015) |
| 12/21/2015 | 152 | RESPONSE to re 142 Response ( Non Motion ), *Reply Claim Construction Brief* by Cisco Systems Inc. (Attachments: # 1 Declaration Declaration of Mark Tung in Support of Cisco's Reply Claim Construction Brief, # 2 Exhibit Exhibit 9 to Declaration of Mark Tung, # 3 Exhibit Exhibit 10 to Declaration of Mark Tung)(Pak, Sean) (Filed on 12/21/2015) (Entered: 12/21/2015) |
| 12/21/2015 | 153 | RESPONSE (re 144 MOTION to Strike *Declaration of Kevin Almeroth* ) filed byCisco Systems Inc. (Pak, Sean) (Filed on 12/21/2015) (Entered: 12/21/2015) |
| 12/28/2015 | 154 | REPLY (re 144 MOTION to Strike *Declaration of Kevin Almeroth* ) filed byArista Networks, Inc.. (Van Nest, Robert) (Filed on 12/28/2015) (Entered: 12/28/2015) |
| 01/08/2016 | 155 | CLAIM CONSTRUCTION STATEMENT *Joint Claim Construction Chart* filed by Cisco Systems Inc. (Tung, Mark) (Filed on 1/8/2016) (Entered: 01/08/2016) |
| 01/14/2016 | 156 | STIPULATION WITH PROPOSED ORDER *AMENDING SCHEDULING ORDER* filed by Arista Networks, Inc.. (Ferrall, Brian) (Filed on 1/14/2016) (Entered: 01/14/2016) |
| 01/15/2016 | 157 | NOTICE of Appearance by Amy H Candido (Candido, Amy) (Filed on 1/15/2016) (Entered: 01/15/2016) |
| 01/15/2016 | 158 | **ORDER REGARDING 156 JOINT STIPULATION AMENDING SCHEDULING ORDER. Signed by Judge Beth Labson Freeman on 1/15/2016. (blflc3S, COURT STAFF) (Filed on** |

**Appx41**

| Date | Doc # | Description |
|---|---|---|
| | | 1/15/2016) (Entered: 01/15/2016) |
| 01/16/2016 | | Set Daubert Hearing re 158 Order on Stipulation. Daubert Hearing set for 9/9/2016 09:00 AM before Hon. Beth Labson Freeman. (tsh, COURT STAFF) (Filed on 1/16/2016) (Entered: 01/16/2016) |
| 01/19/2016 | 159 | STIPULATION WITH PROPOSED ORDER *JOINT STIPULATION AMENDING SCHEDULING ORDER* filed by Arista Networks, Inc.. (Ferrall, Brian) (Filed on 1/19/2016) (Entered: 01/19/2016) |
| 01/20/2016 | 160 | **ORDER GRANTING 159 JOINT STIPULATION AMENDING SCHEDULING ORDER. Signed by Judge Beth Labson Freeman on 1/20/2016. (blflc3S, COURT STAFF) (Filed on 1/20/2016) (Entered: 01/20/2016)** |
| 01/23/2016 | 161 | JOINT CASE MANAGEMENT STATEMENT filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of Eduardo E. Santacana, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)(Ferrall, Brian) (Filed on 1/23/2016) (Entered: 01/23/2016) |
| 01/25/2016 | 🔒 162 | Administrative Motion to File Under Seal filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of DAVID SILBERT IN SUPPORT OF ARISTA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL, # 2 Proposed Order, # 3 [REDACTED] MOTION FOR LEAVE TO AMEND RESPONSE AND COUNTERCLAIMS, # 4 [REDACTED] EXHIBIT 1 (RESPONSE AND COUNTERCLAIMS), # 5 [SEALED] MOTION FOR LEAVE TO AMEND RESPONSE AND COUNTERCLAIMS, # 6 [SEALED] EXHIBIT 1 (RESPONSE AND COUNTERCLAIMS))(Van Nest, Robert) (Filed on 1/25/2016) (Entered: 01/25/2016) |
| 01/25/2016 | 163 | MOTION for Leave to File *RESPONSE AND COUNTERCLAIMS* filed by Arista Networks, Inc.. (Attachments: # 1 [REDACTED] EXHIBIT 1 (RESPONSE AND COUNTERCLAIMS), # 2 Declaration OF EDUARDO SANTACANA IN SUPPORT OF MOTION FOR LEAVE TO AMEND RESPONSE TO ADD COUNTERCLAIMS, # 3 Proposed Order)(Van Nest, Robert) (Filed on 1/25/2016) (Entered: 01/25/2016) |
| 01/25/2016 | 164 | NOTICE of Appearance by Ashok Ramani (Ramani, Ashok) (Filed on 1/25/2016) (Entered: 01/25/2016) |
| 01/25/2016 | 165 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 162 Administrative Motion to File Under Seal (Van Nest, Robert) (Filed on 1/25/2016) (Entered: 01/25/2016) |
| 01/25/2016 | 166 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 162 Administrative Motion to File Under Seal (Van Nest, Robert) (Filed on 1/25/2016) (Entered: 01/25/2016) |
| 01/26/2016 | 167 | NOTICE of Appearance by Bradley T Tennis *ON BEHALF OF DEFENDANT ARISTA NETWORKS, INC.* (Tennis, Bradley) (Filed on 1/26/2016) (Entered: 01/26/2016) |
| 01/26/2016 | 168 | NOTICE of Appearance by Jonathan M. Jacobson *ON BEHALF OF DEFENDANT ARISTA NETWORKS, INC.* (Jacobson, Jonathan) (Filed on 1/26/2016) (Entered: 01/26/2016) |
| 01/26/2016 | 169 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971-10162473.) filed by Arista Networks, Inc.. (Pak, Chul) (Filed on 1/26/2016) (Entered: 01/26/2016) |
| 01/26/2016 | 170 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971-10162491.) filed by Arista Networks, Inc.. (Reichenberg, David) (Filed on 1/26/2016) (Entered: 01/26/2016) |
| 01/26/2016 | 171 | **ORDER GRANTING 169 APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE. Signed by Judge Beth Labson Freeman on 1/26/2016. (blflc3S, COURT STAFF) (Filed on 1/26/2016) (Entered: 01/26/2016)** |
| 01/26/2016 | 172 | **ORDER GRANTING 170 APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE. Signed by Judge Beth Labson Freeman on 1/26/2016. (blflc3S, COURT STAFF) (Filed on 1/26/2016) (Entered: 01/26/2016)** |
| 01/28/2016 | 173 | **ORDER ADVANCING HEARING ON 163 DEFENDANT'S MOTION FOR LEAVE TO AMEND RESPONSE TO ADD COUNTERCLAIMS TO FEBRUARY 25, 2016. Signed by Judge Beth Labson Freeman on 1/28/2016. (blflc3S, COURT STAFF) (Filed on 1/28/2016) (Entered: 01/28/2016)** |
| 01/28/2016 | 174 | ***FILED IN ERROR - See docket entry #175***TRANSCRIPT ORDER by Cisco Systems Inc for Court Reporter Summer Fisher. (Pak, Sean) (Filed on 1/28/2016) Modified on 1/28/2016 (sp, COURT STAFF). (Entered: 01/28/2016) |

**Appx42**

| | | |
|---|---|---|
| 01/28/2016 | 175 | TRANSCRIPT ORDER for 1/28/2016 proceeding by Cisco Systems Inc for Court Reporter FTR - San Jose. (Pak, Sean) (Filed on 1/28/2016) (TRANSCRIBER: KELLY POLVI) Modified on 1/29/2016 (sms, COURT STAFF). (Entered: 01/28/2016) |
| 01/28/2016 | 176 | TRANSCRIPT ORDER 1/28/2016 proceeding by Arista Networks, Inc. for Court Reporter FTR - San Jose. (Ferrall, Brian) (Filed on 1/28/2016) (TRANSCRIBER: KELLY POLVI) Modified on 1/29/2016 (sms, COURT STAFF). (Entered: 01/28/2016) |
| 01/28/2016 | 177 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Further Case Management Conference held on 1/28/2016. Defendant to prepare a specific discovery plan as to individuals who are to be deposed. Defendant shall provide list of the additional individuals who they would like deposed AND a chart identifying/description of the first 20 individuals for deposition. The parties are to work out a schedule. Defendants' 163 Motion for Leave to Amend Response and Counterclaims (presently noticed for 5/26/2016) shall be heard by the court in late February or early March and possibly will be submitted on the papers, and no argument needed, Court to make the determination. Plaintiff Attorney: Sean Pak, Amy Candido. Defendant Attorney Robert Van Nest, David Silbert. FTR Time 11:00-11:20. (Time in Court 20 mins.)This is a text only Minute Entry (amkS, COURT STAFF) (Date Filed: 1/28/2016) (Entered: 01/28/2016)** |
| 01/29/2016 | | ECF calendar updated, re 163 MOTION for Leave to File --- hearing advanced to 2/25/2016 at 9:00 AM in Courtroom 3, 5th Floor, San Jose before Hon. Beth Labson Freeman. (sms, COURT STAFF) (Filed on 1/29/2016) (Entered: 01/29/2016) |
| 01/29/2016 | 178 | Declaration of Matthew D. Cannon in Support of 162 Administrative Motion to File Under Seal filed byCisco Systems Inc. (Attachments: # 1 Appendix Proposed Redacted Brief, # 2 Exhibit Proposed Redacted Exhibit 1, # 3 Exhibit Proposed Redacted Exhibit B, # 4 Exhibit Proposed Redacted Exhibit D, # 5 Exhibit Proposed Redacted Exhibit E)(Related document(s) 162 ) (Cannon, Matthew) (Filed on 1/29/2016) (Entered: 01/29/2016) |
| 02/01/2016 | 179 | TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND RECORDING - FTR 11:01-11:20 held on 01/28/16, before Judge Beth Labson Freeman. Transcriber Kelly Polvi, telephone number 503.779.7406; kpolvi@comcast.net. Tape Number: 11:01-11:20. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 175 Transcript Order, 176 Transcript Order ) Release of Transcript Restriction set for 5/2/2016. (Related documents(s) 175 , 176 ) (Polvi, Kelly) (Filed on 2/1/2016) (Entered: 02/01/2016) |
| 02/05/2016 | 180 | Administrative Motion to File Under Seal *Arista's Supplemental Proposed Discovery Plan* filed by Arista Networks, Inc.. (Attachments: # 1 Declaration Eduardo E. Santacana, # 2 Proposed Order, # 3 REDACTED Arista's Supplemental Proposed Discovery Plan, # 4 UNREDACTED Arista's Supplemental Proposed Discovery Plan)(Van Nest, Robert) (Filed on 2/5/2016) (Entered: 02/05/2016) |
| 02/05/2016 | 181 | Statement - *Arista's Supplemental Proposed Discovery Plan [REDACTED]* by Arista Networks, Inc.. (Van Nest, Robert) (Filed on 2/5/2016) (Entered: 02/05/2016) |
| 02/05/2016 | 182 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 180 Administrative Motion to File Under Seal *Arista's Supplemental Proposed Discovery Plan* (Van Nest, Robert) (Filed on 2/5/2016) (Entered: 02/05/2016) |
| 02/08/2016 | 183 | Administrative Motion to File Under Seal filed by Cisco Systems Inc. (Attachments: # 1 Declaration of Matthew D. Cannon in Support of Administrative Motion to File Under Seal, # 2 Cisco's Opposition to Arista's Motion for Leave to Amend Response to Add Counterclaims - Redacted, # 3 Cisco's Opposition to Arista's Motion for Leave to Amend Response to Add Counterclaims - Unredacted, # 4 Exhibit A - Redacted, # 5 Exhibit A - Unredacted, # 6 Proposed Order)(Pak, Sean) (Filed on 2/8/2016) (Entered: 02/08/2016) |
| 02/08/2016 | 184 | **Please See Document #186 for correction.** RESPONSE (re 163 MOTION for Leave to File *RESPONSE AND COUNTERCLAIMS* ) *Cisco's Opposition to Arista's Motion for Leave to Amend Response to Add Counterclaims* filed byCisco Systems Inc. (Attachments: # 1 Declaration of Matthew D. Cannon in Support of Cisco's Opposition to Arista's Motion for Leave to Amend Response to Add Counterclaims, # 2 Exhibit A)(Pak, Sean) (Filed on 2/8/2016) Modified on 2/9/2016 (srnS, COURT |

**Appx43**

| | | | STAFF). (Entered: 02/08/2016) |
|---|---|---|---|
| 02/08/2016 | 🔒 | 185 | Administrative Motion to File Under Seal filed by Cisco Systems Inc. (Attachments: # 1 Declaration of Matthew D. Cannon in Support of Administrative Motion to File Under Seal, # 2 Cisco's Corrected Opposition to Arista's Motion for Leave to Amend Response to Add Counterclaims - Redacted, # 3 Cisco's Corrected Opposition to Arista's Motion for Leave to Amend Response to Add Counterclaims - Unredacted, # 4 Proposed Order)(Pak, Sean) (Filed on 2/8/2016) (Entered: 02/08/2016) |
| 02/08/2016 | | 186 | RESPONSE (re 163 MOTION for Leave to File *RESPONSE AND COUNTERCLAIMS* ) *Cisco's Corrected Opposition to Arista's Motion for Leave to Amend Response to Add Counterclaims - CORRECTION OF DOCKET # 184* filed byCisco Systems Inc. (Pak, Sean) (Filed on 2/8/2016) (Entered: 02/08/2016) |
| 02/08/2016 | | 187 | CERTIFICATE OF SERVICE by Cisco Systems Inc re 183 Administrative Motion to File Under Seal (Pak, Sean) (Filed on 2/8/2016) (Entered: 02/08/2016) |
| 02/08/2016 | | 188 | CERTIFICATE OF SERVICE by Cisco Systems Inc re 185 Administrative Motion to File Under Seal (Pak, Sean) (Filed on 2/8/2016) (Entered: 02/08/2016) |
| 02/09/2016 | | 189 | DECLARATION of Matthew D. Cannon in Opposition to 180 Administrative Motion to File Under Seal *Arista's Supplemental Proposed Discovery Plan* filed byCisco Systems Inc. (Related document(s) 180 ) (Cannon, Matthew) (Filed on 2/9/2016) (Entered: 02/09/2016) |
| 02/12/2016 | | 190 | Declaration of Eduardo E. Santacana in Support of 185 Administrative Motion to File Under Seal , 183 Administrative Motion to File Under Seal filed byArista Networks, Inc.. (Related document(s) 185 , 183 ) (Santacana, Eduardo) (Filed on 2/12/2016) (Entered: 02/12/2016) |
| 02/16/2016 | 🔒 | 191 | Administrative Motion to File Under Seal filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of Nicholas D. Marais in Support of Arista's Administrative Motion to File Documents Under Seal, # 2 Proposed Order Denying Defendant Arista's Administrative Motion to File Under Seal, # 3 Redacted Version of Reply Brief in Support of Arista Networks, Inc.'s Motion for Leave to Amend Response to Add Counterclaims, # 4 Redacted Version of Declaration of Andrea Nill Sanchez in Support of Arista's Motion for Leave to Amend Response to Add Counterclaims, # 5 Unredacted Version of Reply Brief in Support of Arista Networks, Inc.'s Motion for Leave to Amend Response to Add Counterclaims, # 6 Unredacted Version of Declaration of Andrea Nill Sanchez in Support of Arista's Motion for Leave to Amend Response to Add Counterclaims)(Van Nest, Robert) (Filed on 2/16/2016) (Entered: 02/16/2016) |
| 02/16/2016 | | 192 | REPLY (re 163 MOTION for Leave to File *RESPONSE AND COUNTERCLAIMS* ) filed byArista Networks, Inc.. (Attachments: # 1 Declaration of Andrea Nill Sanchez in Support of Arista's Motion for Leave to Amend Response to Add Counterclaims)(Van Nest, Robert) (Filed on 2/16/2016) (Entered: 02/16/2016) |
| 02/16/2016 | | 193 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 191 Administrative Motion to File Under Seal (Van Nest, Robert) (Filed on 2/16/2016) (Entered: 02/16/2016) |
| 02/16/2016 | | 194 | NOTICE of Appearance by Nicholas David Marais (Marais, Nicholas) (Filed on 2/16/2016) (Entered: 02/16/2016) |
| 02/16/2016 | | 195 | NOTICE of Appearance by Andrea Christina Nill Sanchez (Nill Sanchez, Andrea) (Filed on 2/16/2016) (Entered: 02/16/2016) |
| 02/16/2016 | 🔒 | 196 | Administrative Motion to File Under Seal *Confidential Information in Cisco's Response to Arista's Supplemental Proposed Discovery Plan* filed by Cisco Systems Inc. (Attachments: # 1 Declaration of Matthew D. Cannon in Support of Administrative Motion to File under Seal, # 2 Cisco's Response to Arista's Supplemental Proposed Discovery Plan - Unredacted, # 3 Cisco's Response to Arista's Supplemental Proposed Discovery Plan - Redacted, # 4 Exhibit 5 - Unredacted, # 5 Exhibit 5 - Redacted, # 6 Exhibit 6 - Unredacted, # 7 Exhibit 6 - Redacted, # 8 Exhibit 7 - Unredacted, # 9 Exhibit 7 - Redacted, # 10 Exhibit 9 - Unredacted, # 11 Exhibit 9 - Redacted, # 12 Exhibit 10 - Unredacted, # 13 Exhibit 10 - Redacted, # 14 Exhibit 12 - Unredacted, # 15 Exhibit 12 - Redacted, # 16 Exhibit 13 - Unredacted, # 17 Exhibit 13 - Redacted, # 18 Exhibit 14 - Unredacted, # 19 Exhibit 14 - Redacted, # 20 Exhibit 15 - Unredacted, # 21 Exhibit 15 - Redacted, # 22 Exhibit 17 - Unredacted, # 23 Exhibit 17 - Redacted, # 24 Proposed Order Granting Administrative Motion to File under Seal)(Pak, Sean) (Filed on 2/16/2016) (Entered: 02/16/2016) |

**Appx44**

| 02/16/2016 | 197 | RESPONSE to re 181 Statement *Cisco's Response to Arista's Supplemental Proposed Discovery Plan - Redacted* by Cisco Systems Inc. (Attachments: # 1 Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Supplemental Proposed Discovery Plan, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5 - Redacted, # 7 Exhibit 6 - Redacted, # 8 Exhibit 7 - Redacted, # 9 Exhibit 8, # 10 Exhibit 9 - Redacted, # 11 Exhibit 10 - Redacted, # 12 Exhibit 11, # 13 Exhibit 12 - Redacted, # 14 Exhibit 13 - Redacted, # 15 Exhibit 14 - Redacted, # 16 Exhibit 15 - Redacted, # 17 Exhibit 16, # 18 Exhibit 17 - Redacted)(Pak, Sean) (Filed on 2/16/2016) (Entered: 02/16/2016) |
| 02/16/2016 | 198 | CERTIFICATE OF SERVICE by Cisco Systems Inc re 196 Administrative Motion to File Under Seal *Confidential Information in Cisco's Response to Arista's Supplemental Proposed Discovery Plan* (Pak, Sean) (Filed on 2/16/2016) (Entered: 02/16/2016) |
| 02/16/2016 | 199 | CERTIFICATE OF SERVICE by Cisco Systems Inc re 196 Administrative Motion to File Under Seal *Confidential Information in Cisco's Response to Arista's Supplemental Proposed Discovery Plan* (Pak, Sean) (Filed on 2/16/2016) (Entered: 02/16/2016) |
| 02/17/2016 | 200 | **ORDER GRANTING IN PART AND DENYING IN PART 162 DEFENDANT'S MOTION TO SEAL. Signed by Judge Beth Labson Freeman on 2/17/2016. (blflc3S, COURT STAFF) (Filed on 2/17/2016) (Entered: 02/17/2016)** |
| 02/17/2016 | 201 | **ORDER DENYING 180 DEFENDANT'S MOTION TO SEAL. Signed by Judge Beth Labson Freeman on 2/17/2016. (blflc3S, COURT STAFF) (Filed on 2/17/2016) (Entered: 02/17/2016)** |
| 02/17/2016 | 202 | **ORDER VACATING HEARING SET FOR FEBRUARY 25, 2016. Signed by Judge Beth Labson Freeman on 2/17/2016. (blflc3S, COURT STAFF) (Filed on 2/17/2016) (Entered: 02/17/2016)** |
| 02/17/2016 | 203 | **ORDER REGARDING 181 DEFENDANT ARISTA'S SUPPLEMENTAL PROPOSED DISCOVERY PLAN. Signed by Judge Beth Labson Freeman on 2/17/2016. (blflc3S, COURT STAFF) (Filed on 2/17/2016) (Entered: 02/17/2016)** |
| 02/18/2016 | 204 | **ORDER DENYING 163 ARISTA'S MOTION FOR LEAVE TO AMEND RESPONSE TO ADD COUNTERCLAIMS. Signed by Judge Beth Labson Freeman on 2/18/2016. (blflc3S, COURT STAFF) (Filed on 2/18/2016) (Entered: 02/18/2016)** |
| 02/19/2016 | 205 | **ORDER GRANTING IN PART AND DENYING IN PART 183 , 185 CISCO'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL. Signed by Judge Beth Labson Freeman on 2/19/2016. (blflc3S, COURT STAFF) (Filed on 2/19/2016) (Entered: 02/19/2016)** |
| 02/19/2016 | 206 | Declaration of Joshua Glucoft in Support of 197 Response ( Non Motion ),, 196 Administrative Motion to File Under Seal *Confidential Information in Cisco's Response to Arista's Supplemental Proposed Discovery Plan* filed byJuniper Networks, Inc.. (Related document(s) 197 , 196 ) (Glucoft, Joshua) (Filed on 2/19/2016) (Entered: 02/19/2016) |
| 02/22/2016 | 207 | NOTICE by Arista Networks, Inc. re 181 Statement *Public Filing of Supplemental Proposed Discovery Plan* (Attachments: # 1 Arista's Supplemental Proposed Discovery Plan - Unredacted Public Version)(Van Nest, Robert) (Filed on 2/22/2016) (Entered: 02/22/2016) |
| 02/22/2016 | 208 | Declaration of Eduardo E. Santacana in Support of 196 Administrative Motion to File Under Seal *Confidential Information in Cisco's Response to Arista's Supplemental Proposed Discovery Plan* filed byArista Networks, Inc.. (Related document(s) 196 ) (Santacana, Eduardo) (Filed on 2/22/2016) (Entered: 02/22/2016) |
| 02/22/2016 | 209 | Declaration of Matthew D. Cannon in Support of 191 Administrative Motion to File Under Seal filed byCisco Systems Inc. (Related document(s) 191 ) (Cannon, Matthew) (Filed on 2/22/2016) (Entered: 02/22/2016) |
| 02/24/2016 | 210 | MOTION to Relate Case filed by Arista Networks, Inc.. (Van Nest, Robert) (Filed on 2/24/2016) (Entered: 02/24/2016) |
| 02/26/2016 | 211 | CLERK'S NOTICE RESETTING TIME OF CLAIMS TUTORIAL. Set/Reset Tutorial Hearing set for 3/11/2016 01:30 PM in Courtroom 3, 5th Floor, San Jose. (*This is a text-only entry generated by the court. There is no document associated with this entry.*)(tsh, COURT STAFF) (Filed on 2/26/2016) (Entered: 02/26/2016) |
| 03/01/2016 | 212 | **ORDER GRANTING 191 ARISTA'S ADMINISTRATIVE MOTION TO FILE MATERIAL UNDER SEAL. Signed by Judge Beth Labson Freeman on 3/1/2016. (blflc3S, COURT STAFF)** |

**Appx45**

|  |  | |
|---|---|---|
|  |  | **(Filed on 3/1/2016) (Entered: 03/01/2016)** |
| 03/03/2016 | [213](#) | **ORDER GRANTING IN PART AND DENYING IN PART [196](#) CISCO'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL. Signed by Judge Beth Labson Freeman on 3/3/2016. (blflc3S, COURT STAFF) (Filed on 3/3/2016) (Entered: 03/03/2016)** |
| 03/03/2016 | [214](#) | **ORDER GRANTING [210](#) MOTION TO RELATE CASES. Signed by Judge Beth Labson Freeman on 3/3/2016. (blflc3S, COURT STAFF) (Filed on 3/3/2016) (Entered: 03/03/2016)** |
| 03/03/2016 | [215](#) | Brief re [213](#) Order on Administrative Motion to File Under Seal *Cisco's Response to Arista's Supplemental Proposed Discovery Plan - Revised Redacted* filed byCisco Systems Inc. (Attachments: # [1](#) Exhibit 5, # [2](#) Exhibit 6 - Revised Redacted, # [3](#) Exhibit 7, # [4](#) Exhibit 9)(Related document(s) [213](#) ) (Pak, Sean) (Filed on 3/3/2016) (Entered: 03/03/2016) |
| 03/05/2016 | [216](#) | CLAIM CONSTRUCTION STATEMENT filed by Cisco Systems Inc. (Liu, Jason) (Filed on 3/5/2016) (Entered: 03/05/2016) |
| 03/09/2016 | [217](#) | NOTICE by Arista Networks, Inc. *of Supplemental Intrinsic Evidence Re Claim Construction* (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2)(Rosen, David) (Filed on 3/9/2016) (Entered: 03/09/2016) |
| 03/11/2016 | 218 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Claims Construction Tutorial held on 3/11/2016. Claims Construction Hearing set for 4/8/2016 08:30 AM.FTR Time: 1:32 - 3:40. Plaintiff Attorney: Sean Pak. Defendant Attorney: Ajay Krishnan, David Silbert, David Rosen. This is a text only Minute Entry (tshS, COURT STAFF)(Date Filed: 3/11/2016) (Entered: 03/14/2016)** |
| 03/18/2016 | [219](#) | MOTION for leave to appear in Pro Hac Vice *for Tamir Packin* ( Filing fee $ 305, receipt number 0971-10300145.) filed by Cisco Systems Inc. (Attachments: # [1](#) Certificate of Good Standing)(Packin, Tamir) (Filed on 3/18/2016) (Entered: 03/18/2016) |
| 03/18/2016 | [220](#) | MOTION for leave to appear in Pro Hac Vice *for John M. Desmarais* ( Filing fee $ 305, receipt number 0971-10300395.) filed by Cisco Systems Inc. (Attachments: # [1](#) Certificate of Good Standing) (Desmarais, John) (Filed on 3/18/2016) (Entered: 03/18/2016) |
| 03/18/2016 | [221](#) | MOTION for leave to appear in Pro Hac Vice *for Tom BenGera* ( Filing fee $ 305, receipt number 0971-10300916.) filed by Cisco Systems Inc. (Attachments: # [1](#) Certificate of Good Standing) (BenGera, Tom) (Filed on 3/18/2016) (Entered: 03/18/2016) |
| 03/18/2016 | [222](#) | MOTION for leave to appear in Pro Hac Vice *for Michael Rhodes* ( Filing fee $ 305, receipt number 0971-10300968.) filed by Cisco Systems Inc. (Attachments: # [1](#) Certificate of Good Standing)(Rhodes, Michael) (Filed on 3/18/2016) (Entered: 03/18/2016) |
| 03/18/2016 | [223](#) | **ORDER GRANTING [219](#) APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE. Signed by Judge Beth Labson Freeman on 3/18/2016. (blflc3S, COURT STAFF) (Filed on 3/18/2016) (Entered: 03/18/2016)** |
| 03/18/2016 | [224](#) | **ORDER GRANTING [220](#) APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE. Signed by Judge Beth Labson Freeman on 3/18/2016. (blflc3S, COURT STAFF) (Filed on 3/18/2016) (Entered: 03/18/2016)** |
| 03/18/2016 | [225](#) | **ORDER GRANTING [221](#) APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE. Signed by Judge Beth Labson Freeman on 3/18/2016. (blflc3S, COURT STAFF) (Filed on 3/18/2016) (Entered: 03/18/2016)** |
| 03/18/2016 | [226](#) | **ORDER GRANTING [222](#) APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE. Signed by Judge Beth Labson Freeman on 3/18/2016. (blflc3S, COURT STAFF) (Filed on 3/18/2016) (Entered: 03/18/2016)** |
| 03/21/2016 | [227](#) | TRANSCRIPT ORDER for proceedings held on 3/11/2016 before Hon. Beth Labson Freeman by Cisco Systems Inc, FTR - San Jose. (Candido, Amy) (Filed on 3/21/2016) (TRANSCRIBER: PAMELA BATALO) Modified on 3/21/2016 (sms, COURT STAFF). (Entered: 03/21/2016) |
| 03/22/2016 | [228](#) | MOTION for leave to appear in Pro Hac Vice *for Alan S. Kellman* ( Filing fee $ 305, receipt number 0971-10308040.) filed by Cisco Systems Inc. (Attachments: # [1](#) Certificate of Good Standing) (Kellman, Alan) (Filed on 3/22/2016) (Entered: 03/22/2016) |

**Appx46**

| 03/22/2016 | 229 | **ORDER GRANTING 228 APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE. Signed by Judge Beth Labson Freeman on 3/22/2016. (blflc3S, COURT STAFF) (Filed on 3/22/2016) (Entered: 03/22/2016)** |
|---|---|---|
| 03/25/2016 | 🔓 230 | Transcript of Proceedings (FTR) held on 03/11/16, 1:32 p.m. to 3:40 p.m. before Judge Freeman. Court Reporter/Transcriber Pamela A. Batalo, telephone number 626-688-7509;pamela_batalo@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 227 Transcript Order ) Redaction Request due 4/15/2016. Redacted Transcript Deadline set for 4/25/2016. Release of Transcript Restriction set for 6/23/2016. (Related documents(s) 227 ) (Batalo, Pam) (Filed on 3/25/2016) (Entered: 03/25/2016) |
| 03/25/2016 | 231 | TRANSCRIPT ORDER for proceedings held on 3/11/16 before Hon. Beth Labson Freeman by Arista Networks, Inc., for Court Reporter Pam Batalo. (Ferrall, Brian) (Filed on 3/25/2016) <Please note FTR was used for 3/11/16 hearing. Modified on 3/25/2016 (srnS, COURT STAFF). (TRANSCRIBER: PAMELA BATALO) Modified on 3/28/2016 (sms, COURT STAFF). (Entered: 03/25/2016) |
| 03/29/2016 | 232 | MOTION for leave to appear in Pro Hac Vice *for Paul A. Bondor* ( Filing fee $ 305, receipt number 0971-10326023.) filed by Cisco Systems Inc. (Attachments: # 1 Certificate of Good Standing)(Bondor, Paul) (Filed on 3/29/2016) (Entered: 03/29/2016) |
| 03/29/2016 | 🔒 | (Court only) TRANSCRIPT COPY DELIVERED re 231 Transcript Order, (Related documents(s) 231 ) (Batalo, Pam) (Filed on 3/29/2016) (Entered: 03/29/2016) |
| 03/29/2016 | 233 | **ORDER GRANTING 232 APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE. Signed by Judge Beth Labson Freeman on 3/29/2016. (blflc3S, COURT STAFF) (Filed on 3/29/2016). (Entered: 03/29/2016)** |
| 04/01/2016 | 234 | NOTICE by Cisco Systems Inc *of Supplemental Intrinsic Evidence re Claim Construction* (Attachments: # 1 Exhibit 1 - Part 1, # 2 Exhibit 1 - Part 2, # 3 Exhibit 1 - Part 3, # 4 Exhibit 1 - Part 4, # 5 Exhibit 2, # 6 Exhibit 3 - Part 1, # 7 Exhibit 3 - Part 2, # 8 Exhibit 3 - Part 3, # 9 Exhibit 3 - Part 4, # 10 Exhibit 4)(Pak, Sean) (Filed on 4/1/2016) (Entered: 04/01/2016) |
| 04/07/2016 | 235 | OBJECTIONS to re 234 Notice (Other), *Defendant Arista Network, Inc.'s Objections to Supplemental Intrinsic Evidence Re Claim Construction (DKT. No. 234) Submitted by Plaintiff Cisco Systems, Inc.* by Arista Networks, Inc.. (Rosen, David) (Filed on 4/7/2016) (Entered: 04/07/2016) |
| 04/07/2016 | 236 | RESPONSE to re 235 Objection, *Cisco's Response to Arista's Objections to Supplemental Intrinsic Evidence re Claim Construction* by Cisco Systems Inc. (Tung, Mark) (Filed on 4/7/2016) (Entered: 04/07/2016) |
| 04/08/2016 | 237 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Claims Construction Hearing held on 4/8/2016. Total Time in Court 4:00. Court Reporter Name: Summer Fisher. Plaintiff Attorney: Sean Sang-Chul Pak, Mark Yeh-Kai Tung. Defendant Attorney: David Jason Silbert, Ajay Krishnan, David Justin Rosen. This is a text only Minute Entry (tshS, COURT STAFF)(Date Filed: 4/8/2016) (Entered: 04/08/2016)** |
| 04/08/2016 | 238 | TRANSCRIPT ORDER before Hon. Beth Labson Freeman by Cisco Systems Inc, for Court Reporter Summer Fisher. (Pak, Sean) (Filed on 4/8/2016) (Entered: 04/08/2016) |
| 04/08/2016 | 🔓 239 | Transcript of Proceedings held on 4/8/16, before Judge Beth Labson Freeman. Court Reporter/Transcriber Summer Fisher, telephone number 408-288-6150 summer_fisher@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 238 Transcript Order ) Release of Transcript Restriction set for 7/7/2016. (Related documents(s) 238 ) (Fisher, Summer) (Filed on 4/8/2016) (Entered: 04/08/2016) |

**Appx47**

CAND-ECF
Case: 17-2145     Document: 1-2     Page: 33     Filed: 06/13/2017

| 04/11/2016 | 240 | ***FILED IN ERROR - DISREGARD***TRANSCRIPT ORDER for proceedings held on April 8, 2016 before Hon. Beth Labson Freeman by Arista Networks, Inc., for Court Reporter Summer Fisher. (Ferrall, Brian) (Filed on 4/11/2016) Modified on 4/12/2016 (sp, COURT STAFF). (Entered: 04/11/2016) |
|---|---|---|
| 04/12/2016 | 241 | TRANSCRIPT ORDER for proceedings held on 04/08/2016 before Hon. Beth Labson Freeman by Arista Networks, Inc., for Court Reporter Summer Fisher. (Ferrall, Brian) (Filed on 4/12/2016) (SS emailed NEF to Summer Fisher) Modified on 4/12/2016 (smsS, COURT STAFF). (Entered: 04/12/2016) |
| 04/13/2016 | 🔒 | (Court only) TRANSCRIPT COPY DELIVERED re 241 Transcript Order, (Related documents(s) 241 ) (Fisher, Summer) (Filed on 4/13/2016) (Entered: 04/13/2016) |
| 04/13/2016 | 242 | NOTICE of Appearance by Andrew Michael Holmes (Holmes, Andrew) (Filed on 4/13/2016) (Entered: 04/13/2016) |
| 04/14/2016 | 243 | MOTION for leave to appear in Pro Hac Vice *for Richard A. Feinstein* ( Filing fee $ 305, receipt number 0971-10370699.) filed by Cisco Systems Inc. (Feinstein, Richard) (Filed on 4/14/2016) Modified on 4/14/2016 (srnS, COURT STAFF). (Entered: 04/14/2016) |
| 04/14/2016 | 244 | **ORDER GRANTING 243 APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE. Signed by Judge Beth Labson Freeman on 4/14/2016. (blflc3S, COURT STAFF) (Filed on 4/14/2016) (Entered: 04/14/2016)** |
| 04/14/2016 | 245 | ADMINISTRATIVE MOTION for Clarification of Court's Prior Orders Relating to Deposition Limits filed by Arista Networks, Inc.. Responses due by 4/18/2016. (Attachments: # 1 Declaration of Eduardo E. Santacana in Support of Motion for Clarification of Court's Prior Orders Relating to Deposition Limits, # 2 Proposed Order)(Van Nest, Robert) (Filed on 4/14/2016) (Entered: 04/14/2016) |
| 04/14/2016 | 246 | **ORDER DIRECTING CISCO TO FILE ANY OPPOSITION TO 245 ARISTA'S REQUEST FOR CLARIFICATION BY APRIL 15, 2016 AT 12 P.M. Signed by Judge Beth Labson Freeman on 4/14/2016. (blflc3S, COURT STAFF) (Filed on 4/14/2016) (Entered: 04/14/2016)** |
| 04/15/2016 | 247 | RESPONSE TO ARISTAS ADMINISTRATIVE MOTION FOR CLARIFICATION OF COURTS PRIOR ORDERS RELATING TO DEPOSITION LIMITS (RE: ECF NOS. 132 , 137 , 203 ) (re 245 ADMINISTRATIVE MOTION for Clarification of Court's Prior Orders Relating to Deposition Limits filed by Cisco Systems Inc. (Pak, Sean) (Filed on 4/15/2016) Modified on 4/18/2016 (bwS, COURT STAFF). (Entered: 04/15/2016) |
| 04/15/2016 | 248 | **ORDER REGARDING 245 ARISTA'S REQUEST FOR CLARIFICATION. Signed by Judge Beth Labson Freeman on 4/15/2016. (blflc3S, COURT STAFF) (Filed on 4/15/2016) (Entered: 04/15/2016)** |
| 04/20/2016 | 249 | NOTICE of Appearance by Richard A. Feinstein *on behalf of Cisco Systems, Inc.* (Feinstein, Richard) (Filed on 4/20/2016) (Entered: 04/20/2016) |
| 04/20/2016 | 250 | Joint MOTION to Amend/Correct 160 Order on Stipulation filed by Arista Networks, Inc.. Responses due by 4/21/2016. Replies due by 4/21/2016. (Attachments: # 1 Proposed Order)(Ferrall, Brian) (Filed on 4/20/2016) (Entered: 04/20/2016) |
| 04/21/2016 | 251 | **ORDER DENYING 250 MOTION TO AMEND SCHEDULING ORDER AND RESCHEDULE DISPOSITIVE MOTION HEARING. Signed by Judge Beth Labson Freeman on 4/21/2016. (blflc3S, COURT STAFF) (Filed on 4/21/2016) (Entered: 04/21/2016)** |
| 04/25/2016 | 252 | STIPULATION WITH PROPOSED ORDER *to Amend Scheduling Order* filed by Arista Networks, Inc.. (Ferrall, Brian) (Filed on 4/25/2016) (Entered: 04/25/2016) |
| 04/25/2016 | 253 | **ORDER GRANTING 252 JOINT STIPULATION TO AMEND SCHEDULING ORDER. Signed by Judge Beth Labson Freeman on 4/25/2016. (blflc3S, COURT STAFF) (Filed on 4/25/2016) (Entered: 04/25/2016)** |
| 04/26/2016 | 254 | NOTICE of Appearance by Phillip H. Warren (Warren, Phillip) (Filed on 4/26/2016) (Entered: 04/26/2016) |
| 04/26/2016 | 255 | MOTION for leave to appear in Pro Hac Vice *for Brian Leary* ( Filing fee $ 305, receipt number 0971-10401519.) filed by Cisco Systems Inc. (Attachments: # 1 Certificate of Good Standing)(Leary, |

| | | | Brian) (Filed on 4/26/2016) (Entered: 04/26/2016) |
|---|---|---|---|
| 04/28/2016 | | 256 | **ORDER GRANTING 255 APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE. Signed by Judge Beth Labson Freeman on 4/28/2016. (blflc3S, COURT STAFF) (Filed on 4/28/2016) (Entered: 04/28/2016)** |
| 05/09/2016 | | 257 | NOTICE of Appearance by Carl Gunnar Anderson (Anderson, Carl) (Filed on 5/9/2016) (Entered: 05/09/2016) |
| 05/09/2016 | | 258 | NOTICE of Appearance by Jordan Ross Jaffe (Jaffe, Jordan) (Filed on 5/9/2016) (Entered: 05/09/2016) |
| 05/09/2016 | | 259 | NOTICE of Appearance by Sara E. Jenkins (Jenkins, Sara) (Filed on 5/9/2016) (Entered: 05/09/2016) |
| 05/23/2016 | | 260 | STIPULATION WITH PROPOSED ORDER *To Set Case Management Conference* filed by Arista Networks, Inc.. (Silbert, David) (Filed on 5/23/2016) (Entered: 05/23/2016) |
| 05/24/2016 | 🔒 | 261 | Administrative Motion to File Under Seal *Confidential Information in Cisco's Motion for Protective Order* filed by Cisco Systems Inc. (Attachments: # 1 Declaration of Catherine R. Lacey, # 2 Motion for Protective Order - Redacted, # 3 Motion for Protective Order - Sealed, # 4 Declaration of John Chambers - Redacted, # 5 Declaration of John Chambers - Sealed, # 6 Exhibit 7 - Redacted, # 7 Exhibit 7 - Sealed, # 8 Exhibit 11 - Redacted, # 9 Exhibit 11 - Sealed, # 10 Exhibit 12 - Redacted, # 11 Exhibit 12 - Sealed, # 12 Exhibit 13 - Redacted, # 13 Exhibit 13 - Sealed, # 14 Exhibit 14 - Redacted, # 15 Exhibit 14 - Sealed, # 16 Exhibit 15 - Redacted, # 17 Exhibit 15 - Sealed, # 18 Exhibit 16 - Redacted, # 19 Exhibit 16 - Sealed, # 20 Exhibit 18 - Redacted, # 21 Exhibit 18 - Sealed, # 22 Proposed Order) (Candido, Amy) (Filed on 5/24/2016) (Entered: 05/24/2016) |
| 05/24/2016 | | 262 | MOTION for Protective Order filed by Cisco Systems Inc. Motion Hearing set for 6/28/2016 10:00 AM in Courtroom 5, 4th Floor, San Jose before Magistrate Judge Paul Singh Grewal. Responses due by 6/7/2016. Replies due by 6/14/2016. (Attachments: # 1 Declaration of Sara Jenkins, # 2 Declaration of John Chambers - Redacted, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7 - Redacted, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11 - Redacted, # 14 Exhibit 12 - Redacted, # 15 Exhibit 13 - Redacted, # 16 Exhibit 14 - Redacted, # 17 Exhibit 15 - Redacted, # 18 Exhibit 16 - Redacted, # 19 Exhibit 17, # 20 Exhibit 18 - Redacted, # 21 Proposed Order)(Candido, Amy) (Filed on 5/24/2016) (Entered: 05/24/2016) |
| 05/24/2016 | | 263 | CERTIFICATE OF SERVICE by Cisco Systems Inc re 261 Administrative Motion to File Under Seal *Confidential Information in Cisco's Motion for Protective Order* (Candido, Amy) (Filed on 5/24/2016) (Entered: 05/24/2016) |
| 05/24/2016 | | 264 | CLERK'S NOTICE VACATING JUNE 28, 2016 MOTION HEARING BEFORE MAGISTRATE JUDGE PAUL S. GREWAL (In Re: ECF No. 262 ): In light of Judge Grewal's resignation, Cisco Systems, Inc.'s Motion for Protective Order presently set for 6/28/2016 at 10:00 AM before Magistrate Judge Paul S. Grewal is hereby vacated and should be re-noticed for hearing before the referral judge to whom this case is reassigned. Parties will be informed by separate notice of the referral judge to whom this case is reassigned. ***This is a text only docket entry, there is no document associated with this notice.*** (ofr, COURT STAFF) (Filed on 5/24/2016) (Entered: 05/24/2016) |
| 05/24/2016 | | 265 | **ORDER GRANTING-IN-PART MOTION TO SEAL by Magistrate Judge Paul Singh Grewal granting-in-part and denying-in-part 261 . (psglc1S, COURT STAFF) (Filed on 5/24/2016) (Entered: 05/24/2016)** |
| 05/25/2016 | | 266 | **ORDER GRANTING 260 JOINT STIPULATION TO SET CASE MANAGEMENT CONFERENCE. Signed by Judge Beth Labson Freeman on 5/25/2016. (blflc3S, COURT STAFF) (Filed on 5/25/2016) (Entered: 05/25/2016)** |
| 05/26/2016 | 🔒 | | (Court only) Set/Reset Hearing re 266 Order on Stipulation, Set/Reset Deadlines: Further Case Management Conference set for 6/16/2016 11:00 AM in Courtroom 3, 5th Floor, San Jose. Case Management Statement due by 6/9/2016. (tshS, COURT STAFF) (Filed on 5/26/2016) (Entered: 05/26/2016) |
| 05/29/2016 | 🔓 | 267 | Transcript of Proceedings held on May 26, 2016, before Judge Beth Labson Freeman. Court Reporter/Transcriber Joan Marie Columbini, CSR, email joan.columbini.csr@gmail.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of |

**Appx49**

| | | | |
|---|---|---|---|
| | | | Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (72 in 5:16-cv-00923-BLF) Transcript Order, (70 in 5:16-cv-00923-BLF) Transcript Order, ) Redaction Request due 6/20/2016. Redacted Transcript Deadline set for 6/29/2016. Release of Transcript Restriction set for 8/29/2016. (Columbini, Joan) (Filed on 5/29/2016) (Entered: 05/29/2016) |
| 05/31/2016 | | 268 | Letter from Arista Networks, Inc. *Regarding Request for Clarification of Court's Order Granting-in-Part Motion to Seal*. (Santacana, Eduardo) (Filed on 5/31/2016) (Entered: 05/31/2016) |
| 05/31/2016 | | 269 | STIPULATION WITH PROPOSED ORDER *Joint Stipulation to Amend Scheduling Order and Proposed Order* filed by Cisco Systems Inc. (Candido, Amy) (Filed on 5/31/2016) (Entered: 05/31/2016) |
| 05/31/2016 | | 270 | Cisco Systems, Inc.'s Notice of Motion and Motion for Protective Order - **Redacted Version of Document Sought to be Sealed** re 265 Order on Administrative Motion to File Under Seal filed by Cisco Systems Inc. (Attachments: # 1 Declaration of John Chambers - Revised Redacted, # 2 Exhibit 16 - Revised Redacted)(Related document(s) 265 ) (Candido, Amy) (Filed on 5/31/2016) Modified on 6/1/2016 (srnS, COURT STAFF). (Entered: 05/31/2016) |
| 05/31/2016 | 🔒 | 271 | Administrative Motion to File Under Seal filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of David J. Rosen, # 2 Proposed Order, # 3 Exhibit C-UNDER SEAL)(Rosen, David) (Filed on 5/31/2016) (Entered: 05/31/2016) |
| 05/31/2016 | | 272 | MOTION to Stay *Patent Claims Pending Inter Partes Review* filed by Arista Networks, Inc.. Responses due by 6/6/2016. Replies due by 6/8/2016. (Attachments: # 1 Proposed Order)(Silbert, David) (Filed on 5/31/2016) (Entered: 05/31/2016) |
| 05/31/2016 | | 273 | Declaration of David J. Rosen in Support of 272 MOTION to Stay *Patent Claims Pending Inter Partes Review* filed byArista Networks, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Related document(s) 272 ) (Rosen, David) (Filed on 5/31/2016) (Entered: 05/31/2016) |
| 05/31/2016 | | 274 | CERTIFICATE OF SERVICE by Arista Networks, Inc re 271 Administrative Motion to File Under Seal (Rosen, David) (Filed on 5/31/2016) (Entered: 05/31/2016) |
| 06/01/2016 | | 275 | **ORDER GRANTING-IN-PART REQUEST FOR CLARIFICATION OF SEALING ORDER. Signed by Judge Paul S. Grewal on June 1, 2016, granting-in-part and denying-in-part 268 . (psglc1S, COURT STAFF) (Filed on 6/1/2016) (Entered: 06/01/2016)** |
| 06/01/2016 | | 276 | **ORDER DIRECTING EXPEDITED BRIEFING ON 272 ARISTA'S MOTION TO STAY. Signed by Judge Beth Labson Freeman on 6/1/2016. (blflc3S, COURT STAFF) (Filed on 6/1/2016) (Entered: 06/01/2016)** |
| 06/02/2016 | | 277 | **ORDER GRANTING 269 JOINT STIPULATION TO AMEND SCHEDULING ORDER. Signed by Judge Beth Labson Freeman on 6/2/2016. (blflc3S, COURT STAFF) (Filed on 06/02/2016)** |
| 06/03/2016 | | 278 | MOTION to Compel *Discovery Responses* filed by Arista Networks, Inc.. Motion Hearing set for 7/12/2016 10:00 AM in Courtroom 5, 4th Floor, San Jose before Magistrate Judge Paul Singh Grewal. Responses due by 6/17/2016. Replies due by 6/24/2016. (Attachments: # 1 Proposed Order)(Ferrall, Brian) (Filed on 6/3/2016) (Entered: 06/03/2016) |
| 06/03/2016 | | 279 | Declaration of Eduardo E. Santacana in Support of 278 MOTION to Compel *Discovery Responses* filed byArista Networks, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Related document(s) 278 ) (Santacana, Eduardo) (Filed on 6/3/2016) (Entered: 06/03/2016) |
| 06/06/2016 | 🔒 | 280 | Administrative Motion to File Under Seal filed by Cisco Systems Inc. (Attachments: # 1 Declaration, # 2 Proposed Order, # 3 Exhibit Unredacted Exhibit 1, # 4 Exhibit Unredacted Exhibit 2)(Holmes, Andrew) (Filed on 6/6/2016) (Entered: 06/06/2016) |
| 06/06/2016 | | 281 | RESPONSE (re 272 MOTION to Stay *Patent Claims Pending Inter Partes Review* ) filed byCisco Systems Inc. (Attachments: # 1 Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Proposed Order)(Holmes, Andrew) (Filed on 6/6/2016) (Entered: 06/06/2016) |
| 06/06/2016 | | 282 | CERTIFICATE OF SERVICE by Cisco Systems Inc re 280 Administrative Motion to File Under Seal *CONFIDENTIAL INFORMATION IN EXHIBITS TO THE DECLARATION OF JOHN NEUKOM IN SUPPORT OF CISCO'S PARTIAL OPPOSITION TO ARISTA'S MOTION TO STAY* (Holmes, Andrew) |

**Appx50**

| | | |
|---|---|---|
| | | (Filed on 6/6/2016) (Entered: 06/06/2016) |
| 06/06/2016 | 283 | **ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Nathanael M. Cousins for referral purposes. Magistrate Judge Paul Singh Grewal no longer assigned to the case. Signed by the Executive Committee on 6/6/2016. (vlk, COURT STAFF) (Filed on 6/6/2016) (Entered: 06/07/2016)** |
| 06/07/2016 | 284 | REPLY BRIEF IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.S PARTIALLY UNOPPOSED MOTION TO STAY PATENT CLAIMS PENDING INTER PARTES REVIEW (re 272 MOTION to Stay Patent Claims Pending Inter Partes Review ) filed by Arista Networks, Inc.. (Silbert, David) (Filed on 6/7/2016) Modified on 6/8/2016 (bwS, COURT STAFF). (Entered: 06/07/2016) |
| 06/07/2016 | 285 | NOTICE OF HEARING ON ARISTAS MOTION TO COMPEL DISCOVERY RESPONSES re 278 MOTION to Compel filed by Arista Networks, Inc.. (Ferrall, Brian) (Filed on 6/7/2016) Modified on 6/8/2016 (bwS, COURT STAFF). (Entered: 06/07/2016) |
| 06/07/2016 | 🔒 286 | Administrative Motion to File Under Seal filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of Elizabeth McCloskey, # 2 Proposed Order, # 3 Redacted Version of Opposition to Plaintiffs Motion for Protective Order, # 4 Unredacted Version of Opposition to Plaintiffs Motion for Protective Order, # 5 Exhibit 2-Under Seal, # 6 Exhibit 3-Under Seal, # 7 Exhibit 4-Under Seal, # 8 Exhibit 5-Under Seal, # 9 Exhibit 6-Under Seal, # 10 Exhibit 7-Under Seal, # 11 Exhibit 8-Under Seal, # 12 Exhibit 9-Under Seal, # 13 Exhibit 10-Under Seal)(Van Nest, Robert) (Filed on 6/7/2016) (Entered: 06/07/2016) |
| 06/07/2016 | 🔒 287 | EXHIBITS 11-22 re 286 Administrative Motion to File Under Seal filed by Arista Networks, Inc.. (Attachments: # 1 Exhibit 12-Under Seal, # 2 Exhibit 13-Under Seal, # 3 Exhibit 14-Under Seal, # 4 Exhibit 15-Under Seal, # 5 Exhibit 16-Under Seal, # 6 Exhibit 17-Under Seal, # 7 Exhibit 18-Under Seal, # 8 Exhibit 19-Under Seal, # 9 Exhibit 20-Under Seal, # 10 Exhibit 21-Under Seal, # 11 Exhibit 22-Under Seal) (Van Nest, Robert) (Filed on 6/7/2016) Modified on 6/8/2016 (bwS, COURT STAFF). (Entered: 06/07/2016) |
| 06/07/2016 | 🔒 288 | EXHIBITS 23-35 re 286 Administrative Motion to File Under Seal filed byArista Networks, Inc.. (Attachments: # 1 Exhibit 24-Under Seal, # 2 Exhibit 25-Under Seal, # 3 Exhibit 26-Under Seal, # 4 Exhibit 27-Under Seal, # 5 Exhibit 28-Under Seal, # 6 Exhibit 30-Under Seal, # 7 Exhibit 31-Under Seal, # 8 Exhibit 32-Under Seal, # 9 Exhibit 34-Under Seal, # 10 Exhibit 35-Under Seal)) (Van Nest, Robert) (Filed on 6/7/2016) Modified on 6/8/2016 (bwS, COURT STAFF). (Entered: 06/07/2016) |
| 06/07/2016 | 289 | OPPOSITION TO PLAINTIFF CISCO SYSTEMS, INC.S MOTION FOR PROTECTIVE ORDER (re 262 filed by Arista Networks, Inc.. (Van Nest, Robert) (Filed on 6/7/2016) Modified on 6/8/2016 (bwS, COURT STAFF). (Entered: 06/07/2016) |
| 06/07/2016 | 290 | Declaration of Elizabeth McCloskey in Support of 289 Opposition/Response to Motion filed byArista Networks, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35)(Related document(s) 289 ) (McCloskey, Elizabeth) (Filed on 6/7/2016) (Entered: 06/07/2016) |
| 06/07/2016 | 291 | CERTIFICATE OF SERVICE by Arista Networks, Inc re 286 Administrative Motion to File Under Seal (McCloskey, Elizabeth) (Filed on 6/7/2016) (Entered: 06/07/2016) |
| 06/08/2016 | 292 | **ORDER DENYING 272 ARISTA'S PARTIALLY UNOPPOSED MOTION TO STAY PATENT CLAIMS PENDING INTER PARTES REVIEW. Signed by Judge Beth Labson Freeman on 6/8/2016. (blflc3S, COURT STAFF) (Filed on 6/8/2016) (Entered: 06/08/2016)** |
| 06/08/2016 | 293 | NOTICE by Cisco Systems Inc re 262 MOTION for Protective Order *Notice of Motion for Protective Order* (Candido, Amy) (Filed on 6/8/2016) (Entered: 06/08/2016) |
| 06/09/2016 | 294 | NOTICE of Appearance by Matthew Douglas Powers (Powers, Matthew) (Filed on 6/9/2016) (Entered: 06/09/2016) |
| 06/09/2016 | 295 | NOTICE of Appearance by William Patrick Nelson (Nelson, William) (Filed on 6/9/2016) (Entered: 06/09/2016) |

| 06/10/2016 | 296 | **SEE DOCUMENT 297 FOR CORRECTION.** MOTION for leave to appear in Pro Hac Vice *for Brian P. Gearing* ( Filing fee $ 305, receipt number 0971-10520793.) filed by Cisco Systems Inc. (Attachments: # 1 Certificate of Good Standing)(Gearing, Brian) (Filed on 6/10/2016) Modified on 6/13/2016 (srnS, COURT STAFF). (Entered: 06/10/2016) |
|---|---|---|
| 06/10/2016 | 297 | MOTION for leave to appear in Pro Hac Vice *for Brian P. Gearing CORRECTION OF DOCKET # 296* ( Filing fee $ 305, receipt number 0971-10520793.) Filing fee previously paid on 6/10/2016 filed by Cisco Systems Inc. (Attachments: # 1 Certificate of Good Standing)(Gearing, Brian) (Filed on 6/10/2016) (Entered: 06/10/2016) |
| 06/10/2016 | 298 | Proposed Order re 292 Order on Motion to Stay *[Proposed] Order Dismissing Claims of Infringement Under U.S. Patent No. 7,953,886* by Cisco Systems Inc. (Jaffe, Jordan) (Filed on 6/10/2016) (Entered: 06/10/2016) |
| 06/10/2016 | 299 | **ORDER GRANTING 297 APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE. Signed by Judge Beth Labson Freeman on 6/10/2016. (blflc3S, COURT STAFF) (Filed on 6/10/2016) (Entered: 06/10/2016)** |
| 06/12/2016 | 300 | **ORDER ADVANCING BRIEFING ON ARISTA'S MOTION TO COMPEL DISCOVERY. Re: Dkt. No. 278 . Cisco's response due by 11:00 AM on June 16. No reply will be permitted without leave of court. Signed by Judge Nathanael Cousins on 6/12/2016.** (lmh, COURT STAFF) (Filed on 6/12/2016) (Entered: 06/12/2016) |
| 06/12/2016 | 301 | **ORDER GRANTING IN PART AND DENYING IN PART CISCO'S MOTION FOR PROTECTIVE ORDER BLOCKING THE JOHN CHAMBERS DEPOSITION. Re: Dkt. No 270. Signed by Judge Nathanael Cousins.** (lmh, COURT STAFF) (Filed on 6/12/2016) (Entered: 06/12/2016) |
| 06/13/2016 | 302 | Declaration of Sara E. Jenkins in Support of 286 Administrative Motion to File Under Seal filed byCisco Systems Inc. (Related document(s) 286 ) (Jenkins, Sara) (Filed on 6/13/2016) (Entered: 06/13/2016) |
| 06/13/2016 | 303 | CASE MANAGEMENT STATEMENT *Joint Case Management Statement* filed by Cisco Systems Inc. (Candido, Amy) (Filed on 6/13/2016) (Entered: 06/13/2016) |
| 06/13/2016 | 304 | Administrative Motion to File Under Seal filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of Eduardo E. Santacana, # 2 Proposed Order, # 3 Redacted Version of Motion to Strike, # 4 Unredacted Version of Motion to Strike, # 5 Redacted Version of Exhibit 7, # 6 Unredacted Version of Exhibit 7, # 7 Under Seal Exhibit 8, # 8 Under Seal Exhibit 9, # 9 Under Seal Exhibit 10, # 10 Under Seal Exhibit 11, # 11 Redacted Version of Exhibit 12, # 12 Unredacted Version of Exhibit 12, # 13 Redacted Version of Exhibit 16, # 14 Unredacted Version of Exhibit 16, # 15 Under Seal Exhibit 17, # 16 Under Seal Exhibit 18, # 17 Redacted Version of Exhibit 19, # 18 Unredacted Version of Exhibit 19, # 19 Under Seal Exhibit 20)(Ferrall, Brian) (Filed on 6/13/2016) (Entered: 06/13/2016) |
| 06/13/2016 | 305 | MOTION to Strike *Late Contentions or Alternatively to Continue Case Schedule* filed by Arista Networks, Inc.. Motion Hearing set for 10/27/2016 09:00 AM in Courtroom 3, 5th Floor, San Jose before Hon. Beth Labson Freeman. Responses due by 6/27/2016. Replies due by 7/5/2016. (Attachments: # 1 Proposed Order)(Ferrall, Brian) (Filed on 6/13/2016) (Entered: 06/13/2016) |
| 06/13/2016 | 306 | Declaration of Eduardo E. Santacana in Support of 305 MOTION to Strike *Late Contentions or Alternatively to Continue Case Schedule* filed byArista Networks, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22)(Related document(s) 305 ) (Santacana, Eduardo) (Filed on 6/13/2016) (Entered: 06/13/2016) |
| 06/13/2016 | 307 | Declaration of Andre Pech in Support of 305 MOTION to Strike *Late Contentions or Alternatively to Continue Case Schedule* filed byArista Networks, Inc.. (Related document(s) 305 ) (Santacana, Eduardo) (Filed on 6/13/2016) (Entered: 06/13/2016) |
| 06/13/2016 | 308 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 304 Administrative Motion to File Under Seal (Santacana, Eduardo) (Filed on 6/13/2016) (Entered: 06/13/2016) |

**Appx52**

| 06/15/2016 | 309 | **ORDER DISMISSING CLAIMS OF INFRINGEMENT UNDER U.S. PATENT NO. 7,953,886. Signed by Judge Beth Labson Freeman on 6/15/2016. (blflc3S, COURT STAFF) (Filed on 6/15/2016) (Entered: 06/15/2016)** |
| --- | --- | --- |
| 06/15/2016 | 310 | **ORDER CONSTRUING CLAIMS IN U.S. PATENT NO. 7,047,526. Signed by Judge Beth Labson Freeman on 6/15/2016. (blflc3S, COURT STAFF) (Filed on 6/15/2016) (Entered: 06/15/2016)** |
| 06/15/2016 | 🔒 | (Court only) ***Motion 144 terminated per 310 . (blflc3S, COURT STAFF) (Filed on 6/15/2016) (Entered: 06/15/2016) |
| 06/15/2016 | 🔒 | (Court only) ***Motion 296 terminated per 297 . (blflc3S, COURT STAFF) (Filed on 6/15/2016) (Entered: 06/15/2016) |
| 06/15/2016 | 311 | **ORDER DENYING 271 , 280 MOTIONS TO SEAL. Signed by Judge Beth Labson Freeman on 6/15/2016. (blflc3S, COURT STAFF) (Filed on 6/15/2016) (Entered: 06/15/2016)** |
| 06/15/2016 | 🔒 | (Court only) ***Motion 280 terminated per 311 . (blflc3S, COURT STAFF) (Filed on 6/15/2016) (Entered: 06/15/2016) |
| 06/16/2016 | 312 | RESPONSE (re 278 MOTION to Compel *Discovery Responses* ) filed byCisco Systems Inc. (Attachments: # 1 Declaration Kevin Almeroth Declaration)(Neukom, John) (Filed on 6/16/2016) (Entered: 06/16/2016) |
| 06/16/2016 | 313 | DECLARATION of John M. Neukom in Opposition to 312 Opposition/Response to Motion *(In Support of Cisco Opposition to Arista Motion to Compel)* filed byCisco Systems Inc. (Attachments: # 1 Exhibit Exh. 1/A (Part 1), # 2 Exhibit Exh. 1/A (Part 2), # 3 Exhibit Exh. 1/A (Part 3), # 4 Exhibit Exh. 1/A (Part 4), # 5 Exhibit Exh. 1/A (Part 5), # 6 Exhibit Exh. 1/A (Part 6), # 7 Exhibit Exh. 2/B, # 8 Exhibit Exh. 3/C)(Related document(s) 312 ) (Neukom, John) (Filed on 6/16/2016) (Entered: 06/16/2016) |
| 06/16/2016 | 314 | MOTION for Leave to File *Reply in Support of Arista's Motion to Compel* filed by Arista Networks, Inc.. (Attachments: # 1 Exhibit A - Proposed Reply in Support of Arista's Motion to Compel)(Ferrall, Brian) (Filed on 6/16/2016) (Entered: 06/16/2016) |
| 06/16/2016 | 315 | **Order granting 314 Motion for Leave to File entered by Magistrate Judge Nathanael M. Cousins. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 06/16/2016)** |
| 06/16/2016 | 317 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Further Case Management Conference held on 6/16/2016. NO FURHTER DATES SET AT THIS TIME. FTR Time: 11:25 - 12:15. Plaintiff Attorney: Kathleen Sullivan, Amy Candido. Defendant Attorney: Robert Van Nest, David Silbert, Brian Ferrall. This is a text only Minute Entry (tshS, COURT STAFF)(Date Filed: 6/16/2016) (Entered: 06/17/2016)** |
| 06/17/2016 | 316 | REPLY (re 278 MOTION to Compel *Discovery Responses* ) filed byArista Networks, Inc.. (Ferrall, Brian) (Filed on 6/17/2016) (Entered: 06/17/2016) |
| 06/17/2016 | 318 | Declaration of Sara Jenkins in Support of 304 Administrative Motion to File Under Seal filed byCisco Systems Inc. (Related document(s) 304 ) (Jenkins, Sara) (Filed on 6/17/2016) (Entered: 06/17/2016) |
| 06/20/2016 | 319 | **ORDER RE: DISCOVERY DISPUTES. Motion to Strike Late Contentions 305 is set for hearing on 7/27/2016 02:00 PM in Courtroom 7, 4th Floor, San Jose. No change in the briefing schedule. Signed by Judge Nathanael Cousins on 6/20/2016. (lmh, COURT STAFF) (Filed on 6/20/2016) (Entered: 06/20/2016)** |
| 06/20/2016 | 320 | TRANSCRIPT ORDER for proceedings held on 06/16/2016 before Hon. Beth Labson Freeman by Arista Networks, Inc., for Court Reporter FTR - San Jose. (Silbert, David) (Filed on 6/20/2016) (TRANSCRIBER: ECHO REPORTING) Modified on 6/21/2016 (sms, COURT STAFF). (Entered: 06/20/2016) |
| 06/22/2016 | 321 🔓 | Transcript of Proceedings of the official sound recording held on 06/16/16, before Judge Beth Labson Freeman. FTR/Transcriber Echo Reporting, Inc., telephone number 8584537590. Tape Number: FTR 11:25 - 12:15. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through |

| | | |
|---|---|---|
| | | PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re [320] Transcript Order, ) Redaction Request due 7/13/2016. Redacted Transcript Deadline set for 7/25/2016. Release of Transcript Restriction set for 9/20/2016. (Related documents(s) [320] ) (tgb, COURT STAFF) (Filed on 6/22/2016) (Entered: 06/22/2016) |
| 06/22/2016 | [322] | TRANSCRIPT ORDER for proceedings held on June 16, 0216 before Hon. Beth Labson Freeman by Cisco Systems Inc, for Court Reporter FTR - San Jose. (Candido, Amy) (Filed on 6/22/2016) (TRANSCRIBER: ECHO REPORTING) Modified on 6/22/2016 (sms, COURT STAFF). (Entered: 06/22/2016) |
| 06/22/2016 | 🔒 | (Court only) TRANSCRIPT COPY DELIVERED re [322] Transcript Order (Related documents(s) [322] ) (tgb, COURT STAFF) (Filed on 6/22/2016) (Entered: 06/22/2016) |
| 06/27/2016 | 🔒 [323] | Administrative Motion to File Under Seal *Confidential Information in Cisco's Opposition to Motion to Strike* filed by Cisco Systems Inc. (Attachments: # [1] Declaration of Sara E. Jenkins, # [2] Cisco's Opposition to Motion to Strike - Redacted, # [3] Cisco's Opposition to Motion to Strike - Sealed, # [4] Exhibit K - Redacted, # [5] Exhibit K - Sealed, # [6] Exhibit L - Redacted, # [7] Exhibit L - Sealed, # [8] Exhibit M - Redacted, # [9] Exhibit M - Sealed, # [10] Exhibit N - Redacted, # [11] Exhibit N - Sealed, # [12] Exhibit O - Redacted, # [13] Exhibit O - Sealed, # [14] Exhibit P - Redacted, # [15] Exhibit P - Sealed, # [16] Proposed Order)(Candido, Amy) (Filed on 6/27/2016) (Entered: 06/28/2016) |
| 06/28/2016 | [324] | Opposition to Motion to Seal (re [305] MOTION to Strike filed by Cisco Systems Inc. (Attachments: # [1] Declaration of Andrew Holmes, # [2] Exhibit A, # [3] Exhibit B, # [4] Exhibit C, # [5] Exhibit D, # [6] Exhibit E, # [7] Exhibit F, # [8] Exhibit G, # [9] Exhibit H, # [10] Exhibit I, # [11] Exhibit J, # [12] Exhibit K - Redacted, # [13] Exhibit L - Redacted, # [14] Exhibit M - Redacted, # [15] Exhibit N - Redacted, # [16] Exhibit O - Redacted, # [17] Exhibit P - Redacted)(Candido, Amy) (Filed on 6/28/2016) Modified on 6/29/2016 (bwS, COURT STAFF). (Entered: 06/28/2016) |
| 06/29/2016 | [325] | NOTICE of Appearance by Andrea Christina Nill Sanchez (Nill Sanchez, Andrea) (Filed on 6/29/2016) (Entered: 06/29/2016) |
| 06/30/2016 | [326] | STIPULATION WITH PROPOSED ORDER *Joint Stipulation to Hold Deposition of Douglas W. Clark After Close of Liability Expert Discovery* filed by Arista Networks, Inc.. (Rosen, David) (Filed on 6/30/2016) (Entered: 06/30/2016) |
| 06/30/2016 | [327] | **ORDER GRANTING [326] JOINT STIPULATION TO HOLD DEPOSITION OF DOUGLAS W. CLARK AFTER CLOSE OF LIABILITY EXPERT DISCOVERY. Signed by Judge Beth Labson Freeman on 6/30/2016. (blflc3S, COURT STAFF) (Filed on 6/30/2016) (Entered: 06/30/2016)** |
| 06/30/2016 | 🔒 [328] | Administrative Motion to File Under Seal filed by Arista Networks, Inc.. (Attachments: # [1] Declaration of Eduardo E. Santacana, # [2] Proposed Order, # [3] Exhibit 1-SEALED, # [4] Exhibit 2-SEALED, # [5] Exhibit 3-SEALED, # [6] Exhibit 7-SEALED, # [7] Exhibit 8-SEALED, # [8] Exhibit 9-SEALED, # [9] Exhibit 10-SEALED, # [10] Exhibit 11-SEALED, # [11] Exhibit 16-SEALED, # [12] Exhibit 17-SEALED, # [13] Exhibit 18-SEALED, # [14] Exhibit 19-Part 1 of 3-SEALED, # [15] Exhibit 19-Part 2 of 3-SEALED, # [16] Exhibit 19-Part 3 of 3-SEALED, # [17] Exhibit 22-SEALED, # [18] Exhibit 23-SEALED, # [19] Exhibit 24-SEALED)(Ferrall, Brian) (Filed on 6/30/2016) (Entered: 06/30/2016) |
| 06/30/2016 | [329] | MOTION for Partial Summary Judgment filed by Arista Networks, Inc.. Motion Hearing set for 8/4/2016 09:00 AM in Courtroom 3, 5th Floor, San Jose before Hon. Beth Labson Freeman. Responses due by 7/14/2016. Replies due by 7/21/2016. (Attachments: # [1] Declaration of Eduardo E. Santacana, # [2] Exhibit 1, # [3] Exhibit 2, # [4] Exhibit 3, # [5] Exhibit 4, # [6] Exhibit 6, # [7] Exhibit 7, # [8] Exhibit 8, # [9] Exhibit 9, # [10] Exhibit 10, # [11] Exhibit 11, # [12] Exhibit 12, # [13] Exhibit 13, # [14] Exhibit 14, # [15] Exhibit 15, # [16] Exhibit 16, # [17] Exhibit 17, # [18] Exhibit 18, # [19] Exhibit 19, # [20] Exhibit 20, # [21] Exhibit 21, # [22] Exhibit 22, # [23] Exhibit 23, # [24] Exhibit 24, # [25] Exhibit 25, # [26] Exhibit 26, # [27] Exhibit 27, # [28] Exhibit 28, # [29] Proposed Order)(Ferrall, Brian) (Filed on 6/30/2016)**Please See Document Number #349 for Correction.** Modified on 7/5/2016 (srnS, COURT STAFF). (Entered: 06/30/2016) |
| 06/30/2016 | [330] | CERTIFICATE OF SERVICE by Arista Networks, Inc. re [328] Administrative Motion to File Under Seal (Ferrall, Brian) (Filed on 6/30/2016) (Entered: 06/30/2016) |
| 07/01/2016 | 🔒 [331] | Administrative Motion to File Under Seal filed by Cisco Systems Inc. (Attachments: # [1] Declaration of Sara Jenkins, # [2] Proposed Order, # [3] Redacted Version of Motion for Partial Summary Judgment, # [4] |

**Appx54**

| | | | |
|---|---|---|---|
| | | | Unredacted Version of Motion for Partial Summary Judgment)(Candido, Amy) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/01/2016 | 🔒 | 332 | Declaration of Kevin Almeroth in Support of Motion for Partial Summary Judgment and EXHIBITS re 331 Administrative Motion to File Under Seal filed byCisco Systems Inc. (Attachments: # 1 Redacted Exhibit 1, # 2 Sealed Exhibit 1, # 3 Redacted Exhibit 2, # 4 Sealed Exhibit 2)(Related document(s) 331 ) (Jenkins, Sara) (Filed on 7/1/2016) Modified on 7/1/2016 (srnS, COURT STAFF). (Entered: 07/01/2016) |
| 07/01/2016 | 🔒 | 333 | Declaration of Judith A. Chevalier in Support of Motion for Partial Summary Judgment and EXHIBITS re 331 Administrative Motion to File Under Seal filed byCisco Systems Inc. (Attachments: # 1 Redacted Exhibit 1, # 2 Sealed Exhibit 1)(Related document(s) 331 ) (Jenkins, Sara) (Filed on 7/1/2016) Modified on 7/1/2016 (srnS, COURT STAFF). (Entered: 07/01/2016) |
| 07/01/2016 | | 334 | Proposed Order re 331 Administrative Motion to File Under Seal *[Proposed] Order Granting Motion for Partial Summary Judgment* by Cisco Systems Inc. (Jenkins, Sara) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/01/2016 | 🔒 | 335 | Declaration of Amy H. Candido In Support of Motion for Partial Summary Judgment and EXHIBITS re 331 Administrative Motion to File Under Seal filed by Cisco Systems Inc. (Attachments: # 1 Redacted Exhibit 1, # 2 Sealed Exhibit 1, # 3 Redacted Exhibit 2, # 4 Sealed Exhibit 2, # 5 Redacted Exhibit 3, # 6 Sealed Exhibit 3, # 7 Redacted Exhibit 4, # 8 Sealed Exhibit 4, # 9 Redacted Exhibit 5, # 10 Sealed Exhibit 5, # 11 Redacted Exhibit 6, # 12 Sealed Exhibit 6, # 13 Redacted Exhibit 7, # 14 Sealed Exhibit 7, # 15 Redacted Exhibit 8, # 16 Sealed Exhibit 8, # 17 Redacted Exhibit 9, # 18 Sealed Exhibit 9, # 19 Redacted Exhibit 10, # 20 Sealed Exhibit 10)(Related document(s) 331 ) (Candido, Amy) (Filed on 7/1/2016) Modified on 7/1/2016 (srnS, COURT STAFF). (Entered: 07/01/2016) |
| 07/01/2016 | 🔒 | 336 | EXHIBITS re 331 Administrative Motion to File Under Seal *Exhibits 11-20 to Declaration of Amy H. Candido In Support of Motion for Partial Summary Judgment* filed byCisco Systems Inc. (Attachments: # 1 Sealed Exhibit 11, # 2 Redacted Exhibit 12, # 3 Sealed Exhibit 12, # 4 Redacted Exhibit 13, # 5 Sealed Exhibit 13, # 6 Redacted Exhibit 14, # 7 Sealed Exhibit 14, # 8 Redacted Exhibit 15, # 9 Sealed Exhibit 15, # 10 Redacted Exhibit 16, # 11 Sealed Exhibit 16, # 12 Redacted Exhibit 17, # 13 Sealed Exhibit 17, # 14 Redacted Exhibit 18, # 15 Sealed Exhibit 18, # 16 Redacted Exhibit 19, # 17 Sealed Exhibit 19, # 18 Redacted Exhibit 20, # 19 Sealed Exhibit 20)(Related document(s) 331 ) (Candido, Amy) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/01/2016 | 🔒 | 337 | EXHIBITS re 331 Administrative Motion to File Under Seal *Exhibits 21-30 to Declaration of Amy H. Candido In Support of Motion for Partial Summary Judgment* filed byCisco Systems Inc. (Attachments: # 1 Sealed Exhibit 21, # 2 Redacted Exhibit 22, # 3 Sealed Exhibit 22, # 4 Redacted Exhibit 23, # 5 Sealed Exhibit 23, # 6 Redacted Exhibit 24, # 7 Sealed Exhibit 24, # 8 Redacted Exhibit 25, # 9 Sealed Exhibit 25, # 10 Redacted Exhibit 26, # 11 Sealed Exhibit 26, # 12 Exhibit 27, # 13 Exhibit 28, # 14 Exhibit 29, # 15 Exhibit 30)(Related document(s) 331 ) (Candido, Amy) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/01/2016 | 🔒 | 338 | EXHIBITS re 331 Administrative Motion to File Under Seal *Exhibits 31-40 to Declaration of Amy H. Candido In Support of Motion for Partial Summary Judgment* filed byCisco Systems Inc. (Attachments: # 1 Exhibit 32, # 2 Exhibit 33, # 3 Exhibit 34, # 4 Exhibit 35, # 5 Exhibit 36, # 6 Exhibit 37, # 7 Exhibit 38, # 8 Exhibit 39, # 9 Redacted Exhibit 40, # 10 Sealed Exhibit 40)(Related document(s) 331 ) (Candido, Amy) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/01/2016 | 🔒 | 339 | EXHIBITS re 331 Administrative Motion to File Under Seal *Exhibits 41-44 to Declaration of Amy H. Candido In Support of Motion for Partial Summary Judgment* filed byCisco Systems Inc. (Attachments: # 1 Sealed Exhibit 41, # 2 Exhibit 42, # 3 Redacted Exhibit 43, # 4 Sealed Exhibit 43, # 5 Exhibit 44)(Related document(s) 331 ) (Candido, Amy) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/01/2016 | 🔒 | 340 | EXHIBITS re 331 Administrative Motion to File Under Seal *Exhibit 45 Part 1 to Declaration of Amy H. Candido In Support of Motion for Partial Summary Judgment* filed byCisco Systems Inc. (Attachments: # 1 Sealed Exhibit 45 Part 1)(Related document(s) 331 ) (Candido, Amy) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/01/2016 | 🔒 | 341 | EXHIBITS re 331 Administrative Motion to File Under Seal *Exhibit 45 Part 2 to Declaration of Amy H. Candido In Support of Motion for Partial Summary Judgment* filed byCisco Systems Inc. (Related document(s) 331 ) (Candido, Amy) (Filed on 7/1/2016) (Entered: 07/01/2016) |

**Appx55**

| 07/01/2016 | 🔒 | 342 | EXHIBITS re 331 Administrative Motion to File Under Seal *Exhibit 45 Part 3 to Declaration of Amy H. Candido In Support of Motion for Partial Summary Judgment* filed byCisco Systems Inc. (Related document(s) 331 ) (Candido, Amy) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/01/2016 | 🔒 | 343 | EXHIBITS re 331 Administrative Motion to File Under Seal *Exhibits 46-50 to Declaration of Amy H. Candido In Support of Motion for Partial Summary Judgment* filed byCisco Systems Inc. (Attachments: # 1 Sealed Exhibit 46, # 2 Redacted Exhibit 47, # 3 Sealed Exhibit 47, # 4 Redacted Exhibit 48, # 5 Sealed Exhibit 48, # 6 Exhibit 49, # 7 Redacted Exhibit 50, # 8 Sealed Exhibit 50)(Related document(s) 331 ) (Candido, Amy) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/01/2016 | 🔒 | 344 | EXHIBITS re 331 Administrative Motion to File Under Seal *Exhibits 51-55 to Declaration of Amy H. Candido In Support of Motion for Partial Summary Judgment* filed byCisco Systems Inc. (Attachments: # 1 Sealed Exhibit 51, # 2 Redacted Exhibit 51, # 3 Sealed Exhibit 52, # 4 Redacted Exhibit 53, # 5 Sealed Exhibit 53, # 6 Redacted Exhibit 54, # 7 Sealed Exhibit 54, # 8 Redacted Exhibit 55, # 9 Sealed Exhibit 55)(Related document(s) 331 ) (Candido, Amy) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/01/2016 | 🔒 | 345 | EXHIBITS re 331 Administrative Motion to File Under Seal *Exhibits 56-65 to Declaration of Amy H. Candido In Support of Motion for Partial Summary Judgment* filed byCisco Systems Inc. (Attachments: # 1 Exhibit 57, # 2 Redacted Exhibit 58, # 3 Sealed Exhibit 58, # 4 Exhibit 59, # 5 Exhibit 60, # 6 Exhibit 61, # 7 Exhibit 62, # 8 Exhibit 63, # 9 Redacted Exhibit 64, # 10 Sealed Exhibit 58, # 11 Redacted Exhibit 64, # 12 Sealed Exhibit 58)(Related document(s) 331 ) (Candido, Amy) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/01/2016 | 🔒 | 346 | EXHIBITS re 331 Administrative Motion to File Under Seal *Exhibits 66-75 to Declaration of Amy H. Candido In Support of Motion for Partial Summary Judgment* filed byCisco Systems Inc. (Attachments: # 1 Sealed Exhibit 66, # 2 Redacted Exhibit 67, # 3 Sealed Exhibit 67, # 4 Redacted Exhibit 68, # 5 Sealed Exhibit 68, # 6 Redacted Exhibit 69, # 7 Sealed Exhibit 69, # 8 Redacted Exhibit 70, # 9 Sealed Exhibit 70, # 10 Exhibit 71, # 11 Redacted Exhibit 72, # 12 Sealed Exhibit 72, # 13 Exhibit 73, # 14 Redacted Exhibit 74, # 15 Sealed Exhibit 74, # 16 Redacted Exhibit 75, # 17 Sealed Exhibit 75)(Related document(s) 331 ) (Candido, Amy) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/01/2016 | 🔒 | 347 | EXHIBITS re 331 Administrative Motion to File Under Seal *Exhibits 76-82 to Declaration of Amy H. Candido In Support of Motion for Partial Summary Judgment* filed byCisco Systems Inc. (Attachments: # 1 Sealed Exhibit 76, # 2 Redacted Exhibit 77, # 3 Sealed Exhibit 77, # 4 Redacted Exhibit 78, # 5 Sealed Exhibit 78, # 6 Redacted Exhibit 79, # 7 Sealed Exhibit 79, # 8 Redacted Exhibit 80, # 9 Sealed Exhibit 80, # 10 Redacted Exhibit 81, # 11 Sealed Exhibit 81, # 12 Redacted Exhibit 82, # 13 Sealed Exhibit 82)(Related document(s) 331 ) (Candido, Amy) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/01/2016 | | 348 | MOTION for Partial Summary Judgment filed by Cisco Systems Inc. Motion Hearing set for 8/4/2016 09:00 AM in Courtroom 3, 5th Floor, San Jose before Hon. Beth Labson Freeman. Responses due by 7/14/2016. Replies due by 7/21/2016. (Pak, Sean) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/01/2016 | | 349 | ERRATA re 329 MOTION for Partial Summary Judgment *CORRECTION OF DOCKET # 329 (Tables of Contents and Authorities)* by Arista Networks, Inc.. (Ferrall, Brian) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/01/2016 | | 350 | STIPULATION WITH PROPOSED ORDER *REGARDING EXPERT DISCOVERY* filed by Cisco Systems Inc. (Neukom, John) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/01/2016 | | 351 | MOTION for Extension of Time to File *Arista's Unopposed Local Rule 79-5(e)(2) Request and [Proposed] Order for Additional Time to File Sealing Declaration Re: Cisco's Administrative Motion to File Under Seal, ECF 331* filed by Arista Networks, Inc.. (Ferrall, Brian) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/01/2016 | | 352 | Declaration of Joshua Glucoft in Support of 331 Administrative Motion to File Under Seal filed byJuniper Networks, Inc.. (Related document(s) 331 ) (Glucoft, Joshua) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/01/2016 | | 353 | **ORDER GRANTING 350 STIPULATION RE: EXPERT DISCOVERY. Signed by Judge Beth Labson Freeman on 7/1/2016. (blflc3S, COURT STAFF) (Filed on 7/1/2016) (Entered: 07/01/2016)** |

**Appx56**

| 07/01/2016 | 354 | **ORDER GRANTING 351 REQUEST FOR ADDITIONAL TIME TO FILE SEALING DECLARATION RE: ECF 331. Signed by Judge Beth Labson Freeman on 7/1/2016. (blflc3S, COURT STAFF) (Filed on 7/1/2016) (Entered: 07/01/2016)** |
| --- | --- | --- |
| 07/01/2016 | 355 | CERTIFICATE OF SERVICE by Cisco Systems Inc *on Defendant* (Jenkins, Sara) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/01/2016 | 356 | CERTIFICATE OF SERVICE by Cisco Systems Inc re 331 Administrative Motion to File Under Seal (Jenkins, Sara) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/01/2016 | 357 | CERTIFICATE OF SERVICE by Cisco Systems Inc re 331 Administrative Motion to File Under Seal (Jenkins, Sara) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/01/2016 | 358 | CERTIFICATE OF SERVICE by Cisco Systems Inc re 331 Administrative Motion to File Under Seal (Jenkins, Sara) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/01/2016 | 359 | CERTIFICATE OF SERVICE by Cisco Systems Inc re 323 Administrative Motion to File Under Seal *Confidential Information in Cisco's Opposition to Motion to Strike* (Jenkins, Sara) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/01/2016 | 360 | CERTIFICATE OF SERVICE by Cisco Systems Inc re 331 Administrative Motion to File Under Seal (Candido, Amy) (Filed on 7/1/2016) (Entered: 07/01/2016) |
| 07/05/2016 | 361 | **ORDER DENYING ARISTA'S MOTION TO COMPEL AS TO INTERROGATORIES NOS. 24, 25. Re: Dkt. No. 278 . Signed by Judge Nathanael Cousins.** (lmh, COURT STAFF) (Filed on 7/5/2016) (Entered: 07/05/2016) |
| 07/05/2016 | 🔒 362 | Administrative Motion to File Under Seal filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of Eduardo E. Santacana, # 2 Proposed Order, # 3 Redacted Version of Arista's Reply, # 4 Unredacted Version of Arista's Reply)(Ferrall, Brian) (Filed on 7/5/2016) (Entered: 07/05/2016) |
| 07/05/2016 | 363 | REPLY (re 305 MOTION to Strike *Late Contentions or Alternatively to Continue Case Schedule* ) filed by Arista Networks, Inc.. (Ferrall, Brian) (Filed on 7/5/2016) (Entered: 07/05/2016) |
| 07/05/2016 | 364 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 362 Administrative Motion to File Under Seal (Ferrall, Brian) (Filed on 7/5/2016) (Entered: 07/05/2016) |
| 07/05/2016 | 365 | Declaration of Sara E. Jenkins in Support of 328 Administrative Motion to File Under Seal *Material Submitted with Arista's Motion for Partial Summary Judgment* filed by Cisco Systems Inc. (Related document(s) 328 ) (Jenkins, Sara) (Filed on 7/5/2016) (Entered: 07/05/2016) |
| 07/06/2016 | 366 | Declaration of Joshua Glucoft in Support of 323 Administrative Motion to File Under Seal *Confidential Information in Cisco's Opposition to Motion to Strike* filed by Juniper Networks, Inc.. (Related document(s) 323 ) (Glucoft, Joshua) (Filed on 7/6/2016) (Entered: 07/06/2016) |
| 07/08/2016 | 367 | Declaration of David Silbert in Support of 331 Administrative Motion to File Under Seal filed by Arista Networks, Inc.. (Related document(s) 331 ) (Silbert, David) (Filed on 7/8/2016) (Entered: 07/08/2016) |
| 07/11/2016 | 368 | STIPULATION WITH PROPOSED ORDER *TO HOLD DEPOSITION OF MAZEN RAWASHDEH AFTER CLOSE OF FACT DISCOVERY* filed by Cisco Systems Inc. (Gearing, Brian) (Filed on 7/11/2016) (Entered: 07/11/2016) |
| 07/11/2016 | 369 | **ORDER GRANTING 368 JOINT STIPULATION TO HOLD DEPOSITION OF MAZEN RAWASHDEH AFTER CLOSE OF FACT DISCOVERY. Signed by Judge Beth Labson Freeman on 7/11/2016. (blflc3S, COURT STAFF) (Filed on 7/11/2016) (Entered: 07/11/2016)** |
| 07/11/2016 | 370 | NOTICE of Appearance by Michael Allan Wueste (Wueste, Michael) (Filed on 7/11/2016) (Entered: 07/11/2016) |
| 07/14/2016 | 🔒 371 | Administrative Motion to File Under Seal *Materials In Support of Cisco's Opposition to Arista's Motion for Partial Summary Judgment* filed by Cisco Systems Inc. (Attachments: # 1 Declaration of Sara Jenkins ISO Admin Motion to Seal, # 2 Proposed Order Proposed Order, # 3 Exhibit Unredacted (Non-Public) Version of Neukom Exhibit 1, # 4 Exhibit Unredacted (Non-Public) Version of Neukom Exhibit 2, # 5 Exhibit Unredacted (Non-Public) Version of Neukom Exhibit 3, # 6 Exhibit Unredacted (Non-Public) Version of Neukom Exhibit 4, # 7 Exhibit Redacted (Public) Version of Neukom Exhibit 6, # 8 Exhibit Unredacted (Non-Public) Version of Neukom Exhibit 6, # 9 Exhibit Unredacted (Non-Public) Version of Neukom Exhibit 9, # 10 Exhibit Unredacted (Non-Public) Version of Neukom |

**Appx57**

| | | |
|---|---|---|
| | | Exhibit 36, # [11] Exhibit Unredacted (Non-Public) Version of Neukom Exhibit 37, # [12] Exhibit Redacted (Public) Version of Neukom Exhibit 46, # [13] Exhibit Unredacted (Non-Public) Version of Neukom Exhibit 46, # [14] Exhibit Unredacted (Non-Public) Version of Neukom Exhibit 51, # [15] Exhibit Unredacted (Non-Public) Version of Neukom Exhibit 52, # [16] Exhibit Redacted (Public) Version of Neukom Exhibit 53, # [17] Exhibit Unredacted (Non-Public) Version of Neukom Exhibit 53, # [18] Exhibit Unredacted (Non-Public) Version of Jeffay Exhibit 1, # [19] Exhibit Redacted (Public) Version of Almeroth Exhibit 1, # [20] Exhibit Unredacted (Non-Public) Version of Almeroth Exhibit 1, # [21] Exhibit Redacted (Public) Version of Almeroth Exhibit 2, # [22] Exhibit Unredacted (Non-Public) Version of Almeroth Exhibit 2, # [23] Exhibit Unredacted (Non-Public) Version of Almeroth Exhibit 3, # [24] Exhibit Redacted (Public) Version of Cisco's Opposition to Arista's Motion for Partial Summary Judgment, # [25] Exhibit Unredacted (Non-Public) Version of Cisco's Opposition to Arista's Motion for Partial Summary Judgment)(Neukom, John) (Filed on 7/14/2016) (Entered: 07/14/2016) |
| 07/14/2016 | 372 | RESPONSE (re [329] MOTION for Partial Summary Judgment ) filed byCisco Systems Inc. (Attachments: # [1] Declaration of John Neukom ISO Cisco's Opposition to Arista's Motion for Partial Summary Judgment, # [2] Exhibit 1, # [3] Exhibit 2, # [4] Exhibit 3, # [5] Exhibit 4, # [6] Exhibit 5, # [7] Exhibit 6, # [8] Exhibit 7, # [9] Exhibit 8, # [10] Exhibit 9, # [11] Exhibit 10, # [12] Exhibit 11, # [13] Exhibit 12, # [14] Exhibit 13, # [15] Exhibit 14, # [16] Exhibit 15, # [17] Exhibit 16, # [18] Exhibit 17, # [19] Exhibit 18, # [20] Exhibit 19, # [21] Exhibit 20, # [22] Exhibit 21, # [23] Exhibit 22, # [24] Exhibit 23, # [25] Exhibit 24, # [26] Exhibit 25, # [27] Exhibit 26, # [28] Exhibit 27, # [29] Exhibit 28, # [30] Exhibit 29, # [31] Exhibit 30, # [32] Exhibit 31, # [33] Exhibit 32, # [34] Exhibit 33, # [35] Exhibit 34, # [36] Exhibit 35, # [37] Exhibit 36, # [38] Exhibit 37, # [39] Exhibit 38, # [40] Exhibit 39, # [41] Exhibit 40, # [42] Exhibit 41, # [43] Exhibit 42, # [44] Exhibit 43, # [45] Exhibit 44 (Part 1 of 2), # [46] Exhibit 44 (Part 2 of 2), # [47] Exhibit 45, # [48] Exhibit 46, # [49] Exhibit 47, # [50] Exhibit 48, # [51] Exhibit 49 (Part 1 of 3), # [52] Exhibit 49 (Part 2 of 3), # [53] Exhibit 49 (Part 3 of 3), # [54] Exhibit 50, # [55] Exhibit 51, # [56] Exhibit 52, # [57] Exhibit 53)(Neukom, John) (Filed on 7/14/2016) (Entered: 07/14/2016) |
| 07/14/2016 | 373 | Declaration of Dr. Kevin Almeroth in Support of [372] Opposition/Response to Motion,,,,, filed byCisco Systems Inc. (Attachments: # [1] Exhibit 1, # [2] Exhibit 2, # [3] Exhibit 3, # [4] Exhibit 4)(Related document(s) [372] ) (Neukom, John) (Filed on 7/14/2016) (Entered: 07/14/2016) |
| 07/14/2016 | 374 | Declaration of Dr. Kevin Jeffay in Support of [372] Opposition/Response to Motion,,,,, filed byCisco Systems Inc. (Attachments: # [1] Exhibit 1, # [2] Exhibit 2)(Related document(s) [372] ) (Neukom, John) (Filed on 7/14/2016) (Entered: 07/14/2016) |
| 07/14/2016 | 375 | CERTIFICATE OF SERVICE by Cisco Systems Inc re [371] Administrative Motion to File Under Seal *Materials In Support of Cisco's Opposition to Arista's Motion for Partial Summary Judgment* (Jenkins, Sara) (Filed on 7/14/2016) (Entered: 07/14/2016) |
| 07/14/2016 | 376 | CERTIFICATE OF SERVICE by Cisco Systems Inc re [371] Administrative Motion to File Under Seal *Materials In Support of Cisco's Opposition to Arista's Motion for Partial Summary Judgment* (Jenkins, Sara) (Filed on 7/14/2016) (Entered: 07/14/2016) |
| 07/14/2016 | 377 | CERTIFICATE OF SERVICE by Cisco Systems Inc re [371] Administrative Motion to File Under Seal *Materials In Support of Cisco's Opposition to Arista's Motion for Partial Summary Judgment* (Jenkins, Sara) (Filed on 7/14/2016) (Entered: 07/14/2016) |
| 07/14/2016 | 🔒 378 | Administrative Motion to File Under Seal filed by Arista Networks, Inc.. (Attachments: # [1] Declaration of Ryan Wong, # [2] Proposed Order, # [3] Redacted Version of Arista's Oppo to Partial MSJ, # [4] Unredacted Version of Arista's Oppo to Partial MSJ, # [5] Ex 1 to Wong Declaration, # [6] Ex 2 to Wong Declaration, # [7] Ex 4 to Wong Declaration, # [8] Ex 5 to Wong Declaration, # [9] Ex 7 to Wong Declaration, # [10] Ex 8 to Wong Declaration, # [11] Ex 9C to Wong Declaration, # [12] Ex 9D to Wong Declaration, # [13] Ex 9E to Wong Declaration, # [14] Ex 9F to Wong Declaration, # [15] Ex 11 to Wong Declaration, # [16] Ex 13 to Wong Declaration, # [17] Ex 14 to Wong Declaration, # [18] Ex 15 Part 1 of 2 to Wong Declaration, # [19] Ex 15 Part 2 of 2 to Wong Declaration, # [20] Ex 16 to Wong Declaration, # [21] Ex 17 to Wong Declaration, # [22] Ex 18 to Wong Declaration, # [23] Ex 19 to Wong Declaration, # [24] ex 20 to Wong Declaration, # [25] Ex 21 to Wong Declaration, # [26] Ex 22 to Wong Declaration, # [27] Ex 24 to Wong Declaration, # [28] Ex 25 to Wong Declaration, # [29] Ex 26 to Wong Declaration, # [30] Ex 27 to Wong Declaration, # [31] Ex 28 to Wong Declaration, # [32] Ex 29 to Wong Declaration, # [33] Ex 30 to Wong Declaration)(Ferrall, Brian) (Filed on 7/14/2016) (Entered: 07/14/2016) |

**Appx58**

Case: 17-2145      Document: 1-2      Page: 48      Filed: 08/13/2018

| 07/14/2016 | 🔒 379 | EXHIBITS re 378 Administrative Motion to File Under Seal filed byArista Networks, Inc.. (Attachments: # 1 EX 32 to Wong Declaration, # 2 EX 33 to Wong Declaration, # 3 EX 34 to Wong Declaration, # 4 EX 36 to Wong Declaration, # 5 EX 37 to Wong Declaration, # 6 EX 38 to Wong Declaration, # 7 EX 41 to Wong Declaration, # 8 EX 42 to Wong Declaration, # 9 EX 43 to Wong Declaration, # 10 EX 44 to Wong Declaration, # 11 EX 45 to Wong Declaration, # 12 EX 46 to Wong Declaration, # 13 EX 47 to Wong Declaration, # 14 EX 48 to Wong Declaration, # 15 EX 49 to Wong Declaration, # 16 EX 50 to Wong Declaration, # 17 EX 51 to Wong Declaration, # 18 EX 52 to Wong Declaration, # 19 EX 53 to Wong Declaration, # 20 EX 54 to Wong Declaration, # 21 EX 55 to Wong Declaration, # 22 EX 56 to Wong Declaration, # 23 EX 57 to Wong Declaration, # 24 EX 58 to Wong Declaration, # 25 EX 59 to Wong Declaration, # 26 EX 60 to Wong Declaration, # 27 EX 61 to Wong Declaration, # 28 EX 62 to Wong Declaration, # 29 EX 63 to Wong Declaration, # 30 EX 64a to Wong Declaration, # 31 EX 38 to Black Declaration, # 32 Redacted Version of Ex 1 to to Black Declaration, # 33 Unredacted Version of Ex 1 to to Black Declaration, # 34 Ex 2 to Elsten Declaration, # 35 Redacted Version of Ex 1 to Elsten Declaration, # 36 Unredacted Version of Ex 1 to Elsten Declaration, # 37 Redacted Version of Ex 1 to Seifert Declaration, # 38 Unredacted Version of Ex 1 to Seifert Declaration)(Related document(s) 378 ) (Ferrall, Brian) (Filed on 7/14/2016) (Entered: 07/14/2016) |
| 07/14/2016 | 380 | RESPONSE (re 348 MOTION for Partial Summary Judgment ) filed byArista Networks, Inc.. (Attachments: # 1 Declaration of Ryan Wong, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9A, # 11 Exhibit 9B, # 12 Exhibit 9C, # 13 Exhibit 9D, # 14 Exhibit 9E, # 15 Exhibit 9F, # 16 Exhibit 9G, # 17 Exhibit 10, # 18 Exhibit 11, # 19 Exhibit 12, # 20 Exhibit 13, # 21 Exhibit 14, # 22 Exhibit 15 Part 1 of 2, # 23 Exhibit 15 Part 2 of 2, # 24 Exhibit 16, # 25 Exhibit 17, # 26 Exhibit 18, # 27 Exhibit 19, # 28 Exhibit 20, # 29 Exhibit 21, # 30 Exhibit 22, # 31 Exhibit 23, # 32 Exhibit 24, # 33 Exhibit 25, # 34 Exhibit 26, # 35 Exhibit 27, # 36 Exhibit 28, # 37 Exhibit 29, # 38 Exhibit 30, # 39 Exhibit 31, # 40 Exhibit 32, # 41 Exhibit 33, # 42 Exhibit 34, # 43 Exhibit 35, # 44 Exhibit 36, # 45 Exhibit 37, # 46 Exhibit 38, # 47 Exhibit 39, # 48 Exhibit 40, # 49 Exhibit 41, # 50 Exhibit 42, # 51 Exhibit 43, # 52 Exhibit 44, # 53 Exhibit 45, # 54 Exhibit 46, # 55 Exhibit 47, # 56 Exhibit 48, # 57 Exhibit 49, # 58 Exhibit 50, # 59 Exhibit 51, # 60 Exhibit 52, # 61 Exhibit 53, # 62 Exhibit 54, # 63 Exhibit 55, # 64 Exhibit 56, # 65 Exhibit 57, # 66 Exhibit 58, # 67 Exhibit 59, # 68 Exhibit 60, # 69 Exhibit 61, # 70 Exhibit 62, # 71 Exhibit 63, # 72 Exhibit 64a, # 73 Exhibit 64b, # 74 Exhibit 64c, # 75 Exhibit 64d, # 76 Exhibit 64e, # 77 Exhibit 64f)(Ferrall, Brian) (Filed on 7/14/2016) (Entered: 07/14/2016) |
| 07/14/2016 | 381 | Declaration of John Black in Support of 380 Opposition/Response to Motion,,,,,, filed byArista Networks, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65 Part 1 of 8, # 66 Exhibit 65 Part 2 of 8, # 67 Exhibit 65 Part 3 of 8, # 68 Exhibit 65 Part 4 of 8, # 69 Exhibit 65 Part 5 of 8, # 70 Exhibit 65 Part 6 of 8, # 71 Exhibit 65 Part 7 of 8, # 72 Exhibit 65 Part 8 of 8, # 73 Exhibit 66)(Related document(s) 380 ) (Ferrall, Brian) (Filed on 7/14/2016) (Entered: 07/14/2016) |
| 07/14/2016 | 382 | Declaration of Cate Elsten in Support of 380 Opposition/Response to Motion,,,,,, filed byArista Networks, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Related document(s) 380 ) (Ferrall, Brian) (Filed on 7/14/2016) (Entered: 07/14/2016) |
| 07/14/2016 | 383 | Declaration of William M. Seifert in Support of 380 Opposition/Response to Motion,,,,,, filed byArista Networks, Inc.. (Attachments: # 1 Exhibit William M. Seifert)(Related document(s) 380 ) (Ferrall, Brian) (Filed on 7/14/2016) (Entered: 07/14/2016) |
| 07/14/2016 | 384 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 378 Administrative Motion to File Under Seal (Ferrall, Brian) (Filed on 7/14/2016) (Entered: 07/14/2016) |
| 07/15/2016 | 385 | CERTIFICATE OF SERVICE by Arista Networks, Inc. (Santacana, Eduardo) (Filed on 7/15/2016) (Entered: 07/15/2016) |

**Appx59**

| 07/15/2016 | 386 | CERTIFICATE OF SERVICE by Arista Networks, Inc. (Santacana, Eduardo) (Filed on 7/15/2016) (Entered: 07/15/2016) |
| 07/15/2016 | 387 | CERTIFICATE OF SERVICE by Arista Networks, Inc. (Santacana, Eduardo) (Filed on 7/15/2016) (Entered: 07/15/2016) |
| 07/15/2016 | 388 | CERTIFICATE OF SERVICE by Arista Networks, Inc. (Santacana, Eduardo) (Filed on 7/15/2016) (Entered: 07/15/2016) |
| 07/15/2016 | 389 | Declaration of Joshua Glucoft in Support of 378 Administrative Motion to File Under Seal filed byJuniper Networks, Inc.. (Related document(s) 378 ) (Glucoft, Joshua) (Filed on 7/15/2016) (Entered: 07/15/2016) |
| 07/18/2016 | 390 | DECLARATION OF RODERICK M. THOMPSON ON BEHALF OF THIRD PARTY DELL INC. IN SUPPORT OF ARISTA NETWORK, INC.S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL 278 Administrative Motion to File Under Seal filed by Dell Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Thompson, Roderick) (Filed on 7/18/2016) Modified on 7/19/2016 (bwS, COURT STAFF). (Entered: 07/18/2016) |
| 07/18/2016 | 391 | LOCAL RULE 79-5(e)(2) REQUEST AND [PROPOSED] ORDER FOR ADDITIONAL TIME TO FILE SEALING DECLARATIONS RE: CISCOS ADMINISTRATIVE MOTION TO FILE UNDER SEAL, ECF 371; ARISTAS ADMINISTRATIVE MOTION TO FILE UNDER SEAL, ECF 378 filed by Cisco Systems Inc. (Jaffe, Jordan) (Filed on 7/18/2016) Modified on 7/19/2016 (bwS, COURT STAFF). (Entered: 07/18/2016) |
| 07/19/2016 | 392 | **ORDER GRANTING 391 REQUEST FOR ADDITIONAL TIME TO FILE SEALING DECLARATIONS RE: CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL, ECF 371 ; ARISTA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL, ECF 378 . Signed by Judge Beth Labson Freeman on 7/19/2016. (blflc3S, COURT STAFF) (Filed on 7/19/2016) (Entered: 07/19/2016)** |
| 07/21/2016 | 🔒 393 | Administrative Motion to File Under Seal filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of Eduardo E. Santacana, # 2 Proposed Order, # 3 Redacted Version of Arista's Reply, # 4 Unredacted Version of Arista's Reply)(Ferrall, Brian) (Filed on 7/21/2016) (Entered: 07/21/2016) |
| 07/21/2016 | 394 | REPLY (re 329 MOTION for Partial Summary Judgment ) filed byArista Networks, Inc.. (Attachments: # 1 Declaration of Eduardo E. Santacana, # 2 Exhibit A, # 3 Exhibit B)(Ferrall, Brian) (Filed on 7/21/2016) (Entered: 07/21/2016) |
| 07/21/2016 | 395 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 393 Administrative Motion to File Under Seal (Ferrall, Brian) (Filed on 7/21/2016) (Entered: 07/21/2016) |
| 07/21/2016 | 🔒 396 | Administrative Motion to File Under Seal *Materials for Cisco Reply Brief in Support of Cisco Motion for Partial Summary Judgment* filed by Cisco Systems Inc. (Attachments: # 1 Declaration of Sara Jenkins I/S/O Admin. Motion to File Under Seal, # 2 Proposed Order, # 3 Exhibit Redacted (Public) Version of Cisco Reply I/S/O Motion for Partial Summary Judgment, # 4 Exhibit Unredacted (Non-Public) Version of Cisco Reply I/S/O Motion for Partial Summary Judgment, # 5 Exhibit Unredacted (Non-Public) Version of Neukom Exhibit 1, # 6 Exhibit Unredacted (Non-Public) Version of Neukom Exhibit 2, # 7 Exhibit Unredacted (Non-Public) Version of Neukom Exhibit 3, # 8 Exhibit Unredacted (Non-Public) Version of Neukom Exhibit 4, # 9 Exhibit Unredacted (Non-Public) Version of Neukom Exhibit 5, # 10 Exhibit Unredacted (Non-Public) Version of Neukom Exhibit 6, # 11 Exhibit Unredacted (Non-Public) Version of Neukom Exhibit 7, # 12 Exhibit Unredacted (Non-Public) Version of Neukom Exhibit 8)(Neukom, John) (Filed on 7/21/2016) (Entered: 07/21/2016) |
| 07/21/2016 | 397 | REPLY (re 348 MOTION for Partial Summary Judgment ) filed byCisco Systems Inc.. (Attachments: # 1 Declaration of John Neukom in Support of Cisco Reply Brief in Support of Cisco Motion for Partial Summary Judgment, # 2 Exhibit Exhibit No. 1 to Neukom Declaration, # 3 Exhibit Exhibit No. 2 to Neukom Declaration, # 4 Exhibit Exhibit No. 3 to Neukom Declaration, # 5 Exhibit Exhibit No. 4 to Neukom Declaration, # 6 Exhibit Exhibit No. 5 to Neukom Declaration, # 7 Exhibit Exhibit No. 6 to Neukom Declaration, # 8 Exhibit Exhibit No. 7 to Neukom Declaration, # 9 Exhibit Exhibit No. 8 to Neukom Declaration)(Neukom, John) (Filed on 7/21/2016) (Entered: 07/21/2016) |
| 07/21/2016 | 398 | CERTIFICATE OF SERVICE by Cisco Systems Inc re 396 Administrative Motion to File Under Seal *Materials for Cisco Reply Brief in Support of Cisco Motion for Partial Summary Judgment* (Jenkins, |

**Appx60**

| | | |
|---|---|---|
| | | Sara) (Filed on 7/21/2016) (Entered: 07/21/2016) |
| 07/22/2016 | 399 | Declaration of Ryan Wong in Support of 371 Administrative Motion to File Under Seal *Materials In Support of Cisco's Opposition to Arista's Motion for Partial Summary Judgment* filed byArista Networks, Inc.. (Related document(s) 371 ) (Wong, Ryan) (Filed on 7/22/2016) (Entered: 07/22/2016) |
| 07/22/2016 | 400 | STIPULATION WITH PROPOSED ORDER *(JOINT STIPULATION)* filed by Arista Networks, Inc.. (Ferrall, Brian) (Filed on 7/22/2016) (Entered: 07/22/2016) |
| 07/22/2016 | 401 | Declaration of Sara E. Jenkins in Support of 378 Administrative Motion to File Under Seal filed byCisco Systems Inc. (Related document(s) 378 ) (Jenkins, Sara) (Filed on 7/22/2016) (Entered: 07/22/2016) |
| 07/25/2016 | 402 | Declaration of Eduardo E. Santacana in Support of 396 Administrative Motion to File Under Seal *Materials for Cisco Reply Brief in Support of Cisco Motion for Partial Summary Judgment* filed byArista Networks, Inc.. (Related document(s) 396 ) (Santacana, Eduardo) (Filed on 7/25/2016) (Entered: 07/25/2016) |
| 07/26/2016 | 🔒 403 | Administrative Motion to File Under Seal *re: Joint Discovery Letter* filed by Arista Networks, Inc.. (Attachments: # 1 Proposed Order, # 2 Declaration of Eduardo E. Santacana, # 3 Exhibit J)(Ferrall, Brian) (Filed on 7/26/2016) (Entered: 07/26/2016) |
| 07/26/2016 | 404 | Discovery Letter Brief *re: Cisco's Privilege Claims* filed by Arista Networks, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Ferrall, Brian) (Filed on 7/26/2016) (Entered: 07/26/2016) |
| 07/26/2016 | 405 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 403 Administrative Motion to File Under Seal *re: Joint Discovery Letter* (Santacana, Eduardo) (Filed on 7/26/2016) (Entered: 07/26/2016) |
| 07/26/2016 | 406 | **ORDER GRANTING AS MODIFIED BY THE COURT 400 JOINT STIPULATION TO AMEND SCHEDULING ORDER. Signed by Judge Beth Labson Freeman on 7/26/2016. (blflc3S, COURT STAFF) (Filed on 7/26/2016) (Entered: 07/26/2016)** |
| 07/26/2016 | 407 | JOINT CASE MANAGEMENT STATEMENT *REGARDING ARISTA'S MOTION TO STRIKE (DKT. 305)* filed by Cisco Systems Inc. (Neukom, John) (Filed on 7/26/2016) (Entered: 07/26/2016) |
| 07/27/2016 | 408 | Minute Entry for proceedings held before Magistrate Judge Nathanael M. Cousins.<br>Motion Hearing held on 7/27/2016:<br><br>- The Court GRANTS the parties' proposal in docket 407 .<br>**The parties may take one deposition of up to 5 hours to be completed by August 19 on the topic of lost profits;**<br>- Motion in docket 404 re: privilege log is DENIED;<br>- Motion to strike Cisco's amended contentions in docket 305 is DENIED.<br><br>**Plaintiff's Attorneys: Sean Pak, John Neukom.**<br>**Defendant's Attorneys: Brian Ferrall, Eduardo Santacana.**<br>(FTR Time 2:04pm - 3:16pm.)*This is a text only Minute Entry.*<br>(lmh, COURT STAFF) (Date Filed: 7/27/2016) (Entered: 07/28/2016) |
| 07/29/2016 | 409 | ****FILED IN ERROR - DISREGARD***TRANSCRIPT ORDER for proceedings held on 7/27/16 before Magistrate Judge Nathanael M. Cousins by Arista Networks, Inc., for Court Reporter FTR - San Francisco. (Ferrall, Brian) (Filed on 7/29/2016) Modified on 8/1/2016 (sp, COURT STAFF). (Entered: 07/29/2016) |
| 08/01/2016 | 410 | TRANSCRIPT ORDER for proceedings held on 7/27/16 before Magistrate Judge Nathanael M. Cousins by Arista Networks, Inc., for Court Reporter FTR - San Jose. (Ferrall, Brian) (Filed on 8/1/2016) (TRANSCRIBER: JOAN COLUMBINI) Modified on 8/1/2016 (sms, COURT STAFF). (Entered: 08/01/2016) |
| 08/01/2016 | 411 | **ORDER RE: ADMINISTRATIVE MOTION TO SEAL. Re: Dkt. Nos. 286 304 323 362 403 . Signed by Judge Nathanael Cousins. (lmh, COURT STAFF) (Filed on 8/1/2016) (Entered: 08/01/2016)** |

| 08/02/2016 | 🔓 412 | Transcript of Proceedings held on July 27, 2016, before Judge Nathanael Cousins. Court Reporter/Transcriber Joan Marie Columbini, CSR, telephone number joan.columbini.csr@gmail.com 510-367-3043. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (410 in 5:14-cv-05344-BLF) Transcript Order, ) Redaction Request due 8/23/2016. Redacted Transcript Deadline set for 9/2/2016. Release of Transcript Restriction set for 10/31/2016. (Columbini, Joan) (Filed on 8/2/2016) (Entered: 08/02/2016) |
|---|---|---|
| 08/02/2016 | 413 | TRANSCRIPT ORDER for proceedings held on July 27, 2016 before Magistrate Judge Nathanael M. Cousins by Cisco Systems Inc, for Court Reporter Joan Columbini. (Pak, Sean) (Filed on 8/2/2016) (Entered: 08/02/2016) |
| 08/04/2016 | 414 | Declaration of Sara E. Jenkins in Support of 411 Order on Administrative Motion to File Under Seal, 362 Administrative Motion to File Under Seal , 286 Administrative Motion to File Under Seal , 304 Administrative Motion to File Under Seal filed byCisco Systems Inc. (Related document(s) 411 , 362 , 286 , 304 ) (Jenkins, Sara) (Filed on 8/4/2016) (Entered: 08/04/2016) |
| 08/04/2016 | 415 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Motion Hearing held on 8/4/2016. re 329 MOTION for Partial Summary Judgment filed by Arista Networks, Inc., 348 MOTION for Partial Summary Judgment filed by Cisco Systems Inc. Motion Hearing set for 8/8/2016 02:30 PM before Hon. Beth Labson Freeman.Total Time in Court: 2:32. Court Reporter Name: Summer Fisher. Plaintiff Attorney: Kathleen Sullivan, Sean Sang-Chul Pak. Defendant Attorney: David Silbert, Robert Van Nest, Ryan Wong, Brian Ferrall. This is a text only Minute Entry (tshS, COURT STAFF)(Date Filed: 8/4/2016) (Entered: 08/05/2016)** |
| 08/05/2016 | 416 | TRANSCRIPT ORDER for proceedings held on August 4, 2016 before Hon. Beth Labson Freeman by Cisco Systems Inc, for Court Reporter Summer Fisher. (Pak, Sean) (Filed on 8/5/2016) (Entered: 08/05/2016) |
| 08/05/2016 | 417 | ***FILED IN ERROR - See doc #418***TRANSCRIPT ORDER for proceedings held on August 4, 2016 before Magistrate Judge Nathanael M. Cousins by Arista Networks, Inc., for Court Reporter Summer Fisher. (Ferrall, Brian) (Filed on 8/5/2016) Modified on 8/8/2016 (sp, COURT STAFF). (Entered: 08/05/2016) |
| 08/05/2016 | 418 | TRANSCRIPT ORDER for proceedings held on August 4, 2016 before Hon. Beth Labson Freeman by Arista Networks, Inc., for Court Reporter Summer Fisher. (Ferrall, Brian) (Filed on 8/5/2016) (Entered: 08/05/2016) |
| 08/05/2016 | 🔒 419 | Administrative Motion to File Under Seal *Defendant Arista's Motion to Strike Expert Testimony of Dr. Kevin C. Almeroth* filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of Ryan K. Wong in Support of Motion to File Under Seal, # 2 Proposed Order Granting Motion to File Under Seal, # 3 Notice & Motion to Strike Expert Testimony of Dr. Kevin C. Almeroth (REDACTED), # 4 Notice & Motion to Strike Expert Testimony of Dr. Kevin C. Almeroth (UNREDACTED), # 5 Declaration of Ryan K. Wong in Support of Motion to Strike, # 6 Exhibit 1 to Declaration of Ryan K. Wong (REDACTED), # 7 Exhibit 2 to Declaration of Ryan K. Wong (REDACTED), # 8 Exhibit 3 to Declaration of Ryan K. Wong (REDACTED), # 9 Exhibit 4 to Declaration of Ryan K. Wong (REDACTED), # 10 Exhibit 1 to Declaration of Ryan K. Wong (UNREDACTED), # 11 Exhibit 2 to Declaration of Ryan K. Wong (UNREDACTED), # 12 Exhibit 3 to Declaration of Ryan K. Wong (UNREDACTED), # 13 Exhibit 4 to Declaration of Ryan K. Wong (UNREDACTED), # 14 Proposed Order Granting Motion to Strike)(Wong, Ryan) (Filed on 8/5/2016) (Entered: 08/05/2016) |
| 08/05/2016 | 420 | **See Document number 440 for correction.** MOTION to Strike *Expert Testimony of Dr. Kevin C. Almeroth (PUBLIC REDACTED VERSION)* filed by Arista Networks, Inc.. Motion Hearing set for 9/9/2016 09:00 AM in Courtroom 3, 5th Floor, San Jose before Hon. Beth Labson Freeman. Responses due by 8/19/2016. Replies due by 8/26/2016. (Attachments: # 1 Proposed Order Granting Motion to Strike)(Wong, Ryan) (Filed on 8/5/2016) Modified on 9/8/2016 (srnS, COURT STAFF). (Entered: 08/05/2016) |
| 08/05/2016 | 421 | Declaration of RYAN K. WONG in Support of 420 MOTION to Strike *Expert Testimony of Dr. Kevin C. Almeroth (PUBLIC REDACTED VERSION)* filed byArista Networks, Inc.. (Attachments: # 1 Exhibit 1 to Declaration of Ryan K. Wong (PUBLIC REDACTED VERSION), # 2 Exhibit 2 to |

**Appx62**

| | | | |
|---|---|---|---|
| | | | Declaration of Ryan K. Wong (PUBLIC REDACTED VERSION), # 3 Exhibit 3 to Declaration of Ryan K. Wong (PUBLIC REDACTED VERSION), # 4 Exhibit 4 to Declaration of Ryan K. Wong (PUBLIC REDACTED VERSION))(Related document(s) 420 ) (Wong, Ryan) (Filed on 8/5/2016) (Entered: 08/05/2016) |
| 08/05/2016 | 🔒 | 422 | Administrative Motion to File Under Seal *Defendant Arista's Motion to Strike Testimony of Dr. Judith A. Chevalier* filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of David J. Rosen in Support of Motion to File Under Seal, # 2 Proposed Order Granting Motion to File Under Seal, # 3 Redacted Version of Motion to Strike Testimony of Dr. Judith A. Chevalier (REDACTED), # 4 Declaration of Elizabeth K. McCloskey in Support of Motion to Strike Testimony of Dr. Judith A. Chevalier, # 5 Exhibit A to Declaration of Elizabeth K. McCloskey (REDACTED), # 6 Exhibit B to Declaration of Elizabeth K. McCloskey (REDACTED), # 7 Exhibit C to Declaration of Elizabeth K. McCloskey (REDACTED), # 8 Exhibit D to Declaration of Elizabeth K. McCloskey (REDACTED), # 9 Exhibit E to Declaration of Elizabeth K. McCloskey (REDACTED), # 10 Exhibit F to Declaration of Elizabeth K. McCloskey (REDACTED), # 11 Exhibit A to Declaration of Elizabeth K. McCloskey (UNREDACTED), # 12 Exhibit B to Declaration of Elizabeth K. McCloskey (UNREDACTED), # 13 Exhibit C to Declaration of Elizabeth K. McCloskey (UNREDACTED), # 14 Exhibit D to Declaration of Elizabeth K. McCloskey (UNREDACTED), # 15 Exhibit E to Declaration of Elizabeth K. McCloskey (UNREDACTED), # 16 Exhibit F to Declaration of Elizabeth K. McCloskey (UNREDACTED), # 17 Unredacted Version of Motion to Strike Testimony of Dr. Judith A. Chevalier (UNREDACTED), # 18 Proposed Order Granting Motion to Strike Testimony of Dr. Judith C. Chevalier)(Rosen, David) (Filed on 8/5/2016) (Entered: 08/05/2016) |
| 08/05/2016 | | 423 | MOTION to Strike *Testimony of Dr. Judith C. Chevalier (REDACTED VERSION)* filed by Arista Networks, Inc.. Motion Hearing set for 9/9/2016 09:00 AM in Courtroom 3, 5th Floor, San Jose before Hon. Beth Labson Freeman. Responses due by 8/19/2016. Replies due by 8/26/2016. (Attachments: # 1 Proposed Order Granting Motion to Strike Testimony of Dr. Judith C. Chevalier)(Rosen, David) (Filed on 8/5/2016) (Entered: 08/05/2016) |
| 08/05/2016 | | 424 | Declaration of ELIZABETH K. MCCLOSKEY in Support of 423 MOTION to Strike *Testimony of Dr. Judith C. Chevalier (REDACTED VERSION)* filed byArista Networks, Inc.. (Attachments: # 1 Exhibit A to Declaration of Elizabeth K. McCloskey (REDACTED), # 2 Exhibit B to Declaration of Elizabeth K. McCloskey (REDACTED), # 3 Exhibit C to Declaration of Elizabeth K. McCloskey (REDACTED), # 4 Exhibit D to Declaration of Elizabeth K. McCloskey (REDACTED), # 5 Exhibit E to Declaration of Elizabeth K. McCloskey (REDACTED), # 6 Exhibit F to Declaration of Elizabeth K. McCloskey (REDACTED))(Related document(s) 423 ) (Rosen, David) (Filed on 8/5/2016) (Entered: 08/05/2016) |
| 08/05/2016 | | 425 | Proof of Service re [Unredacted Version of Notice of Motion and Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth; Unredacted version of Exhibits 1, 2, 3 and 4 to Declaration of Ryan K. Wong in Support; Unredacted version of Arista's Notice of Motion and Motion to Strike Expert Opinions and Testimony of Dr. Judith A. Chevalier; and, Unredacted version of Exhibits A through F to Declaration of Elizabeth K. McCloskey in Support by Arista Networks, Inc. (Wong, Ryan) (Filed on 8/5/2016) Modified on 8/8/2016 (bwS, COURT STAFF). (Entered: 08/05/2016) |
| 08/05/2016 | 🔒 | 426 | Administrative Motion to File Under Seal *Materials in Support of Cisco Motions to Exclude Expert Testimony for Arista Witnesses Black, Clark, Elsten and Seifert* filed by Cisco Systems Inc.. (Attachments: # 1 Declaration, # 2 Proposed Order, # 3 Exhibit REDACTED (Public) Version of Motion to Exclude Black Testimony, # 4 Exhibit UNREDACTED (Non-Public) Version of Motion to Exclude Black Testimony, # 5 Exhibit REDACTED (Public) Version of Motion to Exclude Elsten Testimony, # 6 Exhibit UNREDACTED (Non-Public) Version of Motion to Exclude Elsten Testimony, # 7 Exhibit REDACTED (Public) Version of Motion to Exclude Seifert Testimony, # 8 Exhibit UNREDACTED (Non-Public) Version of Motion to Exclude Seifert Testimony, # 9 Exhibit UNREDACTED (Non-Public) Version of Holmes Exhibit 1, # 10 Exhibit UNREDACTED (Non-Public) Version of Holmes Exhibit 2, # 11 Exhibit UNREDACTED (Non-Public) Version of Holmes Exhibit 4, # 12 Exhibit UNREDACTED (Non-Public) Version of Holmes Exhibit 5, # 13 Exhibit UNREDACTED (Non-Public) Version of Holmes Exhibit 6, # 14 Exhibit UNREDACTED (Non-Public) Version of Holmes Exhibit 7, # 15 Exhibit UNREDACTED (Non-Public) Version of Holmes Exhibit 8, # 16 Exhibit UNREDACTED (Non-Public) Version of Holmes Exhibit 9, # 17 Exhibit UNREDACTED (Non-Public) Version of Holmes Exhibit 10, # 18 Exhibit UNREDACTED (Non-Public) Version of Holmes Exhibit 11, # 19 Exhibit UNREDACTED (Non-Public) Version of |

**Appx63**

| | | Holmes Exhibit 12, # 20 Exhibit UNREDACTED (Non-Public) Version of Holmes Exhibit 13)(Neukom, John) (Filed on 8/5/2016) (Entered: 08/05/2016) |
|---|---|---|
| 08/05/2016 | 427 | MOTION to Strike /*Exclude Testimony of John Black* filed by Cisco Systems Inc. Motion Hearing set for 9/9/2016 09:00 AM in Courtroom 3, 5th Floor, San Jose before Hon. Beth Labson Freeman. Responses due by 8/19/2016. Replies due by 8/26/2016. (Attachments: # 1 Proposed Order)(Neukom, John) (Filed on 8/5/2016) (Entered: 08/05/2016) |
| 08/05/2016 | 428 | MOTION to Strike /*Exclude Testimony of Douglas Clark* filed by Cisco Systems Inc. Motion Hearing set for 9/9/2016 09:00 AM in Courtroom 3, 5th Floor, San Jose before Hon. Beth Labson Freeman. Responses due by 8/19/2016. Replies due by 8/26/2016. (Attachments: # 1 Proposed Order)(Neukom, John) (Filed on 8/5/2016) (Entered: 08/05/2016) |
| 08/05/2016 | 429 | MOTION to Strike /*Exclude Testimony of Cate Elsten* filed by Cisco Systems Inc. Motion Hearing set for 9/9/2016 09:00 AM in Courtroom 3, 5th Floor, San Jose before Hon. Beth Labson Freeman. Responses due by 8/19/2016. Replies due by 8/26/2016. (Attachments: # 1 Proposed Order)(Neukom, John) (Filed on 8/5/2016) (Entered: 08/05/2016) |
| 08/05/2016 | 430 | MOTION to Strike /*Exclude Testimony of William Seifert* filed by Cisco Systems Inc. Motion Hearing set for 9/9/2016 09:00 AM in Courtroom 3, 5th Floor, San Jose before Hon. Beth Labson Freeman. Responses due by 8/19/2016. Replies due by 8/26/2016. (Attachments: # 1 Proposed Order)(Neukom, John) (Filed on 8/5/2016) (Entered: 08/05/2016) |
| 08/05/2016 | 431 | Declaration of Andrew Holmes in Support of 429 MOTION to Strike /*Exclude Testimony of Cate Elsten*, 428 MOTION to Strike /*Exclude Testimony of Douglas Clark*, 427 MOTION to Strike /*Exclude Testimony of John Black*, 430 MOTION to Strike /*Exclude Testimony of William Seifert* filed byCisco Systems Inc. (Attachments: # 1 Exhibit No. 1, # 2 Exhibit No. 2, # 3 Exhibit No. 3, # 4 Exhibit No. 4, # 5 Exhibit No. 5, # 6 Exhibit No. 6, # 7 Exhibit No. 7, # 8 Exhibit No. 8, # 9 Exhibit No. 9, # 10 Exhibit No. 10, # 11 Exhibit No. 11, # 12 Exhibit No. 12, # 13 Exhibit No. 13, # 14 Exhibit No. 14)(Related document(s) 429 , 428 , 427 , 430 ) (Neukom, John) (Filed on 8/5/2016) (Entered: 08/05/2016) |
| 08/05/2016 | 432 | CERTIFICATE OF SERVICE re 426 Administrative Motion to File Under Seal in Support of Cisco Motions to Exclude Expert Testimony for Arista Witnesses Black, Clark, Elsten and Seifert by Cisco Systems Inc (Jenkins, Sara) (Filed on 8/5/2016) Modified on 8/8/2016 (bwS, COURT STAFF). (Entered: 08/05/2016) |
| 08/06/2016 | 433 | CERTIFICATE OF SERVICE re 426 Administrative Motion to File Under Seal *Materials in Support of Cisco Motions to Exclude Expert Testimony for Arista Witnesses Black, Clark, Elsten and Seifert by Cisco Systems Inc (Jenkins, Sara) (Filed on 8/6/2016) Modified on 8/8/2016 (bwS, COURT STAFF). (Entered: 08/06/2016)* |
| 08/06/2016 | 434 | CERTIFICATE OF SERVICE re 426 Administrative Motion to File Under Seal Materials in Support of Cisco Motions to Exclude Expert Testimony for Arista Witnesses Black, Clark, Elsten and Seifert by Cisco Systems Inc (Jenkins, Sara) (Filed on 8/6/2016) Modified on 8/8/2016 (bwS, COURT STAFF). (Entered: 08/06/2016) |
| 08/06/2016 | 435 | CERTIFICATE OF SERVICE re 426 Administrative Motion to File Under Seal Materials in Support of Cisco Motions to Exclude Expert Testimony for Arista Witnesses Black, Clark, Elsten and Seifert by Cisco Systems Inc (Jenkins, Sara) (Filed on 8/6/2016) Modified on 8/8/2016 (bwS, COURT STAFF). (Entered: 08/06/2016) |
| 08/06/2016 | 436 | Declaration of Joshua Glucoft in Support of 426 Administrative Motion to File Under Seal *Materials in Support of Cisco Motions to Exclude Expert Testimony for Arista Witnesses Black, Clark, Elsten and Seifert* filed byJuniper Networks, Inc.. (Related document(s) 426 ) (Glucoft, Joshua) (Filed on 8/6/2016) (Entered: 08/06/2016) |
| 08/08/2016 | 437 | Transcript of Proceedings held on 08-04-2016, before Judge Beth Labson Freeman. Court Reporter/Transcriber Summer Fisher, telephone number 408-288-6150 summer_fisher@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 416 Transcript Order ) Release of Transcript Restriction set for 11/7/2016. (Related documents(s) 416 ) (Fisher, Summer) (Filed on 8/8/2016) |

**Appx64**

| | | | |
|---|---|---|---|
| | | | (Entered: 08/08/2016) |
| 08/08/2016 | 🔒 | 438 | Administrative Motion to File Under Seal *Arista's Corrected Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth* filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of Ryan Wong in Support of Defendant Arista's Administrative Motion to File Documents Under Seal in Connection with Arista's Corrected Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth, # 2 Proposed Order Granting Sealing Motion to File Documents in Connection with Arista's Corrected Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth, # 3 Public Redacted Version of Arista's Corrected Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth, # 4 Unredacted Version of Arista's Corrected Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth)(Wong, Ryan) (Filed on 8/8/2016) (Entered: 08/08/2016) |
| 08/08/2016 | | 439 | CERTIFICATE OF SERVICE by Arista Networks, Inc. *of Unredacted Version of Arista's Corrected Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth* (Wong, Ryan) (Filed on 8/8/2016) (Entered: 08/08/2016) |
| 08/08/2016 | | 440 | MOTION to Strike *Expert Opinions and Testimony of Dr. Kevin C. Almeroth [CORRECTED] (PUBLIC REDACTED VERSION)* filed by Arista Networks, Inc.. Motion Hearing set for 9/9/2016 09:00 AM in Courtroom 3, 5th Floor, San Jose before Hon. Beth Labson Freeman. Responses due by 8/22/2016. Replies due by 8/29/2016. (Wong, Ryan) (Filed on 8/8/2016) (Entered: 08/08/2016) |
| 08/08/2016 | | 441 | **ORDER GRANTING CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL Confidential Information with Respect to Docket Numbers 286 304 . Signed by Judge Nathanael Cousins on 8/8/2016.** (lmh, COURT STAFF) (Filed on 8/8/2016) (Entered: 08/08/2016) |
| 08/08/2016 | 🔒 | | (Court only) TRANSCRIPT COPY DELIVERED re 418 Transcript Order (Related documents(s) 418 ) (Fisher, Summer) (Filed on 8/8/2016) (Entered: 08/08/2016) |
| 08/08/2016 | | 443 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Motion Hearing held on 8/8/2016. The Court takes the matters under submission.Total Time in Court: 48 minutes. Court Reporter Name: Summer Fisher. Plaintiff Attorney: Sean Pak, Jordon Jaffee. Defendant Attorney: David Silbert. This is a text only Minute Entry (tshS, COURT STAFF)(Date Filed: 8/8/2016) (Entered: 08/09/2016)** |
| 08/08/2016 | 🔒 | | (Court only) ***Motions terminated 286 304 pursuant to Order 441 . (lmh, COURT STAFF) (Filed on 8/8/2016) (Entered: 10/17/2016) |
| 08/09/2016 | | 442 | Declaration of Roderick M. Thompson in Support of 426 Administrative Motion to File Under Seal *Materials in Support of Cisco Motions to Exclude Expert Testimony for Arista Witnesses Black, Clark, Elsten and Seifert* filed byDell Inc.. (Attachments: # 1 Exhibit A)(Related document(s) 426 ) (Thompson, Roderick) (Filed on 8/9/2016) (Entered: 08/09/2016) |
| 08/09/2016 | | 444 | TRANSCRIPT ORDER for proceedings held on August 8, 2016 before Hon. Beth Labson Freeman by Cisco Systems Inc, for Court Reporter Summer Fisher. (Pak, Sean) (Filed on 8/9/2016) (Entered: 08/09/2016) |
| 08/09/2016 | | 445 | TRANSCRIPT ORDER for proceedings held on 08/08/16 before Hon. Beth Labson Freeman by Arista Networks, Inc., for Court Reporter Summer Fisher. (Ferrall, Brian) (Filed on 8/9/2016) (Entered: 08/09/2016) |
| 08/09/2016 | | 446 | Declaration of Ryan K. Wong in Support of 426 Administrative Motion to File Under Seal *Materials in Support of Cisco Motions to Exclude Expert Testimony for Arista Witnesses Black, Clark, Elsten and Seifert* filed byArista Networks, Inc.. (Related document(s) 426 ) (Wong, Ryan) (Filed on 8/9/2016) (Entered: 08/09/2016) |
| 08/09/2016 | | 447 | Declaration of Sara E. Jenkins in Support of 419 Administrative Motion to File Under Seal *Defendant Arista's Motion to Strike Expert Testimony of Dr. Kevin C. Almeroth* filed byCisco Systems Inc. (Related document(s) 419 ) (Jenkins, Sara) (Filed on 8/9/2016) Modified on 8/10/2016 (srnS, COURT STAFF). (Entered: 08/09/2016) |
| 08/09/2016 | | 448 | Declaration of Sara E. Jenkins in Support of 422 Administrative Motion to File Under Seal *Defendant Arista's Motion to Strike Testimony of Dr. Judith A. Chevalier* filed byCisco Systems Inc. (Related document(s) 422 ) (Jenkins, Sara) (Filed on 8/9/2016) Modified on 8/10/2016 (srnS, COURT STAFF). (Entered: 08/09/2016) |

**Appx65**

| 08/09/2016 | 449 | MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (ECF NO. 408) re 408 Motion Hearing,,, Order on Discovery Letter Brief,,, Order on Motion to Strike, filed by Arista Networks, Inc.. Responses due by 8/23/2016. Replies due by 8/30/2016. (Ferrall, Brian) (Filed on 8/9/2016) (Entered: 08/09/2016) |
| 08/10/2016 | 450 | **ORDER REQUIRING RESPONSE TO 449 ARISTA'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER BY AUGUST 17, 2016. Signed by Judge Beth Labson Freeman on 8/10/2016. (blflc3S, COURT STAFF) (Filed on 8/10/2016) (Entered: 08/10/2016)** |
| 08/10/2016 | 451 | Transcript of Proceedings held on 08/08/2016, before Judge Beth Labson Freeman. Court Reporter/Transcriber Summer Fisher, telephone number 408-288-6150 summer_fisher@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 444 Transcript Order ) Release of Transcript Restriction set for 11/8/2016. (Related documents(s) 444 ) (Fisher, Summer) (Filed on 8/10/2016) (Entered: 08/10/2016) |
| 08/10/2016 |  | (Court only) TRANSCRIPT COPY DELIVERED re 445 Transcript Order (Related documents(s) 445 ) (Fisher, Summer) (Filed on 8/10/2016) (Entered: 08/10/2016) |
| 08/10/2016 | 452 | Proposed Order re 348 MOTION for Partial Summary Judgment *AMENDED [PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT* by Cisco Systems Inc. (Attachments: # 1 Exhibits A1-A6 (Part 1 of 13), # 2 Exhibits A1-A6 (Part 2 of 13), # 3 Exhibits A1-A6 (Part 3 of 13), # 4 Exhibits A1-A6 (Part 4 of 13), # 5 Exhibits A1-A6 (Part 5 of 13), # 6 Exhibits A1-A6 (Part 6 of 13), # 7 Exhibits A1-A6 (Part 7 of 13), # 8 Exhibits A1-A6 (Part 8 of 13), # 9 Exhibits A1-A6 (Part 9 of 13), # 10 Exhibits A1-A6 (Part 10 of 13), # 11 Exhibits A1-A6 (Part 11 of 13), # 12 Exhibits A1-A6 (Part 12 of 13), # 13 Exhibits A1-A6 (Part 13 of 13))(Holmes, Andrew) (Filed on 8/10/2016) (Entered: 08/10/2016) |
| 08/11/2016 | 453 | Statement re 452 Proposed Order,, *Arista's Proposal for Response to Cisco's Amended [Proposed] Order Granting Cisco's Motion for Partial Summary Judgment [ECF No. 452]* by Arista Networks, Inc.. (Ferrall, Brian) (Filed on 8/11/2016) (Entered: 08/11/2016) |
| 08/12/2016 | 454 | **ORDER REGARDING 452 CISCO'S SUPPLEMENTAL SUBMISSION ON MOTION FOR PARTIAL SUMMARY JUDGMENT. Signed by Judge Beth Labson Freeman on 8/11/2016. (blflc3S, COURT STAFF) (Filed on 8/12/2016) (Entered: 08/12/2016)** |
| 08/15/2016 | 455 | Brief *Re Analytic Dissection of Asserted Works* filed byArista Networks, Inc.. (Attachments: # 1 Exhibit A)(Ferrall, Brian) (Filed on 8/15/2016) (Entered: 08/15/2016) |
| 08/15/2016 | 456 | TRIAL BRIEF *RE: COPYRIGHTABIITY / FILTRATION / ANALYTIC DISSECTION* by Cisco Systems Inc. (Neukom, John) (Filed on 8/15/2016) (Entered: 08/15/2016) |
| 08/17/2016 | 457 | RESPONSE (re 449 MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (ECF NO. 408) re 408 Motion Hearing,,, Order on Discovery Letter Brief,,, Order on Motion to Strike,, ) filed byCisco Systems Inc. (Neukom, John) (Filed on 8/17/2016) (Entered: 08/17/2016) |
| 08/18/2016 | 458 | NOTICE by Arista Networks, Inc. re 449 MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (ECF NO. 408) re 408 Motion Hearing,,, Order on Discovery Letter Brief,,, Order on Motion to Strike,, (Ferrall, Brian) (Filed on 8/18/2016) (Entered: 08/18/2016) |
| 08/19/2016 | 459 | ADMINISTRATIVE MOTION Leave to File Reply in Support of Arista's Motion for Relief (ECF 449) re 449 MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (ECF NO. 408) re 408 Motion Hearing,,, Order on Discovery Letter Brief,,, Order on Motion to Strike, filed by Arista Networks, Inc.. Responses due by 8/23/2016. (Attachments: # 1 Proposed Order Granting Arista Networks, Inc.'s Administrative Motion for Leave to File a Reply in Support of Arista's Motion for Relief)(Wong, Ryan) (Filed on 8/19/2016) Modified on 8/24/2016 (tsh, COURT STAFF). (Entered: 08/19/2016) |

**Appx66**

CAND-ECF                                https://ecf.cand.circ9.dcn/cgi-bin/DktRpt.pl?489874821075018-L_1_0-1

| 08/19/2016 | 460 | Declaration of Ryan K. Wong in Support of 459 ADMINISTRATIVE MOTION Leave to File Reply in Support of Arista's Motion for Relief (ECF 449) re 449 MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (ECF NO. 408) re 408 Motion Hearing,,, Order on Discovery Le filed byArista Networks, Inc.. (Related document(s) 459 ) (Wong, Ryan) (Filed on 8/19/2016) (Entered: 08/19/2016) |
| 08/19/2016 | 461 | OPPOSITION TO ARISTAS MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR RELIEF FROM THE MAGISTRATE JUDGES NON- DISPOSITIVE PRETRIAL ORDER (re 459 ADMINISTRATIVE MOTION Leave to File Reply in Support of Arista's Motion for Relief (ECF 449) re 449 MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (ECF NO. 408) re 408 Motion Hearing,,, Order on Discovery Le ) filed by Cisco Systems Inc. (Neukom, John) (Filed on 8/19/2016) Modified on 8/22/2016 (bwS, COURT STAFF). (Entered: 08/19/2016) |
| 08/19/2016 | 🔒 462 | Administrative Motion to File Under Seal *in Connection with Its Opposition to Ciscos Motion to Exclude Expert Opinion Testimony of Dr. John Black* filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of Ryan Wong, # 2 Proposed Order, # 3 Redacted Version of Opposition to Motion to Exclude Black, # 4 Unredacted Version of Opposition to Motion to Exclude Black, # 5 Sealed Exhibit 4 to Declaration of Wong, # 6 Sealed Exhibit 5 to Declaration of Wong)(Wong, Ryan) (Filed on 8/19/2016) (Entered: 08/19/2016) |
| 08/19/2016 | 463 | RESPONSE (re 427 MOTION to Strike */Exclude Testimony of John Black* ) filed byArista Networks, Inc.. (Van Nest, Robert) (Filed on 8/19/2016) (Entered: 08/19/2016) |
| 08/19/2016 | 464 | Declaration of Ryan Wong in Support of 463 Opposition/Response to Motion filed byArista Networks, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Related document(s) 463 ) (Wong, Ryan) (Filed on 8/19/2016) (Entered: 08/19/2016) |
| 08/19/2016 | 465 | RESPONSE (re 428 MOTION to Strike */Exclude Testimony of Douglas Clark* ) filed byArista Networks, Inc.. (Van Nest, Robert) (Filed on 8/19/2016) (Entered: 08/19/2016) |
| 08/19/2016 | 466 | Declaration of David J. Rosen in Support of 465 Opposition/Response to Motion filed byArista Networks, Inc.. (Attachments: # 1 Exhibit 1)(Related document(s) 465 ) (Rosen, David) (Filed on 8/19/2016) (Entered: 08/19/2016) |
| 08/19/2016 | 🔒 467 | Administrative Motion to File Under Seal *in Connection with Aristas Opposition to Ciscos Motion to Exclude Expert Testimony from Aristas Expert Cate M. Elsten* filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of Eduardo E. Santacana, # 2 Proposed Order, # 3 Redacted Version of Opposition to Motion to Exclude Elsten, # 4 Unredacted Version of Opposition to Motion to Exclude Elsten, # 5 Sealed Ex. A to Declaration of Santacana)(Ferrall, Brian) (Filed on 8/19/2016) (Entered: 08/19/2016) |
| 08/19/2016 | 468 | RESPONSE (re 429 MOTION to Strike */Exclude Testimony of Cate Elsten* ) filed byArista Networks, Inc.. (Ferrall, Brian) (Filed on 8/19/2016) (Entered: 08/19/2016) |
| 08/19/2016 | 469 | Declaration of Eduardo E. Santacana in Support of 468 Opposition/Response to Motion filed byArista Networks, Inc.. (Attachments: # 1 Exhibit A)(Related document(s) 468 ) (Santacana, Eduardo) (Filed on 8/19/2016) (Entered: 08/19/2016) |
| 08/19/2016 | 🔒 470 | Administrative Motion to File Under Seal *in Connection with Aristas Opposition to Cisco Systems, Inc.s Motion to Exclude Opinion Testimony of William M. Seifert* filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of Andrea Nill Sanchez, # 2 Proposed Order, # 3 Redacted Version of Opposition to Motion to Exclude Seifert, # 4 Unredacted Version of Opposition to Motion to Exclude Seifert, # 5 Sealed Ex. 1 to Declaration of Nill Sanchez, # 6 Sealed Ex. 4 to Declaration of Nill Sanchez, # 7 Sealed Ex. 5 to Declaration of Nill Sanchez)(Nill Sanchez, Andrea) (Filed on 8/19/2016) Modified on 8/24/2016 (tsh, COURT STAFF). (Entered: 08/19/2016) |
| 08/19/2016 | 471 | OPPOSITION TO CISCO SYSTEMS, INC.S MOTION TO EXCLUDE OPINION TESTIMONY OF WILLIAM M. SEIFERT (re 430 filed by Arista Networks, Inc.. (Van Nest, Robert) (Filed on 8/19/2016) Modified on 8/22/2016 (bwS, COURT STAFF). (Entered: 08/19/2016) |
| 08/19/2016 | 472 | Declaration of Andrea Nill Sanchez in Support of 471 Opposition/Response to Motion filed byArista Networks, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Related document(s) 471 ) (Nill Sanchez, Andrea) (Filed on 8/19/2016) (Entered: 08/19/2016) |

**Appx67**

| 08/19/2016 | 473 | **ORDER DENYING 459 ARISTA'S MOTION FOR LEAVE TO FILE A REPLY BRIEF. Signed by Judge Beth Labson Freeman on 8/19/2016. (blflc3S, COURT STAFF) (Filed on 8/19/2016) (Entered: 08/19/2016)** |
| --- | --- | --- |
| 08/19/2016 | 474 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 462 Administrative Motion to File Under Seal *in Connection with Its Opposition to Ciscos Motion to Exclude Expert Opinion Testimony of Dr. John Black,* 467 Administrative Motion to File Under Seal *in Connection with Aristas Opposition to Ciscos Motion to Exclude Expert Testimony from Aristas Expert Cate M. Elsten and Dkt 470* (Nill Sanchez, Andrea) (Filed on 8/19/2016) (Entered: 08/19/2016) |
| 08/19/2016 | 🔒 475 | Administrative Motion to File Under Seal *Confidential Information in Cisco's Opposition to Arista's Corrected Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth* filed by Cisco Systems Inc. (Attachments: # 1 Declaration, # 2 Proposed Order, # 3 Exhibit REDACTED Version of Cisco's Opposition to Arista's Corrected Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth, # 4 Exhibit UNREDACTED Version of Cisco's Opposition to Arista's Corrected Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth, # 5 Exhibit UNREDACTED Version of Neukom Exhibit 1, # 6 Exhibit UNREDACTED Version of Neukom Exhibit 2, # 7 Exhibit UNREDACTED Version of Neukom Exhibit 3)(Neukom, John) (Filed on 8/19/2016) (Entered: 08/19/2016) |
| 08/19/2016 | 🔒 476 | Administrative Motion to File Under Seal *Confidential Information in Cisco's Opposition to Arista's Motion to Strike Expert Opinions and Testimony of Dr. Judy Chevalier* filed by Cisco Systems Inc. (Attachments: # 1 Declaration, # 2 Proposed Order, # 3 Exhibit REDACTED Version of Cisco's Opposition to Arista's Motion to Strike Expert Opinions and Testimony of Dr. Judith Chevalier, # 4 Exhibit UNREDACTED Version of Cisco's Opposition to Arista's Motion to Strike Expert Opinions and Testimony of Dr. Judith Chevalier, # 5 Exhibit UNREDACTED Version of Jenkins Exhibit 1)(Neukom, John) (Filed on 8/19/2016) (Entered: 08/19/2016) |
| 08/19/2016 | 477 | OPPOSITION TO ARISTAS CORRECTED NOTICE OF MOTION AND MOTION TO STRIKE EXPERT OPINIONS AND TESTIMONY OF DR. KEVIN C. ALMEROTH (re 440 MOTION to Strike filed by Cisco Systems Inc. (Attachments: # 1 Declaration of John Neukom I/S/O Cisco Opposition Brief, # 2 Exhibit #1, # 3 Exhibit #2, # 4 Exhibit # 3)(Neukom, John) (Filed on 8/19/2016) Modified on 8/22/2016 (bwS, COURT STAFF). (Entered: 08/19/2016) |
| 08/19/2016 | 478 | OPPOSITION TO ARISTA NETWORKS, INC.S MOTION TO STRIKE EXPERT OPINIONS AND TESTIMONY OF DR. JUDITH A. CHEVALIER (re 423 MOTION to Strike filed by Cisco Systems Inc. (Attachments: # 1 Declaration of Sara Jenkins I/S/O Cisco Opposition Brief, # 2 Exhibit #1)(Neukom, John) (Filed on 8/19/2016) Modified on 8/22/2016 (bwS, COURT STAFF). (Entered: 08/19/2016) |
| 08/19/2016 | 479 | CERTIFICATE OF SERVICE by Cisco Systems Inc re 475 Administrative Motion to File Under Seal *Confidential Information in Cisco's Opposition to Arista's Corrected Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth,* 476 Administrative Motion to File Under Seal *Confidential Information in Cisco's Opposition to Arista's Motion to Strike Expert Opinions and Testimony of Dr. Judy Chevalier* (Jenkins, Sara) (Filed on 8/19/2016) (Entered: 08/19/2016) |
| 08/23/2016 | 480 | Declaration of Ryan K. Wong in Support of 475 Administrative Motion to File Under Seal *Confidential Information in Cisco's Opposition to Arista's Corrected Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth* filed byArista Networks, Inc.. (Related document(s) 475 ) (Wong, Ryan) (Filed on 8/23/2016) (Entered: 08/23/2016) |
| 08/23/2016 | 481 | **ORDER DENYING 449 ARISTA'S MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE. Signed by Judge Beth Labson Freeman on 8/23/2016. (blflc3S, COURT STAFF) (Filed on 8/23/2016) (Entered: 08/23/2016)** |
| 08/23/2016 | 482 | **ORDER (1) DENYING 348 CISCO'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND (2) DENYING 329 ARISTA'S MOTION FOR PARTIAL SUMMARY JUDGMENT. Signed by Judge Beth Labson Freeman on 8/23/2016. (blflc3S, COURT STAFF) (Filed on 8/23/2016) (Entered: 08/23/2016)** |
| 08/23/2016 | 🔒 483 | ORDER (1) DENYING 348 CISCO'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND (2) DENYING 329 ARISTA'S MOTION FOR PARTIAL SUMMARY JUDGMENT. Signed by Judge Beth Labson Freeman on 8/23/2016. DOCUMENT E-FILED UNDER SEAL by Court Staff. (blflc3S, |

**Appx68**

| | | |
|---|---|---|
| | | COURT STAFF) (Filed on 8/23/2016) (Entered: 08/23/2016) |
| 08/23/2016 | 484 | Declaration of Elizabeth K. McCloskey in Support of 476 Administrative Motion to File Under Seal *Confidential Information in Cisco's Opposition to Arista's Motion to Strike Expert Opinions and Testimony of Dr. Judy Chevalier* filed byArista Networks, Inc.. (Related document(s) 476 ) (McCloskey, Elizabeth) (Filed on 8/23/2016) (Entered: 08/23/2016) |
| 08/23/2016 | 485 | Declaration in Support of 467 Administrative Motion to File Under Seal *in Connection with Aristas Opposition to Ciscos Motion to Exclude Expert Testimony from Aristas Expert Cate M. Elsten* filed byCisco Systems Inc. (Related document(s) 467 ) (Jenkins, Sara) (Filed on 8/23/2016) (Entered: 08/23/2016) |
| 08/23/2016 | 486 | Declaration in Support of 462 Administrative Motion to File Under Seal *in Connection with Its Opposition to Ciscos Motion to Exclude Expert Opinion Testimony of Dr. John Black* filed byCisco Systems Inc. (Related document(s) 462 ) (Jenkins, Sara) (Filed on 8/23/2016) (Entered: 08/23/2016) |
| 08/24/2016 | 487 | **OMNIBUS ORDER REGARDING 371 , 378 , 393 , 396 , 331 SEALING MOTIONS TO MOTIONS FOR SUMMARY JUDGMENT. Signed by Judge Beth Labson Freeman on 8/24/2016. (blflc4S, COURT STAFF) (Filed on 8/24/2016) (Entered: 08/24/2016)** |
| 08/24/2016 | 488 | **ORDER REGARDING DAUBERT MOTION HEARING AND PRE-TRIAL CASE MANAGEMENT. Signed by Judge Beth Labson Freeman on 8/24/2016. (blflc4S, COURT STAFF) (Filed on 8/24/2016) (Entered: 08/24/2016)** |
| 08/25/2016 | 489 | Letter to Judge Freeman from Roderick M. Thompson to Court Regarding Omnibus Order Regarding Sealing Motions to Motions for Summary Judgment (ECF No. 487 ) (Thompson, Roderick) (Filed on 8/25/2016) Modified on 8/26/2016 (bwS, COURT STAFF). (Entered: 08/25/2016) |
| 08/26/2016 | 490 | **MODIFIED ORDER REGARDING 379 DEFENDANTS SEALING MOTION. Signed by Judge Beth Labson Freeman on 8/26/2016. (blflc4S, COURT STAFF) (Filed on 8/26/2016) (Entered: 08/26/2016)** |
| 08/26/2016 | 🔒 491 | Administrative Motion to File Under Seal *Arista Networks, Inc.'s Reply in Support of its Motion to Strike Expert Opinions and Testimony of Dr. Judith A. Chevalier* filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of Elizabeth McCloskey, # 2 Proposed Order, # 3 Redacted Version of Reply in Support of Motion to Strike Chevalier, # 4 Unredacted Version of Reply in Support of Motion to Strike Expert Chevalier)(McCloskey, Elizabeth) (Filed on 8/26/2016) (Entered: 08/26/2016) |
| 08/26/2016 | 492 | REPLY (re 423 MOTION to Strike *Testimony of Dr. Judith C. Chevalier (REDACTED VERSION)* ) filed byArista Networks, Inc.. (Van Nest, Robert) (Filed on 8/26/2016) (Entered: 08/26/2016) |
| 08/26/2016 | 493 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 491 Administrative Motion to File Under Seal *Arista Networks, Inc.'s Reply in Support of its Motion to Strike Expert Opinions and Testimony of Dr. Judith A. Chevalier* (Van Nest, Robert) (Filed on 8/26/2016) (Entered: 08/26/2016) |
| 08/26/2016 | 🔒 494 | Administrative Motion to File Under Seal *Defendant Arista's Reply Brief in Support of its Motion to Exclude Experet Opinion and Testimony of Dr. Kevin C. Almeroth* filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of Ryan K. Wong, # 2 Proposed Order, # 3 Redacted Vedrsion of Defendant Arista's Reply in Support of its Motion to Exclude Expert Dr. Kevin C. Almeroth, # 4 Unredacted Vedrsion of Defendant Arista's Reply in Support of its Motion to Exclude Expert Dr. Kevin C. Almeroth)(Wong, Ryan) (Filed on 8/26/2016) (Entered: 08/26/2016) |
| 08/26/2016 | 495 | REPLY (re 420 MOTION to Strike *Expert Testimony of Dr. Kevin C. Almeroth (PUBLIC REDACTED VERSION)* ) filed byArista Networks, Inc.. (Van Nest, Robert) (Filed on 8/26/2016) (Entered: 08/26/2016) |
| 08/26/2016 | 496 | REPLY (re 428 MOTION to Strike */Exclude Testimony of Douglas Clark* ) filed byCisco Systems Inc. (Neukom, John) (Filed on 8/26/2016) (Entered: 08/26/2016) |
| 08/26/2016 | 497 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 494 Administrative Motion to File Under Seal *Defendant Arista's Reply Brief in Support of its Motion to Exclude Experet Opinion and Testimony of Dr. Kevin C. Almeroth* (Van Nest, Robert) (Filed on 8/26/2016) (Entered: 08/26/2016) |
| 08/26/2016 | 🔒 498 | Administrative Motion to File Under Seal *CONFIDENTIAL INFORMATION IN CISCO'S REPLIES IN SUPPORT OF ITS MOTIONS TO EXCLUDE EXPERT OPINION TESTIMONY FROM DEFENDANT ARISTA NETWORKS, INC.'S EXPERTS* filed by Cisco Systems Inc. (Attachments: # 1 Declaration of |

**Appx69**

| | | |
|---|---|---|
| | | Sara E. Jenkins, # 2 Proposed Order, # 3 Redacted Version of CISCO'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE EXPERT OPINION TESTIMONY FROM DEFENDANTS EXPERT DR. JOHN BLACK, # 4 Sealed Version of CISCO'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE EXPERT OPINION TESTIMONY FROM DEFENDANT'S EXPERT DR. JOHN BLACK, # 5 Redacted Version of CISCO'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE EXPERT OPINION TESTIMONY FROM DEFENDANT'S EXPERT CATE M. ELSTEN, # 6 Sealed Version of CISCO'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE EXPERT OPINION TESTIMONY FROM DEFENDANT'S EXPERT CATE M. ELSTEN, # 7 Redacted Version of CISCO'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE EXPERT OPINION TESTIMONY FROM DEFENDANT'S EXPERT WILLIAM SEIFERT, # 8 Sealed Version of CISCO'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE EXPERT OPINION TESTIMONY FROM DEFENDANT'S EXPERT WILLIAM SEIFERT)(Neukom, John) (Filed on 8/26/2016) (Entered: 08/26/2016) |
| 08/26/2016 | 499 | REPLY (re 427 MOTION to Strike *Exclude Testimony of John Black* ) filed byCisco Systems Inc. (Neukom, John) (Filed on 8/26/2016) (Entered: 08/26/2016) |
| 08/26/2016 | 500 | REPLY (re 429 MOTION to Strike *Exclude Testimony of Cate Elsten* ) filed byCisco Systems Inc. (Neukom, John) (Filed on 8/26/2016) (Entered: 08/26/2016) |
| 08/26/2016 | 501 | REPLY (re 430 MOTION to Strike *Exclude Testimony of William Seifert* ) filed byCisco Systems Inc. (Neukom, John) (Filed on 8/26/2016) (Entered: 08/26/2016) |
| 08/26/2016 | 502 | CERTIFICATE OF SERVICE by Cisco Systems Inc re 498 Administrative Motion to File Under Seal *CONFIDENTIAL INFORMATION IN CISCO'S REPLIES IN SUPPORT OF ITS MOTIONS TO EXCLUDE EXPERT OPINION TESTIMONY FROM DEFENDANT ARISTA NETWORKS, INC.'S EXPERTS* (Jenkins, Sara) (Filed on 8/26/2016) (Entered: 08/26/2016) |
| 08/30/2016 | 503 | Declaration of Elizabeth K. McCloskey in Support of 498 Administrative Motion to File Under Seal *CONFIDENTIAL INFORMATION IN CISCO'S REPLIES IN SUPPORT OF ITS MOTIONS TO EXCLUDE EXPERT OPINION TESTIMONY FROM DEFENDANT ARISTA NETWORKS, INC.'S EXPERTS* filed byArista Networks, Inc.. (Related document(s) 498 ) (McCloskey, Elizabeth) (Filed on 8/30/2016) (Entered: 08/30/2016) |
| 09/02/2016 | 504 | First MOTION for leave to appear in Pro Hac Vice *David Nelson* ( Filing fee $ 305, receipt number 0971-10739877.) filed by Cisco Systems Inc. (Attachments: # 1 Certificate/Proof of Service Certificate of Good Standing)(Nelson, David) (Filed on 9/2/2016) (Entered: 09/02/2016) |
| 09/02/2016 | 505 | TRIAL BRIEF *Cisco's 5-Page Response to "ARISTAS BRIEF RE ANALYTIC DISSECTION OF ASSERTED WORKS" (Docket No. 455)* by Cisco Systems Inc. (Neukom, John) (Filed on 9/2/2016) (Entered: 09/02/2016) |
| 09/02/2016 | 506 | REPLY to re 456 Trial Brief *re Analytic Dissection* by Arista Networks, Inc.. (Ferrall, Brian) (Filed on 9/2/2016) Modified on 9/6/2016 (srnS, COURT STAFF). (Entered: 09/02/2016) |
| 09/06/2016 | 507 | **ORDER GRANTING 504 MOTION FOR PRO HAC VICE. Signed by Judge Beth Labson Freeman on 9/6/2016.(blflc4S, COURT STAFF) (Filed on 9/6/2016) (Entered: 09/06/2016)** |
| 09/06/2016 | 508 | NOTICE OF PUBLIC FILING OF EXHIBITS re 487 Order on Administrative Motion to File Under Seal filed by Arista Networks, Inc.. (Attachments: # 1 Exhibit Santacana Ex. 1, # 2 Exhibit Santacana Ex. 2, # 3 Exhibit Santacana Ex. 3, # 4 Exhibit Santacana Ex. 7, # 5 Exhibit Santacana Ex. 8, # 6 Exhibit Santacana Ex. 9, # 7 Exhibit Santacana Ex. 10, # 8 Exhibit Santacana Ex. 11, # 9 Exhibit Santacana Ex. 16, # 10 Exhibit Santacana Ex. 18, # 11 Exhibit Santacana Ex. 19, # 12 Exhibit Santacana Ex. 22, # 13 Exhibit Santacana Ex. 23, # 14 Exhibit Santacana Ex. 24, # 15 Exhibit Arista's Opposition to Cisco's Motion for Partial Summary Judgment, # 16 Exhibit 2016.06.03 Expert Report of Black, # 17 Exhibit 2016.06.17Rebuttal Expert Report of Black, # 18 Exhibit 2016.06.03 Expert Report of Seifert, # 19 Exhibit 2016.06.03 Expert Report of Cate Elsten, # 20 Exhibit Wong Ex. 1, # 21 Exhibit Wong Ex. 2, # 22 Exhibit Wong Ex. 4)(Related document(s) 487 ) (Ferrall, Brian) (Filed on 9/6/2016) Modified on 9/7/2016 (srnS, COURT STAFF). (Entered: 09/06/2016) |
| 09/06/2016 | 509 | EXHIBITS re 508 Exhibits,,,, filed byArista Networks, Inc.. (Attachments: # 1 Exhibit Wong Ex. 5, # 2 Exhibit Wong Ex. 7, # 3 Exhibit Wong Ex. 8, # 4 Exhibit Wong Ex. 9, # 5 Exhibit Wong Ex. 11, # 6 Exhibit Wong Ex. 15, # 7 Exhibit Wong Ex. 17, # 8 Exhibit Wong Ex. 18, # 9 Exhibit Wong Ex. 20, # 10 Exhibit Wong Ex. 21, # 11 Exhibit Wong Ex. 24, # 12 Exhibit Wong Ex. 28, # 13 Exhibit Wong Ex. |

| | | |
|---|---|---|
| | | 29)(Related document(s) 508 ) (Ferrall, Brian) (Filed on 9/6/2016) (Entered: 09/06/2016) |
| 09/06/2016 | 510 | NOTICE by Cisco Systems Inc re 487 Order on Administrative Motion to File Under Seal,,,, *Notice of Public Filing* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Jenkins, Sara) (Filed on 9/6/2016) (Entered: 09/06/2016) |
| 09/06/2016 | 511 | EXHIBITS re 508 Exhibits,,,, filed byArista Networks, Inc.. (Attachments: # 1 Exhibit Wong Ex. 33, # 2 Exhibit Wong Ex. 37, # 3 Exhibit Wong Ex. 41, # 4 Exhibit Wong Ex. 42, # 5 Exhibit Wong Ex. 43, # 6 Exhibit Wong Ex. 44, # 7 Exhibit Wong Ex. 46, # 8 Exhibit Wong Ex. 47, # 9 Exhibit Wong Ex. 48, # 10 Exhibit Wong Ex. 49)(Related document(s) 508 ) (Ferrall, Brian) (Filed on 9/6/2016) (Entered: 09/06/2016) |
| 09/06/2016 | 512 | EXHIBITS re 508 Exhibits,,,, filed byArista Networks, Inc.. (Attachments: # 1 Exhibit Wong Ex. 50, # 2 Exhibit Wong Ex. 51, # 3 Exhibit Wong Ex. 52, # 4 Exhibit Wong Ex. 54, # 5 Exhibit Wong Ex. 58, # 6 Exhibit Wong Ex. 60, # 7 Exhibit Wong Ex. 62, # 8 Exhibit Wong Ex. 63, # 9 Exhibit Wong Ex. 64, # 10 Exhibit Arista's Reply in Support of Arista's Motion for Partial Summary Judgment)(Related document(s) 508 ) (Ferrall, Brian) (Filed on 9/6/2016) (Entered: 09/06/2016) |
| 09/09/2016 | 515 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Motion Hearing held on 9/9/2016 re 440 MOTION to Strike *Expert Opinions and Testimony of Dr. Kevin C. Almeroth [CORRECTED] (PUBLIC REDACTED VERSION)* filed by Arista Networks, Inc., 429 MOTION to Strike */Exclude Testimony of Cate Elsten* filed by Cisco Systems Inc, 428 MOTION to Strike */Exclude Testimony of Douglas Clark* filed by Cisco Systems Inc, 427 MOTION to Strike */Exclude Testimony of John Black* filed by Cisco Systems Inc, 423 MOTION to Strike *Testimony of Dr. Judith C. Chevalier (REDACTED VERSION)* filed by Arista Networks, Inc., 430 MOTION to Strike */Exclude Testimony of William Seifert* filed by Cisco Systems Inc Total Time in Court: 2:41. Court Reporter Name: Summer Fisher. Plaintiff Attorney: Sean Pak, David Nelson, Jordan Neukom. Defendant Attorney: David Silbert, Ryan Wong, Brian Ferrall, Robert Van Nest. This is a text only Minute Entry (tshS, COURT STAFF)(Date Filed: 9/9/2016) (Entered: 09/12/2016)** |
| 09/12/2016 | 513 | TRANSCRIPT ORDER before Hon. Beth Labson Freeman by Cisco Systems Inc, for Court Reporter Summer Fisher. (Pak, Sean) (Filed on 9/12/2016) Per Order Form Hearing Date is: 9/9/2016. Modified on 9/12/2016 (srn, COURT STAFF). (Entered: 09/12/2016) |
| 09/12/2016 | 514 | TRANSCRIPT ORDER for proceedings held on 09/09/2016 before Hon. Beth Labson Freeman by Arista Networks, Inc., for Court Reporter Summer Fisher. (Ferrall, Brian) (Filed on 9/12/2016) (Entered: 09/12/2016) |
| 09/12/2016 | 516 | Transcript of Proceedings held on 09/09/2016, before Judge Beth Labson Freeman. Court Reporter/Transcriber Summer Fisher, telephone number 408-288-6150 summer_fisher@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 513 Transcript Order ) Release of Transcript Restriction set for 12/12/2016. (Related documents(s) 513 ) (Fisher, Summer) (Filed on 9/12/2016) (Entered: 09/12/2016) |
| 09/15/2016 | 517 | NOTICE of Appearance by Ryan K.M. Wong *of Paul Ehrlich* (Wong, Ryan) (Filed on 9/15/2016) (Entered: 09/15/2016) |
| 09/15/2016 | 518 | NOTICE of Appearance by Ryan K.M. Wong *of Alex Chan* (Wong, Ryan) (Filed on 9/15/2016) (Entered: 09/15/2016) |
| 09/15/2016 | 519 | NOTICE of Appearance by Ryan K.M. Wong *of Wanli Chen* (Wong, Ryan) (Filed on 9/15/2016) (Entered: 09/15/2016) |
| 09/16/2016 | 520 | **ORDER GRANTING IN PART AND DENYING IN PART 331 , 328 MOTIONS TO SEAL. Signed by Judge Beth Labson Freeman on 9/16/2016.(blflc4S, COURT STAFF) (Filed on 9/16/2016) (Entered: 09/16/2016)** |
| 09/16/2016 | 521 | **OMNIBUS ORDER REGARDING 419 , 422 , 426 , 438 , 462 , 467 , 470 , 475 , 476 , 491 , 494 , 498 DAUBERT SEALING MOTIONS. Signed by Judge Beth Labson Freeman on 9/16/2016.** |

**Appx71**

| | | |
|---|---|---|
| | | **(blflc4S, COURT STAFF) (Filed on 9/16/2016) (Entered: 09/16/2016)** |
| 09/16/2016 | 🔒 522 | Administrative Motion to File Under Seal *Documents in Connection with Arista's Motions in Limine Nos. 1-5* filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of Andrea Nill Sanchez, # 2 Proposed Order, # 3 Redacted Version of MIL 1, # 4 Unredacted Version of MIL 1, # 5 Redacted Version of MIL 5, # 6 Unredacted Version of MIL 5, # 7 Public Version of Exhibit A to Wong Declaration, # 8 Sealed Version of Exhibit A to Wong Declaration, # 9 Public Version of Exhibit C to Wong Declaration, # 10 Sealed Version of Exhibit C to Wong Declaration, # 11 Redacted Version of Exhibit D to Wong Declaration, # 12 Unredacted Version of Exhibit D to Wong Declaration, # 13 Public Version of Exhibit V to Wong Declaration, # 14 Sealed Version of Exhibit V to Wong Declaration, # 15 Public Version of Exhibit W to Wong Declaration, # 16 Sealed Version of Exhibit W to Wong Declaration, # 17 Public Version of Exhibit X to Wong Declaration, # 18 Sealed Version of Exhibit X to Wong Declaration, # 19 Public Version of Exhibit Y to Wong Declaration, # 20 Sealed Version of Exhibit Y to Wong Declaration, # 21 Public Version of Exhibit Z to Wong Declaration, # 22 Sealed Version of Exhibit Z to Wong Declaration)(Nill Sanchez, Andrea) (Filed on 9/16/2016) (Entered: 09/16/2016) |
| 09/16/2016 | 523 | Declaration of Ryan Wong *in Support of Defendant Arista Networks, Inc.'s Motions in Limine Nos. 1-5* filed byArista Networks, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibits O-T, # 16 Exhibit U, # 17 Exhibit V, # 18 Exhibit W, # 19 Exhibit X, # 20 Exhibit Y, # 21 Exhibit Z)(Wong, Ryan) (Filed on 9/16/2016) (Entered: 09/16/2016) |
| 09/16/2016 | 524 | MOTION in Limine *No. 1 to Exclude Reference to ITC Investigations* filed by Arista Networks, Inc.. Responses due by 10/7/2016. (Attachments: # 1 Proposed Order)(Van Nest, Robert) (Filed on 9/16/2016) (Entered: 09/16/2016) |
| 09/16/2016 | 525 | MOTION in Limine *No. 2 to Exclude Reference to Non-Asserted Works or Undisclosed Contentions* filed by Arista Networks, Inc.. Responses due by 10/7/2016. (Attachments: # 1 Proposed Order)(Van Nest, Robert) (Filed on 9/16/2016) (Entered: 09/16/2016) |
| 09/16/2016 | 526 | MOTION in Limine *No. 3 to Exclude Giancarlo Declaration and Related Testimony* filed by Arista Networks, Inc.. Responses due by 10/7/2016. (Attachments: # 1 Proposed Order)(Van Nest, Robert) (Filed on 9/16/2016) (Entered: 09/16/2016) |
| 09/16/2016 | 527 | MOTION in Limine *No. 5 to Exclude Evidence and Argument Regarding Documents Labeled as "Confidential" to Cisco* filed by Arista Networks, Inc.. Responses due by 10/7/2016. (Attachments: # 1 Proposed Order)(Van Nest, Robert) (Filed on 9/16/2016) (Entered: 09/16/2016) |
| 09/16/2016 | 528 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 522 Administrative Motion to File Under Seal *Documents in Connection with Arista's Motions in Limine Nos. 1-5* (Van Nest, Robert) (Filed on 9/16/2016) (Entered: 09/16/2016) |
| 09/16/2016 | 529 | TRIAL BRIEF *RE: OPINION OF DR. ALMEROTH ON PARSER SOURCE CODE AS REQUESTED BY THE COURT* by Cisco Systems Inc. (Neukom, John) (Filed on 9/16/2016) (Entered: 09/16/2016) |
| 09/16/2016 | 🔒 530 | Administrative Motion to File Under Seal *Confidential Materials I/S/O Cisco Motions in Limine* filed by Cisco Systems Inc. (Attachments: # 1 Declaration ISO Motion to Seal, # 2 Proposed Order, # 3 Exhibit Redacted Version of Cisco MIL 1, # 4 Exhibit Unredacted Version of Cisco MIL 1, # 5 Exhibit Redacted Version of Cisco MIL 2, # 6 Exhibit Unredacted Version of Cisco MIL 2, # 7 Exhibit Redacted Version of Cisco MIL 3, # 8 Exhibit Unredacted Version of Cisco MIL 3, # 9 Exhibit Redacted Version of Cisco MIL 4, # 10 Exhibit Unredacted Version of Cisco MIL 4, # 11 Exhibit Redacted Version of Cisco MIL 5, # 12 Exhibit Unredacted Version of Cisco MIL 5, # 13 Exhibit Unredacted Version of Cisco MIL Exhibit 2, # 14 Exhibit Unredacted Version of Cisco MIL Exhibit 4, # 15 Exhibit Unredacted Version of Cisco MIL Exhibit 5, # 16 Exhibit Unredacted Version of Cisco MIL Exhibit 7, # 17 Exhibit Unredacted Version of Cisco MIL Exhibit 8, # 18 Exhibit Unredacted Version of Cisco MIL Exhibit 9, # 19 Exhibit Unredacted Version of Cisco MIL Exhibit 10, # 20 Exhibit Unredacted Version of Cisco MIL Exhibit 11 (Part 1), # 21 Exhibit Unredacted Version of Cisco MIL Exhibit 11 (Part 2), # 22 Exhibit Unredacted Version of Cisco MIL Exhibit 11 (Part 3), # 23 Exhibit Unredacted Version of Cisco MIL Exhibit 11 (Part 4), # 24 Exhibit Unredacted Version of Cisco MIL Exhibit 11 (Part 5), # 25 Exhibit Unredacted Version of Cisco MIL Exhibit 11 (Part 6), # 26 Exhibit Unredacted Version of Cisco MIL Exhibit 11 (Part 7A), # 27 Exhibit Unredacted Version of |

**Appx72**

| | | |
|---|---|---|
| | | Cisco MIL Exhibit 11 (Part 7B), # 28 Exhibit Unredacted Version of Cisco MIL Exhibit 11 (Part 8), # 29 Exhibit Unredacted Version of Cisco MIL Exhibit 11 (Part 9A), # 30 Exhibit Unredacted Version of Cisco MIL Exhibit 11 (Part 9B), # 31 Exhibit Unredacted Version of Cisco MIL Exhibit 14)(Neukom, John) (Filed on 9/16/2016) **Please See Document Number 545 for Correction of 530-1.** Modified on 9/22/2016 (srnS, COURT STAFF). (Entered: 09/16/2016) |
| 09/16/2016 | 531 | MOTION in Limine *No. 4 to Preclude Testimony from Late-Disclosed Witnesses* filed by Arista Networks, Inc.. Responses due by 10/7/2016. (Attachments: # 1 Proposed Order)(Van Nest, Robert) (Filed on 9/16/2016) (Entered: 09/16/2016) |
| 09/16/2016 | 532 | MOTION in Limine *No. 1* filed by Cisco Systems Inc. Motion Hearing set for 11/3/2016 09:00 AM in Courtroom 3, 5th Floor, San Jose before Hon. Beth Labson Freeman. Responses due by 10/7/2016. (Attachments: # 1 Proposed Order)(Neukom, John) (Filed on 9/16/2016) (Entered: 09/16/2016) |
| 09/16/2016 | 533 | MOTION in Limine *No. 2* filed by Cisco Systems Inc. Motion Hearing set for 11/3/2016 09:00 AM in Courtroom 3, 5th Floor, San Jose before Hon. Beth Labson Freeman. Responses due by 10/7/2016. (Attachments: # 1 Proposed Order)(Neukom, John) (Filed on 9/16/2016) (Entered: 09/16/2016) |
| 09/16/2016 | 534 | MOTION in Limine *No. 3* filed by Cisco Systems Inc. Motion Hearing set for 11/3/2016 09:00 AM in Courtroom 3, 5th Floor, San Jose before Hon. Beth Labson Freeman. Responses due by 10/7/2016. (Attachments: # 1 Proposed Order)(Neukom, John) (Filed on 9/16/2016) (Entered: 09/16/2016) |
| 09/16/2016 | 535 | MOTION in Limine *No. 4* filed by Cisco Systems Inc. Motion Hearing set for 11/3/2016 09:00 AM in Courtroom 3, 5th Floor, San Jose before Hon. Beth Labson Freeman. Responses due by 10/7/2016. (Attachments: # 1 Proposed Order)(Neukom, John) (Filed on 9/16/2016) (Entered: 09/16/2016) |
| 09/16/2016 | 536 | MOTION in Limine *No. 5* filed by Cisco Systems Inc. Motion Hearing set for 11/3/2016 09:00 AM in Courtroom 3, 5th Floor, San Jose before Hon. Beth Labson Freeman. Responses due by 10/7/2016. (Attachments: # 1 Proposed Order)(Neukom, John) (Filed on 9/16/2016) (Entered: 09/16/2016) |
| 09/16/2016 | 537 | TRIAL BRIEF *Arista's Supplemental Brief Regarding Disgorgement of Profits* by Arista Networks, Inc.. (Van Nest, Robert) (Filed on 9/16/2016) (Entered: 09/16/2016) |
| 09/16/2016 | 538 | TRIAL BRIEF *REGARDING CISCO'S RIGHT TO A JURY DETERMINATION OF DISGORGEMENT OF INFRINGER'S PROFITS* by Cisco Systems Inc. (Neukom, John) (Filed on 9/16/2016) (Entered: 09/16/2016) |
| 09/16/2016 | 539 | Declaration of Sara Jenkins in Support of 532 MOTION in Limine *No. 1*, 533 MOTION in Limine *No. 2*, 535 MOTION in Limine *No. 4*, 534 MOTION in Limine *No. 3*, 536 MOTION in Limine *No. 5* filed byCisco Systems Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14)(Related document(s) 532, 533, 535, 534, 536 ) (Neukom, John) (Filed on 9/16/2016) (Entered: 09/16/2016) |
| 09/17/2016 | 540 | CERTIFICATE OF SERVICE by Cisco Systems Inc re 530 Administrative Motion to File Under Seal *Confidential Materials I/S/O Cisco Motions in Limine* (Jenkins, Sara) (Filed on 9/17/2016) (Entered: 09/17/2016) |
| 09/20/2016 | 541 | RESPONSE TO CISCOS BRIEF RE: OPINION OF DR. ALMEROTH ON PARSER SOURCE CODE re 529 Trial Brief by Arista Networks, Inc.. (Van Nest, Robert) (Filed on 9/20/2016) Modified on 9/21/2016 (bwS, COURT STAFF). (Entered: 09/20/2016) |
| 09/20/2016 | 542 | Declaration of Ryan K. Wong in Support of 530 Administrative Motion to File Under Seal *Confidential Materials I/S/O Cisco Motions in Limine* filed byArista Networks, Inc.. (Related document(s) 530 ) (Wong, Ryan) (Filed on 9/20/2016) (Entered: 09/20/2016) |
| 09/20/2016 | 543 | Declaration of Joshua Glucoft in Support of 530 Administrative Motion to File Under Seal *Confidential Materials I/S/O Cisco Motions in Limine* filed byJuniper Networks, Inc.. (Related document(s) 530 ) (Glucoft, Joshua) (Filed on 9/20/2016) (Entered: 09/20/2016) |
| 09/20/2016 | 544 | Declaration of Sara E. Jenkins in Support of 522 Administrative Motion to File Under Seal *Documents in Connection with Arista's Motions in Limine Nos. 1-5* filed byCisco Systems Inc. (Related document(s) 522 ) (Jenkins, Sara) (Filed on 9/20/2016) Modified on 9/21/2016 (srnS, COURT STAFF). (Entered: 09/20/2016) |

**Appx73**

| 09/21/2016 | 545 | Declaration of Sara E. Jenkins in Support of 530 Administrative Motion to File Under Seal *Confidential Materials I/S/O Cisco Systems in Limine CORRECTION OF DOCKET # [530-1]* filed byCisco Systems Inc. (Related document(s) 530 ) (Jenkins, Sara) (Filed on 9/21/2016) (Entered: 09/21/2016) |
|---|---|---|
| 09/21/2016 | 546 | CERTIFICATE OF SERVICE by Cisco Systems Inc re 530 Administrative Motion to File Under Seal *Confidential Materials I/S/O Cisco Systems in Limine*, 545 Declaration in Support, (Jenkins, Sara) (Filed on 9/21/2016) (Entered: 09/21/2016) |
| 09/26/2016 | 547 | NOTICE by Arista Networks, Inc. re 520 Order on Administrative Motion to File Under Seal *Notice of Public Filing of Exhibits in Support of Summary Judgment Motions [Re ECF 328]* (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9, # 10 Attachment 10, # 11 Attachment 11-1, # 12 Attachment 11-2, # 13 Attachment 11-3, # 14 Attachment 12, # 15 Attachment 13, # 16 Attachment 14)(Ferrall, Brian) (Filed on 9/26/2016) (Entered: 09/26/2016) |
| 09/26/2016 | 548 | NOTICE by Arista Networks, Inc. re 521 Order on Administrative Motion to File Under Seal,,,,,,,,,, *Notice of Public Filing of Exhibits* (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9, # 10 Attachment 10, # 11 Attachment 11, # 12 Attachment 12, # 13 Attachment 13, # 14 Attachment 14, # 15 Attachment 15)(Ferrall, Brian) (Filed on 9/26/2016) (Entered: 09/26/2016) |
| 09/26/2016 | 549 | NOTICE of Public Filing Pursuant to Court Orders by Cisco Systems Inc re 521 Order on Administrative Motion to File Under Seal, 520 Order on Administrative Motion to File Under Seal (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD)(Jenkins, Sara) (Filed on 9/26/2016) Modified on 9/27/2016 (srnS, COURT STAFF). (Entered: 09/26/2016) |
| 09/27/2016 | 550 | NOTICE by Cisco Systems Inc *CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS* (Attachments: # 1 Exhibit 1 (Part 1 of 2), # 2 Exhibit 1 (Part 2 of 2))(Holmes, Andrew) (Filed on 9/27/2016) **See Document Number 552 for Correction.** Modified on 10/6/2016 (srnS, COURT STAFF). (Entered: 09/27/2016) |
| 09/28/2016 | 551 | Proposed Form of Verdict by Cisco Systems Inc *(Cisco's Proposed Verdict Form)*. (Neukom, John) (Filed on 9/28/2016) (Entered: 09/28/2016) |
| 10/04/2016 | 552 | NOTICE by Cisco Systems Inc re 550 Notice (Other) *CORRECTION OF DOCKET # 550 CISCO'S CORRECTED SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS* (Attachments: # 1 Exhibit 1 (Part 1 of 2), # 2 Exhibit 1 (Part 2 of 2))(Holmes, Andrew) (Filed on 10/4/2016) (Entered: 10/04/2016) |
| 10/07/2016 | 🔒 553 | Administrative Motion to File Under Seal *Arista's Oppositions to Cisco's Motions in Limine Nos. 1-5* filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of David J. Rosen, # 2 Proposed Order, # 3 Opp to MIL 1 Public, # 4 Opp to MIL 1 Under Seal, # 5 Opp to MIL 2 Public, # 6 Opp to MIL 2 Under Seal, # 7 Opp to MIL 3 Public, # 8 Opp to MIL 3 Under Seal, # 9 Opp to MIL 4 Public, # 10 Opp to MIL 4 Under Seal, # 11 Opp to MIL 5 Public, # 12 Opp to MIL 5 Under Seal, # 13 Exhibit 4 Public, # 14 Exhibit 4 Under Seal, # 15 Exhibit 8 Public, # 16 Exhibit 8 Under Seal, # 17 Exhibit 9 Public, # 18 Exhibit 9 Under Seal, # 19 Exhibit 10 Public, # 20 Exhibit 10 Under Seal, # 21 Exhibit 11 Public, # 22 Exhibit 11 Under Seal, # 23 Exhibit 12 Public, # 24 Exhibit 12 Under Seal, # 25 Exhibit 19 Public, # 26 Exhibit 19 Under Seal, # 27 Exhibit 22 Public, # 28 Exhibit 22 Under Seal, # 29 Exhibit 23 Public, # 30 Exhibit 23 Under Seal, # 31 Exhibit 27 Public, # 32 Exhibit 27 Under Seal, # 33 Exhibit 31 Public, # 34 Exhibit 31 Under Seal, # 35 Exhibit 34 Public, # 36 Exhibit 34 Under Seal, # 37 Exhibit 35 Public, # 38 Exhibit 35 Under Seal, # 39 Exhibit 36 Public, # 40 Exhibit 36 Under Seal)(Rosen, David) (Filed on 10/7/2016) (Entered: 10/07/2016) |
| 10/07/2016 | 554 | RESPONSE (re 532 MOTION in Limine *No. 1* ) filed byArista Networks, Inc.. (Van Nest, Robert) (Filed on 10/7/2016) (Entered: 10/07/2016) |
| 10/07/2016 | 555 | RESPONSE (re 533 MOTION in Limine *No. 2* ) filed byArista Networks, Inc.. (Van Nest, Robert) (Filed on 10/7/2016) (Entered: 10/07/2016) |

**Appx74**

| 10/07/2016 | 556 | RESPONSE (re 534 MOTION in Limine *No. 3* ) filed byArista Networks, Inc.. (Van Nest, Robert) (Filed on 10/7/2016) (Entered: 10/07/2016) |
| 10/07/2016 | 557 | RESPONSE (re 535 MOTION in Limine *No. 4* ) filed byArista Networks, Inc.. (Van Nest, Robert) (Filed on 10/7/2016) (Entered: 10/07/2016) |
| 10/07/2016 | 558 | RESPONSE (re 536 MOTION in Limine No. 5 filed by Cisco Systems Inc. filed by Arista Networks, Inc.. (Van Nest, Robert) (Filed on 10/7/2016) Modified text to correct linkage on 10/11/2016 (srnS, COURT STAFF). (Entered: 10/07/2016) |
| 10/07/2016 | 559 | Declaration of Ryan Wong in Support of 556 Opposition/Response to Motion, 555 Opposition/Response to Motion, 558 Opposition/Response to Motion, 554 Opposition/Response to Motion, 557 Opposition/Response to Motion filed byArista Networks, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36)(Related document(s) 556 , 555 , 558 , 554 , 557 ) (Wong, Ryan) (Filed on 10/7/2016) (Entered: 10/07/2016) |
| 10/07/2016 | 560 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 553 Administrative Motion to File Under Seal *Arista's Oppositions to Cisco's Motions in Limine Nos. 1-5* (Van Nest, Robert) (Filed on 10/7/2016) (Entered: 10/07/2016) |
| 10/07/2016 | 🔒 561 | Administrative Motion to File Under Seal *Materials Submitted for Cisco's Oppositions to Arista's Motions In Limine Nos. 1-5* filed by Cisco Systems Inc. (Attachments: # 1 Declaration ISO Motion to Seal, # 2 Proposed Order, # 3 Exhibit Redacted Version of Cisco Opp. to Arista MIL 1, # 4 Exhibit Unredacted Version of Cisco Opp. to Arista MIL 1, # 5 Exhibit Redacted Version of Cisco Opp. to Arista MIL 3, # 6 Exhibit Unredacted Version of Cisco Opp. to Arista MIL 3, # 7 Exhibit Redacted Version of Cisco Opp. to Arista MIL 5, # 8 Exhibit Unredacted Version of Cisco Opp. to Arista MIL 5, # 9 Exhibit Unredacted Version of Neukom Ex. 1, # 10 Exhibit Unredacted Version of Neukom Ex. 5, # 11 Exhibit Unredacted Version of Neukom Ex. 17, # 12 Exhibit Unredacted Version of Neukom Ex. 18, # 13 Exhibit Unredacted Version of Neukom Ex. 19, # 14 Exhibit Unredacted Version of Neukom Ex. 20, # 15 Exhibit Unredacted Version of Neukom Ex. 21, # 16 Exhibit Unredacted Version of Neukom Ex. 22, # 17 Exhibit Unredacted Version of Neukom Ex. 23, # 18 Exhibit Unredacted Version of Neukom Ex. 24, # 19 Exhibit Unredacted Version of Neukom Ex. 28, # 20 Exhibit Unredacted Version of Neukom Ex. 30, # 21 Exhibit Unredacted Version of Neukom Ex. 31)(Neukom, John) (Filed on 10/7/2016) **PLEASE SEE DOCUMENT NUMBER 569 FOR CORRECTION TO 561-1.** Modified on 10/11/2016 (srnS, COURT STAFF). (Entered: 10/07/2016) |
| 10/07/2016 | 562 | RESPONSE (re 524 MOTION in Limine *No. 1 to Exclude Reference to ITC Investigations* ) filed byCisco Systems Inc. (Neukom, John) (Filed on 10/7/2016) (Entered: 10/07/2016) |
| 10/07/2016 | 563 | RESPONSE (re 525 MOTION in Limine *No. 2 to Exclude Reference to Non-Asserted Works or Undisclosed Contentions* ) filed byCisco Systems Inc. (Neukom, John) (Filed on 10/7/2016) (Entered: 10/07/2016) |
| 10/07/2016 | 564 | RESPONSE (re 526 MOTION in Limine *No. 3 to Exclude Giancarlo Declaration and Related Testimony* ) filed byCisco Systems Inc. (Neukom, John) (Filed on 10/7/2016) (Entered: 10/07/2016) |
| 10/07/2016 | 565 | RESPONSE (re 531 MOTION in Limine *No. 4 to Preclude Testimony from Late-Disclosed Witnesses* ) filed byCisco Systems Inc. (Neukom, John) (Filed on 10/7/2016) (Entered: 10/07/2016) |
| 10/07/2016 | 566 | RESPONSE (re 527 MOTION in Limine *No. 5 to Exclude Evidence and Argument Regarding Documents Labeled as "Confidential" to Cisco* ) filed byCisco Systems Inc. (Neukom, John) (Filed on 10/7/2016) (Entered: 10/07/2016) |
| 10/07/2016 | 567 | Declaration of John M. Neukom in Support of 565 Opposition/Response to Motion, 562 Opposition/Response to Motion, 564 Opposition/Response to Motion, 566 Opposition/Response to Motion, 563 Opposition/Response to Motion *(In Support of Cisco Oppositions to Arista Motions in Limine Nos. 1-5)* filed byCisco Systems Inc. (Attachments: # 1 Exhibit Exhibit No. 1, # 2 Exhibit Exhibit No. 2, # 3 Exhibit Exhibit No. 3, # 4 Exhibit Exhibit No. 4, # 5 Exhibit Exhibit No. 5, # 6 Exhibit Exhibit No. 6, # 7 Exhibit Exhibit No. 7, # 8 Exhibit Exhibit No. 8, # 9 Exhibit Exhibit No. 9, # |

| | | |
|---|---|---|
| | | **10** Exhibit Exhibit No. 10, # **11** Exhibit Exhibit No. 11, # **12** Exhibit Exhibit No. 12, # **13** Exhibit Exhibit No. 13, # **14** Exhibit Exhibit No. 14, # **15** Exhibit Exhibit No. 15, # **16** Exhibit Exhibit No. 16, # **17** Exhibit Exhibit No. 17, # **18** Exhibit Exhibit No. 18, # **19** Exhibit Exhibit No. 19, # **20** Exhibit Exhibit No. 20, # **21** Exhibit Exhibit No. 21, # **22** Exhibit Exhibit No. 22, # **23** Exhibit Exhibit No. 23, # **24** Exhibit Exhibit No. 24, # **25** Exhibit Exhibit No. 25, # **26** Exhibit Exhibit No. 26, # **27** Exhibit Exhibit No. 27, # **28** Exhibit Exhibit No. 28, # **29** Exhibit Exhibit No. 29, # **30** Exhibit Exhibit No. 30, # **31** Exhibit Exhibit No. 31)(Related document(s) **565** , **562** , **564** , **566** , **563** ) (Neukom, John) (Filed on 10/7/2016) (Entered: 10/07/2016) |
| 10/08/2016 | **568** | CERTIFICATE OF SERVICE by Cisco Systems Inc re **561** Administrative Motion to File Under Seal *Materials Submitted for Cisco's Oppositions to Arista's Motions In Limine Nos. 1-5* (Jenkins, Sara) (Filed on 10/8/2016) (Entered: 10/08/2016) |
| 10/08/2016 | **569** | Declaration of Sara E. Jenkins in Support of **561** Administrative Motion to File Under Seal *Materials Submitted for Cisco's Oppositions to Arista's Motions In Limine Nos. 1-5 CORRECTION OF DOCKET # 561* filed byCisco Systems Inc. (Related document(s) **561** ) (Jenkins, Sara) (Filed on 10/8/2016) (Entered: 10/08/2016) |
| 10/10/2016 | **570** | Declaration of Joshua Glucoft in Support of **553** Administrative Motion to File Under Seal *Arista's Oppositions to Cisco's Motions in Limine Nos. 1-5* filed byJuniper Networks, Inc.. (Related document(s) **553** ) (Glucoft, Joshua) (Filed on 10/10/2016) (Entered: 10/10/2016) |
| 10/10/2016 | **571** | CERTIFICATE OF SERVICE by Arista Networks, Inc. (Wong, Ryan) (Filed on 10/10/2016) (Entered: 10/10/2016) |
| 10/10/2016 | **572** | CERTIFICATE OF SERVICE by Arista Networks, Inc. (Wong, Ryan) (Filed on 10/10/2016) (Entered: 10/10/2016) |
| 10/10/2016 | **573** | CERTIFICATE OF SERVICE by Arista Networks, Inc. (Wong, Ryan) (Filed on 10/10/2016) (Entered: 10/10/2016) |
| 10/11/2016 | **574** | Declaration of Andrea Nill Sanchez in Support of **561** Administrative Motion to File Under Seal *Materials Submitted for Cisco's Oppositions to Arista's Motions In Limine Nos. 1-5* filed byArista Networks, Inc.. (Related document(s) **561** ) (Nill Sanchez, Andrea) (Filed on 10/11/2016) (Entered: 10/11/2016) |
| 10/11/2016 | **575** | Declaration of Sara E. Jenkins in Support of **553** Administrative Motion to File Under Seal *Arista's Oppositions to Cisco's Motions in Limine Nos. 1-5* filed byCisco Systems Inc. (Related document(s) **553** ) (Jenkins, Sara) (Filed on 10/11/2016) (Entered: 10/11/2016) |
| 10/11/2016 | 🔒🔒 **576** | **\*SEALED\* ORDER ON DAUBERT MOTIONS filed UNDERSEAL. Signed by Judge Beth Labson Freeman on 10/11/2016. (tshS, COURT STAFF) (Filed on 10/11/2016) \*\*\*PLEASE SEE DOCKET ENTRY #( 661 ) REDACTED PUBLIC ORDER ON DAUBERT MOTIONS.\*\*\* (Entered: 10/12/2016)** |
| 10/11/2016 | 🔒 | (Court only) \*\*\*Motions terminated: **428** MOTION to Strike */Exclude Testimony of Douglas Clark* filed by Cisco Systems Inc, **427** MOTION to Strike */Exclude Testimony of John Black* filed by Cisco Systems Inc, **423** MOTION to Strike *Testimony of Dr. Judith C. Chevalier (REDACTED VERSION)* filed by Arista Networks, Inc., **440** MOTION to Strike *Expert Opinions and Testimony of Dr. Kevin C. Almeroth [CORRECTED] (PUBLIC REDACTED VERSION)* filed by Arista Networks, Inc., **429** MOTION to Strike */Exclude Testimony of Cate Elsten* filed by Cisco Systems Inc, **430** MOTION to Strike */Exclude Testimony of William Seifert* filed by Cisco Systems Inc. (tshS, COURT STAFF) (Filed on 10/11/2016) (Entered: 10/12/2016) |
| 10/13/2016 | **577** | NOTICE of Appearance by Lance L Yang *for Plaintiff Cisco Systems, Inc.* (Yang, Lance) (Filed on 10/13/2016) (Entered: 10/13/2016) |
| 10/13/2016 | **578** | MOTION for leave to appear in Pro Hac Vice *for Todd Anten* ( Filing fee $ 305, receipt number 0971-10847923.) filed by Cisco Systems Inc. (Anten, Todd) (Filed on 10/13/2016) (Entered: 10/13/2016) |
| 10/13/2016 | **579** | **ORDER GRANTING 578 MOTION FOR PRO HAC VICE. Signed by Judge Beth Labson Freeman on 10/13/2016. (blflc4S, COURT STAFF) (Filed on 10/13/2016) (Entered: 10/13/2016)** |

**Appx76**

| 10/14/2016 | 580 | CLERK'S NOTICE RESETTING TIME OF MOTIONS IN LIMINE HEARINGS as to 525 MOTION in Limine *No. 2 to Exclude Reference to Non-Asserted Works or Undisclosed Contentions*, 535 MOTION in Limine *No. 4*, 533 MOTION in Limine *No. 2*, 524 MOTION in Limine *No. 1 to Exclude Reference to ITC Investigations*, 536 MOTION in Limine *No. 5*, 527 MOTION in Limine *No. 5 to Exclude Evidence and Argument Regarding Documents Labeled as "Confidential" to Cisco*, 526 MOTION in Limine *No. 3 to Exclude Giancarlo Declaration and Related Testimony*, 532 MOTION in Limine *No. 1*, 534 MOTION in Limine *No. 3*, 531 MOTION in Limine *No. 4 to Preclude Testimony from Late-Disclosed Witnesses*. Motion Hearing set for 11/3/2016 01:30 PM before Hon. Beth Labson Freeman. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (tshS, COURT STAFF) (Filed on 10/14/2016) (Entered: 10/14/2016) |
| 10/17/2016 | 581 | TRANSCRIPT ORDER for Future Trial with Daily Transcripts by Arista Networks, Inc.. (Van Nest, Robert) (Filed on 10/17/2016) (Entered: 10/17/2016) |
| 10/18/2016 | 582 | NOTICE of Change In Counsel by Sean Sang-Chul Pak *(withdrawal of Matthew D. Cannon as counsel for Cisco Systems, Inc.)* (Pak, Sean) (Filed on 10/18/2016) (Entered: 10/18/2016) |
| 10/18/2016 | 583 | NOTICE of Change In Counsel by Sean Sang-Chul Pak *(withdrawal of Jason L. Liu as counsel for Cisco Systems, Inc.)* (Pak, Sean) (Filed on 10/18/2016) (Entered: 10/18/2016) |
| 10/18/2016 🔒 | 584 | Administrative Motion to File Under Seal *in Connection with Arista's Response to Cisco's Submission re Protectable Elements* filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of Ryan K. Wong, # 2 Proposed Order, # 3 Redacted Response re Protectable Elements, # 4 Unredacted Response re Protectable Elements, # 5 Public Ex. 1 to Black Declaration, # 6 Under Seal Ex. 1 to Black Declaration, # 7 Public Ex. 7 to Wong Declaration, # 8 Under Seal Ex. 7 to Wong Declaration, # 9 Public Ex. 8 to Wong Declaration, # 10 Under Seal Ex. 8 to Wong Declaration, # 11 Public Ex. 9 to Wong Declaration, # 12 Under Seal Ex. 9 to Wong Declaration, # 13 Public Ex. 11 to Wong Declaration, # 14 Under Seal Ex. 11 to Wong Declaration, # 15 Public Ex. 12 to Wong Declaration, # 16 Under Seal Ex. 12 to Wong Declaration)(Wong, Ryan) (Filed on 10/18/2016) (Entered: 10/18/2016) |
| 10/18/2016 | 585 | RESPONSE to re 552 Notice (Other), *Cisco's Submission re Protectable Elements* by Arista Networks, Inc.. (Van Nest, Robert) (Filed on 10/18/2016) (Entered: 10/18/2016) |
| 10/18/2016 | 586 | Declaration of Ryan Wong in Support of 585 Response ( Non Motion ) *to Cisco's Submission re Protectable Elements* filed byArista Networks, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(Related document(s) 585 ) (Wong, Ryan) (Filed on 10/18/2016) (Entered: 10/18/2016) |
| 10/18/2016 | 587 | Declaration of John R. Black in Support of 585 Response ( Non Motion ) *to Cisco's Submission re Protectable Elements* filed byArista Networks, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Related document(s) 585 ) (Wong, Ryan) (Filed on 10/18/2016) (Entered: 10/18/2016) |
| 10/18/2016 | 588 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 584 Administrative Motion to File Under Seal *in Connection with Arista's Response to Cisco's Submission re Protectable Elements* (Wong, Ryan) (Filed on 10/18/2016) (Entered: 10/18/2016) |
| 10/18/2016 | 589 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 584 Administrative Motion to File Under Seal *in Connection with Arista's Response to Cisco's Submission re Protectable Elements* (Van Nest, Robert) (Filed on 10/18/2016) (Entered: 10/18/2016) |
| 10/18/2016 | 590 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 584 Administrative Motion to File Under Seal *in Connection with Arista's Response to Cisco's Submission re Protectable Elements* (Van Nest, Robert) (Filed on 10/18/2016) (Entered: 10/18/2016) |
| 10/18/2016 | 591 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 584 Administrative Motion to File Under Seal *in Connection with Arista's Response to Cisco's Submission re Protectable Elements* (Van Nest, Robert) (Filed on 10/18/2016) (Entered: 10/18/2016) |
| 10/19/2016 | 592 | Administrative Motion to File Under Seal */Redact re: Court's Daubert Order* filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of Eduardo E. Santacana, # 2 Proposed Order)(Ferrall, Brian) (Filed on 10/19/2016) (Entered: 10/19/2016) |

**Appx77**

| 10/19/2016 | 593 | JOINT PRETRIAL STATEMENT AND (PROPOSED) ORDER by Cisco Systems Inc (Attachments: # 1 Appendix- A), # 2 Appendix - B), # 3 Appendix-C), # 4 Appendix-D), # 5 Appendix- E), # 6 Appendix-F), # 7 Appendix-G))(Neukom, John) (Filed on 10/19/2016) Modified on 10/20/2016 (bwS, COURT STAFF). (Entered: 10/20/2016) |
| 10/21/2016 | 594 | Proposed Form of Verdict by Arista Networks, Inc. . (Ferrall, Brian) (Filed on 10/21/2016) (Entered: 10/21/2016) |
| 10/21/2016 | 595 | Proposed Form of Verdict by Arista Networks, Inc. -*Cisco's Proposed Verdict Form*. (Ferrall, Brian) (Filed on 10/21/2016) (Entered: 10/21/2016) |
| 10/21/2016 | 596 | Proposed Voir Dire by Arista Networks, Inc. -*Parties' Joint Proposed Juror Questionnaire*. (Ferrall, Brian) (Filed on 10/21/2016) (Entered: 10/21/2016) |
| 10/21/2016 | 597 | Proposed Jury Instructions by Arista Networks, Inc. -*Parties' Undisputed and Disputed Jury Instructions*. (Ferrall, Brian) (Filed on 10/21/2016) (Entered: 10/21/2016) |
| 10/21/2016 | 598 | Statement re 597 Proposed Jury Instructions *Arista's Statement Concerning Jury Instruction Arguments* by Arista Networks, Inc.. (Ferrall, Brian) (Filed on 10/21/2016) (Entered: 10/22/2016) |
| 10/22/2016 | 599 | Statement re 597 Proposed Jury Instructions *Cisco's Statement Concerning Jury Instruction Arguments* by Cisco Systems Inc (Neukom, John) (Filed on 10/22/2016) (Entered: 10/22/2016) |
| 10/24/2016 | 600 | Declaration of Joshua Glucoft in Support of 584 Administrative Motion to File Under Seal *in Connection with Arista's Response to Cisco's Submission re Protectable Elements* filed byJuniper Networks, Inc.. (Related document(s) 584 ) (Glucoft, Joshua) (Filed on 10/24/2016) (Entered: 10/24/2016) |
| 10/24/2016 | 601 | Declaration of Sara E. Jenkins in Support of 584 Administrative Motion to File Under Seal *in Connection with Arista's Response to Cisco's Submission re Protectable Elements* filed byCisco Systems Inc. (Related document(s) 584 ) (Jenkins, Sara) (Filed on 10/24/2016) (Entered: 10/24/2016) |
| 10/25/2016 | 602 | **ORDER GRANTING IN PART AND DENYING IN PART 522 , 530 , 553 , 561 MOTIONS TO SEAL. Signed by Judge Beth Labson Freeman on 10/25/2016. (blflc4S, COURT STAFF) (Filed on 10/25/2016) (Entered: 10/25/2016)** |
| 10/26/2016 | 603 | Proposed Jury Instructions by Arista Networks, Inc. --*Parties' First Amended Stipulated and Disputed Proposed Jury Instructions*. (Ferrall, Brian) (Filed on 10/26/2016) (Entered: 10/26/2016) |
| 10/27/2016 | 604 | **ORDER RE 584 , 592 SEALING MOTIONS. Signed by Judge Beth Labson Freeman on 10/27/2016. (blflc4S, COURT STAFF) (Filed on 10/27/2016) (Entered: 10/27/2016)** |
| 10/31/2016 | 605 | NOTICE by Arista Networks, Inc. re 585 Response ( Non Motion ) *Joint Submission re Analytic Dissection Categories Suitable for Decision Without Evidentiary Hearing* (Ferrall, Brian) (Filed on 10/31/2016) (Entered: 10/31/2016) |
| 11/01/2016 | 606 | NOTICE by Arista Networks, Inc. re 602 Order on Administrative Motion to File Under Seal,,, *Notice of Public Filing of Exhibits in Response to Court's Order re Motions to Seal (ECF 522, 530, 553, 561)* (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9, # 10 Attachment 10, # 11 Attachment 11, # 12 Attachment 12, # 13 Attachment 13, # 14 Attachment 14, # 15 Attachment 15, # 16 Attachment 16)(Ferrall, Brian) (Filed on 11/1/2016) (Entered: 11/01/2016) |
| 11/01/2016 | 607 | NOTICE by Arista Networks, Inc. re 604 Order on Administrative Motion to File Under Seal, *Notice of Public Filing of Exhibits in Response to Court's Order re Sealing Motions (ECF 584 and 592)* (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7)(Ferrall, Brian) (Filed on 11/1/2016) (Entered: 11/01/2016) |
| 11/03/2016 | 610 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Pretrial Conference held on 11/3/2016.Total Time in Court: 2:02. Court Reporter Name: Lee-Anne Shortridge. Plaintiff Attorney: Sean Pak, David Nelson. Defendant Attorney: Brian Ferrall, Robert Van Nest, David Silbert, Elizabeth McCloskey, Ryan Wong, Eduardo Santacana, David Rosen. This is a text only Minute Entry (tshS, COURT STAFF) (Date Filed: 11/3/2016) (Entered: 11/04/2016)** |

**Appx78**

| | | |
|---|---|---|
| 11/04/2016 | [608] | TRANSCRIPT ORDER for proceedings held on 11/04/2016 before Hon. Beth Labson Freeman by Arista Networks, Inc., for Court Reporter Lee-Anne Shortridge. (Van Nest, Robert) (Filed on 11/4/2016) (Entered: 11/04/2016) |
| 11/04/2016 | [609] | TRANSCRIPT ORDER for proceedings held on 11/03/2016 before Hon. Beth Labson Freeman by Cisco Systems Inc, for Court Reporter Lee-Anne Shortridge. (Pak, Sean) (Filed on 11/4/2016) (Entered: 11/04/2016) |
| 11/04/2016 | [611] | NOTICE by Cisco Systems Inc re [602] Order on Administrative Motion to File Under Seal,,, *Notice of Public Filing* (Attachments: # [1] Exhibit A, # [2] Exhibit B, # [3] Exhibit C, # [4] Exhibit D, # [5] Exhibit E, # [6] Exhibit F, # [7] Exhibit G, # [8] Exhibit H, # [9] Exhibit I, # [10] Exhibit J, # [11] Exhibit K, # [12] Exhibit L, # [13] Exhibit M)(Jenkins, Sara) (Filed on 11/4/2016) (Entered: 11/04/2016) |
| 11/08/2016 | 🔒 [612] | Administrative Motion to File Under Seal *Documents in Connection with Arista's Opening Brief on Analytic Dissection* filed by Arista Networks, Inc.. (Attachments: # [1] Declaration of Ryan Wong, # [2] Proposed Order, # [3] Exhibit 9, # [4] Exhibit 9 Under Seal, # [5] Exhibit 10, # [6] Exhibit 10 Under Seal, # [7] Exhibit 11, # [8] Exhibit 11 Under Seal, # [9] Exhibit 13, # [10] Exhibit 13 Under Seal, # [11] Exhibit 14, # [12] Exhibit 14 Under Seal, # [13] Exhibit 15, # [14] Exhibit 15 Under Seal, # [15] Exhibit 16, # [16] Exhibit 16 Under Seal, # [17] Exhibit 17, # [18] Exhibit 17 Under Seal, # [19] Exhibit 18, # [20] Exhibit 18 Under Seal, # [21] Exhibit 20, # [22] Exhibit 20 Under Seal, # [23] Exhibit 22, # [24] Exhibit 22 Under Seal, # [25] Exhibit 30, # [26] Exhibit 30 Under Seal, # [27] Exhibit 32, # [28] Exhibit 32 Under Seal, # [29] Exhibit 33, # [30] Exhibit 33 Under Seal, # [31] Exhibit 36, # [32] Exhibit 36 Under Seal, # [33] Exhibit 38, # [34] Exhibit 38 Under Seal, # [35] Exhibit 39, # [36] Exhibit 39 Under Seal, # [37] Exhibit 42, # [38] Exhibit 42 Under Seal, # [39] Exhibit 44, # [40] Exhibit 44 Under Seal, # [41] Exhibit 45, # [42] Exhibit 45 Under Seal)(Ferrall, Brian) (Filed on 11/8/2016) (Entered: 11/08/2016) |
| 11/08/2016 | [613] | Declaration of Ryan Wong *in Support of Arista's Opening Brief re Analytic Dissection* filed by Arista Networks, Inc.. (Attachments: # [1] Exhibit 1, # [2] Exhibit 2, # [3] Exhibit 3, # [4] Exhibit 4, # [5] Exhibit 5, # [6] Exhibit 6, # [7] Exhibit 7, # [8] Exhibit 8, # [9] Exhibit 9, # [10] Exhibit 10, # [11] Exhibit 11, # [12] Exhibit 12, # [13] Exhibit 13, # [14] Exhibit 14, # [15] Exhibit 15, # [16] Exhibit 16, # [17] Exhibit 17, # [18] Exhibit 18, # [19] Exhibit 19, # [20] Exhibit 20)(Ferrall, Brian) (Filed on 11/8/2016) (Entered: 11/08/2016) |
| 11/08/2016 | [614] | EXHIBITS re [613] Declaration in Support,, *Wong Exhibits 21 through 40* filed by Arista Networks, Inc.. (Attachments: # [1] Exhibit 21, # [2] Exhibit 22, # [3] Exhibit 23, # [4] Exhibit 24, # [5] Exhibit 25, # [6] Exhibit 26, # [7] Exhibit 27, # [8] Exhibit 28, # [9] Exhibit 29, # [10] Exhibit 30, # [11] Exhibit 31, # [12] Exhibit 32, # [13] Exhibit 33, # [14] Exhibit 34, # [15] Exhibit 35, # [16] Exhibit 36, # [17] Exhibit 37, # [18] Exhibit 38, # [19] Exhibit 39, # [20] Exhibit 40)(Related document(s) [613] ) (Ferrall, Brian) (Filed on 11/8/2016) (Entered: 11/08/2016) |
| 11/08/2016 | [615] | EXHIBITS re [613] Declaration in Support,, *Wong Exhibits 41 through 67* filed by Arista Networks, Inc.. (Attachments: # [1] Exhibit 41, # [2] Exhibit 42,*** **EXHIBIT 42 REMOVED PURSUANT TO ORDER [657]** *** # [3] Exhibit 43, # [4] Exhibit 44, # [5] Exhibit 45, # [6] Exhibit 46, # [7] Exhibit 47, # [8] Exhibit 48, # [9] Exhibit 49, # [10] Exhibit 50, # [11] Exhibit 51, # [12] Exhibit 52, # [13] Exhibit 53, # [14] Exhibit 54, # [15] Exhibit 55, # [16] Exhibit 56, # [17] Exhibit 57, # [18] Exhibit 58, # [19] Exhibit 59, # [20] Exhibit 60, # [21] Exhibit 61, # [22] Exhibit 62, # [23] Exhibit 63, # [24] Exhibit 64, # [25] Exhibit 65, # [26] Exhibit 66, # [27] Exhibit 67)(Related document(s) [613] ) (Ferrall, Brian) (Filed on 11/8/2016) Modified on 11/15/2016 (fff, COURT STAFF). (Attachment 2 replaced on 11/16/2016) (sp, COURT STAFF). Modified on 11/16/2016 (sp, COURT STAFF). Modified on 11/16/2016 (sp, COURT STAFF). (Entered: 11/08/2016) |
| 11/08/2016 | 🔒 [616] | Administrative Motion to File Under Seal filed by Cisco Systems Inc. (Attachments: # [1] Declaration of Sara Jenkins, # [2] Proposed Order, # [3] Redacted Version of Exhibit A to Almeroth Declaration, # [4] Unredacted Version of Exhibit A to Almeroth Declaration, # [5] Redacted Version of Exhibit C to Almeroth Declaration, # [6] Unredacted Version of Exhibit C to Almeroth Declaration, # [7] Redacted Version of Exhibit F to Almeroth Declaration, # [8] Unredacted Version of Exhibit F to Almeroth Declaration, # [9] Unredacted Version of Exhibit G to Almeroth Declaration, # [10] Redacted Version of Exhibit H to Almeroth Declaration, # [11] Unredacted Version of Exhibit H to Almeroth Declaration, # [12] Redacted Version of Exhibit 1 to Holmes Declaration, # [13] Unredacted Version of Exhibit 1 to Holmes Declaration, # [14] Redacted Version of Exhibit 2 to Holmes Declaration, # [15] Unredacted Version of Exhibit 2 to Holmes Declaration, # [16] Redacted Version of Exhibit 4 to Holmes Declaration, # [17] Unredacted Version of Exhibit 4 to Holmes Declaration, # [18] Unredacted Version of Exhibit 11 to Holmes Declaration, # [19] Unredacted Version of Exhibit 13 to Holmes Declaration, # [20] Unredacted |

| | | | |
|---|---|---|---|
| | | | Version of Exhibit 16 to Holmes Declaration, # 21 Unredacted Version of Exhibit 17 to Holmes Declaration, # 22 Redacted Version of CISCO'S TRIAL BRIEF RE: ANALYTIC DISSECTION AND FILTRATION, # 23 Unredacted Version of CISCO'S TRIAL BRIEF RE: ANALYTIC DISSECTION AND FILTRATION)(Neukom, John) (Filed on 11/8/2016) (Entered: 11/08/2016) |
| 11/08/2016 | 🔒 | 617 | Administrative Motion to File Under Seal *Arista's Opening Brief re Analytic Dissection* filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of Ryan Wong, # 2 Proposed Order, # 3 Public Version of Arista Opening Brief re Analytic Dissection, # 4 Under Seal Version of Arista Opening Brief re Analytic Dissection)(Ferrall, Brian) (Filed on 11/8/2016) (Entered: 11/08/2016) |
| 11/08/2016 | | 618 | TRIAL BRIEF *Arista's Opening Brief re Analytic Dissection* by Arista Networks, Inc.. (Ferrall, Brian) (Filed on 11/8/2016) (Entered: 11/08/2016) |
| 11/08/2016 | | 619 | TRIAL BRIEF *CISCO'S TRIAL BRIEF RE: ANALYTIC DISSECTION AND FILTRATION* by Cisco Systems Inc. (Attachments: # 1 Declaration of Andrew M. Holmes, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17)(Neukom, John) (Filed on 11/8/2016) (Entered: 11/08/2016) |
| 11/08/2016 | | 620 | Declaration of Dr. Kevin Almeroth in Support of 619 Trial Brief,, *CISCO'S TRIAL BRIEF RE: ANALYTIC DISSECTION AND FILTRATION* filed byCisco Systems Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B (Part 1), # 3 Exhibit B (Part 2), # 4 Exhibit B (Part 3), # 5 Exhibit B (Part 4), # 6 Exhibit B (Part 5), # 7 Exhibit C, # 8 Exhibit D, # 9 Exhibit E, # 10 Exhibit F, # 11 Exhibit G, # 12 Exhibit H)(Related document(s) 619 ) (Neukom, John) (Filed on 11/8/2016) (Entered: 11/08/2016) |
| 11/08/2016 | 🔒🔒 | 626 | *SEALED* **SEALED** ORDER ON MOTIONS IN LIMINE filed UNDERSEAL. Signed by Judge Beth Labson Freeman on 11/08/2016. (tshS, COURT STAFF) (Filed on 11/8/2016) Modified on 11/10/2016 (srnS, COURT STAFF). (Entered: 11/09/2016) |
| 11/09/2016 | | 621 | CERTIFICATE OF SERVICE by Cisco Systems Inc re 616 Administrative Motion to File Under Seal (Jenkins, Sara) (Filed on 11/9/2016) (Entered: 11/09/2016) |
| 11/09/2016 | | 622 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 612 Administrative Motion to File Under Seal *Documents in Connection with Arista's Opening Brief on Analytic Dissection*, 617 Administrative Motion to File Under Seal *Arista's Opening Brief re Analytic Dissection re Juniper Networks, Inc.* (Ferrall, Brian) (Filed on 11/9/2016) (Entered: 11/09/2016) |
| 11/09/2016 | | 623 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 612 Administrative Motion to File Under Seal *Documents in Connection with Arista's Opening Brief on Analytic Dissection*, 617 Administrative Motion to File Under Seal *Arista's Opening Brief re Analytic Dissection re Dell Inc.* (Ferrall, Brian) (Filed on 11/9/2016) (Entered: 11/09/2016) |
| 11/09/2016 | | 624 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 617 Administrative Motion to File Under Seal *Arista's Opening Brief re Analytic Dissection* (Ferrall, Brian) (Filed on 11/9/2016) (Entered: 11/09/2016) |
| 11/09/2016 | | 625 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 612 Administrative Motion to File Under Seal *Documents in Connection with Arista's Opening Brief on Analytic Dissection* (Ferrall, Brian) (Filed on 11/9/2016) (Entered: 11/09/2016) |
| 11/09/2016 | | 627 | INDEX A to 613 Declaration in Support, filed by Arista Networks, Inc.. (Attachments: # 1 Index A to Wong Declaration ISO Arista's Opening Brief Re Analytic Dissection)(Related document(s) 613 ) (Ferrall, Brian) (Filed on 11/9/2016) Modified on 11/10/2016 (srnS, COURT STAFF). (Entered: 11/09/2016) |
| 11/10/2016 | | 628 | TRANSCRIPT ORDER for Future Trial with Daily Transcripts by Cisco Systems Inc. (Pak, Sean) (Filed on 11/10/2016) (Entered: 11/10/2016) |
| 11/10/2016 | | 629 | Declaration of Joshua Glucoft in Support of 612 Administrative Motion to File Under Seal *Documents in Connection with Arista's Opening Brief on Analytic Dissection* filed byJuniper Networks, Inc.. (Related document(s) 612 ) (Glucoft, Joshua) (Filed on 11/10/2016) (Entered: 11/10/2016) |
| 11/10/2016 | 🔓 | 630 | Transcript of Proceedings held on 11-3-16, before Judge Beth Labson Freeman. Court Reporter/Transcriber Lee-Anne Shortridge, telephone number 408-287-4580 email: lee-anne_shortridge@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this |

| | | | |
|---|---|---|---|
| | | | transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 608 Transcript Order ) Release of Transcript Restriction set for 2/8/2017. (Related documents(s) 608 ) (las, ) (Filed on 11/10/2016) (Entered: 11/10/2016) |
| 11/10/2016 | 🔒 | | (Court only) TRANSCRIPT COPY DELIVERED re 609 Transcript Order (Related documents(s) 609 ) (las, ) (Filed on 11/10/2016) (Entered: 11/10/2016) |
| 11/10/2016 | 🔒 | 631 | Administrative Motion to File Under Seal *CISCO TRIAL BRIEF RE: COPYRIGHTED WORK* filed by Cisco Systems Inc. (Attachments: # 1 Declaration, # 2 Proposed Order, # 3 Exhibit REDACTED VERSION OF CISCOS TRIAL BRIEF RE: COPYRIGHTED WORK, # 4 Exhibit UNREDACTED VERSION OF CISCOS TRIAL BRIEF RE: COPYRIGHTED WORK)(Neukom, John) (Filed on 11/10/2016) (Entered: 11/10/2016) |
| 11/10/2016 | 🔒 | 632 | Administrative Motion to File Under Seal *Documents in Connection with Arista's Brief Defining Cisco's Copyrighted Works* filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of Audrey Hadlock, # 2 Proposed Order, # 3 Exhibit 1 Under Seal Version)(Ferrall, Brian) (Filed on 11/10/2016) (Entered: 11/10/2016) |
| 11/10/2016 | | 633 | TRIAL BRIEF *RE: COPYRIGHTED WORK* by Cisco Systems Inc. (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Exhibit)(Neukom, John) (Filed on 11/10/2016) (Entered: 11/10/2016) |
| 11/10/2016 | | 634 | TRIAL BRIEF *RE: CISCO'S RIGHT TO A JURY DETERMINATION OF WILLFUL COPYRIGHT INFRINGEMENT* by Cisco Systems Inc. (Neukom, John) (Filed on 11/10/2016) (Entered: 11/10/2016) |
| 11/10/2016 | | 635 | TRIAL BRIEF *Arista's Brief re Defining Cisco's Copyrighted Works* by Arista Networks, Inc.. (Attachments: # 1 Declaration of Audrey Hadlock, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Ferrall, Brian) (Filed on 11/10/2016) (Entered: 11/10/2016) |
| 11/10/2016 | | 636 | TRIAL BRIEF *Arista's Supplemental Brief Re Copyright Willfulness* by Arista Networks, Inc.. (Van Nest, Robert) (Filed on 11/10/2016) (Entered: 11/10/2016) |
| 11/10/2016 | | 637 | CERTIFICATE OF SERVICE by Cisco Systems Inc re 631 Administrative Motion to File Under Seal *CISCO TRIAL BRIEF RE: COPYRIGHTED WORK* (Jenkins, Sara) (Filed on 11/10/2016) (Entered: 11/10/2016) |
| 11/11/2016 | | 638 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 632 Administrative Motion to File Under Seal *Documents in Connection with Arista's Brief Definining Cisco's Copyrighted Works* (Ferrall, Brian) (Filed on 11/11/2016) (Entered: 11/11/2016) |
| 11/11/2016 | | 639 | TRIAL BRIEF by Arista Networks, Inc.. (Van Nest, Robert) (Filed on 11/11/2016) (Entered: 11/11/2016) |
| 11/11/2016 | | 640 | STIPULATION WITH PROPOSED ORDER *RE: COURTROOM EQUIPMENT FOR TRIAL* filed by Cisco Systems Inc. (Neukom, John) (Filed on 11/11/2016) (Entered: 11/11/2016) |
| 11/11/2016 | 🔒 | 641 | Administrative Motion to File Under Seal *Portions of Cisco's Trial Brief* filed by Cisco Systems Inc. (Attachments: # 1 Declaration, # 2 Proposed Order, # 3 Exhibit Redacted Version of Cisco's Trial Brief, # 4 Exhibit Unredacted Version of Cisco's Trial Brief)(Neukom, John) (Filed on 11/11/2016) (Entered: 11/11/2016) |
| 11/11/2016 | | 642 | TRIAL BRIEF by Cisco Systems Inc. (Neukom, John) (Filed on 11/11/2016) (Entered: 11/11/2016) |
| 11/11/2016 | | 643 | CERTIFICATE OF SERVICE by Cisco Systems Inc re 641 Administrative Motion to File Under Seal *Portions of Cisco's Trial Brief* (Jenkins, Sara) (Filed on 11/11/2016) (Entered: 11/11/2016) |
| 11/14/2016 | | 644 | Declaration of Roderick M. Thompson in Support of 612 Administrative Motion to File Under Seal *Documents in Connection with Arista's Opening Brief on Analytic Dissection* filed byDell Inc.. (Related document(s) 612 ) (Thompson, Roderick) (Filed on 11/14/2016) (Entered: 11/14/2016) |
| 11/14/2016 | | 645 | Declaration of Ryan K. Wong in Support of 616 Administrative Motion to File Under Seal *Confidential Information In Cisco's Trial Brief Re: Analytic Dissection And Filtration* filed byArista Networks, Inc.. (Related document(s) 616 ) (Wong, Ryan) (Filed on 11/14/2016) (Entered: 11/14/2016) |

**Appx81**

| 11/14/2016 | 646 | **ORDER GRANTING 640 STIPULATION RE COURTROOM EQUIPMENT. Signed by Judge Beth Labson Freeman on 11/14/2016. (blflc4, COURT STAFF) (Filed on 11/14/2016) (Entered: 11/14/2016)** |
|---|---|---|
| 11/14/2016 | 647 | Proposed Voir Dire by Arista Networks, Inc. *Parties' Amended Joint Proposed Juror Questionnaire*. (Ferrall, Brian) (Filed on 11/14/2016) (Entered: 11/14/2016) |
| 11/14/2016 | 648 | Declaration of Sara E. Jenkins in Support of 612 Administrative Motion to File Under Seal *Documents in Connection with Arista's Opening Brief on Analytic Dissection* filed byCisco Systems Inc. (Related document(s) 612 ) (Jenkins, Sara) (Filed on 11/14/2016) (Entered: 11/14/2016) |
| 11/14/2016 | 649 | Declaration of David J. Rosen in Support of 631 Administrative Motion to File Under Seal *CISCO TRIAL BRIEF RE: COPYRIGHTED WORK* filed byArista Networks, Inc.. (Related document(s) 631 ) (Rosen, David) (Filed on 11/14/2016) (Entered: 11/14/2016) |
| 11/14/2016 | 650 | Proposed Jury Instructions by Arista Networks, Inc. *Parties Undisputed Statement of the Case; Jury Instruction No. 2*. (Ferrall, Brian) (Filed on 11/14/2016) (Entered: 11/14/2016) |
| 11/14/2016 | 651 | TRIAL BRIEF *Arista's Reply Brief re Analytic Dissection* by Arista Networks, Inc.. (Attachments: # 1 Declaration of Audrey Hadlock, # 2 Exhibit A, # 3 Exhibit B)(Ferrall, Brian) (Filed on 11/14/2016) (Entered: 11/14/2016) |
| 11/14/2016 | 🔒 652 | Administrative Motion to File Under Seal filed by Cisco Systems Inc. (Attachments: # 1 Declaration of Sara E. Jenkins in Support of Cisco's Administrative Motion to Seal, # 2 Proposed Order Granting Cisco's Administrative Motion to Seal, # 3 Redacted Version of Cisco's Response to Arista's Brief Re Analytic Dissection, # 4 Unredacted Version of Cisco's Response to Arista's Brief on Analytic Dissection, # 5 Unredacted Version of Exhibit 1, # 6 Unredacted Version of Exhibit 2)(Neukom, John) (Filed on 11/14/2016) (Entered: 11/14/2016) |
| 11/14/2016 | 653 | TRIAL BRIEF *Cisco's Response to Arista's Brief re Analytic Dissection* by Cisco Systems Inc. (Attachments: # 1 Declaration of John M. Neukom in Support of Cisco's Response to Arista's Brief re Analytic Dissection, # 2 Exhibit 1 to the Declaration of John M. Neukom, # 3 Exhibit 2 to the Declaration of John M. Neukom)(Neukom, John) (Filed on 11/14/2016) (Entered: 11/14/2016) |
| 11/14/2016 | 654 | CERTIFICATE OF SERVICE by Cisco Systems Inc re 652 Administrative Motion to File Under Seal (Jenkins, Sara) (Filed on 11/14/2016) (Entered: 11/14/2016) |
| 11/15/2016 | 655 | MOTION to Remove Incorrectly Filed Document *(ECF 615-2)* filed by Arista Networks, Inc.. (Attachments: # 1 Proposed Order)(Ferrall, Brian) (Filed on 11/15/2016) (Entered: 11/15/2016) |
| 11/15/2016 | 656 | EXHIBIT-42 re 613 Declaration in Support,, filed by Arista Networks, Inc.. (Ferrall, Brian) (Filed on 11/15/2016) Modified on 11/15/2016 (bwS, COURT STAFF). (Entered: 11/15/2016) |
| 11/15/2016 | 657 | **ORDER GRANTING 655 MOTION TO REMOVE INCORRECTLY FILED DOCUMENT. Signed by Judge Beth Labson Freeman on 11/15/2016. (blflc4S, COURT STAFF) (Filed on 11/15/2016) (Entered: 11/15/2016)** |
| 11/15/2016 | 658 | STIPULATION WITH PROPOSED ORDER *re Exhibits* filed by Arista Networks, Inc.. (Attachments: # 1 Exhibit A)(Ferrall, Brian) (Filed on 11/15/2016) (Entered: 11/15/2016) |
| 11/16/2016 | 659 | **ORDER GRANTING 658 JOINT STIPULATION REGARDING EXHIBITS. Signed by Judge Beth Labson Freeman on 11/16/2016. (blflc4S, COURT STAFF) (Filed on 11/16/2016) (Entered: 11/16/2016)** |
| 11/16/2016 | 660 | Administrative Motion to File Under Seal *Portions of Court's Order RE Motions In Limine* filed by Arista Networks, Inc.. (Attachments: # 1 Declaration, # 2 Proposed Order)(Ferrall, Brian) (Filed on 11/16/2016) (Entered: 11/16/2016) |
| 11/16/2016 | 661 | **REDACTED ORDER ON DAUBERT MOTIONS. Signed by Judge Beth Labson Freeman on 10/11/2016. (tshS, COURT STAFF) (Filed on 11/16/2016) (Entered: 11/16/2016)** |
| 11/16/2016 | 🔒 662 | Administrative Motion to File Under Seal */Redact Portions of Pretrial Conference Transcript* filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of Eduardo E. Santacana, # 2 Exhibit A to Declaration of of Eduardo E. Santacana, # 3 Exhibit B to Declaration of Eduardo E. Santacana, # 4 Exhibit C to Declaration of of Eduardo E. Santacana, # 5 Proposed Order)(Ferrall, Brian) (Filed on 11/16/2016) (Entered: 11/16/2016) |

**Appx82**

| 11/16/2016 | 663 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 662 Administrative Motion to File Under Seal /Redact Portions of Pretrial Conference Transcript (Ferrall, Brian) (Filed on 11/16/2016) (Entered: 11/16/2016) |
| 11/16/2016 | 664 | JOINT STIPULATION REGARDING CERTAIN TRIAL EVIDENCE; [PROPOSED] ORDER filed by Arista Networks, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ferrall, Brian) (Filed on 11/16/2016) Modified on 11/17/2016 (bwS, COURT STAFF). (Entered: 11/16/2016) |
| 11/16/2016 | 665 | Proposed Jury Instructions by Arista Networks, Inc. *Parties' Second Amended Proposed Jury Instructions*. (Ferrall, Brian) (Filed on 11/16/2016) (Entered: 11/16/2016) |
| 11/16/2016 | 666 | Proposed Form of Verdict by Arista Networks, Inc. *Arista's First Amended Proposed Verdict Form*. (Ferrall, Brian) (Filed on 11/16/2016) (Entered: 11/16/2016) |
| 11/17/2016 | 667 | First MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971-10937983.) filed by Cisco Systems Inc. (Attachments: # 1 Exhibit)(Roberts, Owen) (Filed on 11/17/2016) (Entered: 11/17/2016) |
| 11/17/2016 | 668 | **ORDER GRANTING 664 STIPULATION REGARDING CERTAIN TRIAL EVIDENCE. Signed by Judge Beth Labson Freeman on 11/17/2016. (blflc4, COURT STAFF) (Filed on 11/17/2016) (Entered: 11/17/2016)** |
| 11/17/2016 | 669 | **ORDER GRANTING 667 MOTION FOR PRO HAC VICE. Signed by Judge Beth Labson Freeman on 11/17/2016. (blflc4, COURT STAFF) (Filed on 11/17/2016) (Entered: 11/17/2016)** |
| 11/17/2016 | 670 | Proposed Jury Instructions by Arista Networks, Inc. *Parties' Amended Undisputed Jury Instruction No. 68*. (Ferrall, Brian) (Filed on 11/17/2016) (Entered: 11/17/2016) |
| 11/18/2016 | 671 | **ORDER RE 593 JOINT PRETRIAL STATEMENT. Signed by Judge Beth Labson Freeman on 11/18/2016. (blflc4S, COURT STAFF) (Filed on 11/18/2016) (Entered: 11/18/2016)** |
| 11/18/2016 | 672 | Transcript of Proceedings Vol. 1 held on 11/18/2016, before Judge Beth Labson Freeman. Court Reporter/Transcriber Summer Fisher, telephone number 408-288-6150 summer_fisher@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 2/16/2017. (Fisher, Summer) (Filed on 11/18/2016) (Entered: 11/18/2016) |
| 11/18/2016 | 673 | Declaration of Andrea Nill Sanchez in Support of 652 Administrative Motion to File Under Seal *Confidential Information in Cisco's Response to Arista's Brief re Analytic Dissection* filed byArista Networks, Inc.. (Related document(s) 652 ) (Ferrall, Brian) (Filed on 11/18/2016) (Entered: 11/18/2016) |
| 11/18/2016 | 675 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Jury Selection held on 11/18/2016. Further Jury Selection set for 11/28/2016 at 9:00 AM.Total Time in Court: 3:00. Court Reporter Name: Summer Fisher. Plaintiff Attorney: Sean Pak, David Nelson. Defendant Attorney: Robert Van Nest, Brian Ferrall. This is a text only Minute Entry (tshS, COURT STAFF)(Date Filed: 11/18/2016) (Entered: 11/21/2016)** |
| 11/20/2016 | 674 | Proposed Jury Instructions by Arista Networks, Inc. *Parties' Third Amended Proposed Jury Instructions*. (Ferrall, Brian) (Filed on 11/20/2016) (Entered: 11/20/2016) |
| 11/21/2016 | 676 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Pretrial Conference held on 11/21/2016.Total Time in Court: 5:36. Court Reporter Name: Summer Fisher. Plaintiff Attorney: David Nelson, Sean Pak, Kathleen Sullivan. Defendant Attorney: David Silbert, Brian Ferrell, Robert Van Nest, Michael Kuan. This is a text only Minute Entry (tshS, COURT STAFF) (Date Filed: 11/21/2016) (Entered: 11/21/2016)** |
| 11/21/2016 | 677 | Transcript of Proceedings Trial Vol. 2 held on 11/21/2016, before Judge Beth Labson Freeman. Court Reporter/Transcriber Summer Fisher, telephone number 408-288-6150 summer_fisher@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it |

**Appx83**

| | | |
|---|---|---|
| | | may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 2/21/2017. (Fisher, Summer) (Filed on 11/21/2016) (Entered: 11/21/2016) |
| 11/21/2016 | 678 | Proposed Jury Instructions by Cisco Systems Inc *CISCOS AMENDED PROPOSED PRELIMINARY INSTRUCTION NO. 12*. (Neukom, John) (Filed on 11/21/2016) (Entered: 11/21/2016) |
| 11/23/2016 | 679 | Pretrial Conference Statement by Arista Networks, Inc. *Arista's Supplemental Kavasseri Deposition Designations*. (Van Nest, Robert) (Filed on 11/23/2016) (Entered: 11/23/2016) |
| 11/25/2016 | 680 | TRIAL BRIEF *Arista's Objections to Cisco's 11/28/16 Trial Exhibits and Demonstratives* by Arista Networks, Inc.. (Van Nest, Robert) (Filed on 11/25/2016) (Entered: 11/25/2016) |
| 11/25/2016 | 681 | Exhibit List *Amended Appendix D to the Joint Pretrial Statement and the Proposed Order* by Arista Networks, Inc... (Van Nest, Robert) (Filed on 11/25/2016) (Entered: 11/25/2016) |
| 11/25/2016 | 682 | Exhibit List *Amended Appendix C to the Joint Pretrial Statement and the Proposed Order* by Cisco Systems Inc.. (Neukom, John) (Filed on 11/25/2016) (Entered: 11/25/2016) |
| 11/26/2016 | 683 | Proposed Order *Clarifying Order re Motions in Limine* by Arista Networks, Inc.. (Van Nest, Robert) (Filed on 11/26/2016) (Entered: 11/26/2016) |
| 11/27/2016 | 684 | Proposed Jury Instructions by Arista Networks, Inc. *Parties' Stipulated Preliminary Jury Instructions*. (Ferrall, Brian) (Filed on 11/27/2016) (Entered: 11/27/2016) |
| 11/28/2016 | 685 | **ORDER CLARIFYING ORDER RE MOTIONS IN LIMINE. Signed by Judge Beth Labson Freeman on 11/28/2016. (blflc4S, COURT STAFF) (Filed on 11/28/2016) (Entered: 11/28/2016)** |
| 11/28/2016 | 686 | TRIAL BRIEF *Arista's Objections to Cisco's 11/29/16 Trial Exhibits and Demonstratives* by Arista Networks, Inc.. (Van Nest, Robert) (Filed on 11/28/2016) (Entered: 11/28/2016) |
| 11/28/2016 | 687 | Transcript of Proceedings Trial Vol. 3 held on 11/28/2016, before Judge Beth Labson Freeman. Court Reporter/Transcriber Summer Fisher, telephone number 408-288-6150 summer_fisher@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 2/27/2017. (Fisher, Summer) (Filed on 11/28/2016) (Entered: 11/28/2016) |
| 11/28/2016 | 689 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Jury Selection held on 11/28/2016., Jury Trial began on 11/28/2016. Further Jury Trial set for 11/29/2016 at 8:30 AM.Total Time in Court: 7:12. Court Reporter Name: Summer Fisher. (tshS, COURT STAFF)(Date Filed: 11/28/2016) (Entered: 11/29/2016)** |
| 11/29/2016 | 688 | **OMNIBUS ORDER RE 612 , 616 , 617 , 631 , 632 , 641 , 652 , 660 , 662 PRETRIAL SEALING MOTIONS. Signed by Judge Beth Labson Freeman on 11/29/2016. (blflc4S, COURT STAFF) (Filed on 11/29/2016) Modified on 11/29/2016 (srnS, COURT STAFF). (Entered: 11/29/2016)** |
| 11/29/2016 | 690 | TRIAL BRIEF *Arista's Objections to Cisco's 11/30/16 Trial Exhibits and Demonstratives* by Arista Networks, Inc.. (Van Nest, Robert) (Filed on 11/29/2016) (Entered: 11/29/2016) |
| 11/29/2016 | 691 | Transcript of Proceedings Trial Vol. 4 held on 11/29/2016, before Judge Beth Labson Freeman. Court Reporter/Transcriber Summer Fisher, telephone number 408-288-6150 summer_fisher@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 2/27/2017. (Fisher, Summer) (Filed on 11/29/2016) (Entered: 11/29/2016) |
| 11/29/2016 | 692 | STIPULATION *Stipulated Limiting Instruction Re Charles Giancarlo Testimony* filed by Arista Networks, Inc.. (Van Nest, Robert) (Filed on 11/29/2016) (Entered: 11/29/2016) |
| 11/29/2016 | 693 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Jury Trial held on 11/29/2016. Further Jury Trial set for 11/30/2016 at 8:30 AM.Total Time in Court: 6:43. Court** |

**Appx84**

| | | |
|---|---|---|
| | | Reporter Name: Summer Fisher. (tshS, COURT STAFF)(Date Filed: 11/29/2016) (Entered: 11/30/2016) |
| 11/30/2016 | 694 | OBJECTIONS TO PLAINTIFF CISCOS 12/01/16 TRIAL EXHIBITS AND DEMONSTRATIVES by Arista Networks, Inc.. (Van Nest, Robert) (Filed on 11/30/2016) Text modified on 12/1/2016 conforming to posted document caption (bwS, COURT STAFF). (Entered: 11/30/2016) |
| 11/30/2016 | 695 | Transcript of Proceedings Trial Vol. 5 held on 11/30/2016, before Judge Beth Labson Freeman. Court Reporter/Transcriber Summer Fisher, telephone number 408-288-6150 summer_fisher@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 2/28/2017. (Fisher, Summer) (Filed on 11/30/2016) (Entered: 11/30/2016) |
| 11/30/2016 | 696 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Jury Trial held on 11/30/2016. Further Jury Trial set 12/01/2016 12:30 PMTotal Time in Court: 6:00. Court Reporter Name: Summer Fisher. (tshS, COURT STAFF)(Date Filed: 11/30/2016) (Entered: 12/01/2016)** |
| 12/01/2016 | 697 | TRIAL BRIEF *CISCOS OBJECTIONS TO ARISTAS 12/2/2016 EXHIBITS AND DEMONSTRATIVES* by Cisco Systems Inc. (Neukom, John) (Filed on 12/1/2016) (Entered: 12/01/2016) |
| 12/01/2016 | 698 | TRIAL BRIEF *Arista's Objections to Cisco's 12/2/16 Trial Exhibits and Demonstratives* by Arista Networks, Inc.. (Van Nest, Robert) (Filed on 12/1/2016) (Entered: 12/01/2016) |
| 12/01/2016 | 699 | **SEE REDACTED VERSION - DOCKET 773** ***Transcript of Proceedings Trial Vol. 6 held on 12/01/2016, before Judge Beth Labson Freeman. Court Reporter/Transcriber Summer Fisher, telephone number 408-288-6150 summer_fisher@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 3/1/2017. (Fisher, Summer) (Filed on 12/1/2016) Modified on 3/3/2017 (sp, COURT STAFF). Modified on 3/3/2017 (sp, COURT STAFF). (Entered: 12/01/2016) |
| 12/01/2016 | 701 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Jury Trial held on 12/1/2016. Further Jury Trial set for 12/02/2016 8:30 AM.Total Time in Court: 4:25. Court Reporter Name: Summer Fisher. (tshS, COURT STAFF)(Date Filed: 12/1/2016) (Entered: 12/02/2016)** |
| 12/02/2016 | 700 | TRIAL BRIEF *Arista's Objections to Cisco's 12/05/16 Trial Exhibits and Demonstratives* by Arista Networks, Inc.. (Van Nest, Robert) (Filed on 12/2/2016) (Entered: 12/02/2016) |
| 12/02/2016 | 702 | TRIAL BRIEF *CISCOS OBJECTIONS TO ARISTAS 12/5/2016 TRIAL EXHIBITS AND DEMONSTRATIVES* by Cisco Systems Inc. (Neukom, John) (Filed on 12/2/2016) (Entered: 12/02/2016) |
| 12/02/2016 | 703 | Transcript of Proceedings Trial Vol. 7 held on 12/02/2016, before Judge Beth Labson Freeman. Court Reporter/Transcriber Summer Fisher, telephone number 408-288-6150 summer_fisher@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 3/2/2017. (Fisher, Summer) (Filed on 12/2/2016) (Entered: 12/02/2016) |
| 12/02/2016 | 706 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Jury Trial held on 12/2/2016. Further Jury Trial set for 12/05/2016 08:30 AM.Total Time in Court: 6:52. Court Reporter Name: Summer Fisher. (tshS, COURT STAFF)(Date Filed: 12/2/2016) (Entered: 12/06/2016)** |

Appx85

| 12/05/2016 | 704 | TRIAL BRIEF *CISCOS OBJECTIONS TO ARISTAS 12/6/2016 TRIAL EXHIBITS AND DEMONSTRATIVES* by Cisco Systems Inc. (Neukom, John) (Filed on 12/5/2016) (Entered: 12/05/2016) |
|---|---|---|
| 12/05/2016 | 716 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Jury Trial held on 12/5/2016. Further Jury Trial set for 12/06/2016 9:30 AM.Total Time in Court: 6:52. Court Reporter Name: Summer Fisher. (tshS, COURT STAFF)(Date Filed: 12/5/2016) (Entered: 12/07/2016)** |
| 12/06/2016 | 🔒 705 | **SEE REDACTED VERSION - DOCKET 774** ***Transcript of Proceedings Trial Vol. 8 held on 12/05/2016, before Judge Beth Labson Freeman. Court Reporter/Transcriber Summer Fisher, telephone number 408-288-6150 summer_fisher@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 3/6/2017. (Fisher, Summer) (Filed on 12/6/2016) Modified on 3/3/2017 (sp, COURT STAFF). (Entered: 12/06/2016) |
| 12/06/2016 | 707 | TRIAL BRIEF *Arista's Objections to Cisco's 12/07/2016 Trial Exhibits and Demonstratives* by Arista Networks, Inc.. (Van Nest, Robert) (Filed on 12/6/2016) (Entered: 12/06/2016) |
| 12/06/2016 | 708 | TRIAL BRIEF *CISCOS OBJECTIONS TO ARISTAS 12/7/2016 TRIAL EXHIBITS AND DEMONSTRATIVES* by Cisco Systems Inc. (Neukom, John) (Filed on 12/6/2016) (Entered: 12/06/2016) |
| 12/06/2016 | 709 | Proposed Jury Instructions by Arista Networks, Inc. *Parties Fourth Amended Proposed Jury Instructions*. (Ferrall, Brian) (Filed on 12/6/2016) (Entered: 12/06/2016) |
| 12/06/2016 | 710 | Proposed Jury Instructions by Cisco Systems Inc *CISCOS OBJECTIONS TO ARISTAS SUBMISSION OF JURY INSTRUCTIONS NOS. 33, 56A AND 66*. (Neukom, John) (Filed on 12/6/2016) (Entered: 12/06/2016) |
| 12/06/2016 | 🔒 711 | **SEE REDACTED VERSION - DOCKET 775** ***Transcript of Proceedings Trial Vol. 9 held on 12/06/2016, before Judge Beth Labson Freeman. Court Reporter/Transcriber Summer Fisher, telephone number 408-288-6150 summer_fisher@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 3/6/2017. (Fisher, Summer) (Filed on 12/6/2016) Modified on 3/3/2017 (sp, COURT STAFF). (Entered: 12/06/2016) |
| 12/06/2016 | 712 | Proposed Form of Verdict by Cisco Systems Inc *AMENDED PROPOSED VERDICT FORM*. (Neukom, John) (Filed on 12/6/2016) (Entered: 12/07/2016) |
| 12/06/2016 | 726 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Jury Trial held on 12/6/2016. Further Jury Trial set for 12/07/2016. Total Time in Court: 6:21. Court Reporter Name: Summer Fisher. (tshS, COURT STAFF) (Date Filed: 12/6/2016) (Entered: 12/09/2016)** |
| 12/07/2016 | 713 | Proposed Form of Verdict by Arista Networks, Inc. *Arista's Second Amended Proposed Verdict Form*. (Ferrall, Brian) (Filed on 12/7/2016) (Entered: 12/07/2016) |
| 12/07/2016 | 714 | STIPULATION WITH PROPOSED ORDER *re Willful Copyright Infringement* filed by Arista Networks, Inc.. (Van Nest, Robert) (Filed on 12/7/2016) (Entered: 12/07/2016) |
| 12/07/2016 | 715 | Proposed Jury Instructions by Arista Networks, Inc. *Parties' Disputed Proposed Jury Instructions-- Instruction Nos. 39/41*. (Ferrall, Brian) (Filed on 12/7/2016) (Entered: 12/07/2016) |
| 12/07/2016 | 717 | TRIAL BRIEF *Arista's Brief re Argument and Evidence Re Specific Cisco Products* by Arista Networks, Inc.. (Ferrall, Brian) (Filed on 12/7/2016) (Entered: 12/07/2016) |
| 12/07/2016 | 718 | **ORDER GRANTING 714 STIPULATION REGARDING WILLFUL COPYRIGHT INFRINGEMENT. Signed by Judge Beth Labson Freeman on 12/7/2016. (blflc4, COURT STAFF) (Filed on 12/7/2016) (Entered: 12/07/2016)** |

Appx86

| 12/07/2016 | 🔒 719 | *SEALED* **PRELIMINARY ORDER RE ANALYTIC DISSECTION AND SCOPE OF PROTECTION. Signed by Judge Beth Labson Freeman on 12/7/2016. (blflc4, COURT STAFF) (Filed on 12/7/2016) (Entered: 12/07/2016)** |
|---|---|---|
| 12/07/2016 | 720 | NOTICE of Intent to Request Redaction of Transcript by John M. Neukom *FOR NOVEMBER 30, 2016* (Neukom, John) (Filed on 12/7/2016) (Entered: 12/07/2016) |
| 12/07/2016 | 721 | NOTICE of Intent to Request Redaction of Transcript by John M. Neukom *FOR DECEMBER 1, 2016* (Neukom, John) (Filed on 12/7/2016) (Entered: 12/07/2016) |
| 12/07/2016 | 727 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Jury Trial held on 12/7/2016. Further Jury Instructions Conference set for 12/08/2016.Total Time in Court: 6:24. Court Reporter Name: Summer Fisher. (tshS, COURT STAFF) (Date Filed: 12/7/2016) (Entered: 12/09/2016)** |
| 12/08/2016 | 🔒 722 | **SEE REDACTED VERSION - DOCKET 776** ***Transcript of Proceedings Trial Vol. 10 held on 12/07/2016, before Judge Beth Labson Freeman. Court Reporter/Transcriber Summer Fisher, telephone number 408-288-6150 summer_fisher@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 3/8/2017. (Fisher, Summer) (Filed on 12/8/2016) Modified on 3/3/2017 (sp, COURT STAFF). (Entered: 12/08/2016) |
| 12/08/2016 | 🔓 723 | Transcript of Proceedings Trial Vol. 11 held on 12/08/2016, before Judge Beth Labson Freeman. Court Reporter/Transcriber Summer Fisher, telephone number 408-288-6150 summer_fisher@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 3/8/2017. (Fisher, Summer) (Filed on 12/8/2016) (Entered: 12/08/2016) |
| 12/08/2016 | 724 | TRIAL BRIEF *CISCO OBJECTIONS TO ARISTAS 12/9/2016 TRIAL EXHIBITS AND DEMONSTRATIVES* by Cisco Systems Inc. (Neukom, John) (Filed on 12/8/2016) (Entered: 12/08/2016) |
| 12/08/2016 | 725 | TRIAL BRIEF *Arista's Objections to Cisco's 12-09-16 Trial Exhibits and Demonstratives* by Arista Networks, Inc.. (Van Nest, Robert) (Filed on 12/8/2016) (Entered: 12/08/2016) |
| 12/08/2016 | 728 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: In Chambers Conference held on 12/8/2016. Jury Trial held on 12/8/2016. Further Jury Trial set for 12/09/2016.Total Time in Court: 14 minutes. Court Reporter Name: Summer Fisher. (tshS, COURT STAFF) (Date Filed: 12/8/2016) (Entered: 12/09/2016)** |
| 12/09/2016 | 729 | NOTICE by Arista Networks, Inc. re 688 Order on Administrative Motion to File Under Seal,,,,,,,,, *Notice of Public Filing of Exhibits* (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5)(Ferrall, Brian) (Filed on 12/9/2016) (Entered: 12/09/2016) |
| 12/09/2016 | 🔓 730 | Transcript of Proceedings Trial Vol. 12 held on 12/09/2016, before Judge Beth Labson Freeman. Court Reporter/Transcriber Summer Fisher, telephone number 408-288-6150 summer_fisher@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 3/9/2017. (Fisher, Summer) (Filed on 12/9/2016) (Entered: 12/09/2016) |
| 12/09/2016 | 733 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Jury Trial held on 12/9/2016.Total Time in Court: 5:59. Court Reporter Name: Summer Fisher. (tshS, COURT STAFF)(Date Filed: 12/9/2016) (Entered: 12/12/2016)** |

**Appx87**

| 12/09/2016 | 740 | **FINAL ORDER RE ANALYTIC DISSECTION AND SCOPE OF PROTECTION. Signed by Judge Beth Labson Freeman on 12/09/2016. (tshS, COURT STAFF) (Filed on 12/9/2016) Modified on 5/26/2017 (tshS, COURT STAFF) Document Unsealed. (Entered: 12/13/2016)** |
|---|---|---|
| 12/10/2016 | 731 | Proposed Jury Instructions by Arista Networks, Inc. *Joint Submission of Final Jury Instructions and Verdict Form*. (Attachments: # 1 Final Jury Instructions, # 2 Verdict Form)(Ferrall, Brian) (Filed on 12/10/2016) (Entered: 12/10/2016) |
| 12/12/2016 | 732 | TRIAL BRIEF *IN SUPPORT OF CISCOS RULE 50(a) MOTION FOR JUDGMENT AS A MATTER OF LAW* by Cisco Systems Inc. (Sullivan, Kathleen) (Filed on 12/12/2016) (Entered: 12/12/2016) |
| 12/12/2016 | 🔒 734 | **SEE REDACTED VERSION - DOCKET 777** ***Transcript of Proceedings Trial Vol. 13 held on 12/12/16, before Judge Beth Labson Freeman. Court Reporter/Transcriber Summer Fisher, telephone number 408-288-6150 summer_fisher@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 3/13/2017. (Fisher, Summer) (Filed on 12/12/2016) Modified on 3/3/2017 (sp, COURT STAFF). (Entered: 12/12/2016) |
| 12/12/2016 | 735 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Jury Trial held on 12/12/2016.Total Time in Court: 4:30. Court Reporter Name: Summer Fisher. (tshS, COURT STAFF)(Date Filed: 12/12/2016) (Entered: 12/13/2016)** |
| 12/12/2016 | 736 | Jury Instructions. (tshS, COURT STAFF) (Filed on 12/12/2016) (tshS, COURT STAFF). (Entered: 12/13/2016) |
| 12/12/2016 | 737 | Final Jury Instructions. (tshS, COURT STAFF) (Filed on 12/12/2016) (tshS, COURT STAFF). (Entered: 12/13/2016) |
| 12/13/2016 | 738 | ADMINISTRATIVE MOTION to maintain under seal and redact portions of the pretrial conference re 662 Administrative Motion to File Under Seal */Redact Portions of Pretrial Conference Transcript*, 688 Order on Administrative Motion to File Under Seal,,,,,,,, filed by Arista Networks, Inc.. Responses due by 12/19/2016. (Attachments: # 1 Declaration of Eduardo E. Santacana, # 2 Proposed Order) (Santacana, Eduardo) (Filed on 12/13/2016) (Entered: 12/13/2016) |
| 12/13/2016 | 739 | NOTICE of Change In Counsel by Juanita R. Brooks (Brooks, Juanita) (Filed on 12/13/2016) (Entered: 12/13/2016) |
| 12/13/2016 | 741 | NOTICE of Intent to Request Redaction of Transcript by John M. Neukom *for December 6, 2016* (Neukom, John) (Filed on 12/13/2016) (Entered: 12/13/2016) |
| 12/13/2016 | 742 | NOTICE of Intent to Request Redaction of Transcript by John M. Neukom *for December 7, 2016* (Neukom, John) (Filed on 12/13/2016) (Entered: 12/13/2016) |
| 12/13/2016 | 743 | NOTICE of Intent to Request Redaction of Transcript by John M. Neukom *for December 12, 2016* (Neukom, John) (Filed on 12/13/2016) (Entered: 12/13/2016) |
| 12/13/2016 | 745 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Jury Trial held on 12/13/2016.Off the Record Conference: 30 minutes. Court Reporter Name: Summer Fisher. (tshS, COURT STAFF)(Date Filed: 12/13/2016) (Entered: 12/14/2016)** |
| 12/13/2016 | 🔒 746 | (Court only) Jury Note #1. Response agreed upon by all parties. (tshS, COURT STAFF) (Filed on 12/13/2016) (Entered: 12/14/2016) |
| 12/13/2016 | 🔒 747 | (Court only) Jury Note #2. Response agreed upon by all parties. (tshS, COURT STAFF) (Filed on 12/13/2016) (Entered: 12/14/2016) |
| 12/14/2016 | 🔓 744 | Transcript of Proceedings Trial Vol. 14 held on 12/14/2016, before Judge Beth Labson Freeman. Court Reporter/Transcriber Summer Fisher, telephone number 408-288-6150 summer_fisher@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 581 Transcript Order - Future Trial with Daily |

| | | |
|---|---|---|
| | | Transcripts ) Release of Transcript Restriction set for 3/14/2017. (Related documents(s) 581 ) (Fisher, Summer) (Filed on 12/14/2016) (Entered: 12/14/2016) |
| 12/14/2016 | 🔒 | (Court only) TRANSCRIPT COPY DELIVERED re 628 Transcript Order - Future Trial with Daily Transcripts (Related documents(s) 628 ) (Fisher, Summer) (Filed on 12/14/2016) (Entered: 12/14/2016) |
| 12/14/2016 | 748 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Jury Trial completed on 12/14/2016.Total Time in Court: 19 Minutes. Court Reporter Name: Summer Fisher. (tshS, COURT STAFF)(Date Filed: 12/14/2016) (Entered: 12/14/2016)** |
| 12/14/2016 | 749 | JURY VERDICT. (tshS, COURT STAFF) (Filed on 12/14/2016) (Entered: 12/14/2016) |
| 12/15/2016 | 751 | **ORDER TO PAY ADDITIONAL ATTENDANCE FEE. Signed by Judge Beth Labson Freeman on 12/15/2016. (tshS, COURT STAFF) (Filed on 12/15/2016) (Entered: 12/19/2016)** |
| 12/19/2016 | 750 | **JUDGMENT. Signed by Judge Beth Labson Freeman on 12/19/2016. (Attachments: # 1 Jury Verdict) (blflc4S, COURT STAFF) (Filed on 12/19/2016) (Entered: 12/19/2016)** |
| 12/19/2016 | 🔒 | (Court only) ***Civil Case Terminated. (srnS, COURT STAFF) (Filed on 12/19/2016) (Entered: 12/19/2016) |
| 01/03/2017 | 🔒 752 | Administrative Motion to File Under Seal *Documents Filed in Support of Arista's Bill of Costs* filed by Arista Networks, Inc.. (Attachments: # 1 Declaration of Eduardo E. Santacana, # 2 Proposed Order, # 3 Exhibits A-H-Under Seal)(Ferrall, Brian) (Filed on 1/3/2017) (Entered: 01/03/2017) |
| 01/03/2017 | 753 | BILL OF COSTS by Arista Networks, Inc.. Objections due by 1/17/2017 (Attachments: # 1 Declaration of Elizabeth K. McCloskey, # 2 Exhibit A-H)(Ferrall, Brian) (Filed on 1/3/2017) (Entered: 01/03/2017) |
| 01/03/2017 | 754 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 752 Administrative Motion to File Under Seal *Documents Filed in Support of Arista's Bill of Costs* (Ferrall, Brian) (Filed on 1/3/2017) (Entered: 01/03/2017) |
| 01/09/2017 | 755 | **ORDER GRANTING 752 MOTION TO SEAL EXHIBITS FILED IN SUPPORT OF BILL OF COSTS. Signed by Judge Beth Labson Freeman on 1/9/2017. (blflc4S, COURT STAFF) (Filed on 1/9/2017) (Entered: 01/09/2017)** |
| 01/13/2017 | 🔒 756 | Administrative Motion to File Under Seal *Documents Filed in Support of Arista Networks, Inc.'s Amended Bill of Costs* filed by Arista Networks, Inc.. (Attachments: # 1 Declaration Declaration of Eduardo E. Santacana in Support of Administrative Motion to Seal Documents Filed in Support of Amended Bill of Costs, # 2 Proposed Order Granting Administrative Motion to Seal, # 3 Exhibit Redacted version of Exhibits A-H to Declaration of Elizabeth K. McCloskey in Support of Amended Bill of Costs, # 4 Exhibit Unredacted version of Exhibits A-H to Declaration of Elizabeth K. McCloskey in Support of Amended Bill of Costs)(Ferrall, Brian) (Filed on 1/13/2017) (Entered: 01/13/2017) |
| 01/13/2017 | 757 | BILL OF COSTS *(Amended)* by Arista Networks, Inc.. Objections due by 1/27/2017 (Attachments: # 1 Declaration of Elizabeth K. McCloskey in Support of Arista's Amended Bill of Costs, # 2 Exhibit Exhibits A-H to Declaration of Elizabeth K. McCloskey in Support of Arista's Amended Bill of Costs (Public Version))(Ferrall, Brian) (Filed on 1/13/2017) (Entered: 01/13/2017) |
| 01/13/2017 | 758 | CERTIFICATE OF SERVICE by Arista Networks, Inc. re 756 Administrative Motion to File Under Seal *Documents Filed in Support of Arista Networks, Inc.'s Amended Bill of Costs* (Ferrall, Brian) (Filed on 1/13/2017) (Entered: 01/13/2017) |
| 01/14/2017 | 759 | STIPULATION WITH PROPOSED ORDER re 757 Bill of Costs, 753 Bill of Costs *JOINT STIPULATION REGARDING ARISTA'S BILL OF COSTS; PROPOSED ORDER* filed by Cisco Systems Inc. (Sullivan, Kathleen) (Filed on 1/14/2017) (Entered: 01/14/2017) |
| 01/17/2017 | 760 | MOTION for Judgment as a Matter of Law *and Conditional Motion for New Trial (Fed. R. Civ. P. 50(b) and 59)* filed by Arista Networks, Inc.. Responses due by 1/31/2017. Replies due by 2/7/2017. (Van Nest, Robert) (Filed on 1/17/2017) (Entered: 01/17/2017) |
| 01/17/2017 | 761 | MOTION for Judgment as a Matter of Law *CISCOS RULE 50(b) MOTION FOR JUDGMENT AS A MATTER OF LAW* filed by Cisco Systems Inc. Motion Hearing set for 4/27/2017 09:00 AM in Courtroom 3, 5th Floor, San Jose before Hon. Beth Labson Freeman. Responses due by 1/31/2017. |

**Appx89**

| | | |
|---|---|---|
| | | Replies due by 2/7/2017. (Attachments: # 1 Declaration OF SARA E. JENKINS IN SUPPORT OF CISCO'S RULE 50(b) MOTION FOR JUDGMENT AS A MATTER OF LAW, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Proposed Order) (Sullivan, Kathleen) (Filed on 1/17/2017) (Entered: 01/17/2017) |
| 01/18/2017 | 762 | **ORDER GRANTING 759 STIPULATION RE BILL OF COSTS. Signed by Judge Beth Labson Freeman on 1/18/2017. (blflc4, COURT STAFF) (Filed on 1/18/2017) (Entered: 01/18/2017)** |
| 01/31/2017 | 763 | OPPOSITION/RESPONSE (re 761 MOTION for Judgment as a Matter of Law *CISCOS RULE 50(b) MOTION FOR JUDGMENT AS A MATTER OF LAW* ) filed byArista Networks, Inc.. (Attachments: # 1 Declaration of Audrey Hadlock, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H Part 1, # 10 Exhibit H Part 2, # 11 Exhibit H Part 3, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K, # 15 Exhibit L, # 16 Exhibit M, # 17 Exhibit N, # 18 Exhibit O, # 19 Exhibit P, # 20 Exhibit Q, # 21 Exhibit R, # 22 Exhibit S, # 23 Exhibit T, # 24 Exhibit U)(Van Nest, Robert) (Filed on 1/31/2017) (Entered: 01/31/2017) |
| 01/31/2017 | 764 | **ORDER GRANTING 756 MOTION TO SEAL. Signed by Judge Beth Labson Freeman on 1/31/2017. (blflc4S, COURT STAFF) (Filed on 1/31/2017) (Entered: 01/31/2017)** |
| 01/31/2017 | 765 | OPPOSITION/RESPONSE (re 760 MOTION for Judgment as a Matter of Law *and Conditional Motion for New Trial (Fed. R. Civ. P. 50(b) and 59)* ) filed byCisco Systems Inc. (Attachments: # 1 Declaration DECLARATION OF SARA E. JENKINS IN OPPOSITION TO ARISTAS MOTION FOR JMOL & NEW TRIAL, # 2 Exhibit N, # 3 Exhibit O, # 4 Exhibit P, # 5 Exhibit Q, # 6 Exhibit R, # 7 Exhibit S, # 8 Exhibit T, # 9 Exhibit U, # 10 Exhibit V, # 11 Exhibit W, # 12 Exhibit X, # 13 Exhibit Y, # 14 Exhibit Z, # 15 Exhibit AA, # 16 Exhibit BB, # 17 Exhibit CC, # 18 Exhibit DD, # 19 Exhibit EE, # 20 Exhibit FF, # 21 Exhibit GG, # 22 Exhibit HH, # 23 Exhibit II, # 24 Exhibit JJ, # 25 Exhibit KK, # 26 Exhibit LL, # 27 Exhibit MM)(Sullivan, Kathleen) (Filed on 1/31/2017) (Entered: 01/31/2017) |
| 02/07/2017 | 766 | REPLY (re 760 MOTION for Judgment as a Matter of Law *and Conditional Motion for New Trial (Fed. R. Civ. P. 50(b) and 59)* ) filed byArista Networks, Inc.. (Van Nest, Robert) (Filed on 2/7/2017) (Entered: 02/07/2017) |
| 02/07/2017 | 767 | REPLY (re 761 MOTION for Judgment as a Matter of Law *CISCOS RULE 50(b) MOTION FOR JUDGMENT AS A MATTER OF LAW* ) filed byCisco Systems Inc. (Attachments: # 1 Declaration OF SARA E. JENKINS IN SUPPORT OF CISCOS REPLY IN FURTHER SUPPORT OF ITS RULE 50(b) MOTION, # 2 Exhibit NN, # 3 Exhibit OO)(Sullivan, Kathleen) (Filed on 2/7/2017) (Entered: 02/07/2017) |
| 02/17/2017 | 768 | Administrative Motion to File Under Seal *Portions of the Trial Transcript* filed by Cisco Systems Inc. (Attachments: # 1 Declaration of Sara E. Jenkins in Support of Cisco's Administrative Motion to Seal, # 2 Proposed Order, # 3 Exhibit A)(Sullivan, Kathleen) (Filed on 2/17/2017) (Entered: 02/17/2017) |
| 02/21/2017 | 769 | OPPOSITION/RESPONSE (re 768 Administrative Motion to File Under Seal *Portions of the Trial Transcript* ) filed byArista Networks, Inc.. (Attachments: # 1 Proposed Order)(Van Nest, Robert) (Filed on 2/21/2017) (Entered: 02/21/2017) |
| 02/22/2017 | 770 | CERTIFICATE OF SERVICE by Cisco Systems Inc re 768 Administrative Motion to File Under Seal *Portions of the Trial Transcript* (Jenkins, Sara) (Filed on 2/22/2017) (Entered: 02/22/2017) |
| 02/22/2017 | 771 | ADMINISTRATIVE MOTION re 768 Administrative Motion to File Under Seal *Portions of the Trial Transcript Administrative Motion for Leave to File a Reply in Support of Cisco's Administrative Motion to Seal Portions of the Trial Transcript* filed by Cisco Systems Inc. Responses due by 2/27/2017. (Attachments: # 1 Exhibit 1, # 2 Declaration of Sara E. Jenkins in Support of Cisco's Administrative Motion to File a Reply in Support of Cisco's Administrative Motion to Seal Portions of the Trial Transcript, # 3 Proposed Order)(Sullivan, Kathleen) (Filed on 2/22/2017) (Entered: 02/22/2017) |
| 02/24/2017 | 772 | **ORDER GRANTING 768 MOTION TO SEAL CERTAIN PORTIONS OF THE TRIAL TRANSCRIPTS AND TERMINATING 711 MOTION FOR LEAVE TO FILE A REPLY AS MOOT. Signed by Judge Beth Labson Freeman on 2/24/2017. (blflc4, COURT STAFF) (Filed on 2/24/2017) (Entered: 02/24/2017)** |

**Appx90**

| 03/02/2017 | 🔒 773 | Redaction of 699 Transcript, 12/1/16 Trial Vol.6 (Related documents(s) 699 ) (Fisher, Summer) (Filed on 3/2/2017) (Entered: 03/02/2017) |
| 03/02/2017 | 🔒 774 | Redaction of 705 Transcript, 12/5/16 Trial Vol.8 (Related documents(s) 705 ) (Fisher, Summer) (Filed on 3/2/2017) (Entered: 03/02/2017) |
| 03/02/2017 | 🔒 775 | Redaction of 711 Transcript, 12/6/16 Trial Vol.9 (Related documents(s) 711 ) (Fisher, Summer) (Filed on 3/2/2017) (Entered: 03/02/2017) |
| 03/02/2017 | 🔒 776 | Redaction of 722 Transcript, 12/7/16 Trial Vol.10 (Related documents(s) 722 ) (Fisher, Summer) (Filed on 3/2/2017) (Entered: 03/02/2017) |
| 03/02/2017 | 🔒 777 | Redaction of 734 Transcript, 12/12/16 Trial Vol.13 (Related documents(s) 734 ) (Fisher, Summer) (Filed on 3/2/2017) (Entered: 03/02/2017) |
| 03/06/2017 | 🔓 778 | Transcript of Proceedings held on March 2, 2017, before Judge Beth Labson Freeman. Court Reporter/Transcriber Joan Marie Columbini, CSR, telephone number joan.columbini.csr@gmail.com 510-367-3043. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (105 in 5:16-cv-00923-BLF) Transcript Order, (103 in 5:16-cv-00923-BLF) Transcript Order, ) Redaction Request due 3/27/2017. Redacted Transcript Deadline set for 4/6/2017. Release of Transcript Restriction set for 6/5/2017. (Columbini, Joan) (Filed on 3/6/2017) (Entered: 03/06/2017) |
| 03/09/2017 | 779 | Admitted Trial Exhibit Locator Form. (srnS, COURT STAFF) (Filed on 3/9/2017) (Entered: 03/09/2017) |
| 03/28/2017 | 780 | **ORDER GRANTING 738 MOTION TO MAINTAIN UNDER SEAL PORTIONS OF PRETRIAL CONFERENCE TRANSCRIPT. Signed by Judge Beth Labson Freeman on 3/28/2017. (blflc4S, COURT STAFF) (Filed on 3/28/2017) (Entered: 03/28/2017)** |
| 04/27/2017 | 781 | ***FILED IN ERROR - DISREGARD***TRANSCRIPT ORDER before Hon. Beth Labson Freeman by Cisco Systems Inc, for Court Reporter Summer Fisher. (Pak, Sean) (Filed on 4/27/2017) Modified on 5/1/2017 (sp, COURT STAFF). (Entered: 04/27/2017) |
| 04/27/2017 | 782 | ***FILED IN ERROR - DISREGARD***TRANSCRIPT ORDER for proceedings held on 04/27/2017 before Hon. Beth Labson Freeman by Arista Networks, Inc., for Court Reporter Summer Fisher. (Van Nest, Robert) (Filed on 4/27/2017) Modified on 5/1/2017 (sp, COURT STAFF). (Entered: 04/27/2017) |
| 04/27/2017 | 783 | **Minute Entry for proceedings held before Hon. Beth Labson Freeman: Motion Hearing held on 4/27/2017 re 761 MOTION for Judgment as a Matter of Law *CISCOS RULE 50(b) MOTION FOR JUDGMENT AS A MATTER OF LAW* filed by Cisco Systems Inc. The Court takes the matter under submission. Written Order to be issued. Total Time in Court: 1:27. Court Reporter Name: Lee-Anne Shortridge. Plaintiff Attorney: Sean Pak, Kathleen Sullivan. Defendant Attorney: Robert VanNest, Brian Ferrall, Ryan Wong, Elizabeth McCloskey. This is a text-only Minute Entry (tshS, COURT STAFF)(Date Filed: 4/27/2017) (Entered: 04/28/2017)** |
| 05/01/2017 | 784 | TRANSCRIPT ORDER for proceedings held on 04/27/2017 before Hon. Beth Labson Freeman by Cisco Systems Inc, for Court Reporter Lee-Anne Shortridge. (Pak, Sean) (Filed on 5/1/2017) (Entered: 05/01/2017) |
| 05/01/2017 | 785 | TRANSCRIPT ORDER for proceedings held on 04/27/2017 before Hon. Beth Labson Freeman by Arista Networks, Inc., for Court Reporter Lee-Anne Shortridge. (Van Nest, Robert) (Filed on 5/1/2017) (Entered: 05/01/2017) |
| 05/05/2017 | 🔒 786 | Transcript of Proceedings held on 4-27-17, before Judge Beth Labson Freeman. Court Reporter/Transcriber Lee-Anne Shortridge, telephone number 408-287-4580 email: lee-anne_shortridge@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 784 Transcript Order ) Release of Transcript |

|            |     |                                                                                                                                                                                                                                                                                              |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | Restriction set for 8/3/2017. (Related documents(s) 784 ) (las, ) (Filed on 5/5/2017) (Entered: 05/05/2017)                                                                                                                                                                                       |
| 05/05/2017 | 🔒 | (Court only) TRANSCRIPT COPY DELIVERED re 785 Transcript Order (Related documents(s) 785 ) (las, ) (Filed on 5/5/2017) (Entered: 05/05/2017)                                                                                                                                                       |
| 05/10/2017 | 787 | **ORDER DENYING MOTIONS FOR JUDGMENT AS A MATTER OF LAW AND MOTION FOR A NEW TRIAL.Signed by Judge Beth Labson Freeman on 05/10/2017. (tshS, COURT STAFF) (Filed on 5/10/2017) Modified on 5/26/2017 (tshS, COURT STAFF) Document Unsealed. (Entered: 05/10/2017)**                                 |
| 05/10/2017 | 788 | **ORDER RE ORDERS PROVISIONALLY UNDER SEAL. Signed by Judge Beth Labson Freeman on 5/10/2017. (blflc4S, COURT STAFF) (Filed on 5/10/2017) (Entered: 05/10/2017)**                                                                                                                                  |
| 05/12/2017 | 🔒 | (Court only) ***Motions terminated: 760 MOTION for Judgment as a Matter of Law *and Conditional Motion for New Trial (Fed. R. Civ. P. 50(b) and 59)* filed by Arista Networks, Inc., 761 MOTION for Judgment as a Matter of Law *CISCOS RULE 50(b) MOTION FOR JUDGMENT AS A MATTER OF LAW* filed by Cisco Systems Inc. (blflc4, COURT STAFF) (Filed on 5/12/2017) (Entered: 05/12/2017) |
| 06/02/2017 | 789 | NOTICE of Change of Address by Steven Carl Cherny (Cherny, Steven) (Filed on 6/2/2017) (Entered: 06/02/2017)                                                                                                                                                                                      |
| 06/06/2017 | 790 | NOTICE OF APPEAL to the Federal Circuit as to 787 Sealed Document, 750 Judgment by Cisco Systems Inc. Filing fee $ 505, receipt number 0971-11450140. Appeal Record due by 7/6/2017. (Sullivan, Kathleen) (Filed on 6/6/2017) (Entered: 06/06/2017)                                                 |
| 06/08/2017 | 791 | Transmission of Notice of Appeal and Docket Sheet to the Federal Circuit Court of Appeals. Filing fee $ 455. Appeal Record due by 7/10/2017. (sfbS, COURT STAFF) (Filed on 6/8/2017) (Entered: 06/08/2017)                                                                                          |

**Appx92**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

CISCO SYSTEMS, INC.,

              Plaintiff,

    v.

ARISTA NETWORKS, INC.,

              Defendant.

Case No.  14-cv-05344-BLF

**FINAL ORDER RE ANALYTIC DISSECTION AND SCOPE OF PROTECTION**

      Plaintiff Cisco Systems, Inc. ("Cisco") brings this lawsuit against Defendant Arista Networks, Inc. ("Arista"), alleging infringement of Cisco's copyrights and one of its patents – U.S. Patent No. 7,047,526 (the "'526 patent"). Second Am. Compl. ("SAC"), ECF 64. Currently before the Court are the parties' briefing and argument on the issue of analytic dissection. The parties have agreed that certain issues pertaining to analytic dissection can be resolved without an evidentiary hearing. ECF 605 ("Joint Submission re Analytic Dissection Categories Suitable for Decision Without Evidentiary Hearing"). The Court thus sets forth below its ruling on issues of analytic dissection for which an evidentiary hearing is not required.

## I.  BACKGROUND

      For its copyright infringement claim, Cisco asserts that Arista infringes the user interfaces found in four Cisco operating systems as well as the associated technical documentations. SAC ¶ 27; Cisco Br. Re Copyrighted Work 2. Cisco owns twenty-six copyright registrations based on various versions of its four operating systems. SAC ¶ 25; Cisco's Analytic Dissection Br. ("Cisco Br.") 2-3, ECF 619. The operating systems were developed for use with Cisco's networking

products, including its routers and switches.  SAC ¶ 6; Submission of Protectable Elements ("PE") 2, ECF 552; Cisco Br. 3.

Cisco's operating systems employ text-based user interfaces (sometimes referred to by Cisco as command line user interfaces or "CLI"), which is the primary mechanism for network engineers to interact with switches and routers.  Cisco Br. 3.  When a network engineer or system operator types multiword command expressions into the user interface, the expressions are then displayed on a screen that is connected to the networking device.  *Id.*; PE 2.  Cisco claims that more than 500 of such multiword command expressions across four operating systems are protectable and copied by Arista.  Cisco's Opening Bench Br. Re: Copyright Protectability ("Cisco Bench Br.") 2-3, ECF 456.  Examples of multiword command expressions include "boot system," "show inventory," "area nssa translate type7 always," and "spanning-tree portfast bpdufilter default."  PE 3-33.  According to Cisco, these command expressions are also grouped by initial words into collections to reflect multi-level textual hierarchies.  *Id.* at 36; Cisco Bench Br. 2.  For illustration purposes, part of the "show" command hierarchy is shown below.

```
show
        show arp
        show clock
        show environment
                show environment all
                show environment power
                show environment temperature
```

Once the operator inputs a multiword command expression, the switch or router analyzes the command and responds by displaying textual screen outputs on screen.  Cisco Bench Br. 2.  Cisco refers to these textual displays in response to the operator's input as command responses or command outputs.  PE 80.  The Cisco CLI further provides a selection of modes that permit an operator to access greater or fewer command expressions based on operator status.  PE 34.  For example, an operator who has entered "Privilege EXEC" mode will have access to different commands than a user who is in "User EXEC" mode.  *Id.*  Different modes are indicated by different textual titles and different textual prompts that appear on the screen (e.g., "(config-if)#" or "(config)#").  *Id.*  These prompts are used to indicate to the operator which mode he or she is in, and thus which commands the operator has access to.  *Id.*  Additionally, the Cisco CLI allows the

2

operator to ask for help in using the multiword command expressions by typing a command followed by "?". Cisco Bench Br. 2. The screen will then display text that describes the command or any other information to assist the operator in managing or configuring the network device in relation to the inquired command. *Id.*; PE 98. Lastly, Cisco provides technical documentation that gives users descriptions of Cisco CLI's operations, which is also commonly referred to as user manuals or reference manuals. PE 111.

Based on its CLI, Cisco has identified the following list of protectable elements for trial – (1) multiword command expressions; (2) multiword command hierarchies; (3) modes and prompts; (4) command responses; (5) help descriptions; and (6) technical documentation. PE; Cisco Br. 1. According to Cisco, elements (1) to (5) constitute a subset, or building blocks, that Cisco has selected out of the total user interfaces to reflect only the protectable elements copied by Arista. *Id.* at 3, 5, 19. Similarly, Cisco has identified allegedly protectable portions of its technical documentation that Arista copied as the sixth category of protectable elements. *Id.* at 1, 19.

Arista disagrees that these elements identified by Cisco are protectable and has provided argument directed to each of the six categories as to why the Court should find them unprotectable. Arista Analytic Dissection Br. ("Arista Br."), ECF 618. Based on the parties' arguments, the Court analyzes below each of the six categories of asserted protectable elements.

## II.    LEGAL STANDARD

### A.    Extrinsic and Intrinsic Tests

The Ninth Circuit employs a two-part test for determining whether one work is substantially similar to another in a copyright case. *Shaw v. Lindheim*, 919 F.2d 1353, 1356 (9th Cir. 1990). The test permits a finding of infringement only if a plaintiff proves similarity under the "extrinsic test," and sufficient similarity, depending upon the degree of protection found by the court, of the protectable expression under the "intrinsic test." *Id.* A copyright plaintiff could satisfy the extrinsic test by providing an "indicia of a sufficient disagreement concerning the substantial similarity of the two works." *Swirsky v. Carey*, 376 F.3d 841, 846 (9th Cir. 2004) (internal brackets omitted). "[T]he intrinsic test, which examines an ordinary person's subjective

3

impressions of the similarities between two works, is exclusively the province of the jury." *Funky Films, Inc. v. Time Warner Entm't Co., L.P.*, 462 F.3d 1072, 1077 (9th Cir. 2006).  The measure of how substantial a "substantial similarity" must be varies according to the scope of protection.  4 Nimmer on Copyright § 13.03[A][4] (2015).  For example, if the scope of protection is determined to be "thin," the standard of virtual identity is applied at the "intrinsic" stage.  *Mattel, Inc. v. MGA Entm't, Inc.*, 616 F.3d 904, 914 (9th Cir. 2010).

Turning to the extrinsic prong, the test for similarity is based on external criteria, where "analytic dissection and expert testimony could be used."  *Apple Computer, Inc. v. Microsoft Corp.*, 35 F.3d 1435, 1442 (9th Cir. 1994).  The extrinsic test involves three basic steps:

1. The plaintiff must identify the source(s) of the alleged similarity between his work and the defendant's work.
2. Using analytic dissection . . . , unprotectable ideas must be separated from potentially protectable expression; to that expression, the court must then apply the relevant limiting doctrines in the context of the particular medium involved, through the eyes of the ordinary consumer of that product.
3. Having dissected the alleged similarities and considered the range of possible expression, the court must define the scope of the plaintiff's copyright—that is, decide whether the work is entitled to "broad" or "thin" protection. Depending on the degree of protection, the court must set the appropriate standard for a subjective comparison of the works to determine whether, as a whole, they are sufficiently similar to support a finding of illicit copying.

*Id.* at 1443.

**B.    Analytic Dissection**

"[Copyright] protection extends not only to the 'literal' elements of computer software – the source code and object code – but also to a program's nonliteral elements, including its structure, sequence, organization, user interface, screen displays, and menu structures." *Gen. Universal Sys., Inc. v. Lee*, 379 F.3d 131, 142 (5th Cir. 2004); *O.P. Sols., Inc. v. Intellectual Prop. Network, Ltd.,* 1999 WL 47191, at *6 (S.D.N.Y.1999).

However, "[t]he mere fact that a work is copyrighted does not mean that every element of the work may be protected."  *Feist Publ'ns, Inc. v. Rural Tel. Serv. Co.*, 499 U.S. 340, 348 (1991). "Because only those elements of a work that are protectable and used without the author's

4

permission can be compared when it comes to the ultimate question of illicit copying, [courts use] analytic dissection to determine the scope of copyright protection before works are considered 'as a whole.'" *Apple*, 35 F.3d at 1443. To conduct analytic dissection, courts must "filter out as unprotectable the ideas, expression necessarily incident to the idea, expression already in the public domain, expression dictated by external factors (like the computer's mechanical specifications, compatibility with other programs, and demands of the industry served by the program), and expression not original to the programmer or author." *Atari Games Corp. v. Nintendo of Am., Inc.*, 975 F.2d 832, 839 (Fed. Cir. 1992); *Johnson Controls, Inc. v. Phoenix Control Sys., Inc.*, 886 F.2d 1173, 1175 (9th Cir. 1989).

"Likewise, computer programs are subject to a[n] . . . analytic dissection of various standard components, *e.g.,* screens, menus, and keystrokes." *Brown Bag Software v. Symantec Corp.*, 960 F.2d 1465, 1477 (9th Cir. 1992). Specifically for computer software, "if constituent elements of a screen display or user interface lack requisite originality, or are outside the scope of copyrightable material under 102(b), or are otherwise unprotectable, the selection, coordination, and arrangement of such elements may be protectable, even though those individual elements are not." *O.P. Sols.*, 1999 WL 47191, at \*9 (citing *Apple Computer, Inc. v. Microsoft Corp.*, 799 F. Supp. 1006, 1022-23 (N.D. Cal. 1992)). However, this "combination of unprotectable elements is eligible for copyright protection only if those elements are numerous enough and their selection and arrangement original enough that their combination constitutes an original work of authorship." *Satava v. Lowry*, 323 F.3d 805, 811 (9th Cir.2003).

**C.     Abstraction-Filtration-Comparison Test**

Relatedly, the Federal Circuit has interpreted Ninth Circuit's test of copyright infringement to be the same as the "abstraction-filtration-comparison" test formulated by the Second Circuit. *Oracle Am., Inc. v. Google Inc.*, 750 F.3d 1339, 1357 (Fed. Cir. 2014). The "abstraction" step involves breaking down the allegedly infringed program into its constituent structural parts, and during the "filtration" step, the court "sift[s] out all nonprotectable material." *Id.* Lastly, for the comparison step, the remaining creative expression is compared with the allegedly infringing work. *Id.* Accordingly, the "filtration" step is similar, if not the same, as the analytic dissection

5

United States District Court
Northern District of California

United States District Court
Northern District of California

1   step set forth by the Ninth Circuit and discussed above.

2          The Federal Circuit also held that in the Ninth Circuit, limiting doctrines such as merger

3   and scènes à faire are affirmative defenses to claims of infringement.  *Id.* at 1358.  In drawing this

4   conclusion, the Federal Circuit relied upon the Ninth Circuit's discussion in *Ets-Hokin v. Skyy*

5   *Spirits, Inc.*, 323 F.3d 763, 765 (9th Cir. 2003) and *Satava v. Lowry*, 323 F.3d 805, 810 n.3 (9th

6   Cir.2003) ("The Ninth Circuit treats scènes à faire as a defense to infringement rather than as a

7   barrier to copyrightability.").  Here, Arista asserts both the merger and scènes à faire doctrines.

8   The parties agree, however, that the jury will apply these two limiting doctrines so the Court need

9   not address these two issues in this order.  Cisco Br. 8-9; Arista Reply 2, ECF 651 (stating that

10  scènes à faire is to be presented at trial); Arista Br. Re Analytic Dissection 3-4, ECF 455 (noting

11  that the Ninth Circuit applies these doctrines at the analytic dissection stage).

12  ## III.    ANALYTIC DISSECTION

13         As the first step of the extrinsic test, Cisco has identified the protectable elements in six

14  categories or "building blocks" as the sources of copyright infringement.  *Apple*, 35 F.3d at 1443.

15  Cisco seeks protection for each of its building blocks in its own right, or as a combination of these

16  elements, as a compilation.  Cisco Br. 7, 19.  According to Cisco, it has pre-filtered its user

17  interfaces to select only those elements that are protectable and copied by Arista.  Cisco Br. 1.  As

18  such, Cisco argues that all these elements should be presented to the jury as evidence of copying.

19  *Id.* at 4-5.  Not surprisingly, Arista disagrees.  The Court undertakes its own review of the asserted

20  elements in each category.

21         For each category of protectable elements, Arista raises several arguments as to why the

22  selected elements are not protectable.  The analysis below tracks each ground raised by Arista and

23  the parties' respective arguments.

24  ### A.    Multiword Command Line Expressions

25         Cisco properly describes its CLI user interface as a textual work.  That being said, it is

26  important to recognize that the multiword command expressions of the Cisco CLI are not

27  sentences or commonly used phrases as would be found in books or other literary works.  They are

28  more properly described as groupings of two, three, or four terms, many of which are not words,

United States District Court
Northern District of California

1    but are terms and abbreviations recognizable to the networking industry.  Arista Br., Ex. 20 (Black

2    Rpt.) ¶ 649; Ex. 1 (Black Am. App. K); PE 3-33.  Use of these command expressions allows

3    network operators to communicate through their computers to obtain information about the

4    switches and routers and to configure them.

5         Cisco contends that these submitted multiword command expressions are protectable

6    elements of Cisco's user interface not only as individual command expressions but also as

7    collections of multiword command expressions associated with specific operating systems,

8    identified as IOS, IOS-XR, IOS-XE, and NX-OS.  PE 2, ECF 552-1.  It also clarifies that it does

9    not seek to have a jury consider the following elements as protectable: single words, command

10   prefixes that the user interface autocompletes, minimum syntactic length, and idea of using a

11   syntax.  Cisco Br. 1, 7, 8, 11.

12              **i.    Pre-existing industry terminology**

13        In support of its argument that the expressions are protectable, Cisco contends that they

14   originated from Cisco's engineers and meet the required minimal degree of creativity.  *Id.* at 6.

15   Cisco also claims that Arista's own executives and engineers have conceded the "subjective"

16   nature of the process in creating these commands.  *Id.*

17        Arista argues that almost all the terms in the expressions are well-known and ordinary in

18   the field of networking.  Arista Br. 2-3.  For example, Arista claims that the terms are

19   conventional terms or acronyms that come directly from industry standards, including the Internet

20   Engineering Task Force ("IETF") and The Institute of Electrical and Electronics Engineers

21   ("IEEE").  *Id.* at 3, Ex. 1 (Black Am. App. K); Arista Reply 3.  According to Arista, Cisco's own

22   documents and witnesses confirm that Cisco intentionally used well-known terminology in the

23   command expressions.  Arista Br. 4.  Arista also seeks a jury instruction that the use of the pre-

24   existing terminology, such as "area" and "nssa," by itself, is not protectable.  Arista Reply 3.

25        The Court first notes that it is undisputed that many of the terms used in Cisco's multiword

26   command expressions were commonly known in the industry at the time Cisco created its asserted

27   work, for which no originality can be claimed.  For example, the acronym "aaa," a term in several

28   of Cisco's command expressions, comes from the phrase "authentication, authorization, and

7

accounting," and was first used as a discrete term as early as 1983 in an IEEE paper. Arista Br.,
Ex. 4 ¶¶ 2-4 (Black App. A). Since Cisco was founded in 1984, SAC ¶ 1, the existence of "aaa" in
1983 must predate any creation of the works asserted here. Terms such as "aggregate-address"
were also common industry terms at the time the command expressions were added to the Cisco
operating systems. Arista Br., Ex. 3 (Tr. Ex. 9043). Other acronyms and terms such as
"accounting," "nssa," and "dot1x" are industry standard terms that have been defined by IETF or
IEEE. *Id.*, Ex. 2 (Tr. Ex. 9044); Ex. 5 ¶¶ 2-3 (Black App. B) (explaining that "IEEE Standard
802.1X" is an IEEE standard for port-based network access control that is also referred to as
"dot1x").

Given Arista's unrebutted evidence, the Court finds persuasive that the individual terms
and abbreviations in command expressions are predominantly taken from terms in common use in
the networking industry predating Cisco's CLI. *E.g.*, Arista Br., Ex. 1 (Black Am. App. K).
Cisco, by not seeking protection for individual terms, acknowledges this conclusion. Cisco Br. 7.
However, the selection and arrangement of these commands into a collection may be entitled to
protection as a compilation. The multiword command expressions are numerous and Cisco has
submitted significant evidence of the process it used to create those command line expressions
through the testimony of multiple witnesses including Kirk Lougheed, Phillip Remaker, and
Davadas Patil. *E.g.*, Cisco Br. Ex. 7 ("Lougheed Dep. Tr.") 338:24-339:9 ("Writing any piece of
software involves some degree of creativity"); Arista Br., Ex. 16 ("Remaker Dep. Tr.") 98:22-
99:12 ("The hierarchy is the aesthetic of collecting similar commands together"); Cisco Br., Ex.
10 ("Patil Dep. Tr.") 187:1-9 (considering extensibility and aesthetics). Moreover, Arista
witnesses agreed that such selection and arrangement is a subjective determination. *E.g.*, *id.*, Ex.
11 ("Sweeney Dep. Tr.") 184:7-14, 185:2-12 ("I agree that CLI naming is very subjective").
Cisco need only produce some minimal level creativity. *Feist*, 499 U.S. at 348; *O.P. Sols.*, 1999
WL 47191, at *9; *Satava*, 323 F.3d at 811.

Given that Cisco is not asserting isolated words as protectable elements, the next question
for analytic dissection is whether there are lines of expressions or groups of expressions to be
filtered out. However, evidence available to the Court at this juncture fails to show that one or

8

1    more command line expressions preexisted as industry expressions.  As such, the Court does not

2    dissect out any multiword command line expression based on this ground.

3    ### ii.    Elements dictated by external constraints

4    As to whether the expressions are "dictated by external constraints," Cisco contends that

5    Arista's arguments and evidence relate to Arista's scènes à faire affirmative defense, which is a

6    defense to infringement and beyond the scope of analytic dissection.  Cisco Br. 8-9 (citing to

7    *Oracle*, 750 F.3d at 1360).  As stated above, the Court agrees with Cisco's position and will

8    follow the Federal Circuit's summary and application of Ninth Circuit law.  *Oracle*, 750 F.3d at

9    1358 (citing *Ets-Hokin*, 323 F.3d at 765; *Satava*, 323 F.3d at 810 n.3).  Thus, the Court will not

10   consider this issue here.

11   ### iii.    Unprotectable words and short phrases

12   Cisco contends that short phrases can be protectable regardless of how short the phrase

13   may be so long as they contain some appreciable level of creativity.  Cisco Br. 10.  Cisco reiterates

14   that its multiword command expressions are original and derived from a creative process.  *Id.*  For

15   example, Cisco argues that the selection of "show" is original because words such as "'display,'

16   'print,' 'watch,' 'view,' or 'info' are equally sufficient ways to express this idea."  Almeroth Ex. A

17   ("Almeroth Rpt.") ¶ 111.[1]  Insofar as Cisco has acknowledged that the individual terms are not

18   subject to protection in this case, this argument is not persuasive.  Cisco further argues that the

19   arrangement of terms allowed for creation of hierarchies that are "aesthetically pleasing," "easy to

20   understand," and easy to teach, and are thus creative.  *Id.* ¶¶ 114-15.

21

22   ――――――――――――――――
     [1] Cisco's example of selection of the "show" command perhaps best reveals the limitations of its
23   argument.  Although the variety of terms that could have substituted for "show" superficially
     appear to be reasonable alternatives, Dr. Almeroth's example presumes that the engineers worked
24   in a bubble, ignoring the pre-existing industry preference and use of the "show" command.  It is
     not plausible that engineers would abandon the accepted terminology for a novel term.  It even
25   stretches credulity to imagine engineers even entertaining any of the suggested alternative terms.
     *E.g.*, Arista Br., Ex. 16 ("Remaker Dep. Tr.") 69:7-70:13 (stating that "picking command words
26   that would be familiar to people in the industry" ensures "consistency, usability, and friendliness
     of the interface" and agreeing that customers "would expect CLI commands to use words that
27   would be familiar to people in the industry"); *id.*, Ex. 20 ("Black Rpt.") ¶¶ 603-04 (noting that the
     Cisco Parser Police Manifesto placed constraints on the addition of commands to Cisco CLI, such
28   as "pick[ing] names that would be familiar to people in the industry" and "commands should tend
     to be self-explanatory").

9

United States District Court
Northern District of California

Arista counters that commands of four words or fewer are unprotectable. Arista Br. 5. Arista points out that 188 commands are only two words, 208 are three words, and 420 are three words or fewer. *Id.* at 6. Arista further argues that such short phrases are either primarily factual or "ordinary," and thus cannot be protected. *Id.* (citing *Narell v. Freeman*, 872 F.2d 907, 911 (9th Cir. 1989)).

The relevant question is whether those phrases are creative regardless of their length. Even a short phrase may command copyright protection if it exhibits sufficient creativity. *Oracle Am.*, 750 F.3d at 1362. "The particular sequence in which an author strings a significant number of unprotectable elements can itself be a protectable element." *Metcalf v. Bochco*, 294 F.3d 1069, 1074 (9th Cir. 2002). However, ordinary phrases are not entitled to copyright protection. *Narell*, 872 F.2d at 911; *J. Racenstein & Co. v. Wallace*, No. 96-9222, 1999 WL 632853, at *2 (S.D.N.Y. Aug. 19, 1999) (holding that "safety core" is not protectable because "it is at most an insubstantial rearrangement of only two words borrowed from other sources").

As noted above, the Court will instruct the jury that there is no copyright protection for individual words. With respect to individual 500+ command line expressions, however, the Court finds no authority, and Arista has provided none, that endorses a categorical exclusion from protectability based solely on the length of a phrase. Arista's expert argues that for phrases as short as four terms or less, "there are very few available reasonable options for such short phrases." Arista Br., Ex. 20 (Black Rpt.) ¶ 649. Although the Court does not disagree that if there are no available reasonable options, the phrase would not be protectable because of external constraints, not because of its length. *Apple*, 35 F.3d at 1444 (considering external constraints). Accordingly, the Court does not dissect out individual command line expressions based solely on the length of the phrases.

### iv.    Conventional command syntax

Arista argues that Cisco's command expressions rely extensively on a first word that is preexisting in the industry followed by relevant attributes, resulting in commands sharing the syntax – "[verb] [object or entity] [additional parameters]." Arista Br. 7-8. In response, Cisco asserts that it does not claim protection in command syntax. Cisco Br. 11; Cisco Resp. 6.

United States District Court
Northern District of California

10

Because Cisco does not claim protection in command syntax, the Court will instruct the jury that there is no protection for syntax, obviating the need for analytic dissection on this ground.

> **v.    "Commands" that are not accepted by any Cisco or Arista switch; commands not grounded in Cisco's actual works or that Cisco did not disclose in discovery**

Cisco argues that its command expressions are not incomplete as alleged by Arista. Cisco Br. 11-12. Instead, Cisco claims that even though certain commands may accept additional user-provided inputs or parameters, such conditions do not affect their protectability. *Id.* at 12; Cisco Response 10, ECF 653 (citing *Apple*, 35 F.3d at 1444 (noting that "user participation may not negate copyrightability of an audiovisual work" in a scènes à faire analysis); *Eng'g Dynamics, Inc. v. Structural Software, Inc.*, 26 F.3d 1335, 1342 (5th Cir. 1994)).

In response, Arista argues that these commands as arranged and compiled by Cisco did not exist before this litigation and also in total comprise a small fraction of the total commands in the relevant work. Arista Br. 8-9.

Arista has not provided any authority holding that omission of additional parameters alone would render these expressions unprotectable. The Court notes that Cisco, as plaintiff, is free to select the purported protectable elements copied by Arista as the first step of the extrinsic test prior to the Court's analytic dissection. This selection itself does not bear on protectability. As to whether the asserted command expressions comprise a small fraction of the total commands, the Court finds this point raised by Arista more salient to the definition of the asserted work, which the Court will address separately.

> **vi.    Conclusion regarding multiword command line expressions**

Having considered the remaining protectable elements of the multiword command line expressions, the Court concludes that at most this building block is protectable as a compilation. As Cisco argues, the creativity is found in the selection and arrangement of the command line expressions. Further, no single command stands alone as a creative work because each one is compiled as a part of a larger design based on a hierarchical structure. Each line is interrelated to all of the others for consistency. *E.g.*, Arista Ex. 16 ("Remaker Dep. Tr.") 69:7-70:13 (stating that "picking command words that would be familiar to people in the industry" ensures "consistency,

11

usability, and friendliness of the interface"), 54:1-2 ("The hierarchy is the aesthetic of collecting similar commands together"); Ex. 30 ("Lougheed Dep. Tr.") 318:4-9 (stating that the symmetry of the hierarchy affects the selection of words); Ex. 42 ("Lougheed Dep. Tr.") 155:12-21 (discussing the choice of words in the creation of hierarchy), 156:14-18 (aiming for a set of commands to create a hierarchy).

### B.     Command Hierarchies

Cisco argues that the command hierarchies are part of the user interfaces, and contends that Arista's objection is not relevant to filtration. Cisco Br. 14. Arista counters that the asserted hierarchies are drawn from multiple versions of the operating systems and are incomplete selections of the actual hierarchies in Cisco's works. Arista Br. 9-10; Arista Reply 8-9. Arista thus seeks a finding that the hierarchies selected by Cisco are unprotectable. Arista Br. 10. Arista separately objects to the protectability of the hierarchies grouped by initial words and dictated by function. Arista Br. 10-11.

At oral argument, the parties discussed with the Court the relationship between the hierarchies and the individual command line expressions. After its presentation, Cisco agreed to withdraw from trial command hierarchies as a protectable building block of its user interfaces, separate from its command line expressions. However, Cisco still plans to present evidence showing that the process used to create the command line expressions was related to each command expression's organization in the hierarchies. Arista did not object to Cisco's removal of hierarchies as a separately protectable building block and Cisco's plan to present such evidence in support of its multiword command expressions as protectable elements. Based on this agreement, the jury will be instructed that the hierarchies are not protectable elements.

### C.     Command Modes and Prompts

#### i.      The names of particular modes and prompts

Cisco claims protection not in individual modes and prompts in isolation, but rather the particular arrangement of modes and prompts in Cisco's user interface, which are components of Cisco's distinctive user interface. PE 34; Cisco Br. 15. Arista points to this concession and

12

United States District Court
Northern District of California

1    requests a related jury instruction.  Arista Br. 11.  The Court will allow an appropriate jury

2    instruction to this effect.

### ii.    Not grounded in an actual work or that Cisco did not disclose in discovery

4         Cisco reiterates the argument that whether its asserted modes and prompts comprise a

5    small set of Cisco or Arista's overall modes and prompts does not bear on analytic dissection.

6    Cisco Br. 15.  Arista claims that Cisco's "arrangement" is only a small portion of the modes in

7    Cisco's operating systems.  Arista Br. 11 (claiming that there are more than 70 modes and prompts

8    not asserted in a version of a Cisco operating system), Ex. 28 (Cisco User Manual).  The Court

9    agrees with Cisco on this point, finding that Arista's argument is more pertinent to the jury's

10   comparison of the works.

### iii.    Idea of making certain commands available only in certain modes

12        Cisco argues that its engineers chose the modes' indicators, prompts, and levels of

13   permission from "a number of possibilities" "on the basis of aesthetics."  Cisco Br. 15.  Cisco

14   attempts to distinguish pre-existing modes and prompts from its own modes and prompts by

15   arguing that the pre-existing systems provided the idea of the modes and prompts but not the

16   particular modes and prompts at issue here.  *Id.* at 15-16.  In response, Arista provides evidence to

17   show that Cisco's selection of modes is not original.  Arista Br. 11.  Arista's expert claims that

18   Cisco's modes and prompts are essentially methods that had previously existed in another system

19   called TOPS-20 that has been in use since 1970s.  Arista Ex. 20, (Black Rpt.) ¶¶ 548 et seq.  Other

20   systems, such as UNIX (*id.* ¶ 554), SUMEX (*id.* ¶¶ 554, 580), and MS-DOS (*id.* ¶ 573) also had

21   employed the same methods.  *Id.*, Ex. 20.

22        At oral argument, Cisco clarified to the Court the "particular" modes and prompts it is

23   asserting.  Cisco explained that in most of its operating systems, its asserted modes and prompts

24   encompass the four levels of modes: "User EXEC," "Privileged EXEC," "Global Configuration,"

25   and "Interface Configuration", and their corresponding prompts: ">," "#," "(config)#," and

26   "(config-if)#," as well as the relationship of the four modes with respect to their accessibility.  PE

27   34-35.  According to Cisco, one needs to access "User EXEC" before accessing "Privileged

28   EXEC," and can only access "Global Configuration" after enabling "Privileged EXEC," etc.

United States District Court
Northern District of California

First, had Cisco failed to limit its asserted modes and prompts as described above, Cisco's expression of modes and prompts might be so closely tied to the idea of modes and prompts, to "be termed ideas beyond the ownership." *Apple*, 799 F. Supp. at 1023; *Sid & Marty Krofft Television Prods., Inc. v. McDonald's Corp.*, 562 F.2d 1157, 1168 (9th Cir. 1977) (noting that "[t]he idea and the expression will coincide when the expression provides nothing new or additional over the idea"). Given Cisco's precise description of its asserted modes and prompts, the Court is persuaded that this particular description differs from the "idea" or "function" of modes of prompts to qualify as an expression.

Second, although it seems clear that virtually all of the individual elements of the asserted modes and prompts existed prior to Cisco's creation, the selection and arrangement of the identified modes and prompts can be claimed as original. *E.g.*, Arista Br., Ex. 20 (Black Rpt.) ¶ 554 (stating that UNIX had a "root user" account and a "superuser" account, as well as the "#" prompt); Ex. 20 ¶ 573 (stating that MS-DOS had a user prompt ">"); Ex. 20 ¶ 580 (stating that SUMEX had prompts such as "#" and ">").

Cisco is not asserting protection for individual modes and prompts on their own but protection for the entire compilation of these modes and prompts. Accordingly, the Court agrees that the compilation of asserted modes and prompts in each asserted operating system is protectable.

**D.    Command Responses and Screen Displays (Responses and Screen Outputs)**

Cisco contends that the following command responses (also referred to as command outputs) are protectable elements of Cisco's user interface both individually and as a collection of outputs associated with specific operating systems, identified as IOS and NX-OS. PE 80. Cisco also claims protectability of element encircled in each red box. *E.g.*, *id.* at 80, 84. In support of protection, Cisco argues that Cisco engineers were faced with "endless aesthetic choices for each of the numerous screen outputs." Cisco Br. 16. Arista raises the same objections to this category of protectable elements as those to "multiword command line expressions." Arista Br. 12.

The Court's analysis for this category remains the same as that for "multiword command line expressions" above. In sum, there is no protection for single words, command prefixes that

14

**Appx1341**

United States District Court
Northern District of California

the user interface autocompletes, minimum syntactic length, and the idea of using command

syntax.  The Court does not dissect out additional unprotectable elements based on the written

record and finds that the command responses are protectable as a compilation corresponding to

each operating system.

**E.    Helpdesc Command Responses (Help Descriptions)**

Cisco contends that the following multiword help descriptions (also known as help strings,

help text, or helpdesc) are protectable elements of Cisco's user interface both individually and as

collections of help descriptions associated with specific operating systems, identified as IOS and

IOS-XR.  PE 97.  It also clarifies that it is not seeking to protect the "idea" of help description in a

user interface or the use of "?" to call up help descriptions.  Cisco Br. 1.  Arista argues that the

help descriptions are not protectable for the same reasons as those it makes against the

protectability of "multiword command line expressions."  Arista Br. 12-13.  Reasons include short

words and phrases, lack of disclosure during discovery, and the concept of providing a help

system.  *Id.* at 13.

As noted above, a short phrase may be protectable if it exhibits sufficient creativity but

ordinary phrases, such as "most personal sort of deodorant," are not protectable.  *Oracle Am.*, 750

F.3d at 1362; *Narell*, 872 F.2d at 911 (holding that "[p]hrases and expressions conveying an idea

typically expressed in a limited number of stereotyped fashions are not subject to copyright

protection").  Here, the help descriptions consist of phrases such as "32-bit tag value,"

"authentication parameters for the user," "delete a file," "Directory or file name," "File to be

deleted," "File to display," "Name of the group," "Name of the user," "Rename a file," "Show

summary information," "Source file path," "Verify a file, " etc.  To qualify for protection on its

own, the phrase must exhibit a sufficient degree of creativity to distinguish it from "ordinary

phrases."  These and other individual help descriptions appear to be not only ordinary to

networking engineers, but also to a lay person.  Moreover, they refer to mostly factual or

functional events pertaining to network switches and routers.  *Sega Enters. Ltd. v. Accolade, Inc.*,

977 F.2d 1510, 1524 (9th Cir. 1992) ("To the extent that a work is functional or factual, it may be

copied, . . .  as may those expressive elements of the work that 'must necessarily be used as

**Appx1342**

incident to' expression of the underlying ideas, functional concepts, or facts") (internal citation omitted). In an attempt to support the existence of sufficient creativity, Cisco argues, for example, that the word "display" could be used instead of "show." Almeroth Rpt. ¶ 111.[2] However, such selection of words merely demonstrates that the phrases can be expressed in "a limited number of stereotyped fashions," and cannot meet the minimum threshold of creativity in this case. *Narell*, 872 F.2d at 911. Accordingly, the Court finds that the individual help descriptions are not protectable.

Nevertheless, the Court finds protectable the collection of help descriptions associated with each of the operating systems, IOS and IOS-XR. This is because the combination of unprotectable elements is still eligible for copyright protection given that the help descriptions as a collection "are numerous enough and selection and arrangement original enough that their combination constitutes an original work of authorship." *Satava*, 323 F.3d at 811.

### F. User Guides and Manuals (Technical Documents)

Cisco provides excerpts from Cisco's technical documents (also referred to as user manuals, user guides, reference manuals, etc.) as protectable elements of Cisco's copyrighted works. PE 111. Cisco has encircled text with red boxes, each designating a purportedly protectable element. *Id.* Arista claims that Cisco has asserted infringement of more than 30 separate Cisco manuals. Arista Br. 14-15. Arista further argues that these elements are not protectable for the same reason as other categories of elements discussed above. *Id.* at 15.

The Court finds that each of these user guides and manuals are liken to a book, "a classic subject of copyright protection." *Bikram's Yoga Coll. of India, L.P. v. Evolation Yoga, LLC*, 803 F.3d 1032, 1037 (9th Cir. 2015) (citing *Baker v. Selden*, 101 U.S. 99, 101-02, (1879)). Although copyright protection of a book does not extend to its subject matter, such as a sequence of poses or a system of book-keeping, the expression in describing the subject matter is entitled to copyright protection. *Bikram*, 803 F.3d at 1037, 1042.

In sum, to the extent that the unprotectable elements described above appear in these

---

[2] As the Court discussed in footnote 1, *supra*, alternative selections to "show" are particularly unpersuasive.

**Appx1343**

1    manuals, they are not protectable.  Cisco is entitled to protection only for the creative aspects of

2    the manuals, and each user manual as a whole.

3

4    **IV.    SCOPE OF COPYRIGHT PROTECTION**

5           As a final step of the extrinsic test after analytic dissection, the court determines the scope

6    of copyright protection.  *Apple*, 35 F.3d at 1443.  "Broader protection" is generally accorded to

7    artistic works and other analogous works because of the "endless variations of expression" that are

8    available in such works; in those cases, the appropriate standard under the intrinsic analysis is

9    substantially similar copying.  *Id.* at 1446-47.  However, if the range of possible expression is

10   narrow, then the works are afforded only limited or thin protection and the appropriate standard

11   under the intrinsic analysis is virtual identity.  *Id.* at 1439; *Harper House, Inc. v. Thomas Nelson,*

12   *Inc.*, 889 F.2d 197, 205 (9th Cir. 1989); *Mattel*, 616 F.3d at 914 ("If there's only a narrow range of

13   expression (for example, there are only so many ways to paint a red bouncy ball on blank canvas),

14   then copyright protection is 'thin' and a work must be 'virtually identical' to infringe").

15          The scope of protection thus correlates with the amount of original contribution relative to

16   what has previously existed.  *Satava*, 323 F.3d at 812.  Compilations that consist largely of

17   uncopyrightable elements receive only limited protection.  *Harper House*, 889 F.2d at 205.  To the

18   extent that a work is functional or factual, such as accounting books or compilations of facts, the

19   scope of protection is also thin.  *Sega Enters. Ltd. v. Accolade, Inc.*, 977 F.2d 1510, 1524 (9th Cir.

20   1992) (citing *Baker v. Selden*, 101 U.S. 99, 101-02 (1879); *Feist*, 499 U.S. at 349).  However, if

21   the work is artistic, such as a decorative plate, it receives broader protection because of endless

22   variations of expression available to the artist.  *McCulloch v. Albert E. Price, Inc.*, 823 F.2d 316,

23   321 (9th Cir. 1987).  "Which end of the continuum a particular work falls on is a call that must be

24   made case by case."  *Apple*, 35 F.3d at 1447.

25          **A.    Scope of Protection of Cisco's User Interfaces**

26          As set forth above in the discussion on analytic dissection, the Court has found each of the

27   following building blocks protectable as a compilation: (1) multiword command expressions; (2)

28   modes and prompts; (3) command responses; and (4) help descriptions.  Because each of these

United States District Court
Northern District of California

17

**Appx1344**

building blocks is protectable as a compilation, the Court also finds that each of Cisco's user interfaces as a whole, is subject to protection as a compilation of those building blocks. *Metcalf*, 294 F.3d at 1074 (holding that "[t]he particular sequence in which an author strings a significant number of unprotectable elements can itself be a protectable element").

Having found that Cisco's user interfaces, as a whole, and its four building blocks are protectable, the Court must consider the nature of the elements that comprise the compilations. Notably, none of the individual terms or abbreviations found in the multiword command expressions is protectable. As discussed above, it is the selection and arrangement of the command line expressions into a collection that is protectable. Similarly, the command responses are protectable only for their selection and arrangement in a collection. As to help descriptions, the Court has limited their protectability, finding those short phrases to be ordinary. *E.g.*, *Satava*, 323 F.3d at 812 (noting that protection should cover "no more than the original contribution to ideas already in the public domain"). Further, the modes and prompts are comprised of existing modes and prompts with the exception of "Global Configuration" and "Interface Configuration," and protectability was sought by Cisco and allowed only as to the precise selection and order of the asserted modes and prompts. *Apple*, 35 F.3d at 1439 (holding that "[w]hen the range of protectable [] expression is narrow," scope of protection is thin). On these bases and reasons discussed above for analytic dissection, the Court finds that these compilations are comprised largely of unprotectable elements and thus subject to thin protection. *E.g.*, *Eng'g Dynamics, Inc. v. Structural Software, Inc.*, 26 F.3d 1335, 1348 (5th Cir. 1994) (holding that computer user interfaces, including the output formats, are "highly functional, or . . . to the extent that they contain highly standardized technical information" deserve thin protection); *Harper House*, 889 F.2d at 205 (noting that compilations that consist largely of uncopyrightable elements receive only limited protection).

Because these building blocks of Cisco's user interfaces deserve only "thin" protection, the combinations of all of them in the user interfaces themselves are also subject to "thin" protection. *E.g.*, *Feist*, 449 U.S. at 348 (holding that protection of factual compilations is thin and it is limited to just "those components of a work that are original to the author"). The fact that the work as a

18

**Appx1345**

United States District Court
Northern District of California

1   whole may be composed of a few individual protectable elements does not imply that the

2   substantial similarity standard applies to the work as a whole.  *Apple Computer, Inc. v. Microsoft*

3   *Corp.*, No. 88-20149, 1993 WL 207982, at *2 (N.D. Cal. Apr. 14, 1993).  Although Cisco argues

4   that the range of expression is wide as there are many ways to create a user interface, it overlooks

5   the evidence discussed herein, showing that there are many unprotectable aspects of its user

6   interfaces, the limitations at the time of creation, and the fact that the idea of using a text-based

7   user interface is not protectable.  Cisco Br. 20.  The Court also finds no persuasive evidence that

8   the combination of the four building blocks alone constitutes a level of creative contribution that

9   warrants broad protection.

10       Because each of the building blocks is a mere compilation comprised of a significant

11   portion of unprotectable elements, without more, the Court does not find that the scope of

12   protection for Cisco's user interfaces rises to a level of broad protection.

13   **B.    Scope of Protection of User Manuals**

14       Based on Cisco's submission, the Court observes that the user manuals consist of phrases

15   or sentences relating to definitions and descriptions of how the routers and switches work and

16   contain some tables and formatting to present the information.  As an example, one item identified

17   by Cisco as protectable is "Displays the IP address of the host for which notification is generated."

18   PE 114.  Each manual is thus a compilation of definitions of commands and functional

19   descriptions of the network devices, not unlike a factual compilation described in *Feist*, whose

20   author "chooses which facts to include, in what order to place them, and how to arrange the

21   collected data so that they may be used effectively by readers."  499 U.S. at 348.  Such

22   compilation is only entitled to thin protection.  *Id.* at 349 (holding that "copyright in a factual

23   compilation is thin"); *Honeywell Int'l, Inc. v. W. Support Grp., Inc.*, 947 F. Supp. 2d 1077, 1084

24   (D. Ariz. 2013) (finding thin protection for maintenance manuals).

25   **C.    Standard under the Intrinsic Test**

26       Given the finding of "thin" protection for Cisco's asserted works, the appropriate standard

27   under the intrinsic analysis is for the trier of fact to compare the works for virtually identical

28   copying.  *Apple*, 35 F.3d at 1439.  Infringement will be found only if the protectable elements

Case 3:14-cv-05344-BLF    Document 740-3    Filed 12/09/16    Page 20 of 20

differ from one another by no more than a trivial degree.  *O.P. Sols.*, 1999 WL 47191, at *14.

## V.    ORDER

Based on the conclusions reached herein, the Court will instruct the jury that the following aspects of the asserted elements are not protectable.

1.   Individual words used in any of the asserted elements.

2.   Individual multiword command line expressions.

3.   The idea or method of grouping or clustering commands under common initial words, such as "show" or "ip."

4.   Multiword command hierarchies.

5.   Specific modes and specific prompts.

6.   The idea of a set pathway through a series of modes.

7.   The idea of making certain commands available only in certain modes.

8.   Use of command syntax such as "[verb] [object] [parameters]."

9.   The choice of using a text-based user interface.

10. The idea of using multiword command expressions to manage or configure a device.

11. The function of any asserted feature.

12. The use of "?" to call up help descriptions.

13. Individual help description phrases.

14. Command prefixes that the user interface auto-completes.

15. Tab completions.

**IT IS SO ORDERED.**

Dated: December 9, 2016

BETH LABSON FREEMAN
United States District Judge

**Appx1347**

*Third*, no reasonable jury could find on this record that Cisco's works did not use at least some minimal creativity. Arista's own witnesses admitted that the creation of expressions in text-based user interfaces is subjective, based on aesthetic preferences, and arbitrary. *See, e.g.*, Tr. 1015:3-11 (Dale). Further, Arista's evidence confirms that Cisco had multiple ways to communicate its expressions, not only in the selection of words, but also in the sequencing and organization of words to each other, as well as entire expressions to each other. *E.g.*, Tr. 1013:22-1014:13 (Dale). Third parties, who were aware of the contents of Cisco's user interface, agreed that they were able to create competing products without wholesale copying of Cisco's expressions—indeed, they actively (and successfully) avoided copying Cisco's protectable expressions. *E.g.*, Tr. 2060:5-2061:3 (Shafer); Tr. 2077:21-2078:11 (Shafer). This is confirmed by Cisco's uncontroverted testimony describing its engineers' own subjective, aesthetic decisions in creating the expressions at issue. *E.g.*, Tr. 652:19-653:7 (Remaker). And while Arista's witnesses attempted to categorize Cisco's expressions as functional, they were not able to dispute that different options were available to Cisco in how to express those functional goals. *E.g.*, Tr. 800:19-23 (Duda).

### 3. Arista Copied Original, Protected Expression From Cisco's User Interfaces

No reasonable jury could disagree that Arista copied original, protectable expression from Cisco's copyrighted works. As the Court is aware, there are two alternative ways to establish copying: (1) direct evidence; and (2) indirect evidence, which is established through a combination of access and substantial similarity or virtual identity between the defendant's work and the original element's of the plaintiff's work. Jury Inst. 36. Where direct evidence establishes copying, the jury need not even consider indirect evidence of copying. *VMG Salsoul*, 824 F.3d at 877; *Norse v. Henry Holt & Co.*, 991 F.2d 563, 566 (9th Cir. 1993).

**Direct Evidence**: No reasonable jury could fail to find that direct evidence establishes Arista's copying of protectable elements of Cisco's works. *See Norse*, 991 F.2d at 566 (direct evidence established by defendants' "admi[ssion] that they in fact copied phrases from [plaintiff's] letters"). Extensive documentary evidence (*e.g.*, Ex. 295) and admissions from Arista's own witnesses (*e.g.*, Tr. 781:21-23, 800:9-14 (Duda)) establish conclusive direct evidence of Arista's

1    copying of Cisco's user interfaces. Indeed, Arista admitted to "slavishly" copying Cisco's user

2    interfaces from Cisco sources (*e.g.*, Ex. 203) and putting that copied material directly into Arista's

3    user interface (Tr. 878:1-5 (Duda)), where Arista sold it in direct competition (*e.g.*, Tr. 1008:13-16

4    (Dale)). Arista further admitted that its placement of core features of Cisco's user interfaces

5    expression into its own product was intentional. *E.g.*, Tr. 800:9-14 (Duda); 900:17-25 (Sadana).

6    Further, no reasonable jury could fail to find that the portions of Cisco's user interfaces that Arista

7    copied were original and protectable. *E.g.*, Tr. 652:19-653:7 (Remaker).

8        Having conclusively established via direct evidence that Arista copied original, protected

9    expression from Cisco's user interfaces, Cisco need only show that such taking was not *de minimis* to

10   establish infringement as a matter of law; neither the jury nor the Court need even consider indirect

11   evidence of infringement. *Newton v. Diamond*, 388 F.3d 1189, 1192-93 (9th Cir. 2004).

12       **Indirect Evidence**: But should the Court have any doubt, Cisco is also entitled to judgment as

13   a matter of law based on indirect evidence of copying. To establish indirect evidence, Cisco must

14   show: (1) that Arista had access to Cisco's works (Jury Inst. 38); and (2) that the protectable elements

15   of Cisco's works are virtually identical to the corresponding elements of Arista's works and that both

16   works as a whole have the same total concept and feel. Inst. 39.

17       *First*, it is undisputed that Arista, all of whose key executives formerly worked at Cisco, had

18   access to Cisco's copyrighted works. Arista's own documents and testimony concede this. *E.g.*, Ex.

19   189; Tr. 783:3-9 (Duda).

20       *Second*, no reasonable jury could find that Cisco's asserted protectable elements, as defined by

21   this Court, are not virtually identical to the corresponding elements of Arista's works. The

22   commands, modes and prompts, screen output/responses, and help descriptions Arista copied are in

23   the record (Exs. 4803, 4821, 4800, 4794, 4799), as are Arista's corresponding elements (*e.g.*, Exs. 1-

24   15). This undisputed evidence confirms that these expressions are essentially identical on a side-by-

25   side comparison. Arista's witnesses conceded that these expressions are effectively identical. *E.g.*,

26   Tr. 926:19-927:5 (Sadana); 2222:25-2223:3 (Black). Nor is there any dispute that these elements are

27   original and protectable, as determined by this Court's rulings and for the reasons set forth above.

28

*Third*, no reasonable jury could find that the total concept and feel of Cisco's user interfaces as a whole, excluding unprotectable elements, are not virtually identical to Arista's works, as the overall concept and feel of the works do not differ by more than a trivial degree. *E.g.*, Exs 1-15, 4803; 4745. As third-party witnesses confirmed, Cisco CLI has a distinctive concept and feel that is instantly recognizable to a reasonable user of a network switch. *E.g.*, Tr. 2063:15-2064:7 (Shafer). And as noted above, *see supra* Part III.A.1, Cisco's and Arista's user interfaces are properly in evidence.

### 4.    Arista's Copying Was More Than *De Minimis*

Finally, no reasonable jury could fail to find that Arista copied far more than a trivial amount of Cisco's works as a whole. In assessing whether a taking is *de minimis*, the factfinder looks to the amount taken relative to the ***plaintiff's*** work, not the defendant's. Jury Inst. 41. And as noted above, Cisco's entire works are sufficiently in the record to make this comparison. *See supra* Part III.A.1.

Here, Arista's own witnesses admitted that, as a matter of qualitative and quantitative evaluation, Arista's taking was more than merely trivial—Arista confirmed that it copied the elements of Cisco's user interfaces that it thought customers most desired, and even described itself as a "practical drop-in replacement" for Cisco's user interface "given the 99.999% similarity in the CLI." Ex. 171; *see also, e.g.*, Ex. 545. Arista failed to controvert Cisco's showing that its copied CLI user interface was one of its most valuable assets. Ex. 250 (Giancarlo). Further, Arista conceded that its taking was quantitatively more than trivial. Exs. 488, 278. In any event, it cannot be disputed that Cisco's protected elements "would be recognized instantly by anyone familiar with the original," and thus cannot be a *de minimis* taking as a matter of law. *Fisher v. Dees*, 794 F.2d 432, 434 n.2 (9th Cir. 1986). Arista ***depended*** on that recognition in seeking customers, conceding that it used Cisco's protected expressions specifically because it was already familiar to potential Arista customers. *E.g.*, Ex. 376; Tr. 914:1-6 (Sadana).

### B.    No Reasonable Jury Could Find That Arista Did Not Infringe Cisco's Technical Manuals

In addition, no reasonable jury could find that Arista did not infringe Cisco's technical manuals. Arista does not, and cannot, dispute that: (1) the manuals contain original expressions, (*e.g.*, Tr. 767:7-10 (Duda)); (2) the expressions in the manuals exhibit at least minimal creativity, (*e.g.*, Tr.

1  customers. *E.g.*, Tr. 2265:9-10 (Gourlay, video deposition testimony); Exs. 171, 278.  Moreover,

2  Arista was unable to dispute that the copied portions of Cisco's user interfaces are both quantitatively

3  and qualitatively significant to Cisco. *E.g.*, Tr. 1055:23-25 (Kathail); Tr. 2221:14-22, Tr. 2247:9-11

4  (Black).

5      Finally, the fourth factor must weigh in Cisco's favor because Arista used Cisco's works to

6  directly compete with Cisco, reducing the value of Cisco's works. *E.g.*, Tr. 1721:21-1722:18

7  (Chambers).  Arista's admitted attempts (and successes) at converting Cisco customers based on its

8  copying of Cisco's user interfaces confirms this market harm. *E.g.*, Ex. 197; Tr. 911:4-7 (Sadana).

9  Arista has admitted that it used Cisco's protected expressions to win over Cisco customers because it

10 would have taken too long, and would have been too expensive, to create its own original command-

11 line interface from scratch; it instead chose to develop a system that was "a practical ***drop-in***

12 ***replacement***" for Cisco's, "given the 99.999% similarity in the CLI."  Ex. 171; *see also, e.g.*, Ex. 197

13 (Sadana); Tr. 1017:22-1018:9; Exs. 176, 237, 648, 650.

14     Ultimately, whether Arista's conduct is excused by fair use depends on the balance of these

15 and other relevant factors in light of the objectives and policy of copyright law.  Jury Inst. 56A; *Kelly*,

16 336 F.3d at 818.  Construing all the facts and reasonable inferences in Arista's favor, no reasonable

17 jury could find that Arista's use of valuable, substantial portions of Cisco's copyrighted material in a

18 commercial, directly competing product and without changing the features in any way is a fair use.

19 The Court should enter a judgment as a matter of law in Cisco's favor on this defense.

20     **B.    No Reasonable Jury Could Find That Arista's Infringement Was Excused By Merger Or Scènes A Faire**

21

22     As a matter of law, Arista is also unable to support its burden of proof on its affirmative

23 defense of merger, as no reasonable jury could find that, at the time Cisco created its works, Cisco had

24 only one or very few ways to express its protectable elements.  Jury Inst. 60.  Arista provided no

25 evidence that, at the time Cisco created the expressions at issue, there was only one or a few ways to

26 construct such expressions.  To the contrary, the undisputed evidence shows that there were ***multiple***

27 ways for Cisco and its competitors to express the ideas underlying Cisco's commands. *E.g.*, Tr.

28 2325:22-2326:6 (Venkatraman); Tr. 2060:5-2061:3 (Shafer).  As noted above, Cisco engaged a

creative process to create the building blocks at issue, none of which had been used in a command-line interface before Cisco created them. *E.g.*, Tr. 2212:14-17, 2219:16-18 (Black). Arista's CTO conceded that it was "technically possible" for Arista to have used a different user interface than Cisco's to provide the same functionality. Tr. 800:19-23 (Duda). The fact that competitors, including Juniper, implement CLI commands that differ from Cisco's further proves that a range of expression was available. *E.g.*, Tr. 2077:21-2078:11 (Shafer); Tr. 2325:22-2326:6 (Venkatraman).

For similar reasons, and based on similar evidence, no reasonable jury could find that, at the time Cisco created its works, external factors other than Cisco's creativity "dictated" that Cisco select, arrange, organize and design its original features in the manner it did, and thus Cisco is entitled to judgment as a matter of law on Arista's scènes à faire affirmative defense. Jury Inst. 61. For example, Arista does not dispute that no standard-setting organizations or customer preconceptions *required* Cisco to design the expressions in its user interface as it did (*e.g.*, Tr. 1963:5-8 (Ullal)); to the contrary, as Mr. Shafer of Juniper testified, the creative process within Cisco was a "greenfield" or "open pasture," without constraints, at the time the user interfaces were created. Tr. 2060:17-2061:3 (Shafer).

### C.    No Reasonable Jury Could Find That Arista's Infringement Was Excused By Copyright Misuse Or Abandonment

Cisco reiterates its objection to Arista's affirmative defenses of copyright misuse and abandonment going to the jury as these are equitable defenses exclusively reserved to the Court. *See* Tr. 2409:1-18 (copyright misuse); Tr. 2409:19-2410:6 (abandonment). However, even if they are treated as issues for the jury to determine, no reasonable jury could find that Arista satisfied its burden of proof on either of these defenses. Arista introduced no competent evidence that Cisco attempted to use its copyrights to prevent Arista from using *unprotected* elements or undertaking activity safeguarded by public policy (Jury Inst. 62), nor has Arista introduced any competent evidence that Arista intended to surrender its rights to its copyrights in its user interfaces, nor of an act by Cisco evidencing such intent (Jury Inst. 63). Such a failure of proof on Arista's own burden requires judgment in Cisco's favor on these defenses. *See also, e.g.*, Exs. 250, 4421, 4671.

## Final Instruction No. 32 re Copyright—Originality

An original work may include or incorporate elements taken from prior works, works from the public domain, and/or works owned by others, with the owner's permission. The original parts of the plaintiff's work are the parts created:

1.  independently by the work's author, that is, the author did not copy it from another work; and

2.  by use of at least some minimal creativity.

In copyright law, the "original" part of a work need not be new or novel.

1130355.02

## Final Instruction No. 33 re Copyright—Compilations

An owner is entitled to copyright protection of a compilation. A compilation is a work formed by the collection and assembling of preexisting materials or of data that are selected, coordinated, or arranged in such a way that the resulting work as a whole constitutes an original work of authorship.

The owner of a compilation may enforce the right to exclude others in an action for copyright infringement.

## Final Instruction No. 36 re Copyright—Copying

Cisco has the burden of proving by a preponderance of the evidence that Arista copied original, protected elements from Cisco's copyrighted works. There are two ways that Cisco can meet its burden.

First, Cisco may establish Arista's copying through direct evidence. An example of direct evidence would be an admission by Arista that part or all of the work was copied. Direct evidence may also be the credible testimony of a witness who saw the work being copied.

Alternatively, Cisco may show that Arista copied from Cisco's copyrighted works through indirect evidence by proving by a preponderance of the evidence that:

1. Arista had access to Cisco's copyrighted works and;

2. There is virtual identity between Arista's works and the original, protected elements of Cisco's works.

Case No. 5:14-cv-5344-BLF
FINAL JURY INSTRUCTIONS

1130355.02

**Appx1394**

**Final Instruction No. 39 re Copyright—Indirect Evidence: Virtual Identity**

To establish indirect evidence of copying, Cisco must prove virtual identity in two steps. Virtual identity means differing by no more than a trivial degree.

First, Cisco must prove that there is virtual identity between the original, protected elements of Cisco's copyrighted works and the corresponding elements of Arista's works that Cisco claims Arista copied.

In making this comparison, you may find any of the following elements of Cisco's works protected as a compilation if you find that they are original:

1. The selection and arrangement of Cisco's multiword command-line expressions;

2. The selection and arrangement of Cisco's modes and prompts;

3. The collection of Cisco's screen responses and outputs;

4. The collection of Cisco's help descriptions;

5. Cisco's user interfaces as a whole as compilations of elements 1 through 4;

6. Each of Cisco's technical manuals.

In making this comparison, you should not consider the following elements, which are not protectable:

1. Individual words used in any of the asserted elements;

2. Any single multiword command;

3. The idea or method of grouping or clustering commands under common initial words, such as "show" or "ip";

4. Any command hierarchy;

5. Specific modes and specific prompts;

6. The idea of a set pathway through a series of modes;

7. The idea of making certain commands available only in certain modes;

8. Use of command syntax such as "[verb] [object] [parameters]";

9. The choice of using a text-based user interface;

10. The idea of using multiword command expressions to manage or configure a device;

11. The function of any asserted feature;

-22-

Case No. 5:14-cv-5344-BLF
FINAL JURY INSTRUCTIONS

1130355.02

**Appx1396**

1    12. The use of "?" to call up help descriptions;

2    13. Individual help description phrases;

3    14. Command prefixes that the user interface auto-completes;

4    15. Tab completions.

5    If Cisco proves virtual identity between the relevant protected elements, it must also prove

6    that an ordinary reasonable observer would find the total concept and feel of its copyrighted works

7    as a whole to be virtually identical to Arista's challenged works as a whole. In making that

8    comparison, you should not consider elements that are not original or are not protectable. As I

9    previously instructed you, Cisco's works as a whole are its four user interfaces associated with its

10   four operating systems, as well as each of Cisco's asserted technical manuals. Arista's works as a

11   whole are the user interfaces for each of the accused Arista operating systems as well as each of

12   Arista's accused technical manuals.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1130355.02

**Appx1397**

1

<u>**Final Instruction No. 41 re Copyright – Sufficiency of Copying**</u>

2     If you conclude that Cisco has proven, whether by direct or indirect evidence, that Arista

3 copied original, protected elements of Cisco's works, you must then determine whether that

4 copying was greater than *de minimis*—that is, more than a trivial amount of Cisco's works as a

5 whole. In making this determination, you should consider the qualitative as well as the

6 quantitative significance of the copied portion in relation to Cisco's works as a whole.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1130355.02

## Final Instruction No. 61 re Copyright—Affirmative Defense: Scènes À Faire

Scènes à faire is an affirmative defense to copyright infringement.

To show that portions of Cisco's user interfaces are scènes à faire material, Arista must show that, at the time Cisco created the user interfaces—not at the time of any copying—external factors other than Cisco's creativity dictated that Cisco select, arrange, organize and design its original features in the manner it did. The scènes à faire doctrine depends on the circumstances presented to the creator at the time of creation, not the circumstances presented to the copier at the time it copied.

Arista has the burden of proving this defense by a preponderance of the evidence.

1130355.02

Appx1406

1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CISCO SYSTEMS, INC.,

        Plaintiff,

    v.

ARISTA NETWORKS, INC.,

        Defendant.

Case No. 5:14-cv-05344-BLF (NC)

**VERDICT FORM**

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

**YOUR ANSWERS MUST BE UNANIMOUS**

### Copyright Infringement: User Interfaces

1. Has Cisco proven that Arista infringed any of Cisco's user interfaces?

|  | Yes | No |
|---|---|---|
|  | (For Cisco) | (For Arista) |
|  | X | ___ |

**IF YOU ANSWERED "YES" TO QUESTION 1, PLEASE ANSWER QUESTION 2.**

**IF YOU ANSWERED "NO" TO QUESTION 1, PLEASE GO TO QUESTION 6.**

2. As to the user interfaces you found to be infringed in Question 1, has Arista proven any of the following?

|  | Yes | No |
|---|---|---|
|  | (For Arista) | (For Cisco) |
| a. Fair use | ___ | X |
| b. Scènes à faire | X | ___ |
| c. Merger | ___ | X |

**IF YOU ANSWERED "NO" TO EVERY LINE OF QUESTION 2, PLEASE GO TO QUESTIONS 3 AND 4 AND ANSWER BOTH.**

**IF YOU ANSWERED "YES" TO ANY LINE OF QUESTION 2, PLEASE GO TO QUESTION 5.**

1

1130180.04

**Appx1428**

3. What amount of lost profits damages is Cisco entitled to recover as a result of Arista's copyright infringement of Cisco's user interfaces, if any?

$_____

**PLEASE GO TO QUESTION 4.**

4. What amount of Arista's profits is Cisco entitled to recover as a result of Arista's copyright infringement of Cisco's user interfaces, if any?

$_____

**PLEASE GO TO QUESTION 5.**

5. As to the user interfaces you found to be infringed in Question 1, has Arista proven any of the following?

|  | Yes<br>(For Arista) | No<br>(For Cisco) |
|---|---|---|
| a. Abandonment | ____ | X |
| b. Copyright misuse | ____ | X |

**PLEASE GO TO QUESTION 6.**

2

## Copyright Infringement:  Technical Manuals

6. Has Cisco proven that Arista infringed any of Cisco's technical manuals?

|  | Yes | No |
|---|---|---|
|  | (For Cisco) | (For Arista) |
|  | —— | X |

**PLEASE GO TO QUESTION 7.**

## Patent Infringement

7. Has Cisco proven that Arista directly infringed claims 1 and/or 14 of the '526 patent?

|  |  | Yes | No |
|---|---|---|---|
|  |  | (For Cisco) | (For Arista) |
| a. | Claim 1 | —— | X |
| b. | Claim 14 | —— | X |

**PLEASE GO TO QUESTION 8.**

8. Has Cisco proven that Arista induced infringement of claims 1 and/or 14 of the '526 patent?

|  |  | Yes | No |
|---|---|---|---|
|  |  | (For Cisco) | (For Arista) |
| a. | Claim 1 | —— | X |
| b. | Claim 14 | —— | X |

**PLEASE GO TO QUESTION 9.**

VERDICT FORM
Case No. 5:14-cv-05344-BLF (NC)

1130180.04

9. Has Cisco proven that Arista contributorily infringed claims 1 and/or 14 of the '526 patent?

|  | Yes | No |
|---|---|---|
|  | (For Cisco) | (For Arista) |
| a. Claim 1 | ____ | X |
| b. Claim 14 | ____ | X |

**IF YOU ANSWERED "YES" TO ANY LINE ON QUESTIONS 7, 8, OR 9, PLEASE ANSWER QUESTIONS 10 AND 11.**

**IF YOU ANSWERED "NO" TO EVERY LINE OF QUESTIONS 7, 8 AND 9, PLEASE GO TO THE END OF THIS VERDICT FORM AND SIGN AND DATE IT.**

10. What amount of damages do you award Cisco for Arista's patent infringement?

$_____

**PLEASE GO TO QUESTION 11.**

11. Has Cisco proven that Arista willfully infringed the '526 patent?

|  | Yes | No |
|---|---|---|
|  | ____ | ____ |

**PLEASE SIGN AND DATE BELOW.**

_____
Presiding Juror

Date: 12/14/16

4

1    KEKER & VAN NEST LLP          SUSAN CREIGHTON, SBN 135528
      ROBERT A. VAN NEST - # 84065       SCOTT A. SHER, SBN 190053
2    BRIAN L. FERRALL - # 160847        WILSON SONSINI GOODRICH & ROSATI
      DAVID SILBERT - # 173128          Professional Corporation
3    MICHAEL S. KWUN - #198945        1700 K Street NW, Fifth Floor
      633 Battery Street                  Washington, D.C., 20006-3817
4    San Francisco, CA 94111-1809       Telephone:  (202) 973-8800
      Telephone:    (415) 391-5400        Email:  screighton@wsgr.com;
5    Email:  rvannest@kvn.com;         ssher@wsgr.com
      bferrall@kvn.com; dsilbert@kvn.com;
6    mkwun@kvn.com

7

8    JONATHAN M. JACOBSON, NY SBN 1350495
      CHUL PAK (*pro hac vice*)
9    DAVID H. REICHENBERG (*pro hac vice*)
      WILSON SONSINI GOODRICH & ROSATI
10   Professional Corporation
      1301 Avenue Of The Americas, 40th Floor
11   New York, NY 10019-6022
      Telephone:  (212) 999-5800
12   Email:  jjacobson@wsgr.com; cpak@wsgr.com;
      dreichenberg@wsgr.com

13   Attorneys for Defendant ARISTA NETWORKS, INC.

14

15                 UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                      SAN JOSE DIVISION

| | |
|---|---|
| 18   CISCO SYSTEMS, INC., | Case No. 5:14-cv-05344-BLF (NC) |
| 19            Plaintiff, | **ARISTA'S MOTION FOR JUDGMENT AS A MATTER OF LAW AND** |
| 20       v. | **CONDITIONAL MOTION FOR NEW TRIAL (FED. R. CIV. P. 50(B) AND 59)** |
| 21   ARISTA NETWORKS, INC., | |
| 22           Defendant. | Dept.:      Courtroom 3 - 5th Floor |
| 23 | Judge:     Hon. Beth Labson Freeman |
| | Date Filed: December 5, 2014 |
| 24 | Trial Date: November 21, 2016 |

25

26

27

28

# TABLE OF CONTENTS

**Page**

NOTICE OF MOTION................................................................................................1

MEMORANDUM OF POINTS AND AUTHORITIES ...........................................1

I.  INTRODUCTION ............................................................................................1

II.  FACTUAL BACKGROUND............................................................................2

  A.  Cisco's asserted CLI elements are a small portion of its command-line interface, a functional system used to manage networking devices. ......................2

  B.  Cisco borrowed from pre-existing CLI systems and established industry terminology and standards, and failed to prove original authorship.......................3

  C.  Cisco's CLI elements reflect functions, not original creative expression. .............4

  D.  Cisco knew and accepted for years that the industry (including Arista) was using its CLI as a model...........................................................6

  E.  Cisco only claimed copyright in CLI elements after Arista's transformative innovations left Cisco behind..........................................................9

  F.  Cisco failed to compete with Arista's transformative products on their technical merits, not because of the CLI...................................................10

III.  CISCO'S COPYRIGHT CLAIMS FAIL—AND ARISTA'S DEFENSES SUCCEED—AS A MATTER OF LAW.......................................................11

  A.  Cisco lacks sufficient evidence that it owns any protectable original expression in the asserted CLI. ..................................................12

    1.  Cisco lacks adequate proof of original authorship....................................12

    2.  Cisco's asserted CLI elements are unprotectable under Section 102(b).......................................................13

    3.  Cisco has failed to prove any of its asserted CLI elements or combinations thereof are protectable creative expression. .......................14

    4.  Command "names" and help strings are unprotectable short phrases..........................................................15

  B.  Cisco has not proven any protectable compilation of CLI elements. ...................15

  C.  No reasonable jury could find Cisco has proven infringement given the "thin" protection that applies to Cisco's works. ..................................16

    1.  Cisco has failed to show "virtual identity" of the works as a whole (omitting unprotectable elements) as needed to prove illicit copying..........................................................17

1135277.03

**TABLE OF CONTENTS**
**(continued)**

**Page**

    2.    Cisco lacks sufficient evidence to prove infringement even under the substantial identity test for works receiving broad protection. ............18

D.    The jury lacked sufficient evidence to consider and compare the disputed works as a whole—or even to define their scope. ..................................18

E.    No substantial evidence proves Cisco's "user interfaces" are copyrighted works separate from Cisco's complete registered operating systems...................19

F.    Arista's conduct is fair use as a matter of law. ......................................20

G.    Cisco abandoned its copyrights as a matter of law................................23

H.    Cisco has misused its copyrights as a matter of law..............................24

I.    No reasonable jury could fail to find merger on this record. ................25

IV.    FOR THE SAME REASONS, ANY NEW TRIAL MUST INCLUDE ALL ISSUES ....................................................................................................25

V.    CONCLUSION..........................................................................................25

1135277.03

Even Cisco's then-CEO, John Chambers, admitted that Cisco missed "a very important transition in networking." Tr. (Chambers) at 1725:6-19. Many others at Cisco acknowledged Arista's superior, transformative innovations,[7] and Cisco's failure to match them: "Cisco has missed or has been late to important technology innovations, and has been slow to innovate on business models and operational processes." TX 5168 at 4.

Any Cisco losses to Arista in the market resulted from this failure to innovate and offer competitive hardware and software—not from any use of Cisco CLI features. Mr. Chambers conceded that Cisco lost Microsoft business to Arista not because of its CLI, but because Cisco "missed multiple road map commitments." Tr. (Chambers) at 1734:5-9; TX 5219. Other customers, like Morgan Stanley, also "lost confidence" in Cisco due to "software defects, instability, and a lack of needed features"—not the CLI. TX 7604. Even Cisco's damages expert Dr. Chevalier admitted that the CLI "can't be the reason why Arista won" deals over Cisco (Tr. (Chevalier) at 1574:6–17) because Arista's CLI was "not a differentiator versus Cisco." Tr. (Chevalier) at 1574:21-1575:13; *see also* Tr. (Chevalier) at 1679:2-5 ("the CLI is not a reason a customer chooses an Arista switch over a Cisco switch"). By the same logic, use of a Cisco-like CLI cannot be the reason for a customer to choose any other competitor over Cisco—including the many competitors who had been copying Cisco's CLI for years (*see supra* Part II.D). *See, e.g.*, Tr. (Chevalier) at 1575:14-18 (for any two companies with similar CLIs, there must be "some other reason for customers to choose one versus the other"); Tr. (Chevalier) at 2605:15-2606:25 (many non-CLI reasons why customer chose Arista over Cisco); TX 5316; TX 5496.

## III. CISCO'S COPYRIGHT CLAIMS FAIL—AND ARISTA'S DEFENSES SUCCEED—AS A MATTER OF LAW

"Judgment as a matter of law is warranted when the evidence presented at trial permits only one reasonable conclusion." *Peralta v. Dillard*, 744 F.3d 1076, 1085 (9th Cir. 2014) (en banc) (internal quotation omitted) (affirming grant of JMOL). The court "should review the

---

[7] *See, e.g.*, Tr. (Remaker) at 705:7–708:20 (Arista beat Cisco in implementing commands using Jabber, a chat tool); TX 5161 ("Arista has an XMPP based CLI, very cool. Wish we had done this.");Tr. (Bakan) at 483:15-19 (Cisco needed to develop JSON interface to match Arista); TX 5162 (Remaker on an Arista innovation: "Wow. . . . I wish IOS did this."); TX 6736 (Cisco in 2014: "Arista has arguably the best device programmability today.").

**Appx1449**

record as a whole," making reasonable inferences in favor of the non-moving party, and "may not substitute its view of the evidence for that of the jury." *Johnson v. Paradise Valley Unified Sch. Dist.*, 251 F.3d 1222, 1227 (9th Cir. 2001) (internal quotations omitted). Still, "threadbare conclusory statements" and unreasonable inferences cannot support a verdict. *Lakeside-Scott v. Multnomah Cty.*, 556 F.3d 797, 802 (9th Cir. 2009) (reversing denial of JMOL). In addition to evidence favoring the nonmoving party, the court must also credit "evidence supporting the moving party that is uncontradicted and unimpeached, at least to the extent that that evidence comes from disinterested witnesses." *Reeves v. Sanderson Plumbing Prod., Inc.*, 530 U.S. 133, 151 (2000) (internal quotation omitted). For all the reasons below and in Arista's Rule 50(a) motion, a reasonable jury here must return a verdict wholly in Arista's favor.

### A. Cisco lacks sufficient evidence that it owns any protectable original expression in the asserted CLI.

Considered separately or in any combination, Cisco's CLI elements are uncopyrightable and/or unprotectable under Section 102(a) and (b) and the words and short phrases doctrine.

#### 1. Cisco lacks adequate proof of original authorship.

Original authorship is the most fundamental requirement for copyright, and Cisco's claims cannot survive without it: "The *sine qua non* of copyright is originality." *Feist Publications, Inc. v. Rural Tel. Serv. Co.*, 499 U.S. 340, 345 (1991); 17 U.S.C. § 102(a). But Cisco lacks sufficient evidence to prove that the 506 commands and 216 help descriptions it asserts (or the thousands of others) are the result of its original authorship. Except for a few dozen commands and two mode names Mr. Lougheed identified as his own work, and Mr. Remaker's testimony about "show inventory,"[8] Cisco presented *no substantial evidence* of who created its CLI commands, command outputs, and help descriptions, or what sources they drew from.[9] *See* Tr. (Lougheed) 603-04 (no knowledge of others' help strings; Cisco does not track this); Tr. (Remaker) 689 (no

---

[8] *See* Tr. (Lougheed) 569:4-17 (36 commands); Tr. (Lougheed) 508 (modes); Tr. (Remaker) 670-71 ("show inventory"). In fact, even several of these few commands appeared in a DEC manual by the year Cisco asserted he created them. *See supra* Part II.C.

[9] Undisputed evidence shows that features of Cisco's interfaces were copied from pre-existing systems or sources, defeating any presumption of originality. *See supra* Part II.B-C. Also, although not always discussed separately, the record makes clear that Cisco's asserted command outputs (TX 4800) are unprotectable for all the same reasons as its commands and help strings.

**Appx1450**

knowledge of creation of other commands), Tr. (Remaker) at 1536-37 (no personal knowledge); Tr. (Slattery) at 748:17-749:1 (no knowledge re help string authorship); Tr. (Remaker) at 1538 (Cisco's lack of information about authorship); Tr. (Bakan) at 470:1-4 (no authorship knowledge). Cisco's only other evidence of authorship for its CLI elements is its summary exhibits. At most, though, these prove only that Cisco's operating systems and manuals contain the asserted commands and other elements—not that they were original to Cisco or express creativity. *See* TX 4789 (commands); TX 4799 (help strings); TX 4800 (command outputs). Any inference of original creative expression on this record would be unreasonable.

Cisco has proven at most that assembling its CLI involved effort and (at least in some cases) some choice. Instead of detailed factual proof, Cisco relies on a theory that its asserted CLI features are creative and protectable because they resulted from a creative "process." Cisco's "process" theory is legally defective because copyright does not protect an author's effort, only her creative expression. *VMG Salsoul, LLC v. Ciccone*, 824 F.3d 871, 885 (9th Cir. 2016) ("[T]he Copyright Act protects only the expressive aspects of a copyrighted work, and *not* the 'fruit of the [author's] labor.'") (emphasis original; quoting *Feist*, 499 U.S. at 349–54). Allowing Cisco's cursory "process" evidence to prove creativity—without proof of creativity in the CLI itself—would violate the Supreme Court's guidance in *Feist* by granting Cisco protection for the work it has done, rather than any resulting creative expression. Moreover, as described above, Cisco also lacks substantial evidence that the "process" it describes was followed for any but a few of its asserted CLI elements. *See, e.g.,* Tr. (Remaker at 689-90).

Further, as discussed below, Cisco failed to introduce substantial evidence of originality in any compilation of CLI elements.

## 2. Cisco's asserted CLI elements are unprotectable under Section 102(b).

A fundamental rule of copyright is that ideas—including systems and methods—cannot be protected by copyright; only creative *expression* of ideas is copyrightable. *Baker v. Selden*, 101 U.S. 99 (1879); 17 U.S.C. § 102(b) ("Section 102(b)"). Here, Cisco's witnesses describe the CLI in purely functional terms as a "mechanism" for managing networking devices and a method of operation within Cisco's operating systems. Both the individual CLI elements, and Cisco's

13

**Appx1451**

overall compilations of features, simply reflect the functions and features of the system. *See supra* Part II.A-C. Indeed, Cisco's own expert testified that Cisco's arrangement of modes and prompts asserted here is an "idea." Tr. (Almeroth) at 1238. Section 102(b) precludes protection for that idea, and for every other asserted part of Cisco's CLI.

No reasonable jury could find that Cisco's CLI elements satisfy Section 102(b), because Cisco has not proven any original creative expression separable from the CLI systems or methods of operation that are unprotectable under Section 102(b). Because of their "essentially utilitarian nature," and to protect fair competition, "many aspects" of computer programs are not entitled to copyright protection. *Sega Enters. Ltd. v. Accolade, Inc.*, 977 F.2d 1510, 1524-25 (9th Cir. 1992). In some cases, "even the exact set of commands used . . . is deemed functional rather than creative."[10] *Id.*; *see also Bikram's Yoga College of India v. Evolation Yoga*, 803 F.3d 1032, 1039-40 (9th Cir. 2015) (citing *Sega*); *Feist*, 499 U.S. at 350 (rule "severely limits the scope of protection"). This rule bars Cisco's claims here.

### 3. Cisco has failed to prove any of its asserted CLI elements or combinations thereof are protectable creative expression.

A reasonable jury could not find that any of the CLI elements or combinations of elements that Cisco asserts contain the requisite spark of original creative expression necessary for copyright protection, and not dictated by factors other than creative choice. Although the "amount of creative input by the author required to meet the originality standard is low, it is not negligible," and more than "merely trivial" creativity is needed. *Satava v. Lowry*, 323 F.3d 805, 810 (9th Cir. 2003); *Matthew Bender & Co. v. W. Pub. Co.*, 158 F.3d 674, 682 (2d Cir. 1998) (internal citations and quotations omitted). As *Matthew Bender* explains, "[t]he creative spark is

---

[10] Courts routinely deny copyright protection, under various theories, for similarly functional sets of commands and menus (as distinct from specific code implementing them). *See Ashton-Tate Corp. v. Ross*, 916 F.2d 516, 521–22 (9th Cir. 1990) (list of commands); *Dream Games of Arizona, Inc. v. PC Onsite*, 561 F.3d 983, 989 (9th Cir. 2009) (video game menu); *see also Allen v. Academic Games League of America, Inc.*, 89 F.3d 614, 617–18 (9th Cir. 1996) ("abstract rules and play ideas" for games not copyrightable); *MiTek Holdings, Inc. v. Arce Engineering Co., Inc.*, 89 F.3d 1548, 1556-57 & n.19 (11th Cir. 1996) (menu and "sub-menu command tree structure" implementing functional steps in a process not copyrightable); *Mitel, Inc. v. Iqtel, Inc.*, 124 F.3d 1366, 1373 (10th Cir. 1997) (no copyrightable expression in system of "command codes" used in telephone systems); *Eng'g Dynamics, Inc. v. Structural Software, Inc.*, 26 F.3d 1335, 1347-48 (5th Cir. 1994) (remanding questions about input/output formats for technical information).

missing where: (i) industry conventions or other external factors so dictate selection that any person composing a compilation of the type at issue would necessarily select the same categories of information, or (ii) the author made obvious, garden-variety, or routine selections." *Id.* (internal citations and quotations omitted). "Protection of such choices would enable a copyright holder to monopolize widely-used expression and upset the balance of copyright law." *Id.* Using existing industry labels for functions, as Cisco did here, fails the low bar for originality. *See supra* Part II.A-C. This record compels the conclusion that Cisco's asserted CLI components lack the creative "spark" required for copyright protection.

### 4.     Command "names" and help strings are unprotectable short phrases.

The record is clear that the asserted commands and help strings are names and trivial functional phrases dictated by the ordinary functional demands of networking.[11] *See supra* Part II.A-C. They are thus unprotectable under the words and short phrases doctrine as a matter of law, both individually and taken together. *See* 37 C.F.R. § 202.1(a); *Narell v. Freeman*, 872 F.2d 907, 911 (9th Cir. 1989) (no protection for "ordinary" factual phrases). It is "axiomatic that copyright law denies protection to 'fragmentary words and phrases' and to 'forms of expression dictated solely at functional considerations'" because such materials lack the creativity to warrant copyright protection. *CMM Cable Rep, Inc. v. Ocean Coast Properties, Inc.*, 97 F.3d 1504, 1519–20 (1st Cir. 1996) (no protection for "clock in and make $50 an hour").[12]

### B.     Cisco has not proven any protectable compilation of CLI elements.

Cisco also lacks substantial evidence that its selections of CLI features asserted here—only a small fraction of any complete works, *see supra* Part II.A—were authored or "fixed in any tangible medium of expression" before this litigation. *See* 17 U.S.C. § 102(a). For a compilation of unprotectable elements to receive copyright protection under Ninth Circuit law, there must be some "creative spark" in the author's arrangement of those elements ***within the work itself***, not in

---

[11] Cisco's expert's conclusory *ipse dixit* is not substantial evidence that help strings like "Delete a file" and "Rename a file" were "elegant" and "creative." *See* Tr. 1394:12-18; Tr. 1394:19-1395:6.

[12] *See also Alberto-Culver Co. v. Andrea Dumon, Inc.*, 466 F.2d 705, 711 (7th Cir. 1972) (no protection for "the most personal sort of deodorant"); *Hutchins v. Zoll Med. Corp.*, 492 F.3d 1377, 1384–85 (Fed. Cir. 2007) (3–5 word CPR instructions); *Greene v. Ablon*, 914 F. Supp. 2d 110, 117 (D. Mass. 2012), *aff'd*, 794 F.3d 133 (1st Cir. 2015) (lengthy "fragmentary" phrases); *Pelt v. CBS, Inc.*, No. CV-92-6532, 1993 WL 659605, at *3 (C.D. Cal. Oct. 25, 1993).

ARISTA'S JMOL AND CONDITIONAL MOTION FOR NEW TRIAL
Case No. 5:14-cv-05344-BLF (NC)

**Appx1453**

what the defendant allegedly copied.  *See Satava*, 323 F.3d at 811.

Cisco has never identified any selection or arrangement of CLI elements containing any "creative spark" or pre-dating this litigation, let alone proved it by substantial evidence at trial, as needed to support copyright protection in a compilation or arrangement.  The 506 asserted commands, for example, simply reflect what Arista allegedly copied, cherry-picked by Cisco for this litigation. Tr. (Black) at 2620:25-2621:17. Likewise, although Lougheed described the four asserted modes as "the main modes of the system" (Tr. (Lougheed) at 510:17-21), they are not the only modes (Tr. (Almeroth) at 1381:3-18 (over 100 modes); Tr. (Lougheed) at 597 (IOS has dozens)), and Cisco lacks substantial evidence that those four modes exist as a pre-litigation arrangement within the CLI—in fact, Cisco admits they are not displayed together to a user as Cisco has presented them in this litigation (Tr. (Lougheed) at 597).  The only pre-existing "compilation" Cisco could have presented at trial is the Cisco user interface as a whole, including *all* of the commands in each Cisco operating system. But Cisco failed to prove its complete interfaces (see below), and there can be no protectable expression in devising sets of CLI features driven by the functional choice to implement a certain set of features or protocols, because no one can own copyright in the idea of choosing to implement that set of functions.  *See* Section 102(b).

**C.    No reasonable jury could find Cisco has proven infringement given the "thin" protection that applies to Cisco's works.**

Cisco has not introduced evidence sufficient to prove actionable or *illicit* copying of protected material under either the Ninth Circuit's extrinsic or intrinsic infringement tests (and both must be met to prove infringement).  Rather, the trial record makes clear that only a small portion of each asserted work was copied, much (or all) of which was not protected material.  No reasonable fact-finder could find infringement under the "virtual identity" test that applies to works meriting only thin copyright protection.

This is true whether the "virtual identity" standard is applied as a core requirement of the infringement test (as Ninth Circuit law requires), or as a test only for proving copying by indirect evidence (as the jury was instructed here over Arista's objections). The virtual identity test applies either way, because Cisco lacks substantial direct evidence that Arista copied protected material. Substantial evidence may show that Arista copied *something* from Cisco—but there is

16

1135277.03

**Appx1454**

no direct evidence or admission that it copied *protected material*, as needed for infringement. The Ninth Circuit's virtual identity or substantial similarity test must be applied to assess infringement even where factual copying is undisputed—unless the undisputed copying is of the *entire* copyrighted work. *See DC Comics v. Towle*, 802 F.3d 1012, 1026 (9th Cir. 2015). By Cisco's own account, only a small fraction of any relevant work has been copied—and Cisco has not presented adequate evidence of the complete works for the jury to assess infringement.

  **1. Cisco has failed to show "virtual identity" of the works as a whole (omitting unprotectable elements) as needed to prove illicit copying.**

   Courts have long acknowledged that factual and functional works are entitled to thinner copyright protection than fictional or other artistic works.[13] *See Feist*, 499 U.S. at 340; *Harper & Row, Publishers, Inc. v. Nation Enters.*, 471 U.S. 539, 563 (1985). Where choices are constrained by limitations inherent in an endeavor, so that the range of possible expression is narrow, a copyright holder is entitled to only "thin" copyright protection. In such cases, infringement requires proof of "virtual identity" between the disputed works (disregarding unprotected elements), rather than the "substantial similarity" required for infringement of a work that receives broad copyright protection. *Apple Computer, Inc. v. Microsoft Corp.*, 35 F.3d 1435, 1442–43 (9th Cir. 1994); *see also Mattel, Inc. v. MGA Entm't, Inc.*, 616 F.3d 904, 915 (9th Cir. 2010); *Ets-Hokin v. Skyy Spirits, Inc.*, 323 F.3d 763, 766 (9th Cir. 2003) ("thin" copyright "protects against only virtually identical copying"); 4-13 Nimmer on Copyright § 13.03.

   Here, the evidence shows that the asserted CLI elements are functional, and chosen from a narrow range of possible expression in this highly technical field. *See supra* Parts II.A-C. To be useful, the Cisco CLI had to select from a limited vocabulary of recognizable industry terms to invoke standard industry protocols and functions—not randomly selected "creative" words. Thus, copyright protection is "thin" and infringement requires "virtual identity" between the disputed works (considering the works as a whole, but disregarding unprotectable elements). *See Apple*, 35 F.3d at 1442–43; *Mattel,* 616 F.3d at 914–15 ("thin" protection for fashion doll sculpt); *Data*

---

[13] The rules for broad and thin protection differentiate between factual/functional and fictional/creative **literary works**—not textual ("literary") and non-textual works. *See Landsberg v. Scrabble Crossword Game Players, Inc.*, 736 F.2d 485, 488 (9th Cir. 1984) (Scrabble guide); *Feist,* 499 U.S. at 350 (phonebook). No substantial evidence supports broad protection here.

1    *East USA v. Epyx Inc.*, 862 F.2d 204, 209 (9th Cir. 1988) (protection only against "identical

2    copying" for computer karate game); *L.A. Printex Indus., Inc. v. Aeropostale, Inc.*, 676 F.3d 841

3    (9th Cir. 2012) (wide range of expression for textile designs). *See also* ECF 715 at 15-18. But

4    Cisco lacks adequate evidence to meet the virtual identity test, and made no real effort to do so.

> **2.    Cisco lacks sufficient evidence to prove infringement even under the
> substantial identity test for works receiving broad protection.**

5

6

7         Even if the substantial similarity standard for infringement were to apply here, Cisco's

8    claim would fail on this record, because the works as a whole are not "sufficiently similar to

9    support a finding of illicit copying." *See Apple*, 35 F.3d at 1443. In fact, Arista's accused copying

10   from Cisco's command-line interfaces is *de minimis* and not actionable as a matter of law when

11   properly compared to Cisco's entire works. *VMG Salsoul, LLC v. Ciccone*, 824 F.3d 871, 877

12   (9th Cir. 2016) (*de minimis* rule). There is insufficient evidence to support a contrary finding,

13   given the limited scope of accused copying and the size of the works (whether defined as the

14   interfaces or the operating systems). The doctrines of *scenes a faire* and merger also defeat

15   infringement under either standard.[14]

> **D.    The jury lacked sufficient evidence to consider and compare the disputed
> works as a whole—or even to define their scope.**

16

17        Under express Ninth Circuit law, without adequate evidence of the works as a whole, the

18   jury could not conclude that any alleged copying was actionable as infringement, and its verdict

19   cannot be sustained. "There can be no proof of 'substantial similarity' [or virtual identity] and

20   thus of copyright infringement unless [plaintiff's] works are juxtaposed with [defendant's] and

21   their contents compared." *Antonick v. Elec. Arts, Inc.*, 841 F.3d 1062, 1066 (9th Cir. 2016)

22   (affirming defense JMOL after infringement verdict where complete works were not in evidence;

23   citing *Mattel*, 616 F.3d at 913–14). The complete asserted works must be in evidence to support

24   an infringement verdict. *Id.* Here, Cisco failed to put its complete works at issue (or Arista's

25   ────────────────
     [14] Under Ninth Circuit law, the evidence that supports *scenes a faire* as an affirmative defense
26   necessarily defeats Cisco's infringement claim. Cisco's CLI elements are *scenes a faire* (as the
     jury found), and also merge with their functions or ideas and contain no separable expression. *See*
27   17 U.S.C. § 102(b); *Apple*, 35 F.3d at 1444; *Mattel*, 616 F.3d at 913. Because merger and *scenes
     a faire* are properly part of the infringement analysis itself (negating of Cisco's proof of
28   infringement), not affirmative defenses, Cisco's infringement claim fails as a matter of law. *See
     Ets-Hokin v. Skyy Spirits, Inc.*, 225 F.3d 1068, 1082 (9th Cir. 2000); *Satava*, 323 F.3d at 807.

**Appx1456**

accused works) into evidence, or even to define its works adequately. Thus, the jury lacked sufficient evidence to compare the works as a whole as required under *Antonick*.[15] *Id.; see also, e.g.*, *Apple*, 35 F.3d at 1446 ("Under *Harper House* and *Frybarger*, there can be no infringement unless the works are virtually identical.").

Cisco's manuals do not evidence its works *as a whole.* There is no substantial evidence that the manuals contain *all* aspects of the operating system user interface, including but not limited to commands, modes and prompts, help descriptions, command responses (as well as all unasserted user interface attributes) for any work. Cisco conceded in argument that manuals do not prove "the totality of what's implemented in the product." Tr. at 1899:14-22, 1901:10-15. Likewise, Cisco's copyright deposits for its 26 registrations (in evidence as TX4803) are not evidence of the complete works. Dan Lang, Cisco's sponsoring witness, testified that TX4803 is "the materials themselves that were sent to the Copyright Office, along with an index to them." Tr. (Lang) 1168:15-16. TX 4803 however, does not contain complete source code for any of the registered works.  And mere *excerpts* of source code are not evidence of the works as a whole.[16]

**E.    No substantial evidence proves Cisco's "user interfaces" are copyrighted works separate from Cisco's complete registered operating systems.**

Cisco lacks sufficient evidence to prove that its "user interfaces" are separable from its operating systems, as required for them to be independent copyrighted works.  Cisco never separately registered its "user interface" apart from its 26 operating system versions, and offered no substantial evidence of any separate existence for its purported "user interface" works. Rather, the record confirms that the interfaces are merely non-literal elements of the operating systems; Cisco does not use, value or even define them separately. *See supra* Part II.A. For a work to be separately asserted, however, it must be one that "'can live [its] own copyright life' and 'has an independent economic value and is, in itself, viable.'" *Monge v. Maya Magazines, Inc.*, 688 F.3d

---

[15] During trial, the Court asked Cisco to provide a list of the exhibits that constituted Cisco's works. Tr. 1628. Cisco never did so, even after Arista raised the issue in its Rule 50(a) motion.

[16] In fact, for 18 of the 26 copyright registrations, the index in TX4803 does not refer to any linked materials at all. TX 4803.  For seven of the eight registrations that refer to linked materials, those materials are described as documentation. And for the IOS 12.1, the sole registration that refers to "source code" as being included in the linked materials, none of those linked materials actually include any C source code, even though IOS is written in C.

ARISTA'S JMOL AND CONDITIONAL MOTION FOR NEW TRIAL
Case No. 5:14-cv-05344-BLF (NC)

**Appx1457**

1164, 1180 (9th Cir. 2012) (photographs as works) (quoting *Columbia Pictures TV, Inc. v.*
*Krypton Broad. of Birmingham, Inc.*, 259 F.3d 1186, 1193 (9th Cir. 2001) (TV show episodes as
works)).  An amorphous abstraction of a software program like the "interfaces" Cisco asserted
here cannot be the "work" at issue.  *See NXIVM Corp. v. Ross Inst.*, 364 F.3d 471, 480-81 (2d Cir.
2004) ("modules" of a manual not separate works); *see also Sony Computer Entm't Am., Inc. v*
*Bleem, LLC*, 214 F.3d 1022, 1028 (9th Cir. 2000) (video game screen shots "an insignificant
portion of the complex copyrighted work as a whole").  Cisco's user interface has no value or
"copyright life" separate from the operating systems and cannot be an independent "work."

Cisco also lacks sufficient evidence that the "user interfaces" asserted here are fixed in a
tangible medium of expression, as required by copyright law. 17 U.S.C. § 102(a).  Cisco purports
to assert an abstract work entirely separated from its operating system's source code (and
consolidated across multiple separate versions of each operating system)—but the interface exists
only as a function of the source code (itself fixed in a tangible medium), as a non-literal element
manifested by that code.  *See Johnson Controls, Inc. v. Phoenix Control Sys.*, Inc., 886 F.2d 1173,
1175 (9th Cir. 1989), *overruled on other grounds as stated in Perfect 10 v. Google*, 653 F.3d 976
(2011). Without some grounding in source code, there is nothing fixed about Cisco's asserted
works: the commands are entered by users, and the outputs and help strings are fixed in the code.
*See supra* Part II.A; Tr. (Lougheed) at 501:24-502:5 (explaining CLI use).

### F.    Arista's conduct is fair use as a matter of law.

A reasonable jury must find on this record that Arista's use of any and all Cisco works is
fair use as a matter of law, based on any reasonable application of the relevant factors, both
individually and in any combination. The record requires this result based on the defects in proof
of original creative expression in the CLI components at issue (see above); the limited portions
even allegedly copied; Arista's highly transformative use of the CLI with revolutionary
technology that created a new paradigm and new market; the lack of sufficient evidence of market
harm or potential market harm; and the longstanding custom and practice in the industry (and by
Cisco) of permitting and promoting others' use of CLI commands and features. Cisco's works fall
so far on the outer fringes of copyright protection that (even assuming *arguendo* that some

Respectfully submitted,

Dated:  January 17, 2017                    KEKER & VAN NEST LLP


By:    /s/ Robert A. Van Nest
       ROBERT A. VAN NEST

       Attorneys for Defendant
       ARISTA NETWORKS, INC.

26

1135277.03

**Appx1464**

**Summary Exhibit**

**Command Expression Copying**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 1. | aaa accounting | aaa accounting | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 206 | August 31, 2010 EOS 4.7 |
| 2. | aaa accounting dot1x | aaa accounting dot1x | | IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 207 | July 8, 2013 4.13.3 |

1

**Appx1857**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 3. | aaa authentication login | aaa authentication login | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 210 | June 15, 2008 2.1.0 |
| 4. | aaa authorization config- commands | aaa authorization config- commands | | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 214 | October 3, 2008 3.0.0 |

2

02099-00004/8425971.1

|  | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 5. | aaa authorization console | aaa authorization console | | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 215 | March 17, 2010 4.4.0 |
| 6. | aaa group server radius | aaa group server radius | | Cisco IOS 12.0 through 15.4; IOS XR 3.2 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 218 | May 19,2009 4.2.0 |

3

**Appx1859**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 7. | aaa group server tacacs+ | aaa group server tacacs+ | | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 219 | June 16, 2008  2.1.0 |
| 8. | address-family | address-family | | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 31, 33, 1617, 1737 | Feb. 13, 2012  4.10.0 |

4

**Appx1860**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 9. | aggregate-address | aggregate-address | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 31, 1428, 1402, 1618 | October 16, 2011 4.8.2 |
| 10. | area default-cost | area default-cost | OSPFv3 | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1553 | April 27, 2009 4.3.0 |

5

**Appx1861**

02099-00004/8425971.1

**Appx1861**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 11. | area default-cost | area default-cost | OSPFv2 | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1470 | April 27, 2009 4.3.0 |
| 12. | area nssa | area nssa | OSPFv2 | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1472 | April 27, 2009 4.3.0 |
| 13. | area nssa | area nssa | OSPFv3 | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1554 | September 16, 2012 4.11.0 |

6

02099-00004/8425971.1

**Appx1862**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 14. | area nssa default- information-originate | area nssa default- information-originate | OSPFv2 | Cisco IOS 11.0 through 15.4; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1473 | April 27, 2009 4.3.0 |
| 15. | area nssa default- information-originate | area nssa default- information-originate | OSPFv3 | Cisco IOS 11.0 through 15.4; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F 4.15.3F, User Manual, p. 30, 1555 | September 25, 2012 4.11.0 |
| 16. | area nssa no-summary | area nssa no-summary | OSPFv2 | Cisco IOS 11.0 through 15.4; NX-OS 4.0 through 6.2 | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1475 | February 5, 2013 4.10.6 |

7

02099-00004/8425971.1

**Appx1863**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 17. | area nssa translate type7 always | area nssa translate type7 always | OSPFv2 | Cisco IOS 15.1 through 15.4; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1476 | April 15, 2011 4.8.1 |
| 18. | area nssa translate type7 always | area nssa translate type7 always | OSPFv3 | Cisco IOS 15.1 through 15.4; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1556 | September 26, 2012 4.11.0 |
| 19. | area range | area range | OSPFv3 | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1557 | August 17, 2012 4.11.0 |

8

**Appx1864**

02099-00004/8425971.1

Case 5:14-cv-05344-BLF   Document 761-10   Filed 01/17/17   Page 10 of 212

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 20. | area range | area range | OSPFv2 | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1477 | April 27, 2009 4.3.0 |
| 21. | area stub | area stub | OSPFv2 | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1478 | April 27, 2009 4.3.0 |
| 22. | area stub | area stub | OSPFv3 | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1558 | September 13, 2011 4.10.0 |

9

**Appx1865**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 23. | arp timeout | arp timeout | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 26, 1315 | March 26, 2012 4.10.0 |
| 24. | banner login | banner login | | Cisco IOS 11.1 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 14, 280 | June 23, 2008 2.2.0 |

10

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 25. | banner motd | banner motd | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 14, 281 | June 23, 2008<br><br>2.2.0 |
| 26. | bfd all-interfaces | bfd all-interfaces | | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 34, 1796 | February 25, 2013<br><br>4.12.3 |
| 27. | bgp client-to-client reflection | bgp client-to-client reflection | | Cisco IOS 11.1 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 31, 1621 | October 31, 2011<br><br>4.8.3 |

11

**Appx1867**

02099-00004/8425971.1

Appx1867

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 28. | bgp cluster-id | bgp cluster-id | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 31, 1622 | October 31, 2011<br><br>4.8.3 |
| 29. | bgp confederation identifier | bgp confederation identifier | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 31, 1623 | February 1, 2013<br><br>4.11.3 |
| 30. | bgp confederation peers | bgp confederation peers | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 31, 1624 | February 1, 2013<br><br>4.11.3 |

12

**Appx1868**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 31. | bgp listen limit | bgp listen limit | | Cisco IOS 12.2 through 15.4; IOS XE 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 31, 1628 | May 1, 2011 4.7.4 |
| 32. | bgp log-neighbor-changes | bgp log-neighbor-changes | | Cisco IOS 11.1 through 15.4; IOS XR 3.0 through 3.5; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 31, 1630 | November 1, 2009 4.4.0 |
| 33. | bgp redistribute-internal | bgp redistribute-internal | BGP | Cisco IOS 12.1 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 31, 1631 | December 1, 2012 4.12.0 |

13

**Appx1869**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 34. | boot system | boot system | | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 15, 376 | June 1, 2006<br><br>2.0.0 |
| 35. | channel-group | channel-group | | Cisco IOS 11.3 through 15.4; IOS XR 4.3 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 16, 491 | January 28, 2008<br><br>2.0.0 |

14

**Appx1870**

02099-00004/8425971.1

**Appx1870**

|  | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 36. | class-map type control-plane | class-map type control-plane | | NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 26, 1235 | January 20, 2012  4.10.0 |
| 37. | clear arp-cache | clear arp-cache | | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 26, 1316 | January 26, 2009  4.0.0 |
| 38. | clear counters | clear counters | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 670 | June 10, 2008  2.1.0 |

15

**Appx1871**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 39. | clear ip arp | clear ip arp | | NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1317 | April 27, 2010  4.5.0 |
| 40. | clear ip bgp | clear ip bgp | | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 31, 1632 | January 1, 2010  4.4.0 |

16

**Appx1872**

02099-00004/8425971.1

Case 5:14-cv-05344-BLF   Document 761-10   Filed 01/17/17   Page 18 of 212

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 41. | clear ip igmp group | clear ip igmp group | | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 34, 1847 | May 24, 2010 4.5.0 |
| 42. | clear ip mroute | clear ip mroute | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 34, 1814 | June 25, 2010 4.5.0 |
| 43. | clear ip msdp sa-cache | clear ip msdp sa-cache | | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1976 | December 3, 2012 4.11.1 |

17

**Appx1873**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 44. | clear ip nat translation | clear ip nat translation | | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1320 | November 20, 2012 4.11.1 |
| 45. | clear ip ospf neighbor | clear ip ospf neighbor | | Cisco IOS 11.1 through 15.4; NX-OS 4.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1480 | January 8, 2003 4.12.3 |
| 46. | clear ipv6 neighbors | clear ipv6 neighbors | | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1397 | December 29, 2013 4.13.3-13scale |

18

**Appx1874**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 47. | clear ipv6 ospf force-spf | clear ipv6 ospf force-spf | | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1559 | December 20, 2011<br><br>4.10.0 |
| 48. | clear lldp counters | clear lldp counters | | Cisco IOS 12.2 through 15.4; IOS XR 5.2; IOS XE 3.5 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 18, 625 | June 10, 2009<br><br>4.2.0 |
| 49. | clear lldp table | clear lldp table | | Cisco IOS 12.2 through 15.4; IOS XR 5.2; IOS XE 3.5 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 18, 626 | July 7, 2010<br><br>4.6.2 |

19

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 50. | clear mac-address-table dynamic | clear mac address-table dynamic | | Cisco IOS 12.2 through 15.0; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 672 | August 4, 2008 2.3.0 |
| 51. | clear spanning-tree counters | clear spanning-tree counters | | NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 1002 | December 14, 2007 2.0.0 |

20

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 52. | clock set | clock set | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 14, 283 | May 24, 2007 2.0.0 |
| 53. | clock timezone | clock timezone | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 14, 284 | May 28, 2007 2.0.0 |

21

**Appx1877**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 54. | control-plane | control-plane | | Cisco IOS 12.2 through 15.4; IOS XR 3.5 through 5.2; IOS XE 2.1 through 3.5; NX-OS 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 674 | August 22, 2009 4.3.0 |
| 55. | default-information originate | default-information originate | OSPFv2 | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1482 | August 13, 2012 4.11.0 |
| 56. | default-information originate | default-information originate | OSPFv3 | Cisco IOS 15.1 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1560 | September 24, 2012 4.11.0 |

**Appx1878**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 57. | default-metric | default-metric | OSPFv3 | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1561 | September 13, 2011 4.10.0 |
| 58. | distance bgp | distance bgp | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 31, 1638 | October 1, 2010 4.6.0 |

23

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 59. | domain-id | domain-id | | Cisco IOS 12.1 through 15.4; IOS XR 3.3 through 5.2; IOS XE 3.5 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 17, 558 | June 24, 2009 4.3.0 |
| 60. | dot1x max-reauth-req | dot1x max-reauth-req | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 18, 589 | June 20, 2013 4.13.3 |
| 61. | dot1x pae authenticator | dot1x pae authenticator | | Cisco IOS 12.4 through 15.4; IOS XE 3.5; NX-OS 5.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 18, 590 | July 8, 2013 4.13.3 |

24

**Appx1880**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 62. | dot1x port-control | dot1x port-control | | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 18, 591 | June 20, 2013 4.13.3 |
| 63. | dot1x reauthentication | dot1x reauthentication | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 18, 592 | June 20, 2013 4.13.3 |
| 64. | dot1x system-auth-control | dot1x system-auth-control | | Cisco IOS 12.4 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 18, 588 | June 20, 2013 4.13.3 |
| 65. | dot1x timeout quiet-period | dot1x timeout quiet-period | | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 18, 593 | June 20, 2013 4.13.3 |

25

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 66. | dot1x timeout reauth-period | dot1x timeout reauth-period | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 18, 594 | June 20, 2013 4.13.3 |
| 67. | dot1x timeout tx-period | dot1x timeout tx-period | | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 18, 595 | June 20, 2013 4.13.3 |
| 68. | enable secret | enable secret | | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 225 | October 7, 2005 1.0.0 |

26

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 69. | erase startup-config | erase startup-config | | Cisco IOS 11.0 through 15.4; IOS XE 2.1; | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.15.3F, User Manual, p. 15, 377 | January 2006[1] |
| 70. | errdisable detect cause link- flap | errdisable detect cause link- flap | | Cisco IOS 12.2 through 15.4 | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 677 | September 30, 2010 4.6.0 |
| 71. | errdisable recovery cause | errdisable recovery cause | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 679 | December 16, 2008 3.1.0 |

27

[1]  Arista's response to Interrogatory No. 26 claims that "erase startup-config" is not a command supported by EOS.  However, Arista's response to Interrogatory No. 9 states that this command was implemented in January 2006 by James Lingard.  Arista's user manuals confirm EOS's use of "erase startup-config" as well.  *E.g.*, at CSI-CLI-0000007244 at -7291; CSI-CLI-00007473 at -7546; CLI-00006858 at CLI-00006964.

Case 5:14-cv-05344-BLF   Document 761-10   Filed 01/17/17   Page 29 of 212

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 72. | errdisable recovery interval | errdisable recovery interval | | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 19, 680 | December 16, 2008 3.1.0 |
| 73. | flowcontrol receive | flowcontrol receive | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 16, 452 | May, 19, 2006 2.0.0 |
| 74. | flowcontrol send | flowcontrol send | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 16, 453 | May, 19, 2006 2.0.0 |

28

02099-00004/8425971.1

**Appx1884**

**Appx1884**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 75. | interface ethernet | interface ethernet | | IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 16, 456 | September 22, 2005-November 15, 2005 2.0.0 |
| 76. | interface loopback | interface loopback | | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 681 | May 13, 2009 4.2.0 |

29

02099-00004/8425971.1

|  | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 77. | interface port-channel | interface port-channel |  | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 16, 498 | January 28, 2008 2.0.0 |
| 78. | interface vlan | interface vlan |  | Cisco IOS 11.3 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 21, 803 | April 11, 2006 2.0.0 |

30

**Appx1886**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 79. | ip access-group | ip access-group | | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 22, 899 | August 22, 2009  4.3.0 |
| 80. | ip access-list | ip access-list | | Cisco IOS 11.2 through 15.4; IOS XR 3.0 through 3.3; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 22, 900 | August 22, 2009  4.3.0 |

31

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 81. | ip access-list standard | ip access-list standard | | Cisco IOS 11.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 22, 901 | August 25, 2010 4.6.0 |
| 82. | ip address | ip address | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1322 | September 22, 2005 2.0.0 |

32

**Appx1888**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 83. | ip as-path access-list | ip as-path access-list | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 3.3; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual. p. 31, 1641 | September 1, 2010 4.6.0 |
| 84. | ip community-list expanded | ip community-list expanded | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual. p. 31, 1643 | September 1, 2011 4.8.1 |

33

02099-00004/8425971.1

**Appx1889**

**Appx1889**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 85. | ip community-list standard | ip community-list standard | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 31, 1644 | September 1, 2011<br><br>4.8.1 |
| 86. | ip dhcp smart-relay | ip dhcp smart-relay | | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 5.2 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1326-27 | April 24, 2013<br><br>4.12.4 |
| 87. | ip dhcp smart-relay global | ip dhcp smart-relay global | | IOS XE 3.5; NX-OS 5.2 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1328 | May 1, 2013<br><br>4.12.4 |

34

**Appx1890**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 88. | ip dhcp snooping | ip dhcp snooping | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 17, 1329 | June 4, 2013 4.13.0 |
| 89. | ip dhcp snooping information option | ip dhcp snooping information option | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1330 | June 4, 2013 4.13.0 |
| 90. | ip dhcp snooping vlan | ip dhcp snooping vlan | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1331 | June 4, 2013 4.13.0 |
| 91. | ip domain lookup | ip domain lookup | | Cisco IOS 11.0 through 15.4; IOS XR 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 14, 295 | July 13, 2012 4.11.0 |

35

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 92. | ip domain name | ip domain-name | | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 14, 296 | September 15, 2011 2.0.0 |
| 93. | ip extcommunity-list expanded | ip extcommunity-list expanded | | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 5.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 31, 1645 | September 1, 2011 4.8.1 |

36

**Appx1892**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 94. | ip extcommunity-list standard | ip extcommunity-list standard | | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 5.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 31, 1646 | September 1, 2011 4.8.1 |
| 95. | ip helper-address | ip helper-address | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1333 | May 5, 2011 4.8.2 |

37

**Appx1893**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 96. | ip host | ip host | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 14, 297 | July 21, 2011 4.10.0 4.9.4 |
| 97. | ip http client source-interface | ip http client source-interface | | Cisco IOS 12.4 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 12, 142 | April 15, 2011 4.8.1 |
| 98. | ip icmp redirect | ip icmp redirect | | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1334 | October 24, 2011 4.8.1 |

02099-00004/8425971.1

**Appx1894**

Appx1894

Case 5:14-cv-05344-BLF   Document 761-10   Filed 01/17/17   Page 40 of 212

|  | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 99. | ip igmp last-member-query- count | ip igmp last-member-query- count |  | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 34, 1853 | April 19, 2010 4.5.0 |
| 100. | ip igmp last-member-query- interval | ip igmp last-member-query- interval |  | Cisco IOS 12.1 through 15.4; IOS XE 3.5 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 34, 1854 | April 19, 2010 4.5.0 |

39

**Appx1895**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 101. | ip igmp query-interval | ip igmp query-interval | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 34, 1857 | April 19, 2010 4.5.0 |
| 102. | ip igmp query-max-response- time | ip igmp query-max-response- time | | Cisco IOS 11.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 34, 1858 | April 19, 2010 4.5.0 |

40

**Appx1896**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 103. | ip igmp snooping | ip igmp snooping | | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 34, 1860 | August 28, 2008 2.3.0 |
| 104. | ip igmp snooping querier | ip igmp snooping querier | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 35, 1862 | August 28, 2008 2.3.0 |

41

**Appx1897**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 105. | ip igmp snooping vlan | ip igmp snooping vlan | | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 35, 1875 | August 28, 2008 2.3.0 |
| 106. | ip igmp snooping vlan immediate-leave | ip igmp snooping vlan immediate-leave | | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 35, 1876 | June 23, 2011 4.7.5 |

42

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 107. | ip igmp snooping vlan mrouter | ip igmp snooping vlan mrouter | | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 35, 1878 | August 28, 2008 2.3.0 |
| 108. | ip igmp snooping vlan static | ip igmp snooping vlan static | | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 35, 1891 | August 28, 2008 2.3.0 |

43

**Appx1899**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 109. | ip igmp startup-query- interval | ip igmp startup-query- interval | | NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 35, 1893 | April 19, 2010 4.5.0 |
| 110. | ip igmp startup-query-count | ip igmp startup-query-count | | NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 35, 1892 | April 19, 2010 4.5.0 |

44

**Appx1900**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 111. | ip igmp static-group | ip igmp static-group | | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 35, 1894 | April 19, 2010 4.5.0 |
| 112. | ip igmp version | ip igmp version | | Cisco IOS 11.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 35, 1898 | April 19, 2010 4.5.0 |

45

**Appx1901**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 113. | ip load-sharing | ip load-sharing | | Cisco IOS 11.2 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1335 | March 6, 2009<br><br>4.0.0 |
| 114. | ip local-proxy-arp | ip local-proxy-arp | | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1336 | March 14, 2012<br><br>4.9.2 |
| 115. | ip msdp cache-sa-state | ip msdp cache-sa-state | | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1977 | February 28, 2012<br><br>4.11.0 |

46

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 116. | ip msdp default-peer | ip msdp default-peer | | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1978 | August 14, 2012<br><br>4.11.0 |
| 117. | ip msdp description | ip msdp description | | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1979 | May 9, 2012<br><br>4.11.0 |
| 118. | ip msdp group-limit | ip msdp group-limit | | NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1980 | September 2, 2012<br><br>4.11.0 |

47

**Appx1903**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 119. | ip msdp keepalive | ip msdp keepalive | | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1981 | February 28, 2012 4.11.0 |
| 120. | ip msdp mesh-group | ip msdp mesh-group | | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1982 | February 28, 2012 4.11.0 |
| 121. | ip msdp originator-id | ip msdp originator-id | | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 1983 | June 13, 2012 4.11.0 |

48

**Appx1904**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 122. | ip msdp peer | ip msdp peer | | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 1984 | March 19, 2010<br><br>4.5.0 |
| 123. | ip msdp sa-filter in | ip msdp sa-filter in | | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 1986 | May 9, 2012<br><br>4.11.0 |
| 124. | ip msdp sa-filter out | ip msdp sa-filter out | | Cisco IOS 12.0 through 15.4; IOS XE 3.5; | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 1987 | May 9, 2012<br><br>4.11.0 |

49

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 125. | ip msdp sa-limit | ip msdp sa-limit | | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 1988 | September 2, 2012

4.11.0 |
| 126. | ip msdp shutdown | ip msdp shutdown | | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 1989 | May 9, 2012

4.11.0 |
| 127. | ip msdp timer | ip msdp timer | | Cisco IOS 12.1 through 15.4; IOS XE 3.5 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 1990 | May 9, 2012

4.11.0 |

50

02099-00004/8425971.1

**Appx1906**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 128. | ip multicast boundary | ip multicast boundary | | Cisco IOS 11.1 through 15.4; IOS XE 3.5 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 34, 1820-21 | June 10, 2010  4.5.0 |
| 129. | ip multicast-routing | ip multicast-routing | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 34, 1823 | February 10, 2010  4.5.0 |

51

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 130. | ip name-server | ip name-server | | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 14, 298 | September 15, 2007 2.0.0 |
| 131. | ip nat pool | ip nat pool | | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1338 | November 21, 2012 4.11.1 |
| 132. | ip nat translation tcp-timeout | ip nat translation tcp-timeout | | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1344 | January 11, 2013 4.11.3 |

52

**Appx1908**

Case 5:14-cv-05344-BLF   Document 761-10   Filed 01/17/17   Page 54 of 212

|  | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 133. | ip nat translation udp-timeout | ip nat translation udp- timeout | | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1345 | January 11, 2013 4.11.3 |
| 134. | ip ospf authentication | ip ospf authentication | | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1484 | April 27, 2009 4.3.0 |

53

**Appx1909**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 135. | ip ospf authentication-key | ip ospf authentication-key | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1485 | April 27, 2009 4.3.0 |
| 136. | ip ospf bfd | ip ospf bfd | | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 34, 1797 | February 25, 2013 4.12.3 |

54

Appx1910

|  | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 137. | ip ospf cost | ip ospf cost |  | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 3.3; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1486 | April 27, 2009 4.3.0 |
| 138. | ip ospf dead-interval | ip ospf dead-interval |  | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1487 | April 27, 2009 4.3.0 |

55

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 139. | ip ospf hello-interval | ip ospf hello-interval | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1488 | April 27, 2009 4.3.0 |
| 140. | ip ospf message-digest-key | ip ospf message-digest-key | | Cisco IOS 11.0 through 15.4; IOS XR 3.0; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1489 | April 27, 2009 4.3.0 |

56

**Appx1912**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 141. | ip ospf name-lookup | ip ospf name-lookup | | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1490 | May 27, 2009 4.3.0 |
| 142. | ip ospf network | ip ospf network | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. | March 3, 2011 4.7.0 |

57

**Appx1913**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 143. | ip ospf priority | ip ospf priority | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1492 | April 27, 2009 4.3.0 |
| 144. | ip ospf retransmit-interval | ip ospf retransmit-interval | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1493 | April 27, 2009 4.3.0 |

58

**Appx1914**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 145. | ip ospf shutdown | ip ospf shutdown | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1494 | April 27, 2009 4.3.0 |
| 146. | ip ospf transmit-delay | ip ospf transmit-delay | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1495 | April 27, 2009 4.3.0 |

59

02099-00004/8425971.1

**Appx1915**

**Appx1915**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 147. | ip pim anycast-rp | ip pim anycast-rp | | NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1934 | March 25, 2010 4.5.0 |
| 148. | ip pim bfd | ip pim bfd | | Cisco IOS 15.4; NX-OS 5.0 through 6.2 | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 34, 1798 | February 25, 2013 4.12.3 |
| 149. | ip pim bfd-instance | ip pim bfd-instance | | NX-OS 5.0 through 6.2 | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 34, 1799 | February 25, 2013 4.12.3 |

60

**Appx1916**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 150. | ip pim bsr-border | ip pim bsr-border | | Cisco IOS 11.3 through 15.4; IOS XE 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1936 | February 28, 2012 4.9.2 |
| 151. | ip pim bsr-candidate | ip pim bsr-candidate | | Cisco IOS 11.3 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1937 | February 28, 2012 4.9.2 |

61

02099-00004/8425971.1

**Appx1917**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 152. | ip pim dr-priority | ip pim dr-priority | | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1940 | March 19, 2010 4.5.0 |
| 153. | ip pim log-neighbor-changes | ip pim log-neighbor-changes | | Cisco IOS 12.4 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1942 | November 1, 2011 4.9.0 |

62

**Appx1918**

02099-00004/8425971.1

**Appx1918**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 154. | ip pim neighbor-filter | ip pim neighbor-filter | | Cisco IOS 11.3 through 15.4; IOS XE 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1943 | October 26, 2010  4.6.0 |
| 155. | ip pim query-interval | ip pim query-interval | | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1944 | March 19, 2010  4.5.0 |

63

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 156. | ip pim register-source | ip pim register-source | | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1945 | October 30, 2011 4.9.0 |
| 157. | ip pim rp-address | ip pim rp-address | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p., EOS v. 4.15.3F, User Manual, p. 36, 1946 | March 19, 2010 4.5.0 |

02099-00004/8425971.1

**Appx1920**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 158. | ip pim rp-candidate | ip pim rp-candidate | | Cisco IOS 11.3 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1947-48 | February 28, 2012 4.9.2 |
| 159. | ip pim sparse-mode | ip pim sparse-mode | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1949 | March 19, 2010 4.5.0 |

02099-00004/8425971.1

**Appx1921**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 160. | ip pim spt-threshold | ip pim spt-threshold | | Cisco IOS 11.1 through 15.4; IOS XR 3.0; IOS XE 3.5 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1951 | April 5, 2010 4.5.0 |
| 161. | ip pim spt-threshold group-list | ip pim spt-threshold group-list | | Cisco IOS 11.1 through 15.4 | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1952 | March 14, 2012 4.13.3 |
| 162. | ip pim ssm range | ip pim ssm range | | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1953 | July 7, 2011 4.8.2 |

66

**Appx1922**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 163. | ip prefix-list | ip prefix-list | | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 3.3; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 22, 902 | September 1, 2010  4.6.0 |
| 164. | ip protocol | ip protocol (Monitor Reachability Probe Transmitter) | | Cisco IOS 12.0 through 15.4 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 39, 2133 | November 24, 2012  4.13.0 |
| 165. | ip proxy-arp | ip proxy-arp | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1346 | September 22, 2005  2.0.0 |

67

**Appx1923**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 166. | ip radius source-interface | ip radius source-interface | | Cisco IOS 11.3 through 15.4; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 226 | March 28, 2011 4.9.3 |
| 167. | ip rip v2-broadcast | ip rip v2-broadcast | | Cisco IOS 12.1 through 15.4; IOS XE 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 33, 1720 | June 1, 2011 4.8.1 |

68

**Appx1924**

02099-00004/8425971.1

**Appx1924**

|  | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 168. | ip route | ip route |  | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1347-48 | September 22, 2005 2.0.0 |
| 169. | ip routing | ip routing |  | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1349 | September 22, 2005 2.0.0 |

69

**Appx1925**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 170. | ip tacacs source-interface | ip tacacs source-interface | | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 227 | January 17, 2011 4.7.0 |
| 171. | ipv6 access-list | ipv6 access-list | | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 22, 904 | May 22, 2012 4.10.1 |
| 172. | ipv6 address | ipv6 address | | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1398 | January 1, 2010 4.4.0 |

70

**Appx1926**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 173. | ipv6 dhcp relay destination | ipv6 dhcp relay destination | | Cisco IOS 12.4 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1400 | April 5, 2012 4.11.0 |
| 174. | ipv6 enable | ipv6 enable | | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1401 | January 1, 2010 4.4.0 |
| 175. | ipv6 host | ipv6 host | | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 14, 299 | July 1, 2011 4.10.0 4.9.4 |

71

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 176. | ipv6 access-group | ipv6 access-group | | Cisco IOS 12.4 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual. p. 22, 903 | May 22, 2012 4.10.1 |
| 177. | ipv6 nd managed-config-flag | ipv6 nd managed-config-flag | | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual. p. 28, 1406 | August 1, 2011 4.9.0 |
| 178. | ipv6 nd ns-interval | ipv6 nd ns-interval | | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1407 | August 1, 2012 4.11.0 |

72

02099-00004/8425971.1

**Appx1928**

**Appx1928**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 179. | ipv6 nd other-config-flag | ipv6 nd other-config-flag | | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1408 | August 1, 2011

4.9.0 |
| 180. | ipv6 nd prefix | ipv6 nd prefix | | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 5.2 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1409 | September 1, 2011

4.9.0 |

73

**Appx1929**

|  | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 181. | ipv6 nd ra interval | ipv6 nd ra interval | | Cisco IOS 12.4 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1415 | August 1, 2011 4.9.0 |
| 182. | ipv6 nd ra lifetime | ipv6 nd ra lifetime | | Cisco IOS 12.4 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1416 | August 1, 2011 4.9.0 |

74

**Appx1930**

02099-00004/8425971.1

|  | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 183. | ipv6 nd ra suppress | ipv6 nd ra suppress |  | Cisco IOS 12.4 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1418 | August 1, 2011 4.9.0 |
| 184. | ipv6 nd reachable-time | ipv6 nd reachable-time |  | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1419 | August 1, 2011 4.9.0 |

75

**Appx1931**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 185. | ipv6 nd router-preference | ipv6 nd router-preference | | Cisco IOS 12.4 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 28, 1420 | August 1, 2011  4.9.0 |
| 186. | ipv6 neighbor | ipv6 neighbor | | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 28, 1421 | December 29, 2011  4.10.0 |

76

**Appx1932**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 187. | ipv6 ospf area | ipv6 ospf area | | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1563 | June 21, 2011 4.9.0 |
| 188. | ipv6 ospf cost | ipv6 ospf cost | | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1564 | September 13, 2011 4.10.0 |

77

**Appx1933**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 189. | ipv6 ospf dead-interval | ipv6 ospf dead-interval | | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1565 | September 13, 2011 4.10.0 |
| 190. | ipv6 ospf hello-interval | ipv6 ospf hello-interval | | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1566 | September 13, 2011 4.10.0 |

78

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 191. | ipv6 ospf network | ipv6 ospf network | | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1567 | September 13, 2011 4.10.0 |
| 192. | ipv6 ospf priority | ipv6 ospf priority | | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1568 | June 21, 2011 4.9.0 |

79

**Appx1935**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 193. | ipv6 ospf retransmit-interval | ipv6 ospf retransmit-interval | | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1569 | September 13, 2011 4.10.0 |
| 194. | ipv6 ospf transmit-delay | ipv6 ospf transmit-delay | | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1570 | September 13, 2011 4.10.0 |
| 195. | ipv6 prefix-list | ipv6 prefix-list | | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 22, 906 | January 5, 2012 4.10.0 |

80

**Appx1936**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 196. | ipv6 route | ipv6 route | | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1423 | April 1, 2010 4.5.0 |
| 197. | ipv6 router ospf | ipv6 router ospf | | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1571 | June 21, 2011 4.9.0 |

81

**Appx1937**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 198. | ipv6 unicast-routing | ipv6 unicast-routing | | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1425 | April 1, 2010\n\n4.5.0 |
| 199. | isis hello-interval | isis hello-interval | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 33, 1739 | November 21, 2012\n\n4.11.2 |
| 200. | isis hello-multiplier | isis hello-multiplier | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 33, 1740 | November 21, 2012\n\n4.11.2 |

82

02099-00004/8425971.1

**Appx1938**

Case 5:14-cv-05344-BLF    Document 761-10    Filed 01/17/17    Page 84 of 212

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 201. | isis lsp-interval | isis lsp-interval | | Cisco IOS 11.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 33, 1741 | December 26, 2012<br><br>4.11.2 |
| 202. | isis metric | isis metric | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 33, 1742 | November 12, 2012<br><br>4.11.2 |
| 203. | isis passive | isis passive | | NX-OS 4.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 33, 1744 | June 3, 2013<br><br>4.13.0 |

83

**Appx1939**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 204. | isis passive interface | passive-interface | IS-IS | NX-OS 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 33, 1749 | June 2013 |
| 205. | isis priority | isis priority | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 33, 1745 | November 12, 2012 4.11.2 |
| 206. | is-type | is-type | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 33, 1746 | September 12, 2012 4.11.2 |

84

**Appx1940**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 207. | lacp port-priority | lacp port-priority | | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 16, 499 | April 18, 2008 2.1.0 |
| 208. | lacp rate | lacp rate | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 5.2 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 16, 500 | April 18, 2008 2.1.0 |

85

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 209. | lacp system-priority | lacp system-priority | | Cisco IOS 12.1 through 15.4; IOS XR 4.3 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 17, 501 | April 18, 2008 2.1.0 |
| 210. | link state group | link state group | | Cisco IOS 15.1 through 15.4; IOS XE 3.5 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 683 | July 19, 2011 4.10.1 |
| 211. | link state track | link state track | | Cisco IOS 15.1 through 15.4; IOS XE 3.5 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 684 | July 19, 2011 4.10.1 |

86

**Appx1942**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 212. | lldp holdtime | lldp holdtime | | Cisco IOS 12.2 through 15.4; IOS XR 5.2; IOS XE 3.5; NX-OS 5.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 18, 627 | March 31, 2009 4.2.0 |
| 213. | lldp receive | lldp receive | | Cisco IOS 12.2 through 15.4; NX-OS 5.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 18, 630 | March 31, 2009 4.2.0 |

87

02099-00004/8425971.1

**Appx1943**

**Appx1943**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 214. | lldp reinit | lldp reinit | | Cisco IOS 12.2 through 15.4; IOS XR 5.2; NX-OS 5.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 18, 631 | March 31, 2009  4.2.0 |
| 215. | lldp run | lldp run | | Cisco IOS 12.2 through 15.4 | EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 18, 632 | March 31, 2009  4.2.0 |

88

**Appx1944**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 216. | lldp timer | lldp timer | | Cisco IOS 12.2 through 15.4; IOS XR 5.2; IOS XE 3.5; NX-OS 5.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 18, 633 | March 31, 2009 4.2.0 |
| 217. | lldp tlv-select | lldp tlv-select | | Cisco IOS 12.2 through 15.4; IOS XR 5.2; NX-OS 5.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 18, 634 | March 31, 2009 4.2.0 |

89

**Appx1945**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 218. | lldp transmit | lldp transmit | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 5.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 18, 635 | March 31, 2009 4.2.0 |
| 219. | load interval | load interval | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 5.2 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 686 | June 27, 2008 3.0.0 |

90

**Appx1946**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 220. | log-adjacency-changes | log-adjacency-changes | OSPFv2 | Cisco IOS 12.1 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 5.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1496 | May 21, 2010 4.5.0 |
| 221. | log-adjacency-changes | log-adjacency-changes | IS-IS | IOS XR 3.0 through 5.2; NX-OS 4.0 through 6.2 | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 33, 1747 | November 6, 2012 4.11.2 |
| 222. | log-adjacency-changes | log-adjacency-changes | OSPFv3 | Cisco IOS 15.1 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1572 | September 13, 2011 4.10.0 |

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 223. | logging host | logging host | | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 12, 147 | February 10, 2006  2.0.0 |
| 224. | mac access-group | mac access-group | | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 22, 907 | April 19, 2010  4.5.0 |
| 225. | mac access-list | mac access-list | | NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 22, 908 | April 19, 2010  4.5.0 |

**Appx1948**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 226. | mac address-table aging-time | mac address-table aging-time | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 687 | February 2, 1006 2.0.0 |
| 227. | mac address-table static | mac address-table static | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 688 | February 13, 2006 2.0.0 |

93

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 228. | mac-address | mac-address | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 16, 459 | September 22, 2005  2.0.0 |
| 229. | maximum-paths | maximum-paths | OSPF | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. | March 7, 2011  4.6.3 |
| 230. | maximum-paths | maximum-paths | OSPFv3 | Cisco IOS 15.1 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1574 | December 15, 2011  4.10.0 |

94

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 231. | neighbor activate | neighbor activate | | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 31, 1648 | February 13, 2012 4.10.0 |
| 232. | neighbor allowas-in | neighbor allowas-in | | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 31, 1649 | February 22, 2012 4.10.0 |
| 233. | neighbor default-originate | neighbor default-originate | | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 31, 1650 | July 25, 2013 4.13.0 |

95

**Appx1951**

02099-00004/8425971.1

**Appx1951**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 234. | neighbor description | neighbor description | | Cisco IOS 11.3 through 15.4; IOS XE 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 31, 1651 | February 10, 2011 4.7.0 |
| 235. | neighbor ebgp-multihop | neighbor ebgp-multihop | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 31, 1652 | March 2, 2011 4.7.0 |
| 236. | neighbor fall-over bfd | neighbor fall-over bfd | | Cisco IOS 12.2 through 15.4; IOS XE 3.5 | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 34, 1800 | February 25, 2013 4.12.3 |

96

**Appx1952**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 237. | neighbor local-as | neighbor local-as | | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 31, 1656 | September 24, 2010 4.6.0 |
| 238. | neighbor next-hop-self | neighbor next-hop-self | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1660 | November 10, 2010 4.6.0 |

97

02099-00004/8425971.1

**Appx1953**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 239. | neighbor password | neighbor password | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1662 | October 6, 2010<br><br>4.6.0 |
| 240. | neighbor peer-group | neighbor peer-group | assigning members (C)<br><br>neighbor assignment (A) | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1665 | December 19, 2011<br><br>4.9.0 |

98

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 241. | neighbor peer-group | neighbor peer-group | creating (C)  create (A) | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1663-34 | May 24, 2011  4.7.4 |
| 242. | neighbor remote-as | neighbor remote-as | | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1666 | November 17, 2009  4.4.0 |

99

**Appx1955**

02099-00004/8425971.1

|  | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 243. | neighbor remove-private-as | neighbor remove-private-as |  | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1667 | May 9, 2011 4.8.1 |
| 244. | neighbor route-map | neighbor route-map | BGP | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1668 | September 7, 2010 4.6.0 |

100

**Appx1956**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 245. | neighbor route-reflector- client | neighbor route-reflector- client | | Cisco IOS 11.1 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1669 | October 31, 2011 4.8.3 |
| 246. | neighbor send-community | neighbor send-community | | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1670 | September 7, 2011 4.8.1 |

02099-00004/8425971.1

**Appx1957**

Appx1957

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 247. | neighbor shutdown | neighbor shutdown | | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1671 | February 1, 2011 4.7.0 |
| 248. | neighbor soft-reconfiguration | neighbor soft-reconfiguration | | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1672 | November 11, 2011 4.9.0 |

102

**Appx1958**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 249. | neighbor timers | neighbor timers | | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1673 | September 24, 2010  4.6.0 |
| 250. | neighbor transport connection-mode | neighbor transport connection-mode | | Cisco IOS 12.4 through 15.4 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 32, 1674 | September 20, 2012  4.11.0 |
| 251. | neighbor update-source | neighbor update-source | | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.7M, EOS v. 4.13.6F, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 32, 1675 | March 2, 2011  4.7.0 |

103

**Appx1959**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 252. | neighbor weight | neighbor weight | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 32, 1676 | August 8, 2012<br><br>4.10.2 |
| 253. | network area | network area | OSPFv2 | Cisco IOS 11.0 through 15.4; IOS XR 3.0; IOS XE 3.5 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 29, 1500 | April 27, 2009<br><br>4.3.0 |
| 254. | no snmp-server | no snmp-server | | Cisco IOS 11.0 through 15.4; IOS XR 5.2; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 37, 2026 | February 13, 2008<br><br>2.1.0 |

104

**Appx1960**

02099-00004/8425971.1

**Appx1960**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 255. | ntp authenticate | ntp authenticate | | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 14, 300 | December 17, 2012 4.12.3 |
| 256. | ntp authentication-key | ntp authentication-key | | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 14, 301 | October 30, 2012 4.12.3 |
| 257. | ntp server | ntp server | | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 14, 304 | May 7, 2007 2.0.0 |

105

**Appx1961**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 258. | ntp source | ntp source | | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 14, 306 | August 31, 2010 4.6.2 |
| 259. | ntp trusted-key | ntp trusted-key | | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 14, 307 | October 30, 2012 4.12.3 |
| 260. | passive-interface | passive-interface <interface> | OSPFv2 | Cisco IOS 11.0 through 15.4; NX-OS 5.2 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 29, 1503 | June 1, 2009 4.3.0 (OSPFv3) |

106

**Appx1962**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 261. | passive-interface | passive-interface | OSPFv3 | Cisco IOS 15.1 through 15.4; IOS XE 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 30, 1576 | September 13, 2011 4.10.0 |
| 262. | passive-interface default | passive-interface default | OSPFv2 | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 29, 1502 | March 2, 2012 4.10.0 |
| 263. | policy-map type control- plane | policy-map type control- plane | | NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 26, 1248 | January 20, 2012 4.10.0–SSO |

107

**Appx1963**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 264. | policy-map type qos | policy-map type qos | | IOS XR 5.2; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 26, 1250 | July 8, 2012 4.11.0 |
| 265. | port-channel load-balance | port-channel load-balance | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 5.2 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 17, 508 | April 18, 2008 2.1.0 |
| 266. | port-channel min-links | port-channel min-links | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 17, 517 | June 9, 2010 4.5.0 |

108

**Appx1964**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 267. | ptp priority1 | ptp priority1 | PTP | Cisco IOS 15.0 through 15.4; IOS XR 4.3 through 5.2; IOS XE 3.5; NX-OS 5.2 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 14, 321 | March 15, 2012 4.10.1 |
| 268. | ptp priority2 | ptp priority2 | PTP | Cisco IOS 15.0 through 15.4; IOS XR 4.3 through 5.2; IOS XE 3.5; NX-OS 5.2 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 14, 322 | March 15, 2012 4.10.1 |
| 269. | priority-flow-control mode | priority-flow-control mode | | NX-OS 5.2 through 6.2 | EOS v. 4.4.0, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 18, 608 | January 27, 2010 4.4.0 |

109

**Appx1965**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 270. | private-vlan | private-vlan | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 21, 806 | November 8, 2011 4.9.0 |
| 271. | private-vlan mapping | private-vlan mapping | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 21, 807 | December 7, 2011 4.9.0 |
| 272. | ptp domain | ptp domain | | NX-OS 5.2 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 14, 314 | March 20, 2012 4.10.1 |

110

**Appx1966**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 273. | ptp sync interval | ptp sync interval | | NX-OS 5.2 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 14, 324 | March 15, 2012 4.10.1 |
| 274. | radius-server deadtime | radius-server deadtime | | Cisco IOS 11.1 through 15.4; IOS XR 3.3 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 13, 230 | June 5, 2009 4.2.0 |
| 275. | radius-server host | radius-server host | | Cisco IOS 11.1 through 15.4; IOS XR 4.3 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 13, 231 | May 19, 2009 4.2.0 |

111

**Appx1967**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 276. | radius-server key | radius-server key | | Cisco IOS 11.1 through 15.4; IOS XR 3.2 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 13, 233 | May 19, 2009 4.2.0 |
| 277. | radius-server retransmit | radius-server retransmit | | Cisco IOS 11.1 through 15.4; IOS XR 3.2 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 13, 234 | May 29, 2009 4.2.0 |

112

**Appx1968**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 278. | radius-server timeout | radius-server timeout | | Cisco IOS 11.1 through 15.4; IOS XR 3.2 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 13, 235 | May 19, 2009 4.2.0 |
| 279. | redundancy force-switchover | redundancy force-switchover | | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 15, 380 | March 29, 2006 2.2.0 |
| 280. | route-map | route-map | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 3.3; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 22, 922 | August 4, 2010 4.6.0 |

113

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 281. | router bgp | router bgp | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 32, 1681 | November 17, 2009<br><br>4.4.0 |
| 282. | router isis | router isis | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 33, 1751 | September 7, 2012<br><br>4.11.2 |
| 283. | router ospf | router ospf | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 29, 1507 | April 27, 2009<br><br>4.3.0 |

114

**Appx1970**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 284. | router rip | router rip | | Cisco IOS 11.0 through 15.4; IOS XR 3.3 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 33, 1723 | June 12, 2011<br><br>4.8.1 |
| 285. | router-id | router-id | OSPFv2 | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 29, 1506 | April 27, 2009<br><br>4.3.0 |
| 286. | router-id | router-id | OSPFv3 | Cisco IOS 15.1 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 30, 1578 | June 21, 2011<br><br>4.9.0 |

115

**Appx1971**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 287. | routing-context vrf | routing-context vrf | | Cisco IOS 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 27, 1354 | July 6, 2012<br><br>4.11.0 |
| 288. | service sequence-numbers | service sequence-numbers | | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 15, 384 | September 17, 2005<br><br>1.0.0 |
| 289. | set-overload-bit | set-overload-bit | | Cisco IOS 11.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 33, 1752 | November 18, 2012<br><br>4.11.2 |

**Appx1972**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 290. | show aaa method-lists | show aaa method-lists | | Cisco IOS 12.2 through 15.4; IOS XE 3.5 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 13, 242 | August 4, 2008 2.2.0 |
| 291. | show aaa sessions | show aaa sessions | | Cisco IOS 15.2 through 15.4; IOS XE 3.5 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 13, 243 | November 12, 2008 3.0.0 |

117

**Appx1973**

02099-00004/8425971.1

Case 5:14-cv-05344-BLF  Document 761-10  Filed 01/17/17  Page 119 of 212

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 292. | show arp | show arp | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 27, 1355 | October 22, 2007 2.0.0 |
| 293. | show bfd neighbors | show bfd neighbors | | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 6.2 | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 34, 1801 | February 25, 2013 4.12.3 |
| 294. | show clock | show clock | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 15, 329 | May 1, 2007 2.0.0 |

118

**Appx1974**

02099-00004/8425971.1

**Appx1974**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 295. | show dot1q-tunnel | show dot1q-tunnel | | Cisco IOS 12.2 through 15.4; NX-OS 5.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 21, 808 | July 7, 2009 4.3.0 |
| 296. | show dot1x | show dot1x | | Cisco IOS 12.1 through 15.4; EOS XE 3.5, NX-OS 4.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 18, 596 | |
| 297. | show dot1x all summary | show dot1x all summary | | Cisco IOS 12.1 through 15.4; NX-OS 4.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 18, 598 | August 13, 2013 4.13.3 |
| 298. | show dot1x statistics | show dot1x statistics | | Cisco IOS 12.2 through 15.4; IOS XE 3.5 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 18, 597 | |

119

**Appx1975**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 299. | show environment all | show environment all | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 16, 425 | October 1, 2007 2.0.0 |
| 300. | show environment cooling | show environment cooling | | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 16, 426 | January 5, 2007 2.0.0 |

120

**Appx1976**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 301. | show environment power | show environment power | | IOS XR 3.0 through 5.2; NX-OS 5.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 16, 427 | April 24, 2007 2.0.0 |
| 302. | show environment temperature | show environment temperature | | Cisco IOS 11.2 through 12.1; IOS XR 3.0 through 5.2; IOS XE 2.1 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 16, 428 | January 5, 2007 2.0.0 |

121

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 303. | show etherchannel | show etherchannel | | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 17, 518 | October 8, 2010 4.7.0 |
| 304. | show hostname | show hostname | | NX-OS 4.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 15, 336 | July 18, 2013 4.13.0 |
| 305. | show hosts | show hosts | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 15, 337 | July 21, 2011 4.10.0 |

122

**Appx1978**

02099-00004/8425971.1

**Appx1978**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 306. | show interfaces | show interfaces | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 706 | September 22, 2005 2.0.0 |
| 307. | show interfaces capabilities | show interfaces capabilities | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 16, 462 | May 19, 2006 2.0.0 |

123

**Appx1979**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 308. | show interfaces description | show interfaces description | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 708 | March 9, 2006 2.0.0 |
| 309. | show interfaces flowcontrol | show flowcontrol | | IOS 12.2 through 15.4; IOS XE 3.5 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 16, 460 | May 19, 2006 2.0.0 |

124

**Appx1980**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 310. | show interfaces private-vlan mapping | show interfaces private-vlan mapping | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 21, 809 | December 7, 2011  4.9.0 |
| 311. | show interfaces status | show interfaces status | | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 6.2 | EOS v. 4.0.1, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 16, 471 | May 19, 2006  2.0.0 |

125

**Appx1981**

02099-00004/8425971.1

|  | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 312. | show interfaces switchport | show interfaces switchport |  | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 21, 810 | February 9, 2006 2.0.0 |
| 313. | show interfaces switchport backup | show interfaces switchport backup |  | Cisco IOS 12.2 through 15.4; IOS XE 3.5 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 21, 811 | June 4, 2008 2.1.0 |

126

**Appx1982**

Case 5:14-cv-05344-BLF   Document 761-10   Filed 01/17/17   Page 128 of 212

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 314. | show interfaces transceiver | show interfaces transceiver | | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 16, 473 | February 24, 2011  4.7.0 |
| 315. | show interfaces trunk | show interfaces trunk | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 21, 812 | September 16, 2010  4.6.0 |

127

**Appx1983**

02099-00004/8425971.1

**Appx1983**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 316. | show inventory | show inventory | | Cisco IOS 12.4 through 15.4; IOS XR 3.3 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 11, 75 | September 13, 2007 2.0.0 |
| 317. | show ip access-lists | show ip access-lists | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 22, 930 | August 22, 2009 4.3.0 |

**Appx1984**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 318. | show ip arp | show ip arp | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1358 | October 22, 2007  2.0.0 |
| 319. | show ip bgp | show ip bgp | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 3.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1684 | December 16, 2009  4.4.0 |

129

**Appx1985**

**Appx1985**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 320. | show ip bgp community | show ip bgp community | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1685 | December 20, 2011<br><br>4.9.0 |
| 321. | show ip bgp neighbors | show ip bgp neighbors | route type | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1688 | December 16, 2009<br><br>4.4.0 |

02099-00004/8425971.1

**Appx1986**

**Appx1986**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 322. | show ip bgp neighbors | show ip bgp neighbors | | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1686 | December 16, 2009 4.4.0 |
| 323. | show ip bgp paths | show ip bgp paths | | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1692 | December 16, 2009 4.4.0 |

131

02099-00004/8425971.1

Case 5:14-cv-05344-BLF    Document 761-10    Filed 01/17/17    Page 133 of 212

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 324. | show ip bgp peer-group | show ip bgp peer-group | | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1693 | June 23, 2011 4.7.4 |
| 325. | show ip bgp regexp | show ip bgp regexp | | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1694 | June 26, 2013 4.13.0 |
| 326. | show ip bgp summary | show ip bgp summary | | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1695 | December 21, 2009 4.4.0 |

132

**Appx1988**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 327. | show ip community-list | show ip community-list | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1696 | September 7, 2011 4.8.1 |
| 328. | show ip dhcp snooping | show ip dhcp snooping | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1362 | June 4, 2013 4.13.0 |
| 329. | show ip extcommunity-list | show ip extcommunity-list | | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1697 | September 7, 2011 4.8.1 |

133

**Appx1989**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 330. | show ip helper-address | show ip helper-address | | Cisco IOS 12.4 through 15.4; IOS XE 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1365 | May 5, 2011 4.8.2 |
| 331. | show ip igmp groups | show ip igmp groups | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 35, 1901 | April 26, 2010 4.5.0 |

134

**Appx1990**

02099-00004/8425971.1

Case 5:14-cv-05344-BLF   Document 761-10   Filed 01/17/17   Page 136 of 212

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 332. | show ip igmp interface | show ip igmp interface | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 35, 1904 | April 19, 2010 4.5.0 |
| 333. | show ip igmp snooping | show ip igmp snooping | | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 35, 1907 | August 28, 2008 2.3.0 |

135

**Appx1991**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 334. | show ip igmp snooping groups | show ip igmp snooping groups | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 35, 1910 | August 28, 2008 2.3.0 |
| 335. | show ip igmp snooping mrouter | show ip igmp snooping mrouter | | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 35, 1914 | August 28, 2008 2.3.0 |

136

**Appx1992**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 336. | show ip igmp snooping querier | show ip igmp snooping querier | | Cisco IOS 12.4 through 15.4; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1915 | August 28, 2008 2.3.0 |
| 337. | show ip interface | show ip interface | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1366 | September 22, 2005 2.0.0 |

137

**Appx1993**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 338. | show ip interface brief | show ip interface brief | | Cisco IOS 12.4 through 15.4; IOS XR 3.4 through 5.2; IOS XE 3.5 | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1367 | February 26, 2009 4.0.0 |
| 339. | show ip mfib | show ip mfib | | Cisco IOS 15.0 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 34, 1824 | March 31, 2010 4.5.0 |

138

**Appx1994**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 340. | show ip mroute | show ip mroute | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 34, 1826 | March 20, 2010 4.5.0 |
| 341. | show ip mroute count | show ip mroute count | | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 34, 1827 | November 16, 2010 4.6.0 |
| 342. | show ip msdp mesh-group | show ip msdp mesh-group | | NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 1991 | July 30, 2012 4.11.0 |

139

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 343. | show ip msdp peer | show ip msdp peer | | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 1992 | March 20, 2010 4.11.0 |
| 344. | show ip msdp rpf-peer | show ip msdp rpf-peer | | Cisco IOS 12.4 through 15.4; IOS XE 3.5 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 1994 | August 30, 2012 4.11.0 |
| 345. | show ip msdp sa-cache | show ip msdp sa-cache | | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 1995 | March 20, 2010 4.11.0 |

140

**Appx1996**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 346. | show ip msdp summary | show ip msdp summary | | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 1997 | December 29, 2012 4.12.0 |
| 347. | show ip nat translations | show ip nat translations | | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1370 | June 19, 2012 4.10.0-7150 |
| 348. | show ip ospf | show ip ospf | | Cisco IOS 11.0 through 15.4; IOS XR 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1508 | May 26, 2009 4.3.0 |

141

**Appx1997**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 349. | show ip ospf border-routers | show ip ospf border-routers | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1510 | May 24, 2010  4.5.0 |
| 350. | show ip ospf database database-summary | show ip ospf database database-summary | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1511 | July 16, 2009  4.3.0 |

142

**Appx1998**

02099-00004/8425971.1

**Appx1998**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 351. | show ip ospf interface | show ip ospf interface | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1516 | May 26, 2009 4.3.0 |
| 352. | show ip ospf neighbor | show ip ospf neighbor | | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1519 | May 26, 2009 4.3.0 |

143

**Appx1999**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 353. | show ip ospf request-list | show ip ospf request-list | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1523 | May 24, 2010<br>4.5.0 |
| 354. | show ip ospf retransmission- list | show ip ospf retransmission- list | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1524 | May 24, 2010<br>4.5.0 |

144

**Appx2000**

02099-00004/8425971.1

**Appx2000**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 355. | show ip pim interface | show ip pim interface | | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1956 | March 20, 2010 4.5.0 |
| 356. | show ip pim neighbor | show ip pim neighbor | | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1957 | March 20, 2010 4.5.0 |

145

**Appx2001**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 357. | show ip pim rp | show ip pim rp | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1960 | March 20, 2010 4.5.0 |
| 358. | show ip pim rp-hash | show ip pim rp-hash | | Cisco IOS 11.3 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1962 | October 24, 2013 4.14.0 |
| 359. | show ip prefix-list | show ip prefix-list | | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 22, 931 | September 26, 2010 4.6.0 |

146

**Appx2002**

02099-00004/8425971.1

**Appx2002**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 360. | show ip rip database | show ip rip database | | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 33, 1724 | June 17, 2011 4.8.1 |
| 361. | show ip rip neighbors | show ip rip neighbors | | Cisco IOS 15.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 33, 1725 | January 31, 2009 4.3.0 |

147

**Appx2003**

02099-00004/8425971.1

**Appx2003**

Case 5:14-cv-05344-BLF   Document 761-10   Filed 01/17/17   Page 149 of 212

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 362. | show ip route | show ip route | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 1371 | September 22, 2005 2.0.0 |
| 363. | show ip route summary | show ip route summary | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1376 | August 15, 2011 4.8.1 |

148

**Appx2004**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 364. | show ip route tag | show ip route tag | | Cisco IOS 15.2 through 15.4 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1377 | August 28, 2011 4.8.1 |
| 365. | show ipv6 access-list | show ipv6 access-list | | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 22, 932 | May 22, 2012 4.10.1 |
| 366. | show ipv6 bgp | show ipv6 bgp | | NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1698 | December 8, 2011 4.10.0-SSO |

149

**Appx2005**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 367. | show ipv6 bgp community | show ipv6 bgp community | | Cisco IOS 12.2; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1699 | February 27, 2012 4.10.0-SSO |
| 368. | show ipv6 bgp neighbors | show ipv6 bgp neighbors | | NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1700 | February 14, 2012 4.10.0-SSO |

150

**Appx2006**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 369. | show ipv6 bgp summary | show ipv6 bgp summary | | NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1706 | March 27, 2012 4.10.0-SSO |
| 370. | show ipv6 interface | show ipv6 interface | | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1430 | January 7, 2010 4.4.0 |

151

**Appx2007**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 371. | show ipv6 neighbors | show ipv6 neighbors | | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1432 | December 29, 2011 4.10.0-SSO |
| 372. | show ipv6 ospf | show ipv6 ospf | | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1579 | June 21, 2011 4.9.0 |

152

**Appx2008**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 373. | show ipv6 ospf border- routers | show ipv6 ospf border- routers | | Cisco IOS 12.2; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1580 | June 21, 2011 4.9.0 |
| 374. | show ipv6 ospf interface | show ipv6 ospf interface | | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 31, 1590 | June 21, 2011 4.9.0 |

153

**Appx2009**

02009-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 375. | show ipv6 ospf neighbor | show ipv6 ospf neighbor | | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 31, 1591 | June 21, 2011 4.9.0 |
| 376. | show ipv6 prefix-list | show ipv6 prefix-list | | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 22, 933 | January 5, 2012 4.10.0-SSO |
| 377. | show ipv6 route | show ipv6 route | | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1433 | April 9, 2010 4.5.0 |

154

Appx2010

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 378. | show ipv6 route summary | show ipv6 route summary | | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 5.2 | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1437 | September 27, 2012 4.12.0 |
| 379. | show ipv6 route tag | show ipv6 route tag | | Cisco IOS 15.2 through 15.4 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1438 | August 29, 2011 4.8.1 |
| 380. | show isis database | show isis database | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 33, 1753 | September 26, 2012 4.11.2 |

155

**Appx2011**

**Appx2011**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 381. | show isis interface | show isis interface | | IOS XR 3.0 through 5.2; NX-OS 4.0 through 6.2 | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 33, 1755 | October 24, 2012 4.11.2 |
| 382. | show isis topology | show isis topology | | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 33, 1760 | May 30, 2013 4.13.0 |
| 383. | show lacp counters | show lacp counters | | IOS XR 3.2 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 17, 520 | April 30, 2008 2.1.0 |

156

**Appx2012**

**Appx2012**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 384. | show lacp interface | show lacp interface | | NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 17,521 | April 30, 2008 2.1.0 |
| 385. | show lacp neighbor | show lacp neighbor | | NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 17,524 | April 30, 2008 2.1.0 |

157

**Appx2013**

02099-00004/8425971.1

**Appx2013**

|  | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 386. | show link state group | show link state group | | Cisco IOS 15.1 through 15.4; IOS XE 3.5 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 709 | July 19, 2011 4.10.1 |
| 387. | show lldp | show lldp | | Cisco IOS 12.2 through 15.4; IOS XR 4.3 through 5.2; IOS XE 3.5 | EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 18, 636 | April 3, 2009 4.2.0 |
| 388. | show lldp neighbors | show lldp neighbors | | Cisco IOS 15.4; IOS XR 4.3 through 5.2; IOS XE 3.5; NX-OS 5.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 18, 639 | April 3, 2009 4.2.0 |

158

**Appx2014**

**Appx2014**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 389. | show lldp traffic | show lldp traffic | | Cisco IOS 15.4; IOS XR 4.3 through 5.2; IOS XE 3.5; NX-OS 5.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 18, 641 | April 3, 2009 4.2.0 |
| 390. | show mac access-list | show mac access-list | | Cisco IOS 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 22, 934 | April 19, 2010 4.5.0 |

159

**Appx2015**

02099-00004/8425971.1

**Appx2015**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 391. | show mac address-table | show mac address-table | | Cisco IOS 11.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 710 | February 2, 2006 2.0.0 |
| 392. | show mac address-table aging time | show mac address-table aging time | | Cisco IOS 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 712 | February 2, 2006 2.0.0 |

160

**Appx2016**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 393. | show mac address-table count | show mac address-table count | | IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 713 | February 2, 2006<br><br>2.0.0 |
| 394. | show module | show module | | Cisco IOS 12.2 through 15.4; IOS XR 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 12, 167 | March 9, 2006<br><br>2.0.0 |
| 395. | show monitor session | show monitor session | | Cisco IOS 12.2 through 15.0; IOS XR 5.2; IOS XE 2.1; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 721 | September 23, 2008<br><br>3.0.0 |

161

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 396. | show ntp associations | show ntp associations | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 15, 340 | May 8, 2007 2.0.0 |
| 397. | show ntp status | show ntp status | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 15, 341 | May 8, 2007 2.0.0 |
| 398. | show policy-map control-plane | show policy-map type control-plane | | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 26, 1273 | January 20, 2012 4.10.0-SSO |

162

**Appx2018**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 399. | show policy-map interface | show policy-map interface type qos | | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 6.2 | EOS v. 4.11.1.2, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 26, 1278 | January 20, 2012 4.10.0-SSO |
| 400. | show policy-map interface control-plane | show policy-map interface control-plane | | NX-OS 5.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 26, 1277 | January 20, 2012 4.10.0-SSO |
| 401. | show port-channel summary | show port-channel summary | | NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 17, 532 | June 28, 2010 4.6.0 |

163

**Appx2019**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 402. | show port-channel traffic | show port-channel traffic | | NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 17, 533 | December 20, 2010<br><br>4.7.0 |
| 403. | show port-security | show port-security | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 722 | March 23, 2010<br><br>4.4.0 |

**Appx2020**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 404. | show port-security address | show port-security address | | Cisco IOS 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 723 | March 23, 2010 4.4.0 |
| 405. | show port-security interface | show port-security interface | | IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 20, 724 | March 23, 2010 4.4.0 |

165

**Appx2021**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 406. | show privilege | show privilege | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 244 | October 6, 2008 3.0.0 |
| 407. | show ptp clock | show ptp clock | | NX-OS 5.2 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 15, 343 | March 20, 2012 4.11.0 |
| 408. | show ptp parent | show ptp parent | | NX-OS 5.2 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 15, 347 | September 6, 2012 4.11.0 |

166

**Appx2022**

**Appx2022**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 409. | show ptp time-property | show ptp time-property | | NX-OS 5.2 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 15, 349 | September 10, 2012 4.11.0 |
| 410. | show radius | show radius | | IOS XR 3.2 through 5.2; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 245 | May 19, 2009 4.2.0 |
| 411. | show redundancy states | show redundancy states | | Cisco IOS 12.2 through 15.4; IOS XR 5.2; IOS XR XE 3.5 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 15, 386 | March 29, 2006 2.0.0 |

167

02099-00004/8425971.1

**Appx2023**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 412. | show reload | show reload | | Cisco IOS 11.0 through 15.4; IOS XE 2.1 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 15, 388 | May 29, 2009 4.2.0 |
| 413. | show role | show role | | NX-OS 4.0 through 6.2 | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 246 | July 30, 2012 4.11.2 |
| 414. | show route-map | show route-map | | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 22, 935 | August 4, 2010 4.6.0 |

168

**Appx2024**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 415. | show snmp | show snmp | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2027 | December 24, 2007 2.1.0 |
| 416. | show snmp chassis | show snmp chassis | | Cisco IOS 12.4 through 15.4; IOS XE 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2028 | January 4, 2008 2.1.0 |

169

**Appx2025**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 417. | show snmp community | show snmp community | | Cisco IOS 12.4 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2029 | January 29, 2008<br><br>2.1.0 |
| 418. | show snmp contact | show snmp contact | | Cisco IOS 12.4 through 15.4; IOS XE 3.5 | EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2030 | December 24, 2007<br><br>2.1.0 |

170

**Appx2026**

02099-00004/8425971.1

**Appx2026**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 419. | show snmp engineID | show snmp engineID | | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2031 | January 29, 2008 2.1.0 |
| 420. | show snmp group | show snmp group | | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2032 | January 29, 2008 2.1.0 |

171

**Appx2027**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 421. | show snmp host | show snmp host | | Cisco IOS 12.4 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2033 | January 29, 2008 2.1.0 |
| 422. | show snmp location | show snmp location | | Cisco IOS 12.4 through 15.4; IOS XE 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2034 | December 24, 2007 2.1.0 |

172

**Appx2028**

02099-00004/8425971.1

|  | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 423. | show snmp mib | show snmp mib |  | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2035 | July 26, 2013 4.10.7 |
| 424. | show snmp source-interface | show snmp source-interface |  | NX-OS 5.0 through 6.2 | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2036 | December 27, 2012 4.12.0 |
| 425. | show snmp trap | show snmp trap |  | NX-OS 4.0 through 6.2 | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2037 | June 25, 2012 4.11.0 |

173

**Appx2029**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 426. | show snmp user | show snmp user | | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2038 | January 29, 2008 2.1.0 |
| 427. | show snmp view | show snmp view | | Cisco IOS 12.4 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2039 | January 29, 2008 |

174

**Appx2030**

02099-00004/8425971.1

Case 5:14-cv-05344-BLF　Document 761-10　Filed 01/17/17　Page 176 of 212

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 428. | show spanning-tree | show spanning-tree | | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 1010 | August 20, 2007<br><br>2.0.0 |
| 429. | show spanning-tree blockedports | show spanning-tree blockedports | | NX-OS 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 1013 | December 7, 2007<br><br>2.0.0 |

175

**Appx2031**

02099-00004/8425971.1

|  | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 430. | show spanning-tree bridge | show spanning-tree bridge |  | NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2.1, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 1014 | August 20, 2007 2.0.0 |
| 431. | show spanning-tree interface | show spanning-tree interface |  | NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2.1, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 1016 | August 20, 2007 2.0.0 |

176

**Appx2032**

02099-00004/8425971.1

**Appx2032**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 432. | show spanning-tree mst | show spanning-tree mst | | Cisco IOS 12.2 through 15.4; IOS XR 4.3 through 5.2; IOS XE 2.1; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 1017 | August 20, 2007 2.0.0 |
| 433. | show spanning-tree mst configuration | show spanning-tree mst configuration | | Cisco IOS 15.4; IOS XR 4.3 through 5.2; IOS XE 2.1; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 1019 | December 7, 2007 2.0.0 |

177

**Appx2033**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 434. | show spanning-tree mst interface | show spanning-tree mst interface | | IOS XR 4.3 through 5.2; NX-OS 6.2 | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 1020 | August 20, 2007 2.0.0 |
| 435. | show spanning-tree root | show spanning-tree root | | NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 1022 | August 20, 2007 2.0.0 |

178

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 436. | show storm-control | show storm-control | | Cisco IOS 12.2 through 15.4; IOS XE 3.5 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 20, 725 | July 30, 2010 4.6.0 |
| 437. | show tacacs | show tacacs | | Cisco IOS 11.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 247 | June 4, 2008 2.1.0 |

179

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 438. | show track | show track | | Cisco IOS 12.2 through 15.4; IOS XR 4.3 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 20, 727 | December 28, 2011 4.10.0-SSO |
| 439. | show user-account | show user-account | | NX-OS 4.0 through 6.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 248 | October 29, 2010 4.7.0 |
| 440. | show version | show version | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 12, 172 | December 12, 2006 2.0.0 |

180

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 441. | show vlan | show vlan | | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 21, 814 | February 7, 2006 2.0.0 |
| 442. | show vlan private-vlan | show vlan private-vlan | | NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 21, 818 | November 8, 2011 4.7.0 |

181

02099-00004/8425971.1

|  | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 443. | show vlan summary | show vlan summary |  | NX-OS 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 21, 819 | April 5, 2006 2.0.0 |
| 444. | show vrf | show vrf |  | Cisco IOS 12.2 through 15.4; IOS XR 3.5 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1380 | August 30, 2011 4.10.0 |

182

**Appx2038**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 445. | show vrrp | show vrrp | | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 961 | February 15, 2010<br><br>4.4.0 |
| 446. | snmp trap link-status | snmp trap link-status | | Cisco IOS 11.0 through 15.4; IOS XR 5.2; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 38, 2055 | November 7, 2009<br><br>4.4.0 |

183

**Appx2039**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 447. | snmp-server chassis-id | snmp-server chassis-id | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2040 | January 4, 2008  2.1.0 |
| 448. | snmp-server community | snmp-server community | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2041 | December 24, 2007  2.1.0 |

184

**Appx2040**

02099-00004/8425971.1

**Appx2040**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 449. | snmp-server contact | snmp-server contact | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2042 | December 24, 2007 2.1.0 |
| 450. | snmp-server enable traps | snmp-server enable traps | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2043 | December 1, 2010 4.7.0 |

185

**Appx2041**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 451. | snmp-server engineID local | snmp-server engineID local | | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2044 | January 18, 2008 2.1.0 |
| 452. | snmp-server engineID remote | snmp-server engineID remote | | Cisco IOS 12.1 through 15.4; IOS XR 4.3 through 5.2; IOS XE 2.1 through 3.5 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2045 | February 27, 2008 2.1.0 |

186

**Appx2042**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 453. | snmp-server group | snmp-server group | | Cisco IOS 11.3 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 38, 2047 | January 15, 2008 2.1.0 |
| 454. | snmp-server host | snmp-server host | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 38, 2048 | January 15, 2008 2.1.0 |

187

**Appx2043**

02099-00004/8425971.1

**Appx2043**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 455. | snmp-server location | snmp-server location | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 38, 2050 | December 24, 2007 2.1.0 |
| 456. | snmp-server source-interface | snmp-server source-interface | | Cisco IOS 12.2 through 15.4; IOS XE 2.1; NX-OS 5.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 38, 2051 | January 4, 2011 4.7.0 |

188

**Appx2044**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 457. | snmp-server user | snmp-server user | | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 38, 2052 | January 10, 2008 2.1.0 |
| 458. | snmp-server view | snmp-server view | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 38, 2053 | January 4, 2008 2.1.0 |

189

**Appx2045**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 459. | spanning-tree bpdufilter | spanning-tree bpdufilter | | Cisco IOS 12.2 through 15.4; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 1024 | October 13, 2009 4.3.0 |
| 460. | spanning-tree bpduguard | spanning-tree bpduguard | | Cisco IOS 12.2; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 1025 | December 18, 2008 3.1.0 |

190

**Appx2046**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 461. | spanning-tree bridge assurance | spanning-tree bridge assurance | | NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 24, 1030 | August 6, 2010  4.6.0 |
| 462. | spanning-tree cost | spanning-tree cost | | Cisco IOS 12.0 through 15.4; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 24, 1031 | August 20, 2007  2.0.0 |

191

**Appx2047**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 463. | spanning-tree guard | spanning-tree guard | | Cisco IOS 12.2; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 24, 1033 | July 7, 2010 4.6.0 |
| 464. | spanning-tree link-type | spanning-tree link-type | | Cisco IOS 12.2; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 24, 1035 | August 20, 2007 2.0.0 |

192

**Appx2048**

02099-00004/8425971.1

**Appx2048**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 465. | spanning-tree loopguard default | spanning-tree loopguard default | | Cisco IOS 12.2; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 24, 1036 | August 10, 2010 4.6.0 |
| 466. | spanning-tree mode | spanning-tree mode | | Cisco IOS 12.2 through 15.4; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 24, 1039 | August 13, 2007 2.0.0 |

193

**Appx2049**

Case 5:14-cv-05344-BLF   Document 761-10   Filed 01/17/17   Page 195 of 212

|  | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 467. | spanning-tree mst configuration | spanning-tree mst configuration | | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 24, 1040 | April 6, 2009 4.1.0 |
| 468. | spanning-tree portfast bpdufilter default | spanning-tree portfast bpdufilter default | | Cisco IOS 12.2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 24, 1044 | November 7, 2011 4.9.0 |
| 469. | spanning-tree portfast bpduguard default | spanning-tree portfast bpduguard default | | Cisco IOS 12.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 24, 1045 | December 18, 2008 3.1.0 |

194

02099-00004/8425971.1

Case 5:14-cv-05344-BLF   Document 761-10   Filed 01/17/17   Page 196 of 212

|  | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 470. | spanning-tree port-priority | spanning-tree port-priority | | Cisco IOS 12.0 through 15.4; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 24, 1047 | December 7, 2007 2.0.0 |
| 471. | spanning-tree transmit hold- count | spanning-tree transmit hold- count | | Cisco IOS 12.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 24, 1050 | August 20, 2007 2.0.0 |

195

**Appx2051**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 472. | spanning-tree vlan | spanning-tree vlan | | Cisco IOS 12.0 through 15.4; IOS XE 2.1; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 24, 1051 | March 5, 2009 2.0.0 |
| 473. | spf-interval | spf-interval | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 33, 1762 | December 26, 2012 4.11.2 |
| 474. | statistics per-entry | statistics per-entry | ACL configuration modes | NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 22, 936 | July 21, 2011 4.8.1 |

196

**Appx2052**

Case 5:14-cv-05344-BLF   Document 761-10   Filed 01/17/17   Page 197 of 212

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 475. | storm-control | storm-control | | Cisco IOS 12.2 through 15.4; IOS XR 4.3 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 20, 729 | July 30, 2010 4.6.0 |
| 476. | switchport access vlan | switchport access vlan | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 21, 822 | February 7, 2006 2.0.0 |

197

02099-00004/8425971.1

|  | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 477. | switchport backup interface | switchport backup interface |  | Cisco IOS 12.2 through 15.4 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 24, 1052 | June 4, 2008<br><br>2.1.0 |
| 478. | switchport mode | switchport mode |  | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 21, 823 | February 9, 2006<br><br>2.0.0 |

198

**Appx2054**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 479. | switchport port-security | switchport port-security | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 20, 733 | March 23, 2010 4.4.0 |
| 480. | switchport port-security maximum | switchport port-security maximum | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 20, 734 | March 23, 2010 4.4.0 |

199

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 481. | switchport private-vlan mapping | switchport private-vlan mapping | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 21, 825 | November 8, 2011 4.9.0 |
| 482. | switchport trunk allowed vlan | switchport trunk allowed vlan | | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 21, 826 | April 23, 2007 2.0.0 |

200

**Appx2056**

02099-00004/8425971.1

|  | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 483. | switchport trunk native vlan | switchport trunk native vlan |  | Cisco IOS 12.2 through 15.4; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 21, 828 | April 23, 2007  2.0.0 |
| 484. | switchport vlan mapping | switchport vlan mapping |  | Cisco IOS 12.2 through 15.4; IOS XE 3.5; | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 21, 829 | February 28, 2013  4.12.0 |

201

**Appx2057**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 485. | tacacs-server host | tacacs-server host | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 250-51 | June 4, 2008 2.1.0 |
| 486. | tacacs-server key | tacacs-server key | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 252 | June 4, 2008 2.1.0 |

202

**Appx2058**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 487. | tacacs-server timeout | tacacs-server timeout | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 254 | June 4, 2008 2.1.0 |
| 488. | terminal monitor | terminal monitor | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 12, 177 | March 25, 2010 4.5.0 |

203

02059-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 489. | timers basic (RIP) | timers basic (RIP) | | Cisco IOS 11.0 through 15.4; IOS XR 3.3 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 33, 1727 | July 6, 2011 4.8.1 |
| 490. | timers bgp | timers bgp | | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1708 | November 17, 2009 4.4.0 |
| 491. | timers lsa arrival | timers lsa arrival | OSPFv2 | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1527 | July 12, 2013 4.12.0 |

204

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 492. | timers throttle lsa all | timers throttle lsa all | OSPFv2 | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1528 | July 12, 2013 4.13.0 |
| 493. | timers throttle spf | timers throttle spf | OSPFv2 | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.15.3F, User Manual, p. | December 27, 2012 EOS4.12.0 |
| 494. | username sshkey | username sshkey | | NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 14, 257 | August 20, 2010 4.7.0 |

**Appx2061**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 495. | vlan internal allocation policy | vlan internal allocation policy | | Cisco IOS 12.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 21, 832 | January 3, 2011 4.7.0 |
| 496. | vrf definition | vrf definition | | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1381 | August 30, 2011 4.10.0 |

206

**Appx2062**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 497. | vrf forwarding | vrf forwarding | | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 6.2 | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1382 | August 30, 2011 4.10.0 |
| 498. | vrrp authentication | vrrp authentication | | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 6.2 | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 964 | June 8, 2009 4.3.0 |
| 499. | vrrp delay reload | vrrp delay reload | | Cisco IOS 15.1 through 15.4; IOS XR 3.4 through 5.2; IOS XE 3.5 | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 965 | September 16, 2013 4.13.0 |

207

**Appx2063**

02099-00004/8425971.1

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 500. | vrrp description | vrrp description | | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 966 | June 8, 2009 4.3.0 |
| 501. | vrrp ip | vrrp ip | | Cisco IOS 12.0 through 15.4; IOS XR 5.2; IOS XE 3.5 | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 967 | June 8, 2009 4.3.0 |

208

**Appx2064**

02099-00004/8425971.1

Case 5:14-cv-05344-BLF   Document 761-10   Filed 01/17/17   Page 210 of 212

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 502. | vrrp ip secondary | vrrp ip secondary | | IOS 12.0 through 15.4; IOS XE 3.5 | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 968 | December 15, 2009 4.4.0 |
| 503. | vrrp preempt | vrrp preempt | | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 972 | June 8, 2009 4.3.0 |

209

**Appx2065**

02099-00004/8425971.1

**Appx2065**

| | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 504. | vrrp priority | vrrp priority | | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23,975 | June 8, 2009 4.3.0 |
| 505. | vrrp shutdown | vrrp shutdown | | Cisco IOS 12.4 through 15.4; IOS XE 3.5 | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23,976 | June 8, 2009 4.3.0 |

210

02099-00004/8425971.1

|  | Cisco CLI Command Expression | Arista CLI Command Expression | Protocol or Routing Mode (where applicable) | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Exemplary Infringing Work(s) in Which Command Expression Appears | Date On Which Arista Added Command to Source Code & EOS Version |
|---|---|---|---|---|---|---|
| 506. | vrrp timers advertise | vrrp timers advertise |  | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 977 | June 8, 2009 4.3.0 |

211

**Appx2067**

02099-00004/8425971.1

```
 1        IN EVALUATING THE EVIDENCE, MS. SULLIVAN, IS THAT BASED ON THE

 2   PROOF AT TRIAL, THE -- IT APPEARS THAT, I THINK UNDISPUTED,

 3   THAT THE COMPILATIONS THAT I FOUND TO BE PROTECTABLE WERE NOT

 4   CREATED AS COMPILATIONS.  THEY WERE CREATED OVER A PERIOD OF

 5   TIME AND BECAME COMPILATIONS.

 6        SO IT'S -- AND SO WHEN ARISTA POINTS TO EVIDENCE OF

 7   INDIVIDUAL CLI COMMANDS OR INDIVIDUAL SCREEN RESPONSES, IT IS

 8   IN TUNE WITH THE MANNER IN WHICH THE COMPILATION WAS CREATED,

 9   AND SO YOU -- YOU CLAIM THAT THE EVIDENCE THEY POINT TO DOES

10   NOT POINT TO THE DEFECT IN THE COMPILATION, AND I DON'T

11   ACTUALLY -- I'M NOT SURE I SEE IT THAT WAY.

12        SO THAT'S REALLY MY OVERALL QUESTION TO YOU.

13        AND MR. VAN NEST, I HAVE A DIFFERENT KIND OF QUESTION FOR

14   YOU.  I HAVE AN OBSERVATION THAT WITH ALL OF THE THINGS I DID

15   WRONG IN THIS TRIAL, IT'S AMAZING YOU WON IS ALL I COME UP WITH

16   HERE.  I HAVE A LAUNDRY LIST OF PROBLEMS WITH THE CASE AND SO

17   THAT -- BUT REALLY THE QUESTION IS, IF I DO NOT GRANT CISCO'S

18   MOTION, DO I NEED TO RULE ON YOURS?

19             MR. VAN NEST:  I THINK IT WOULD BE MOOT, YOUR HONOR.

20             THE COURT:  THANK YOU.

21             MR. VAN NEST:  THE MOTION'S DENIED.

22             THE COURT:  BUT I WANT TO HEAR FULL ARGUMENT ON IT

23   TODAY BECAUSE I HAVEN'T MADE A DETERMINATION, BUT I JUST WANTED

24   TO CONFIRM THAT BECAUSE THAT'S MY UNDERSTANDING AS WELL.

25             AND THEN YOU HAVE PRESERVED THESE ISSUES SHOULD --
```

```
 1              MR. VAN NEST:  THAT'S RIGHT.

 2              THE COURT:  -- THE APPELLATE COURT OVERTURN THE

 3      RULING ON THAT.

 4          ALL RIGHT.

 5              MR. VAN NEST:  THAT'S RIGHT, YOUR HONOR.

 6              THE COURT:  THANK YOU.

 7          THEN LET'S START, AND I THINK PRIMARILY HERE -- LET ME

 8      PULL MY SCREEN OVER.

 9          OKAY.  MS. SULLIVAN, NICE TO SEE YOU AGAIN.

10              MS. SULLIVAN:  GOOD MORNING, YOUR HONOR.  IT'S VERY

11       NICE TO SEE YOU AGAIN.

12          KATHLEEN SULLIVAN FOR CISCO.

13          YOUR HONOR, I KNOW THAT THE LAST THING THAT YOU WANT TO DO

14      AFTER A CASE AS HARD FOUGHT AND FAIRLY AND METICULOUSLY TRIED

15      AS THIS ONE WAS IS OVERTURN THE JURY VERDICT, BUT I'M AFRAID

16      THAT THIS REALLY IS THE RARE CASE IN WHICH THERE IS NOT LEGALLY

17      SUFFICIENT EVIDENCE TO SUPPORT THE DISPOSITIVE SCENES A FAIRE

18      DEFENSE.

19          AND I'D LIKE TO GO RIGHT TO YOUR QUESTION, BECAUSE YOU GOT

20      RIGHT TO THE HEART OF THE MATTER.  THIS IS A CASE IN WHICH YOUR

21      HONOR HELD THAT THE PROTECTABLE EXPRESSION THAT THE JURY FOUND

22      WAS INFRINGED WAS ONE OR MORE OF THE COMPILATIONS THAT CISCO

23      ASSERTED IN THIS CASE.

24          IN OTHER WORDS, THIS IS A COMPILATION CASE.

25              THE COURT:  YEAH.
```

1   Kathleen Sullivan (SBN 242261)              Adam R. Alper (SBN 196834)
    kathleensullivan@quinnemanuel.com           adam.alper@kirkland.com
2   Steven Cherny (*admitted pro hac vice*)     KIRKLAND & ELLIS LLP
    stevencherny@quinnemanuel.com               555 California Street
3   Todd Anten (*admitted pro hac vice*)        San Francisco, California 94104
    toddanten@quinnemanuel.com                  Telephone: (415) 439-1400
4   QUINN EMANUEL URQUHART &                    Facsimile: (415) 439-1500
    SULLIVAN LLP
5   51 Madison Avenue, 22nd Floor               Michael W. De Vries (SBN 211001)
    New York, NY 10010                          michael.devries@kirkland.com
6   Telephone: (212) 849-7000                   KIRKLAND & ELLIS LLP
    Facsimile: (212) 849-7100                   333 South Hope Street
7                                               Los Angeles, California 90071
    Sean S. Pak (SBN 219032)                    Telephone: (213) 680-8400
8   seanpak@quinnemanuel.com                    Facsimile: (213) 680-8500
    QUINN EMANUEL URQUHART &
9   SULLIVAN LLP
    50 California Street, 22nd Floor
10  San Francisco, CA 94111
    Telephone: (415) 875-6600
11  Facsimile: (415) 875-6700

12  David Nelson (*admitted pro hac vice*)
    davenelson@quinnemanuel.com
13  QUINN EMANUEL URQUHART &
    SULLIVAN LLP
14  500 W Madison St, Suite 2450
    Chicago, IL 60661
15  Telephone: (312) 705-7465
    Facsimile: (312) 705 7401
16
    *Attorneys for Plaintiff Cisco Systems, Inc.*
17

18               **UNITED STATES DISTRICT COURT**

19       **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

20
    CISCO SYSTEMS, INC.,                    CASE NO. 5:14-cv-5344-BLF (NC)
21
                    Plaintiff,
22                                          **NOTICE OF APPEAL**
            vs.
23
    ARISTA NETWORKS, INC.,
24
                    Defendant.
25

26

27

28

1    NOTICE IS HEREBY GIVEN that Plaintiff Cisco Systems, Inc. appeals to the United

2  States Court of Appeals for the Federal Circuit from the final judgment entered December 19,

3  2016 [ECF 750] (the "Judgment"), the Order Denying Motions For Judgment As A Matter Of

4  Law And Motion For A New Trial entered May 10, 2017 [ECF 787] (the "JMOL Order"), and

5  each and every part thereof, including but not limited to any and all judgments, orders, opinions,

6  rulings, decisions, conclusions, and/or findings relating to, pertinent to, ancillary to, or merged

7  into the Judgment and JMOL Order.

8

9  Dated:  June 6, 2017                              Respectfully submitted,

10                                                   */s/ Kathleen Sullivan*
                                                     Kathleen Sullivan (SBN 242261)
11                                                   kathleensullivan@quinnemanuel.com
                                                     Steven Cherny (*admitted pro hac vice*)
12                                                   stevencherny@quinnemanuel.com
                                                     Todd Anten (*admitted pro hac vice*)
13                                                   toddanten@quinnemanuel.com
                                                     QUINN EMANUEL URQUHART &
14                                                   SULLIVAN LLP
                                                     51 Madison Avenue, 22nd Floor
15                                                   New York, NY 10010
                                                     Telephone: (212) 849-7000
16                                                   Facsimile: (212) 849-7100

17                                                   Sean S. Pak (SBN 219032)
                                                     seanpak@quinnemanuel.com
18                                                   QUINN EMANUEL URQUHART &
                                                     SULLIVAN LLP
19                                                   50 California Street, 22nd Floor
                                                     San Francisco, CA 94111
20                                                   Telephone: (415) 875-6600
                                                     Facsimile: (415) 875-6700

21                                                   David Nelson (*admitted pro hac vice*)
22                                                   davenelson@quinnemanuel.com
                                                     QUINN EMANUEL URQUHART &
23                                                   SULLIVAN LLP
                                                     500 W Madison St, Suite 2450
24                                                   Chicago, IL 60661
                                                     Telephone: (312) 705-7465
25                                                   Facsimile: (312) 705 7401

26                                                   Adam R. Alper (SBN 196834)
                                                     adam.alper@kirkland.com
27                                                   KIRKLAND & ELLIS LLP
                                                     555 California Street
28                                                   San Francisco, California 94104

1    Telephone: (415) 439-1400
     Facsimile: (415) 439-1500
2
     Michael W. De Vries (SBN 211001)
3    michael.devries@kirkland.com
     KIRKLAND & ELLIS LLP
4    333 South Hope Street
     Los Angeles, California 90071
5    Telephone: (213) 680-8400
     Facsimile: (213) 680-8500
6
     *Attorneys for Plaintiff Cisco Systems, Inc.*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11:18AM 1    IF I HAD, NOW, A COUPLE OF WEEKS TO PREPARE A LENGTHY,

11:18AM 2    THOUGHTFUL WRITTEN ORDER ON THE DEFINITION OF THE WORKS, AND

11:18AM 3    THAT PERFECT WORLD ISN'T WHERE WE ARE LIVING TODAY.

11:18AM 4        AND SO I THINK IT'S IMPORTANT THAT I RULE NOW SO THAT YOU

11:18AM 5    CAN PROCEED TO PREPARING YOUR PRESENTATION FOR TRIAL AND THAT

11:18AM 6    WE CAN HAVE SOME CLEAR JURY INSTRUCTIONS.

11:18AM 7        AND YOU DID BRIEF THIS QUITE A BIT AGO, I DIDN'T PREPARE A

11:18AM 8    WRITTEN ORDER IN ADVANCE OF TODAY'S HEARING.

11:18AM 9        ON THE RULE 26 ISSUE, I'M SATISFIED THAT BY THE SECOND

11:18AM 10   AMENDED COMPLAINT AND THE RESPONSES TO DISCOVERY, THAT CISCO

11:18AM 11   HAS ADEQUATELY DISCLOSED ITS INTENTION TO PROCEED ON THE

11:19AM 12   DEFINITION OF ITS WORKS, INCLUDING ITS USER INTERFACE, AND NOT

11:19AM 13   ITS ENTIRE OPERATING SYSTEM.

11:19AM 14       AND SO ON THAT GROUND, I WILL DENY THE MOTION, OR WHEREVER

11:19AM 15   WE ARE, THE DEFINITION TO STRIKE THE REQUEST FOR THE DEFINITION

11:19AM 16   OF USER INTERFACE AS THE OPERATING SYSTEM.

11:19AM 17       ON THE ISSUE OF THE -- THE LEGAL ISSUE THAT MR. KWUN

11:19AM 18   ARGUED, I THINK IT'S A DIFFICULT ISSUE.  I THINK THAT THE CASES

11:19AM 19   THAT ARE CITED PERTAIN TO SPECIFIC FACTUAL CIRCUMSTANCES AND

11:19AM 20   DIFFERENT PROCEDURAL POINTS IN THE CASES, BUT I AM PERSUADED

11:19AM 21   BASED UPON THE MANUFACTURERS TECHNOLOGY CASE, AND THAT LINE OF

11:19AM 22   CASES THAT HAVE BEEN UTILIZED, I DID LOOK BRIEFLY AT THE APPLE

11:19AM 23   V. MICROSOFT DECISION, AND OF COURSE IT WASN'T THE HEART OF

11:19AM 24   THAT DECISION EITHER, BUT IT WAS A CASE THAT WAS BASED ON AN

11:19AM 25   ANALYSIS OF THE USER INTERFACE THAT, IN FACT, THE REGISTRATION

1    OF THE OPERATING SYSTEM IS CREATING HERE TWO SEPARATE

2    REGISTRATIONS AND PROTECTABLE WORKS, AND I WILL ALLOW CISCO TO

3    GO FORWARD ON THE DEFINITION OF ITS WORKS AS EACH OF THE USER

4    INTERFACES RELATED TO THE PARTICULAR VERSION OF THE OPERATING

5    SYSTEM AT ISSUE.

6         I DO AGREE WITH MR. KWUN THAT WHEN WE GET TO THE FAIR USE

7    ARGUMENT IN THE CASE, FOR THAT DEFENSE, THAT WHETHER OR NOT

8    THERE'S INDEPENDENT ECONOMIC VALUE OF THE USER INTERFACE, MAY

9    BE AN ISSUE THAT WILL ALLOW YOU TO COMPLETELY WIN AND PREVAIL

10   ON YOUR FAIR USE DEFENSE.  BUT OBVIOUSLY, YOU WOULD HAVE

11   PREFERRED IT TO BE AN ARGUMENT IN THE YOUR ARSENAL AT THE

12   EARLIER STAGE OF DETERMINING INFRINGEMENT AND I RECOGNIZE THAT.

13        BUT THE ISSUE IS CERTAINLY ALIVE, AS YOU HAVE SHOWN ME

14   HERE, AND I THINK THAT WE PERHAPS MOVE THE PRESENTATION OF

15   EVIDENCE DOWN THE ROAD, BUT IT WILL STILL BE AVAILABLE FOR THE

16   PROOF ON THE FAIR USE DEFENSE.

17        ALL RIGHT.  LET'S MOVE ON THEN.  AND I THOUGHT THIS FIRST

18   PART WOULD TAKE ABOUT 30 MINUTES, SO WE ARE ABOUT

19   TWO-AND-A-HALF HOURS LATE FROM WHERE I THOUGHT WE WOULD BE.

20   SO, YOU ARE, I'M SURE, EXQUISITELY ORGANIZED TO LEAD ME THROUGH

21   THIS, ALTHOUGH I'M NOT SURE HOW IT HAPPENED THAT I TORMENTED

22   YOU OF BRIEFING THIS ISSUE OF ANALYTIC DISSECTION SO MANY

23   TIMES, AND GOING BACK THROUGH THE BRIEFING, I REALLY WAS SORRY

24   YOU HAD DONE THAT SO MANY TIMES, BUT THANK YOU.

25             MR. VAN NEST:  DID YOU WANT TO GO TO WHERE YOU

1    THE USER INTERFACE, AND HE CONCLUDES BY SAYING, WE WOULD BE A

2    PRACTICAL DROP-IN REPLACEMENT FOR THE CISCO, GIVEN THE 99.9999

3    SIMILARITY IN THE CLI, RIGHT.

4        SO THINK ABOUT THAT WHEN YOU ARE GOING THROUGH.  THERE'S

5    GOING TO BE MORE OF THIS EVIDENCE AND YOU ARE GOING TO HEAR

6    FROM MR. DALE.

7        WHEN YOU ARE OUT THERE AND YOU ARE TRYING TO SELL TO

8    CUSTOMERS YOUR PRODUCT, YOUR COMPETING PRODUCT, YOU ARE TELLING

9    THEM, WE ARE THE DROP-IN REPLACEMENT, WE ARE THE SAME.

10       WHEN YOU COME TO COURT AND NOW YOU WANT TO BE EXCUSED FOR

11   YOUR COPYING, YOU SAY, WE DIDN'T TAKE VERY MUCH.

12       SO THINK ABOUT, AS YOU ARE GOING THROUGH AND YOU ARE

13   EVALUATING THE EVIDENCE, THINK ABOUT THAT.  BECAUSE I THINK

14   THAT'S AN IMPORTANT CONTRADICTION TO KEEP IN MIND.

15       SO LET ME NOW MOVE TO ARISTA A LITTLE BIT.  SO HERE IS

16   ACTUALLY A PRESENTATION TO INVESTORS FROM ARISTA, KIND OF

17   TALKING ABOUT SOME OF THE EXECUTIVE TEAMS AND SOME OF THE KEY

18   POSITIONS AND VP AND ENGINEERS AND THINGS AT ARISTA.

19       AND ONE THING YOU WILL NOTICE ON THIS -- AND I'M GOING TO

20   HIGHLIGHT IT SO WE CAN SEE IT A LITTLE BIT BETTER -- BUT THE

21   VAST MAJORITY OF THESE PEOPLE, IF I COUNTED UP, ALL BUT TWO --

22   THREE, EXCUSE ME, THE -- MR. SMITH, MS. BRANNAN, AND MR. TAXAY,

23   HAVE THEIR ROOTS IN CISCO.

24       AND YOU ARE GOING TO HEAR THAT AND YOU ARE GOING TO HEAR

25   EVIDENCE OF THAT, THAT THE PEOPLE WHO WENT OUT AND FOUNDED

01:48PM 1    WELL, HERE, ARISTA, WHAT THEY TOLD US IS THEY HAVE BY FAR

01:48PM 2  THE MOST SIMILAR ONE.  THAT'S THE TRUE INDUSTRY STANDARD.

01:48PM 3    SO IN OTHER WORDS, THEY ARE IN -- THEY ARE TELLING EACH

01:48PM 4  OTHER, YEAH, OTHER PEOPLE MIGHT DO SOME THINGS, BUT WE DO IT

01:48PM 5  THE MOST, RIGHT?  WE COPY THE MOST.  WE ARE 99.999 PERCENT

01:48PM 6  DROP-IN REPLACEMENT.

01:48PM 7    OKAY.  SO LET ME TELL YOU ONE THING STRAIGHT UP.  CISCO

01:48PM 8  DOESN'T LIKE TO BE HERE.  WE DON'T LIKE TO FILE LAWSUITS.  AND

01:48PM 9  IT HASN'T HAPPENED IN THE HISTORY OF THE COMPANY VERY OFTEN.

01:48PM 10  IN FACT, IN THIS COUNT, ONE OTHER TIME.

01:48PM 11    ONE OTHER TIME THIS HAPPENED, AND THERE WAS A COMPANY

01:49PM 12  CALLED HUAWEI THAT WAS OUT THERE.  AND THEY DID A VERY SIMILAR

01:49PM 13  THING.  AND THIS WAS FROM THE COMPLAINT, THEY CLONED THE CISCO

01:49PM 14  INTELLECTUAL PROPERTY AND THEY SLAVISHLY COPIED IT.

01:49PM 15    THAT'S WHAT HAPPENED.  THEY ARE OUT THERE.

01:49PM 16    WE ARE CISCO, WE ARE GOING TO TAKE YOU WHOLESALE, AND THE

01:49PM 17  LAWSUIT WAS FILED.

01:49PM 18    ULTIMATELY HUAWEI CHANGED.  THEY CHANGED WHAT THEY WERE

01:49PM 19  DOING AND THEY STOPPED USING THIS.  YOU ARE GOING TO HEAR THAT

01:49PM 20  EVIDENCE.

01:49PM 21    NOW, HERE'S SOME OF ARISTA'S OWN DOCUMENTS.  THIS IS THEIR

01:49PM 22  OWN DESCRIPTION.  THEY SAY THE SAME THINGS.  THEY USE THE SAME

01:49PM 23  WORDS.  THIS SYSTEM IS A VERY CLOSE CLONE OF THE IOS CLI.  WE

01:49PM 24  ACTUALLY COPIED IT SLAVISHLY.

01:49PM 25    SAME WORDS, SAME TERMS.  IT'S THE SAME SITUATION.

01:53PM 1    CUSTOMERS.  THEY WOULDN'T BUY OUR PRODUCT IF WE DIDN'T DO IT.

01:53PM 2         THINK ABOUT THAT.  BOTH OF THOSE THINGS CAN'T BE TRUE.

01:53PM 3         BUT YOU ARE GOING TO HEAR BOTH OF THOSE THINGS FROM THEM.

01:53PM 4         YOU ARE ALSO GOING TO HEAR, WE DIDN'T TAKE MUCH, JUST A

01:54PM 5    LITTLE BIT.

01:54PM 6         BUT REMEMBER, AS I TOLD YOU, THEY TOOK WHAT THEY NEEDED.

01:54PM 7    AND, IN FACT, THEY ARE OUT THERE TELLING CUSTOMERS, POTENTIAL

01:54PM 8    CUSTOMERS, WE ARE A DROP-IN REPLACEMENT.

01:54PM 9         SO IN THE CASE THEY ARE GOING TO TELL YOU, I DIDN'T TAKE

01:54PM 10   MUCH.

01:54PM 11        BUT WHEN THEY ARE OUT THERE TRYING TO SELL PRODUCT AND SELL

01:54PM 12   TO CUSTOMERS, THEY ARE LIKE, I AM A DROP-IN REPLACEMENT.

01:54PM 13        THEY ARE ALSO GOING TO SAY, HEY, IT'S NOT CREATIVE.

01:54PM 14        REMEMBER I WENT THROUGH THAT AND I TALKED TO YOU ABOUT

01:54PM 15   THAT.  I COULD COPY YOUR USER INTERFACE BECAUSE IT'S NOT

01:54PM 16   CREATIVE.  THERE'S NOTHING IN THERE THAT SHOULD BE PROTECTED.

01:54PM 17        WELL, WE SAW THAT WHEN THOSE SAME, MANY OF THOSE SAME

01:54PM 18   INDIVIDUALS WERE WORKING ON THAT USER INTERFACE, THEY SAID IT

01:54PM 19   WAS SUBJECTIVE.  IT WAS CREATIVE.  THERE WAS A LOT OF DEBATE

01:54PM 20   THAT WAS GOING BACK AND FORTH.

01:54PM 21        SO, I MEAN, THINK ABOUT THAT AS YOU ARE GOING THROUGH.

01:54PM 22   IT'S SO IMPORTANT AS YOU ARE EVALUATING THIS EVIDENCE IN THIS

01:54PM 23   CASE TO PUT YOURSELF OUT OF THE LAWSUIT A BIT, RIGHT?

01:55PM 24   EVERYTHING GETS PRESENTED TO YOU IN THIS FISHBOWL OF A LAWSUIT.

01:55PM 25        BUT THINK ABOUT WHAT WAS SAID AND WHAT WAS DONE AND WHAT

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:00PM   1   HAVING BEEN FIRST DULY SWORN, WAS EXAMINED AND TESTIFIED AS

03:00PM   2   FOLLOWS:

03:00PM   3          THE WITNESS:  YES.

03:00PM   4          THE CLERK:  PLEASE BE SEATED.

03:00PM   5       IF YOU WOULD STATE YOUR NAME AND SPELL YOUR LAST FAME FOR

03:00PM   6   THE RECORD.

03:00PM   7          THE WITNESS:  CHRISTINE BAKAN.  B-A-K-A-N.

03:00PM   8          MR. NELSON:  YOU HAVE YOUR --

03:00PM   9          THE COURT:  I DO.

03:00PM   10          MR. NELSON:  OKAY.  THANK YOU, YOUR HONOR.

03:00PM   11

03:00PM   12               **DIRECT EXAMINATION BY MR. NELSON**

03:00PM   13

03:00PM   14   BY MR. NELSON:

03:00PM   15   Q.   PLEASE GO AHEAD AND INTRODUCE YOURSELF TO THE LADIES AND

03:00PM   16   GENTLEMEN OF THE JURY.

03:00PM   17   A.   MY NAME IS CHRISTINE BAKAN.  I WORK AT CISCO SYSTEMS.  I'M

03:00PM   18   A SENIOR DIRECTOR OF PRODUCT MANAGEMENT WITHIN THE ENTERPRISE

03:01PM   19   NETWORKING GROUP.

03:01PM   20   Q.   ALL RIGHT.  SO CAN YOU JUST TELL US A LITTLE BIT ABOUT YOUR

03:01PM   21   EMPLOYER, PLEASE?

03:01PM   22   A.   WELL, CISCO SYSTEMS WAS ORIGINALLY FOUNDED IN CALIFORNIA.

03:01PM   23   WE ARE THE LEADER IN THE NETWORKING SPACE.  WE PROVIDE

03:01PM   24   SWITCHING PRODUCTS, ROUTING PRODUCTS, AS WELL AS SECURITY

03:01PM   25   PRODUCTS THAT ESSENTIALLY SECURE THE INTERNET.  SO THE SWITCHES

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:01PM 1    AND ROUTERS THAT ESSENTIALLY POWER THE INTERNET.

03:01PM 2        WE ALSO PROVIDE LOTS OF DIFFERENT PRODUCTS, WHICH IS

03:01PM 3    TELECOMMUNICATIONS PRODUCTS, TELECONFERENCING SYSTEMS.  YOU MAY

03:01PM 4    HAVE HEARD OF WEBEX, FOR EXAMPLE, WHICH IS ANOTHER ONE OF OUR

03:01PM 5    PRODUCTS.

03:01PM 6        AND WE HAVE A VARIETY OF DIFFERENT PRODUCTS WITHIN THE

03:01PM 7    PORTFOLIO.

03:01PM 8    Q.   NOW, LET'S MOVE BACKWARD AND TELL US A LITTLE BIT ABOUT

03:01PM 9    YOURSELF.  CAN YOU TELL US WHAT YOUR EDUCATIONAL BACKGROUND IS,

03:01PM 10   PLEASE.

03:01PM 11   A.   SURE.  I WENT TO A LOCAL UNIVERSITY HERE IN NORTHERN

03:01PM 12   CALIFORNIA.  I WENT TO UC BERKELEY.  I GRADUATED WITH A COLLEGE

03:01PM 13   DEGREE IN MOLECULAR BIOLOGY.

03:01PM 14       DURING THAT TIME I ALSO WORKED AS AN ENGINEER IN THE

03:02PM 15   COMPUTER SCIENCE DEPARTMENT WORKING FOR SEVERAL PROFESSORS ON A

03:02PM 16   RESEARCH PROJECT FOR SEVERAL YEARS, WHICH WAS FROM 1992 TO

03:02PM 17   1995.

03:02PM 18       AND SEVERAL YEARS AFTER THAT I WENT BACK TO RECEIVE MY

03:02PM 19   DEGREE IN BUSINESS ADMINISTRATION FROM STANFORD UNIVERSITY.

03:02PM 20   Q.   SO YOU MENTIONED YOU WERE WORKING ON A RESEARCH PROJECT

03:02PM 21   WITH SEVERAL PROFESSORS S WHILE YOU WERE AT BERKELEY.

03:02PM 22   A.   YES.

03:02PM 23   Q.   CAN YOU TELL US A LITTLE BIT ABOUT THAT?

03:02PM 24   A.   SO THOSE WERE RESEARCH PROJECTS RELATING TO OPTICAL

03:02PM 25   CHARACTER RECOGNITION SYSTEMS, AS WELL AS IMAGE PROCESSING

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:10PM  1    SINGLE APPLE STORE ANYWHERE IN THE WORLD, IF YOU WALK INTO THE

03:10PM  2    STORE AND YOU ARE CONNECTING TO THEIR WI-FI NETWORK, IT'S ALL

03:10PM  3    POWERED THROUGH CISCO WI-FI NETWORK.

03:10PM  4        ANOTHER EXAMPLE WOULD BE THE LOS ANGELES UNIFIED SCHOOL

03:10PM  5    DISTRICT, THAT'S THE SCHOOL DISTRICT I WENT TO.  IT'S ONE OF

03:10PM  6    THE LARGEST SCHOOL DISTRICTS IN THE INDUSTRY.

03:10PM  7        AND IT'S A PUBLIC SCHOOL SYSTEM, AND ESSENTIALLY CISCO

03:10PM  8    NETWORKING EQUIPMENT CONNECTS THE STUDENTS AND THE TEACHERS TO

03:10PM  9    BE ABLE TO GET ACCESS TO THE INTERNET.

03:10PM 10    Q.   SO YOU'VE TALKED ABOUT SOME OF THE CISCO PRODUCTS.  I WANT

03:10PM 11    TO FOCUS ON A COUPLE OF THOSE FOR THIS CASE.  WE'VE HEARD

03:11PM 12    SOMETHING ABOUT THIS.

03:11PM 13        SO SWITCHES, NETWORK SWITCHES, LET'S START THERE.  OKAY?

03:11PM 14    A.   SURE.

03:11PM 15    Q.   CAN YOU TELL US GENERALLY WHAT A NETWORK SWITCH IS?

03:11PM 16    A.   SURE.  A NETWORK SWITCH SIMPLY IS BASICALLY A

03:11PM 17    HARDWARE-BASED DEVICE THAT ESSENTIALLY ALLOWS COMPUTERS WITHIN

03:11PM 18    A LOCAL NETWORK, WHICH IS BASICALLY A SPECIFIC LOCATION THAT

03:11PM 19    THE VARIOUS DIFFERENT COMPUTERS ARE CO-LOCATED IN.

03:11PM 20        SO, FOR EXAMPLE, THIS BUILDING COULD BE ESSENTIALLY A LOCAL

03:11PM 21    NETWORK WHERE THE COMPUTERS ARE IN FRONT OF YOU, THE COMPUTERS

03:11PM 22    THAT ARE IN FRONT OF THE VARIOUS DIFFERENT FOLKS IN THE ROOM,

03:11PM 23    AS WELL AS THE PRINTERS YOU MIGHT SEE, THOSE ARE CONNECTED ALL

03:11PM 24    TOGETHER TO COMMUNICATE WITH EACH OTHER THROUGH A SWITCH OR SET

03:11PM 25    OF SWITCHES.

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:11PM 1    SO IF YOU SEND A PRINT JOB TO A PRINTER THAT'S WITHIN YOUR

03:11PM 2   SWITCH NETWORK, THOSE PRINT JOBS ESSENTIALLY DON'T HAVE TO GO

03:11PM 3   TO SOME OTHER LOCATION, DON'T HAVE TO GO TO AMAZON OR GOOGLE TO

03:11PM 4   ESSENTIALLY PRINT THAT JOB.  IT JUST BASICALLY PRINTS THAT JOB

03:11PM 5   THROUGH A SWITCH THAT'S IN YOUR LOCATION WITHIN THE BUILDING

03:12PM 6   Q.   AND WE'VE HEARD A LITTLE BIT ABOUT ROUTERS.  CAN YOU TELL

03:12PM 7   ME THE DISTINCTION BETWEEN THE TWO?

03:12PM 8   A.   SURE.  SO A SWITCH, AGAIN, IS JUST WITHIN A PARTICULAR

03:12PM 9   NETWORK.

03:12PM 10    A ROUTER CONNECTS MULTIPLE NETWORKS.  SO IF YOU CAN IMAGINE

03:12PM 11   THIS BUILDING IS CONNECTED THROUGH A SET OF SWITCHES, OR MAYBE

03:12PM 12   ONE SWITCH.

03:12PM 13    ANOTHER BUILDING THAT MAY BE, LET'S SAY, IN SOUTHERN

03:12PM 14   CALIFORNIA, THAT'S ANOTHER, LET'S SAY, FEDERAL COURTHOUSE, IF

03:12PM 15   THOSE TWO COURTHOUSES NEED TO ESSENTIALLY COMMUNICATE THROUGH

03:12PM 16   E-MAIL, IF ONE JUDGE NEEDS TO E-MAIL ANOTHER JUDGE IN A

03:12PM 17   DIFFERENT COURTHOUSE, ESSENTIALLY THAT COMMUNICATION GOES

03:12PM 18   THROUGH A ROUTER THAT CONNECTS THE TWO NETWORKS TOGETHER.

03:12PM 19   Q.   SO I WOULD LIKE YOU TO TURN TO YOUR BINDER THAT YOU SHOULD

03:12PM 20   HAVE IN FRONT OF YOU.  THERE WILL BE SOME DOCUMENTS THERE

03:12PM 21   BEHIND SOME TABS.  THE FIRST ONE I WANT YOU TO LOOK AT IS

03:12PM 22   EXHIBIT 4269.

03:13PM 23    NO, YOU WON'T HAVE THOSE.

03:13PM 24    THE WITNESS, I'M SORRY.

03:13PM 25    SO CAN YOU LOOK AT 4269?  DO YOU HAVE THAT?

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:17PM   1    YOU REALLY CAN'T USE ANY OF THOSE CAPABILITIES UNLESS YOU HAVE

03:17PM   2    A BRAIN THAT BASICALLY MAKES SURE THAT THOSE CAPABILITIES ARE

03:17PM   3    BEING USED.

03:17PM   4        SO ANY TIME YOU HAVE A DEVICE LIKE THIS, WHETHER IT'S A

03:17PM   5    SWITCH OR A ROUTER, IT COMES WITH AN OPERATING SYSTEM, WHICH IS

03:17PM   6    KIND OF THE BRAIN OF THE DEVICE, AND IT HELPS MANAGE AND

03:17PM   7    CONTROL, ESSENTIALLY, THE HARDWARE FUNCTIONS THAT ARE

03:17PM   8    AVAILABLE, ALL THE PORTS, SWITCHES, ALL THE PORT SLOTS THAT ARE

03:17PM   9    AVAILABLE, FOR EXAMPLE, ON THE SWITCH, AS WELL AS SOFTWARE

03:17PM   10   CAPABILITIES, SOFTWARE CAPABILITIES THAT ARE IN THE OPERATING

03:17PM   11   SYSTEM ITSELF.

03:17PM   12   Q.   OKAY.  NOW, IS THERE A PART OF THIS SOFTWARE THAT THE USER

03:17PM   13   CAN INTERACT WITH?

03:17PM   14   A.   ABSOLUTELY.  SO EVERY CISCO DEVICE, WHETHER IT'S A SWITCH

03:18PM   15   OR A ROUTER, COMES WITH AN IOS SOFTWARE, AND WITH EACH SOFTWARE

03:18PM   16   IT'S AVAILABLE WITH WHAT WE CALL THE COMMAND-LINE INTERFACE.

03:18PM   17   IT'S THE MOST COMPREHENSIVE DIRECT MECHANISM BY WHICH YOU COULD

03:18PM   18   TAKE ADVANTAGE AND USE ALL THE CAPABILITIES THAT ARE AVAILABLE

03:18PM   19   ON A SWITCH OR A ROUTER.

03:18PM   20   Q.   OKAY.  NOW, YOU MENTIONED EARLIER THAT THERE ARE OTHER

03:18PM   21   PRODUCTS THAT CISCO MAKES, RIGHT?

03:18PM   22   A.   YES, CORRECT.

03:18PM   23   Q.   AND SOME EXAMPLES, AGAIN?

03:18PM   24   A.   SO, FOR EXAMPLE, IT COULD BE A SECURITY PRODUCT.  SOMETIMES

03:18PM   25   YOU MAY HAVE HEARD OF SOMETHING CALLED A FIREWALL.  A FIREWALL

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

1  THAT CISCO INVENTED.

2       APPLE IOS ACTUALLY STANDS FOR IPHONE OPERATING SYSTEM.  SO

3  IF SOME OF YOU HAVE AN IPHONE IN THE ROOM.  IT BASICALLY IS THE

4  OPERATING SYSTEM THAT RUNS ON THE PHONE.

5       AND APPLE LIKED THE NAME IOS SO MUCH THAT THEY ACTUALLY

6  ASKED CISCO PERMISSION TO USE THE NAME, AND WE GAVE THEM THE

7  OKAY TO ESSENTIALLY USE THE NAME IOS.

8  Q.   NOW, ARE -- FOR THE CISCO IOS, I WANT TO TALK ABOUT, ARE

9  THERE SPECIFIC VERSIONS OF THAT IN -- OTHER FLAVORS, SO TO

10  SPEAK?

11  A.   ABSOLUTELY.  SO THE CISCO IOS ITSELF, SOMETIMES THEY CALL

12  IT IOS CLASSIC.  WE HAVE A VARIETY OF OTHER OPERATING SYSTEMS

13  THAT ARE ALL STILL WITHIN THE FAMILY OF IOS OPERATING SYSTEMS,

14  SUCH AS NEXUS OS, WHICH WAS SPECIFICALLY BUILT TO CATER TO THE

15  NEEDS OF DATA CENTER CUSTOMERS, AS WELL AS WHAT WE CALL IOS XR

16  WHICH WAS BUILT TO ESSENTIALLY CATER TO TELECOM COMPANIES.

17       AN EXAMPLE OF A TELECOM WOULD BE AT&T OR COMCAST, VERIZON.

18  DEUTSCHE TELEKOM.

19       SO THESE ARE DIFFERENT TYPES OF OPERATING SYSTEMS THAT

20  CATER TO THE DIFFERENT NEEDS OF CUSTOMERS.

21  Q.   NOW, YOU MENTIONED THE CLI, THE COMMAND-LINE INTERFACE

22  BEING A USER INTERFACE IN THE CISCO IOS FOR EXAMPLE, RIGHT?

23  A.   YES.

24  Q.   ARE THERE OTHER USER INTERFACES IN THE PRODUCT AS WELL?

25  A.   SURE.

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:23PM 1   Q.   CAN YOU EXPLAIN WHAT SOME OF THOSE ARE?

03:23PM 2   A.   SO CISCO'S CLI IS AVAILABLE ON EVERY ONE OF OUR DEVICES.

03:23PM 3   CUSTOMERS HAVE THE OPTION TO, FOR EXAMPLE, USE A GUI-BASED

03:23PM 4   PRODUCT, WHICH IS SOMETHING THAT BASICALLY SHOWS AS A

03:23PM 5   PHOTOGRAPHICAL DISPLAY WITH SOMETHING THAT YOU COULD GO AHEAD

03:23PM 6   AND CLICK WITH A MOUSE THAT HAS ESSENTIALLY ICONS OR BUTTONS,

03:23PM 7   DROP DOWN MENUS, ET CETERA.  IT'S ESSENTIALLY ANOTHER MECHANISM

03:23PM 8   BY WHICH YOU COULD ALSO GET ACCESS TO CAPABILITIES ON THE

03:23PM 9   DEVICE.

03:23PM 10       AS YOU CAN IMAGINE, IT'S NOT -- IT'S NEVER AS COMPREHENSIVE

03:23PM 11  AS ALL THE CAPABILITIES THAT ARE AVAILABLE THROUGH A CLI JUST

03:24PM 12  BECAUSE WE HAVE SUCH A RICH FUNCTIONALITY THAT'S AVAILABLE AT

03:24PM 13  THE CLI JUST AT THE TIP OF THE USER'S INPUT OF THE DEVICE.

03:24PM 14  Q.   NOW I WOULD LIKE YOU TO TURN TO ANOTHER TAB IN YOUR BINDER,

03:24PM 15  AND THIS WOULD BE EXHIBIT 760.  AND IF YOU COULD TAKE A LOOK AT

03:24PM 16  THAT DOCUMENT.  ARE YOU FAMILIAR WITH THIS DOCUMENT?

03:24PM 17  A.   YES.

03:24PM 18  Q.   CAN YOU TELL US WHAT IT IS?

03:24PM 19  A.   IT'S A PUBLISHED DOCUMENT ON THE IOS SOFTWARE TECHNOLOGY.

03:24PM 20  IT'S CALLED THE INTRODUCTION TO CISCO IOS SOFTWARE.

03:24PM 21       AGAIN, IT'S ONE OF THE PUBLICATIONS WE PROVIDE ROUTINELY AS

03:24PM 22  PART OF OUR PRODUCT DEVELOPMENT EFFORTS

03:24PM 23  Q.   AND DO YOU KNOW WHO THE AUDIENCE IS FOR A DOCUMENT LIKE

03:24PM 24  THIS?

03:24PM 25  A.   YES.  SO THESE TYPE OF DOCUMENTS ARE TARGETED FOR NETWORK

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:26PM  1   ARE GOING TO GIVE YOU INFORMATION ABOUT THE DEVICE TO HELP YOU

03:26PM  2   TROUBLE SHOOT.  AND JUST GIVE STATUS INFORMATION, LIKE IS THE

03:26PM  3   DEVICE GOING BAD, IS IT ACTING UP, IS IT HELPING.  SO SHOW

03:26PM  4   COMMANDS, ESSENTIALLY ARE KNOWN BY NETWORK ADMINISTRATORS AS A

03:26PM  5   MECHANISM BY WHICH YOU COULD GET ACCESS TO THAT INFORMATION.

03:26PM  6   Q.   NOW I WANT TO GO BACK AND TALK A LITTLE BIT ABOUT THE

03:26PM  7   GRAPHICAL USER INTERFACE IN THE PRODUCT?

03:26PM  8   A.   SURE.

03:26PM  9   Q.   SO YOU SAID THERE WAS A GRAPHICAL USER INTERFACE AVAILABLE;

03:26PM  10  IS THAT RIGHT?

03:26PM  11  A.   YES, WE STILL CONTINUE TO HAVE GRAPHICAL USER INTERFACES.

03:26PM  12  Q.   SO THEN WHY IS THE CLI, THE COMMAND-LINE INTERFACE STILL

03:26PM  13  OFFERED?

03:26PM  14  A.   GREAT QUESTION.  WELL, WE LIKE TO PROVIDE CAPABILITIES THAT

03:27PM  15  HELP ALL OF OUR CUSTOMERS BE HAPPY USING OUR PRODUCTS.  WHAT WE

03:27PM  16  FIND AGAIN IN MY CAPACITY AS A PRODUCT MANAGEMENT LEADER AT

03:27PM  17  CISCO, WHAT WE FIND WHEN WE SPEAK TO CUSTOMERS WHETHER IT'S THE

03:27PM  18  DIRECT CONVERSATIONS OR THROUGH SURVEYS, WHAT WE FIND IS THAT

03:27PM  19  ACTUALLY OUR USERS PREFER TO USE THE COMMAND-LINE INTERFACE,

03:27PM  20  AND TIME AND TIME AGAIN, THIS IS BASICALLY THE RESPONSE WE GET

03:27PM  21  FROM EVERY CUSTOMER THAT I'VE EVER SPOKEN WITH IS SURE, THEY

03:27PM  22  WOULD LIKE ADDITIONAL OPTIONS SUCH AS PROGRAMMATIC INTERFACES,

03:27PM  23  BUT THEY ARE ABSOLUTELY SURE THAT CLI AND WHAT THEY USE DAY IN

03:27PM  24  AND DAY OUT TO TROUBLE SHOOT THE DEVICE.  THIS IS THE MOST

03:27PM  25  COMPREHENSIVE WAY THAT THEY COULD MANAGE THE DEVICE, GET

03:27PM  1    INFORMATION ABOUT THE DEVICE.  AND THIS IS THEIR PREFERRED

03:27PM  2    MECHANISM BY FAR.

03:27PM  3    Q.    AND HOW DO YOU KNOW IT'S THE PREFERRED MECHANISM?

03:27PM  4    A.    AGAIN, BECAUSE THIS IS WHAT THE CUSTOMERS TELL US.

03:28PM  5         MR. FERRALL:  OBJECTION, YOUR HONOR.  HEARSAY.

03:28PM  6         THE COURT:  SUSTAINED.

03:28PM  7    BY MR. NELSON:

03:28PM  8    Q.    YOU MENTIONED SURVEYS BEFORE?

03:28PM  9    A.    YES.  SO THIS IS WHAT THE CUSTOMERS HAVE TOLD US, WHETHER

03:28PM  10   IT'S VERBALLY OR THROUGH SURVEY RESULTS.  AND WHAT WE LIKE TO

03:28PM  11   DO AS PRODUCT MANAGERS IS TO BE -- SO AS PRODUCT MANAGERS WE

03:28PM  12   WANT TO BUILD CAPABILITIES INTO OUR TECHNOLOGIES THAT ARE NOT

03:28PM  13   WASTED MONEY OR WASTE OF TIME FOR OUR CUSTOMERS.  SO WE ARE

03:28PM  14   VERY DILIGENT ABOUT UNDERSTANDING WHAT DO OUR CUSTOMERS TRULY

03:28PM  15   WANT.

03:28PM  16       SO WE CONDUCT VARIOUS DIFFERENT MECHANISMS BY WHICH WE TRY

03:28PM  17   TO GET OBJECTIVE INFORMATION ABOUT THE NEEDS AND THE DESIRES OF

03:28PM  18   OUR CUSTOMERS.  ONE OF WHICH IS TO RUN SURVEYS AND TO RUN BLIND

03:28PM  19   INTERVIEWS.

03:28PM  20   Q.    DOES THE CLI HAVE ANY VALUE IN THE CISCO PRODUCT THEN?

03:28PM  21   A.    SO YES.  BECAUSE OUR CUSTOMERS HAVE INDICATED THAT THEY

03:29PM  22   PREFER THE USE OF --

03:29PM  23

03:29PM  24       MR. FERRALL:  OBJECTION, YOUR HONOR.  HEARSAY.

03:29PM  25         THE COURT:  SUSTAINED.

DIRECT EXAMINATION OF CHRISTINE BAKAN BY MR. NELSON

03:29PM  1    BY MR. NELSON:

03:29PM  2    Q.   SO FROM CISCO'S PERSPECTIVE, WHY INCLUDE THIS, WHAT'S THE

03:29PM  3    VALUE IN THE CLI?

03:29PM  4    A.   WELL, OUR PRODUCTS ARE THE MOST POPULAR PRODUCTS IN THE

03:29PM  5    INDUSTRY.  WE HAVE 80 PERCENT MARKET SHARE IN THE NETWORKING

03:29PM  6    SPACE.  AND AS A RESULT WE KNOW THAT OUR PRODUCTS WHICH ARE

03:29PM  7    PRIMARILY MANAGED THROUGH CLI, ARE THE LEADING PRODUCTS OF

03:29PM  8    CHOICE BY OUR CUSTOMERS.  SO WE KNOW THAT CLI IS A VERY

03:29PM  9    IMPORTANT ASPECT OF OUR PRODUCTS.

03:29PM  10   Q.   AND HAS THERE EVER BEEN AN ATTEMPT AT CISCO TO DETERMINE

03:29PM  11   THE VALUE OF THE CLI SEPARATE FROM THE PRODUCT ITSELF?

03:29PM  12   A.   NO.  IT'S NOT SOMETHING THAT WE'VE THOUGHT ABOUT DOING

03:29PM  13   BECAUSE TO US CLI REPRESENTS ALL THE FUNCTIONALITY THAT'S

03:29PM  14   AVAILABLE IN THE PRODUCTS.  IT'S A MECHANISM BY WHICH THE

03:29PM  15   ADMINISTRATORS, THE USERS OF THESE PRODUCTS HAVE DIRECT ACCESS

03:30PM  16   TO BE ABLE TO NOT JUST CONFIGURE, NOT JUST CONTROL, NOT JUST TO

03:30PM  17   TURN SOMETHING ON, BUT TO ACTUALLY TROUBLE SHOOT, MAKE SURE

03:30PM  18   THAT THESE DEVICES THAT ARE RUNNING VERY MISSION-CRITICAL

03:30PM  19   SYSTEMS, ARE WORKING PROPERLY AND WORKING EFFICIENTLY ALL THE

03:30PM  20   TIME.  SO CLI IS A VERY CRITICAL ASPECT OF OUR PRODUCT

03:30PM  21   PORTFOLIO.  SO WE HAVE NEVER CONDUCTED A SEPARATE SURVEY TO

03:30PM  22   DETERMINE ITS OWN SEPARATE VALUE.

03:30PM  23          MR. NELSON:  I THANK YOU VERY MUCH AND I HAVE NO

03:30PM  24   FURTHER QUESTIONS AT THIS POINT, YOUR HONOR.

03:30PM  25          THE COURT:  THANK YOU.

CROSS-EXAMINATION OF MS. BAKAN BY MR. FERRALL

03:34PM   1    Q.   OKAY.  SINCE YOU HAVE BEEN AT CISCO, YOU HAVE BEEN FOCUSED

03:34PM   2    ON THE ENTERPRISE MARKET SEGMENT FOR THE ENTIRE PERIOD; IS THAT

03:34PM   3    RIGHT?

03:34PM   4    A.   YES.

03:34PM   5    Q.   AND YOU DISCUSSED WITH MR. NELSON A CISCO DATA SHEET, DO

03:34PM   6    YOU REMEMBER THAT?

03:34PM   7    A.   A CISCO DATA SHEET, YOU MEAN FOR THE SWITCHES?

03:34PM   8    Q.   RIGHT.  THAT WAS THE NEXUS, THE NEXUS 4,000?

03:34PM   9    A.   I BELIEVE IT WAS THE CATALYST.

03:34PM   10   Q.   CATALYST 4,000, MY APOLOGIES.  AND DATA SHEETS, THEY ARE

03:34PM   11   MEANT TO TELL THE PUBLIC ABOUT CISCO'S PRODUCTS, RIGHT?

03:34PM   12   A.   THEY ARE MEANT TO SHARE INFORMATION ABOUT THE CAPABILITIES

03:34PM   13   OF THE PRODUCTS TO THE END USERS.

03:34PM   14   Q.   YOU EXPECT THAT PEOPLE ARE GOING TO RELY UPON THE ACCURACY

03:34PM   15   OF CISCO DATA SHEETS, RIGHT?

03:34PM   16   A.   OF COURSE.  SOMETIMES WE HAVE ERRORS AND WE HAVE TO CORRECT

03:35PM   17   THEM JUST LIKE ANYTHING, BUT GENERALLY, YES.

03:35PM   18   Q.   NOW THE DATA SHEET THAT YOU -- SO ARE YOU AWARE, MS. BAKAN,

03:35PM   19   THAT CISCO BE PUBLISHES DATA SHEETS THAT DESCRIBE ITS CLI AS AN

03:35PM   20   INDUSTRY STANDARD?

03:35PM   21   A.   I AM NOT AWARE.

03:35PM   22   Q.   YOU ARE NOT AWARE OF THAT.  CAN YOU LOOK AT EXHIBIT 810 IN

03:35PM   23   YOUR BINDER?

03:35PM   24   A.   I DO NOT HAVE AN EXHIBIT 810 IN MY BINDER.

03:35PM   25   Q.   SORRY, 8110, I MISSPOKE, THAT'S MY FAULT.  I'M SURE IT

CROSS-EXAMINATION OF MS. BAKAN BY MR. FERRALL

03:37PM 1    Q.    AND CISCO DATA SHEETS FOR ITS ETHERNET SWITCHES ALSO

03:37PM 2    DESCRIBE ITS COMMAND-LINE INTERFACE AS AN INDUSTRY STANDARD,

03:37PM 3    RIGHT?

03:37PM 4    A.    I AM NOT AWARE OF THE SPECIFIC DATA SHEET THAT SAYS THAT.

03:37PM 5    Q.    OKAY.  LET'S LOOK AT EXHIBIT 5229 IN YOUR BINDER.

03:38PM 6    EXHIBIT 5229 IS A DATA SHEET FOR THE CISCO NEXUS 7,000 SERIES,

03:38PM 7    SIMPLIFIED END TO END MANAGEMENT, RIGHT?

03:38PM 8    A.    CORRECT.

03:38PM 9    Q.    AND THE NEXUS 7,000, BY THE WAY, THAT'S A PRODUCT DIRECTED

03:38PM 10   TO THE DATA CENTER, CORRECT?

03:38PM 11   A.    YES, IT IS.

03:38PM 12          MR. FERRALL:  YOUR HONOR, I WOULD OFFER EXHIBIT 5299

03:38PM 13   INTO EVIDENCE?

03:38PM 14          THE COURT:  ANY OBJECTION?

03:38PM 15          MR. NELSON:  NO OBJECTION, YOUR HONOR.

03:38PM 16          THE COURT:  IT WILL BE ADMITTED.

03:38PM 17       (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5299, HAVING BEEN

03:38PM 18   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

03:38PM 19   EVIDENCE.)

03:38PM 20          MR. FERRALL:  NOW THIS DATA SHEET, THIS DATES FROM

03:38PM 21   2008, I BELIEVE, DO YOU SEE THAT, I GUESS ON COPYRIGHT PAGE ON

03:38PM 22   THE SECOND, COPYRIGHT NOTICE ON THE SECOND PAGE.  THIS IS A

03:38PM 23   2008 DATA SHEET, CORRECT.

03:38PM 24          THE WITNESS:  CORRECT.  I DO SEE A COPYRIGHT DATE.

03:39PM 25   Q.    AND ON THE FIRST PAGE IN THE MIDDLE COLUMN, IF I COULD

CROSS-EXAMINATION OF MS. BAKAN BY MR. FERRALL

03:39PM   1    DIRECT YOUR ATTENTION THERE, CISCO DESCRIBES ITS COMMAND-LINE

03:39PM   2    INTERFACE, CLI, SIMILAR TO THAT OF CISCO IOS SOFTWARE, USES THE

03:39PM   3    INDUSTRY STANDARD CISCO IOS CLI TO MINIMIZE THE AMOUNT OF TIME

03:39PM   4    NEEDED FOR OPERATORS TO LEARN THE SYSTEM AND BECOME

03:39PM   5    OPERATIONALLY PROFICIENT.  THAT'S THE WAY CISCO DESCRIBED ITS

03:39PM   6    CLI IN THIS DATA SHEET?

03:39PM   7    A.   CORRECT.

03:39PM   8    Q.   NOW IF I COULD GO BACK TO THE DATA SHEET YOU TALKED ABOUT

03:39PM   9    FOR THE CATALYST 4900, I DON'T KNOW IF YOU HAVE THAT HANDY, IF

03:39PM  10    YOU HAVE THE OTHER BINDER HANDY, THAT WAS EXHIBIT 4269.

03:40PM  11    A.   OKAY.

03:40PM  12    Q.   THIS IS A DATA SHEET FROM 2010?

03:40PM  13    A.   YES.

03:40PM  14    Q.   AND THIS DESCRIBES A PRODUCT THAT HAS TEN GIGABIT ETHERNET

03:40PM  15    CAPABILITIES, RIGHT?

03:40PM  16    A.   YES.

03:40PM  17    Q.   OKAY.  AND I THINK IF YOU LOOK AT PAGE 4 OF THIS DATA

03:40PM  18    SHEET, IT LISTS THE NUMBER OF PORTS OF TEN GIGABIT ETHERNET

03:40PM  19    PORTS THAT THIS SWITCH CAN ACCOMMODATE, RIGHT?

03:40PM  20    A.   YES.

03:40PM  21    Q.   OKAY.  AND THERE'S A RANGE OF OPTIONS THERE, IT'S IN THE

03:40PM  22    FIRST COLUMN AFTER THE TEXT IN THIS CHART, RIGHT?

03:40PM  23    A.   CORRECT.

03:40PM  24    Q.   AND YOU WILL SEE, THERE'S A BUNCH OF DIFFERENT OPTIONS, BUT

03:40PM  25    THE MAXIMUM LISTED FOR THIS PRODUCT IN 2010 WAS 24 PORTS,

CROSS-EXAMINATION OF MS. BAKAN BY MR. FERRALL

03:41PM  1    RIGHT?

03:41PM  2    A.   YES.

03:41PM  3    Q.   AND SO WHAT THIS CISCO PRODUCT OFFERED WAS A SWITCH WITH,

03:41PM  4    AT MOST, ONE HALF THE NUMBER OF TEN GIGABIT PORTS AS ARISTA HAD

03:41PM  5    OFFERED TWO YEARS EARLIER IN 2008, RIGHT?

03:41PM  6    A.   I DO NOT KNOW WHEN ARISTA'S PRODUCT WAS AVAILABLE WITH THAT

03:41PM  7    PORT CONFIGURATION, BUT THIS IS CORRECT THIS IS THE PORT

03:41PM  8    CONFIGURATION OPTION FOR THE 4900 MODULAR SWITCH.

03:41PM  9         THE COURT:  MAY I ASK THAT YOU KEEP YOUR VOICE UP.  I

03:41PM  10   KNOW YOUR CHAIR DOESN'T MOVE AND THE MICROPHONE IS A LITTLE FAR

03:41PM  11   AWAY.  YEAH, THAT'S DIFFICULT.  I'M SORRY.

03:41PM  12        MR. FERRALL:

03:41PM  13   Q.   NOW, YOU ANSWERED SOME QUESTIONS ABOUT THE VALUE OF THE

03:42PM  14   CLI, I THINK YOU WOULD AGREE THAT CISCO DOESN'T HAVE A SEPARATE

03:42PM  15   STUDY VALUING ITS COMMAND-LINE INTERFACE?

03:42PM  16   A.   SO THE VALUE OF THE CLI AS I MENTIONED EARLIER IS

03:42PM  17   REPRESENTING ALL THE CAPABILITIES OF THE DEVICES WHETHER IT'S A

03:42PM  18   SWITCH OR YOU ROUTER.  IF YOU ARE ASKING SPECIFICALLY HAVE WE

03:42PM  19   RUN YOUR STUDIES ON THE MONETARY SPECIFIC VALUE OF THE CLI, NO,

03:42PM  20   WE HAVE NOT.

03:42PM  21   Q.   AND CISCO DOESN'T SELL ITS COMMAND-LINE INTERFACE SEPARATE

03:42PM  22   FROM THE HARDWARE, RIGHT?

03:42PM  23   A.   NO, WE DO NOT.  IT'S PART OF THE OPERATING SYSTEM.  THAT IS

03:42PM  24   THE BRAIN OF THE HARDWARE.

03:42PM  25   Q.   AND I KNOW IT'S YOUR VIEW THAT EVERYTHING THAT CISCO BUILDS

CROSS-EXAMINATION OF MS. BAKAN BY MR. FERRALL

03:51PM 1   DO YOU REMEMBER THAT?

03:51PM 2   A.   SO WE LOOK AT OPTIONS FOR PROVIDING CAPABILITIES OUR

03:51PM 3   CUSTOMERS MIGHT WANT.  WE HAVE LOTS OF DIFFERENT CUSTOMERS WITH

03:51PM 4   DIFFERENT NEEDS.  SO SOME CUSTOMERS WILL WANT CERTAIN FEATURES.

03:51PM 5   THIS IS JUST PART OF BUILDING PRODUCTS, SOME CUSTOMERS WILL

03:51PM 6   WANT ONE TYPE OF A FEATURE VERSUS ANOTHER.  SO YES, CERTAIN

03:52PM 7   CUSTOMERS WOULD ASK FOR PROGRAMMATIC INTERFACES, WHEREAS OTHERS

03:52PM 8   MAY NOT.

03:52PM 9   Q.   OKAY.  WELL, I GUESS A FEW MONTHS LATER, THREE MONTHS LATER

03:52PM 10  IN ABOUT FEBRUARY 2014, DO YOU REMEMBER A DISCUSSION WITH YOUR

03:52PM 11  COLLEAGUES IN WHICH THEY RECOGNIZED THAT IT WAS ARISTA, NOT

03:52PM 12  CISCO, WHO HAD THE BEST DEVICE PROGRAMMABILITY AVAILABLE AT

03:52PM 13  THAT TIME, DO YOU REMEMBER THAT DISCUSSION?

03:52PM 14  A.   YES, I DO.

03:52PM 15  Q.   SO LET'S LOOK AT EXHIBIT 6736 IN YOUR BINDER.  DO YOU HAVE

03:52PM 16  THAT IN FRONT OF YOU?

03:52PM 17  A.   YES, I DO.

03:52PM 18  Q.   THIS IS AN E-MAIL THAT -- IN WHICH YOU ARE COPIED ON,

03:52PM 19  CORRECT?

03:53PM 20  A.   YES.

03:53PM 21  Q.   AND IT IS FROM YOUR COLLEAGUES AT CISCO, RIGHT?

03:53PM 22  A.   CORRECT.  THESE ARE FROM THE TACTICAL MARKETING ENGINEER,

03:53PM 23  IT IS LEADER OF THE TECHNICAL MARKETING ENGINEERING TEAM.

03:53PM 24  THEIR JOB IS TO ESSENTIALLY GET COMPETITIVE CAPABILITIES IN THE

03:53PM 25  MARKET AND BE VERY VIGILANT AND THEY ARE KIND OF LIKE THE

03:53PM  1    PEOPLE WHO WANT TO MAKE SURE THAT WE ARE ALWAYS LOOKING OUT TO

03:53PM  2    MAKE SURE THAT WE BUILD BETTER CAPABILITIES THAN THE

03:53PM  3    COMPETITION.

03:53PM  4    Q.   OKAY.

03:53PM  5         MR. FERRALL:  YOUR HONOR, I WOULD OFFER EXHIBIT 6736

03:53PM  6    IN EVIDENCE.

03:53PM  7         THE COURT:  ANY OBJECTION?

03:53PM  8         MR. NELSON:  NO OBJECTION, YOUR HONOR.

03:53PM  9         THE COURT:  IT WILL BE ADMITTED.

03:53PM  10        (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 6736, HAVING BEEN

03:53PM  11   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

03:53PM  12   EVIDENCE.)

03:53PM  13        MR. FERRALL:

03:53PM  14   Q.   SO IF WE CAN LOOK AT THIS A LITTLE MORE CLOSELY, THIS IS AT

03:53PM  15   THE TOP, THIS IS AN E-MAIL FROM MR. KUMAR REDDY HE'S THE SENIOR

03:53PM  16   MANAGER OF TECHNICAL MARKETING ENGINEERING AT CISCO, RIGHT?

03:53PM  17   A.   CORRECT.

03:53PM  18   Q.   AND YOU ARE ON THE CC LINE?

03:53PM  19   A.   YES.

03:53PM  20   Q.   AND I WON'T GO THROUGH ALL THE NAMES HERE, BUT AMONG THE

03:54PM  21   PEOPLE IS MR. PRADEEP KATHAIL?

03:54PM  22   A.   CORRECT.

03:54PM  23   Q.   AND HE'S PRETTY SENIOR AT CISCO, RIGHT?

03:54PM  24   A.   YES.

03:54PM  25   Q.   HE IS CHIEF SOFTWARE ARCHITECT, THAT'S HIS TITLE, I THINK?

03:54PM 1   A.   I BELIEVE SO, YES.

03:54PM 2   Q.   SO FEBRUARY 2014, MR. REDDY WAS WRITING TO YOU ALL AND

03:54PM 3   SAYING IN THE FIRST PARAGRAPH THERE AT THE TOP, ARISTA HAS

03:54PM 4   ARGUABLY THE BEST DEVICE PROGRAMMABILITY TODAY?

03:54PM 5   A.   SO THIS WAS THREE MONTHS AFTER --

03:54PM 6   Q.   LET ME ASK YOU THE NEXT QUESTION.  HE GOES ON TO SAY, WE

03:54PM 7   NEED TO EQUAL OR EXCEED WHAT THEY CAN DO, RIGHT?

03:54PM 8   A.   THIS IS HIS OPINION, CORRECT.

03:54PM 9   Q.   HAS OPINION IS CISCO HAS GOT SOME CATCHES UP TO DO, RIGHT?

03:54PM 10  A.   THIS IS HIS OPINION, CORRECT.

03:54PM 11  Q.   AND AMONG THE THINGS HE LISTS THAT CISCO NEEDS TO EQUAL OR

03:55PM 12  EXCEED IS, LET'S GO TO THE SECOND ONE, REST JSON INTERFACE TO

03:55PM 13  CLI?

03:55PM 14  A.   YES.

03:55PM 15  Q.   SO YOU UNDERSTOOD HIS VIEW WAS THAT CISCO NEEDS TO DEVELOP

03:55PM 16  A JSON INTERFACE TO CLI TO CATCH UP TO ARISTA, AS OF THIS TIME,

03:55PM 17  RIGHT?

03:55PM 18  A.   CORRECT -- WELL, YES.  I THINK IT'S BASICALLY SAYING THAT

03:55PM 19  WE HAVE TO BUILD THOSE INTERFACES.  I DON'T KNOW THAT IT'S

03:55PM 20  SAYING THAT WE HAVE TO DO THAT TO CATCH UP WITH ARISTA, IT

03:55PM 21  DOESN'T SAY THAT HERE.

03:55PM 22  Q.   OKAY.  YOU RECOGNIZE SOME OF THOSE OTHER FEATURES THAT

03:55PM 23  MR. REDDY IS TALKING ABOUT THERE ARE ARISTA INNOVATIONS LIKE IN

03:55PM 24  THE THIRD BULLET POINT, VM TRACE, THAT'S AN ARISTA INNOVATION,

03:56PM 25  RIGHT?

REDIRECT EXAMINATION OF MS. BAKAN BY MR. NELSON

03:56PM 1    A.   I'M NOT AWARE OF THAT PARTICULAR TECHNOLOGY.

03:56PM 2    Q.   OKAY.  YOU ARE AWARE THAT CISCO LATER CAME OUT WITH A

03:56PM 3    VERSION OF THAT CALLED VM TRACKER; ARE YOU FAMILIAR WITH THAT?

03:56PM 4    A.   NO.

03:56PM 5    Q.   LANS.  DO YOU KNOW THAT AS AN ARISTA INNOVATION?

03:56PM 6    A.   NO, I DO NOT.

03:56PM 7            MR. FERRALL:  ALL RIGHT.

03:56PM 8        NO FURTHER QUESTIONS, YOUR HONOR.

03:56PM 9        THANK YOU.

03:56PM 10           THE COURT:  MR. NELSON, ANY REDIRECT FOR THIS

03:56PM 11   WITNESS?

03:56PM 12           MR. NELSON:  THANK YOU, YOUR HONOR.

03:56PM 13

03:56PM 14            **REDIRECT EXAMINATION BY MR. NELSON**

03:56PM 15

03:56PM 16   BY MR. NELSON:

03:56PM 17   Q.   GOOD AFTERNOON.

03:56PM 18   A.   HELLO.

03:56PM 19   Q.   SO I JUST HAVE A FEW QUESTIONS FOR YOU?

03:56PM 20   A.   SURE.

03:56PM 21   Q.   THERE WAS SOME QUESTIONS ASKED ABOUT AUTOMATION, DO YOU

03:56PM 22   RECALL?

03:56PM 23   A.   YES.

03:56PM 24   Q.   CAN YOU EXPLAIN TO US WHAT THAT IS?

03:56PM 25   A.   SO AUTOMATION IS A MECHANISM BY WHICH YOU, FOR AUTOMATING

REDIRECT EXAMINATION OF MS. BAKAN BY MR. NELSON

03:58PM 1    AND PROVIDE TO CUSTOMERS TODAY.

03:58PM 2    Q.   OKAY.  AND WHAT KINDS OF THINGS, BASED ON YOUR EXPERIENCE

03:58PM 3    WITH THE CUSTOMERS, WOULD THEY USE THE AUTOMATION TOOLS FOR?

03:58PM 4    A.   GREAT QUESTION.  SO AUTOMATION TOOLS ARE USED MOSTLY TO

03:58PM 5    CONDUCT OPERATIONS, ESSENTIALLY ISSUE COMMANDS TO ESSENTIALLY

03:58PM 6    MANAGE THE NETWORK IN THE A VERY STEADY STATE ENVIRONMENT.

03:58PM 7    WITH AUTOMATION YOU DON'T GET TO TROUBLE SHOOT THE NETWORK.

03:58PM 8         IF THE NETWORK IS GOING BAD, AND IF THE NETWORK IS FAILING,

03:58PM 9    AUTOMATION TOOLS, WHICH ARE ESSENTIALLY JUST CONFIGURING THE

03:59PM 10   DEVICES TO ESSENTIALLY PROVIDE A CERTAIN FUNCTIONALITY, THOSE

03:59PM 11   TOOLS WILL NOT THEN TROUBLE SHOOT THE DEVICES.  THOSE ARE

03:59PM 12   DIFFERENT TYPE OF TECHNOLOGIES IN ITSELF.  VERY DIFFERENT TYPE

03:59PM 13   OF CAPABILITY THAN AUTOMATION TECHNOLOGIES.  THOSE ARE

03:59PM 14   TYPICALLY CALLED MONITORING AND TROUBLE SHOOTING TOOLS.

03:59PM 15        WITH CLI, CLI PROVIDES INHERENT CAPABILITY ON THE DEVICE

03:59PM 16   WHERE YOU COULD ISSUE ALL OF THOSE COMMANDS TO ESSENTIALLY

03:59PM 17   CONFIGURE THE DEVICE, MANAGE THE DEVICE, AS WELL AS TROUBLE

03:59PM 18   SHOOT THE DEVICE.

03:59PM 19   Q.   SO THEN BASED UPON YOUR EXPERIENCE WITH THE CUSTOMERS THAT

03:59PM 20   YOU DESCRIBED, EVEN WITH THESE AUTOMATION TOOLS, DID CUSTOMERS

03:59PM 21   STILL USE CLI?

03:59PM 22   A.   ABSOLUTELY.

03:59PM 23   Q.   AND FOR WHAT KINDS OF THINGS?

03:59PM 24   A.   WELL, IT'S THE MOST TRUSTWORTHY MECHANISM BY WHICH YOU CAN

04:00PM 25   GET INFORMATION ABOUT WHAT'S HAPPENING ON THE DEVICE.

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:10PM 1   A NEW TECHNOLOGY AREA THAT I COULD BECOME EXPERT IN.

04:10PM 2   Q.   AND DID YOU FIND SOMETHING THAT PEAKED YOUR INTEREST?

04:10PM 3   A.   YES, NETWORKING.  NETWORKING WAS SOMETHING THAT WAS A BIG

04:10PM 4   THING AT STANFORD IN THOSE DAYS.

04:10PM 5   Q.   AND AT THE TIME AS PART OF YOUR EMPLOYMENT AGREEMENT WITH

04:10PM 6   STANFORD, DID YOU HAVE ANY RESTRICTIONS ON TYPE OF SIDE

04:10PM 7   PROJECTS THAT YOU COULD WORK ON?

04:10PM 8   A.   NO.  AS LONG AS I KEPT THE COMPUTERS UP AND RUNNING AND THE

04:10PM 9   FACULTY AND THE STAFF, THE FACULTY AND THE STUDENTS HAPPY, IN

04:10PM 10   THAT ORDER, I COULD DO WHAT I WANT.

04:10PM 11   Q.   GREAT.  AND THEN DID YOU EVENTUALLY FIND A SPECIFIC

04:10PM 12   NETWORKING PROJECT THAT YOU WERE INTERESTED IN WORKING ON?

04:10PM 13   A.   YES, I DID.

04:10PM 14   Q.   WHAT WAS THAT PROJECT?

04:10PM 15   A.   I WAS BUILDING AN IP ROUTER.

04:10PM 16   Q.   AN IP ROUTER?

04:11PM 17   A.   YES.

04:11PM 18   Q.   CAN YOU TELL THE LADIES AND GENTLEMEN OF THE JURY WHAT AN

04:11PM 19   IP ROUTER WAS AT THAT TIME?

04:11PM 20   A.   SO IP IS AN ACRONYM FOR INTERNET PROTOCOL.  IT'S A STANDARD

04:11PM 21   WAY OF COMMUNICATING BETWEEN COMPUTERS OVER A NETWORK, AND A

04:11PM 22   ROUTER IS A DEVICE THAT CONNECTS NETWORKS TOGETHER.

04:11PM 23       ONE VERY COMMON USE OF A ROUTER IS IF YOU HAVE A HOME

04:11PM 24   NETWORK, COMPUTER ON THAT, IT SPEAKS IP, AND YOU WANT TO TALK

04:11PM 25   TO SOME COMPUTER OFF IN SOME OTHER PART OF THE WORLD, YOU WILL

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:11PM  1   SEND DATA TO YOUR ROUTER, THE ROUTER WILL LOOK AT WHAT'S CALLED

04:11PM  2   AN IP ADDRESS ON THAT DATA, AND THEN IT WILL FORWARD IT TO THE

04:11PM  3   SERVICE PROVIDER'S NETWORK, LIKE I SAID, AT&T OR COMCAST OR

04:11PM  4   WHOEVER IS PROVIDING THE SERVICE, AND THEN IT WILL THEN,

04:11PM  5   SUBSEQUENT ROUTERS WILL TAKE THAT DATA, PICK IT UP, LOOK AT

04:12PM  6   THAT IP ADDRESS AND SAY, OKAY, AND IT GOES HERE, IT GOES HERE,

04:12PM  7   IT GOES HERE UNTIL IT FINALLY REACHES ITS DESTINATION.

04:12PM  8        IT'S VERY MUCH LIKE THE POSTAL SYSTEM WHERE YOU WRITE AN

04:12PM  9   ADDRESS ON A LETTER AND THEN YOU POST THE LETTER AND THE POSTAL

04:12PM  10  SYSTEM BASICALLY PASSES THAT LETTER AROUND INSIDE ITSELF UNTIL

04:12PM  11  IT GETS DELIVERED AT THE OTHER END.

04:12PM  12  Q.   AND, MR. LOUGHEED, DID YOU END UP WRITING YOUR OWN COMPUTER

04:12PM  13  CODE FOR THIS IP ROUTING PROJECT?

04:12PM  14  A.   YES, I DID.

04:12PM  15  Q.   AND AT THAT TIME IN THE 1985, 1986 TIMEFRAME, WAS THERE AN

04:12PM  16  OPPORTUNITY TO DEMONSTRATE THIS IP ROUTER SOFTWARE THAT YOU HAD

04:12PM  17  WRITTEN?

04:12PM  18  A.   LEN BOSACK TOOK A COPY OF THE SOFTWARE OVER TO HP LABS

04:12PM  19  WHERE HE HAD BEEN A CONSULTANT, BASICALLY SHOWED THEM WHAT THE

04:12PM  20  SOFTWARE AND THE HARDWARE COULD DO.  AND HP WAS VERY INTERESTED

04:12PM  21  IN IT AND ACTUALLY SUGGESTED SOME IMPROVEMENTS AND ENHANCEMENTS

04:13PM  22  TO THE SOFTWARE.

04:13PM  23  Q.   AND IN ADDITION TO THIS PRIVATE DEMONSTRATION WITH HP LABS,

04:13PM  24  WAS THERE AN OPPORTUNITY TO DEMONSTRATE THE SOFTWARE TO A

04:13PM  25  LARGER PUBLIC?

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:17PM  1    IT'S ABOUT 19 INCHES WIDE BY ABOUT A FOOT OR SO HIGH, AND MAYBE

04:18PM  2    18 INCHES OR 18 INCHES OR 20 INCHES DEEP.

04:18PM  3    Q.   WHEN YOU SAY AGS, WHAT DOES THAT STAND FOR?

04:18PM  4    A.   THAT STANDS FOR ADVANCED GATEWAY SERVER.  GATEWAY BEING AN

04:18PM  5    OLD NAME FOR WHAT WE NOW CALL A ROUTER.

04:18PM  6    Q.   AND WHAT WAS SO EXCITING ABOUT THE NEW AGS ROUTER THAT WE

04:18PM  7    ARE LOOKING AT HERE?

04:18PM  8    A.   SO IT WAS ONE OF THE FIRST COMMERCIALLY AVAILABLE IP

04:18PM  9    ROUTERS, AND USING INTERNET TECHNOLOGY AND THESE ROUTERS, YOU

04:18PM  10   COULD ACTUALLY BUILD VERY LARGE SCALE NETWORKS FOR THE FIRST

04:18PM  11   TIME.  YOU COULD BUILD -- A BUSINESS COULD BUY THESE AND

04:18PM  12   CONNECT COMPUTERS ACROSS THE COUNTRY.

04:18PM  13        PREVIOUSLY, IF YOU WANTED TO DO SOMETHING LIKE THAT, YOU

04:18PM  14   EITHER HAD TO BUY THE SAME TECHNOLOGY THAT THE GOVERNMENT USED

04:18PM  15   FOR THE ARPA, AND THE ARPA CONTRACTOR WASN'T PARTICULARLY

04:18PM  16   INTERESTED IN SELLING YOU THAT STUFF, EITHER.

04:19PM  17        OR YOU USED -- THE TECHNOLOGY WAS CALLED BRIDGING

04:19PM  18   TECHNOLOGY WHICH PRETENDED THAT EVERYTHING WAS ONE BIG ETHERNET

04:19PM  19   CABLE.  AND THAT WORKED FOR A FEW HUNDRED COMPUTERS AND AFTER

04:19PM  20   THAT IT JUST -- YOU WOULD FAIL.  YOU COULDN'T DO MUCH MORE THAN

04:19PM  21   THAT.

04:19PM  22   Q.   AND IN ADDITION TO HP LABS AND THE UNIVERSITIES, WERE THERE

04:19PM  23   SOME OTHER EARLY CUSTOMERS OF AGS AT THE TIME?

04:19PM  24   A.   YES.  BOEING AIRCRAFT WAS ONE OF OUR EARLY CUSTOMERS.  WE

04:19PM  25   INSTALLED -- THEY HAD A LARGE BRIDGED NETWORK, AND WE INSTALLED

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:21PM 1   MENLO PARK.

04:21PM 2       AND THEN EVENTUALLY WE NEEDED TO HAVE BADGES TO GET ACCESS

04:21PM 3   TO THE BUILDING.  AND WHEN IT CAME TIME TO ASSIGN EMPLOYEE --

04:21PM 4   ASSIGN BADGE NUMBERS, WE GAVE BADGE 1 TO CECILIA BECAUSE THAT

04:21PM 5   WAS OUR WAY OF HONORING HER AND RESPECTING HER; SANDY HAD BADGE

04:21PM 6   2; LEN HAD BADGE 3, AND I HAD BADGE 4.

04:21PM 7   Q.  ALL RIGHT.

04:21PM 8       NOW, SWITCHING GEARS TO TALK ABOUT THE SPECIFIC

04:21PM 9   RESPONSIBILITIES YOU HAD IN THE EARLY DAYS OF CISCO, WHAT WERE

04:21PM 10  YOU WORKING ON PRIMARILY AT CISCO?

04:21PM 11  A.  I WAS WORKING ON THE SOFTWARE.

04:21PM 12  Q.  AND DID YOU WORK ON THE CISCO SOFTWARE ALSO INCLUDING WORK

04:21PM 13  ON THE USER INTERFACE FOR THAT SOFTWARE?

04:21PM 14  A.  YES, I DID.

04:21PM 15  Q.  WHO DECIDED ULTIMATELY WHAT TYPE OF USER INTERFACE CISCO

04:21PM 16  WOULD ELECT TO USE FOR ITS ROUTERS?

04:21PM 17  A.  THAT WAS MY DECISION.

04:21PM 18  Q.  AND WHEN DID YOU MAKE THAT DECISION?

04:21PM 19  A.  IN THE 1986 TIMEFRAME.

04:21PM 20  Q.  AND WE ARE GOING TO GET A LOT MORE INTO SPECIFICS OF THE

04:22PM 21  USER INTERFACE, BUT GENERALLY SPEAKING WHAT TYPE OF INTERFACE

04:22PM 22  DID YOU SELECT FOR CISCO?

04:22PM 23  A.  WHAT'S CALLED A COMMAND-LINE INTERFACE.

04:22PM 24  Q.  WHEN YOU SAY COMMAND-LINE INTERFACE, CAN YOU BRIEFLY

04:22PM 25  DESCRIBE FOR THE JURY WHAT THAT MEANS?

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:22PM 1    A.   SO A COMMAND-LINE INTERFACE, OR A CLI, IS AN INTERFACE

04:22PM 2    WHERE IT'S BASICALLY A TEXTUAL INTERFACE WHERE YOU TYPE A

04:22PM 3    SERIES OF WORDS, THEN PRESS RETURN, AND THE COMPUTER AT THE

04:22PM 4    OTHER END INTERPRETS THOSE WORDS TO DO WHATEVER IT IS YOU

04:22PM 5    WANTED IT TO DO.

04:22PM 6    Q.   SO LET'S TAKE A LOOK AT SLIDE 6 FROM YOUR SLIDE DECK.  AND

04:22PM 7    WHAT ARE WE LOOKING AT ON THIS SLIDE?

04:22PM 8    A.   THIS IS THE STARTUP SCREEN WHEN YOU POWER ON A CISCO ROUTER

04:22PM 9    OR SWITCH FOR THE FIRST TIME.

04:22PM 10   Q.   OKAY.  AND THEN IF WE CLICK TO THE NEXT SLIDE, WHAT ARE WE

04:22PM 11   LOOKING AT HERE?

04:22PM 12   A.   THIS IS THE CONTINUATION OF THE STARTUP SCREENS.  IT WILL

04:22PM 13   TELL YOU WHAT THE VERSION, IT WILL TELL YOU WHAT TYPE OF

04:23PM 14   SOFTWARE, WHAT VERSION OF THE SOFTWARE, WHERE TO GET SUPPORT,

04:23PM 15   COPYRIGHT INFORMATION.  AND THEN IT GIVES YOU A LISTING OF THE

04:23PM 16   HARDWARE CONFIGURATION OF THE SYSTEM.

04:23PM 17   Q.   AND WHEN YOU SAY COMMAND-LINE INTERFACE, WHERE IS THE

04:23PM 18   COMMAND LINE IN THIS INTERFACE?

04:23PM 19   A.   WAY DOWN AT THE BOTTOM OF THE SCREEN, SOMEBODY HAS

04:23PM 20   PRESUMABLY PRESSED THE RETURN KEY AND THAT WORD SWITCH WITH AN

04:23PM 21   ANGLED BRACKET AFTER IT IS THE -- IS WHERE THE COMMAND LINE

04:23PM 22   STARTS.

04:23PM 23   Q.   SO THERE'S A BLINKING CURSER.  IS THAT WHERE YOU TYPE IN

04:23PM 24   WORDS?

04:23PM 25   A.   IT'S WAITING FOR YOU TO TYPE.

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:23PM 1   Q.   AND LET'S WALK THROUGH SOME EXAMPLES OF COMMANDS AND SEE

04:23PM 2   HOW YOUR USER INTERFACE WORKED AT THE TIME.  SO CAN YOU TELL US

04:23PM 3   WHAT'S HAPPENING WITH THIS PARTICULAR COMMAND THAT YOU ARE

04:23PM 4   TYPING?

04:23PM 5   A.   WELL, THE COMMAND IS -- OF COURSE SHOW INTERFACES, AND

04:23PM 6   AFTER YOU PRESS THE RETURN KEY, IT WILL SHOW YOU STATUS

04:23PM 7   INFORMATION ABOUT THE -- THE INTERFACES IN THE SYSTEM.

04:24PM 8   Q.   AND WHEN YOU SAY INTERFACES IN THE SYSTEM, WHAT ARE YOU

04:24PM 9   REFERRING TO?

04:24PM 10  A.   I'M REFERRING TO THE, ESSENTIALLY -- THIS IS WHERE THE

04:24PM 11  NETWORK IS ATTACHED.  THESE ARE THE ATTACHMENT POINTS FOR THE

04:24PM 12  NETWORK.

04:24PM 13  Q.   WE HAVE A PICTURE OF SOMETHING THAT LOOKS LIKE A ROUTER OR

04:24PM 14  SWITCH ON THE BOTTOM?

04:24PM 15  A.   YES.

04:24PM 16  Q.   WHAT GENERATES THE SCREEN OUTPUT?

04:24PM 17  A.   THE ROUTER OR THE SWITCH ACTUALLY GENERATES THE OUTPUT.

04:24PM 18  Q.   I TAKE IT YOU COULD GO THROUGH AND ENTER MORE COMMANDS AND

04:24PM 19  SEE MORE OUTPUTS AND THAT'S HOW YOU INTERACT WITH THE SYSTEM?

04:24PM 20  A.   THAT IS INDEED THE CASE.

04:24PM 21  Q.   AND AT THE TIME -- WHY DID YOU SELECT IN 1986 WHEN YOU WERE

04:24PM 22  WORKING ON THIS FIRST IP ROUTER, WHY DID YOU END UP SELECTING A

04:24PM 23  TEXT-BASED COMMAND-LINE INTERFACE?

04:25PM 24  A.   BECAUSE IT WAS BECOMING CLEAR AT THE TIME THAT I WAS GOING

04:25PM 25  TO BE ADDING ADDITIONAL FUNCTIONALITY TO THE SYSTEM, AND I

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:25PM 1    WANTED A USER INTERFACE THAT I COULD EXTEND.

04:25PM 2    Q.   WHEN YOU SAY EXTEND, WHAT DO YOU MEAN BY EXTEND?

04:25PM 3    A.   I MEAN THAT I COULD ADD NEW FUNCTIONALITY TO IT AND NOT

04:25PM 4    NECESSARILY HAVE TO START OVER AGAIN EVERY TIME I HAD A NEW

04:25PM 5    FUNCTIONALITY.

04:25PM 6    Q.   AND HOW DOES A TEXT-BASED COMMAND-LINE INTERFACE LIKE THIS

04:25PM 7    ALLOW YOU TO EXTEND THE FUNCTIONALITY OF AN OPERATING SYSTEM?

04:25PM 8    A.   IT -- SO, IT'S WORD-BASED AND WORDS ARE REAL EASY TO USE TO

04:25PM 9    COMMUNICATE WHAT YOU ARE WANTING.  IT'S SORT OF TELEGRAPHIC

04:25PM 10   STYLE OF COMMUNICATION, BUT IT IS A MEANS OF COMMUNICATION.

04:25PM 11   Q.   OKAY.  AND DID YOU CONSIDER AT THE TIME SOME OTHER WAYS OF

04:25PM 12   PROVIDING A USER INTERFACE?

04:25PM 13   A.   YES, WE DID.  WE CONSIDERED MENUS, AND WE CONSIDERED WHAT'S

04:26PM 14   CALLED A GUI.

04:26PM 15   Q.   OKAY.  SO LET'S TAKE A LOOK AT SLIDE 11.

04:26PM 16        CAN YOU EXPLAIN BRIEFLY TO THE JURY WHAT ARE THE OTHER

04:26PM 17   TYPES OF USER INTERFACES THAT YOU HAD CONSIDERED INSTEAD OF A

04:26PM 18   COMMAND-LINE INTERFACE?

04:26PM 19   A.   SO ONE OF THEM WAS A GUI, OR GRAPHICAL USER INTERFACE.

04:26PM 20   THAT'S A USER INTERFACE THAT BASICALLY DRAWS PICTURES AND USES

04:26PM 21   A MOUSE, OR SOMETHING LIKE THAT, TO POINT AT VARIOUS THINGS

04:26PM 22   THAT YOU CAN GO AND CLICK AND SELECT AND THE LIKE.

04:26PM 23        A MENU-DRIVEN INTERFACE BASICALLY GIVES YOU A MENU OF ITEMS

04:26PM 24   AND YOU SELECT A PARTICULAR MENU ITEM AND THEN GO ON AND SELECT

04:26PM 25   FROM OTHER MENUS BASED ON THAT.

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:26PM 1    THEN THERE'S THE COMMAND-LINE INTERFACE WHICH IS BASICALLY

04:26PM 2    TYPING A SENTENCE OF WORDS.

04:26PM 3    Q.  SO WHY DID YOU END UP USING THE TEXT-BASED COMMAND-LINE

04:26PM 4    INTERFACE OVER THESE OTHER POSSIBLE USER INTERFACE DESIGNS?

04:26PM 5    A.  SO GUI INTERFACES REQUIRED SOME HARDWARE SUPPORT THAT WE

04:26PM 6    DIDN'T HAVE AND WE WEREN'T WILLING TO ADD.  AND GUIS WERE VERY,

04:27PM 7    VERY NEW AT THE TIME.  THIS WAS 1986, AND GUIS, LIKE I SAID,

04:27PM 8    WERE VERY NEW TECHNOLOGY THEN.

04:27PM 9    MENU-DRIVEN INTERFACES ARE EXTREMELY SLOW AND CLUNKY AND

04:27PM 10   ARE NOT VERY EXPRESSIVE.  IT'S HARD TO TELL WHAT'S GOING ON

04:27PM 11   WHEN YOU HAVE A MENU-DRIVEN INTERFACE.

04:27PM 12   Q.  NOW, JUST TO BE CLEAR ON THE RECORD, YOU ARE NOT THE FIRST

04:27PM 13   PERSON IN THE WORLD TO COME UP WITH A PARTICULAR COMMAND-LINE

04:27PM 14   INTERFACE?

04:27PM 15   A.  OH, NO, NO.  THAT WAS HOW WE DID THINGS IN THOSE DAYS.

04:27PM 16   Q.  RIGHT.  AND THE QUESTION IS THEN, WHY DID YOU NOT JUST USE

04:27PM 17   SOMEBODY ELSE'S EXISTING COMMAND-LINE INTERFACE FOR THE CISCO

04:27PM 18   PRODUCTS?

04:27PM 19   A.  BECAUSE I HAD A NEW PROBLEM.  I HAD A NEW TECHNOLOGY.

04:27PM 20   THERE WERE NOT -- THE AGS WAS ONE OF THE FIRST COMMERCIAL IP

04:27PM 21   ROUTERS, IT WAS A COMPLETELY NEW TECHNOLOGY.  NOBODY KNEW WHAT

04:27PM 22   AN IP ROUTER WAS.  NOBODY WAS SHIPPING ONE.  I ACTUALLY HADN'T

04:27PM 23   SEEN ANYONE OTHER THAN WHAT I WAS CREATING.

04:28PM 24   SO THERE WERE JUST, THERE WERE NEW DEMANDS THAT THE OTHER,

04:28PM 25   OLDER COMMAND-LINE INTERFACES WOULD JUST NOT SUPPORT.

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:28PM  1    Q.    AND WHAT ARE SOME OF THE THINGS YOU DID DIFFERENTLY WITH

04:28PM  2    YOUR COMMAND-LINE INTERFACE COMPARED TO WHAT EXISTED PRIOR TO

04:28PM  3    YOUR WORK AT CISCO?

04:28PM  4    A.    WELL, I MENTIONED THAT I WANTED TO MAKE IT EXTENSIBLE, AND

04:28PM  5    ONE WAY THAT I FELT THAT I KNEW HOW TO DO TO MAKE IT EXTENSIBLE

04:28PM  6    SO I COULD ADD THINGS EASILY WAS TO CREATE HIERARCHIES.

04:28PM  7    Q.    OKAY.  AND WHEN YOU SAY THE WORD "HIERARCHY," CAN YOU

04:28PM  8    EXPLAIN TO THE JURY WHAT YOU MEAN BY HIERARCHY?

04:28PM  9    A.    SO WE ARE GOING TO HAVE TO UNPACK THIS A LITTLE, OR UNPACK

04:28PM  10   THIS A LITTLE BIT.  I THINK THE BEST PLACE TO START WOULD BE

04:28PM  11   WITH OTHER DISCUSSIONS OF MODES.

04:28PM  12   Q.    SO LET'S DO THAT.  WHY DON'T WE LOOK AT SLIDE 12.  CAN YOU

04:28PM  13   EXPLAIN TO US WHAT WE ARE LOOKING AT ON SLIDE 12?

04:28PM  14   A.    SO WHAT WE ARE LOOKING AT IS A GRAPHICAL REPRESENTATION OF

04:28PM  15   WHAT WE CALL THE USER EXEC MODE.  IT'S THE TOP LEVEL MODE, IT'S

04:29PM  16   THE OUTER MOST ONE, IF YOU WILL.  AND IT'S IDENTIFIED BY A

04:29PM  17   PROMPT WHICH IS THE NAME OF THE SYSTEM.  IN ONE OF OUR EXAMPLES

04:29PM  18   IT WILL BE THE WORD SWITCH, BUT CUSTOMERS CAN NAME THIS DEVICE

04:29PM  19   WHATEVER THEY WANT.  AND THEN IT HAS A RIGHT ANGLED BRACKET.

04:29PM  20   Q.    LIKE A KARET SIGN?

04:29PM  21   A.    A KARET, YES.

04:29PM  22   Q.    AND SO WOULD THIS BE THE MODE THAT YOU ENTER AS SOON AS YOU

04:29PM  23   TURN ON THE ROUTER?

04:29PM  24   A.    AS SOON AS YOU TURN ON THE ROUTER AND PRESS THE RETURN KEY

04:29PM  25   AND YOU WILL GET A PROMPT, THE NAME OF THE DEVICE WITH AN

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:29PM 1   ANGLED BRACKET.

04:29PM 2   Q.   WHAT ARE THE TYPES OF COMMANDS YOU COULD USE IN THE USER

04:29PM 3   EXEC MODE?

04:29PM 4   A.   SAFE COMMANDS.   THIS IS SORT OF THE -- THIS IS THE

04:29PM 5   UNPRIVILEGED LEVEL.   THE THINGS LIKE SHOW COMMANDS LIKE SHOW

04:29PM 6   INTERFACES.   YOU CAN SORT OF SEE WHAT'S GOING ON IN THE SYSTEM

04:29PM 7   BUT YOU CAN'T ACTUALLY AFFECT IT IN ANY SIGNIFICANT WAY.

04:30PM 8   Q.   OKAY.   LET'S TAKE A LOOK AT THE NEXT SLIDE.   WHAT ARE WE

04:30PM 9   LOOKING AT ON THE NEXT VERSION OF SLIDE 12?

04:30PM 10   A.   THIS IS A REPRESENTATION OF THE MODE UNDERNEATH THE EXEC

04:30PM 11   MODE.   THIS IS WHAT WE CALL THE PRIVILEGED EXEC.   AND ITS

04:30PM 12   PROMPT IS THE NAME OF THE DEVICE AND A HASH MARK OR A POUND

04:30PM 13   SIGN FOLLOWING.

04:30PM 14        AND THESE ARE COMMANDS THAT ARE MUCH MORE POWERFUL, YOU

04:30PM 15   COULD RELOAD THE SYSTEM, YOU COULD CONFIGURE THE SYSTEM.

04:30PM 16   BASICALLY THERE'S SUFFICIENT POWER IN THIS MODE THAT TYPICALLY

04:30PM 17   CUSTOMERS WILL CONFIGURE A PASSWORD THAT HAS TO BE GIVEN BEFORE

04:30PM 18   THEY ENTER INTO THE PRIVILEGED MODE.

04:30PM 19   Q.   HOW WOULD YOU GET TO THE USER EXEC MODE TO THE PRIVILEGED

04:30PM 20   MODE?

04:30PM 21   A.   I WOULD GIVE THE COMMAND ENABLE, THEN IF THERE'S A

04:30PM 22   PASSWORD, I WOULD HAVE TO TYPE A PASSWORD.

04:30PM 23   Q.   AND JUST TO MAKE SURE WE HAVE A CLEAR ILLUSTRATION OF THE

04:30PM 24   PROMPTS, WHICH PROMPT ARE WE LOOKING AT ON SLIDE 13 WITH THE

04:31PM 25   KARET SIGN?

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:31PM 1    A.   YOU ARE LOOKING AT THE USER EXEC, THE UNPRIVILEGED LEVEL.

04:31PM 2    Q.   THEN IF WE LOOK AT THE NEXT SLIDE, SLIDE 14 WITH THE HASH

04:31PM 3    SIGN, WHICH PROMPT IS THAT?

04:31PM 4    A.   THAT'S THE PRIVILEGED MODE.

04:31PM 5    Q.   NOW, DID YOU STOP THERE?  DID YOU STOP WITH JUST THE TWO

04:31PM 6    MODES WE HAVE BEEN DISCUSSING?

04:31PM 7    A.   NO.  OTHERS HAVE HAD IDEAS OF TWO-LEVEL MODES, NORMAL USER

04:31PM 8    AND PRIVILEGED MODE.  I ADDED A MODE CALLED THE GLOBAL

04:31PM 9    CONFIGURATION MODE.

04:31PM 10   Q.   THAT'S SLIDE 15.  CAN YOU EXPLAIN TO THE JURY WHAT IS THE

04:31PM 11   GLOBAL CONFIGURATION MODE?

04:31PM 12   A.   THAT'S THE MODE WHERE WE GIVE COMMANDS THAT ACTUALLY CHANGE

04:31PM 13   HOW THE DEVICE OPERATES.  WE TELL IT ABOUT NETWORK ADDRESSES,

04:31PM 14   WE TELL IT ABOUT NETWORK PROTOCOLS, WE TURN ON SOFTWARE.  WE

04:31PM 15   TELL IT WHAT IT NEEDS TO KNOW TO ACTUALLY DO ITS JOB.

04:31PM 16   Q.   AND HOW DO YOU GET TO THE GLOBAL CONFIGURATION MODE IN YOUR

04:31PM 17   USER INTERFACE?

04:31PM 18   A.   THE COMMAND CONFIGURE TERMINAL.

04:32PM 19   Q.   AND WAS THERE ANOTHER MODE THAT YOU CAME UP WITH IN

04:32PM 20   ADDITION TO THE GLOBAL CONFIGURATION?

04:32PM 21   A.   YES.  THERE'S A MODE UNDERNEATH THIS CALLED THE USER

04:32PM 22   INTERFACE CONFIGURATION MODE.

04:32PM 23   Q.   OKAY.  BEFORE WE DO THAT, JUST TO BE CLEAR ON THE RECORD,

04:32PM 24   IS THERE A PROMPT THAT'S ASSOCIATED WITH THE CONFIGURATION

04:32PM 25   MODE?

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:32PM 1    A.   YES.  IT'S THE NAME OF THE DEVICE, THEN IN PARENTHESIS

04:32PM 2    CONFIG, THEN A HASH MARK.

04:32PM 3    Q.   SO WHEN THE USER SEES THAT THEY KNOW THEY ARE IN THE

04:32PM 4    CONFIGURATION MODE NOW?

04:32PM 5    A.   YES.

04:32PM 6    Q.   SO LET'S GO BACK AND LOOK AT SLIDE 17.  WHAT IS THIS USER

04:32PM 7    INTERFACE CONFIGURATION MODE YOU CAME UP WITH?

04:32PM 8    A.   THIS IS A MODE WHERE IT'S FOR CONFIGURING PARAMETERS ON

04:32PM 9    NETWORK INTERFACES WHICH ARE A CRUCIAL PART OF AN IP ROUTER.

04:32PM 10   IT -- YOU GET TO IT BY TYPING THE WORD "INTERFACE," THEN THE

04:32PM 11   NAME OF THE INTERFACE.  AND THEN THIS MODE HAS MEMORY.  THIS

04:33PM 12   MODE WILL REMEMBER THE NAME OF THAT INTERFACE.

04:33PM 13        AND THEN THE REST OF THOSE, ANY COMMANDS THAT ARE INTERFACE

04:33PM 14   SPECIFIC COMMANDS WILL THEN APPLY JUST TO THAT PARTICULAR

04:33PM 15   INTERFACE.  AND IF YOU TYPE A COMMAND THAT IS NOT AN

04:33PM 16   INTERFACE-SPECIFIC COMMAND, IT POPS YOU BACK UP TO THE GLOBAL

04:33PM 17   CONFIGURATION MODE.

04:33PM 18   Q.   WERE YOU AWARE OF OTHER TYPES OF CONFIGURATION MODES LIKE

04:33PM 19   THIS FOR NETWORKING WHERE IT REMEMBERED WHAT YOU WERE DOING?

04:33PM 20   A.   NO.  I WAS NOT AWARE OF ANY SUCH.

04:33PM 21   Q.   SO GOING BACK TO THE HIERARCHY QUESTION I ASKED YOU, YOU

04:33PM 22   SAID LET'S TALK ABOUT THE MODES AND PROMPTS, CAN YOU NOW

04:33PM 23   EXPLAIN TO THE JURY, HOW IS THE CONCEPT OF HIERARCHY REFLECTED

04:33PM 24   IN THIS SERIES OF MODES THAT WE ARE SEEING HERE?

04:33PM 25   A.   WELL, I MEAN, YOU BASICALLY START AT THIS TOP LEVEL, THIS

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:33PM 1    USER EXEC AND THEN AS -- YOU CAN DO SIMPLE THINGS LIKE JUST SEE

04:33PM 2    WHAT THE STATUS OF THE SYSTEM IS, IF YOU ACTUALLY WANT TO

04:33PM 3    CHANGE HOW THE SYSTEM OPERATES, THEN YOU GO INTO THE -- YOU

04:34PM 4    HAVE TO GIVE A PASSWORD TO GET INTO THE PRIVILEGED MODE.  YOU

04:34PM 5    CAN DO A FEW OTHER THINGS IN PRIVILEGED MODE LIKE RESTART THE

04:34PM 6    SYSTEM AND WHATNOT BUT MOSTLY --

04:34PM 7    Q.  HE WAS GETTING EXCITED THERE, MR. LOUGHEED.

04:34PM 8    A.  I'M SORRY.

04:34PM 9        YOU CAN DO A FEW OTHER THINGS IN THE PRIVILEGED EXEC, BUT

04:34PM 10   TYPICALLY PEOPLE GO DOWN INTO THE NEXT LEVEL WHICH IS THE

04:34PM 11   CONFIGURATION MODE.  BECAUSE IF YOU ARE A SYSTEM ADMINISTRATOR,

04:34PM 12   A NETWORK ADMINISTRATOR, THAT'S WHERE ALL THE ACTION IS.

04:34PM 13       THEN FROM THAT YOU CAN UPON GO INTO THIS INTERFACE

04:34PM 14   CONFIGURATION MODE, TELL IT WHAT INTERFACE YOU ARE INTERESTED

04:34PM 15   IN, AND THEN GO AND CONFIGURE THAT.  IT'S BASICALLY, IT'S A

04:34PM 16   HIERARCHY.

04:34PM 17   Q.  OKAY.  NOW, I UNDERSTAND THERE MAY BE OTHER MODES BUT HOW

04:34PM 18   WOULD YOU CHARACTERIZE THESE FOUR MODES, THE USER EXEC,

04:34PM 19   PRIVILEGED EXEC, GLOBAL CONFIGURATION, AND THE INTERFACE MODES?

04:35PM 20   A.  THESE ARE THE MAIN MODES OF THE SYSTEM.  THESE ARE THE

04:35PM 21   CRITICAL MODES.  THIS IS WHERE YOU SPEND YOUR TIME.

04:35PM 22   Q.  OKAY.  NOW, I WANT TO GO BACK WITH THIS BACKGROUND TO TALK

04:35PM 23   ABOUT SOME OF THE WORK THAT YOU DID IN TERMS OF COMING UP WITH

04:35PM 24   SPECIFIC COMMANDS IN THE CONTEXT OF THESE DIFFERENT MODES AND

04:35PM 25   PROMPTS.

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:35PM  1        SO I WANT TO GO BACK TO YOUR DAYS AT STANFORD.  SO THIS IS

04:35PM  2   SLIDE 18.  CAN YOU EXPLAIN TO THE JURY WHAT WE ARE LOOKING AT

04:35PM  3   ON THIS SLIDE AS IT RELATES TO THE STANFORD USER INTERFACE?

04:35PM  4   A.   SO IN THE SOFTWARE THAT I DEVELOPED AT STANFORD, I NEEDED A

04:35PM  5   WAY OF ASSOCIATING AN INTERNET ADDRESS WITH AN INTERFACE.  AND

04:35PM  6   I DEVELOPED A, YOU KNOW, A SINGLE WORD COMMAND.  IN THIS CASE

04:35PM  7   IT WAS THE WORD "INTERFACE."

04:35PM  8        THEN THE NAME OF THE INTERFACE, THE WORD ADDRESS, AND THEN

04:35PM  9   I WOULD SPECIFY AFTER IT, THAT DOTTED STUFF IS AN IP ADDRESS,

04:36PM  10  AND THEN THE 255 IS, ALL THAT STUFF IS, IT'S SOMETHING CALLED A

04:36PM  11  SUBNET MASS, NOT PARTICULARLY IMPORTANT FOR THIS CASE.

04:36PM  12       THAT'S HOW I SET UP AN IP ADDRESS ON AN INTERFACE.

04:36PM  13  Q.   LET ME PAUSE YOU THERE TO BE CLEAR BECAUSE YOU SAID IT WAS

04:36PM  14  A SINGLE WORD COMMAND?

04:36PM  15  A.   IT WAS A SINGLE WORD COMMAND.

04:36PM  16  Q.   SO WHAT WAS THE COMMAND IN THIS FIRST LINE WE ARE SEEING

04:36PM  17  FROM STANFORD?

04:36PM  18  A.   INTERFACE.

04:36PM  19  Q.   SO THE REST OF THE TEXT, ETHERNET 0 ADDRESS AND SO ON,

04:36PM  20  WOULD THOSE BE THINGS THE USER PROVIDES AS INPUT?

04:36PM  21  A.   YES.

04:36PM  22  Q.   OKAY.  GREAT.  SO THEN YOU HAVE NEXT?

04:36PM  23  A.   SO THE NEXT THING I WANTED TO DO WAS TELL THE INTERFACE THE

04:36PM  24  LARGEST SIZED PACKET THAT WAS ALLOWED TO SEND OUT, SOMETHING

04:36PM  25  CALLED AN MTU, MAXIMUM TRANSMISSION UNIT.  SO I WOULD HAVE TO

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:36PM  1    TYPE ALL THE PREVIOUS BITS OF THAT COMMAND PLUS THE WORD MTU

04:36PM  2    AND A NUMBER.

04:37PM  3        AND THIS WAS -- I COULD TELL THAT THIS WASN'T GOING TO WORK

04:37PM  4    FOR ME VERY MUCH LONGER BECAUSE THERE WERE MORE THINGS I WANTED

04:37PM  5    TO ADD.

04:37PM  6    Q.   OKAY.  SO JUST TO BE CLEAR, EVERYTHING ON RED AT THE TOP,

04:37PM  7    THAT'S WHAT YOU WERE USING AT STANFORD, THAT'S WHAT RAN ON THE

04:37PM  8    STANFORD CODE?

04:37PM  9    A.   YES.

04:37PM  10   Q.   AND NOW WE ARE TRANSITIONING TO YOUR DAYS AT CISCO WHERE

04:37PM  11   YOU ARE WORKING ON THE CISCO INTERFACE?

04:37PM  12   A.   RIGHT.

04:37PM  13   Q.   SO CAN YOU EXPLAIN TO THE JURY WHAT WE ARE LOOKING AT AT

04:37PM  14   THE BOTTOM THERE, INTERFACE ETHERNET COMMAND?

04:37PM  15   A.   SO THIS WAS THE BEGINNING OF AN INTERFACE MODE.  AND THEN

04:37PM  16   THIS IS, THIS IS BASICALLY THREE COMMANDS.  IT'S BETTER

04:37PM  17   ILLUSTRATED HERE.

04:37PM  18       THERE'S THE WORD INTERFACE, WHICH ENTERS THE MODE, YOU SAY

04:37PM  19   INTERFACE, THEN THE NAME OF, THE NAME OF THAT INTERFACE.  AND

04:37PM  20   THE SYSTEM REMEMBERS THAT YOU ARE TALKING ABOUT ETHERNET 0.

04:37PM  21       AND THEN THESE SUBSEQUENT COMMANDS, ADDRESS 1.2.3.4 AND

04:38PM  22   MTU, ARE COMMANDS THAT ARE INTERFACE-SPECIFIC COMMANDS THAT

04:38PM  23   KNOW THAT WHATEVER PARAMETERS YOU ARE SPECIFYING TO THEM, THEY

04:38PM  24   BELONG TO, IN THIS CASE, ETHERNET 0.

04:38PM  25   Q.   SO DID THE STANFORD INTERFACE HAVE THIS ABILITY TO REMEMBER

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:38PM  1    THINGS?

04:38PM  2    A.  NO, IT DID NOT.

04:38PM  3    Q.  SO FROM A USER EXPERIENCE PERSPECTIVE, WHAT ARE THE

04:38PM  4    BENEFITS OF HAVING COMMANDS AND MODES THAT ALLOW THE SYSTEM TO

04:38PM  5    REMEMBER WHAT YOU ARE TALKING ABOUT?

04:38PM  6    A.  IT SAVED A LOT OF TYPING AND IF YOU DO A LOT OF TYPING YOU

04:38PM  7    GET A LOT OF ERRORS.  IT MADE THE USER INTERFACE MORE

04:38PM  8    EXTENSIBLE BECAUSE I COULD ADD NEW COMMANDS WITHOUT INTERFERING

04:38PM  9    WITH THE EXISTING COMMANDS.

04:38PM  10   Q.  OKAY.  JUST TO BE CLEAR, AT THE BOTTOM THERE IN THE CISCO

04:38PM  11   ADDRESS COMMAND, THERE'S NO WORD IP ANYWHERE IN THAT COMMAND;

04:38PM  12   IS THAT RIGHT?

04:38PM  13   A.  WE WERE AN IP ONLY ROUTER AND WE JUST ASSUMED EVERYTHING

04:39PM  14   WAS IP.

04:39PM  15   Q.  OKAY.  SO ALTHOUGH IT WAS SETTING THE IP ADDRESS, IT DID

04:39PM  16   NOT SAY IP ADDRESS AT THIS TIME?

04:39PM  17   A.  CORRECT.

04:39PM  18   Q.  SO THEN WE FAST FORWARD A LITTLE BIT IN TIME.  WHAT ARE WE

04:39PM  19   LOOKING AT ON THE VERY BOTTOM OF THE CISCO BOX?

04:39PM  20   A.  SO WE ARE LOOKING AT THE COMMANDS AS THEY EXIST TODAY.  AND

04:39PM  21   WE ARE BASICALLY PREFACING THINGS LIKE, YOU KNOW, ADDRESS

04:39PM  22   BECOMES AN IP ADDRESS, MTU BECOMES AN IP MTU.

04:39PM  23       WHAT WE DISCOVERED WHEN WE WENT INTO THE MARKETPLACE WAS

04:39PM  24   THAT PEOPLE ALREADY HAD WHAT WAS PUT OUT BY OTHER VENDORS WHICH

04:39PM  25   WAS DEC AND XEROX AND THE LIKE.  AND THEY WANTED TO RUN TRAFFIC

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:39PM  1   FROM THOSE NETWORKS ACROSS THROUGH OUR ROUTERS.

04:39PM  2        AND SO WE STARTED ADDING THESE OTHER NETWORK PROTOCOLS IN

04:39PM  3   ADDITION TO IP, IN ADDITION TO THE INTERNET PROTOCOL INTO OUR

04:40PM  4   SYSTEM.  AND THESE OTHER PROTOCOLS HAD CONCEPTS LIKE ADDRESSES

04:40PM  5   AND MTU AND ROUTING TABLES AND THE LIKE.

04:40PM  6        AND SO WE HAD TO HAVE SOME WAY OF DISTINGUISHING BETWEEN

04:40PM  7   WHAT SORT OF ADDRESS ARE YOU TALKING ABOUT.  AND THE DECISION

04:40PM  8   THAT WE WENT WITH WAS TO PREFIX A LOT OF THESE COMMANDS WITH

04:40PM  9   THE PROTOCOL THAT THEY BELONGED TO.

04:40PM  10       SO THERE'S IP ADDRESS HERE, AND YOU HAVE A DEC NET ADDRESS.

04:40PM  11  XNS ADDRESS.  WE BASICALLY, BY THE MIDDLE OF THE '90S, HAD

04:40PM  12  ENDED UP WITH 14 DIFFERENT NETWORK PROTOCOLS IN THE BOX.  WE

04:40PM  13  HAD GONE FROM BEING JUST AN IP ROUTER TO BECOMING A MULTI

04:40PM  14  PROTOCOL ROUTER.

04:40PM  15  Q.   AND, AGAIN, AT THAT TIME, WHEN YOU WERE WORKING ON THE

04:40PM  16  FIRST IP ROUTER, WAS THERE ANY KIND OF CONSTRAINT ON YOU OR

04:40PM  17  FUNCTIONAL DEMAND THAT TOLD YOU, HEY, YOU'VE GOT TO DO IT THIS

04:40PM  18  WAY?

04:40PM  19  A.   THERE WEREN'T ANY OTHER DEVICES LIKE THIS AT THE TIME.

04:41PM  20  THERE WERE NOT ANY EXPECTATIONS THAT THE CUSTOMERS HAD, THAT

04:41PM  21  THERE WAS A WAY OF DOING THIS OR THERE WAS A WAY OF TALKING

04:41PM  22  ABOUT IT OR EVEN THE CHOICE OF WORDS.

04:41PM  23       WE COULD CERTAINLY, YOU KNOW, WE COULD CERTAINLY HAVE

04:41PM  24  CHOSEN DIFFERENT WORDS TO DO THIS.  WE COULD HAVE CHOSEN

04:41PM  25  DIFFERENT ORDERS OF THESE WORDS TO DO THIS.

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:41PM   1    Q.   NOW, LET'S TALK SPECIFICALLY.  BY THE WAY, BEFORE WE GO,

04:41PM   2    SLIDE 22, JUST TO REMIND THE JURY, WHAT IS THE PROMPT FOR THE

04:41PM   3    CONFIGURATION INTERFACE?

04:41PM   4    A.   THE NAME AS IT SHOWS ON THE SLIDE, THE NAME OF THE DEVICE

04:41PM   5    WHICH IS IN THIS CASE SWITCH, AND THEN IN PARENTHESES CONFIG-IF

04:41PM   6    HASH MARK.  SO YOU WOULD KNOW WHAT MODE YOU WERE IN.

04:41PM   7    Q.   SO YOU UNDERSTAND THAT YOU CREATED A LOT OF COMMANDS BUT

04:41PM   8    SOME OF THE COMMANDS THAT YOU CREATED AT CISCO ARE AT ISSUE IN

04:41PM   9    THIS CASE, YOU UNDERSTAND THAT?

04:41PM   10   A.   YES, I UNDERSTAND THAT.

04:41PM   11   Q.   SO I HAVE ON SLIDE 23 FROM YOUR PRESENTATION A NUMBER OF

04:42PM   12   THESE COMMANDS.  CAN YOU JUST CONFIRM FOR THE JURY THAT THESE

04:42PM   13   ARE, IN FACT, COMMANDS THAT YOU PERSONALLY AUTHORED?

04:42PM   14   A.   YES, THESE ARE ONES THAT I PERSONALLY AUTHORED.

04:42PM   15   Q.   AND BEFORE YOU CAME UP WITH ANY OF THESE COMMANDS, WERE YOU

04:42PM   16   AWARE OF ANY ORGANIZATION OR COMPANY THAT HAD USED ANY OF THESE

04:42PM   17   MULTIWORD COMMANDS BEFORE YOU?

04:42PM   18   A.   THERE WAS -- I DIDN'T KNOW OF ANYBODY ELSE THAT USED THESE

04:42PM   19   AT ALL.

04:42PM   20   Q.   AND I WANT TO TALK GENERALLY, AND WE ARE GOING TO GO

04:42PM   21   THROUGH THIS A LITTLE BIT MORE, THE PROCESS, THE CREATIVITY

04:42PM   22   PROCESS OR HOW YOU CAME UP WITH THESE COMMANDS.

04:42PM   23       CAN YOU JUST WALK US THROUGH YOUR MENTAL THOUGHT PROCESS IN

04:42PM   24   TERMS OF HOW YOU CAME UP WITH THESE COMMANDS AND HOW THAT

04:42PM   25   TRANSLATED ULTIMATELY TO OTHER COMMANDS BY OTHER ENGINEERS AT

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:42PM 1    CISCO.

04:42PM 2    A.   OKAY.  I CAME UP WITH SOME OF THE FEW INITIAL KEY WORDS

04:42PM 3    SUCH AS SHOW, FOR STATUS COMMANDS.

04:42PM 4         AND AFTER I CAME UP WITH SORT OF THE INITIAL COMMAND SET,

04:43PM 5    VERY SMALL SET OF COMMANDS, WHAT I WOULD DO WHEN I HAD NEW

04:43PM 6    FUNCTIONALITY THAT I WAS CREATING WAS I WOULD LOOK TO SEE WHAT

04:43PM 7    I HAD DONE BEFORE, AND I NEEDED TO FIT IN WITH THAT.  I NEEDED

04:43PM 8    TO BE SORT OF SOMETHING REASONABLE AND LOGICAL THERE.  I DIDN'T

04:43PM 9    WANT TO HAVE -- IF THERE'S A RHYME AND A REASON TO THINGS,

04:43PM 10   PEOPLE WILL BE ABLE TO REMEMBER THEM MUCH EASIER.

04:43PM 11        SO I TOOK A LOOK AT WHAT I HAD DONE BEFORE.  I BECAME VERY

04:43PM 12   AWARE THAT I WAS GOING TO BE -- THIS WAS GOING TO CONTINUE TO

04:43PM 13   EVOLVE.  SO I WAS SORT OF TAKING MY BEST GUESS OF THE FUTURE AS

04:43PM 14   TO WHAT MIGHT FURTHER DEVELOP, AND I DIDN'T WANT TO CLOSE OFF

04:43PM 15   ANY AVENUES BY POOR CHOICE OF WORDS, OR THE LIKE.

04:43PM 16        I ALSO NEEDED TO COMMUNICATE TO NETWORK MANAGERS AND

04:43PM 17   SUPPORT PEOPLE SOME IDEAS.  I MEAN, WHAT SORT OF MAKES SENSE TO

04:44PM 18   THAT AUDIENCE.

04:44PM 19        AND THEN THERE WAS MY OWN IDIOSYNCRATIC THINGS.  CERTAIN

04:44PM 20   WORDS THAT APPEALED TO ME, CERTAIN WORDS THAT WERE SHORTER OR

04:44PM 21   LONGER.  I LIKE WORDS THAT ARE SPELLED OUT.  I DIDN'T PUT -- I

04:44PM 22   DON'T LIKE DOTS IN THE MIDDLE OF THINGS.  I LIKE HYPHENS AND

04:44PM 23   NOT UNDERSCORES, JUST LITTLE IDIOSYNCRATIC THINGS LIKE THAT.

04:44PM 24        AND THAT'S THE THOUGHT PROCESS THEY WENT THROUGH WHEN I WAS

04:44PM 25   CREATING COMMANDS IN THE EARLY DAYS.

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:44PM  1      AND AS WE HIRED ENGINEERS, I BASICALLY TAUGHT THEM THIS,

04:44PM  2   THIS IS HOW YOU THINK ABOUT IT, THIS IS HOW YOU DO IT.  AND

04:44PM  3   THEY WOULD DEVELOP THEIR OWN COMMANDS.  WE MIGHT TALK ABOUT

04:44PM  4   THOSE COMMANDS.  BUT EVENTUALLY -- ESSENTIALLY THEY HAD A GREAT

04:44PM  5   DEAL OF FREEDOM AS TO WHAT THEY WERE GOING TO CHOOSE.  AND

04:44PM  6   THAT'S BEEN BASICALLY THE PROCESS EVER SINCE.

04:44PM  7   Q.   OKAY.  AND I'M SURE -- ARE THERE COMMANDS HERE THAT YOU

04:45PM  8   LOOK BACK AND YOU COULD SAY, I PROBABLY WOULD HAVE COME UP WITH

04:45PM  9   A DIFFERENT COMMAND KNOWING THAT I KNOW NOW?

04:45PM  10  A.   UM, YES.  NO, THERE'S -- YOU CAN ALWAYS -- ONCE YOU

04:45PM  11  UNDERSTAND THE PROBLEM MORE CLEARLY FROM A DIFFERENT

04:45PM  12  PERSPECTIVE, YOU CAN USUALLY COME UP WITH DIFFERENT WAYS OF

04:45PM  13  DOING THINGS.

04:45PM  14  Q.   OF THESE COMMANDS HERE, I DON'T HAVE THE TIME TO GO THROUGH

04:45PM  15  ALL OF THEM, BUT COULD YOU JUST HIGHLIGHT FOR THE JURY SOME OF

04:45PM  16  THE COMMANDS THAT YOU PERSONALLY AUTHORED THAT ARE WIDELY

04:45PM  17  UTILIZED EVEN TODAY BY CISCO ENGINEERS?

04:45PM  18  A.   SO THERE IS -- WELL, IP ADDRESS THAT WE'VE TALKED ABOUT,

04:45PM  19  WHICH ASSIGNS AN IP ADDRESS TO AN INTERFACE.

04:45PM  20      IP ACCESS LIST SETS UP A BUNCH OF RULES AS TO WHAT PACKETS

04:45PM  21  CAN GO OUT TO PARTICULAR INTERFACES.  YOU CAN BUILD A REAL

04:45PM  22  SIMPLE THING CALLED A FIREWALL TO MAKE SURE THE WRONG PACKETS

04:45PM  23  DON'T GET IN OUR OUT OF A NETWORK.

04:45PM  24      AND SHOW INTERFACE IS ONE THAT'S USED EVERY DAY BY NETWORK

04:46PM  25  MANAGERS TO SEE WHAT'S GOING ON IN THE NETWORK.

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:46PM 1    Q.   AND SO WE WILL TALK ABOUT HIERARCHY A LITTLE BIT FURTHER.

04:46PM 2    BUT JUST IN THINKING ABOUT THE WORD CHOICES, MR. LOUGHEED,

04:46PM 3    LET'S TAKE IP, FOR EXAMPLE.  WHAT ARE SOME OF THE WORDS YOU

04:46PM 4    COULD HAVE USED AND YOU HAD CONSIDERED INSTEAD OF JUST USING

04:46PM 5    THE LETTERS IP?

04:46PM 6    A.   WELL, I COULD HAVE USED INTERNET.  THAT WOULD HAVE BEEN A

04:46PM 7    PERFECTLY REASONABLE CHOICE.  I COULD HAVE USED IP V4, WHICH IS

04:46PM 8    -- THIS IP IS ACTUALLY THE FOURTH VERSION OF IP.  I COULD HAVE

04:46PM 9    USED THE WORD TCP-IP, JUST ALL RUN TOGETHER.  I COULD HAVE USED

04:46PM 10   INTERNET-PROTOCOL.  THERE'S A NUMBER OF POSSIBILITIES.

04:46PM 11   Q.   LET'S TAKE ADDRESS, FOR EXAMPLE.  THAT'S ANOTHER WORD

04:46PM 12   THAT'S COMMONLY USED TODAY, BUT AT THE TIME YOU WERE COMING UP

04:47PM 13   WITH THIS COMMAND, WHAT WERE SOME OTHER WORDS YOU COULD HAVE

04:47PM 14   CHOSEN?

04:47PM 15   A.   I COULD HAVE CHOSEN LABEL.

04:47PM 16        MR. SILBERT:  OBJECT TO COULD HAVE CHOSEN.

04:47PM 17        MR. PAK:  LET ME REPHRASE IT.

04:47PM 18   Q.   WHAT WERE SOME OF THE WORDS YOU DID CONSIDER AT THE TIME?

04:47PM 19   A.   IDENTIFIER.

04:47PM 20   Q.   ANY OTHERS THAT YOU CAN THINK OF?

04:47PM 21   A.   I THINK WE CONSIDERED THE LABEL.

04:47PM 22   Q.   AND AT THE TIME, JUST TO REMIND US AGAIN, WAS THERE ANY

04:47PM 23   FUNCTIONALITY RESTRICTION ON WHAT WORDS YOU HAVE TO CHOOSE FROM

04:47PM 24   A COMMAND PERSPECTIVE AT THE TIME?

04:47PM 25   A.   NO, AT THIS TIME THERE WERE NOT EXISTING CUSTOMERS.  THERE

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:47PM 1    WAS NO EXPECTATION OF WHAT SORT OF USER INTERFACE OR WHAT

04:47PM 2    CHOICE OF WORDS PEOPLE WOULD USE.

04:48PM 3    Q.   AND LET'S TAKE ANOTHER ONE LAST EXAMPLE.  ACCESS LIST,

04:48PM 4    THAT'S ACCESS-LIST.  WHAT WERE SOME OF THE OTHER OPTIONS THAT

04:48PM 5    YOU CONSIDERED INSTEAD OF ACCESS LIST AT THE TIME?

04:48PM 6    A.   IP RULES WAS, BECAUSE THAT'S WHAT BASICALLY AN ACCESS LIST

04:48PM 7    IS, IS A LIST OF RULES OF WHERE PACKETS GO.

04:48PM 8    Q.   CAN YOU THINK OF ANY OTHERS THAT YOU DID CONSIDER AT THE

04:48PM 9    TIME FOR ACCESS LIST?

04:48PM 10   A.   PERMIT LIST.

04:48PM 11   Q.   AND, AGAIN, WERE THERE ANY RESTRICTIONS AT THE TIME ON THE

04:48PM 12   SPECIFIC WORDS YOU CHOSE OR THE ACRONYMS YOU CHOSE?

04:48PM 13   A.   NO.

04:48PM 14   Q.   NOW, I WANT TO GO BACK TO A COMMAND HIERARCHY, SO YOU

04:48PM 15   TALKED ABOUT HIERARCHY IN THE CONTEXT OF MODES, DO YOU RECALL

04:48PM 16   THAT CONVERSATION?

04:48PM 17   A.   YES.

04:48PM 18   Q.   NOW, I WOULD LIKE TO HAVE YOU WALK THE JURY THROUGH THE

04:48PM 19   CONCEPT OF HIERARCHY AS IT PERTAINS TO MULTIWORD COMMANDS.

04:48PM 20        SO AT A VERY HIGH LEVEL, CAN YOU EXPLAIN WHAT A COMMAND

04:48PM 21   HIERARCHY IS?

04:49PM 22   A.   IT'S A SET OF COMMANDS THAT SHARE SOME INITIAL WORDS IN

04:49PM 23   THE -- SET OF MULTIWORD COMMANDS THAT SHARE INITIAL WORDS.

04:49PM 24   Q.   OKAY.  SO IT'S -- LOOK AT AN EXAMPLE OF THAT, SLIDE 24 FROM

04:49PM 25   YOUR PRESENTATION.  CAN YOU SHOW US WHAT YOU ARE DEPICTING WITH

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:49PM 1    THIS PICTURE ON SLIDE 24?

04:49PM 2    A.   THIS IS THE "SHOW HIERARCHY," AND YOU CAN TYPE THE WORD

04:49PM 3    SHOW, AND WE'VE ALREADY SEEN INTERFACES IS ONE OF THE THINGS

04:49PM 4    THAT YOU CAN FOLLOW THE WORD SHOW WITH.  THERE'S ALSO SHOW IP,

04:49PM 5    THERE'S SHOW SPANNING-TREE, THERE'S SHOW ARP, SHOW HOSTS.

04:49PM 6    THAT'S SORT OF THE SECOND LEVEL OF THE HIERARCHY OF THE "SHOW

04:49PM 7    HIERARCHY."

04:49PM 8        THERE'S A THIRD LEVEL UNDER IP WHERE I CAN SAY SHOW IP,

04:49PM 9    BGP, ACCESS LISTS, INTERFACE, ARP, ROUTE.

04:50PM 10   Q.   AND WHY DID YOU DECIDE TO IMPOSE OR USE A HIERARCHY AS YOU

04:50PM 11   WERE COMING UP WITH THESE MULTIWORD COMMANDS AT CISCO?

04:50PM 12   A.   BASICALLY EASE OF USE BY HUMAN BEINGS.  I COULD ADD THINGS

04:50PM 13   IN HERE, I COULD ADD NEW FUNCTIONALITY IN BASICALLY BY HOOKING

04:50PM 14   IT IN IN THE RIGHT LEVEL IN THIS HIERARCHY.

04:50PM 15       ALSO IF A NETWORK ADMINISTRATOR KNEW SOME INITIAL WORDS OR

04:50PM 16   HAD SORT OF AN IDEA OF WHAT MIGHT BE THE LEADING WORDS, YOU

04:50PM 17   COULD ACTUALLY START EXPLORING THE HIERARCHY.

04:50PM 18   Q.   OKAY.  AND JUST GOING BACK TO YOUR DAYS AT STANFORD, DOES

04:50PM 19   STANFORD USE THE INTERFACE THAT YOU WORKED ON BEFORE YOU LEFT

04:50PM 20   FOR CISCO?  DID IT HAVE THIS KIND OF HIERARCHICAL STRUCTURE?

04:50PM 21   A.   THE SOFTWARE THAT I STARTED WITH HAD BASICALLY ALL THE

04:51PM 22   COMMANDS AT THE SAME LEVEL.  I DIDN'T THINK THAT WAS VERY

04:51PM 23   EXTENSIBLE, SO I STARTED -- ACTUALLY SHOW, I THINK, WAS ONE OF

04:51PM 24   THE VERY FIRST HIERARCHIES THAT I CREATED.

04:51PM 25   Q.   SO JUST TO BE CLEAR ON THE RECORD, AT STANFORD YOU DID NOT

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:51PM 1    HAVE THIS MULTIWORD COMMAND HIERARCHY STRUCTURE?

04:51PM 2    A.   THE ORIGINAL STANFORD SOFTWARE DID NOT HAVE THE WORD SHOW.

04:51PM 3    Q.   LET'S LOOK AT ONE MORE HIERARCHY.

04:51PM 4        CAN YOU EXPLAIN TO THE JURY WHAT WE ARE LOOKING AT ON SLIDE

04:51PM 5    25 OF YOUR PRESENTATION?

04:51PM 6    A.   WE ARE LOOKING AT AN IP HIERARCHY WITHIN THE CONFIGURATION

04:51PM 7    MODE, THE GLOBAL CONFIGURATION MODE AS WELL AS THE INTERFACE

04:51PM 8    CONFIGURATION MODE.

04:51PM 9        THESE ARE ALL THE -- THE FIRST LEVEL IS A LIST OF VERY

04:51PM 10   COMMON COMMANDS THAT YOU CAN GIVE WHILE YOU ARE CONFIGURING THE

04:51PM 11   SYSTEM.  THE WORD "DOMAIN" ACTUALLY CONTINUES ONTO A THIRD

04:51PM 12   LEVEL, WHERE YOU CAN SAY IP DOMAIN LOOKUP.

04:52PM 13   Q.   AND THEN I NOTICE SOMETHING HERE, SO THIS ONE HAS IP, AND

04:52PM 14   IT'S GOT ALL OF THESE ENTRIES UNDER THE IP HIERARCHY.  BUT THEN

04:52PM 15   WHEN I GO BACK TO YOUR EARLIER SLIDE FOR THE "SHOW HIERARCHY"

04:52PM 16   YOU ALSO HAVE SHOW IP.

04:52PM 17   A.   YES.

04:52PM 18   Q.   WHY DID YOU END UP PUTTING IP IN TWO SEPARATE HIERARCHIES?

04:52PM 19   HOW DID THAT DECISION COME ABOUT?

04:52PM 20   A.   BECAUSE WE WERE BASICALLY -- WE HAD BECOME A MULTI PROTOCOL

04:52PM 21   ROUTER, AND WE FIRST RAN INTO THE ISSUE OF HOW TO DISTINGUISH

04:52PM 22   BETWEEN PROTOCOLS IN THE CONFIGURATION MODES AND WE SOLVED THAT

04:52PM 23   BY PREFACING THE THINGS WITH IP.

04:52PM 24       AND THEN IN THE INTEREST OF JUST SYMMETRY, SO THAT THE

04:52PM 25   CUSTOMERS WOULD SEE SORT OF THE SAME PATTERNS REFLECTED AGAIN,

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:52PM 1    WE CREATED AN IP HIERARCHY IN THE SHOW COMMANDS.

04:52PM 2    Q.    NOW, IS THERE ANY REASON WHY YOU COULDN'T HAVE DECIDED TO

04:53PM 3    PUT IP AS ONE OF THE ENTRIES THERE?

04:53PM 4    A.    THAT WOULD HAVE BEEN PERFECTLY REASONABLE.  THAT WOULD BE

04:53PM 5    ONE WAY OF DOING THINGS.

04:53PM 6    Q.    AND YOU JUST MADE A DIFFERENT HIERARCHY CHOICE?

04:53PM 7    A.    I MADE THIS PARTICULAR HIERARCHICAL CHOICE.  THERE WAS

04:53PM 8    NOTHING SACRED ABOUT THIS PARTICULAR ORDERING OF COMMANDS OR

04:53PM 9    PARTICULAR ORGANIZING PRINCIPAL.  I COULD HAVE ORGANIZED THINGS

04:53PM 10   ENTIRELY BY TECHNOLOGY AREA OR --

04:53PM 11   Q.    WHAT DO YOU MEAN BY TECHNOLOGY AREA?

04:53PM 12   A.    SO I COULD HAVE HAD A TOP LEVEL SHOW COMMAND -- EXCUSE ME.

04:53PM 13   I COULD HAVE HAD A TOP LEVEL COMMAND CALLED IP, FOR INSTANCE.

04:53PM 14        AND I COULD HAVE BASICALLY SAID THERE'S IP AND THEN THERE

04:53PM 15   WOULD BE A COMMAND THAT MIGHT INVOKE SORT OF A CONFIGURATION

04:53PM 16   ACTION OR I COULD HAVE IP AND A BUNCH OF -- A FEW MORE WORDS,

04:54PM 17   THEN I COULD HAVE AT THE END DISPLAY OR SOMETHING LIKE THAT.  I

04:54PM 18   COULD HAVE DONE STUFF LIKE THAT AS WELL.  THERE'S NO INHERENT

04:54PM 19   REASON WHY THAT COULDN'T HAVE BEEN DONE.

04:54PM 20        MR. SILBERT:  YOUR HONOR, OBJECTION TO TESTIMONY

04:54PM 21   ABOUT WHAT COULD HAVE BEEN DONE.

04:54PM 22        THE COURT:  OVERRULED.

04:54PM 23      BY MR. PAK:

04:54PM 24   Q.    AND, MR. LOUGHEED, JUST TO MAKE IT ABSOLUTELY CLEAR ON THE

04:54PM 25   RECORD, DID YOU COPY ANY OF YOUR MULTIWORD COMMANDS OR THE

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:54PM 1    HIERARCHIES FROM ANY OTHER SOURCE?

04:54PM 2    A.   NO.

04:54PM 3    Q.   I'M GOING TO MOVE ON TO TALK ABOUT COMMAND OUTPUTS.  THAT'S

04:54PM 4    SOMETHING ELSE WE HEARD IN THIS CASE.

04:54PM 5        SO WE LOOKED AT HOW COMMANDS GET ENTERED, FOR EXAMPLE, SHOW

04:54PM 6    INTERFACES.  WE BRIEFLY HAD YOU INTRODUCE THE IDEA OF HAVING

04:54PM 7    SOME SCREEN OUTPUTS THAT WERE SHOWN UP ON THE SCREEN.  DO YOU

04:54PM 8    SEE THAT, SIR?

04:54PM 9        I WANT TO SPEND A FEW MINUTES HERE WITH THE JURY.  THERE'S

04:55PM 10   JUST A LOT OF WORDS, SO CAN YOU HELP US JUST INTERPRET THAT.

04:55PM 11       SO CAN YOU INTERPRET FOR THE JURY WHAT YOU ARE SEEING HERE

04:55PM 12   WITH THESE WORDS AND HOW THAT'S ORGANIZED?

04:55PM 13   A.   SO THIS COMMAND IS USED BY NETWORK ADMINISTRATORS TO SEE

04:55PM 14   WHAT THE STATUS IS OF A NETWORK INTERFACE.  THIS IS A CRUCIAL

04:55PM 15   COMMAND FOR TROUBLE SHOOTING PROBLEMS.

04:55PM 16       AND IT'S ORGANIZED IN A FIXED WAY WITH THE MOST IMPORTANT

04:55PM 17   INFORMATION UP AT THE TOP.  IT TELLS YOU WHAT THE NAME OF THE

04:55PM 18   INTERFACE IS.  IN THIS CASE ETHERNET 0.

04:55PM 19       IT TELLS YOU WHETHER THE SYSTEM THINKS IT'S UP OR DOWN.  IT

04:55PM 20   TELLS YOU ABOUT SOMETHING CALLED HARDWARE ADDRESSES.  IT TELLS

04:55PM 21   YOU WHAT THE INTERNET ADDRESS IS.  IT TELLS YOU SOME, YOU KNOW,

04:55PM 22   PARAMETERS THAT ARE GOOD FOR, LIKE, MTU AND BANDWIDTH AND DELAY

04:55PM 23   AND THE LIKE THAT ARE USEFUL IN CERTAIN CONTEXTS, WHAT SORT OF

04:56PM 24   PACKETS IT SENDS.

04:56PM 25       THE TIME SINCE THE LAST INPUT OR THE LAST OUTPUT.  IF YOU

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:56PM 1    THINK THAT INTERFACE SHOULD BE ACTIVE AND IT'S BEEN SENDING

04:56PM 2    TRAFFIC AND IT HASN'T SENT ANYTHING FOR AN HOUR, YOU GOT A

04:56PM 3    PROBLEM.

04:56PM 4        IT GIVES YOU INFORMATION ABOUT OUTPUT AND INPUT CUES.  IF

04:56PM 5    ONE OF THOSE CUES IS ABSOLUTELY FULL, THERE'S PROBABLY

04:56PM 6    SOMETHING BADLY WRONG WITH THE SYSTEM AND NOTHING IS HAPPENING.

04:56PM 7    IT TELLS YOU ABOUT THE RATE OF INPUT AND OUTPUT AND BYTES AND

04:56PM 8    PACKET PER SECOND WHICH GIVES YOU A CLUE AS TO WHAT SORT OF

04:56PM 9    TRAFFIC PATTERNS YOU ARE SEEING THERE.

04:56PM 10       THEN THE SUMS OF THINGS LIKE THE NUMBER OF PACKETS AND

04:56PM 11   BYTES INPUT, OUTPUT, HAVE YOU RECEIVED ERROR PACKET, HAVE YOU

04:56PM 12   DROPPED THINGS BECAUSE YOU HAVE RUN OUT OF BUFFERS FOR THESE

04:56PM 13   PACKETS TO RUN INTO.

04:56PM 14       THAT'S WHAT THIS DOES.  AND BECAUSE IT'S A TEXTUAL OUTPUT,

04:57PM 15   BECAUSE IT'S A BUNCH OF WORDS, PEOPLE CAN SCAN THAT REAL

04:57PM 16   QUICKLY LIKE YOU SCAN THE FRONT PAGE OF A NEWSPAPER AND YOU CAN

04:57PM 17   SEE WHAT THE MOST IMPORTANT THING IS, IT CATCHES YOUR EYE.

04:57PM 18   Q.   JUST TO BE CLEAR, WAS THERE ANY KIND OF CONSTRAINT,

04:57PM 19   RESTRICTIONS OR SOMETHING THAT SAID YOU HAD TO USE THIS

04:57PM 20   PARTICULAR SEQUENCE OF WORDS AS ANY OF YOUR SCREEN OUTPUTS?

04:57PM 21   A.   NO, THERE WAS NO CONSTRAINT, THIS WAS JUST -- I WROTE THE

04:57PM 22   ORIGINAL FORM OF THIS COMMAND, AND I WAS USING IT FOR MYSELF

04:57PM 23   JUST TO FIGURE OUT WHAT WAS GOING ON IN THE NETWORK.  THIS IS

04:57PM 24   THE STUFF THAT I THOUGHT WAS THE MOST IMPORTANT.

04:57PM 25       THERE HAVE BEEN OTHER ENGINEERS THAT HAVE COME ALONG AND

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:57PM 1    ADDED SOME FUNCTIONALITY OVER THE YEARS, BUT THERE'S NO

04:57PM 2    CONSTRAINT.

04:57PM 3    Q.   AND GENERALLY SPEAKING, WHO AUTHORS SCREEN OUTPUTS AT

04:57PM 4    CISCO?

04:57PM 5    A.   THE ENGINEERS THAT WRITE THE FUNCTIONALITY THAT RELATES TO

04:57PM 6    THAT SCREEN OUTPUT.

04:58PM 7         MR. PAK:  AND, YOUR HONOR, I PROBABLY HAVE ABOUT TEN

04:58PM 8    MORE MINUTES.  SO WOULD YOU LIKE TO TAKE --

04:58PM 9         THE COURT:  WE ARE NOT GOING TO GO UNTIL TEN PAST

04:58PM 10   5:00.  WE ALWAYS STOP PROMPTLY AT 5:00.  SO THANK YOU FOR

04:58PM 11   ASKING.

04:58PM 12        MR. PAK:  SO LET ME GUEST A FEW MORE QUESTIONS TO GET

04:58PM 13   THE --

04:58PM 14        THE COURT:  OKAY.  SURE.

04:58PM 15     BY MR. PAK:

04:58PM 16   Q.   WITH RESPECT TO THE HELP DESCRIPTIONS, DO YOU RECALL THAT

04:58PM 17   AS BEING ANOTHER ELEMENT OF YOUR USER INTERFACE, JUST TO REMIND

04:58PM 18   THE JURY, WE HAVE OF -- WHAT DO WE SEE HERE ON SLIDE 28?

04:58PM 19   A.   YOU ARE SEEING SOMEBODY IS TYPING THE COMMAND SHOW AND THEN

04:58PM 20   THE QUESTION MARK.

04:58PM 21   Q.   OKAY.  AND THEN LET'S GO TO THE NEXT SLIDE.  WHAT ARE WE

04:58PM 22   LOOKING AT HERE?

04:58PM 23   A.   THIS IS HOW THE SYSTEM RESPONDS.  IT GIVES YOU A LIST ON

04:58PM 24   THE LEFT OF WHAT POSSIBILITIES YOU MIGHT TYPE NEXT.  THEN OVER

04:58PM 25   ON THE RIGHT-HAND SIDE IS SOMETHING THAT'S CALL A HELP MESSAGE

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

04:58PM  1    OR A HELP DESCRIPTION THAT GIVES SOMETHING THE ENGINEER HAS

04:59PM  2    WRITTEN TO GIVE YOU SORT OF A CLUE -- THE DEVELOPING ENGINEER

04:59PM  3    TO GIVE YOU A CLUE AS TO WHAT THIS KEY WORD MIGHT MEAN OR WHAT

04:59PM  4    IT MIGHT DO.

04:59PM  5    Q.   AND GENERALLY SPEAKING, WHO AUTHORS THESE HELP DESCRIPTIONS

04:59PM  6    FOR EACH OF THESE COMMANDS THAT WE ARE SEEING HERE?

04:59PM  7    A.   THE ENGINEER WHO DEVELOPS THE FUNCTIONALITY THAT DEVELOPS

04:59PM  8    THE COMMANDS.

04:59PM  9    Q.   WAS THAT ALWAYS THE CASE OR WAS THERE A TIME THAT A

04:59PM  10   DIFFERENT PERSON MAY HAVE AUTHORED SOME OF THESE HELP

04:59PM  11   DESCRIPTIONS?

04:59PM  12   A.   IN THE VERY BEGINNING YOU COULD TYPE QUESTION MARK AT THE

04:59PM  13   TOP LEVEL AND YOU WOULD GET SORT OF A LIST OF COMMANDS AND SOME

04:59PM  14   HELP MESSAGE WITH THAT.

04:59PM  15        AND IN THE EARLY '90S WE REVISED THE PARSER AND MADE IT

04:59PM  16   MORE POWERFUL, AND ADDED THE ABILITY TO TYPE QUESTION MARK AT

04:59PM  17   ANY POINT IN THIS -- AT ANY POINT WHEN PEOPLE WERE TYPING.

04:59PM  18        AND THE CONTRACTOR THAT WAS IN CHARGE OF DOING THAT

05:00PM  19   ACTUALLY PUT IN THESE HELP DESCRIPTIONS, THESE HELP STRINGS,

05:00PM  20   PUT THEM ALL IN AT THAT POINT.

05:00PM  21        AND THEN AS TIME HAS GONE ON AND ENGINEERS HAVE ADDED NEW

05:00PM  22   COMMANDS, THE ENGINEERS THAT ARE DOING THE NEW FUNCTIONALITY

05:00PM  23   THAT ARE CREATING THESE COMMANDS WILL ADD, THEY ARE RESPONSIBLE

05:00PM  24   FOR ADDING THESE HELP MESSAGES

05:00PM  25   Q.   AND WHO IS THE NAME OF THE PERSON THAT CREATED THESE

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

05:00PM 1  INITIAL HELP DESCRIPTIONS?

05:00PM 2  A.   TERRY SLATTERY.

05:00PM 3  Q.   AND, AGAIN, WERE THERE ANY CONSTRAINTS OR RESTRICTIONS OR

05:00PM 4  FUNCTIONAL DEMANDS THAT WOULD TELL THE ENGINEERS YOU HAVE TO

05:00PM 5  WRITE THE HELP DESCRIPTION IN THIS WAY?

05:00PM 6  A.   NO, THERE'S BASICALLY, THE -- BE HELPFUL, BUT BEYOND THAT

05:00PM 7  THERE WAS NOT ANY PARTICULAR REQUIREMENT THAT WAS PUT UPON

05:00PM 8  THEM.

05:00PM 9        MR. PAK:  I THINK WE CAN RECESS FOR TODAY,

05:00PM 10  YOUR HONOR.

05:00PM 11        THE COURT:  OKAY.  ALL RIGHT.  LADIES AND GENTLEMEN,

05:00PM 12  WE ARE DONE WITH OUR PRESENTATION OF TESTIMONY FOR TODAY.

05:01PM 13     I'M GOING TO MAKE A SLIGHT MODIFICATION IN THE SCHEDULE.

05:01PM 14  AND, COUNSEL, UNLESS THERE'S AN OBJECTION, WE CAN START AT 9:30

05:01PM 15  TOMORROW.  IS THAT GOING TO BE OKAY?

05:01PM 16        MR. PAK:  THAT WORKS FOR US YOUR HONOR.

05:01PM 17        MR. VAN NEST:  THAT'S FINE YOUR HONOR.

05:01PM 18        THE COURT:  I KNOW YOUR SCHEDULE SAYS 10:00 AND

05:01PM 19  NORMALLY I HAVE A LONG CRIMINAL CALENDAR BEFORE YOU ARRIVE ON

05:01PM 20  TUESDAYS, BUT NOBODY WANTED TO COME INTO COURT TOMORROW SO I

05:01PM 21  WILL BE VERY QUICK WITH THAT.

05:01PM 22     SO PLEASE GATHER -- MS. SALINAS-HARWELL WILL HAVE YOU

05:01PM 23  GATHER SOME TIME BEFORE 9:30 SO WE CAN START PROMPTLY.  WE WILL

05:01PM 24  BE IN SESSION UNTIL NOON AND TAKE AN HOUR FOR LUNCH AND THEN

05:01PM 25  THE REMAINDER OF THE DAY UNTIL 5:00.

08:42AM 1    ABOUT IN THE MOTION IN LIMINE HEARING.

08:42AM 2             THE COURT:  OKAY.

08:42AM 3             MR. NELSON:  AND I HAVE TO BE ABLE TO REFUTE THAT AS

08:42AM 4    WELL.

08:42AM 5             THE COURT:  ALL RIGHT.

08:42AM 6             MR. VAN NEST:  ALL I WAS GOING TO SAY, YOUR HONOR, IS

08:42AM 7    I THINK YOU HEARD THE OPENING BETTER THAN THEY DID.  WHAT I

08:42AM 8    SAID WAS THE ONLY CLAIM OF COPYING IS THE CLI.

08:42AM 9             THE COURT:  YES, THAT'S RIGHT.

08:42AM 10            MR. VAN NEST:  NOT ANY OF THE SOURCE CODE.  THAT'S

08:42AM 11   TRUE EVEN IN THE ITC.  YOU KNOW DARN WELL THEY COMBED THAT

08:42AM 12   SOURCE CODE TO SEE WHAT THEY COULD FIND AND THEY FOUND 0.  SO

08:42AM 13   ALL I TOLD THE JURORS WAS THAT THE ONLY CLAIM OF COPYING IN

08:42AM 14   THIS CASE IS AS TO THE CLI, NOT THE SOURCE CODE INSIDE THE

08:42AM 15   SWITCH, AND I WILL STAND BY THAT.

08:42AM 16        WE CAN CERTAINLY HAVE A DEBATE BEFORE THE CLOSING ARGUMENT

08:42AM 17   AS TO WHAT I CAN OR CAN'T SAY.  BUT FOR NOW THAT'S WHERE THE

08:42AM 18   RECORD STANDS AND THAT'S AN ABSOLUTELY TRUTHFUL STATEMENT AND I

08:43AM 19   HAD YOUR HONOR'S ADMONITIONS IN MIND THROUGHOUT THE OPENING.

08:43AM 20            THE COURT:  MR. FERRALL, AS WE GO THROUGH THIS BLOG

08:43AM 21   THOUGH THAT YOU ARE OBJECTING TO, AND SO --

08:43AM 22            MR. FERRALL:  THE BLOG, YOUR HONOR, IS -- THIS IS ALL

08:43AM 23   CIRCULAR TO THE DECLARATION.  THE ISSUE STARTS WITH THE

08:43AM 24   DECLARATION, AND I THINK THERE'S A BIT OF BOOT STRAPPING HERE

08:43AM 25   ABOUT THE BLOG AND TRYING TO CONTRADICT THE BLOG.  THE ONLY

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

09:33AM 1    YOU TYPE QUESTION MARK, THEN THIS IS ONE SCREEN OF A MANY

09:33AM 2    SCREEN DISPLAY OF THE POSSIBILITIES THAT YOU COULD HAVE AFTER A

09:33AM 3    SHOW COMMAND.

09:33AM 4    AND ON THE LEFT IS THE WORD THAT YOU COULD TYPE, THINGS

09:34AM 5    LIKE SHOW ARP, AND THEN ON THE RIGHT SIDE OF THE SCREEN IS A

09:34AM 6    HELP MESSAGE OR A HELP DESCRIPTION, JUST SORT OF A LITTLE HINT

09:34AM 7    THAT THE DEVELOPER LEFT AS TO WHAT THIS KEY WORD MIGHT REFER

09:34AM 8    TO.

09:34AM 9    Q.   I THINK WE TALKED ABOUT THIS THE OTHER DAY, BUT WHO

09:34AM 10   AUTHORED THE HELP DESCRIPTIONS ON THE RIGHT-HAND SIDE FOR EACH

09:34AM 11   OF THESE COMMANDS?

09:34AM 12   A.   IN THE EARLY NINETIES, WE HAD A CONTRACTOR GO THROUGH THE

09:34AM 13   SYSTEM AND REVISE THE PARSER AND PUT IN BETTER STRUCTURE,

09:34AM 14   BASICALLY IMPROVE THE STRUCTURE OF THE SYSTEM THERE.  AND ONE

09:34AM 15   OF THE THINGS HE INTRODUCED WAS THE ABILITY TO TYPE QUESTION

09:34AM 16   MARK AT ANY PLACE AND THE ABILITY TO HAVE A HELP DESCRIPTION

09:34AM 17   THAT WOULD BE PRINTED OUT WHEN THE QUESTION MARK WAS TYPED FOR

09:34AM 18   THAT PARTICULAR PLACE.

09:34AM 19   AND HE AND HIS ENGINEERS WENT THROUGH AND DEFINED THE HELP

09:35AM 20   MESSAGES FOR THE SYSTEM AT THAT POINT IN THE EARLY NINETIES.

09:35AM 21   EVER SINCE THEN, ANY ENGINEER THAT HAS BEEN ADDING

09:35AM 22   FUNCTIONALITY TO THE SYSTEM AND HAS CREATED COMMANDS FOR

09:35AM 23   MONITORING OR CONFIGURING THE SYSTEM, HIS DEFINED THOSE HELP

09:35AM 24   MESSAGES.

09:35AM 25   Q.   AND JUST TO REMIND THE JURY AGAIN, ARE THERE ANY

DIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

09:35AM 1    RESTRICTIONS OR CONSTRAINTS OR FUNCTIONAL DEMAND THAT IS SAY

09:35AM 2    YOU HAVE TO USE THESE PARTICULAR WORDS IN THIS PARTICULAR

09:35AM 3    SEQUENCE?

09:35AM 4    A.   NO, THEY CAN EXPRESS THEMSELVES HOWEVER THEY WANT.  THERE'S

09:35AM 5    NO -- THE REAL POINT IS TO BE HELPFUL.  IF SOMEBODY WANTED TO

09:35AM 6    DO, YOU KNOW, TYPE IN GETTYSBURG ADDRESS, THERE'S A HELP

09:35AM 7    MESSAGE.  WE LOOK AT THEM REALLY STRANGELY AND SUGGEST THEY

09:35AM 8    MIGHT DO SOMETHING DIFFERENT, BUT OTHER THAN THAT, DO THE RIGHT

09:35AM 9    THING AND BE HELPFUL.

09:35AM 10   Q.   COULD YOU GIVE THE JURY A UNIQUE EXAMPLE THAT'S FOUND IN

09:35AM 11   THE CISCO HELP DESCRIPTIONS?

09:35AM 12   A.   THERE IS ONE PARTICULAR HELP STRING THAT I NOTICE THAT IS

09:36AM 13   VERY, VERY UNIQUELY, HAS A CISCO HISTORY, ARP TYPE ARPA.

09:36AM 14   Q.   IS THAT ARPA?  ARPA?

09:36AM 15   A.   YEAH, ARPA AS IN THE ARPA MAP.

09:36AM 16   Q.   CAN YOU TELL US WHY THAT'S UNUSUAL OR UNIQUE TO CISCO?

09:36AM 17   A.   SO THAT WAS THE TERMINOLOGY THAT I CREATED WHEN THE -- IN

09:36AM 18   1986 WHEN WE SHIPPED OUR FIRST PRODUCTS, ONE OF OUR BIG

09:36AM 19   CUSTOMERS WAS HEWLETT-PACKARD.  AND THEY PUT SOME OF THEIR

09:36AM 20   PACKETS ON THE ETHERNET WITH A PARTICULAR SET OF BYTES IN FRONT

09:36AM 21   OF THEM THAT WAS COMPLETELY DIFFERENT THAN THE WAY EVERYBODY

09:36AM 22   ELSE IN THE WORLD WAS DOING IT.

09:36AM 23        AND I NEEDED SOME WAY OF DISTINGUISHING BETWEEN THE WAY

09:36AM 24   THAT HP WAS DOING IT, WHICH WAS TO USE SOMETHING CALLED THE

09:36AM 25   IEEE STANDARD, AND THE WAY EVERYBODY ELSE WAS DOING IT.  AND I

09:44AM 1  CROSS-EXAMINATION?

09:44AM 2

09:44AM 3                  **CROSS-EXAMINATION BY MR. SILBERT**

09:44AM 4

09:44AM 5  Q.   GOOD MORNING, MR. LOUGHEED.

09:44AM 6  A.   GOOD MORNING.

09:44AM 7          MR. SILBERT:  YOUR HONOR, MAY WE APPROACH CAN WITH

09:44AM 8  COPIES OF MR. LOUGHEED'S DEPOSITION AND BINDERS?

09:44AM 9          THE COURT:  YES.

09:44AM 10 Q.   IT'S NOT AS BAD AS IT LOOKS, SIR, SOME OF THE MANUALS ARE

09:44AM 11 QUITE LARGE.

09:44AM 12 A.   OKAY.

09:44AM 13 Q.   GOOD MORNING, SIR.  WE HAVEN'T MET.  MY NAME IS DAVID

09:45AM 14 SILBERT, I'M ONE OF THE ATTORNEYS THAT REPRESENTING ARISTA.

09:45AM 15 A.   PLEASED TO MEET YOU.

09:45AM 16 Q.   THANK YOU.  YOU TESTIFIED YESTERDAY ABOUT THE PROCESS THAT

09:45AM 17 YOU USED TO CHOOSE CLI COMMANDS, DO YOU RECALL THAT?

09:45AM 18 A.   YES, I DO.

09:45AM 19 Q.   AND YOU SAID THAT FIRST YOU CAME UP WITH A FEW INITIAL KEY

09:45AM 20 WORDS SUCH AS SHOW, CORRECT?

09:45AM 21 A.   YES.

09:45AM 22 Q.   AND YOU TESTIFIED THAT AFTER YOU HAD A VERY SMALL SET OF

09:45AM 23 COMMANDS FOR A NEW FUNCTIONALITY YOU WOULD LOOK AT WHAT YOU HAD

09:45AM 24 ALREADY DONE BEFORE BECAUSE YOU NEEDED TO FIT IN WITH THAT,

09:45AM 25 CORRECT?

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

09:45AM 1    A.    YES.

09:45AM 2    Q.    AND YOU SAID THAT YOU NEEDED TO BE REASONABLE AND LOGICAL,

09:45AM 3    RIGHT?

09:45AM 4    A.    THAT WOULD BE DESIRABLE.  NOT REQUIRED, BUT DESIRABLE.

09:45AM 5    Q.    OKAY.  AND YOU SAID THAT YOU WANTED THERE TO BE A RHYME AND

09:45AM 6    A REASON TO THINGS, CORRECT?

09:46AM 7    A.    YES.

09:46AM 8    Q.    YOU ALSO SAID THAT YOU NEEDED TO COMMUNICATE TO NETWORK

09:46AM 9    MANAGERS AND SUPPORT PEOPLE, RIGHT?

09:46AM 10    A.    CORRECT.

09:46AM 11    Q.    AND YOU SAID THAT YOU NEEDED SOMETHING THAT WOULD MAKE

09:46AM 12    SENSE TO THAT AUDIENCE, RIGHT?

09:46AM 13    A.    RIGHT.

09:46AM 14    Q.    OKAY.  SO LET'S TALK ABOUT SOME OF THE ACTUAL COMMANDS THAT

09:46AM 15    YOU CHOSE.  ONE OF THE 506 CLI COMMANDS THAT CISCO IS ASSERTING

09:46AM 16    IN THIS CASE IS THE COMMAND IP ADDRESS, RIGHT?

09:46AM 17    A.    YES.

09:46AM 18    Q.    AND YOU CLAIM THAT YOU AUTHORED THE COMMAND IP ADDRESS,

09:46AM 19    RIGHT?

09:46AM 20    A.    YES.

09:46AM 21    Q.    OKAY.  YOU SAID YESTERDAY THAT YOU CONSIDERED SEVERAL

09:46AM 22    DIFFERENT OPTIONS FOR IP AND A FEW OPTIONS, AT LEAST TWO

09:46AM 23    OPTIONS FOR ADDRESS, AND YOU DECIDED ON IP ADDRESS, RIGHT?

09:46AM 24    A.    YES.

09:46AM 25    Q.    OKAY.  BUT YOU HAD HEARD THE TERM IP ADDRESS BEFORE YOU

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:33AM   1         MR. SILBERT:

10:33AM   2    Q.   IF YOU LOOK RIGHT THERE ON THE COVER PAGE AT THE BOTTOM, IT

10:33AM   3    SAYS COPYRIGHT, 1986, STANFORD UNIVERSITY, RIGHT?

10:34AM   4    A.   CORRECT.

10:34AM   5    Q.   OKAY.  NOW YOU COPIED SUBSTANTIAL PORTIONS OF THIS MANUAL,

10:34AM   6    COPYRIGHTED TO STANFORD UNIVERSITY, TO CREATE THE CISCO MANUAL,

10:34AM   7    RIGHT?

10:34AM   8    A.   THAT'S CORRECT.

10:34AM   9    Q.   AND THE LICENSE THAT CISCO EVENTUALLY NEGOTIATED WITH

10:34AM  10    STANFORD WAS AT SOME POINT AFTER YOU CREATED THE CISCO MANUAL,

10:34AM  11    RIGHT?

10:34AM  12    A.   THAT'S CORRECT.

10:34AM  13    Q.   AT THE TIME YOU COPIED THE STANFORD MANUAL TO CREATE THE

10:34AM  14    CISCO MANUAL, YOU HAD NO LICENSE FROM STANFORD, RIGHT?

10:34AM  15    A.   THAT'S CORRECT.

10:34AM  16    Q.   OKAY.  I WANT TO SWITCH GEARS TO ANOTHER TOPIC.

10:34AM  17         YOU TESTIFIED YESTERDAY ABOUT HOW CISCO WAS FOUNDED, RIGHT

10:34AM  18    A.   YES.

10:34AM  19    Q.   AND ONE OF YOUR ROLES AT CISCO HAS BEEN TO PARTICIPATE IN

10:34AM  20    ACTIVITIES THAT CELEBRATE THE HISTORY OF CISCO, RIGHT?

10:34AM  21    A.   I'M OFTEN ASKED TO TALK ABOUT THE HISTORY OF CISCO, YES.

10:35AM  22    Q.   OKAY.  WOULD YOU PLEASE LOOK AT EXHIBIT 5464.  THIS IS A

10:35AM  23    DOCUMENT THAT WAS PRODUCED TO US FROM YOUR FILES?

10:35AM  24    A.   OKAY.

10:35AM  25    Q.   AND YOU SEE YOU ARE QUOTED IN THIS DOCUMENT AS WELL, IF YOU

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:35AM  1    LOOK UNDER THE HEADING, CRUCIAL EARLY DECISIONS LEAD TO

10:35AM  2    SUCCESS.  DO YOU SEE A QUOTE ATTRIBUTED TO YOU?  I THINK IT'S A

10:35AM  3    PARAGRAPH OR TWO DOWN FROM THAT, ACTUALLY.  IT'S THE PARAGRAPH

10:35AM  4    THAT BEGINS, WE WERE VERY INTERESTED IN WHATEVER THE CUSTOMER

10:35AM  5    WANTED TO PAY, SAYS LOUGHEED.  DO YOU SEE THAT?

10:35AM  6    A.   YES, I SEE THAT.

10:35AM  7         MR. SILBERT:  YOUR HONOR I OFFER EXHIBIT 5464.

10:36AM  8         MR. PAK:  NO OBJECTION, YOUR HONOR.

10:36AM  9         THE COURT:  IT WILL BE ADMITTED.

10:36AM  10         (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5464, HAVING BEEN

10:36AM  11    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

10:36AM  12    EVIDENCE.)

10:36AM  13         MR. SILBERT:

10:36AM  14    Q.   IF WE LOOK AT THAT PARAGRAPH I REFERRED TO EARLIER, CRUCIAL

10:36AM  15    EARLY DECISIONS LEAD TO SUCCESS.  DO YOU SEE THAT ON THE MIDDLE

10:36AM  16    OF THE FIRST PAGE?

10:36AM  17    A.   YES.

10:36AM  18    Q.   IT SAYS SEVERAL EARLY DECISIONS ABOUT HOW TO BUILD IOS GAVE

10:36AM  19    IT STAYING POWER AND MADE CISCO A STANDOUT, SAY TWO OF CISCO'S

10:36AM  20    ENGINEERING LEADERS, JOEL BION, SVP OF RESEARCH AND ADVANCED

10:36AM  21    DEVELOPMENT, WHO LEADS THE NETWORK SOFTWARE AND SERVICE

10:36AM  22    TECHNOLOGY GROUP, NSSTG, AND JOINED CISCO 20 YEARS AGO, AND

10:36AM  23    KIRK LOUGHEED, A MEMBER OF CISCO'S FOUNDING TEAM, ITS FIRST

10:36AM  24    ENGINEER, THE DESIGNER OF IOS AND A CISCO FELLOW.

10:36AM  25         DO YOU SEE THAT?

| | | |
|---|---|---|
| 10:36AM | 1 | A.   I SEE THAT. |
| 10:36AM | 2 | Q.   NOW MR. BION, THAT'S WHO YOU REPORT TO AT CISCO, CORRECT? |
| 10:36AM | 3 | A.   HE'S BEEN MY BOSS SINCE 2001, I BELIEVE. |
| 10:36AM | 4 | Q.   OKAY.  OF THE SO IF YOU COULD TURN THE PAGE, I WANT TO |
| 10:37AM | 5 | DIRECT YOUR ATTENTION TO THE SECOND PAGE UNDER THE HEADING |
| 10:37AM | 6 | TRANSFORMING AN INDUSTRY.  NOW WHAT THE FIRST SENTENCE THERE |
| 10:37AM | 7 | SAYS IS ONE OF IOS'S BIGGEST LEGACIES IS ESTABLISHING THE |
| 10:37AM | 8 | INDUSTRY STANDARD FOR HOW PEOPLE INTERFACE WITH ROUTERS AND |
| 10:37AM | 9 | SWITCHES KNOWN AS THE COMMAND LANGUAGE INTERFACE OR CLI. |
| 10:37AM | 10 | DO YOU SEE THAT? |
| 10:37AM | 11 | A.   I SEE THAT PARAGRAPH. |
| 10:37AM | 12 | Q.   AND THEN THERE'S A QUOTE FROM MR. BION, YOUR BOSS, IT SAYS |
| 10:37AM | 13 | "ANYONE WHO GOES TO CONFIGURE A COMPETITOR'S PRODUCT, PEOPLES |
| 10:37AM | 14 | VERY MUCH AT HOME." |
| 10:37AM | 15 | DO YOU SEE THAT LANGUAGE? |
| 10:37AM | 16 | A.   I SEE THAT. |
| 10:37AM | 17 | Q.   THAT'S A TRUE STATEMENT, RIGHT? |
| 10:37AM | 18 | A.   I DON'T KNOW IF IT'S TRUE.  IT CERTAINLY -- YOU CERTAINLY |
| 10:37AM | 19 | HAVE COMPETITORS PRODUCTS THAT DO NOT USE CISCO CLI'S. |
| 10:38AM | 20 | Q.   OH, I SEE.  SO NOT EVERY COMPETITOR USES THE CISCO CLI? |
| 10:38AM | 21 | A.   I DON'T KNOW ABOUT EVERY COMPETITOR. |
| 10:38AM | 22 | Q.   OKAY.  WOULD YOU PLEASE -- YOU CAN PUT THAT ASIDE.  WOULD |
| 10:38AM | 23 | YOU PLEASE TURN TO EXHIBIT 8267. |
| 10:38AM | 24 | THIS IS ANOTHER E-MAIL PRODUCED TO US FROM YOUR FILES. |
| 10:38AM | 25 | WOULD YOU PLEASE LOOK AT THE ADDRESSEE'S OF THE E-MAIL.  I'M |

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

10:59AM 1    Q.   CISCO ALSO USES THE CLI COMMAND, CLEAR IP BGP, CORRECT?

10:59AM 2    A.   YES.

10:59AM 3    Q.   AND CISCO TOLD US IN THIS CASE THAT THAT COMMAND WAS ADDED

11:00AM 4    TO THE CISCO CLI IN 1993.  I WOULD LIKE YOU TO PLEASE LOOK AT

11:00AM 5    THE PAGE ENDING IN 233.  AGAIN, I'M REFERRING TO THOSE NUMBERS

11:00AM 6    THAT LAWYERS ADD AT THE BOTTOM OF THE PAGE, THE BATES NUMBERS.

11:00AM 7         YOU SEE THERE THE COMMAND IN THE DEC MANUAL FOR MAY 1993,

11:00AM 8    YOU SEE THE COMMAND CLEAR IP BGP?

11:00AM 9    A.   YES, I DO.

11:00AM 10   Q.   AND THAT'S THE SAME COMMAND THAT CISCO USES IN ITS CLI,

11:00AM 11   RIGHT?  THE SAME COMMAND THAT WAS IN THE DEC MANUAL THAT WAS IN

11:00AM 12   YOUR FILES, RIGHT?

11:00AM 13   A.   IT APPEARS TO BE THE SAME COMMAND.

11:00AM 14   Q.   DO YOU THINK THAT WAS A COINCIDENCE TOO?

11:00AM 15   A.   I SUSPECT THEY HAD SEEN WHAT CISCO HAD DONE.

11:01AM 16   Q.   YOU THINK THEY COPIED CISCO?

11:01AM 17   A.   I CAN'T SAY THAT WITH CERTAINTY.  CERTAINLY I WAS ONE OF

11:01AM 18   THE CO DESIGNERS OF THE BGP PROTOCOL AND I DID IMPLEMENT A

11:01AM 19   COMMAND-LINE INTERFACE THAT HAD FUNCTIONALITY LIKE THIS.

11:01AM 20   Q.   CISCO USED THE COMMAND CLEAR IP BGP, RIGHT?

11:01AM 21   A.   YES.

11:01AM 22   Q.   AND THAT COMMAND, ACCORDING TO CISCO, IN THE INFORMATION

11:01AM 23   THEY GAVE US IN THIS LAWSUIT, WAS ADDED TO THE CISCO CLI IN

11:01AM 24   1993, RIGHT?

11:01AM 25   A.   THERE WAS A -- SO YES, I SUSPECT THAT FORM OF THE COMMAND

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

11:01AM  1    WAS PROBABLY DONE AT THAT TIME.

11:01AM  2    Q.   OKAY.  AND THIS DEC ROUTER MANUAL DATED MAY 1993, WHICH WAS

11:02AM  3    IN YOUR FILES AT CISCO, HAS THE COMMAND, CLEAR IP BGP, RIGHT?

11:02AM  4    A.   YES.

11:02AM  5    Q.   AND YOU ARE TELLING ME YOU THINK THAT'S A COINCIDENCE?

11:02AM  6    A.   I REMEMBER IMPLEMENTING A COMMAND, CLEAR BGP.  I KNOW I

11:02AM  7    INVENTED SUCH A COMMAND EARLY ON BEFORE THIS TIMEFRAME BECAUSE

11:02AM  8    I WAS THE AUTHOR OF THAT PROTOCOL AT CISCO.  I WAS ALSO THE --

11:02AM  9    THE CO-AUTHOR OF THE PROTOCOL SPECIFICATION.  AND I CERTAIN

11:02AM  10   NEEDED A WAY OF RESTARTING OR CLEARING BGP DATA.

11:02AM  11       SO PREFACING IT WITH AN IP COULD HAVE BEEN ADDED LATER ON.

11:02AM  12   Q.   THAT'S JUST A LOGICAL THING TO DO, ONCE YOU HAVE CLEAR BGP,

11:02AM  13   IT'S JUST LOGICAL TO ADD IP IF YOU WANT TO SPECIFY INTERNET

11:02AM  14   PROTOCOL?

11:02AM  15   A.   IT WOULD BE IN LINE WITH REGULARIZING THE COMMAND-LINE

11:02AM  16   INTERFACE.

11:02AM  17   Q.   OKAY.  CISCO USES A COMMAND IN ITS CLI, DISTANCE BGP,

11:03AM  18   RIGHT?

11:03AM  19   A.   YES.

11:03AM  20   Q.   OKAY.  AND ACCORDING TO CISCO, THAT COMMAND WAS ADDED TO

11:03AM  21   THE CISCO CLI IN 1993.  COULD YOU PLEASE LOOK ONE PAGE EARLIER

11:03AM  22   IN EXHIBIT 5031, THE PAGE ENDING IN 232.  YOU SEE THE COMMAND

11:03AM  23   THERE IN THE DEC MANUAL THAT WAS IN YOUR FILES, DISTANCE BGP?

11:03AM  24   A.   YES.

11:03AM  25   Q.   THAT'S THE SAME COMMAND CISCO ADDED IN 1993?

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

11:03AM  1   A.   CISCO ADDED -- SO I SUSPECT THE DATES IN THE CISCO STUFF,

11:03AM  2   THE EARLIEST THEY WERE ABLE TO FIND RECORDS OF THOSE COMMANDS.

11:03AM  3   I HAD ADDED A DISTANCE COMMAND IN -- MUCH EARLIER THAN THAT.

11:03AM  4   Q.   YOU THINK THE DIGITAL EQUIPMENT CORPORATION COPED CISCO

11:03AM  5   CLI?

11:04AM  6   A.   I -- IT CERTAINLY LOOKS LIKE THEY USED THE SAME TERMINOLOGY

11:04AM  7   THAT I USED WHEN I CREATED THE DISTANCE COMMAND.

11:04AM  8   Q.   CISCO USES THE COMMAND IP DOMAIN LOOKUP, RIGHT?

11:04AM  9   A.   YES.

11:04AM  10  Q.   AND ACCORDING TO CISCO THAT WAS ADDED TO THE CLI IN 1993.

11:04AM  11  COULD YOU PLEASE LOOK AT PAGE 156 OF EXHIBIT 5031.  DO YOU SEE

11:04AM  12  THERE THE COMMAND IP DOMAIN LOOKUP IN THE DEC MANUAL THAT WAS

11:04AM  13  IN YOUR FILES?

11:04AM  14  A.   I SEE WHAT YOU'VE HIGHLIGHTED, YES.

11:04AM  15  Q.   DO YOU THINK THAT WAS A COINCIDENCE?

11:04AM  16  A.   I THINK THEY HAD SEEN WHAT CISCO HAD DONE AND --

11:05AM  17  Q.   YOU ARE SPECULATING, RIGHT?

11:05AM  18  A.   I'M SPECULATING.  I'M SPECULATING.  AS I'VE SAID, I HAVE

11:05AM  19  NOT SEEN THIS MANUAL BEFORE.  I HAVE NO MEMORY OF SEEING THE

11:05AM  20  MANUAL BEFORE.

11:05AM  21  Q.   OKAY.  IF YOU STILL LOOK AT THAT SAME PAGE, YOU SEE THE

11:05AM  22  COMMAND IP DOMAIN NAME UP THERE.  A FEW LINES UP?

11:05AM  23  A.   YEP.

11:05AM  24  Q.   THAT'S ANOTHER COMMAND THAT CISCO USES, RIGHT?

11:05AM  25  A.   YES.

CROSS-EXAMINATION OF MR. LOUGHEED BY MR. SILBERT

11:05AM  1     Q.   DO YOU HAVE ANY EXPLANATION FOR HOW IP DOMAIN NAME APPEARS

11:05AM  2     IN THE DEC MANUAL THAT WAS IN YOUR FILES AND ALSO APPEARS IN

11:05AM  3     THE CISCO CLI?

11:05AM  4     A.   NO, I DON'T.

11:05AM  5     Q.   CISCO USES A COMMAND, SHOW IP BGP, RIGHT?

11:05AM  6     A.   WHO DOES?

11:05AM  7     Q.   CISCO.

11:05AM  8     A.   YES.

11:05AM  9     Q.   WOULD YOU PLEASE LOOK AT THE PAGE ENDING IN 290 OF

11:06AM  10    EXHIBIT 5031.  YOU SEE THE COMMAND THERE SHOW IP BGP?

11:06AM  11    A.   I SEE THAT.

11:06AM  12    Q.   YOU HAVE NO EXPLANATION, DO YOU, FOR HOW THE COMMAND SHOW

11:06AM  13    IP BGP APPEARS BOTH IN CISCO'S CLI AND IN THE DEC MANUAL DATED

11:06AM  14    MAY 1993 THAT WAS IN YOUR FILES?

11:06AM  15    A.   NO, I DON'T.  I WAS -- AS I'VE INDICATED, I'M THE ONE OF

11:06AM  16    THE DESIGNERS OF BGP, AND MY CO-AUTHOR AND I CAME UP WITH THE

11:06AM  17    BGP IMPLEMENT, SEPARATE BGP IMPLEMENTATIONS, ONE DONE AT IBM,

11:06AM  18    ONE DONE AT CISCO, DONE IN 1989.

11:06AM  19    Q.   RIGHT.  AND BGP IS THE BORDER GATEWAY PROTOCOL, IT'S A

11:06AM  20    NETWORKING STANDARD PROTOCOL, RIGHT?

11:06AM  21    A.   IT IS NOW, YES.

11:06AM  22    Q.   EVERYBODY CALLS IT BGP, RIGHT?

11:07AM  23    A.   OR GATEWAY, YES.

11:07AM  24    Q.   AND THE COMMAND, THIS SPECIFIC CLI COMMAND, SHOW IP BGP,

11:07AM  25    THAT CLI COMMAND IS USED IN CISCO'S CLI, RIGHT?

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:08AM  1    WAS THE SUBJECT OF MANY QUESTIONS FROM MR. SILBERT.

11:08AM  2        IF I CAN HAVE, I THINK IT WAS SLIDE NUMBER TWO.

11:08AM  3        IF WE COULD HAVE THAT ON THE SCREEN.

11:08AM  4        NOW JUST TO REMIND THE JURY HERE, WHAT TYPE OF SYSTEM WAS

11:08AM  5    THE DEC SYSTEMS 20 BACK IN THE EARLY 1980S?

11:09AM  6    A.   IT WAS A MAIN FRAME SYSTEM THAT PROVIDED GENERAL COMPUTING

11:09AM  7    SUPPORT.  STANFORD USED IT FOR THEIR FACULTY STAFF AND

11:09AM  8    COMPUTING NEEDS.

11:09AM  9    Q.   WAS THAT AN IP ROUTER?

11:09AM  10   A.   NO.

11:09AM  11   Q.   AND SO WHEN MR. SILBERT WAS ASKING YOU ALL THESE QUESTIONS

11:09AM  12   ABOUT SOME OF THE MANUALS AND SO FURTHER WITH RESPECT TO THE

11:09AM  13   DEC SYSTEMS 20, THAT SYSTEM MANUAL WAS NOT DESCRIBING AN IP

11:09AM  14   ROUTER; IS THAT CORRECT?

11:09AM  15   A.   THAT'S CORRECT.

11:09AM  16   Q.   AND SIR, DID YOU TRY TO SLAVISHLY COPY THE USER INTERFACE

11:09AM  17   OF THE DEC SYSTEMS 20 IN ORDER TO BUILD YOUR IP ROUTER?

11:09AM  18   A.   NO.

11:09AM  19   Q.   AND WHY NOT?

11:09AM  20   A.   IT WOULDN'T HAVE BEEN HELPFUL.  I HAD A NEW PROBLEM TO

11:09AM  21   SOLVE, AND I WAS NOT PARTICULARLY CONSTRAINED BY WHAT CHOICE OF

11:09AM  22   COMMANDS OR EXPRESSIONS OR HOW I DID THINGS.  IT WAS A NEW

11:10AM  23   PRODUCT, A NEW MARKETPLACE, AND THE CUSTOMERS WE WERE AIMING

11:10AM  24   HAD, MOST HAD NEVER SEEN AN IP ROUTER BEFORE, PRACTICALLY ALL

11:10AM  25   OF THEM HAD NOT SEEN AN IP ROUTER BEFORE 86.

REDIRECT EXAMINATION OF MR. LOUGHEED BY MR. PAK

11:30AM 1    THESE COMMANDS WERE CREATED MUCH EARLIER IN TIME, DO YOU RECALL

11:30AM 2    THAT TESTIMONY?

11:30AM 3    A.   YES.

11:30AM 4    Q.   AND CAN YOU GIVE A SENSE TO THE JURY AS TO THE TIME PERIOD

11:30AM 5    WHEN MANY OF THESE COMMANDS THAT WERE ASKED BY YOU WOULD HAVE

11:30AM 6    BEEN CREATED?

11:30AM 7    A.   WHICH --

11:30AM 8    Q.   FOR EXAMPLE THE BGP SET OF COMMANDS.

11:30AM 9    A.   IN JANUARY OF 1989 YAKOV REKHTER OF IBM AND I COLLABORATED

11:30AM 10   ON DESIGNS A NETWORK PROTOCOL CALLED BGP.  THE INTERNET WAS

11:30AM 11   HAVING TOO MANY NETWORKS FOR THE EXISTING PROTOCOLS TO HANDLE

11:30AM 12   SO WE NEEDED TO CREATE SOMETHING NEW.

11:30AM 13       AND WE HAD MET AT A CONFERENCE.  WE SKETCHED IT ON TWO

11:30AM 14   COPIES OF NAPKINS.  I TOOK ONE OF THOSE COPIES, YAKOV TOOK THE

11:30AM 15   OTHER.  HE WENT BACK TO IBM, I WENT BACK TO CISCO AND WE

11:30AM 16   CREATED THE FIRST BGP IMPLEMENTATION, INCLUDING THE COMMANDS TO

11:31AM 17   SOME OF THE FUNDAMENTAL COMMANDS TO MONITOR THAT STUFF.

11:31AM 18       SO WITHIN A FEW MONTHS WE ACTUALLY HAD THE VERY FIRST TWO

11:31AM 19   IMPLEMENTATIONS TALKING TO ONE ANOTHER, AND SHORTLY THEREAFTER

11:31AM 20   WE PUBLISHED THE FIRST -- THE FIRST DOCUMENT THAT SORT OF

11:31AM 21   DEFINED THE PROTOCOL SO THAT OTHERS COULD LOOK AT IT AND COME

11:31AM 22   UP WITH THEIR OWN IMPLEMENTATIONS.  AND WITHIN SIX MONTHS THERE

11:31AM 23   WAS ANOTHER IMPLEMENTATION AND PEOPLE -- PEOPLE HAVE BEEN ABLE

11:31AM 24   TO CREATE -- BGP IS NOW A FOUNDATIONAL PROTOCOL IN THE INTERNET

11:31AM 25   Q.   AND JUST TO BE CLEAR, YOU WERE ONE OF THE FIRST OR YOU WERE

11:48AM  1    A.   I HAVE -- I HAVE BEEN ON THE PARSER-POLICE MAILING LIST

11:48AM  2    PROVIDING FEEDBACK.  I HAVE DEVELOPED A COMMAND MYSELF AND GOT

11:48AM  3    FEEDBACK FROM THE PARSER-POLICE, AND I DEVELOPED A DOCUMENT

11:48AM  4    CALLED THE PARSER-POLICE MANIFESTER.

11:48AM  5    Q.   ALL RIGHT.  SO LET'S TALK ABOUT THE PARSER-POLICE

11:48AM  6    MANIFESTER.

11:48AM  7         CAN YOU TELL ME WHAT THE PARSER-POLICE MANIFESTER IS?

11:48AM  8    A.   THE PARSER-POLICE MANIFESTER IS A DOCUMENT THAT I AUTHORED

11:48AM  9    WHICH PROVIDES A SET OF GUIDELINES TO ENGINEERS ABOUT THE

11:48AM  10   CONTENTS OR THE WAY THEY SHOULD DEVELOP THE USER INTERFACE, THE

11:48AM  11   COMMAND-LINE INTERFACE TO CISCO PRODUCTS.

11:48AM  12   Q.   AND WHEN DID YOU AUTHOR THAT DOCUMENT?

11:48AM  13   A.   SOME TIME IN THE LATE 1990'S.

11:48AM  14   Q.   DO YOU KNOW WHETHER THAT'S A DOCUMENT THAT'S BEEN

11:48AM  15   MAINTAINED AT CISCO?

11:48AM  16   A.   IT HAS.  IT GETS PERIODICALLY REVISED AND THERE IS A

11:49AM  17   CURRENT VERSION IN OUR DOCUMENT CONTROL SYSTEM THAT YOU CAN

11:49AM  18   PULL UP.

11:49AM  19   Q.   HOW ABOUT -- IS IT SOMETHING THAT'S EVER REFERRED TO?

11:49AM  20   A.   A LOT OF INTERNAL PROCESSES REFER TO USING THE

11:49AM  21   PARSER-POLICE AND -- THE PARSER-POLICE MANIFESTER IS KEY TO

11:49AM  22   UNDERSTANDING HOW TO BEST USE THE PARSER-POLICE DISCUSSION

11:49AM  23   GROUP.

11:49AM  24   Q.   SO I WANT TO TURN TO THAT IN A MINUTE.  THE TERM POLICE,

11:49AM  25   THAT KIND OF TO ME, THAT'S AUTHORITY, RIGHT?

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:49AM  1    A.   YOU WOULD THINK SO.  BUT IT'S ACTUALLY NOT AN AUTHORITY.

11:49AM  2    IT IS A DISCUSSION GROUP.  IT'S MORE OF AN ADVICE GROUP.

11:49AM  3    Q.   AND WHAT DO YOU MEAN BY THAT?  GIVE ME AN EXAMPLE?

11:49AM  4    A.   SO THE -- AN ENGINEER COMING UP WITH A NEW COMMAND WILL

11:49AM  5    PROPOSE THE SYNTAX TO THE PARSER-POLICE FOR FEEDBACK.  AND

11:49AM  6    THERE ARE A GROUP OF VOLUNTEERS WHO STAFF THIS LIST WHO PROVIDE

11:50AM  7    FEEDBACK BASED ON WHAT THEY BELIEVE ARE BEST PRACTICES.

11:50AM  8         AND THE DISCUSSIONS, AS YOU CAN IMAGINE, WE'VE GOT

11:50AM  9    EMPOWERED, OPINIONATED AND SMART ENGINEERS, THEY MAY NOT REACH

11:50AM  10   A CONCLUSION THAT EVERYBODY AGREES WITH.  BUT THE POINT IS IT'S

11:50AM  11   A SET OF FEEDBACK.

11:50AM  12        AND AT THE END OF THE DAY, THE ENGINEER WRITING THE COMMAND

11:50AM  13   HAS THE SAY OF HOW IT GOES INTO THE CODE, HOW THE COMMAND GETS

11:50AM  14   WRITTEN.

11:50AM  15   Q.   SO LET ME TURN TO -- OR HAVE YOU TURN TO, I GAVE YOU THE

11:50AM  16   BINDER, WE SHOULD USE IT.  EXHIBIT 851 SHOULD BE BEHIND A TAB

11:50AM  17   THERE.

11:50AM  18   A.   I HAVE IT.

11:50AM  19   Q.   DO YOU SEE THAT?

11:50AM  20   A.   I DO.

11:50AM  21   Q.   DO YOU RECOGNIZE THIS DOCUMENT?

11:50AM  22   A.   I DO.

11:50AM  23   Q.   AND CAN YOU TELL US WHAT IT IS?

11:50AM  24   A.   THIS IS ONE OF THE EARLY VERSIONS OF THE PARSER-POLICE

11:51AM  25   MANIFESTER.

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

11:53AM  1    WHEN YOU ARE INTRODUCING A FEATURE FOR THE FIRST TIME AS AN

11:53AM  2    ENGINEER, YOU SHOULD THINK ABOUT WHAT MIGHT HAPPEN IN THE

11:53AM  3    FUTURE, WHAT THINGS MIGHT COME LATER AND DESIGN THE COMMAND SO

11:53AM  4    THAT NEW KEY WORDS CAN BED ADDED OR NEW ELEMENTS IN THE

11:53AM  5    SEQUENCE OR NEW MEMBERS OF THE HIERARCHY SO THAT WHEN YOU

11:53AM  6    CREATE A COMMAND FOR THE FIRST TIME, YOU THINK, YOU KNOW, 2, 3,

11:53AM  7    5, YEARS DOWN THE LINE WHAT'S GOING TO HAPPEN NEXT.

11:54AM  8    Q.    NOW, I WANT TO GO TO THE NEXT SECTION OF THIS DOCUMENT.  IT

11:54AM  9    SAYS AUTHORITY?

11:54AM  10   A.    YES.

11:54AM  11   Q.    CAN YOU TELL ME WHAT THE PURPOSE OF THIS SECTION WAS?

11:54AM  12   A.    THIS WAS TO MAKE IT CLEAR THAT THE PARSER-POLICE WAS IN

11:54AM  13   FACT A DISCUSSION GROUP AND THAT NOTHING THAT THE PARSER-POLICE

11:54AM  14   SAID WAS GOING TO BE BINDING ON THE PROFESSIONAL JUDGMENT OF

11:54AM  15   THE ENGINEER AUTHORING THE COMMAND, IT WAS JUST THERE FOR

11:54AM  16   GUIDELINES, ALTHOUGH SOME OTHER GUIDELINES IN THE COMPANY MIGHT

11:54AM  17   REQUIRE YOU TO GET FEEDBACK, THERE WAS NO REQUIREMENT THAT THE

11:54AM  18   ENGINEER ACCEPT THE FEEDBACK.

11:54AM  19   Q.    AND WHY WAS THAT?

11:54AM  20   A.    AGAIN, ENGINEERS ARE EMPOWERED, WE WANT THEM TO EXERCISE

11:54AM  21   THEIR PROFESSIONAL JUDGMENT IN DOING WHAT THEY DO.

11:54AM  22   Q.    SO I WANT TO GO TO THE SECOND PARAGRAPH, AND THE FIRST

11:54AM  23   SENTENCE THERE IN THE SECOND PARAGRAPH, IT SAYS, HOWEVER, AND

11:54AM  24   YOU CAN HIGHLIGHT THAT, MR. FISHER WHILE I READ QUITE SLOWLY.

11:55AM  25       HOWEVER, SINCE IT HAS NO SPECIFIC AUTHORITY, PARSER-POLICE

11:55AM  1    DERIVES ITS AUTHORITY BY HAVING GOOD ANSWERS, LEVEL-HEADED

11:55AM  2    DISCOURSE AND A HISTORY OF SUCCESSES.  DO YOU SEE THAT?

11:55AM  3    A.   THAT'S RIGHT.

11:55AM  4    Q.   SO WHAT WERE YOU REFERRING TO, WILLFUL-HEADED DISCOURSE

11:55AM  5    THERE?

11:55AM  6    A.   AS I SAID, WHEN YOU'VE GOT A BUNCH OF INTELLIGENCE,

11:55AM  7    OPINIONATED ENGINEERS, WHEN THEIR OPINIONS DIFFER, LET'S JUST

11:55AM  8    SAY SOME OF THE DISCUSSION CAN GET PERSONAL.  SO THIS WAS A

11:55AM  9    POLITE REMINDER TO THE MEMBERS OF THE LIST THAT WE EXPECTED THE

11:55AM  10   DISCOURSE TO BE CIVIL AND LEVEL HEADED, AND THAT THE AUTHORITY

11:55AM  11   DID NOT COME FROM SOME RULE SAYING YOU HAVE TO FOLLOW IT.  BUT

11:55AM  12   THE PARSER-POLICE ONLY HAD AUTHORITY WHEN IT CAME UP WITH GOOD

11:55AM  13   ANSWERS AND SUCCESSFUL ANSWERS.

11:55AM  14        SO IT WAS IMPORTANT TO BE POLITE AND LISTEN TO OTHER FOLKS

11:55AM  15   ON THE LIST AND NOT JUST GET INTO FIGHTS.

11:55AM  16   Q.   WERE THERE TIMES WHEN THAT WASN'T THE CASE, WHEN THE

11:55AM  17   DISCOURSE WAS LESS THAN LEVEL-HEADED?

11:56AM  18   A.   OH, YEAH.

11:56AM  19   Q.   AND WHAT DO YOU MEAN BY THAT?

11:56AM  20   A.   JUST, IF -- IF -- IF TWO CAMPS OF ENGINEERS HAD DIFFERENT

11:56AM  21   OPINIONS ABOUT, WELL, WE SHOULD ADD A NEW NODE NOT HEIRARCHY,

11:56AM  22   NO, IT REALLY SHOULD BE A KEY WORD IN THE EXISTING HIERARCHY,

11:56AM  23   YOU WOULD THINK THAT FOR SOMETHING SO NERDY AND TECHNICAL THAT

11:56AM  24   IT WOULDN'T GET VERY PASSIONATE, BUT THIS IS WHAT THE ENGINEERS

11:56AM  25   DO, THEY REALLY, THEY REALLY GET INTO IT.

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:10PM  1    COMMANDS THAT THEY NEED?

01:10PM  2    A.   THAT IT'S MORE USEABLE, MORE FRIENDLY.  WHEN YOU'RE USING

01:10PM  3    THE BOX, THE THINGS, THE COMMANDS SHOULD BE ARRANGED AND

01:10PM  4    GROUPED IN A LOGICAL, EASY TO FIND ORDER.

01:10PM  5    Q.   SO NOW, I WANT TO GO BACK TO YOUR PARSER-POLICE MANIFESTER,

01:10PM  6    WHICH I BELIEVE IS EXHIBIT 851, AND LOOK AT THAT -- I KEEP

01:10PM  7    CALLING IT THE LAST SECTION BUT I'M ACTUALLY WRONG.  I THINK

01:10PM  8    IT'S THE NEXT TO LAST SECTION.  IT'S CALLED SYNTAX DESIGN

01:10PM  9    GUIDELINES.

01:11PM  10        DO YOU SEE THAT?

01:11PM  11   A.   YES.

01:11PM  12   Q.   AND YOU HAVE A LIST OF TEN THERE; IS THAT RIGHT?

01:11PM  13   A.   SORRY, A LIST OF --

01:11PM  14   Q.   THERE'S A LIST --

01:11PM  15   A.   THERE'S A LIST OF TEN GUIDELINES, YES.

01:11PM  16   Q.   OKAY.  SO, ARE THESE GUIDELINES ALWAYS FOLLOWED?

01:11PM  17   A.   THEY ARE NOT ALWAYS FOLLOWED.

01:11PM  18   Q.   AND CAN YOU GIVE US SOME EXAMPLES OF THAT?

01:11PM  19   A.   ONE OF THE EXAMPLES I HAVE IN SECTION 2 IN THE CASE WHERE

01:11PM  20   THE GUIDELINES WEREN'T FOLLOWED, I ILLUSTRATE AS A BAD EXAMPLE

01:11PM  21   OF FAILING TO THINK IN AN EXTENSIBLE WAY.

01:11PM  22   Q.   AND IF WE CAN PUT THAT, BLOW THAT SECTION UP, MR. FISHER.

01:11PM  23   SECTION 2 -- OKAY.  IS THIS THE SECTION YOU ARE TALKING ABOUT?

01:11PM  24   A.   YES.

01:11PM  25   Q.   CAN YOU EXPLAIN TO ME WHAT THE GOOD AND BAD EXAMPLE IS

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:11PM 1   THERE?

01:11PM 2   A.   SO, ISDN IS A TECHNOLOGY, A DIGITAL COMMUNICATIONS

01:11PM 3   TECHNOLOGY.  AND THIS COMMAND, THE PERSON WRITING THE ISDN,

01:12PM 4   COMMAND CREATED TWO CHILDREN IN THE DBUG HIERARCHY,

01:12PM 5   SPECIFICALLY ISDN, Q931 AND ISDN Q921 WHICH ARE DIFFERENT

01:12PM 6   ASPECTS OF THE ISDN PROTOCOL.

01:12PM 7   AND WHAT THEY DID WAS THEY MADE EACH, EVEN -- THE BETTER

01:12PM 8   WAY TO HAVE DONE IT WOULD HAVE BEEN TO TAKE ISDN THE CHILD AND

01:12PM 9   INTRODUCE Q921 AND Q931 AS CHILDREN SO THAT THE HIERARCHY WOULD

01:12PM 10  BE GROUPED TOGETHER.

01:12PM 11  I RELATED ISDN COMMANDS, WOULD BE UNDER A HIERARCHY INSTEAD

01:12PM 12  OF A BROADER GROUP.  THIS WOULD MAKE THE ISDN COMMANDS EASIER

01:12PM 13  TO FIND IF THEY WERE GROUPED AS A HIERARCHY.

01:12PM 14  Q.   IS THAT THE CASE IN THE CISCO CLI?

01:12PM 15  A.   IT IS NOT.  IT IS NOT.

01:12PM 16  AGAIN, THE ENGINEER WAS ABLE TO USE THEIR OWN CREATIVITY

01:12PM 17  AND JUDGMENT IN MAKING THE COMMANDS, AND THE AESTHETIC WOULD

01:13PM 18  HAVE LEAD US TO SEPARATE OR TO THINK EXTENSIBLY WAS THE

01:13PM 19  GUIDELINE, THE GUIDELINE WOULD BE TO THINK EXTENSIBLY.  AND IN

01:13PM 20  THIS CASE I'M AFRAID IT WAS OVERLOOKED.

01:13PM 21  Q.   NOW I WANT TO TALK ABOUT ANOTHER ONE.  IF WE GO TO NUMBER

01:13PM 22  FOUR IN YOUR LIST WHICH IS ON THE NEXT PAGE?

01:13PM 23  A.   YES.

01:13PM 24  Q.   IT SAYS WATCH FOR COLLISIONS; DO YOU SEE THAT?

01:13PM 25  A.   I DO.

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:17PM 1    IS IN FACT A PARENT-LEVEL COMMAND.  BUT WHEN WE STARTED

01:18PM 2    INTRODUCING NEW PROTOCOLS, IPV6, IPX, APPLE TALK, WE REALIZED

01:18PM 3    THE MTU MIGHT BE DIFFERENT FOR THEM.

01:18PM 4        SO IN FACT, WE GOT RID OF MTU AS A TOP LEVEL KEY WORD AND

01:18PM 5    INSTEAD USED A NEW TOP LEVEL KEY WORD FOR THE PROTOCOL, IP OR

01:18PM 6    IPV6, AND THEN MADE MTU IN THAT CASE, THE CHILD OF THAT

01:18PM 7    COMMAND.

01:18PM 8        SO IN FACT, YES, THERE ARE CASES WHERE YOU NEED TO DECIDE

01:18PM 9    AS AN ENGINEER IF IT MAKES SENSE TO ADD A NEW NODE INTO THE

01:18PM 10   HIERARCHY, IT'S NOT JUST A MATTER OF PICKING THE WORDS BUT

01:18PM 11   PICKING THE LOGICAL PLACE TO PLACE THE WORDS IN THE HIERARCHY

01:18PM 12   Q.   SO THEN THE NEXT ONE DOWN, NUMBER SEVEN.  FIRST SENTENCE

01:18PM 13   THERE IS DO NOT USE CODE NAMES IN COMMANDS; DO YOU SEE THAT?

01:18PM 14   A.   YES.

01:18PM 15   Q.   AND WHAT ARE YOU REFERRING TO THERE?

01:18PM 16   A.   SOMETIMES WHEN DEVELOPING PRODUCTS AT CISCO, WE MAY HAVE

01:19PM 17   INTERNAL CODE NAMES FOR HARDWARE OR PROTOCOL.

01:19PM 18       AND BEFORE WE'VE DECIDED WHAT WE ARE GOING TO CALL THEM TO

01:19PM 19   THE PUBLIC, WE WOULD USE SOME OF THOSE INTERNAL CODE NAMES,

01:19PM 20   SOMETIMES THE CODE WOULD HAVE TO BE WRITTEN BEFORE THE PROPER

01:19PM 21   NAME WAS DECIDED.  SO SOMETIMES THE CODE NAMES WOULD BE IN THE

01:19PM 22   USER INTERFACE.

01:19PM 23       AND THIS WAS A REMINDER TO ENGINEERS, IF YOU USED A CODE

01:19PM 24   NAME, GO BACK AND MAKE SURE IT'S CHANGED TO SOMETHING OTHER

01:19PM 25   THAN A CODE NAME BEFORE IT GETS TO CUSTOMERS.

01:19PM 1    Q.   SO NOW I WANT TO GO TO THE LAST ONE ON YOUR LIST, NUMBER

01:19PM 2    TEN.  IT SAYS COMMAND SHOULD TEND TO BE SELF EXPLANATORY SO

01:19PM 3    THAT A RELATIVELY KNOWLEDGEABLE USER CAN FIGURE OUT THE COMMAND

01:19PM 4    FUNCTION FROM THE MANUALS -- NO, I SKIPPED A LINE, SORRY.  THE

01:19PM 5    COMMAND FUNCTION FROM THE COMMAND AND ONLINE HELP WITHOUT

01:20PM 6    HAVING IT SCURRY OFF TO THE MANUALS; DO YOU SEE THAT?

01:20PM 7    A.   RIGHT.

01:20PM 8    Q.   CAN YOU TELL ME WHAT YOU MEANT THERE?

01:20PM 9    A.   SO PART OF THIS IS ABOUT, YOU KNOW, CHOOSING THE HIERARCHY,

01:20PM 10   GROUPING STUFF TOGETHER, EXERCISING JUDGMENT AND CREATIVITY,

01:20PM 11   AND ARRANGING LIKE CONCEPTS TOGETHER.

01:20PM 12        SO THE IDEA IS THAT LOOKING AT A COMMAND, YOU SHOULD BE

01:20PM 13   ABLE TO, BASED ON YOUR KNOWLEDGE OF THE DESIGN AESTHETIC, THE

01:20PM 14   HIERARCHY AND THE TYPICAL SEQUENCE AND ORGANIZATION OF COMMANDS

01:20PM 15   USED BY CISCO, THAT THE CUSTOMER COULD LOOK AT THAT COMMAND AND

01:20PM 16   FIGURE OUT BASED ON THEIR EXPERIENCE IN USING COMMANDS LIKE IT,

01:20PM 17   WHAT THAT COMMAND SHOULD DO.  IT'S A PRINCIPLE OF CONSISTENCY

01:20PM 18   AND USABILITY

01:20PM 19   Q.   SO THEN I WANT TO LOOK AT THE NEXT SENTENCE THERE.  IT

01:20PM 20   SAYS, WHAT CONSTITUTES SELF EXPLANATORY WILL VARY BY YOUR

01:20PM 21   TARGET AUDIENCE, SO BE PREPARED TO DEFEND THAT POINT; DO YOU

01:20PM 22   SEE THAT?

01:21PM 23   A.   I DO.

01:21PM 24   Q.   WHAT'S THAT REFERRING TO IN THE GUIDELINES?

01:21PM 25   A.   SO THE IDEA IS THAT, AGAIN, WE WANT TO HAVE THE COMMAND

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:21PM 1    SELF EXPLANATORY.

01:21PM 2        SOMEBODY LOOKING AT A COMMAND LIKE FORWARD PEAK CELL RATE

01:21PM 3    CLP1 MIGHT SAY, I DON'T UNDERSTAND WHAT THAT MEANS.  BUT

01:21PM 4    SOMEONE WHO IS FAMILIAR ABOUT ATM, THE ASYNCHRONOUS TRANSFER

01:21PM 5    PROTOCOL, WILL IMMEDIATELY KNOW WHAT THAT MEANS.  THEY ARE THE

01:21PM 6    AUDIENCE.

01:21PM 7        SO THE COMMAND THERE IS COMPLETELY SELF EXPLANATORY TO

01:21PM 8    SOMEBODY FAMILIAR WITH ATM, BUT MAY NOT BE TO OTHER PEOPLE.

01:21PM 9        SO THE POINT WAS TO TELL PEOPLE TO CONSIDER THEIR AUDIENCE

01:21PM 10   IN MAKING THE COMMAND, AND ALSO TO OUR VIEWERS TO CONSIDER THE

01:21PM 11   AUDIENCE WHEN CRITIQUING A COMMAND.

01:21PM 12   Q.   ARE THERE MULTIPLE POTENTIAL AUDIENCES FOR A GIVEN COMMAND?

01:21PM 13   A.   THERE COULD BE MULTIPLE POTENTIAL AUDIENCES FOR A GIVEN

01:21PM 14   COMMAND.

01:21PM 15   Q.   AND WHY IS THAT?

01:22PM 16   A.   WE HAVE A BROAD RANGE OF USES AND FUNCTIONS OF THE CISCO

01:22PM 17   DEVICE.  THERE ARE FUNCTIONS THAT ARE USED, DIFFERENT PROTOCOLS

01:22PM 18   AND DIFFERENT PHYSICAL INTERFACES.

01:22PM 19       THERE'S LOTS OF FEATURES, LOTS OF DIFFERENT KINDS OF

01:22PM 20   CUSTOMERS, LOTS OF WAYS THE PRODUCT IS USED, SO THESE THINGS

01:22PM 21   ALL HAVE TO BE CONSIDERED BY THE DESIGNER.

01:22PM 22   Q.   NOW I WANT TO GO TO THE LAST SECTION WHICH IS THE LAST

01:22PM 23   SECTION THIS TIME, CHANGING SYNTAX.

01:22PM 24   A.   YES.

01:22PM 25   Q.   AND IN THAT FIRST SENTENCE IT SAYS CHANGING AN EXISTING

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:22PM  1    SYNTAX IS USUALLY A BAD IDEA; DO YOU SEE THAT?

01:22PM  2    A.   YES.

01:22PM  3    Q.   NOW YOU'VE TALKED SEVERAL TIMES NOW ABOUT THE NEED TO

01:22PM  4    MAINTAIN CONSISTENCY?

01:22PM  5    A.   YES.

01:22PM  6    Q.   DOES THIS HAVE ANYTHING TO DO WITH THAT?

01:22PM  7    A.   YES, IF YOU CHANGE A COMMAND, THAT COULD BE SURPRISING TO

01:22PM  8    CUSTOMERS.

01:22PM  9         IF YOU SUDDENLY DECIDE THAT YOU WANT TO DO THINGS IN A

01:22PM  10   DIFFERENT WAY, CUSTOMERS WILL BE DISORIENTED, COMMANDS THEY ARE

01:23PM  11   USED TO MAY NOT WORK.  THINGS THEY COMMITTED TO MUSCLE MEMORY

01:23PM  12   TO TYPING NO LONGER WORK THE WAY THEY ARE EXPECTING, AND THAT

01:23PM  13   COULD MAKE THEM UPSET.

01:23PM  14   Q.   SO LET'S -- I JUST WANT TO BE CLEAR ON THIS POINT, WHEN YOU

01:23PM  15   ARE TALKING ABOUT CONSISTENCY, CONSISTENCY WITH RESPECT TO

01:23PM  16   WHAT?

01:23PM  17   A.   CONSISTENCY WITH THE -- CONSISTENCY IN THE CISCO COMMAND

01:23PM  18   LINE AND USER INTERFACE.

01:23PM  19   Q.   OKAY.  SO YOU MEAN WHATEVER CISCO DECIDED TO DO BEFORE?

01:23PM  20   A.   YES.  THE USER INTERFACE BUILDS ON ITSELF.  THE USER

01:23PM  21   INTERFACE IS A CONSTANTLY GROWING BODY OF WORK BASED ON THE

01:23PM  22   CODING AND EXPERIENCE THAT WE GET.

01:23PM  23   Q.   NOW I WANT TO CHANGE GEARS A LITTLE BIT AND TALK ABOUT YOUR

01:23PM  24   PERSONAL EXPERIENCE IN AUTHORING COMMAND?

01:24PM  25   A.   OKAY.

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:26PM 1    A.   THIS WAS AROUND 2002 OR 2003.

01:26PM 2    Q.   SO PUT YOURSELF BACK THERE.  CAN YOU JUST DESCRIBE FOR US

01:26PM 3    GENERALLY WHAT THE PROCESS WAS TO CREATE THIS COMMAND?

01:26PM 4    A.   SO WE KNEW WE HAD TO GET THIS LIST OF INFORMATION WITH

01:26PM 5    SERIAL NUMBERS AND DESCRIPTIONS, AND WE HAD TO FIND A WAY TO

01:27PM 6    PRESENT THAT INFORMATION TO THE CUSTOMERS AND THE NATURAL PLACE

01:27PM 7    IN THE HIERARCHY TO DISPLAY INFORMATION WOULD BE THE SHOW

01:27PM 8    COMMAND.

01:27PM 9    Q.   AND WHY WAS THAT?

01:27PM 10   A.   THE SHOW COMMAND IS A COMMAND THAT TYPICALLY PROVIDES

01:27PM 11   INFORMATION TO THE END USER ABOUT INTERFACES, ABOUT THE

01:27PM 12   VERSION, ABOUT THE CONFIGURATION, SO IT SEEMED LIKE A NATURAL

01:27PM 13   PLACE TO PUT INFORMATION ABOUT THE COLLECTION OF HARDWARE TO BE

01:27PM 14   DISPLAYED.

01:27PM 15   Q.   DID YOU IN CONNECTION WITH DEVELOPING THE COMMAND, DID YOU

01:27PM 16   EVER CONSIDER PUTTING IT IN A DIFFERENT HIERARCHY OR MAYBE

01:27PM 17   CREATING ITS OWN?

01:27PM 18   A.   AT THE TIME WE DIDN'T.  IN RETROSPECT, WE MIGHT HAVE MADE A

01:27PM 19   TOP-LEVEL COMMAND CALLED INVENTORY DEDICATED TO ALL TASKS

01:27PM 20   RELATED TO INVENTORY.  BUT "SHOW" REALLY SEEMED LIKE THE

01:27PM 21   SENSIBLE PLACE TO PUT IT.

01:27PM 22   Q.   OKAY.  NOW, LET'S TALK ABOUT THE SELECTION OF INVENTORY AS

01:28PM 23   A TERM.  WHERE DID THAT COME FROM?

01:28PM 24   A.   WHEN YOU THINK ABOUT A COLLECTION OF HARDWARE WITH PART

01:28PM 25   NUMBERS AND SERIAL NUMBERS, IT'S KIND OF LIKE AN INVENTORY OF

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:28PM 1    THINGS.

01:28PM 2    Q.   WHY DO YOU SAY THAT?

01:28PM 3    A.   IT'S JUST, YOU'VE GOT PART NUMBERS AND SERIAL NUMBERS

01:28PM 4    COLLECTED TOGETHER AND IT'S AN IMPORTANT PART OF ASSET

01:28PM 5    MANAGEMENT TO KNOW WHAT YOUR HARDWARE PART NUMBERS ARE AND IT

01:28PM 6    WOULD BE PART OF TAKING INVENTORY TO KNOW THAT.  SO IT WAS

01:28PM 7    JUST -- IT WAS A ---IT WAS A NAME WE SETTLED ON AFTER SOME

01:28PM 8    DEBATE.

01:28PM 9    Q.   SO DID YOU CONSIDER ANY ALTERNATIVES TO INVENTORY WHEN YOU

01:28PM 10   WERE COMING UP WITH THIS COMMAND?

01:28PM 11   A.   WE CONSIDERED A COUPLE OF DIFFERENT COMMANDS.

01:28PM 12   Q.   AND IF WE SHOW SLIDE FIVE HERE, IN FACT WAS INVENTORY THE

01:28PM 13   FIRST WORD YOU CONSIDERED?

01:28PM 14   A.   INVENTORY WAS NOT THE FIRST WORD WE CONSIDERED.

01:28PM 15   Q.   AND WHY WAS THAT?

01:28PM 16   A.   WE THOUGHT THERE WERE BETTER CHOICES THAT WE COULD HAVE

01:28PM 17   BESIDES INVENTORY.

01:28PM 18   Q.   AND WHAT DO YOU MEAN BETTER CHOICES?

01:29PM 19   A.   WE THOUGHT THAT THEY MIGHT BETTER DESCRIBE WHAT WAS GOING

01:29PM 20   ON.

01:29PM 21   Q.   LIKE WHAT?

01:29PM 22   A.   WELL, WE LOOKED AT SHOW SERIAL BECAUSE IT WAS SERIAL

01:29PM 23   NUMBERS AND THE SERIAL NUMBERS WERE VERY IMPORTANT, SO SHOW

01:29PM 24   SERIAL SEEMED LIKE A NATURAL THING TO DO.

01:29PM 25   Q.   AND WHY DID YOU PICK THAT?

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:29PM  1    A.   WE ALSO HAVE SERIAL COMMUNICATION INTERFACES ON THE DEVICE

01:29PM  2    AND WE THOUGHT IT MIGHT BE CONFUSING TO HAVE A SHOW COMMAND

01:29PM  3    THAT TALKS ABOUT SERIAL WHEN IN FACT WE HAVE SERIAL INTERFACES

01:29PM  4    SO WE DISCARDED THAT IDEA.

01:29PM  5    Q.   WAS THERE ANYTHING ELSE THAT YOU RECALL?

01:29PM  6    A.   WE THOUGHT SHOW HARDWARE BECAUSE IT'S AN INVENTORY OF THE

01:29PM  7    PHYSICAL HARD IN THE DEVICE.

01:29PM  8    Q.   AND WHY DIDN'T YOU PICK THAT?

01:29PM  9    A.   SHOW HARDWARE WAS ALREADY BEING USED TO DISPLAY VERSION

01:29PM  10   INFORMATION.

01:29PM  11   Q.   WHAT DO YOU MEAN WHEN YOU SAY VERSION INFORMATION?

01:29PM  12   A.   THE SOFTWARE VERSION, THE SOFTWARE VERSION.  WHEN YOU --

01:29PM  13   THE WHICH COMMAND SHOW HARDWARE TELLS YOU ACTUALLY THE SOFTWARE

01:29PM  14   RUNNING ON THE HARDWARE.  IT WAS A HISTORICAL CHOICE.

01:29PM  15       AGAIN, AND I DIDN'T MAKE THAT CHOICE, BUT THAT'S -- IT WAS

01:29PM  16   A COLLISION, SO WE COULDN'T DO IT.

01:30PM  17   Q.   SO SHOW HARDWARE TELLS YOU ABOUT THE SOFTWARE?

01:30PM  18   A.   SHOW HARDWARE TELLS YOU ABOUT THE SOFTWARE RUNNING ON THE

01:30PM  19   HARDWARE.

01:30PM  20   Q.   GOT YA.  DOES SOFTWARE RUN ANYWHERE ELSE?

01:30PM  21   A.   I'VE NEVER SEEN THE SOFTWARE RUN ANYWHERE ELSE.

01:30PM  22   Q.   OKAY.  ALL RIGHT.  SO ANYTHING ELSE YOU CONSIDERED WHEN YOU

01:30PM  23   WERE GOING THROUGH SHOW INVENTORY?

01:30PM  24   A.   WELL, IT TURNS OUT THAT THE ELEMENTS OF THE INVENTORY WE

01:30PM  25   WERE DISPLAYING ARE DESCRIBED IN THE IDENTITY MIB, MANAGEMENT

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:30PM 1    INFORMATION BASE, WHICH IS A DOCUMENT FROM THE INTERNET

01:30PM 2    ENGINEERING TASK FORCE, IETF.  SO WE THOUGHT BECAUSE THE

01:30PM 3    IDENTITY, THE IETF CALLED THIS CONCEPT IDENTITY, THAT MAYBE WE

01:30PM 4    COULD CALL IT SHOW IDENTITY.

01:30PM 5    Q.   OKAY.  SO I GOT TO BREAK THAT DOWN A BIT.  YOU SAID IETF?

01:30PM 6    A.   IETF.

01:30PM 7    Q.   OKAY.  SO I DID GET THAT RIGHT, WHAT IS THAT?

01:30PM 8    A.   THE IETF, THE INTERNET ENGINEERING TASK FORCE IS A

01:31PM 9    STANDARDS BODY THAT PRODUCES THE DOCUMENTS FOR ALL OF THE

01:31PM 10   PROTOCOLS THAT RUN THE INTERNET.

01:31PM 11   Q.   SO JUST SO WE DON'T HAVE ANY CONFUSION, IS THIS THE

01:31PM 12   STANDARDS BODY THAT TELLS YOU HOW TO MAKE COMMANDS IN A

01:31PM 13   COMMAND-LINE INTERFACE?

01:31PM 14   A.   THAT IS NOT WHAT THE STANDARDS BODY IS DEDICATED TO, NO,

01:31PM 15   IT'S COMMUNICATIONS PROTOCOLS.

01:31PM 16   Q.   ARE YOU AWARE OF ANY STANDARDS BODY THAT TELLS YOU HOW YOU

01:31PM 17   SHOULD, YOU KNOW, MAKE THE COMMANDS IN A COMMAND-LINE INTERFACE

01:31PM 18   FOR NETWORKING HARDWARE?

01:31PM 19   A.   I'M NOT AWARE OF ANY STANDARDS BODY THAT DOES THAT.

01:31PM 20   Q.   SO THEN BACK TO THE IETF, THAT STANDARDS BODY, REMIND ME

01:31PM 21   WHAT IT DOES?

01:31PM 22   A.   THEY CREATE STANDARDS FOR COMMUNICATIONS PROTOCOLS.

01:31PM 23   Q.   NOW THE PROTOCOL YOU TALKED ABOUT, I THINK YOU SAID

01:31PM 24   IDENTITY MIB?

01:31PM 25   A.   MIB, MANAGEMENT INFORMATION BASE, YES.

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:31PM  1    Q.   OKAY.  WHAT'S THAT?

01:31PM  2    A.   IT'S PART OF A SYSTEM CALLED SNMP, SIMPLE NETWORK

01:32PM  3    MANAGEMENT PROTOCOL, AND IT'S A LIST OF ALL OF THE THINGS THAT

01:32PM  4    COULD BE SAID USING THE SIMPLE NETWORK MANAGEMENT PROTOCOL.

01:32PM  5    Q.   SO WHY THEN DIDN'T YOU USE THE IDENTITY TERM?

01:32PM  6    A.   IT TURNS OUT THAT THE CISCO DEVICE ALSO DOES A LOT OF

01:32PM  7    THINGS AROUND SECURITY, INCLUDING AUTHORIZATION, USER NAMES AND

01:32PM  8    PASSWORDS, AUTHENTICATION, WHAT PEOPLE ARE ALLOWED TO DO, AND

01:32PM  9    USUALLY THOSE SORTS OF THINGS ARE CONSIDERED IDENTITY BY THE

01:32PM  10   SECURITY COMMITTEE.

01:32PM  11        AND BECAUSE OUR DEVICE DOES A LOT OF THINGS WITH SECURITY,

01:32PM  12   WE THOUGHT WE DIDN'T WANT TO USE IDENTITY SO IT WOULD NOT BE

01:32PM  13   CONFUSED WITH THE SECURITY FUNCTIONS OF THE BOX, SO WE

01:32PM  14   DISCARDED THAT.

01:32PM  15   Q.   SO ANYTHING ELSE THAT YOU RECALL CONSIDERING?

01:32PM  16   A.   WELL, BECAUSE THEY WERE MODULES WE THOUGHT WE COULD SAY

01:32PM  17   SHOW MODULE, BUT SOME PLATFORMS HAD ALREADY USED THAT TO SHOW

01:32PM  18   OTHER TECHNICAL INFORMATION ABOUT THE MODULES.

01:32PM  19        WE THOUGHT CONTROLLERS, THESE ARE ELECTRONIC CONTROLLERS,

01:33PM  20   BUT THAT WAS ALSO USED BY SOME PLATFORMS TO USE OTHER

01:33PM  21   INFORMATION ABOUT HARDWARE.  MAYBE EVEN SHOW DEVICES, BECAUSE

01:33PM  22   THESE ARE DEVICES INCLUDE THE IN THE BOX.

01:33PM  23        BUT WE ULTIMATELY THOUGHT AFTER SOME HOURS OF DEBATE,

01:33PM  24   PROBABLY 6 TO 8 HOURS WITH A GROUP OF 6 TO 8 OF US OVER A

01:33PM  25   COUPLE OF WEEKS, WE SETTLED ON INVENTORY.

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:33PM  1    Q.   AND THE GROUP THAT YOU ARE TALKING ABOUT, WHAT GROUP IS

01:33PM  2    THAT?

01:33PM  3    A.   THAT IS -- THAT WAS MYSELF AND MY FELLOW DESIGNER, SOLOMON

01:33PM  4    THE PEOPLE IN THE -- SOME FOLKS IN THE TECHNICAL SUPPORT GROUP

01:33PM  5    WHO WOULD HAVE TO SUPPORT THIS AND SOME FOLKS IN THE

01:33PM  6    DEVELOPMENT GROUP THAT WOULD BE DOING SOME OF THE CODING WORK.

01:33PM  7    Q.   NOW I WANT TO CHANGE GEARS A LITTLE BIT AND IF WE GO TO

01:33PM  8    SLIDE SEVEN, I WANT TO TALK ABOUT THE SHOW INVENTORY OUTPUT,

01:33PM  9    OKAY?

01:33PM 10    A.   YES.

01:33PM 11    Q.   FIRST TELL US WHAT THE SHOW INVENTORY OUTPUT WOULD BE?

01:33PM 12    A.   SO IN ADDITION TO WRITING THE SPECIFICATION FOR THE SHOW

01:34PM 13    INVENTORY COMMAND, WE ALSO WROTE THE SPECIFICATION FOR THE

01:34PM 14    OUTPUT AND WE WROTE THE HELP TEXT.

01:34PM 15         SO WHEN YOU TYPE THE COMMAND SHOW INVENTORY, IT PRODUCES

01:34PM 16    SOME TEXT OUTPUT SHOWING YOU THE INVENTORY OF THE BOX.  AND WE

01:34PM 17    HAD TO DESIGN THAT.

01:34PM 18    Q.   AND WHY IS THAT?

01:34PM 19    A.   THAT'S JUST WHAT WE DO.  THERE'S -- IT'S THE -- THE

01:34PM 20    INFORMATION THAT WE KNOW THAT WE NEED TO SHOW, THE DEVICE NAME,

01:34PM 21    THE PART NUMBER, THE VERSION NUMBER, THE SERIAL NUMBER, HAD TO

01:34PM 22    BE DISPLAYED TO THE CUSTOMER IN A WAY THAT WAS EASY TO READ,

01:34PM 23    EASY TO UNDERSTAND AND EASY TO PROCESS.

01:34PM 24    Q.   SO DID YOU CREATE THE OUTPUT FOR THE SHOW INVENTORY

01:34PM 25    COMMAND?

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:34PM  1    A.   OUR TEAM DEVELOPED THE OUTPUT FOR THE SHOW INVENTORY

01:34PM  2    COMMAND.

01:34PM  3    Q.   AND DO YOU RECALL WHETHER THERE WERE RESTRICTIONS ON WHAT

01:34PM  4    THAT OUTPUT COULD BE?

01:34PM  5    A.   THERE WERE NO RESTRICTIONS.  WE HAD TOTAL FREEDOM IN HOW WE

01:35PM  6    MADE THE OUTPUT LOOK.

01:35PM  7    Q.   SO HOW IS IT THAT YOU MADE THE DECISION ON WHAT THAT OUTPUT

01:35PM  8    SHOULD BE?

01:35PM  9    A.   WE WENT THROUGH A COUPLE OF THINGS.  WE WOULD HAVE LIKED TO

01:35PM  10   HAVE EACH PART TO FIT ON A SINGLE LINE, BUT WE THOUGHT THAT

01:35PM  11   WOULD BE HARD TO READ IF IT WENT OVER 80 COLUMNS, SO WE

01:35PM  12   ACTUALLY MADE EVERY ITEM APPEAR ON THE TWO LINES.  WITH THE

01:35PM  13   FIRST LINE BEING THE NAME AND THE DEVICE AND THE DESCRIPTION

01:35PM  14   AND THE SECOND LINE BEING THE IMPORTANT INFORMATION, THE

01:35PM  15   VERSION AND THE SERIAL NUMBER.

01:35PM  16        THEN WE WOULD REPEAT THAT FOR EVERY DEVICE INCLUDED.

01:35PM  17        WE ALSO INCLUDED ALL OF THE TEXT IN QUOTES AND SEPARATED

01:35PM  18   THINGS WITH COLONS SO THAT IF PEOPLE WANTED TO PROCESS IT

01:35PM  19   AUTOMATICALLY WITH A PROGRAM OR A SCRIPT THEY WOULD EASILY BE

01:35PM  20   ABLE TO FIND THE EDGES OF EACH FIELD, THEY COULD SEPARATE EACH

01:35PM  21   INFORMATION FIELD EASILY.

01:35PM  22   Q.   OKAY.  SO YOU SAID SOMETHING THERE, PROCESS AUTOMATICALLY

01:36PM  23   WITH A SCRIPT?

01:36PM  24   A.   YES.

01:36PM  25   Q.   CAN YOU EXPLAIN TO US WHAT THAT IS?

DIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

01:38PM  1   Q.   SO YOU SAID THAT WORD A FEW TIMES, AESTHETIC, CAN YOU

01:39PM  2   EXPLAIN TO US WHAT YOU MEAN IN THE CONTEXT OF CLI, THE

01:39PM  3   AESTHETIC?

01:39PM  4   A.   THE AESTHETIC IS THE WAY THE CLI IS ORGANIZED, THE WAY YOU

01:39PM  5   EXPECT, IF YOU LOOK AT THE WAY THIS TABLE OF HELP IS ORGANIZED,

01:39PM  6   YOU KNOW, HAVING STUFF TABBED OUT, HAVING EVERYTHING FIT

01:39PM  7   CLEANLY ON THE SCREEN, HAVING THE HIERARCHY, HAVING THE HELP,

01:39PM  8   HAVING THIS ALL FEEL OF THE INTERFACE, THAT'S PART OF WHAT I

01:39PM  9   WOULD CONSIDER THE AESTHETIC.

01:39PM  10  Q.   DOES THAT HAVING ANYTHING TO DO WITH THE CONSISTENCY THAT

01:39PM  11  YOU TALKED ABOUT EARLIER?

01:39PM  12  A.   I DON'T THINK IT DOES DIRECTLY.  CONSISTENCY IS PART OF THE

01:39PM  13  AESTHETIC, I SUPPOSE, BUT I DON'T KNOW HOW I WOULD LINK THEM.

01:39PM  14  Q.   OKAY.  NOW I WANT TO GO TO ANOTHER TOPIC.

01:39PM  15       SO WE TALKED ABOUT EARLIER, I THINK IT WAS BEFORE LUNCH.

01:39PM  16  YOU HAVE BEEN IN THE SERVICE DIVISION FOR ABOUT 20 YEARS OR SO;

01:39PM  17  IS THAT RIGHT?

01:39PM  18  A.   IT WILL BE 25 YEARS IN JANUARY.

01:39PM  19  Q.   OKAY.  25 YEARS.  SO IN CONNECTION WITH YOUR WORK, HAVE YOU

01:40PM  20  GAINED AN UNDERSTANDING OF HOW CUSTOMERS USE THE CISCO CLI?

01:40PM  21  A.   I HAVE.

01:40PM  22  Q.   AND WHAT HAVE YOU LEARNED?

01:40PM  23  A.   WELL, I'VE LEARNED THAT THEY LIKE IT.  IT CAN BE DIFFICULT

01:40PM  24  TO USE, BUT THEY LIKE IT BECAUSE IT'S VERY COMPACT AND POWERFUL

01:40PM  25  AND PUTS A LOT OF THE FUNCTIONS AT THEIR FINGER TIPS TO DO

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

01:59PM 1    THEM.  THE GUIDELINES, AT LEAST IN THIS EXHIBIT, THEY BEGIN ON

01:59PM 2    THE BOTTOM OF THE SECOND PAGE, I BELIEVE.

01:59PM 3        AND LET ME JUST ASK YOU GENERALLY ABOUT THESE GUIDELINES,

01:59PM 4    BECAUSE I THINK WE WALKED THROUGH THEM PRETTY CLEARLY.  THE

01:59PM 5    GUIDELINES WERE MEANT TO BE FOLLOWED, IF POSSIBLE, RIGHT?

01:59PM 6    A.  YES.

01:59PM 7    Q.  THE WHOLE IDEA WAS TO GIVE ENGINEERS AT CISCO GUIDELINES

01:59PM 8    FOR THEM TO FOLLOW WHEN THEY CAME UP WITH COMMANDS, RIGHT?

02:00PM 9    A.  YES.

02:00PM 10   Q.  LET'S LOOK AT THE SECTION OF THIS, SORRY, LET'S PUT 5175

02:00PM 11   BACK UP, PLEASE UNDER CHANGING SYNTAX, WHICH IS IN THE SECOND

02:00PM 12   TO LAST PAGE, THIS IS A LITTLE BIT HARD TO SEE, BUT IN THIS

02:00PM 13   PARAGRAPH, YOU WRITE THAT THERE ARE AT LEAST FOUR REASONS NOT

02:00PM 14   TO CHANGE THE SYNTAX OF A COMMAND, RIGHT?

02:00PM 15   A.  YES.

02:01PM 16   Q.  AND THE FIRST REASON YOU NOTE IS THAT CUSTOMERS ARE TRAINED

02:01PM 17   ON AND FAMILIAR WITH EXISTING SYNTAX.  THAT'S YOUR FIRST

02:01PM 18   REASON, CORRECT?

02:01PM 19   A.  YES.

02:01PM 20   Q.  OKAY.  AND THEN THE SECOND REASON TALKS ABOUT THE PROBLEM

02:01PM 21   WITH CHANGING SYNTAX COULD CAUSE CATASTROPHIC FAILURES, DO YOU

02:01PM 22   SEE THAT?

02:01PM 23   A.  YES.

02:01PM 24   Q.  AND IF YOU CHANGE SYNTAX AND THE CUSTOMER DOESN'T RECOGNIZE

02:01PM 25   OR KNOW THE COMMAND, IT CAN CAUSE A CATASTROPHIC FAILURE IN THE

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

02:21PM 1    A.   I RESPECT THEM.

02:21PM 2    Q.   AND IF WE COULD LOOK AT 5157, PLEASE, OR YOU COULD.  THIS

02:22PM 3    IS AN E-MAIL FROM YOU TO A FORMER CISCO EMPLOYEE, RIGHT?

02:22PM 4    A.   YES.

02:22PM 5         MR. FERRALL:  I WOULD LIKE TO OFFER 5157 INTO

02:22PM 6    EVIDENCE.

02:22PM 7         MR. NELSON:  NO OBJECTION, YOUR HONOR.

02:22PM 8         THE COURT:  IT WILL BE ADMITTED.

02:22PM 9         (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5157, HAVING BEEN

02:22PM 10   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

02:22PM 11   EVIDENCE.)

02:22PM 12   BY MR. FERRALL:

02:22PM 13   Q.   THIS IS AN E-MAIL FROM YOU TO MR. MOOTHEDATH?

02:22PM 14   A.   MOOTHEDATH.

02:22PM 15   Q.   AND YOU HAD WORKED WITH HIM AT CISCO, RIGHT?

02:22PM 16   A.   I WORKED WITH HIM IN THE BANGALORE OFFICE.

02:22PM 17   Q.   AND HE HAD TOLD YOU IN THIS E-MAIL THREAD THAT HE WAS GOING

02:22PM 18   TO WORK FOR ARISTA, RIGHT?

02:22PM 19   A.   YES.

02:22PM 20   Q.   AND THERE'S NOTHING WRONG, OF COURSE, WITH MOVING FROM ONE

02:22PM 21   COMPANY TO ANOTHER, RIGHT?

02:22PM 22   A.   YES.

02:22PM 23   Q.   THIS E-MAIL, BY THE WAY, IS DATED NOVEMBER 18, 2014, RIGHT?

02:23PM 24   A.   YES.

02:23PM 25   Q.   AND YOU KNOW THAT THAT'S ONLY ABOUT TWO WEEKS BEFORE THIS

CROSS-EXAMINATION OF MR. REMAKER BY MR. FERRALL

02:23PM  1    LAWSUIT WAS FILED?

02:23PM  2    A.   I DIDN'T KNOW AT THE TIME, BUT I KNOW NOW.

02:23PM  3    Q.   YOU DIDN'T KNOW THE LAWSUIT WAS GOING TO BE FILED WHEN YOU

02:23PM  4    WROTE THIS E-MAIL, RIGHT?

02:23PM  5    A.   THAT'S RIGHT.

02:23PM  6    Q.   OKAY.  AND YOU WRITE, ARISTA IS TRULY AN AMAZING COMPANY

02:23PM  7    WITH SOME AMAZING PEOPLE, RIGHT?

02:23PM  8    A.   YES.

02:23PM  9    Q.   AND IN THE SECOND PARAGRAPH YOU SAY, I ACTUALLY MET ANDY B.

02:23PM 10    FOR THE FIRST TIME LAST WEEK.  WHO IS ANDY B.?

02:23PM 11    A.   THAT WOULD BE ANDY BECHTOLSHEIM.

02:23PM 12    Q.   AND YOU DESCRIBE HIM AS A GENTLE GIANT AND A GENIUS?

02:23PM 13    A.   YES.

02:23PM 14    Q.   AND CISCO SHOULD FEAR WHENEVER HE TREADS NEARBY, YOU WROTE,

02:23PM 15    RIGHT?

02:23PM 16    A.   YES.

02:23PM 17    Q.   AND YOU'RE RECOUNTING YOUR CONVERSATION WITH

02:23PM 18    MR. BECHTOLSHEIM, RIGHT?

02:24PM 19    A.   THE --

02:24PM 20    Q.   THE NEXT SENTENCE?

02:24PM 21    A.   OH, THE NEXT SENTENCE, YES.

02:24PM 22    Q.   AND BECAUSE IN THAT CONVERSATION YOU JOKED WITH HIM ABOUT

02:24PM 23    IT, BUT HE SAID THAT HE HAD NOTHING BUT THE UTMOST RESPECT FOR

02:24PM 24    CISCO?

02:24PM 25    A.   THAT'S RIGHT.

REDIRECT EXAMINATION OF MR. REMAKER BY MR. NELSON

02:28PM  1    Q.   WHERE DID THAT COME FROM?

02:28PM  2    A.   THE SHOW HARDWARE OR THE CONSTRAINT, I'M SORRY?

02:28PM  3    Q.   WELL BOTH, LET'S SAY SHOW HARDWARE FIRST, EXPLAIN TO US,

02:28PM  4    REMIND US WHAT THAT IS?

02:28PM  5    A.   AGAIN, THE INDIVIDUAL ENGINEERS BEFORE US HAVE HAD THE

02:28PM  6    OPPORTUNITY TO EXERCISE THEIR PROFESSIONAL JUDGMENT AND THEIR

02:28PM  7    EXPERIENCE AND THEIR CAPABILITY AND THEIR DISCUSSION WITH

02:28PM  8    OTHERS AND THEIR TEAMS TO COME UP WITH THE WORDS.  IF THE

02:28PM  9    COMMAND ALREADY EXISTED, WE COULDN'T REPLICATE IT.

02:28PM  10        IN THAT CASE SHOW HARDWARE ALREADY EXISTED.  SO WE COULDN'T

02:28PM  11   MAKE ANOTHER COMMAND CALLED SHOW HARDWARE.

02:29PM  12        AND, YOU KNOW, WE WOULD -- THAT WOULD HAVE TO BE CONSISTENT

02:29PM  13   WITH OUR PREVIOUS VERSION OF THE SOFTWARE.  EACH VERSION OF

02:29PM  14   SOFTWARE BUILDS ON THE PREVIOUS VERSION.

02:29PM  15   Q.   SO THEN WHEN YOU WERE SAYING THERE WAS A CONSTRAINT, WHERE

02:29PM  16   DID THAT COME FROM?

02:29PM  17   A.   THE CONSTRAINT CAME FROM THE EXISTING CODE, THE EXISTING --

02:29PM  18   THE CONSTRAINT IS NOT BY PROCESS OR NOT -- THE CONSTRAINT IS

02:29PM  19   BECAUSE WE HAVE TO BE CONSISTENT WITH STUFF WE'VE DONE BEFORE.

02:29PM  20   WE HAVE TO -- WE CAN'T SUDDENLY CHANGE WHAT A COMMAND MEANS FOR

02:29PM  21   NO REASON.

02:29PM  22   Q.   OKAY.  NOW, YOU WERE ASKED SOME QUESTIONS ABOUT INDUSTRY

02:29PM  23   STANDARD AND DE FACTO INDUSTRY STANDARD; DO YOU RECALL THOSE?

02:29PM  24   A.   I DO.

02:29PM  25   Q.   OKAY.  AND HAVE YOU EVER HEARD ANYONE IN CISCO -- WELL,

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:16PM 1           MR. KWUN:  OBJECTION, YOUR HONOR.  HEARSAY.

03:17PM 2           THE COURT:  I WILL LET HIM ANSWER THIS QUESTION AND

03:17PM 3  SEE WHERE IT GOES NEXT.  THIS IS A YES OR NO.

03:17PM 4           MR. PAK:  YES OR NO.

03:17PM 5           THE WITNESS:  PLEASE ASK THE QUESTION AGAIN.

03:17PM 6  BY MR. PAK:

03:17PM 7  Q.   LET ME PHRASE IT THIS WAY, YOUR HONOR.

03:17PM 8     AS ONE OF THE TEAM MEMBERS WHO WORKED ON THE INTERACTIVE

03:17PM 9  HELP DESCRIPTION AND AUTHORED THE HELP DESCRIPTION TEXT, HOW DO

03:17PM 10  YOU THINK THAT IMPROVED THE USER EXPERIENCE, FROM YOUR

03:17PM 11  PERSPECTIVE?

03:17PM 12  A.   IT CERTAINLY HAS HELPED ME A LOT, BECAUSE I DON'T HAVE TO

03:17PM 13  MEMORIZE THE HUNDREDS AND HUNDREDS OF COMMANDS THAT EXIST IN

03:17PM 14  THE INTERFACE.

03:17PM 15  Q.   AND CISCO HAS LOTS OF PRODUCTS, ISN'T THAT RIGHT?

03:17PM 16  A.   THEY HAVE LOT OF PRODUCTS.

03:17PM 17  Q.   SO THEY HAVE LOTS OF COMMANDS IN THEIR IOS AND OPERATING

03:17PM 18  SYSTEMS?

03:17PM 19  A.   AND MANY OF THESE COMMANDS ARE CHALLENGING TO REMEMBER ALL

03:17PM 20  THE PARAMETERS THAT GET INPUT.

03:17PM 21  Q.   I WANT TO SWITCH GEARS A LITTLE BIT AND TALK ABOUT

03:17PM 22  SOMETHING THAT WE MIGHT HAVE SEEN IN THIS CASE CALLED CCIE.

03:17PM 23  ARE YOU FAMILIAR WITH THAT ACRONYM?

03:17PM 24  A.   YES, I AM.

03:18PM 25  Q.   WHAT DOES CCIE STAND FOR?

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:18PM 1    A.   CCIE IS THE CISCO CERTIFIED INTERNET WORK EXPERT, AND IT'S

03:18PM 2    A PROGRAM THAT CISCO PUT TOGETHER TO IDENTIFY INDIVIDUALS WHO

03:18PM 3    ARE EXPERTS USING CISCO EQUIPMENT.

03:18PM 4    Q.   AND ARE YOU CERTIFIED PERSONALLY AS A CCIE EXPERT?

03:18PM 5    A.   YES, I AM.

03:18PM 6    Q.   OKAY.  AND WHEN DID YOU GET THAT CERTIFICATION?

03:18PM 7    A.   1993.

03:18PM 8    Q.   AND DO YOU KNOW HOW MANY OTHER PEOPLE IN THE WORLD HAD

03:18PM 9    TAKEN AND GOTTEN A CCIE CERTIFICATION BEFORE YOU?

03:18PM 10   A.   THE LAST TIME I CHECKED, THE NUMBER WAS OVER 40,000.

03:18PM 11   Q.   I'M TALKING ABOUT THE PEOPLE BEFORE YOU?

03:18PM 12   A.   OH, BEFORE ME, I'M SORRY.

03:18PM 13   Q.   YES.  SO WHAT YOU WERE TALKING ABOUT WAS 40,000 AFTER --

03:18PM 14   A.   TOTAL, YES.  THAT WAS THE LAST TIME I CHECKED.  THERE WAS

03:18PM 15   ONLY ONE IN FRONT OF ME, AND IT TURNS OUT THAT PERSON WAS

03:18PM 16   STEWART BIGS, HE PUT THE TEST TOGETHER, AND I'M THE FIRST

03:18PM 17   PERSON TO ACTUALLY GO AND TAKE THE TEST.

03:18PM 18        SO IN A WAY OF SAYING, I'M THE SECOND CCIE FROM SOME

03:18PM 19   PERSPECTIVES, AND I'M THE FIRST FROM A DIFFERENT PERSPECTIVE.

03:19PM 20   Q.   AND GENERALLY SPEAKING DOES CCIE TRAINING INVOLVE TRAINING

03:19PM 21   ON BASIC NETWORK PROTOCOLS AND CONCEPTS AND SO ON AS WELL AS

03:19PM 22   SPECIFIC TRAINING ON THE CLI?

03:19PM 23   A.   YES, IT DOES.

03:19PM 24   Q.   OKAY.  AND YOU MENTIONED THAT YOU GOT THE CCIE

03:19PM 25   CERTIFICATION IN 1993.  HAVE YOU REMAINED CCIE CERTIFIED SINCE

DIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:19PM 1   THEN?

03:19PM 2   A.   YES, I AM.

03:19PM 3   Q.   OKAY.  AND I THINK YOU MENTIONED THIS, BUT TO YOUR

03:19PM 4   KNOWLEDGE THERE ARE AROUND 40,000 OR MORE THAN 40,000 CCIE'S

03:19PM 5   AROUND THE WORLD?

03:19PM 6   A.   YES.

03:19PM 7   Q.   IN YOUR COURSE -- IN THE COURSE OF YOUR WORK AS A NETWORK

03:19PM 8   ENGINEER, HAVE YOU BECOME FAMILIAR WITH USER INTERFACES OTHER

03:19PM 9   THAN CISCO'S FOR NETWORKING EQUIPMENT?

03:19PM 10  A.   YES.

03:19PM 11  Q.   AND WHICH ONES IN PARTICULAR?

03:19PM 12  A.   I'VE SEEN THE JUNIPER INTERFACE, F5, PALO ALTO, THOSE ARE

03:19PM 13  THE ONES THAT COME TO MIND OFF HAND.

03:19PM 14  Q.   AND AS PART OF YOUR WORK AS A NETWORKING CONSULTANT, WHEN

03:20PM 15  YOU LOOK AT THE JUNIPER USER INTERFACE, WHAT TYPE OF OPERATING

03:20PM 16  SYSTEM IS THAT, THAT JUNIPER RUNS, DO YOU KNOW?

03:20PM 17        MR. KWUN:  OBJECTION, YOUR HONOR.

03:20PM 18     THIS IS EXPERT TESTIMONY.

03:20PM 19        MR. PAK:  THIS IS BASED ON HIS PERSONAL EXPERIENCE,

03:20PM 20  YOUR HONOR.

03:20PM 21        THE COURT:  WE ARE JUST TALKING AT A HIGH LEVEL?

03:20PM 22        MR. PAK:  YES.

03:20PM 23        THE COURT:  I WILL ALLOW THAT AT A HIGH LEVEL.

03:20PM 24  OVERRULED.

03:20PM 25        THE WITNESS:  I THINK THEY CALL THEIR SYSTEM JUNOS.

REDIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:37PM 1    Q.    AND WHEN YOU SAID IT, THAT YOU BELIEVED IT?

03:37PM 2    A.    YES.

03:37PM 3    Q.    AND YOU BELIEVE IT TODAY?

03:37PM 4    A.    UH-HUH.

03:38PM 5             MR. KWUN:  NO FURTHER QUESTIONS, YOUR HONOR.

03:38PM 6             THE COURT:  REDIRECT FOR THIS WITNESS, MR. PAK?

03:38PM 7             MR. PAK:  JUST QUICK FOLLOW UP.

03:38PM 8             THE COURT:  OKAY.

03:38PM 9

03:38PM 10            **REDIRECT EXAMINATION BY MR. PAK**

03:38PM 11

03:38PM 12   BY MR. PAK:

03:38PM 13   Q.    SO LET ME MAKE IT CLEAR, YOU WOULDN'T START A COMPANY THAT

03:38PM 14   WOULD USE CISCO'S USER INTERFACE WITHOUT GETTING A LICENSE FROM

03:38PM 15   CISCO, RIGHT?

03:38PM 16   A.    THAT IS CORRECT.

03:38PM 17   Q.    OKAY.  AND WHEN YOU TALK ABOUT EMULATION, MR. KWUN SHOWED

03:38PM 18   YOU SOME OF THOSE SAME DOCUMENTS WE TALKED ABOUT, WERE YOU

03:38PM 19   SAYING, SIR, THAT EMULATING MEANS COPYING THE COMMAND ELEMENTS

03:38PM 20   FROM CISCO'S USER INTERFACE?

03:38PM 21   A.    NO.

03:38PM 22   Q.    AND YOU TALKED ABOUT MULTI VENDOR NETWORKS IN YOUR

03:38PM 23   TESTIMONY; DO YOU RECALL THAT?

03:38PM 24   A.    YES.

03:38PM 25   Q.    SO IF YOU WERE TO BE WORKING WITH MULTIPLE EQUIPMENT THAT

REDIRECT EXAMINATION OF MR. SLATTERY BY MR. PAK

03:38PM 1   HAD DIFFERENT USER INTERFACES, HOW WOULD YOU LEARN HOW TO WORK

03:38PM 2   WITH DIFFERENT USER INTERFACES THAT DID NOT LOOK ALIKE, FOR

03:38PM 3   NETWORKING EQUIPMENT, WHAT WOULD YOU HAVE TO DO?

03:38PM 4   A.   WELL, I WOULD FIRST START BY READING THE MANUAL.  MAYBE I'M

03:38PM 5   OLD SCHOOL, BUT I START WITH READING THE MANUAL.  I ALSO HAVE

03:39PM 6   RELIED HEAVILY ON MY BACKGROUND OF LEARNING HOW THE NETWORK

03:39PM 7   PROTOCOLS WORK.

03:39PM 8        AND HAVING THAT UNDERSTANDING, I CAN TAKE THAT

03:39PM 9   UNDERSTANDING OF HOW THE NETWORK PROTOCOLS WORK AND I CAN THEN

03:39PM 10  MAP THAT INTO WHAT THE COMMANDS ARE THAT THE EQUIPMENT USES.

03:39PM 11       AND I LEARN THOSE COMMANDS FROM THAT WAY FIRST BY READING

03:39PM 12  THROUGH THEIR MANUAL, THE DOCUMENTATION.  AND THAT GIVES ME A

03:39PM 13  SENSE OVERALL FOR HOW THE SYSTEM IS CONFIGURED.  THEN I CAN

03:39PM 14  START PICKING UP SPECIFIC CONFIGURATION COMMANDS TO PERFORM THE

03:39PM 15  FUNCTIONS THAT I NEED TO PERFORM ON THE NETWORK.

03:39PM 16  Q.   BASED ON YOUR EXPERIENCE AS A NETWORK CONSULTANT AND ALL

03:39PM 17  THE WORK THAT YOU HAVE DONE FOR VARIOUS COMPANIES, IS IT A

03:39PM 18  REQUIREMENT FOR A MULTI VENDOR NETWORK TO HAVE EACH VENDOR'S

03:39PM 19  EQUIPMENT HAVE VIRTUALLY THE SAME USER INTERFACE?

03:39PM 20  A.   NO, IT IS NOT.

03:39PM 21            MR. KWUN:  OBJECTION, YOUR HONOR.  EXPERT TESTIMONY.

03:39PM 22            MR. PAK:  BASED ON HIS EXPERIENCE, YOUR HONOR.

03:39PM 23            THE COURT:  OVERRULED.

03:39PM 24            MR. PAK:  THAT'S ALL I HAVE, YOUR HONOR.

03:39PM 25            THE COURT:  THANK YOU.

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:03PM 1    A.    THAT'S RIGHT.

04:03PM 2    Q.    NOW, MOVING FORWARD, ARISTA MAKES PRODUCTS FOR WHAT IT

04:03PM 3    CALLS HIGH SPEED ETHERNET SWITCHES; IS THAT RIGHT?

04:03PM 4    A.    COULD YOU REPEAT THE QUESTION, PLEASE.

04:03PM 5    Q.    SURE.

04:03PM 6          ARISTA MAKES PRODUCTS FOR WHAT'S CALLED HIGH SPEED ETHERNET

04:04PM 7    DATA CENTER SWITCHING; IS THAT TRUE?

04:04PM 8    A.    WE MAKE HIGH SPEED DATA CENTER ETHERNET SWITCHES.

04:04PM 9    Q.    IS THAT YOUR PRIMARY MARKET?

04:04PM 10   A.    YES.

04:04PM 11   Q.    OKAY.  BESIDES SWITCHES, DO YOU MAKE ANY OTHER TYPE OF

04:04PM 12   PRODUCTS?

04:04PM 13   A.    YES, WE DO.

04:04PM 14   Q.    AND TYPE OF PRODUCTS DO YOU MAKE?

04:04PM 15   A.    WE MAKE SOME NETWORK MANAGEMENT SOFTWARE CALLED CLOUD

04:04PM 16   VISION.

04:04PM 17   Q.    THAT SITS ON TOP OF THE ETHERNET SWITCHES, CORRECT?

04:04PM 18   A.    I'M NOT SURE WHAT YOU MEAN BY "SITS ON TOP OF," BUT CLOUD

04:04PM 19   VISION RUNS INDEPENDENTLY OF THE SWITCHES THEMSELVES.

04:04PM 20   Q.    IN TERMS OF SPECIFIC ROUTING OR NETWORKING PRODUCTS, YOU

04:04PM 21   GUYS MAKE ETHERNET SWITCHES; IS THAT TRUE?

04:04PM 22   A.    WE DO.

04:04PM 23   Q.    OKAY.  AND ARISTA MAKES UP AROUND 12 PERCENT OF THE HIGH

04:04PM 24   SPEED ETHERNET DATA CENTER SWITCHING MARKET; DOES THAT SOUND

04:04PM 25   RIGHT TO YOU?

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:04PM 1    A.   THAT SOUND SOUNDS ABOUT RIGHT.

04:04PM 2    Q.   AND CISCO'S MARKET SHARE OF THAT MARKET IS AROUND

04:04PM 3    66 PERCENT; IS THAT RIGHT?

04:05PM 4    A.   THAT IS SOUNDS CLOSE, BUT I ACTUALLY DON'T KNOW FOR SURE.

04:05PM 5    Q.   DOES THAT SOUND RIGHT TO YOU?

04:05PM 6    A.   IT SOUNDS CLOSE, BUT I ACTUALLY DON'T KNOW FOR SURE.

04:05PM 7    Q.   OKAY.  WELL, LET'S PLAY YOUR DEPOSITION.  OR MAYBE THIS

04:05PM 8    TIME YOU CAN JUST TAKE A LOOK AT YOUR DEPOSITION TESTIMONY ON

04:05PM 9    PAGE 161, LINE 19 TO LINE 22.

04:05PM 10   A.   I SEE IT.

04:05PM 11   Q.   OKAY.  DOES THAT REFRESH YOUR RECOLLECTION?

04:05PM 12   A.   NO.

04:05PM 13   Q.   OKAY.  THEN LET'S HAVE THAT PLAYED FOR THE AUDIENCE.

04:05PM 14          MR. PAK:  YOUR HONOR, MAY I PLAY THAT CLIP?

04:05PM 15          THE COURT:  SURE.

04:05PM 16       (WHEREUPON, A VIDEO DEPOSITION WAS PLAYED IN OPEN COURT.)

04:05PM 17   BY MR. PAK:

04:05PM 18   Q.   THAT WAS THE SWORN TESTIMONY YOU GAVE UNDER OATH, CORRECT?

04:06PM 19   A.   YES, THAT'S RIGHT.

04:06PM 20   Q.   AND IN THE MARKETS THAT YOU COMPETE WITH CISCO,

04:06PM 21   PARTICULARLY THE DATA CENTER MARKET, ARISTA HAS GAINED MARKET

04:06PM 22   SHARE AND CISCO HAS LOST MARKET SHARE IN THE SAME MARKET, IS

04:06PM 23   THAT TRUE?

04:06PM 24   A.   I BELIEVE THAT'S RIGHT.

04:06PM 25   Q.   SOME OF YOUR MAJOR OR TOP CUSTOMERS AT ARISTA WERE FORMER

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:11PM  1    THAT WERE COPIED FROM CISCO INTO ARISTA'S PRODUCTS; YOU

04:11PM  2    UNDERSTAND THAT, CORRECT?

04:11PM  3    A.   SORRY, I DON'T QUITE KNOW WHAT YOU MEAN.

04:12PM  4    Q.   YOU UNDERSTAND THAT ARISTA COPIED SOME OF THE COMMANDS AT

04:12PM  5    ISSUE IN THIS CASE FROM CISCO; YOU UNDERSTAND THAT, CORRECT?

04:12PM  6    A.   OUR COMMAND INTERPRETER RECOGNIZES MANY OF THE SAME

04:12PM  7    COMMANDS, THAT'S RIGHT.

04:12PM  8    Q.   ARE YOU DENYING, SIR, THAT ARISTA COPIED CISCO'S CLI

04:12PM  9    COMMANDS FROM CISCO SOURCES; ARE YOU DENYING THAT?

04:12PM  10   A.   COPIED FROM?

04:12PM  11   Q.   CISCO SOURCES?

04:12PM  12   A.   NO, I'M NOT.

04:12PM  13   Q.   YOU ARE NOT DENYING THAT, RIGHT?

04:12PM  14   A.   NO.

04:12PM  15   Q.   SO CISCO COPIED CLI COMMANDS AND SOME OUTPUTS FROM CISCO

04:12PM  16   SOURCES INTO ARISTA PRODUCTS, CORRECT?

04:12PM  17   A.   WE DIDN'T COPY CISCO OUTPUTS INTO OUR CODE, NO, I DON'T

04:12PM  18   THINK THAT'S ACCURATE.

04:12PM  19   Q.   LET ME FOCUS ON THE COMMANDS, WE WILL GET TO THE OUTPUTS

04:12PM  20   LATER.

04:12PM  21       ISN'T IT TRUE, SIR, THAT ARISTA COPIED SOME OF CISCO'S CLI

04:12PM  22   COMMANDS FROM CISCO SOURCES AND PUT IT INTO ARISTA'S PRODUCTS?

04:12PM  23   A.   YES, THAT'S RIGHT.

04:12PM  24   Q.   THAT'S RIGHT.

04:12PM  25       BUT NO ONE ELSE AT ARISTA HAS BEEN REPRIMANDED OR ASKED TO

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:13PM 1   LEAVE FOR THAT COPYING, CORRECT?

04:13PM 2   A.  WE DON'T BELIEVE IT WAS WRONG.

04:13PM 3   Q.  AND AGAIN, YOU DIDN'T RECEIVE ANY TRAINING ON INTELLECTUAL

04:13PM 4   PROPERTY PRIOR TO THIS LAWSUIT, CORRECT?

04:13PM 5   A.  NO.

04:13PM 6   Q.  OKAY.

04:13PM 7       AND YOU ADMIT, SIR, THAT IT'S NOT A COINCIDENCE THAT ARISTA

04:13PM 8   HAS SO MANY CLI COMMANDS THAT WERE TAKEN FROM CISCO'S

04:13PM 9   INTERFACE, THAT'S NOT A COINCIDENCE, IS IT, SIR?

04:13PM 10  A.  NO, IT'S NOT.

04:13PM 11  Q.  OKAY.  IN FACT, YOU SAID ARISTA SLAVISHLY COPIED THE CISCO

04:13PM 12  CLI COMMANDS; ISN'T THAT TRUE?  SIR?

04:13PM 13  A.  NO, I DIDN'T SAY THAT.

04:13PM 14  Q.  LET'S TAKE A LOOK AT PAGE 47 OF YOUR DEPOSITION, LINE 19

04:13PM 15  THROUGH 23.

04:14PM 16          MR. PAK:  AND YOUR HONOR, MAY I PLAY THE VIDEO CLIP?

04:14PM 17          THE COURT:  YES.

04:14PM 18      (WHEREUPON, A VIDEO DEPOSITION WAS PLAYED IN OPEN COURT.)

04:14PM 19  Q.  THAT WAS YOUR SWORN TESTIMONY, SIR, RIGHT?

04:14PM 20  A.  YES, BUT I WASN'T ACTUALLY TALKING ABOUT THE CISCO CLI IN

04:14PM 21  THE CASE.

04:14PM 22  Q.  THAT WAS YOUR SWORN TESTIMONY, WASN'T IT, SIR?

04:14PM 23  A.  IT IS.

04:14PM 24  Q.  OKAY.  AND DESPITE ALL THIS COPYING, NOBODY AT ARISTA EVER

04:14PM 25  APPROACHED CISCO FOR A LICENSE TO USE ANY OF CISCO'S CLI

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:38PM 1    PAGE 300, LINE 10 TO 15.  AND IF I COULD PLAY THE VIDEO

04:38PM 2    TESTIMONY.

04:38PM 3              THE COURT:  YES, YOU MAY.

04:38PM 4              MR. PAK:  OKAY, LET'S GO AHEAD AND PLAY THAT.

04:38PM 5         (WHEREUPON, A VIDEO DEPOSITION WAS PLAYED IN OPEN COURT.)

04:38PM 6    BY MR. PAK:

04:38PM 7    Q.   THAT WAS YOUR SWORN TESTIMONY, RIGHT, SIR?

04:38PM 8    A.   YES.

04:38PM 9    Q.   AND ISN'T IT ALSO TRUE THAT ARISTA REPLICATED SOME OF THE

04:38PM 10   SCREEN OUTPUTS FROM CISCO'S PRODUCTS THAT ARE INVOKED BY THE

04:38PM 11   USE OF CERTAIN CLI COMMANDS?

04:39PM 12   A.   YES.

04:39PM 13   Q.   AND THAT WAS DONE INTENTIONALLY BY ARISTA, CORRECT?

04:39PM 14   A.   THAT'S RIGHT.

04:39PM 15   Q.   AND WHEN YOU MADE THOSE DECISIONS, AGAIN, YOU NEVER

04:39PM 16   CONTACTED CISCO ABOUT A LICENSE TO USE THE SCREEN OUTPUTS,

04:39PM 17   CORRECT?

04:39PM 18   A.   NO.

04:39PM 19   Q.   AND ISN'T IT TRUE, SIR, THAT AS A TECHNICAL MATTER, ARISTA

04:39PM 20   COULD HAVE USED A DIFFERENT USER INTERFACE THAN CISCO'S USER

04:39PM 21   INTERFACE IN ORDER TO PROVIDE THE SAME NETWORKING FUNCTIONALITY

04:39PM 22   IN ARISTA'S PRODUCTS?

04:39PM 23   A.   CERTAINLY, THAT'S TECHNICALLY POSSIBLE.

04:39PM 24   Q.   YOU COULD HAVE USED A GRAPHICAL USER INTERFACE, CORRECT?

04:39PM 25   A.   THAT'S POSSIBLE, BUT I THINK THAT WOULD BE A VERY POOR

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:39PM 1    CHOICE GIVEN OUR TARGET MARKET OF GOING AFTER THE CLOUD

04:39PM 2    CUSTOMERS, WOULD NOT PEAK WELL TO A GRAPHICAL USER INTERFACE

04:39PM 3    BECAUSE THEY ARE DIFFICULT TO AUTOMATE.

04:39PM 4    Q.   SO CLOUD CUSTOMERS, IN YOUR OPINION, ACTUALLY VALUE AND

04:39PM 5    PREFER THE CLI COMMANDS FROM CISCO; IS THAT TRUE?

04:39PM 6    A.   NO.   IN FACT, OUR CLOUD CUSTOMERS GENERALLY DON'T CARE VERY

04:40PM 7    MUCH WHAT THE DETAILS OF THE COMMANDS ARE BECAUSE THEY'VE

04:40PM 8    AUTOMATED TO THE POINT WHERE IF ONE SWITCH AND ANOTHER SWITCH

04:40PM 9    HAVE DIFFERENT COMMANDS SYNTAXES, THEY CHANGE THEIR AUTOMATION

04:40PM 10   FRAMEWORK IN ONE PLACE AND THEY ARE DONE WITH IT.

04:40PM 11   Q.   SO YOU COULD HAVE USED ANY CLI COMMANDS OTHER THAN THOSE

04:40PM 12   USED BY CISCO TO SELL YOUR PRODUCTS TO THOSE CUSTOMERS; ISN'T

04:40PM 13   THAT TRUE?

04:40PM 14   A.   I THINK THE CLOUD CUSTOMERS WOULD NOT CARE VERY MUCH WHAT

04:40PM 15   COMMAND SYNTAX WE USE.

04:40PM 16   Q.   SO YOU COULD HAVE SOLD ARISTA SWITCHES TO CLOUD COMPUTER

04:40PM 17   CUSTOMERS WITHOUT USING ANY OF THE CLI COMMANDS FROM CISCO, IS

04:40PM 18   THAT TRUE?

04:40PM 19   A.   I THINK THAT'S PROBABLY TRUE.

04:40PM 20   Q.   AND YOU HAVE ALSO ADMITTED, SIR, THAT YOU COULD TAKE OUT

04:40PM 21   ALL OF THE CLI COMMANDS FROM CISCO AND STILL BE ABLE TO PRODUCE

04:40PM 22   A WORKING PRODUCT; ISN'T THAT TRUE?

04:40PM 23   A.   WE HAVE TO REPLACE THEM WITH SOMETHING, IF YOU SIMPLY

04:40PM 24   REMOVE THEM AND DIDN'T REPLACE THEM WITH SOMETHING TO PROVIDE A

04:40PM 25   COMFORTABLE FUNCTIONALITY, THE SYSTEM WOULD NO LONGER BE

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:40PM  1    CONFIGUREABLE.

04:41PM  2    Q.   WELL, YOU COULD REPLACE THEM WITH YOUR COMMANDS.  YOU COULD

04:41PM  3    REPLACE THEM THE CISCO COMMAND WITH ARISTA'S OWN COMMANDS AND

04:41PM  4    YOUR PRODUCTS WOULD WORK JUST FINE; ISN'T THAT TRUE?

04:41PM  5    A.   IT'S A LITTLE HYPOTHETICAL.  I THINK WE WOULD HAVE TO COME

04:41PM  6    UP WITH AN ALTERNATIVE COMMAND LANGUAGE, BUT IT'S CERTAINLY

04:41PM  7    TECHNICALLY ACHIEVABLE.

04:41PM  8    Q.   YOU CAN CERTAINLY REMOVE COMMANDS FROM YOUR PRODUCTS THAT

04:41PM  9    OVERLAP WITH CISCO'S CLI USER INTERFACE COMMANDS AS A TECHNICAL

04:41PM  10   MATTER; ISN'T THAT TRUE, SIR?

04:41PM  11   A.   YES, YOU COULD REMOVE COMMANDS.

04:41PM  12   Q.   AND IN FACT, YOU ACTUALLY HAVE AN INTERFACE CALLED

04:41PM  13   LINUX-INTERFACE THAT DOES NOT USE THE CISCO CLI COMMANDS; ISN'T

04:41PM  14   THAT TRUE?

04:41PM  15   A.   THAT'S RIGHT.

04:41PM  16   Q.   THAT'S CORRECT, RIGHT?

04:41PM  17   A.   YES.

04:41PM  18   Q.   AND YOU'VE SAID THAT YOU DON'T HAVE TO USE THE CLI IF YOU

04:41PM  19   DON'T WANT TO, THE NATIVE LINUX INTERFACES ARE ALL THERE AND

04:41PM  20   ABOUT 20 PERCENT OF OUR CUSTOMERS ADOPT A PURE LINUX APPROACH,

04:42PM  21   YOU'VE SAID THOSE THINGS, CORRECT?

04:42PM  22   A.   I DID.

04:42PM  23   Q.   YOU'VE HEARD A LOT ABOUT OPEN OR INDUSTRY STANDARD.

04:42PM  24        YOU'VE NEVER ASKED CISCO WHETHER CLI WAS AN OPEN STANDARD

04:42PM  25   THAT ANYONE CAN USE WITHOUT PERMISSION?  YOU'VE NEVER ASKED

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:49PM  1        MR. PAK:  THANK YOU, YOUR HONOR.

04:49PM  2        (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 536, HAVING BEEN

04:49PM  3    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

04:49PM  4    EVIDENCE.)

04:49PM  5        MR. SILBERT:

04:49PM  6    Q.  MR. DUDA, WOULD YOU PLEASE READ WHAT YOU WROTE DOWN AT THE

04:50PM  7    BOTTOM OF THIS E-MAIL?

04:50PM  8    A.  YES.  I WROTE, FOLKS, LET'S PLEASE NOT DISCUSS HOW NX-OS

04:50PM  9    WORKS.  WE DO NOT NEED OR WANT ANY CISCO-CONFIDENTIAL

04:50PM  10   INFORMATION.

04:50PM  11   Q.  OKAY.  AND THE DATE AT THE TOP OF THIS E-MAIL SAYS JUNE 14,

04:50PM  12   2014.  DID YOU KNOW -- STRIKE THAT.

04:50PM  13       DID YOU HAVE ANY IDEA AT THAT TIME THAT CISCO WOULD ASSERT

04:50PM  14   ANY TYPE OF LEGAL ACTION AGAINST ARISTA IN THE FUTURE?

04:50PM  15   A.  NO, I HAD NO IDEA.

04:50PM  16   Q.  OKAY.  WHY DID YOU SAY IN THIS E-MAIL, WE DO NOT NEED OR

04:50PM  17   WANT ANY CISCO CONFIDENTIAL INFORMATION?

04:50PM  18   A.  BECAUSE IT'S TRUE.  WE DON'T WANT TO MAKE USE OF

04:50PM  19   CONFIDENTIAL INFORMATION.  WE CAN DESIGN GREAT PRODUCTS ON OUR

04:50PM  20   OWN.  AND WE -- WOULDN'T BE RIGHT FOR US TO DO IT IF WE HAD IT.

04:51PM  21   Q.  WOULD YOU PLEASE LOOK AT EXHIBIT 4667 IN YOUR BINDER.  DO

04:51PM  22   YOU RECOGNIZE THAT DOCUMENT?

04:51PM  23   A.  YES.

04:51PM  24   Q.  WHAT IS IT?

04:51PM  25   A.  THIS IS AN E-MAIL MESSAGE SENT BY THE SAME ENGINEER TO ME.

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:51PM  1        MR. SILBERT:  YOUR HONOR, I OFFER EXHIBIT 4667.

04:51PM  2        MR. PAK:  NO OBJECTION, YOUR HONOR.

04:51PM  3        THE COURT:  IT WILL BE ADMITTED.

04:51PM  4        (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 4667, HAVING BEEN

04:51PM  5   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

04:51PM  6   EVIDENCE.)

04:51PM  7        BY MR. SILBERT:

04:51PM  8   Q.   IF WE LOOK AT THE BOTTOM OF THE E-MAIL CHAIN THERE, THERE'S

04:51PM  9   WHAT APPEARS TO BE AN E-MAIL FROM SOMEONE NAMED PRASAD KOYA?

04:51PM 10   A.   THAT'S RIGHT.

04:51PM 11   Q.   WHO IS PRASAD KOYA?

04:51PM 12   A.   HE'S AN ENGINEER ON OUR TEAM.

04:51PM 13   Q.   AND WOULD YOU PLEASE READ MR. KOYA'S E-MAIL TO YOU, IT'S

04:51PM 14   RELATIVELY SHORT?

04:51PM 15   A.   MR. KOYA WRITES, HI KEN, WE HAVE A FEW PICTURES THAT WE

04:51PM 16   TOOK FROM PUBLICLY AVAILABLE CISCO DOC ON NX-OS.  OTHER THAN

04:51PM 17   THAT, MOST OF MATERIAL IS COMPILED BY US FROM OUR KNOWLEDGE OF

04:52PM 18   NX-OS.  NOT SURE IF THE LATTER WOULD FALL UNDER

04:52PM 19   CISCO-CONFIDENTIAL CATEGORY.

04:52PM 20   Q.   AND CAN YOU JUST PLEASE EXPLAIN TO THE JURY, WHAT WAS THE

04:52PM 21   CONTEXT OF THIS E-MAIL?

04:52PM 22   A.   THE CONTEXT WAS THAT A FEW ENGINEERS WANTED TO MAKE A

04:52PM 23   PRESENTATION COMPARING HOW NX-OS WORKS, PERHAPS IN COMPARISON

04:52PM 24   TO OUR SOFTWARE.

04:52PM 25   Q.   AND WOULD YOU NOW IF YOU LOOK UP ONE E-MAIL IN THE CHAIN,

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:52PM  1   WHO WROTE THAT E-MAIL IN THE MIDDLE OF THE PAGE?

04:52PM  2   A.   THIS IS MY RESPONSE BY ME TO PRASAD.

04:52PM  3   Q.   SO WOULD YOU PLEASE READ INTO THE RECORD YOUR RESPONSE TO

04:52PM  4   MR. KOYA?

04:52PM  5   A.   I WROTE, UNFORTUNATELY WE WILL NOT BE ABLE TO SHOW THIS

04:52PM  6   PRESENTATION.  WHILE ARISTA OBVIOUSLY BENEFITS TREMENDOUSLY

04:52PM  7   FROM YOUR GENERAL KNOW HOW, IT WOULD NOT BE RIGHT FOR ARISTA TO

04:52PM  8   MAKE ANY USE OF ANY PRIOR ACCESS YOU MIGHT HAVE HAD TO ANY

04:53PM  9   CISCO TRADE SECRETS OR CONFIDENTIAL OR PROPRIETARY INFORMATION.

04:53PM  10  WE DID NOT AND WILL NOT DO THAT.

04:53PM  11  Q.   OKAY.  AND THE DATE ON THIS E-MAIL IS MAY 8, 2012, AT THAT

04:53PM  12  TIME, DID YOU HAVE ANY NOTION IN YOUR MIND THAT CISCO WOULD ONE

04:53PM  13  DAY FILE A LAWSUIT AGAINST YOU?

04:53PM  14  A.   NONE.

04:53PM  15  Q.   SO WHY DID YOU, IN RESPONSE TO MR. KOYA'S STATEMENT THAT HE

04:53PM  16  WAS NOT SURE THAT THE INFORMATION WOULD FALL UNDER THE CISCO

04:53PM  17  CONFIDENTIAL CATEGORY, WHY DID YOU WRITE THAT UNFORTUNATELY WE

04:53PM  18  WILL NOT BE ABLE TO SHOW THE PRESENTATION, AND THE ADDITIONAL

04:53PM  19  TEXT THAT YOU WROTE?

04:53PM  20  A.   I SAID THAT TO MR. KOYA BECAUSE I WAS CONCERNED THAT HIS

04:53PM  21  PRESENTATION MIGHT BE BASED ON HIS KNOWLEDGE OF NX-OS FROM HIS

04:53PM  22  EMPLOYMENT AT CISCO AND IT WOULDN'T BE RIGHT FOR ARISTA TO MAKE

04:53PM  23  ANY USE OF THAT KNOWLEDGE.

04:54PM  24  Q.   OKAY.

04:54PM  25       THANK YOU, MR. DUDA.  YOU CAN PUT THAT DOCUMENT ASIDE.

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:54PM  1         DO YOU RECALL THAT MR. PAK ASKED YOU SOME QUESTIONS TODAY

04:54PM  2    ABOUT HOW ARISTA CAME TO HAVE COMMANDS IN ITS CLI THAT ARE

04:54PM  3    SIMILAR TO CISCO'S CLI?

04:54PM  4    A.   YES.

04:54PM  5    Q.   WERE YOU PERSONALLY INVOLVED IN MAKING A DECISION AT ARISTA

04:54PM  6    TO USE AN INDUSTRY STANDARD CLI?

04:54PM  7    A.   YES, I WAS.

04:54PM  8    Q.   AND WHY DID YOU DO THAT?

04:54PM  9    A.   IT SEEMED LIKE THE OBVIOUS THING TO DO.  IT WAS WHAT ALMOST

04:54PM  10   EVERY OTHER VENDOR IN THE ETHERNET SWITCHES MARKET ALREADY DID.

04:54PM  11        ALL VENDORS, ALMOST ALL VENDORS SHARE A COMMON APPROACH TO

04:54PM  12   THE CLI THAT INCLUDES MANY COMMON COMMANDS, AND IT ONLY MADE

04:54PM  13   SENSE FOR THE BENEFIT OF OUR CUSTOMERS TO FOLLOW THAT STANDARD

04:54PM  14   APPROACH.

04:54PM  15   Q.   DIDN'T ARISTA WANT TO SET ITSELF APART FROM THE REST OF THE

04:55PM  16   INDUSTRY?

04:55PM  17   A.   YES, OF COURSE.  WE INNOVATED TREMENDOUSLY IN OUR PRODUCTS

04:55PM  18   BUILDING SOME OF THE HIGHEST PERFORMANCE, MOST RELIABLE

04:55PM  19   SWITCHES ON THE MARKET.  BUT THE USER INTERFACE IS ONE PLACE

04:55PM  20   MAYBE YOU SHOULDN'T INNOVATE.  IF YOU THINK ABOUT, FOR EXAMPLE

04:55PM  21   A TESLA CAR, HAS VERY INNOVATIVE ENGINE AND BATTERY AND

04:55PM  22   EVERYTHING ELSE, BUT A VERY FAMILIAR STEERING WHEEL,

04:55PM  23   ACCELERATOR PEDAL AND BRAKE, BECAUSE PEOPLE ARE USED TO A

04:55PM  24   CERTAIN INTERFACE, IT'S MUCH EASIER TO THEM IF YOU CAN PROVIDE

04:55PM  25   A SIMILAR INTERFACE.

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:55PM  1   Q.   YOU USE THE TERM INDUSTRY STANDARD CLI IN YOUR TESTIMONY

04:55PM  2   WITH MR. PAK, IS THAT A TERM THAT YOU WERE ALREADY USING AT THE

04:55PM  3   TIME YOU DECIDED WHAT TYPE OF CLI TO USE AT ARISTA?

04:55PM  4   A.   YES.   THE TERM INDUSTRY STANDARD CLI HAS BEEN WIDELY USED

04:55PM  5   IN OUR INDUSTRY BY MANY COMPANIES FOR MANY YEARS.

04:55PM  6   Q.   WHEN DID -- WELL, WHAT DO YOU MEAN BY THE TERM INDUSTRY

04:56PM  7   STANDARD CLI?

04:56PM  8   A.   THE INDUSTRY STANDARD CLI IS A SET OF COMMON COMMANDS AND

04:56PM  9   COMMON EXPECTATIONS FOR HOW COMMANDS WORK THAT APPLY ACROSS

04:56PM  10   LOTS OF DIFFERENT DEVICES.   THERE ARE THINGS THAT OUR CUSTOMERS

04:56PM  11   EXPECT FROM THEIR DEVICES.

04:56PM  12   Q.   IS THE INDUSTRY STANDARD CLI THE SAME THING AS THE IOS CLI?

04:56PM  13   A.   WELL, CISCO SAYS THAT IT IS.   AND I THINK THERE'S OBVIOUSLY

04:56PM  14   A CONNECTION THERE BECAUSE A LOT OF THE INDUSTRY STANDARD

04:56PM  15   APPROACH ORIGINATES FROM CISCO.

04:56PM  16   BUT THAT SAID, THEY ARE DIFFERENT THINGS.   THE IOS CLI AT

04:56PM  17   LEAST TECHNICALLY, IS ONE IMPLEMENTATION.   BUT OFTEN PEOPLE USE

04:56PM  18   THE TERM SORT OF INTERCHANGEABLY.

04:56PM  19   Q.   WHEN DID YOU FIRST HEAR COMPANIES IN THE NETWORKING

04:56PM  20   INDUSTRY USE THE TERM INDUSTRY STANDARD CLI?

04:56PM  21   A.   OH, IT'S BEEN GOING ON FOR MANY YEARS.   WHEN I WAS AT CISCO

04:57PM  22   BACK IN THE LATE 1990'S, I WAS AWARE THAT OTHER VENDORS HAD

04:57PM  23   SIMILAR COMMAND LINE INTERPRETERS ON THEIR PRODUCTS.

04:57PM  24   Q.   WHEN YOU WERE AT CISCO IN THE LATE 1990'S, DID ANYONE EVER

04:57PM  25   SUGGEST TO YOU THAT IT WAS SOMEHOW IMPROPER TO EMULATE CISCO'S

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:57PM 1    CLI?

04:57PM 2    A.    NO, NOT AT ALL.  IT WAS STANDARD PRACTICE, AND MY SENSE WAS

04:57PM 3    THAT WE FELT IT GAVE THE COMPANY AN ADVANTAGE BECAUSE OTHERS

04:57PM 4    WERE EFFECTIVELY FOLLOWING US.

04:57PM 5    Q.    OKAY.  CAN I ASK YOU PLEASE TO LOOK AT EXHIBIT 7748 IN YOUR

04:57PM 6    BINDER.

04:57PM 7        THIS IS AN E-MAIL TO SEVERAL RECIPIENTS, INCLUDING THE

04:57PM 8    ENG@ARASTRA.COM E-MAIL GROUP.  WERE YOU A MEMBER OF THAT E-MAIL

04:58PM 9    GROUP AT THE TIME THIS E-MAIL WAS SENT?

04:58PM 10   A.    YES, I WAS.

04:58PM 11   Q.    DID YOU RECEIVE THIS E-MAIL ON OR AROUND APRIL 23RD, 2008?

04:58PM 12   A.    YES.

04:58PM 13       MR. SILBERT:  YOUR HONOR, I MOVE EXHIBIT 7748 INTO

04:58PM 14   EVIDENCE.

04:58PM 15       MR. PAK:  NO OBJECTION, YOUR HONOR.

04:58PM 16       THE COURT:  IT WILL BE ADMITTED.

04:58PM 17     (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 7748, HAVING BEEN

04:58PM 18   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

04:58PM 19   EVIDENCE.)

04:58PM 20       BY MR. SILBERT:

04:58PM 21   Q.    THE SENDER OF THIS E-MAIL IS SOMEONE NAMED LORENZ

04:58PM 22   REDLEFSEN, WHO WAS THAT?

04:58PM 23   A.    HE WAS AN ENGINEER AT ARISTA.

04:58PM 24   Q.    AND I THINK YOU COVERED THIS IN YOUR TESTIMONY EARLIER

04:58PM 25   TODAY, BUT I NOTICE THE E-MAIL GROUP IS ARASTRA.COM, WHAT IS

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

04:58PM 1   ARASTRA OR ARASTRA?

04:58PM 2   A.   ARASTRA WAS THE ORIGINAL NAME OF OUR COMPANY BEFORE WE

04:58PM 3   CHANGED IT TO ARISTA.

04:58PM 4   Q.   OKAY.   THE SUBJECT LINE OF THIS E-MAIL IS BNT, LAUNCHES

04:58PM 5   RACK SWITCHES.

04:58PM 6        WHAT IS BNT?

04:59PM 7   A.   BNT IS A COMPANY CALLED BLADE NETWORK TECHNOLOGIES, WHICH

04:59PM 8   AT THE TIME WAS A COMPETITOR TO BOTH ARISTA AND CISCO.

04:59PM 9   Q.   AND LOOKING NOW AT THE FIRST SENTENCE OF THE E-MAIL, IT

04:59PM 10  SAYS, I LIKE THE FORMAT OF THEIR DATA SHEET, AND LET ME STOP

04:59PM 11  THERE, WHAT IS A DATA SHEET?

04:59PM 12  A.   A DATA SHEET IS A DOCUMENT THAT COMPANIES PREPARE AND

04:59PM 13  PROVIDE TO CUSTOMERS OR PROSPECTIVE CUSTOMERS THAT DESCRIBES A

04:59PM 14  PRODUCT TYPICALLY IN TECHNICAL TERMS.

04:59PM 15  Q.   AND LOOKING AT THE NEXT PARAGRAPH NOW IN THE E-MAIL, IT

04:59PM 16  BEGINS, THEY PLAY UP THE FACT THAT THEIR IS-CLI IS CISCO-LIKE

04:59PM 17  FOR OPTIMAL INTEROPERABILITY WITH CISCO OR OTHER VENDORS'S

04:59PM 18  NETWORKS.

04:59PM 19       HAVE YOU HEARD THE ACRONYM, IS-CLI USED BY BLADE NETWORKS?

04:59PM 20  A.   YES.

04:59PM 21  Q.   AND WHAT DO YOU UNDERSTAND THAT REFERS TO?

05:00PM 22  A.   IT STANDS FOR INDUSTRY STANDARD COMMAND-LINE INTERFACE AND

05:00PM 23  REFERS TO THE COMMAND-LINE INTERFACE ON THE BNT SWITCH.

05:00PM 24  Q.   OKAY.   AND REFERRING TO THE STATEMENT THAT THE IS-CLI WAS

05:00PM 25  CISCO-LIKE FOR OPTIMAL INTEROPERABILITY WITH CISCO OR OTHER

DIRECT EXAMINATION OF MR. DUDA BY MR. PAK

05:00PM 1  VENDOR'S NETWORKS, WAS THAT STATEMENT, THAT TYPE OF STATEMENT

05:00PM 2  UNUSUAL IN YOUR EXPERIENCE IN THE NETWORKING INDUSTRY?

05:00PM 3  A.  NO, NOT AT ALL.  VENDORS ARE QUITE OPEN ABOUT THEIR USE OF

05:00PM 4  THE INDUSTRY STANDARD COMMAND LINE INTERPRETER AND HOW IT'S

05:00PM 5  SIMILAR TO THE CISCO INTERPRETER.

05:00PM 6  Q.  WHAT DOES IT MEAN FOR A SWITCH TO BE INTEROPERABLE WITH

05:00PM 7  OTHER VENDOR'S NETWORKS?

05:00PM 8  A.  I BELIEVE THAT TEXT REFERS TO THE NOTION THAT IF A CUSTOMER

05:00PM 9  HAS TRAINED ITS NETWORK ENGINEERS ON THE DETAILS OF THE CISCO

05:01PM 10  COMMAND-LINE INTERFACE, THEY CAN TAKE ADVANTAGE OF THAT

05:01PM 11  TRAINING AND USE A SIMILAR COMMAND SET ON THE SWITCHES OF MANY

05:01PM 12  DIFFERENT VENDORS, INCLUDING THE BNT SWITCH AND OTHER VENDORS,

05:01PM 13  SINCE THEY ALL USE A SIMILAR SET OF COMMANDS.

05:01PM 14  Q.  OKAY.  AND WRAPPING UP WITH ONE FINAL QUESTION.

05:01PM 15      LOOKING AGAIN AT THIS LANGUAGE THAT THEY PLAY UP THE FACT

05:01PM 16  THAT THEIR IS-CLI IS CISCO-LIKE FOR OPTIMAL INTEROPERABILITY

05:01PM 17  WITH CISCO OR OTHER VENDOR'S NETWORKS, HOW WOULD A CISCO-LIKE

05:01PM 18  CLI ENABLE INTEROPERABILITY WITH OTHER VENDOR'S NETWORKS?

05:01PM 19  A.  THAT'S BECAUSE OTHER VENDORS ALSO HAVE A CISCO-LIKE CLI.

05:01PM 20      SO THE SAME TRAINING APPLIES ACROSS ALL OF THESE DIFFERENT

05:01PM 21  TYPES OF SWITCHES FROM DIFFERENT VENDORS.

05:01PM 22          MR. SILBERT:  THANK YOU, SIR.  I THINK WE ARE DONE.

05:01PM 23          THE COURT:  ALL RIGHT.  WE HAVE REACHED THE END OF

05:01PM 24  OUR DAY.  ARE YOU DONE WITH YOUR QUESTIONING?

05:01PM 25          MR. SILBERT:  I HAVE A BIT MORE.

08:55AM 1        THE COURT:  AND YOU'VE DISCLOSED THEM ALL.

08:55AM 2        MR. PAK:  OF COURSE.  THIS IS AN ISSUE OF, HOW DO WE

08:55AM 3   GET THROUGH THIS PART OF TRIAL AS QUICKLY AS WE CAN.

08:55AM 4      WE WOULD LIKE TO BE ABLE TO USE THE 4803 DOCUMENT TO BE

08:55AM 5   ABLE TO ESTABLISH THAT THESE WERE ALL THE DIFFERENT TYPES OF

08:55AM 6   DOCUMENTS THAT WERE REGISTERED WITH THE COPYRIGHT OFFICE.

08:55AM 7        THE COURT:  AND THE JURY IS NOT GOING TO HAVE ALL THE

08:55AM 8   KEGS THEMSELVES OR ARE THEY?

08:55AM 9        MR. PAK:  WE CAN MOVE ALL OF THAT INTO EVIDENCE,

08:55AM 10  YOUR HONOR.  JUST TO BE CLEAR, IF WE DO THAT, I MAY HAVE A

08:55AM 11  SUGGESTION FOR, YOUR HONOR, IT'S LET LITERALLY BOXES AND BOXES,

08:55AM 12  IT MIGHT FILL THIS ENTIRE ROOM.

08:55AM 13       THE COURT:  WELL, LUCKILY WE ARE NOT DEALING WITH

08:55AM 14  PAPER.

08:55AM 15       MR. PAK:  SO I THINK WE WANT TO PUT IT ON SOME TYPE

08:55AM 16  OF USB DRIVE OR A COMPUTER THAT THE JURY CAN LOOK AT IF THEY

08:56AM 17  WANT TO, BUT WE WOULD LIKE TO FIGURE OUT AN EFFICIENT MECHANISM

08:56AM 18  TO GET INTO THE RECORD THE 26 COPYRIGHT REGISTRATIONS WHICH

08:56AM 19  CONSIST OF ALL THE DIFFERENT USER MANUALS.

08:56AM 20       THE COURT:  AND OF COURSE I'M LOOKING FOR WHERE I

08:56AM 21  WOULD FIND -- THE TROUBLE I HAVE IS THAT IT'S HARD FOR ME TO

08:56AM 22  FIND, I WANT TO LOOK AT IT AGAIN.

08:56AM 23      SO THIS IS 80 PAGES, THIS IS 26 REGISTRATIONS BUT IT'S MORE

08:56AM 24  THAN THAT.  THAT'S WHY I WAS REALLY STRUGGLING A LITTLE BIT TO

08:57AM 25  UNDERSTAND, THIS IS A SUMMARY INDEX OF THE REGISTRATIONS.

CROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

09:23AM 1     CAN.

09:23AM 2          MR. SILBERT:  THAT'S OKAY.

09:23AM 3     Q.  CAN YOU EXPLAIN, MR. DUDA, WHY YOU SAID IN DEPOSITION THAT

09:23AM 4     YOU THOUGHT THAT ARISTA POSSIBLY MIGHT HAVE A COPYRIGHT IN CLI

09:24AM 5     COMMANDS?

09:24AM 6     A.  SURE.  THE SITUATION WAS THAT CISCO HAD ASSERTED A

09:24AM 7     COPYRIGHT ON CLI COMMANDS AGAINST US.  PRIOR TO THAT ASSERTION,

09:24AM 8     I NEVER WOULD HAVE IMAGINED THAT A CLI COMMAND WOULD BE

09:24AM 9     COPYRIGHTED.  BUT ONCE THEY'VE ASSERTED IT, THE CASE WAS GOING

09:24AM 10    ON, IT'S POSSIBLE THAT THEY WOULD WIN.

09:24AM 11         IF THEY DO WIN, THEN I COULD ONLY ASSUME THAT ARISTA WOULD

09:24AM 12    HAVE A COPYRIGHT IN THE COMMANDS THAT WE CREATED.

09:24AM 13    Q.  THANK YOU.

09:24AM 14         I WANT TO SWITCH TO A NEW TOPIC.  MR. PAK ASKED YOU

09:24AM 15    YESTERDAY ABOUT SOURCE CODE, DIFFERENT COMPANY'S SOURCE CODE IN

09:24AM 16    ARISTA'S SWITCH; DO YOU RECALL THAT?

09:24AM 17    A.  YES.

09:24AM 18    Q.  HOW MUCH ORIGINAL SOURCE CODE DID ARISTA WRITE FOR ITS

09:24AM 19    OPERATING SYSTEM?

09:24AM 20    A.  WE'VE WRITTEN OVER 6 MILLION LINES OF ORIGINAL SOURCE CODE,

09:24AM 21    PERHAPS 100,000 PAGES.

09:25AM 22    Q.  AND HOW MANY SOFTWARE ENGINEERS DOES ARISTA CURRENTLY

09:25AM 23    EMPLOY WHO REPORT TO YOU EITHER DIRECTLY OR INDIRECTLY?

09:25AM 24    A.  WE HAVE APPROXIMATELY 650 SOFTWARE ENGINEERS.

09:25AM 25    Q.  DO ARISTA'S PRODUCTS USE ANY SOURCE CODE WRITTEN BY CISCO?

CROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

09:25AM  1    A.   NO, NOT A SINGLE ONE.

09:25AM  2    Q.   NOW MR. PAK ALSO ASKED YOU YESTERDAY ABOUT YOUR EMPLOYMENT

09:25AM  3    AT CISCO; DO YOU RECALL THAT?

09:25AM  4    A.   YES, I DO.

09:25AM  5    Q.   HOW MUCH TIME PASSED BETWEEN THE TIME THAT YOU LEFT CISCO

09:25AM  6    AND THE TIME THAT YOU HELPED TO FOUND ARISTA?

09:25AM  7    A.   I LEFT CISCO IN APRIL 1999 AND WORKED AT ANOTHER COMPANY

09:25AM  8    FOR A LITTLE OVER FIVE YEARS.  WE FOUNDED ARISTA IN

09:25AM  9    OCTOBER 2004.

09:26AM  10   Q.   AND THAT OTHER COMPANY THAT YOU WORKED AT FOR A LITTLE OVER

09:26AM  11   FIVE YEARS, WAS THAT THE IN THE NETWORKING FIELD?

09:26AM  12   A.   NO, IT WASN'T.  WE WERE CREATING AN ONLINE VIRTUAL

09:26AM  13   EXPERIENCE FOR SOCIALIZING.

09:26AM  14   Q.   NOW, AFTER YOU FOUNDED ARISTA, HOW MUCH TIME PASSED BEFORE

09:26AM  15   ARISTA MADE THE DECISION TO BUILD AN ETHERNET SWITCH?

09:26AM  16   A.   IT WAS A LITTLE MORE THAN ONE YEAR.  WE MADE THE DECISION

09:26AM  17   TO START BUILDING ETHERNET SWITCHES IN NOVEMBER 2005.

09:26AM  18   Q.   SO IF YOU COULD PLEASE DO THE MATH FOR ME.  HOW MUCH TIME

09:26AM  19   PASSED FROM THE TIME YOU LEFT CISCO UNTIL THE TIME THAT ARISTA

09:26AM  20   DECIDED TO START BUILDING AN ETHERNET SWITCH?

09:26AM  21   A.   AT THE RISK OF DOING THE MATH IN MY HEAD, I BELIEVE IT WAS

09:26AM  22   ABOUT 6 AND 1 HALF YEARS.

09:26AM  23   Q.   THE OPERATING SYSTEMS THAT CISCO IS ASSERTING IN THIS CASE

09:27AM  24   ARE IOS, NX-OS, IOS XR, AND IOS XE.  DURING THE TIME THAT YOU

09:27AM  25   WERE AT CISCO, DID YOU WORK ON ANY OF THOSE OPERATING SYSTEMS

CROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

09:27AM 1    IN ANY CAPACITY?

09:27AM 2    A.   I HAVE NEVER WORKED ON ANY OF THOSE OPERATING SYSTEMS IN

09:27AM 3    ANY CAPACITY.

09:27AM 4    Q.   OKAY.  MR. DUDA, IS THERE A PARTICULAR COMPONENT OF AN

09:27AM 5    OPERATING SYSTEM THAT RECEIVES CLI COMMANDS WHEN THEY ARE

09:27AM 6    ENTERED BY A USER?

09:27AM 7    A.   YES, THE SOFTWARE THAT RECEIVES AND MAKES SENSE OUT OF CLI

09:27AM 8    COMMANDS IS TYPICALLY CALLED THE CLI PARSER.

09:27AM 9    Q.   AND WHO WROTE THE CLI PARSER IN ARISTA'S EOS OPERATING

09:27AM 10   SYSTEM?

09:27AM 11   A.   VARIOUS PEOPLE HAVE WORKED ON IT OVER THE YEARS, BUT I

09:28AM 12   WROTE THE INITIAL VERSION MYSELF.

09:28AM 13   Q.   AND WHEN YOU WROTE THE SOURCE CODE FOR ARISTA'S CLI PARSER,

09:28AM 14   HAD YOU EVER SEEN SOURCE CODE FOR CISCO'S CLI PARSER?

09:28AM 15   A.   NO, I NEVER WORKED ON ANY CLI PARSER AT CISCO, I NEVER

09:28AM 16   CREATED ANY CLI COMMANDS AT CISCO.

09:28AM 17   Q.   WHEN YOU WROTE THE ARISTA CLI PARSER, WAS THAT THE FIRST

09:28AM 18   PARSER YOU HAD EVER WRITTEN?

09:28AM 19   A.   NO, NOT AT ALL.  I WROTE MY FIRST PARSER WHEN I WAS ABOUT

09:28AM 20   12 YEARS OLD AND I CONTINUED WRITING PARSERS AT VARIOUS POINTS

09:28AM 21   OF MY CAREER INCLUDING SEVERAL IN COLLEGE AND A FEW YEARS AFTER

09:28AM 22   COLLEGE.

09:28AM 23   Q.   I WANT TO ASK YOU ABOUT A COUPLE OF DIFFERENT DOCUMENTS

09:28AM 24   THAT MR. PAK SHOWED YOU.

09:28AM 25       SO JUST TO BE CLEAR, THESE WILL BE IN THE OTHER BINDER, THE

CROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

09:37AM   1    LOOK AT THE OUTPUT.  BUT OTHER CUSTOMERS CREATE PROGRAMS THAT

09:37AM   2    ISSUE COMMANDS TO SWITCHES AND THEN INTERPRET THE RESPONSE THAT

09:37AM   3    THE SWITCH GENERATES.

09:38AM   4        FOR CUSTOMERS WHO HAVE ALREADY WRITTEN PROGRAMS THAT

09:38AM   5    INTERPRET SWITCH COMMAND RESPONSES, IT'S HELPFUL IF OUR SWITCH

09:38AM   6    COMMAND RESPONSE IS SIMILAR TO THE COMMAND RESPONSES OF OTHER

09:38AM   7    SWITCHES IN A NETWORK.

09:38AM   8    Q.   AND WHY IS IT HELPFUL?

09:38AM   9    A.   IT'S HELPFUL BECAUSE THE PROGRAM THAT OUR CUSTOMER ALREADY

09:38AM  10    WROTE TO INTERPRET THAT COMMAND RESPONSES WILL CONTINUE TO

09:38AM  11    FUNCTION WITH OUR SWITCH AND WON'T NEED SIGNIFICANT REVISION

09:38AM  12    WHEN THE CUSTOMER INTRODUCES OUR SWITCHES INTO THEIR NETWORK.

09:38AM  13    Q.   OKAY.  MOVING TO A NEW TOPIC AGAIN.

09:38AM  14        COULD YOU PLEASE EXPLAIN, JUST AT A HIGH LEVEL, WHAT IS IT

09:38AM  15    THAT CLI COMMANDS ARE USED FOR?

09:38AM  16    A.   AT A HIGH LEVEL, CLI COMMANDS HAVE THREE PURPOSES.

09:38AM  17        THE FIRST PURPOSE IS TO CONFIGURE THE DEVICE, TO GIVE IT

09:38AM  18    INSTRUCTIONS ABOUT HOW IT SHOULD BEHAVE IN THE FUTURE AS THE

09:38AM  19    NETWORK OPERATES.

09:38AM  20        THE SECOND FUNCTION ARE SHOW COMMANDS THAT DISPLAY THE

09:38AM  21    STATUS OF THE DEVICE, INCLUDING COUNTERS, ROUTES LEARNED IN A

09:38AM  22    NETWORK AND SO ON.

09:38AM  23        AND THE THIRD FUNCTION ARE SO CALLED EXEC COMMANDS THAT

09:39AM  24    TAKE SOME IMMEDIATE ADMINISTRATIVE ACTION, SUCH AS REBOOTING

09:39AM  25    THE SWITCH OR SHUTTING DOWN THE SWITCH, UPGRADING THE SOFTWARE

CROSS-EXAMINATION OF MR. DUDA BY MR. SILBERT

09:39AM  1    ON THE SWITCH.

09:39AM  2    Q.   IS THERE ONLY ONE POSSIBLE WAY TO STATE ANY PARTICULAR CLI

09:39AM  3    COMMAND.

09:39AM  4    A.   NO THERE'S USUALLY MORE THAN ONE WAY TO SAY ALMOST

09:39AM  5    ANYTHING.

09:39AM  6    Q.   ARE THE OPTIONS LIMITED?

09:39AM  7    A.   I THINK THE OPTIONS ARE QUITE LIMITED, IF YOU HAVE AN

09:39AM  8    EXISTING STRUCTURE FOR YOUR CLI, YOU WOULD WANT YOUR COMMANDS

09:39AM  9    TO BASICALLY FOLLOW THAT STRUCTURE TO BE CONSISTENT WITH OTHER

09:39AM  10   COMMANDS IN YOUR CLI.

09:39AM  11        FURTHER, THE WORDS IN THE COMMAND THEMSELVES, LARGELY COME

09:39AM  12   FROM INDUSTRY STANDARD DOCUMENTS, WORDS LIKE ROUTE OR IP.

09:39AM  13   THESE ARE INDUSTRY STANDARD TERMS, THERE AREN'T A LOT OF

09:39AM  14   ALTERNATIVES FOR THEM.

09:39AM  15   Q.   HOW MUCH OF THE INDUSTRY STANDARD CLI CONSISTS OF STANDARD

09:40AM  16   NETWORKING TERMINOLOGY?

09:40AM  17   A.   MOST OF THE COMMAND WORDS, MOST OF THE WORDS THAT MAKE UP

09:40AM  18   OUR COMMANDS FROM COME INDUSTRY STANDARD SOURCES.

09:40AM  19   Q.   AND EVEN IF YOU USE THAT INDUSTRY STANDARD TERMINOLOGY,

09:40AM  20   DON'T YOU HAVE CHOICES TO MAKE AS FAR AS HOW YOU STRING THOSE

09:40AM  21   WORDS TOGETHER TO MAKE UP A COMMAND?

09:40AM  22   A.   YOU MAY HAVE SOME CHOICE, BUT AGAIN, IT'S PRETTY LIMITED.

09:40AM  23   NOT TOO MANY WORD ORDERS MAKE A LOT OF SENSE.

09:40AM  24        FOR EXAMPLE, IF YOU HAVE A COMMAND TO SHOW THE IP ROUTES

09:40AM  25   YOU'VE LEARNED ON YOUR SWITCH, YOU COULD DO SHOW IP ROUTE OR

REDIRECT EXAMINATION OF MR. DUDA BY MR. PAK

09:43AM  1   Q.   NOW I WANT TO GO BACK AND JUST ESTABLISH SOME FACTS.  I

09:43AM  2   THINK THERE WERE SOME QUESTIONS ABOUT E-MAILS, BUT I THINK IT'S

09:43AM  3   UNDISPUTED NOW THAT ARISTA COPIED CLI COMMANDS FROM CISCO'S

09:43AM  4   SOURCE CODE?

09:43AM  5   A.   THAT'S RIGHT.

09:43AM  6   Q.   WITH RESPECT TO SCREEN OUTPUTS, YOU WOULD AGREE WITH ME,

09:43AM  7   SIR, THAT IF ANY OF CISCO'S SCREEN OUTPUTS CONTAIN EXPRESSIVE

09:44AM  8   WORK, THEN ARISTA CANNOT USE THAT MATERIAL WITHOUT A LICENSE

09:44AM  9   FROM CISCO; ISN'T THAT TRUE?

09:44AM 10          MR. SILBERT:  OBJECTION.  CALLS FOR A LEGAL

09:44AM 11   CONCLUSION.

09:44AM 12          MR. PAK:  THAT'S YOUR BELIEF, RIGHT?

09:44AM 13          THE COURT:  SUSTAINED.

09:44AM 14   BY MR. PAK:

09:44AM 15   Q.   YOU TESTIFIED EARLIER THAT YOU HAD CERTAIN BELIEFS ABOUT

09:44AM 16   WHAT YOU CAN DO PROPERLY AND WHAT YOU CANNOT DO PROPERLY WITH

09:44AM 17   RESPECT TO CISCO'S COMMANDS; IS THAT TRUE?

09:44AM 18   A.   I BELIEVE SO.

09:44AM 19   Q.   OKAY.  DO YOU BELIEVE ON BEHALF OF ARISTA THAT YOU CAN TAKE

09:44AM 20   ANY OF THE SCREEN OUTPUTS FROM CISCO WITHOUT A LICENSE; IS THAT

09:44AM 21   YOUR TESTIMONY?

09:44AM 22          MR. SILBERT:  SAME OBJECTION.

09:44AM 23          THE COURT:  SUSTAINED.

09:44AM 24   BY MR. PAK:

09:44AM 25   Q.   DID YOU FORM ANY SUBJECTIVE BELIEFS ON BEHALF OF ARISTA

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:08AM 1    Q.   AND YOU SEE THE QUESTION THERE, PRIOR TO CISCO, HAD YOU

10:08AM 2    DONE ANY TYPE OF SOFTWARE DEVELOPMENT FOR NETWORK EQUIPMENT,

10:08AM 3    ANSWER NOT FOR NETWORK EQUIPMENT?

10:08AM 4    A.   THAT'S RIGHT.

10:08AM 5    Q.   OKAY.  SO NOW THEN YOU CAME DIRECTLY FROM CISCO TO ARISTA

10:08AM 6    IN 2007, CORRECT?

10:08AM 7    A.   THAT'S CORRECT.

10:08AM 8    Q.   NO COMPANIES IN BETWEEN?

10:08AM 9    A.   NO.

10:08AM 10   Q.   NOW WHEN YOU WERE AT CISCO, YOU WERE PART OF AN E-MAIL

10:09AM 11   GROUP CALLED THE PARSER-POLICE, RIGHT?

10:09AM 12   A.   YES, I WAS.

10:09AM 13   Q.   AND IN FACT, YOU PROPOSED SOME CLI COMMANDS AS PART OF YOUR

10:09AM 14   WORK AT CISCO, RIGHT?

10:09AM 15   A.   I DID.

10:09AM 16   Q.   AND YOU ALSO COMMENTED THROUGH THIS PARSER-POLICE E-MAIL ON

10:09AM 17   COMMANDS THAT OTHER FOLKS HAD PRESENTED, CORRECT?

10:09AM 18   A.   IF IT RELATED TO MY AREA OF EXPERTISE, THEN YES.

10:09AM 19   Q.   RIGHT.  SO SOMETIMES YOU DID, RIGHT?

10:09AM 20   A.   YES.

10:09AM 21   Q.   AND YOU UNDERSTAND ON THIS PARSER-POLICE E-MAIL, PEOPLE

10:09AM 22   WOULD SOMETIMES EXPRESS DISAGREEMENT ABOUT HOW THE COMMANDS

10:09AM 23   SHOULD BE STRUCTURED, WHAT THEY SHOULD SAY, WHAT THEY SHOULD

10:09AM 24   BE, RIGHT?

10:09AM 25   A.   THAT'S CORRECT.

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:09AM  1   Q.   AND THERE WAS E-MAILS GOING BACK AND FORTH AND HEALTHY

10:09AM  2   DISCUSSION ABOUT WHAT THOSE THINGS SHOULD BE, CORRECT?

10:09AM  3   A.   YES.

10:09AM  4   Q.   AND THAT WENT ON DURING THE TIME THAT YOU WERE AT CISCO FOR

10:09AM  5   THE CLI COMMAND DEVELOPMENT, RIGHT?

10:09AM  6   A.   YES.

10:09AM  7   Q.   NOW I WANT TO SWITCH GEARS A LITTLE BIT HERE.  SO YOU'RE

10:09AM  8   AWARE THAT MANY OF THE SENIOR OFFICERS AND FOUNDERS OF ARISTA

10:09AM  9   CAME FROM CISCO, RIGHT?

10:10AM  10  A.   THAT'S CORRECT.

10:10AM  11  Q.   AND YOU KNOW THAT THERE ARE TIMES WHEN ARISTA HAS PUT

10:10AM  12  FEATURES IN ITS PRODUCTS WHERE IT WAS EMULATING FEATURES THAT

10:10AM  13  PRE-EXISTED IN CISCO PRODUCTS; ISN'T THAT RIGHT?

10:10AM  14  A.   THAT'S RIGHT.

10:10AM  15  Q.   NOW WHEN YOU CAME, LET ME JUST GO BACK IN TIME.  YOU CAME

10:10AM  16  IN 2007, WAS IT LIKE MID-2007?

10:10AM  17  A.   JULY, 2007.

10:10AM  18  Q.   JULY 2007 SO PRETTY MUCH RIGHT SMACK IN THE MIDDLE OF 2007.

10:10AM  19  SO WHEN YOU CAME, ARISTA ACTUALLY HAD A SWITCH THAT WAS

10:10AM  20  RUNNING, I BELIEVE YOU DESCRIBED THEM AS CISCO-LIKE CLI'S

10:10AM  21  RIGHT?

10:10AM  22  A.   WE HAD A SWITCH THAT HAD A BASIC CLI, WE HAD VERY FEW

10:10AM  23  FEATURES AT THAT TIME, BUT IT WAS UP AND RUNNING IN THE LAB.

10:10AM  24  Q.   IT WAS UP AND RUNNING, AND IN FACT IN SEPTEMBER OF 2007,

10:10AM  25  YOU ACTUALLY SHIPPED ONE OF THOSE SWITCHES TO A MR. JEFF LAPIK

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:14AM 1    Q.  WELL ENOUGH FEATURES SO THAT YOU SHIPPED ONE A COUPLE

10:14AM 2    MONTHS LATER TO MR. LAPIK, I BELIEVE IT IS, AT UNIVERSITY OF

10:14AM 3    NEW HAMPSHIRE, RIGHT?

10:14AM 4    A.  ENOUGH FEATURES TO TEST THE POWER, CORRECT.

10:14AM 5    Q.  SO THEN WE CAN SAY BY THAT TIME IT'S SOMEWHERE SOUTH FOR

10:14AM 6    2007 SOME WERE SOUTH OF $2.5 MILLION, RIGHT?

10:14AM 7    A.  YES.

10:14AM 8    Q.  MAYBE ABOUT HALF OF THAT?

10:14AM 9    A.  JULY IS MAJOR, SO YES.

10:14AM 10   Q.  SO THE TOTAL EXPENDITURE TO QUIET A SWITCH THAT HAD EOS AND

10:14AM 11   WAS RUNNING IOS-LIKE CLI, WAS LESS THAN $2 MILLION, RIGHT?

10:14AM 12   A.  YES, THAT'S CORRECT.

10:14AM 13   Q.  NOW YOU ARE AWARE THAT CISCO IN TERMS OF DEVELOPMENT ON ITS

10:14AM 14   PRODUCTS SPENDS NORTH OF $5 BILLION A YEAR ON RESEARCH AND

10:15AM 15   DEVELOPMENT, RIGHT?

10:15AM 16   A.  IN TODAY'S TIME, THAT SOUNDS RIGHT.

10:15AM 17   Q.  NOW, SIR, I WOULD LIKE TO TALK TO YOU ABOUT A FEW OTHER

10:15AM 18   THINGS HERE.  SO IT'S TRUE THAT ARISTA INTENTIONALLY COPIED

10:15AM 19   CISCO'S CLI, RIGHT?

10:15AM 20   A.  IT'S TRUE THAT WE USED THE SAME CLI FOR MANY OF OUR BASE OR

10:15AM 21   CORE FEATURES.

10:15AM 22   Q.  AND INTENTIONALLY COPIED THAT, RIGHT?

10:15AM 23   A.  FOR THOSE CORE FEATURES, YES.

10:15AM 24   Q.  CORE FEATURES, IS THAT WHAT YOU SAID?

10:15AM 25   A.  THAT'S RIGHT.

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:15AM  1   Q.   OKAY.  AND YOU ACTUALLY TOLD, WHEN YOUR INTERACTIONS WITH

10:15AM  2   CUSTOMERS, THAT YOUR CLI IS JUST LIKE CISCO'S CLI, RIGHT?

10:15AM  3   A.   IN THE EARLY DAYS, YES, THAT'S TRUE.

10:15AM  4   Q.   OKAY.  AND YOU KNOW THAT OTHERS AT ARISTA HAVE SAID THE

10:15AM  5   SAME THINGS TO CUSTOMERS, RIGHT?

10:16AM  6   A.   YES.

10:16AM  7   Q.   NOW I WANT TO TURN TO YOUR BINDER.  IN EXHIBIT 197, THIS

10:16AM  8   WAS ACTUALLY JUST MOVED INTO EVIDENCE.  SO WE DON'T NEED TO DO

10:16AM  9   THAT.

10:16AM  10       SO IF YOU COULD JUST DISPLAY EXHIBIT 197 AGAIN, MR. FISHER.

10:16AM  11       SO THIS IS AN E-MAIL, THE WHOLE EXHIBIT, AND YOU CAN GO

10:16AM  12   FLIP THROUGH, WOULD BE AN E-MAIL STRING BETWEEN MR. DUDA,

10:16AM  13   MR. SWEENEY, MR. HAFEEZ AND YOURSELF?

10:16AM  14   A.   THAT'S RIGHT.

10:16AM  15   Q.   NOW I JUST WANT TO ASK YOU A FEW QUESTIONS ABOUT THIS.  SO

10:16AM  16   IF WE CAN GO BACK, AND I THINK IN TIME, THESE KIND OF GO IN

10:16AM  17   REVERSE ORDER MEANING THE OLDEST ONE IS AT THE BACK?

10:17AM  18   A.   THAT'S RIGHT.

10:17AM  19   Q.   SO LET'S KIND OF GO BACK THERE AND LOOK AT THE VERY LAST

10:17AM  20   ONE.  THIS STARTS, THE LAST PAGE WOULD BE PAGE 3 OF THAT.

10:17AM  21       SO THAT'S AN E-MAIL FROM MR. SWEENEY TO YOURSELF, RIGHT?

10:17AM  22   A.   THAT'S RIGHT.

10:17AM  23   Q.   AND HE'S EXPRESSING, YOUR UNDERSTANDING, SOME OPINIONS ON

10:17AM  24   CLI FUNCTIONALITY RELATED TO A FEATURE CALLED ACL, RIGHT?

10:17AM  25   A.   THAT'S CORRECT.

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

10:22AM  1   Q.   RIGHT BUT THEY ALSO USED OTHER THINGS, CORRECT?

10:22AM  2   A.   YOU MEAN SOME COMPANIES USED OTHERS.

10:22AM  3   Q.   CORRECT.

10:22AM  4   A.   YES.

10:22AM  5   Q.   SO NOW, I WANT TO MOVE A LITTLE BIT FORWARD IN THIS E-MAIL

10:22AM  6   STRING, THAT IS, AND LOOK AT THE NEXT EXCHANGE.

10:22AM  7       AND THIS -- I WANT TO LOOK AT YOUR RESPONSE, THIS ONE IS ON

10:22AM  8   PAGE 2, SO IT SHOULD BE JULY 21ST, 2009.

10:22AM  9       AND I BELIEVE WHAT WE ARE LOOKING AT HERE IS AGAIN I

10:22AM  10  BELIEVE A RESPONSE TO A QUESTION FROM MR. SWEENEY ABOUT CLI

10:22AM  11  FUNCTIONALITY CONCERNING ACCESS CONTROL LIST, RIGHT?

10:23AM  12  A.   THAT'S RIGHT.

10:23AM  13  Q.   SO YOUR RESPONSE IS YES, PICKING THE BEST OF IOS, NX-OS AND

10:23AM  14  IOS XR WILL CERTAINLY WORK, RIGHT?

10:23AM  15  A.   CORRECT.

10:23AM  16  Q.   SO JUST SO WE ARE CLEAR, IOS, NX-OS, AND IOS XR ARE ALL

10:23AM  17  CISCO OPERATING SYSTEMS, CORRECT?

10:23AM  18  A.   THAT'S CORRECT.

10:23AM  19  Q.   NOW ISN'T IT TRUE, THOUGH, SIR, THAT YOU DON'T THINK THAT

10:23AM  20  NX-OS IS AN INDUSTRY STANDARD OPERATING SYSTEM?

10:23AM  21  A.   AT THAT TIME, CORRECT, IT WASN'T INDUSTRY STANDARD.

10:23AM  22  Q.   OKAY.  SO NX-OS NOT AN INDUSTRY STANDARD OPERATING SYSTEM?

10:23AM  23  A.   IT WAS NOT AS COMMONLY USED AS IOS.  AND NX-OS WAS

10:23AM  24  INTRODUCED MAYBE AROUND 2008 BY CISCO, IT WAS JUST ONE YEAR

10:23AM  25  INTO THE LIFE OF THE PRODUCT.

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:07AM 1    EVIDENCE, YOUR HONOR.

11:07AM 2                    THE COURT:  ANY OBJECTION?

11:07AM 3                    MR. FERRALL:  NO OBJECTION.

11:07AM 4                    THE COURT:  IT WILL BE ADMITTED.

11:07AM 5            (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 404, HAVING BEEN

11:07AM 6    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

11:07AM 7    EVIDENCE.)

11:07AM 8    BY MR. NELSON:

11:07AM 9    Q.   SO LET'S LOOK AT MIDDLE OF THE PAGE.  SO MR. FOSS FIRST,

11:07AM 10   CAN YOU TELL US WHO MR. FOSS IS?

11:07AM 11   A.   AT THAT TIME MARK FOSS WAS RESPONSIBLE FOR PARTNER OR

11:07AM 12   CHANNEL PROGRAMS AT ARISTA.

11:07AM 13   Q.   PARTNER CHANNEL PROGRAMS?

11:07AM 14   A.   CHANNEL PROGRAMS, YES.

11:07AM 15   Q.   SO IF YOU LOOK AT THE MIDDLE OF THE E-MAIL THE ONE THAT'S

11:08AM 16   FROM MR. FOSS TO THE PEOPLE AT FACEBOOK.

11:08AM 17        DO YOU SEE THAT?

11:08AM 18   A.   YES.

11:08AM 19   Q.   IT SAYS, AS I MENTIONED TO DAN LAST NIGHT, THE CLI COMMANDS

11:08AM 20   IN OUR SWITCH ARE IDENTICAL TO CISCO IOS SO THERE SHOULD BE NO

11:08AM 21   LEARNING CURVE TO GET IT CONFIGURED.

11:08AM 22        DO YOU SEE THAT?

11:08AM 23   A.   YES.

11:08AM 24   Q.   SO THAT'S SOMETHING THAT ARISTA SALES ENGINEERS WERE OUT

11:08AM 25   TELLING CUSTOMERS IS A SELLING POINT OF THE ARISTA SWITCH,

DIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:08AM 1    CORRECT?

11:08AM 2    A.   WE WERE SAYING THAT TO CUSTOMERS, YES.

11:08AM 3    Q.   RIGHT.  WE'RE IDENTICAL TO CISCO IOS SO YOU WON'T HAVE ANY

11:08AM 4    LEARNING CURVE TO USE OUR PRODUCT, CORRECT?

11:08AM 5    A.   THAT'S RIGHT.

11:08AM 6    Q.   SO EXHIBIT 379, AND LET ME KNOW WHEN YOU ARE THERE.  ARE

11:09AM 7    YOU THERE, SIR?

11:09AM 8    A.   YES.

11:09AM 9    Q.   SO THE TOP E-MAIL IS FROM MR. ADAM SWEENEY TO MR. SUNEEL

11:09AM 10   VENATI, DID I GET THAT NAME RIGHT?

11:09AM 11   A.   THAT'S RIGHT.

11:09AM 12   Q.   AND YOU ARE ONE OF THE COPIES ON THAT E-MAIL, CORRECT?

11:09AM 13   A.   CORRECT.

11:09AM 14   Q.   AND THE SUBJECT OF THAT IS QOS, CLI; IS THAT RIGHT?

11:09AM 15   A.   THAT'S RIGHT.

11:09AM 16   Q.   AND QS, THAT STANDS FOR QUALITY OF SERVICE?

11:09AM 17   A.   YES.

11:09AM 18   Q.   NOW, THAT TOP LEVEL E-MAIL ATTACHES ANOTHER E-MAIL FROM

11:09AM 19   MR. VENATI; IS THAT RIGHT?  IN OTHER WORDS IF YOU FOLLOW THE

11:09AM 20   STRING DOWN YOU WILL SEE ANOTHER E-MAIL FROM MR. VENATI DATED

11:09AM 21   MONDAY PRINCIPAL 18TH 2011?

11:09AM 22   A.   YES.

11:09AM 23   Q.   AND THE --

11:10AM 24        MR. NELSON:  WELL AT THIS POINT, YOUR HONOR, I MOVE

11:10AM 25   INTO EVIDENCE EXHIBIT 379.

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:16AM  1    WAS, THAT VERY ONE PRODUCT WE HAD AND WE HAD STARTED IT FOR THE

11:16AM  2    TESTING, THAT WAS THE CONTEXT OF THE DISCUSSION.

11:16AM  3    Q.   AND APPROXIMATELY HOW MANY CLI COMMANDS DID THE ARISTA EOS

11:16AM  4    HAVE AT THAT TIME?

11:16AM  5    A.   PROBABLY 10 OR 20.

11:16AM  6    Q.   AND THOSE WERE IOS-LIKE, I TAKE IT?

11:16AM  7    A.   AT THAT TIME, THE COMMAND LINE WAS IOS-LIKE, YES.

11:17AM  8    Q.   OKAY.  I NEXT WANT TO MOVE TO THE DOCUMENT THAT WAS JUST

11:17AM  9    MARKED AS -- FOR REFRESHING YOUR RECOLLECTION REGARDING

11:17AM  10   ARISTA'S R&D EXPENSE?

11:17AM  11   A.   YES.

11:17AM  12   Q.   AND IF YOU DON'T NEED TO REFER TO IT, YOU DON'T HAVE TO.

11:17AM  13   BUT WHAT I WOULD LIKE YOU TO DO IS TO TELL THE JURY ABOUT HOW

11:17AM  14   MUCH ARISTA HAS SPENT IN R&D, SINCE 2007.

11:17AM  15        MR. NELSON TOOK YOU TO 2007, CAN YOU TELL THE JURY HOW MUCH

11:17AM  16   YOU SPENT AFTER THAT?

11:17AM  17   A.   WELL, AS THE DOCUMENT SHOWS, UP UNTIL 2014, CUMULATIVE WE

11:17AM  18   HAD SPENT 376 MILLION IN R&D.

11:17AM  19        AND TODAY ARISTA HAS ONE OF THE HIGHEST R&D SPENT IN THE

11:17AM  20   INDUSTRY AS A PERCENTAGE OF REVENUE.

11:18AM  21   Q.   CAN YOU TELL ME ABOUT WHAT THAT IS?

11:18AM  22   A.   TODAY WE ARE ROUGHLY 20 TO 22 PERCENT OF OUR REVENUE IN

11:18AM  23   R&D, WHEREAS IN THE NETWORKING, MOST COMPANIES SPEND 13 TO

11:18AM  24   15 PERCENT OF THEIR REVENUE IN R&D.  SO WE HAVE A SIGNIFICANTLY

11:18AM  25   LARGER INVESTMENT IN RESEARCH AND DEVELOPMENT COMPARED TO THE

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:18AM  1    INDUSTRY.

11:18AM  2    Q.   OKAY.  SHIFTING TO ANOTHER TOPIC.

11:18AM  3        DID YOU EVER BELIEVE, MR. SADANA, THAT THERE WAS ANYTHING

11:18AM  4    WRONG WITH ARISTA USING SOME OF THE SAME CLI COMMAND LANGUAGE

11:18AM  5    AS IOS?

11:18AM  6    A.   NO, I DID NOT.

11:18AM  7    Q.   DID YOU EVER TRY TO HIDE FROM THE PUBLIC THE FACT THAT

11:18AM  8    ARISTA USES SOME OF THE SAME CLI COMMAND LANGUAGE AS IOS?

11:18AM  9    A.   NO, WE DID NOT HIDE IT.  WE WERE QUITE OPEN ABOUT IT.

11:19AM  10   Q.   LET'S LOOK AT SOME OF THE DOCUMENTS THAT MR. NELSON

11:19AM  11   INTRODUCED THROUGH YOU.  AND I'M GOING TO START WITH ONE OF THE

11:19AM  12   LAST ONES AND KIND OF GO BACKWARDS.

11:19AM  13       IF YOU COULD LOOK AT EXHIBIT 842, PLEASE.  MR. NELSON HAD

11:19AM  14   DIRECTED YOU TO A COMMENT FROM A MR. WHITNEY ON THE SECOND

11:19AM  15   PAGE.  IF WE COULD LOOK AT THAT.  IT'S THE COMMENT AT THE TIME,

11:19AM  16   MARCH 3RD, 2014, AT 6:47 P.M.

11:19AM  17       MR. SADANA, WHAT DID YOU UNDERSTAND MR. WHITNEY TO BE

11:19AM  18   REFERRING TO HERE?

11:19AM  19   A.   MR. WHITNEY CAME TO ARISTA FROM JUNIPER, SO HE HAD JUNOS

11:20AM  20   BACKGROUND.  HE'S REFERRING TO A PARTICULAR WAY OF CONFIGURING

11:20AM  21   QOS FEATURES IN JUNOS.

11:20AM  22   Q.   AND THE SUBJECT LINE OF THIS -- STRIKE THAT.  WHAT WAS --

11:20AM  23   WHAT WAS MR. WHITNEY REFERRING TO, BASED UPON YOUR

11:20AM  24   UNDERSTANDING, WHEN HE REFERS TO COPYING CISCO?

11:20AM  25   A.   HE WAS REFERRING TO THE CLI COMMANDS.

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:20AM  1    Q.   OKAY.  AND IF WE COULD LOOK AT THE FRONT PAGE OF THIS

11:20AM  2    EXHIBIT, AND IF WE COULD JUST BLOW UP THE HEADER WITH THE

11:20AM  3    SUBJECT LINE.

11:20AM  4         CAN YOU TELL ME WHAT THE SUBJECT OF THIS E-MAIL EXCHANGE

11:20AM  5    IS?  IN SIMPLE TERMS, IF POSSIBLE, PLEASE.

11:20AM  6    A.   SURE.  THIS IS A REQUEST FOR A FEATURE ENHANCEMENT, RFEE

11:21AM  7    BY SOMEONE IN THIS E-MAIL CHAIN REQUESTING AN MQC OR MODULAR

11:21AM  8    QOS-LIKE CLI.

11:21AM  9    Q.   OKAY.  AND NOW I WOULD LIKE YOU TO TURN TO EXHIBIT 379.  IF

11:21AM  10   WE COULD CALL THAT UP, AND IN PARTICULAR HIGHLIGHT THE BOTTOM

11:21AM  11   PART, THE MESSAGE DATED 2:20 A.M.

11:21AM  12   A.   MR. SUNEEL WORKS IN THE BANGALORE OFFICE.

11:21AM  13   Q.   SO THIS -- CAN YOU TELL ME WHAT THE SUBJECT, AGAIN, IN

11:21AM  14   SIMPLE TERMS, IF POSSIBLE, WHAT THE SUBJECT OF THIS

11:21AM  15   CONVERSATION WAS?

11:22AM  16   A.   MR. SUNEEL WAS IMPLEMENTING OUR QOS FEATURES AT THAT POINT,

11:22AM  17   AND HE WAS ASKING FOR INPUT ON WHAT CLI TO USE, WHETHER TO USE

11:22AM  18   SIMPLE CLI OR MODULAR QOS CLI.

11:22AM  19   Q.   AND WHAT DID ARISTA END UP USING, DID IT USE THE CISCO MQC

11:22AM  20   KIND?

11:22AM  21   A.   NO, WE DID NOT IMPLEMENT THE MQC CLI, WE STAYED WITH THE

11:22AM  22   SIMPLE CLI.

11:22AM  23   Q.   AND IN YOUR MIND, WERE THERE ANY COPYRIGHT ISSUES WITH THE

11:22AM  24   SIMPLE CLI OR THE CLI THAT ARISTA IMPLEMENTED?

11:22AM  25   A.   NO, WE BELIEVED THIS WAS THE INDUSTRY STANDARD, EVERYONE

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:22AM 1    WAS USING IT, WE WERE USING THE SAME CLI.

11:22AM 2    Q.   LET'S TURN NEXT TO EXHIBIT 197.  AND YOU RECALL MR. NELSON

11:23AM 3    ASKED YOU QUITE A FEW QUESTIONS ABOUT THIS EXHIBIT?

11:23AM 4    A.   YES.

11:23AM 5    Q.   AND I THINK YOU SAID IN YOUR TESTIMONY, YOU REFERRED TO

11:23AM 6    SOMETHING CALLED ACLS; IS THAT RIGHT?

11:23AM 7    A.   THAT'S RIGHT.

11:23AM 8    Q.   AND IN PARTICULAR, ACL CONFIGURATION, I THINK?

11:23AM 9    A.   YES.

11:23AM 10   Q.   WE WON'T NEED TO GO INTO THE DETAILS OF WHAT THOSE ARE, BUT

11:23AM 11   CAN YOU TELL THE JURY WHAT THE OUTCOME WAS OF THIS DISCUSSION

11:23AM 12   REGARDING THE ACL CONFIGURATION THAT ARISTA WOULD USE?

11:23AM 13   A.   RIGHT.  THIS E-MAIL CHAIN WAS ONLY PART OF THE DISCUSSION.

11:23AM 14   WE WERE A SMALL COMPANY, SO WE HAD A MEETING TO GO OVER WHAT

11:23AM 15   CLI TO USE.

11:23AM 16       AND AT THAT POINT, JUNIPER ACTUALLY HAD A BETTER WAY OF

11:23AM 17   CONFIGURING ACL A FEATURE CALLED ACL COMMIT.  SO THAT IF YOU

11:24AM 18   ARE MAKING CHANGES TO THE NETWORK, YOU CANNOT OPEN A SECURITY

11:24AM 19   HOLE WHILE YOU ARE MAKING THE CHANGE.

11:24AM 20       AND THEN AFTER THAT DISCUSSION, WE ACTUALLY ENDED UP DOING

11:24AM 21   WHAT JUNIPER HAD ALREADY IMPLEMENTED AND WHAT WAS ORIGINALLY

11:24AM 22   ASKED FROM EOS.  WE ACTUALLY DID NOT END UP WITH CISCO CLI FOR

11:24AM 23   THAT FUNCTIONALITY.

11:24AM 24   Q.   AND HOW, IN YOUR VIEW, WAS THAT IMPLEMENTATION DIFFERENT

11:24AM 25   FROM CISCO IN TERMS OF ITS PERFORMANCE FOR THE USER?

CROSS-EXAMINATION OF MR. SADANA BY MR. FERRALL

11:38AM 1   CLEARLY HIGHLIGHT THAT EMPLOYEES SHOULD NOT BRING ANY IP OR

11:38AM 2   CONFIDENTIAL INFORMATION FROM THE OUTSIDE.

11:38AM 3       IN ADDITION TO THAT, THERE'S A NEW HIRE GUIDE THAT WE REFER

11:38AM 4   OUR EMPLOYEES TO, AND ESPECIALLY IN THE EARLY DAYS, THE ENTIRE

11:38AM 5   COMPANY, BUT TODAY IT'S MORE FOR THE ENGINEERING TEAM, THAT

11:38AM 6   CLEARLY STATES, DO NOT BRING ANY SOURCE CODE OR ANY

11:38AM 7   CONFIDENTIAL INFORMATION FROM OUTSIDE.

11:38AM 8       AND LASTLY, WE ALSO HAVE A SEPARATE CODE OF CONDUCT POLICY

11:39AM 9   THAT THE EMPLOYEE HAS TO SIGN.  AND THIS IS CLEARLY HIGHLIGHTED

11:39AM 10  IN THAT AS WELL.

11:39AM 11  Q.  NOW WITH REGARD TO THE TWO DOCUMENTS MR. NELSON SHOWED YOU,

11:39AM 12  CAN YOU EXPLAIN THE CIRCUMSTANCES IN WHICH THESE MATERIALS WERE

11:39AM 13  FOUND ON YOUR GOOGLE DRIVE, AS YOU TESTIFIED?

11:39AM 14  A.  SURE.  THE DOCUMENTS WERE FOUND AS PART OF THE

11:39AM 15  INVESTIGATION FOR THIS LITIGATION ON MY GOOGLE DRIVE.  BUT THEY

11:39AM 16  WERE FOUND IN THE DELETED FOLDER.

11:39AM 17  Q.  SO HOW DID THEY GET IN THE DELETED FOLDER, IF YOU KNOW?

11:39AM 18  A.  AS I MENTIONED, WE GENERALLY TELL EVERYONE NOT TO HAVE ANY

11:39AM 19  CONFIDENTIAL MATERIAL, AND AT ONE POINT I DISCOVERED THAT THESE

11:39AM 20  FILES EXISTED IN MY GOOGLE DRIVE.  SO I WENT AND I DELETED

11:40AM 21  THEM.  THIS WAS AROUND JUNE OF 2013, NOTHING TO DO WITH THIS

11:40AM 22  PARTICULAR CASE.

11:40AM 23      AND WHILE I DELETED THE FILES, THE WAY GOOGLE DRIVE WORKS

11:40AM 24  IS THAT THE FILES REMAIN IN THE TRASH PERMANENTLY UNTIL YOU GO

11:40AM 25  AHEAD AND CLEAR IT OUT.  I NEVER LOOKED AT IT.  AND IN THE

11:40AM  1    SEARCH, THEY SHOWED UP IN THAT DELETED FOLDER.

11:40AM  2    Q.   DID YOU EVER USE ANY OF THOSE DOCUMENTS?

11:40AM  3    A.   NO, WE NEVER USED THESE DOCUMENTS AT ARISTA.

11:40AM  4    Q.   AND I THINK ONE OF THEM JUST SHOWED THE COVER, WAS FOR

11:40AM  5    SOMETHING -- WE COULD CALL IT UP, IT'S SOMETHING CALLED A CFP

11:40AM  6    TRANSCEIVER, THAT'S I THINK EXHIBIT 381?

11:40AM  7    A.   RIGHT.

11:40AM  8    Q.   DOES ARISTA MAKE CFP TRANSCEIVERS?

11:41AM  9    A.   NO, WE DON'T.

11:41AM  10   Q.   NOW I WANT TO LOOK AT ONE MORE DOCUMENT AND THEN WE ARE

11:41AM  11   DONE.

11:41AM  12        MR. NELSON ASKED YOU FOR EXHIBIT 388, IF YOU COULD OPEN

11:41AM  13   THAT UP.  AND COULD YOU EXPLAIN TO THE JURY AGAIN WHAT THE

11:41AM  14   PURPOSE OF THIS DOCUMENT IS?  OR WAS?

11:41AM  15   A.   THIS IS THE DOCUMENT PREPARED TO EDUCATE OUR SALES TEAM ON

11:41AM  16   NEW PRODUCTS CISCO HAD JUST ANNOUNCED ON WHAT THIS ANNOUNCEMENT

11:41AM  17   WAS AND HOW THEY COULD COMPETE WITH THOSE PRODUCTS.

11:41AM  18   Q.   AND WHAT WAS THE CISCO ANNOUNCEMENT REFERRING TO HERE?

11:42AM  19   A.   THIS TALKS ABOUT THE CISCO NEXUS 9000 SERIES OR THE INSIEME

11:42AM  20   PRODUCTS THAT WERE JUST ACQUIRED IN THAT COMPANY AND RELEASED

11:42AM  21   THEIR PRODUCTS.

11:42AM  22   Q.   I'M SORRY, JUST TO BE CLEAR, CAN YOU EXPLAIN THAT INSIEME

11:42AM  23   IS, TO YOUR KNOWLEDGE?

11:42AM  24   A.   INSIEME IS A GROUP THAT WAS FOUNDED AND FUNDED BY CISCO,

11:42AM  25   BUT AS A SEPARATE COMPANY, VERY MUCH FOCUSED TO COMPETE WITH

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:44AM 1   OPERATING SYSTEM.

11:44AM 2   Q.   AND WHAT WERE THE HIGHLIGHTS, IN ARISTA'S VIEW, OF THIS

11:45AM 3   COMPARISON?

11:45AM 4   A.   I THINK THE KEY MESSAGE HERE WAS THAT FOR THE IMPORTANT

11:45AM 5   ATTRIBUTES TO THE CUSTOMER, BE IT NUMBER OF PORTS, OR BE IT

11:45AM 6   POWER CONSUMPTION OR BE IT PROGRAMMABILITY, IN EACH OF THE

11:45AM 7   DIMENSIONS, ARISTA HAD AN OFFERING THAT WAS SIGNIFICANTLY

11:45AM 8   BETTER THAN CISCO'S.  HENCE, THE CONCLUSION ON THE SLIDE THAT

11:45AM 9   ARISTA LEADS IN PORT DENSITY, POWER EFFICIENCY AND

11:45AM 10  PROGRAMMABILITY.

11:45AM 11  Q.   AND HOW WOULD THE INFORMATION, AS SHOWN ON THIS CHART, BE

11:45AM 12  USED BY ARISTA?

11:45AM 13  A.   THIS PRESENTATION WAS PREPARED TO EDUCATE OUR SALES TEAM,

11:45AM 14  BUT THEN OUR SALES TEAM WOULD TAKE SUCH A SLIDE AND SHOW IT TO

11:45AM 15  THE CUSTOMER.  SO IT'S A CUSTOMER PRESENTATION, ESSENTIALLY.

11:45AM 16  Q.   AND DO ANY OF THE FACTORS OR FEATURES THAT YOU'RE

11:46AM 17  HIGHLIGHTING HERE IN THIS CHART, DO THEY REFER TO THE CLI?

11:46AM 18  A.   NO, THEY DO NOT.

11:46AM 19       MR. FERRALL:  NO FURTHER QUESTIONS.

11:46AM 20       THANK YOU, MR. SADANA.

11:46AM 21       THE COURT:  MR. NELSON, DO YOU HAVE SOME FOLLOW UP?

11:46AM 22       MR. NELSON:  JUST A LITTLE BIT, YOUR HONOR.

11:46AM 23       THE COURT:  OKAY.

11:46AM 24

11:46AM 25           **REDIRECT EXAMINATION BY MR. NELSON**

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:51AM 1  Q.   SO WOULD YOU SAY CLOUD COMPUTING IS A DIFFERENT VERTICAL

11:51AM 2  MARKET THAN DATA CENTERS?

11:51AM 3  A.   DATA CENTER SWITCHING IS THE ENTIRE MARKET.

11:51AM 4  Q.   OKAY.  NOW MY QUESTION IS, YOU'VE TOLD US ABOUT JUNOS BEING

11:51AM 5  AN INDUSTRY STANDARD IN A CERTAIN VERTICAL MARKET AND YOU THINK

11:51AM 6  IOS IS AN INDUSTRY STANDARD IN A DIFFERENT VERTICAL MARKET.

11:51AM 7      DO YOU THINK ARISTA EOS IS AN INDUSTRY STANDARD IN ANY

11:51AM 8  VERTICAL MARKET AT ALL?

11:51AM 9  A.   I THINK TODAY IN THE CLOUD IT IS.

11:51AM 10  Q.   OKAY.  SO ARISTA NOW IS, YOU SAY IS AN INDUSTRY STANDARD AS

11:51AM 11  WELL, RIGHT?

11:51AM 12  A.   IN THE CLOUD, YES.

11:51AM 13  Q.   OKAY.  SO THAT'S THREE THAT WE HAVE.  AND THAT'S, THAT'S

11:52AM 14  JUST BECAUSE YOU SAY IT'S THE MOST POPULAR IN THE CLOUD,

11:52AM 15  CORRECT?

11:52AM 16  A.   WHAT DO YOU MEAN BY THAT'S THREE?  BY THREE YOU MEAN JUNOS,

11:52AM 17  IOS AND EOS?

11:52AM 18  Q.   CORRECT.  THAT'S THREE THAT YOU'VE SAID ARE INDUSTRY

11:52AM 19  STANDARDS, RIGHT?

11:52AM 20  A.   EOS ARE ARISTA PRODUCTS ARE NOW VERY POPULAR WITH CLOUD

11:52AM 21  COMPANIES AND IN THAT PERSPECTIVE, YOU COULD SAY YES EOS WAS

11:52AM 22  BEFORE OR RATHER THE INDUSTRY STANDARD IN THAT WAY.

11:52AM 23  Q.   RIGHT.  SO WHAT YOU ARE SAYING IS IT'S THE MOST POPULAR

11:52AM 24  WITH CUSTOMERS, RIGHT, THAT'S WHAT YOU ARE SAYING, WHEN YOU ARE

11:52AM 25  USING THE TERM INDUSTRY STANDARD?

REDIRECT EXAMINATION OF MR. SADANA BY MR. NELSON

11:52AM  1    A.    THAT'S CORRECT.

11:52AM  2              MR. NELSON:  THANK YOU, SIR.  I DON'T HAVE ANY

11:52AM  3    FURTHER QUESTIONS FOR YOU.

11:52AM  4              MR. FERRALL:  NO FURTHER QUESTIONS.

11:52AM  5              THE COURT:  THANK YOU.

11:52AM  6        ALL RIGHT.  MR. SADANA, THANK YOU FOR YOUR TESTIMONY.  YOU

11:53AM  7    ARE FREE TO GO.

11:53AM  8        MR. NELSON, YOUR NEXT WITNESS?

11:53AM  9              MR. NELSON:  YES, YOUR HONOR.

11:53AM  10       AT THIS POINT WE CALL MR. CHARLES GIANCARLO.

11:53AM  11             MR. FERRALL:  BEFORE WE BRING MR. GIANCARLO IN,

11:53AM  12   YOUR HONOR, COULD WE HAVE A SIDEBAR REGARDING INSTRUCTIONS?

11:53AM  13             THE COURT:  OF COURSE.  SURE.  YEAH.

11:53AM  14       (SIDEBAR DISCUSSION ON THE RECORD.)

11:53AM  15             THE COURT:  SO IS THERE AN INSTRUCTION?

11:53AM  16             MR. FERRALL:  I THINK, WE HAD IT STIPULATED WE FILED

11:53AM  17   IT LAST NIGHT, WE'VE GOT A COPY.

11:53AM  18             THE COURT:  I PRINTED IT OUT AND I DON'T THINK I

11:53AM  19   BROUGHT IT, SO THANK YOU.  LET ME JUST TAKE A LOOK.  OH, THAT'S

11:54AM  20   IT.  GREAT.  GOOD.  AND IT'S AGREED TO, I CAN READ IT?

11:54AM  21             MR. NELSON:  YEAH, THAT'S FINE.

11:54AM  22             THE COURT:  JUST AFTER HE TAKES HIS OATH.

11:54AM  23             MR. NELSON:  I BELIEVE SO.

11:54AM  24             MR. FERRALL:  YES.

11:54AM  25             THE COURT:  IS MR. GIANCARLO IN THE COURTROOM?

01:52PM  1      AND WHAT DOES THAT SAY?

01:52PM  2   A.   IT SAYS INCREASING ENTERPRISE SALES, LOW COST ALTERNATIVE,

01:52PM  3   "SAME AS CISCO," COPIES CLI FROM IOS.

01:52PM  4   Q.   ARE YOU SURPRISED, AS YOU SIT HERE TODAY, TO SEE A CISCO

01:52PM  5   DOCUMENT REFERRING TO A COMPANY COPYING CLI FROM IOS?

01:52PM  6   A.   NO.

01:52PM  7   Q.   WHY IS THAT?

01:52PM  8   A.   AS I SAID, FROM THE MID TO LATE 90'S ON, THERE WERE A

01:52PM  9   NUMBER OF COMPETITORS THAT HAD VERY SIMILAR COMMAND LINES, IF

01:52PM 10   NOT IN MANY CASES, NOT FULLY, BUT PARTIALLY IDENTICAL TO

01:53PM 11   CISCO'S COMMAND LINE COMMANDS.

01:53PM 12   Q.   DID YOU EVER URGE CISCO TO CALL UP FOUNDRY AND TELL THEM

01:53PM 13   THEY CAN'T COPY CLI FROM IOS?

01:53PM 14   A.   NO.

01:53PM 15   Q.   WHY NOT?

01:53PM 16   A.   WE -- IT WAS OUR UNDERSTANDING, AGAIN, FROM THE LATE 90'S

01:53PM 17   ON, THAT THE CLI COMMANDS WERE NOT PROTECTABLE.

01:53PM 18   Q.   AND WHAT WAS THAT UNDERSTANDING BASED ON?

01:53PM 19   A.   GENERAL KNOWLEDGE, COMMENTS FROM SENIOR MANAGEMENT AT CISCO

01:53PM 20   THAT CLI COMMANDS THEMSELVES WERE NOT PROTECTABLE.

01:53PM 21   Q.   NOW LET ME TURN TO THE DISPUTE WITH HUAWEI, EXPLORE THAT A

01:53PM 22   LITTLE BIT MORE.

01:53PM 23      CAN WE BACK UP A LITTLE BIT AND EXPLAIN TO THE JURY THE

01:54PM 24   CIRCUMSTANCES THAT LEAD CISCO TO ULTIMATELY SUE HUAWEI.

01:54PM 25   A.   YES.   EARLY IN THE 2000-DECADE, 2000, 2001, ROUGHLY AROUND

01:54PM  1    THAT TIME PERIOD, IT HAD COME TO OUR ATTENTION NATURALLY

01:54PM  2    THROUGH OUR SALES FORCE THAT HUAWEI WAS SELLING A SET OF

01:54PM  3    ROUTERS, ACTUALLY ACCESS ROUTERS IN CHINA THAT WERE LITERALLY

01:54PM  4    IDENTICAL TO CISCO PRODUCTS, I MEAN, WHEN YOU LOOKED AT THEM,

01:54PM  5    THEY LOOKED EXACTLY THE SAME, IN ADDITION TO THE WAY THEY

01:54PM  6    FUNCTIONED.

01:54PM  7         SO AS YOU MIGHT EXPECT, AND LIKE EVERY OTHER COMPETITOR, WE

01:54PM  8    BOUGHT SOME OF THOSE PRODUCTS, TOOK THEM IN HOUSE AND STARTED

01:54PM  9    DOING THIS COMPETITIVE TESTING ON IT.

01:54PM 10         AND WHAT WE DISCOVERED WAS NOT ONLY DID THEY LOOK LIKE OUR

01:54PM 11    PRODUCTS BUT THEY ACTED ALMOST IDENTICAL TO OUR PRODUCTS, IN

01:54PM 12    FACT, THEY HAD SOMETHING WE LEARNED OVER TIME IN TESTING WHICH

01:54PM 13    WE CALL BUG COMPATIBILITY, MEANING THEY WERE NOT ONLY THE SAME

01:54PM 14    AS OUR PRODUCTS, BUT THEY HAD EXACTLY THE SAME BUGS THAT OUR

01:55PM 15    PRODUCTS HAD.

01:55PM 16         AND IF YOU ARE ANOTHER MANUFACTURER, YOU DON'T COPY BUGS.

01:55PM 17    IF YOU ARE WRITING YOUR OWN SOFTWARE, YOU ARE NOT COPYING BUGS.

01:55PM 18    SO FOR US IT BECAME CLEAR, AND ESPECIALLY AFTER MORE TESTING,

01:55PM 19    THAT THEY HAD COPIED OUR SOFTWARE.

01:55PM 20         AND SO STARTING, I BELIEVE IN 2001, POSSIBLY EARLY 2002, I

01:55PM 21    STARTED MAKING A NUMBER OF TRIPS TO CHINA, FIRST WITH THE

01:55PM 22    CHINESE AUTHORITIES MINISTRY OF INDUSTRY AND OTHERS, AND THEN

01:55PM 23    EVENTUALLY -- WELL, I MET WITH THEM, THEY URGED ME TO SPEAK

01:55PM 24    WITH HUAWEI ABOUT THIS.

01:55PM 25    Q.   AND LET ME JUST STOP YOU BEFORE WE GO THERE, DID CISCO EVER

01:55PM   1    COME TO LEARN APPROXIMATELY HOW MUCH OF ITS SOURCE CODE HUAWEI

01:55PM   2    HAD COPIED?

01:55PM   3    A.   WE BELIEVED SUBSTANTIALLY ALL, CERTAINLY MORE THAN

01:55PM   4    90 PERCENT.  MINOR MODIFICATIONS.

01:56PM   5    Q.   YOU MADE SOME TRIPS TO ASIA FOR THIS?

01:56PM   6    A.   YES.

01:56PM   7    Q.   AND WHO WENT WITH YOU ON THOSE TRIPS TO ASIA?

01:56PM   8    A.   WELL, IT WAS SEVERAL DIFFERENT TRIPS.  AND SEVERAL

01:56PM   9    DIFFERENT PEOPLE AT DIFFERENT TIMES.  BUT GENERAL COUNSEL AT

01:56PM  10    TIMES, THEY HAD STRATEGY AT TIMES, CERTAINLY THE HEAD OF CHINA

01:56PM  11    AND ASIA.

01:56PM  12    Q.   AND WHAT WERE THE RESULTS OF THOSE VARIOUS TRIPS TO ASIA?

01:56PM  13    A.   WHEN I MET WITH THE CHINESE AUTHORITIES THEY ENCOURAGED ME

01:56PM  14    OVER TIME -- THEIR FIRST ASSERTION WAS THAT THEY BELIEVED VERY

01:56PM  15    MUCH IN PROTECTING INTELLECTUAL PROPERTY AND THEY WANTED US TO

01:56PM  16    KNOW THAT THEY WOULD BE SUPPORTIVE OF PROTECTION OF OUR

01:56PM  17    INTELLECTUAL PROPERTY.  THEY ENCOURAGED US TO SPEAK WITH HUAWEI

01:56PM  18    DIRECTLY.

01:56PM  19        WE SET UP SEVERAL MEETINGS WITH HUAWEI IN THEIR HOME CITY,

01:56PM  20    WHICH IS OUTSIDE OF HONG KONG, AND I MET WITH THE CEO, AND THE

01:57PM  21    CHIEF OPERATING OFFICER OF HUAWEI ON TWO OR THREE OCCASIONS IN

01:57PM  22    SHANG ZHEN, WHICH IS THAT CITY OUTSIDE OF HONG KONG, AT WHICH

01:57PM  23    TIME WE BROUGHT TO THEIR ATTENTION THE FACT THAT WE BELIEVE

01:57PM  24    STRONGLY THAT THEY HAD COPIED OUR SOURCE CODE.

01:57PM  25    Q.   AND WERE YOU ABLE TO REACH ANY RESOLUTION WITH HUAWEI?

CROSS-EXAMINATION OF MR. GIANCARLO BY MR. FERRALL

01:57PM   1    A.   UNFORTUNATELY NOT.  THEY DENIED USE OF ANY OF OUR SOURCE

01:57PM   2    CODE.

01:57PM   3    Q.   NOW IN THOSE MEETINGS THAT YOU HAD WITH HUAWEI, DID YOU

01:57PM   4    EVER DEMAND THAT HUAWEI CHANGE ITS CLI COMMANDS?

01:57PM   5    A.   NO.  THE FOCUS WAS ON THEM STOPPING USE OF OUR SOURCE CODE.

01:57PM   6    Q.   IN YOUR VIEW, WOULD YOU HAVE URGED CISCO TO FILE A LAWSUIT

01:57PM   7    AGAINST HUAWEI IF THE ONLY THING YOU SAW THAT WAS SIMILAR WERE

01:57PM   8    CLI COMMANDS?

01:57PM   9    A.   NO.

01:57PM   10   Q.   NOW I WANT TO ASK YOU A COUPLE OF QUESTIONS ABOUT YOUR

01:58PM   11   DECLARATION.  DID YOU WRITE THE DECLARATION THAT CISCO SHOWED

01:58PM   12   YOU AND ASKED YOU ABOUT?

01:58PM   13   A.   I DID NOT.

01:58PM   14   Q.   WHO DID?

01:58PM   15   A.   CISCO ATTORNEYS.

01:58PM   16   Q.   DID YOU DECIDE WHAT TO PUT INTO THAT DECLARATION?

01:58PM   17   A.   I DID NOT.

01:58PM   18   Q.   WHO DECIDED THAT, TO YOUR KNOWLEDGE?

01:58PM   19   A.   CISCO ATTORNEYS.

01:58PM   20   Q.   I THINK YOU MADE THIS CLEAR, BUT DID YOU HAVE ANY

01:58PM   21   INVOLVEMENT WHATSOEVER IN DECIDING WHAT LEGAL CLAIMS TO BRING

01:58PM   22   AGAINST HUAWEI?

01:58PM   23   A.   I DID NOT.

01:58PM   24   Q.   LET'S CALL UP THAT EXHIBIT, WHICH IS EXHIBIT 250.  AND

01:59PM   25   LET'S FOCUS ON THE BOTTOM LEFT CORNER.  YOU ARE AWARE,

CROSS-EXAMINATION OF MR. GIANCARLO BY MR. FERRALL

01:59PM  1     MR. GIANCARLO, THAT THE DECLARATION WAS FILED UNDER SEAL?

01:59PM  2     A.   I AM.

01:59PM  3     Q.   AND WAS THAT YOUR DECISION?

01:59PM  4     A.   NO.

01:59PM  5     Q.   WHOSE DECISION WAS THAT?

01:59PM  6     A.   CISCO ATTORNEYS, I ASSUME.

01:59PM  7     Q.   DO YOU KNOW WHY CISCO CHOSE TO FILE THIS DECLARATION UNDER

01:59PM  8     SEAL?

01:59PM  9     A.   I DO NOT.

01:59PM  10    Q.   ARE YOU AWARE OF THE DECLARATION EVER BECOMING PUBLIC AFTER

01:59PM  11    THE TIME IT WAS SEALED UNTIL THIS LITIGATION?

01:59PM  12    A.   I AM NOT.

01:59PM  13    Q.   WHILE AT CISCO, DID YOU EVER SHARE THIS DECLARATION OUTSIDE

01:59PM  14    OF CISCO?

01:59PM  15    A.   NO, AND I HAD NO ACCESS TO IT.

01:59PM  16    Q.   DID YOU EVER DISCUSS THIS DECLARATION WITH ANYONE OUTSIDE

01:59PM  17    OF CISCO?

01:59PM  18    A.   I DID NOT.

01:59PM  19    Q.   DID YOU EVER DISCUSS IT WITH ANYONE AT ARISTA?

02:00PM  20    A.   NO.

02:00PM  21    Q.   HAVE YOU EVER DISCUSSED THE HUAWEI LITIGATION WITH ANYONE

02:00PM  22    AT ARISTA BEFORE THIS LAWSUIT WAS FILED, AT LEAST?

02:00PM  23    A.   NO.

02:00PM  24    Q.   NOW ONE MORE QUESTION, BACK TO THE COMPETITORS THAT HAD

02:00PM  25    SIMILAR CLI, WAS THERE -- WHAT, IF ANY, BUSINESS REASON DID

CROSS-EXAMINATION OF MR. GIANCARLO BY MR. FERRALL

02:00PM  1    CISCO HAVE FOR NOT CALLING UP COMPANIES LIKE FOUNDRY AND

02:00PM  2    TELLING THEM NOT TO USE OR COPY CISCO'S CLI?

02:00PM  3    A.   WELL, AGAIN, IT WAS OUR BELIEF, BASED ON ASSERTIONS WE HAD

02:00PM  4    FROM CISCO MANAGEMENT AND REPEATED OVER AS WE DISCUSSED SUCH

02:00PM  5    THINGS, THAT THE CLI WAS NOT PROTECTABLE.

02:00PM  6         GIVEN IN THE LATE 1990'S, AS I SAID, WE BELIEVED IT WAS NOT

02:00PM  7    PROTECTABLE.  WE SAID WELL, IF WE CAN'T PROTECT IT THEN LET'S

02:01PM  8    USE IT, WE MIGHT AS WELL SAY IT'S A STANDARD, IF OTHERS ARE

02:01PM  9    USING IT AS WELL AND CAN CLAIM TO BE, LET'S SAY, STANDARD AND

02:01PM  10   OPEN, WHICH IS AN ADVANTAGE IN AND OF ITSELF

02:01PM  11   Q.   WHY IS THAT, WHY WOULD THAT BE AN ADVANTAGE TO CISCO?

02:01PM  12   A.   CUSTOMERS, AS YOU MIGHT IMAGINE, DON'T LIKE TO BE LOCKED IN

02:01PM  13   TO A SPECIFIC VENDOR.  THEY WANT THE ABILITY TO MIX VENDORS,

02:01PM  14   THEY WANT THE ABILITY IF THEY DON'T LIKE THE VENDOR, TO ONE DAY

02:01PM  15   TO BE ABLE TO MOVE TO ONE VENDOR TO ANOTHER.

02:01PM  16        AND TO THE EXTENT THAT A PRODUCT INTEROPERATES WITH OTHER

02:01PM  17   PRODUCTS, THAT IS MORE OPEN, IT'S MORE STANDARD, IT MAKES IT

02:01PM  18   EASIER FOR CUSTOMERS TO MOVE FROM ONE VENDOR TO ANOTHER VENDOR.

02:01PM  19        AND SO IN SELLING AND MARKETING TO CUSTOMERS, A LOT OF

02:01PM  20   TIMES THEY WANT TO KNOW THAT YOU ARE STANDARD AND OPEN.

02:01PM  21        AND SO BY IDENTIFYING OUR CLI COMMANDS AS BEING STANDARD,

02:02PM  22   INDUSTRY STANDARD, IT INDICATES THAT WE WERE MORE OPEN AND

02:02PM  23   THEREFORE CUSTOMERS WOULD BE MORE COMFORTABLE BUYING FROM US.

02:02PM  24   Q.   NOW, YOU STILL KNOW EXECUTIVES AT CISCO, I TAKE IT?

02:02PM  25   A.   I DO, YES.

02:04PM  1    COMMAND-LINE INTERFACE WAS PROTECTED, CORRECT?

02:04PM  2    A.   YES.

02:04PM  3    Q.   NOW SIR, I THINK I ASKED YOU THIS QUESTION BEFORE, BUT

02:04PM  4    SINCE 2003, YOU NEVER TOLD ANYONE PUBLICLY THAT YOU DIDN'T

02:04PM  5    ACTUALLY BELIEVE CISCO'S COMMAND-LINE INTERFACE WAS COPYRIGHTED

02:04PM  6    AND PROTECTED, CORRECT?

02:04PM  7    A.   I THINK WE ARE USING COMMAND-LINE INTERFACE IN TWO

02:04PM  8    DIFFERENT SENSES, AND IT'S VERY IMPORTANT TO, I THINK,

02:04PM  9    DIFFERENTIATE WHAT COMMAND-LINE INTERFACE MEANS.

02:04PM  10        WHEN YOU TALK TO THE ENGINEERS ABOUT COMMAND-LINE

02:04PM  11   INTERFACE, IT MEANS THE ENTIRE STRUCTURE, IT MEANS ALL THE

02:05PM  12   SOFTWARE THAT GOES INTO MAKING THAT UP, IT MEANS THE PARSER

02:05PM  13   THAT'S INVOLVED IN FILTERING THE COMMAND-LINE INTERFACE

02:05PM  14   COMMANDS, IT MEANS THE RESPONSES THAT THE DIFFERENT MODULES OF

02:05PM  15   IOS PROVIDE BACK TO THE USER, AND IT ALSO MEANS THE COMMANDS

02:05PM  16   THEMSELVES.

02:05PM  17        AND SO WHEN I SAY IT'S A KEY COMPONENT OF CISCO'S

02:05PM  18   COPYRIGHTED PROGRAMS, I ACTUALLY, YOU KNOW, MY INTERPRETATION

02:05PM  19   OF THAT WHEN I SIGNED IT, IS THAT THE PART OF THE SOFTWARE OF

02:05PM  20   IOS SOFTWARE MAKES UP THE COMMAND-LINE INTERFACE.

02:05PM  21        WHEN -- I HAVE, SINCE THE LATE 90'S, UNDERSTOOD, SPOKEN

02:05PM  22   ABOUT AND BELIEVED THAT THE COMMANDS THEMSELVES ARE NOT

02:05PM  23   PROTECTABLE.

02:05PM  24        SO WHEN, YOU KNOW, IT TURNS OUT THAT PEOPLE WILL USE

02:06PM  25   COMMAND-LINE INTERFACE TO MEAN DIFFERENT PARTS OF THAT AT

REDIRECT EXAMINATION OF MR. GIANCARLO BY MR. NELSON

02:06PM    1    DIFFERENT TIMES.  WHEN I TALK ABOUT THE COMMAND-LINE INTERFACE,

02:06PM    2    I MEAN ALL OF IT TOGETHER.

02:06PM    3    Q.   SIR, YOU DIDN'T SAY ALL THAT TO THE COURT, DID YOU?

02:06PM    4    A.   I TRIED TO.

02:06PM    5    Q.   AND WE LOOKED TO THE COMPLAINT WHICH YOU SAID YOU

02:06PM    6    UNDERSTOOD THE ALLEGATIONS, AND THE COMPLAINT REFERRED TO THE

02:06PM    7    COMMANDS, CORRECT?

02:06PM    8    A.   I CAN'T SPEAK TO THE WAY THE COMPLAINT WAS WRITTEN.

02:06PM    9    Q.   BUT YOU REFERRED THE COURT TO THE COMPLAINT.  AND YOU

02:06PM   10    DEFINED THE COMMAND-LINE INTERFACE AS BEING THE COMMANDS?

02:06PM   11    A.   I DID.

02:06PM   12    Q.   AND YOU TOLD THE COURT --

02:06PM   13    A.   WELL, NO, NO, NO, TO BE CLEAR, I DID NOT REFER TO THE

02:06PM   14    COMMAND-LINE INTERFACE AS BEING THE COMMANDS.  YOU ARE SAYING

02:06PM   15    THE COMPLAINT DID.

02:06PM   16    Q.   CORRECT.

02:06PM   17    A.   WHICH I DID NOT REVIEW AT THE TIME.

02:06PM   18    Q.   AND YOU REFERRED THE COURT TO THE COMPLAINT AND REPRESENTED

02:06PM   19    TO THE COURT THAT YOU UNDERSTOOD THE ALLEGATIONS IN THE

02:06PM   20    COMPLAINT?

02:06PM   21    A.   I DID -- I DIDN'T SAY AS TO THE ALLEGATIONS IN THE

02:06PM   22    COMPLAINT, I REFERRED TO THE ALLEGATIONS IN THE COMPLAINT,

02:07PM   23    CORRECT.

02:07PM   24    Q.   AND YOU -- YOU WERE THE EXECUTIVE IN CHARGE OF INITIATING

02:07PM   25    AND PURSUING THE LAWSUIT AGAINST HUAWEI, RIGHT?

REDIRECT EXAMINATION OF MR. GIANCARLO BY MR. NELSON

02:07PM  1    A.  I WAS.

02:07PM  2    Q.  AND YOU UNDERSTOOD, SIR, YOU UNDERSTAND AS PART OF THE

02:07PM  3    RESOLUTION OF THAT HUAWEI CHANGED THEIR COMMANDS, CORRECT?

02:07PM  4    A.  I UNDERSTAND THAT, YES.

02:07PM  5    Q.  OKAY.  SO THEY CHANGED THEIR COMMAND, THAT WAS PART OF THE

02:07PM  6    RESOLUTION OF THE CASE, CORRECT?

02:07PM  7    A.  MY GOAL IN THE CASE WAS TO GET THEM TO CHANGE THEIR SOURCE

02:07PM  8    CODE, WHICH THEY DID.

02:07PM  9    Q.  SIR, I THINK YOU SAID YOU DON'T THINK YOU WOULD HAVE FILED

02:07PM  10   A CASE IF IT WAS ONLY ABOUT COPYING OF THE COMMAND-LINE

02:07PM  11   INTERFACE, CORRECT?

02:07PM  12   A.  IF IT WAS ONLY COPYING OF THE COMMANDS, CORRECT.

02:07PM  13   Q.  AND YOU UNDERSTAND IN THIS CASE THERE ARE PATENTS INVOLVED,

02:07PM  14   RIGHT?

02:07PM  15   A.  I THINK THIS IS A CLI CASE RIGHT NOW, IN TERMS OF THE OVER

02:07PM  16   ALL DISPUTE, THERE ARE PATENTS INVOLVED, YES.

02:07PM  17   Q.  SO THERE ARE OTHER PATENTS THAT ARE BEING ASSERTED -- YOU

02:07PM  18   UNDERSTAND THAT THE INTELLECTUAL PROPERTY ALLEGATIONS ARE NOT

02:07PM  19   LIMITED TO THE COMMAND-LINE INTERFACE, RIGHT?

02:07PM  20   A.  YES.

02:07PM  21   Q.  MANY PATENTS?

02:07PM  22   A.  SEVERAL.

02:08PM  23   Q.  OKAY.  AND YOU UNDERSTAND THERE'S ACTUALLY IN THIS CASE,

02:08PM  24   ANOTHER PATENT AS WELL, RIGHT?

02:08PM  25   A.  ACTUALLY, I'M NOT INVOLVED IN THAT.

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:26PM 1    A.   THAT'S CORRECT.

02:26PM 2    Q.   AND AGAIN, THAT WOULD BE AN ENGINEER OF DISTINCTION AT

02:26PM 3    ARISTA, CORRECT?

02:26PM 4    A.   I GUESS SO.

02:26PM 5    Q.   WHEN YOU WERE AT ARISTA, YOU POINTED OUT TO POTENTIAL

02:26PM 6    CUSTOMERS THAT ARISTA'S USER INTERFACE IS JUST LIKE CISCO'S;

02:26PM 7    ISN'T THAT TRUE?

02:26PM 8    A.   SURE, YEAH.

02:26PM 9    Q.   YOU SAID THAT TO MANY CUSTOMERS, DIDN'T YOU?

02:26PM 10   A.   IT'S LIKELY I DID.

02:26PM 11   Q.   OKAY.  AND YOU ALSO TOLD THOSE SAME CUSTOMERS THAT THEY CAN

02:27PM 12   SAVE RE-TRAINING COSTS AND THEY CAN EASILY ADOPT ARISTA'S

02:27PM 13   NETWORKING EQUIPMENT BECAUSE IT HAS THE SAME USER INTERFACE AS

02:27PM 14   CISCO'S, ISN'T THAT RIGHT?

02:27PM 15   A.   THAT'S CORRECT.

02:27PM 16   Q.   AND TAKE A LOOK AT, SIR, EXHIBIT 176 IN YOUR BINDER.

02:27PM 17        THIS WAS AN E-MAIL THAT WAS SENT FROM MR. DAVID MCLEOD, TO

02:27PM 18   YOU, MR. DALE, ON OCTOBER 9TH, 2012, WHILE YOU WERE EMPLOYED AT

02:27PM 19   ARISTA NETWORKS, CORRECT?

02:27PM 20   A.   THAT'S CORRECT.

02:27PM 21        MR. PAK:  YOUR HONOR, I WOULD LIKE TO MOVE

02:27PM 22   EXHIBIT 176 INTO EVIDENCE.

02:27PM 23        MR. SILBERT:  NO OBJECTION.

02:27PM 24        THE COURT:  IT WILL BE ADMITTED.

02:27PM 25

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:27PM 1        (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 176, HAVING BEEN

02:27PM 2   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

02:27PM 3   EVIDENCE.)

02:27PM 4   BY MR. PAK:

02:27PM 5   Q.   SO LET'S TAKE A LOOK AT THE PAGE, THE SECOND PAGE, WHICH

02:27PM 6   HAS THE BATES NUMBER 803, AND WHO WAS MR. MCLEOD AT ARISTA?

02:28PM 7   A.   SO DAVID, PER HIS TITLE HERE, WAS SALES SOUTHERN REGION

02:28PM 8   AUSTRALIA, NEW ZEALAND.

02:28PM 9   Q.   OKAY.  AND YOU WORKED REGULARLY WITH MR. MCLEOD, CORRECT?

02:28PM 10  A.   I DID, YES.

02:28PM 11  Q.   AND BOTH OF YOU WERE TRYING TO SELL ARISTA EQUIPMENT TO

02:28PM 12  POTENTIAL CUSTOMERS, CORRECT?

02:28PM 13  A.   THAT'S CORRECT.

02:28PM 14  Q.   SO LET'S TAKE A LOOK AT THE TOP PARAGRAPH.  WHAT MR. MCLEOD

02:28PM 15  WROTE IS, IN A QUICK SUMMARY OF OUR VALUE/DIFFERENTIATION, IF

02:28PM 16  YOU ARE LOOKING TO SIMPLIFY OUR NETWORK DESIGN, FUTURE PROOF

02:28PM 17  FOR NEW SERVICES AND REDUCE CAPEX/OPEX OUR SOLUTIONS CAN HELP

02:28PM 18  IN A STORAGE CLOUD ENVIRONMENT.

02:28PM 19       AND CAPEX/OPEX, THOSE ARE EXPENDITURES, CAPITAL

02:29PM 20  EXPENDITURE, OPERATIONAL EXPENDITURE; IS THAT RIGHT?

02:29PM 21  A.   I THINK THAT'S FAIR.

02:29PM 22  Q.   AND WHAT HE SAYS NEXT IS, ADD IN A CLI IDENTICAL TO CISCO

02:29PM 23  IOS AND WE MAKE IT SIMPLE TO TRANSITION OPERATIONALLY.

02:29PM 24       THAT WAS CONSISTENT WITH YOUR UNDERSTANDING OF ARISTA'S

02:29PM 25  MARKETING PITCH, CORRECT?

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:29PM 1    A.    TYPICALLY, I DON'T THINK MARKETING INVOLVED TALKING ABOUT

02:29PM 2    THE COMMAND LINE, IT GENERALLY WASN'T A MAIN SELLING POINT.

02:29PM 3        THAT SAID, FOR SOME CUSTOMERS, WHO MIGHT HAVE BEEN TRAINED

02:29PM 4    ON OTHER DEVICES, IT MIGHT HAVE BEEN IMPORTANT.

02:29PM 5    Q.    YOU DON'T DISPUTE THAT ARISTA PEOPLE TALKED TO CUSTOMERS

02:29PM 6    AND SAID THESE VERY SAME THINGS, ADD IN A CLI IDENTICAL TO

02:29PM 7    CISCO IOS AND WE IT MAKE IT SIMPLE TO TRANSITION EXISTING CISCO

02:29PM 8    CUSTOMERS TO ARISTA CUSTOMERS, CORRECT?

02:29PM 9    A.    SURE.

02:29PM 10   Q.    YOU SAID THOSE THINGS, CORRECT?

02:29PM 11   A.    I DON'T KNOW IF I USED THOSE EXACT WORDS, BUT SURE.

02:29PM 12   Q.    OKAY.  AND YOU KNOW OTHER PEOPLE AT ARISTA USED SIMILAR

02:30PM 13   WORDS TO CONVEY THE SAME MESSAGE, CORRECT?

02:30PM 14   A.    YES, IT'S POSSIBLE.

02:30PM 15   Q.    AND AS WE DISCUSSED EARLIER, PART OF YOUR JOB AT ARISTA WAS

02:30PM 16   TO GIVE THESE PRESENTATIONS TO INDUSTRY CONFERENCES ABOUT

02:30PM 17   ARISTA'S PRODUCTS, CORRECT?

02:30PM 18   A.    THAT'S CORRECT.

02:30PM 19   Q.    AND WHEN YOU PRESENTED AT INDUSTRY CONFERENCES TALKING

02:30PM 20   ABOUT ARISTA PRODUCTS AS A DISTINGUISHED ENGINEER, YOU KNEW IT

02:30PM 21   WAS IMPORTANT TO MAKE SURE THAT YOU WERE PRESENTING ACCURATELY,

02:30PM 22   CORRECT?

02:30PM 23   A.    I LIKE TO BE ACCURATE, YES.

02:30PM 24   Q.    YOU KNOW IT WAS IMPORTANT, CORRECT?

02:30PM 25   A.    SURE.

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:34PM 1          MR. PAK:  NO, WE ARE STARTING FROM 21 MINUTES INTO

02:34PM 2   THE VIDEO.

02:34PM 3          THE COURT:  WE CAN LISTEN TO 21 MINUTES, I JUST

02:34PM 4   WANTED TO KNOW IF I HEARD YOU RIGHT.

02:34PM 5          MR. PAK:  I WOULDN'T DO THAT TO US.

02:34PM 6       (WHEREUPON, A VIDEO WAS PLAYED IN OPEN COURT.)

02:34PM 7   Q.  I WANT TO GO BACK AND PLAY IT ONE MORE TIME, MR. FISHER.

02:34PM 8       AND THEN MR. FISHER, IF WE COULD BACK UP THERE AND IF YOU

02:34PM 9   COULD PAUSE AT THE LAST FRAME.

02:35PM 10      I WANT TO ASK MR. -- SO AGAIN, MR. DALE, THAT WAS YOU?

02:35PM 11  A.  IT'S ME.

02:35PM 12  Q.  OKAY.  AND AT THE TOP IT SAYS EOS INDUSTRY STANDARD CLI,

02:35PM 13  CORRECT?

02:35PM 14  A.  THAT'S RIGHT.

02:35PM 15  Q.  AND THEN ON THE LEFT-HAND SIDE IT SAYS, COMMON CLI TOOLS

02:35PM 16  AND WHAT YOU WROTE IN THIS INDUSTRY PRESENTATION IS ARISTA'S

02:35PM 17  CLI COMMANDS, SAME AS CISCO IOS, THAT'S WHAT YOU WROTE AND

02:35PM 18  PRESENTED, CORRECT?

02:35PM 19  A.  THAT'S WHAT'S IN THAT SLIDE.

02:35PM 20  Q.  AND IF YOU LOOK CAREFULLY SIR AT THE SCREEN, YOU WILL SEE

02:35PM 21  THAT THERE'S A SCREEN OUTPUT; IS THAT CORRECT?

02:35PM 22  A.  THAT'S RIGHT.

02:35PM 23  Q.  AND WHAT YOU ARE ACTUALLY SHOWING IS A SCREEN SNAPSHOT OF

02:35PM 24  AN ARISTA SWITCH RUNNING SOME COMMANDS AND SCREEN OUTPUTS FROM

02:35PM 25  THAT SWITCH; IS THAT CORRECT?

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:39PM 1    FOR EXAMPLE, THAT WOULD BE AT SLIDE -- THE BATES NUMBER 773, IF

02:39PM 2    YOU LOOK AT THE TOP OF THAT IN YOUR BINDER YOU WILL SEE LINCOLN

02:39PM 3    DALE MACBOOK.  DO YOU SEE THAT ENTRY?

02:39PM 4    A.   YEAH, I'M NOT SURE WHAT THE QUESTION IS.

02:39PM 5    Q.   IS THIS A DOCUMENT THAT CAME FROM YOUR FILES?

02:39PM 6    A.   IT LOOKS LIKE IT COULD, SURE.

02:39PM 7         MR. PAK:  AND YOUR HONOR, AT THIS POINT I DON'T THINK

02:39PM 8    THERE'S AN OBJECTION.  I WOULD LIKE TO MOVE THIS DOCUMENT INTO

02:39PM 9    EVIDENCE AS WELL.

02:39PM 10        MR. SILBERT:  NO OBJECTION.

02:39PM 11        THE COURT:  IT WILL BE ADMITTED.

02:39PM 12        (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER 169, HAVING BEEN

02:39PM 13   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

02:39PM 14   EVIDENCE.)

02:39PM 15   BY MR. PAK:

02:39PM 16   Q.   SO IF WE TAKE A LOOK AT THIS DOCUMENT, IT'S A SIMILAR

02:39PM 17   DOCUMENT, IT'S GOT ARISTA REINVENTING DATA CENTER SWITCHING.

02:39PM 18        IF WE JUMP TO THE PAGE ENDING IN 773.  THIS IS INTERESTING,

02:39PM 19   SO THIS DOCUMENT THAT YOU ALSO CREATED HAS EOS AT THE TOP, BUT

02:39PM 20   INSTEAD OF INDUSTRY STANDARD CLI IT SAYS OPERATIONAL CLI,

02:40PM 21   DOESN'T IT?

02:40PM 22   A.   IT DOES.

02:40PM 23   Q.   AND ON THE BOTTOM AT THE LEFT-HAND SIDE IT SAYS ARISTA CLI

02:40PM 24   COMMANDS SAME AS CISCO IOS, CORRECT?

02:40PM 25   A.   IT DOES, YES.

DIRECT EXAMINATION OF MR. DALE BY MR. PAK

02:45PM 1    Q.   AND HERE YOU RIGHT, HI ARIFF, THAT SOUNDS LIKE AN EXCUSE TO

02:45PM 2    ME.  AMAZON USES JUNIPER'S NET CONF AND ARE HAPPY WITH THAT.

02:45PM 3    BUT ON THE CISCO N7K'S, THAT FRONT END, THE JUNIPER MPLS SIDE

02:46PM 4    OF THINGS, THEY USE CLI OVER SSH, EXPECT AND THAT IS THE PLACE

02:46PM 5    IN THE NETWORK THAT IT WOULD BE APPLICABLE TO, NOT THE MPLS

02:46PM 6    JUNIPER SIDE, CORRECT?

02:46PM 7    A.   SURE, YEAH.

02:46PM 8    Q.   SO WHAT YOU WERE TALKING ABOUT HERE IS A SALES OPPORTUNITY

02:46PM 9    TO AMAZON; IS THAT CORRECT?

02:46PM 10   A.   YEAH.

02:46PM 11   Q.   OKAY.  WHAT YOU WERE SAYING IS THAT AMAZON USES SOME

02:46PM 12   JUNIPER ROUTER EQUIPMENT ON THE BACK END, CORRECT?

02:46PM 13   A.   YEP.

02:46PM 14   Q.   BUT WHAT AMAZON WAS USING WAS CISCO NEXUS 7000 PRODUCTS ON

02:46PM 15   THE FRONT END, CORRECT?

02:46PM 16   A.   THAT'S CORRECT.

02:46PM 17   Q.   SO YOU WERE POINTING OUT THAT WE WERE COMPETING FOR THE

02:46PM 18   OPPORTUNITY TO REPLACE CISCO ON THE FRONT END, CORRECT?

02:46PM 19   A.   YEAH.

02:46PM 20   Q.   AND WHAT YOU SAID IS, "WE WOULD BE A PRACTICAL DROP-IN

02:46PM 21   REPLACEMENT FOR THE CISCO, GIVEN THE 99.999 PERCENT SIMILARITY

02:47PM 22   IN THE CLI."

02:47PM 23       THAT'S WHAT YOU WROTE, CORRECT?

02:47PM 24   A.   THAT'S WHAT I WROTE.

02:47PM 25       MR. PAK:  AT THIS POINT, YOUR HONOR, I WOULD LIKE TO

CROSS-EXAMINATION OF MR. DALE BY MR. SILBERT

02:52PM 1    SHOWN IN COURT HERE.

02:52PM 2         WHY DID YOU USE THE EXPRESSION, WHY DID YOU SAY THAT'S MY

02:52PM 3    JOKE FOR IOS OR, I'M SORRY I DON'T REMEMBER THE EXACT WORDING,

02:52PM 4    BUT I THINK YOU KNOW THE STATEMENT.

02:52PM 5    A.   YEAH, SO LOOKING AT IT, I'M GUESSING I WAS PRESENTING IN

02:52PM 6    THE AFTERNOON, MAYBE LATE AFTERNOON.  YOU KNOW, IT'S A VERY

02:53PM 7    DRAWING TECHNICAL TOPIC, YOU WANT TO BE INTERESTING TO AN

02:53PM 8    AUDIENCE.  SO I THINK THE INTRODUCTION SHOWED IT AS WELL, I WAS

02:53PM 9    TRYING TO BE UPBEAT.

02:53PM 10   Q.   I'M SURE THE AUDIENCE APPRECIATED THAT.  WHAT POINT WERE

02:53PM 11   YOU TRYING TO MAKE?

02:53PM 12   A.   THE COMMAND-LINE INTERFACE IS VERY, VERY SIMILAR, AND THE

02:53PM 13   POINT I WAS TRYING TO MAKE THAT WAS FOR MANY PEOPLE WHO HAVE,

02:53PM 14   SAY, PAID FOR TRAINING, THEY DON'T NEED TO PAY FOR ADDITIONAL

02:53PM 15   TRAINING.  THE COMMAND SHOULD BE FAMILIAR TO THEM.  THAT WAS

02:53PM 16   THE PRIMARY POINT.

02:53PM 17   Q.   WHEN YOU MADE THAT STATEMENT, AT THE TIME YOU MADE IT, DID

02:53PM 18   YOU THINK THAT IT WAS ANYTHING THAT CISCO WOULD TAKE ISSUE WITH

02:53PM 19   IF CISCO HEARD IT?

02:53PM 20   A.   NO, I DIDN'T.

02:53PM 21   Q.   WOULD YOU PLEASE LOOK AT EXHIBIT 165, WHICH IS THE SLIDE

02:53PM 22   DECK, IT'S IN EVIDENCE, THAT WAS USED AT THAT PRESENTATION.  IF

02:54PM 23   WE COULD LOOK AT THE SAME SLIDE THAT MR. PAK SHOWED YOU.

02:54PM 24        IT MIGHT BE EASIER TO LOOK ON THE SCREEN THERE, YEAH.  CAN

02:54PM 25   YOU POINT OUT SOME OF THE ACTUAL CLI COMMANDS THAT ARE

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:25PM  1    A.   I WORK AT CISCO SYSTEMS.

03:25PM  2    Q.   AND WHAT IS YOUR CURRENT TITLE AT CISCO?

03:25PM  3    A.   MY CURRENT TITLE IS CHIEF NETWORK ARCHITECT.

03:25PM  4    Q.   AND CAN YOU BRIEFLY DESCRIBE TO THE JURY WHAT YOU DO AT

03:25PM  5    CISCO AS THE CHIEF NETWORK ARCHITECT?

03:25PM  6    A.   I AM THE CHIEF SOFTWARE ARCHITECT, AND MY TEAM AND I ARE

03:25PM  7    RESPONSIBLE FOR CREATING SOFTWARE STRATEGY AND SOFTWARE FOR

03:25PM  8    ROUTING PLATFORMS AT CISCO.

03:25PM  9    Q.   AND WHERE DO YOU LIVE, SIR?

03:25PM  10   A.   I LIVE IN LOS ALTOS, CALIFORNIA.

03:25PM  11   Q.   CAN YOU BRIEFLY TELL US ABOUT YOUR FAMILY?

03:25PM  12   A.   I HAVE TWO KIDS, MARRIED.

03:25PM  13   Q.   OKAY.  CAN YOU BRIEFLY SUMMARIZE YOUR EDUCATIONAL

03:25PM  14   BACKGROUND FOR THE JURY?

03:25PM  15   A.   I DID MY BACHELOR'S DEGREE FROM JABALPUR COLLEGE IN

03:26PM  16   ELECTRONICS AND TELECOMMUNICATIONS, WHICH IS IN INDIA.  AND I

03:26PM  17   DID MY MASTER'S FROM IIT ROORKEE IN COMPUTER SCIENCE IN 1985.

03:26PM  18   Q.   AND THAT WAS JABALPUR, J-A-B-A-L-P-U-R?

03:26PM  19   A.   YES, THAT'S CORRECT.

03:26PM  20   Q.   AND THEN ROORKEE, R-O-O-R-K-E-E, IN INDIA; IS THAT CORRECT?

03:26PM  21   A.   THAT'S CORRECT.

03:26PM  22   Q.   AND TELL US A LITTLE BIT ABOUT YOUR PROFESSIONAL EXPERIENCE

03:26PM  23   BEFORE YOU DECIDED TO JOIN CISCO?

03:26PM  24   A.   AFTER I GRADUATED, I WORKED AT CONSULTANT FOR IBM THROUGH

03:26PM  25   DATA CONSULTING SERVICES.  I WAS IN THE COMPUTER SOFTWARE OVER

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:27PM   1    A.   YES.

03:27PM   2    Q.   AND CAN YOU JUST GENERALLY TELL US ABOUT IOS?

03:28PM   3    A.   SO IOS IT STANDS FOR INTERNETWORK OPERATING SYSTEM.  AND

03:28PM   4    IOS IS THE OPERATING SYSTEM, IT RUNS ON ALL THE CISCO ROUTING

03:28PM   5    AND SWITCHES DEVICES, AND THESE ARE THE DEVICES WHICH MAKE

03:28PM   6    VARIOUS NETWORKS WORK.

03:28PM   7    Q.   OKAY.  AND AGAIN, JUST TO REMIND US, YOU MENTIONED

03:28PM   8    SWITCHES, WHAT ARE SWITCHES?

03:28PM   9    A.   SWITCHES ARE THE DEVICES BASICALLY WHICH SEND THE PACKETS

03:28PM   10   TO CONNECT MULTIPLE COMPUTERS.  MOST OF THE TIME SWITCHES ARE

03:28PM   11   USED IN THE DATA CENTER WHERE SERVERS RESIDE, AND THAT'S HOW

03:28PM   12   YOU ACCESS ALL YOUR WEBSITES.

03:28PM   13   Q.   WONDERFUL.

03:28PM   14        MAYBE YOU CAN PULL THE MIC A LITTLE BIT CLOSER TO YOU?

03:28PM   15           THE COURT:  I THINK IF YOU JUST SPEAK A LITTLE BIT

03:28PM   16   SLOWER, I THINK IT'S THE SPEED.

03:28PM   17   BY MR. PAK:

03:28PM   18   Q.   DOES CISCO HAVE OTHER FLAVORS OF OPERATING SYSTEMS OTHER

03:28PM   19   THAN THE CLASSIC IOS?

03:28PM   20   A.   CISCO IS ALWAYS EVOLVING THEIR OPERATING SYSTEMS AND

03:29PM   21   BRINGING IN THE NEW AND MODERN CONCEPT INTO THE OPERATING

03:29PM   22   SYSTEM.  CISCO HAS THREE OTHER OPERATING SYSTEMS.  IOS XE, IOS

03:29PM   23   XR, AND NX-OS.

03:29PM   24   Q.   AND BRIEFLY CAN YOU EXPLAIN TO THE JURY WHAT THESE OTHER

03:29PM   25   THREE OPERATING SYSTEMS ARE USED FOR?

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:29PM  1    A.   SO VERY BRIEFLY, IOS XE IS AN OPERATING SYSTEM WHICH IS

03:29PM  2    USED IN THE ENTERPRISE.  SO IOS XE WOULD BE USED IN THE SUPPORT

03:29PM  3    ROOM IF I NEEDED NETWORKING DEVICES INSTALLED IN THIS

03:29PM  4    COURTROOM.

03:29PM  5         AND NX-OS IS THE OPERATING SYSTEM WHICH IS TYPICALLY USED

03:29PM  6    IN THE DATA CENTER WHERE A LOT OF SERVERS AND COMPUTERS RESIDE.

03:29PM  7         AND IOS XR IS THE OPERATING SYSTEM WHICH IS USED BY SERVICE

03:29PM  8    PROVIDER WHICH BASICALLY MAKES UP YOUR INTERNET.

03:29PM  9    Q.   OKAY.  SO WHEN YOU SAY SERVICE PROVIDERS, ARE YOU TALKING

03:29PM  10   ABOUT TELEPHONE COMPANIES AND CABLE COMPANIES?

03:29PM  11   A.   YES.  PEOPLE LIKE AT&T, VERIZON AND COMCAST.

03:30PM  12   Q.   AND DID YOU PERSONALLY WORK ON IOS XR?

03:30PM  13   A.   YES, I DID.

03:30PM  14   Q.   AND WHEN DID IOS XR SHIP?

03:30PM  15   A.   I BELIEVE AROUND 2004.

03:30PM  16   Q.   AND AT A HIGH LEVEL, WHAT ARE SOME OF THE DIFFERENCES

03:30PM  17   BETWEEN NX-OS AND IOS XR COMPARED TO THE CLASSIC IOS OPERATING

03:30PM  18   SYSTEM?

03:30PM  19   A.   BOTH THESE OPERATING SYSTEMS, NX-OS AND IOS XR, ARE VERY

03:30PM  20   MODULAR AND SELF HEALING.

03:30PM  21   Q.   SO YOU SAID MODULAR, CORRECT?

03:30PM  22   A.   YES.

03:30PM  23   Q.   AND CAN YOU EXPLAIN BRIEFLY TO THE JURY WHAT YOU MEAN BY

03:30PM  24   MODULAR WHEN YOU ARE TALKING ABOUT OPERATING SYSTEM DESIGN?

03:30PM  25   A.   IN THE OPERATING SYSTEM AND SOFTWARE LINGO, MODULAR MEANS

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:39PM 1   RECOGNIZED LEADER IN INTERNET WORKING DEVICE OPERATING SYSTEMS

03:40PM 2   FOR DECADES CISCO IOS SOFTWARE HAS BEEN THE FOUNDATION FOR

03:40PM 3   ROUTING AND SWITCHING CONFIGURATION IN ALL ENVIRONMENTS.  THE

03:40PM 4   CISCO IOS CLI HAS ESSENTIALLY BECOME THE STANDARD FOR

03:40PM 5   CONFIGURATION IN THE NETWORKING INDUSTRY?

03:40PM 6   A.  YES.

03:40PM 7   Q.  SO ON BEHALF OF CISCO, AND SOMEBODY WHO IS THE CHIEF

03:40PM 8   ARCHITECT, WHAT DOES CISCO MEAN WHEN YOU USE THE PHRASE, HAS

03:40PM 9   BECOME THE STANDARD IN DESCRIBING IOS CLI?

03:40PM 10  A.  SO WHAT IT DESCRIBES IS THAT CISCO IOS CLI WAS THE BEST, TO

03:40PM 11  COMPETE AGAINST IT, TO SET THE BAR.  ALSO, IT DEFINED A SET OF

03:40PM 12  PROPERTIES WHICH PEOPLE WERE ALWAYS EXPECTING A LOT OF.

03:40PM 13  Q.  DID CISCO, WHEN IT WROTE THESE WORDS, "BECAME THE

03:40PM 14  STANDARD," WAS IT TELLING THE WORLD THAT ANYONE COULD COME AND

03:40PM 15  COPY THE CISCO CLI WITHOUT A LICENSE?

03:40PM 16       MR. FERRALL:  OBJECTION.  FOUNDATION.

03:40PM 17       THE COURT:  SUSTAINED.

03:40PM 18  BY MR. PAK:

03:41PM 19  Q.  HAVE YOU EVER, IN YOUR EXPERIENCE AT CISCO, HEARD ANYONE

03:41PM 20  SAY THAT IT WAS CISCO'S POLICY TO ALLOW COMPANIES TO COPY CISCO

03:41PM 21  CLI WITHOUT A LICENSE?

03:41PM 22  A.  I HAVE NOT.

03:41PM 23  Q.  DO YOU BELIEVE THAT CISCO CLI IS IMPORTANT TO CISCO'S

03:41PM 24  BUSINESS?

03:41PM 25  A.  YES.

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:48PM   1    INTERNET WORKING OPERATING SYSTEM OR IOS?

03:48PM   2    A.   THE -- SOME OF THESE PRODUCTS RUN EITHER IOS OR THE VERY

03:48PM   3    END OF IOS WHICH WE TALKED ABOUT EOS, IOS XR, NX-OS.

03:48PM   4    Q.   ONE OF THE TYPES OF PRODUCTS THAT CISCO DOES MAKE IS THE

03:48PM   5    GIGABIT ETHERNET SWITCHING PRODUCTS, CORRECT?

03:48PM   6    A.   YES, WE MAKE A FEW OF THEM.

03:48PM   7    Q.   AND I THINK YOU MENTIONED THE NEXUS 7000?

03:48PM   8    A.   YES.

03:48PM   9    Q.   WHAT IS THE INTENDED MARKET FOR THE NEXUS 7000 PRODUCT?

03:48PM   10   A.   THE INTENDED MARKET FOR NEXUS 7000 IS THE DATA CENTER

03:48PM   11   MARKET.  THE DATA CENTER ARE THE PLACES WHERE WE HAVE THE

03:48PM   12   SERVERS WHICH RUN BASICALLY YOUR URL'S, SO WHEN YOU ACCESS A

03:48PM   13   URL, YOU ARE BASICALLY ACCESSING THOSE COMPUTERS.

03:48PM   14   Q.   OKAY.  SO WHEN YOU ARE ACCESSING THE URL ON YOUR HOME PAGE

03:48PM   15   AND YOU TYPE WWW.NFL.COM, CHANCES ARE IT'S GOING THROUGH A

03:49PM   16   PRODUCT LIKE THE NEXUS 7000?

03:49PM   17   A.   VERY GOOD CHANCES ARE IT IS GOING THROUGH NEXUS 7000 AND

03:49PM   18   ACCESSING A COMPUTER WHICH BASICALLY HAVE ALL THE DATA STORED

03:49PM   19   FOR NFL OR WHATEVER.

03:49PM   20   Q.   OKAY.  AND WHAT TYPE OF OPERATING SYSTEM DOES THE NEXUS

03:49PM   21   7000 RUN?

03:49PM   22   A.   IT RUNS NX-OS.

03:49PM   23   Q.   AND AT A HIGH LEVEL CAN YOU DESCRIBE FOR THE JURY THE TYPES

03:49PM   24   OF COMMANDS OR FUNCTIONALITIES THAT WOULD BE FOUND IN A GIGABIT

03:49PM   25   ETHERNET SWITCHING PRODUCT?

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

03:49PM  1    A.   SO IF WE CAN TAKE ONE EXAMPLE, SINCE NEXUS 7000 IS

03:49PM  2    CONNECTING VARIOUS COMPUTERS, IT NEEDS TO FIGURE OUT WHAT IS

03:49PM  3    THE BEST PATH BETWEEN THOSE TWO COMPUTERS, AND IF THOSE TWO

03:49PM  4    COMPUTERS HAPPEN TO BE IN TWO DIFFERENT ROOMS, HOW TO GO FROM

03:49PM  5    SEND THE PACKET FROM ONE ROOM TO THE OTHER ROOM.

03:49PM  6        SO WE USE A PRODUCT CALLED BGP WHICH IS A BORDER GATEWAY

03:49PM  7    PROTOCOL, AND THAT'S ONE OF THE FEATURES.

03:49PM  8    Q.   AND DO YOU HAVE AN UNDERSTANDING OF WHO CREATED THE BGP

03:49PM  9    PROTOCOL?

03:49PM  10   A.   CISCO WAS -- SO BGP IS AN STANDARD BUT CISCO WAS THE

03:50PM  11   INITIAL, CISCO CREATED THE INITIAL VERSION OF THE BGP PRODUCT.

03:50PM  12   Q.   AND DO YOU KNOW ANY SPECIFIC CISCO ENGINEERS THAT WERE

03:50PM  13   INVOLVED IN THE CREATION OF THE INITIAL PROTOCOL THAT BECAME

03:50PM  14   BGP?

03:50PM  15            MR. FERRALL:  OBJECTION.  FOUNDATION.

03:50PM  16            MR. PAK:  DO YOU HAVE PERSONAL KNOWLEDGE --

03:50PM  17            THE COURT:  SUSTAINED.

03:50PM  18            THE WITNESS:  YES.  KIRK LOUGHEED WAS ONE OF THE --

03:50PM  19   BY MR. PAK:

03:50PM  20   Q.   THAT WAS KIRK LOUGHEED, CORRECT?

03:50PM  21   A.   YES.

03:50PM  22   Q.   NOW THIS IS GOING TO BE A LITTLE BIT DIFFICULT BUT WE ARE

03:50PM  23   GOING TO WALK THROUGH A FEW OF THE MANUALS THAT PERTAIN TO THE

03:50PM  24   NEXUS 7000.

03:50PM  25       SO IF YOU LOOK AT EXHIBIT 5078

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

04:12PM 1   A.   I CAN'T -- IT'S VERY DIFFICULT TO GIVE YOU A NUMBER BECAUSE

04:12PM 2   I JUST FOUND OUT WE RECEIVED 20 PATENTS YESTERDAY.  SO GIVING A

04:12PM 3   NUMBER IS VERY DIFFICULT.

04:12PM 4   Q.   ARE YOU AWARE OF SOMETHING CALLED PROGRAMATIC INTERFACES?

04:12PM 5   A.   YES.

04:12PM 6   Q.   AND WHAT ARE PROGRAMATIC INTERFACES?

04:13PM 7   A.   SO WE TALKED A LOT ABOUT CLI.  AND CLI IS TYPICALLY AN

04:13PM 8   INTERFACE FOR HUMAN TO INTERACT WITH MACHINES, BECAUSE IT'S A

04:13PM 9   TEXT-BASED, YOU TYPE A COMMAND, THE RESPONSE COMES BACK, TEXT

04:13PM 10  RESPONSE COMES BACK.

04:13PM 11       PROGRAMATIC INTERFACES IS WHEN MACHINES CAN TALK TO

04:13PM 12  MACHINES.  SO IF YOU HAVE A LOT OF DEVICES, YOU REALLY DON'T

04:13PM 13  WANT TO GO ON TO EVERY DEVICE AND TYPE THOSE COMMANDS, YOU WANT

04:13PM 14  TO HAVE A PROGRAMATIC INTERFACE TO GO CONFIGURE ALL THOSE

04:13PM 15  DEVICES SIMULTANEOUSLY.

04:13PM 16  Q.   AND HAS CISCO BEEN WORKING ON ITS PROGRAMMATIC CISCO

04:13PM 17  TECHNOLOGY?

04:13PM 18  A.   CISCO HAS BEEN WORKING ON ITS PROGRAMMATIC INTERFACE

04:13PM 19  TECHNOLOGY, I BELIEVE FROM 2000, 2004, MAYBE EVEN WORKING

04:13PM 20  BEFORE.  WE HAVE BEEN DOING LOT OF WORK.  BUT THE THING IS,

04:13PM 21  THIS TECHNOLOGY ALSO HAS BEEN CHANGING AS THE TIME GOES ON.

04:13PM 22  OKAY.  AND WE HAVE BEEN KEEPING UP AS THE NEW TECHNOLOGY COMES

04:13PM 23  UP INTO DIFFERENT MARKET SPACES, WE EVALUATE IT, MAKE SURE THAT

04:14PM 24  IT MAKES SENSE FOR NETWORKING MARKET THEN BRING IT INTO

04:14PM 25  NETWORKING MARKET.

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:23PM  1    Q.   NEXUS 7000.  HOW MANY COMMANDS ARE IN NX-OS IN TOTAL?

04:24PM  2    A.   I DO NOT KNOW THAT NUMBER.

04:24PM  3    Q.   YOU DIDN'T COUNT THAT?

04:24PM  4    A.   NO.

04:24PM  5    Q.   OKAY.  DO YOU KNOW HOW MANY COMMANDS ARE IN IOS?

04:24PM  6    A.   AS I SAID THE NUMBER OF COMMANDS IN IOS CHANGE EVERY DAY.

04:24PM  7    AND WE TALKED ABOUT 14, 15,000 COMMANDS.

04:24PM  8    Q.   YEAH, IT WAS 16,000 AT LEAST SEVERAL YEARS AGO, RIGHT?

04:24PM  9    A.   PROBABLY.

04:24PM  10   Q.   AND IT PROBABLY IS GOING UP, RIGHT?

04:24PM  11   A.   EXACTLY.

04:24PM  12   Q.   OKAY.  AND SO YOU SAID THERE WERE 1500 COMMANDS ON THE

04:24PM  13   NEXUS 7000, BY YOUR COUNT?

04:24PM  14   A.   YES.

04:24PM  15   Q.   AND IS IT FAIR TO SAY THAT EACH COMMAND RELATES TO A

04:24PM  16   FUNCTION?

04:24PM  17   A.   EACH COMMAND RELATES TO ONE OF THE FUNCTIONS IN THE SWITCH.

04:24PM  18   Q.   OKAY.  SO AN OPERATING SYSTEM THAT HAD SIGNIFICANTLY MORE

04:24PM  19   THAN 1500 COMMANDS RUNNING ON THE SWITCH, THAT'S GOING TO BE A

04:24PM  20   SWITCH WITH MORE FUNCTIONS, RIGHT?

04:24PM  21   A.   THAT'S TRUE.

04:24PM  22   Q.   AND SO WOULD IT SURPRISE YOU TO KNOW THAT ARISTA'S SWITCH

04:25PM  23   ACTUALLY HAS WELL OVER 5,000 COMMANDS?

04:25PM  24   A.   I DON'T KNOW.

04:25PM  25   Q.   YOU DON'T KNOW ARISTA'S SWITCH?

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:32PM 1    FILES?

04:32PM 2    A.   I WAS TOLD AT MY DEPOSITION SOMETHING ABOUT THE BATES AND

04:32PM 3    THAT CSI MEANING CISCO, SO I BELIEVE SO.

04:32PM 4    Q.   DO YOU HAVE ANY REASON TO DOUBT THAT THIS CAME FROM CISCO'S

04:32PM 5    FILES?

04:32PM 6    A.   I DON'T KNOW HOW IT WAS PRODUCED, IT WAS JUST TOLD TO ME,

04:33PM 7    SO I BELIEVE IT WAS PRODUCED.

04:33PM 8    Q.   YOU WERE DESIGNATED IN THIS CASE BY CISCO TO TESTIFY

04:33PM 9    REGARDING CERTAIN SUBJECTS, INCLUDING INDUSTRY STANDARD

04:33PM 10   DOCUMENTS, RIGHT?

04:33PM 11   A.   YES.

04:33PM 12   Q.   OKAY.  AND YOU RECOGNIZE THIS AS ONE OF THE DOCUMENTS YOU

04:33PM 13   TESTIFIED ABOUT IN YOUR DEPOSITION, RIGHT?

04:33PM 14   A.   YES, I DID.

04:33PM 15         MR. FERRALL:  YOUR HONOR, I WOULD LIKE TO OFFER

04:33PM 16   EXHIBIT 5441 IN EVIDENCE.

04:33PM 17           THE COURT:  ANY OBJECTION?

04:33PM 18           MR. PAK:  NO OBJECTION, YOUR HONOR.

04:33PM 19           THE COURT:  IT WILL BE ADMITTED.

04:33PM 20       (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5441, HAVING BEEN

04:33PM 21   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

04:33PM 22   EVIDENCE.)

04:33PM 23   BY MR. FERRALL:

04:33PM 24   Q.   THIS IS A PRESENTATION FROM NORTEL, RIGHT?

04:33PM 25   A.   YES.

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:33PM  1    Q.   AND THEY OFFER NETWORKING PRODUCTS, CORRECT?

04:33PM  2    A.   YES.

04:33PM  3    Q.   AND THIS APPEARS TO BE DATED ON THE SECOND PAGE, I THINK,

04:33PM  4    IT'S THE SECOND PAGE, LOOKS LIKE IT'S AUGUST 2005, RIGHT.

04:33PM  5    A.   YES.

04:33PM  6    Q.   AND ON THE NEXT PAGE, YOU SEE NORTEL ADVERTISING ITSELF AS

04:34PM  7    HAVING WHAT APPEARS TO BE TWO CLI'S, INCLUDING A CISCO-LIKE

04:34PM  8    ONE, RIGHT?

04:34PM  9    A.   YES.

04:34PM  10   Q.   AND YOU'RE NOT AWARE OF SOMEONE AT CISCO OBJECTING WHEN

04:34PM  11   THEY'VE HAD THIS DOCUMENT IN THEIR POSSESSION, THAT NORTEL'S

04:34PM  12   GOT A CISCO LIKE CLI, RIGHT?

04:34PM  13   A.   TRUE, I'M NOT AWARE OF ANY ACTION.

04:34PM  14   Q.   BY THE WAY, CISCO WOULD GATHER INFORMATION ON COMPETITOR'S

04:34PM  15   PRODUCTS, RIGHT?

04:34PM  16   A.   YES.

04:34PM  17   Q.   THAT'S FAIR GAME IN COMPETITION, CORRECT?

04:34PM  18   A.   YES.

04:34PM  19   Q.   SO LET'S LOOK AT ANOTHER DOCUMENT 5444.  IF YOU COULD OPEN

04:34PM  20   THAT UP IN YOUR BINDER, PLEASE.

04:34PM  21   A.   YEP.

04:34PM  22   Q.   THIS IS ANOTHER DOCUMENT YOU TESTIFIED TO IN YOUR

04:34PM  23   DEPOSITION, RIGHT?

04:34PM  24   A.   YES.

04:35PM  25   Q.   AND IT COMES FROM CISCO'S FILES, CORRECT?

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:35PM  1    A.  YES.

04:35PM  2    Q.  OKAY.  THANK YOU?

04:35PM  3          MR. FERRALL:  YOUR HONOR, I WOULD OFFER 5444 IN

04:35PM  4    EVIDENCE, PLEASE.

04:35PM  5          MR. PAK:  NO OBJECTION, YOUR HONOR.

04:35PM  6          THE COURT:  IT WILL BE ADMITTED.

04:35PM  7        (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 5444, HAVING BEEN

04:35PM  8    PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

04:35PM  9    EVIDENCE.)

04:35PM  10   BY MR. FERRALL:

04:35PM  11   Q.  THIS IS AN HP PRODUCT DATA SHEET, CORRECT?

04:35PM  12   A.  YES.

04:35PM  13   Q.  AND IF WE LOOK AT THE THIRD PAGE OF THIS DOCUMENT UNDER THE

04:35PM  14   HEADING MANAGEMENT?

04:35PM  15   A.  YES, I CAN SEE THAT.

04:35PM  16   Q.  THE SECOND BULLET, HP, SORRY I WILL WAIT UNTIL THAT COMES

04:35PM  17   UP, HP ALSO ADVERTISED ITS PRODUCT AS HAVING AN INDUSTRY

04:35PM  18   STANDARD CLI?

04:35PM  19   A.  YES.

04:35PM  20   Q.  WITH A HIERARCHICAL STRUCTURE?

04:35PM  21   A.  YES.

04:35PM  22   Q.  OKAY.  AND THIS DOCUMENT, ACCORDING TO THE COPYRIGHT AT

04:36PM  23   LEAST ON THE LAST PAGE, APPEARS TO BE IN THE 2012 RANGE, IF YOU

04:36PM  24   LOOK AT THAT LAST PAGE.

04:36PM  25   A.  YES, IT SAYS 2010, 2012.

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:36PM 1    Q.   OKAY.  AND MR. KATHAIL, THERE'S MANY DOCUMENTS LIKE THIS

04:36PM 2    FROM OTHER VENDORS, AREN'T THERE?

04:36PM 3    A.   YES.

04:36PM 4    Q.   YOU'VE SAW THEM AND YOU KNOW THAT THEY'RE OUT THERE, RIGHT?

04:36PM 5    A.   YES.

04:36PM 6    Q.   AND SO LET'S TALK ABOUT SOME INTERNAL DOCUMENTS THEN.  IF

04:36PM 7    YOU COULD LOOK AT 5786 IN YOUR BINDER.

04:37PM 8    A.   YES.

04:37PM 9    Q.   THIS IS AN INTERNAL CISCO, ACTUALLY, I TAKE THAT BACK, THIS

04:37PM 10   IS A CISCO PREPARED PRESENTATION, CORRECT?

04:37PM 11   A.   I DON'T GET WHAT YOU MEAN BY CISCO-PREPARED PRESENTATION.

04:37PM 12   Q.   WELL, IT'S A PRESENTATION THAT CISCO GAVE TO ONE OF ITS

04:37PM 13   CUSTOMERS REGARDING IOS, RIGHT?

04:37PM 14   A.   YES.

04:37PM 15   Q.   AND THE CUSTOMER IS AT&T, RIGHT?

04:37PM 16   A.   YES, THE PRESENTATION WAS GIVEN UNDER NONDISCLOSURE.

04:37PM 17   Q.   UNDER NONDISCLOSURE.  OKAY.  SO THIS WAS A CONFIDENTIAL

04:37PM 18   PRESENTATION GIVEN TO AT&T?

04:37PM 19   A.   THAT'S WHAT I ASSUMED, GIVEN THE STAMP ON THE PRESENTATION.

04:37PM 20   Q.   OKAY.

04:37PM 21        MR. FERRALL:  I WOULD LIKE TO MOVE EXHIBIT 5786 IN

04:37PM 22   EVIDENCE.

04:37PM 23        MR. PAK:  YOUR HONOR, NO OBJECTION.

04:37PM 24        THE COURT:  IT WILL BE ADMITTED.

04:37PM 25

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:42PM 1    TO CISCO, RIGHT?

04:42PM 2    A.   YES.

04:42PM 3    Q.   AND YOU KNOW CISCO ULTIMATELY PAID A TOTAL OF A BILLION

04:42PM 4    DOLLARS OR SO FOR INSIEME?

04:42PM 5    A.   I'M NOT AWARE OF HOW MUCH MONEY WAS PAID.

04:43PM 6    Q.   ALL RIGHT.  IF YOU COULD LOOK AT EXHIBIT 7956, PLEASE.

04:43PM 7         DO YOU RECOGNIZE THIS E-MAIL -- LET ME ASK YOU, ARE YOU ON

04:43PM 8    THE CLUELESS E-MAIL LIST?

04:44PM 9    A.   YES, I AM.

04:44PM 10   Q.   AND DO YOU SEE ON THIS EXHIBIT THAT THE CLUELESS MAILING

04:44PM 11   LIST HAS, IS INCLUDED IN THE CC, IT'S TOWARDS THE BOTTOM OF THE

04:44PM 12   LIST?

04:44PM 13   A.   I BELIEVE YOU, YES.

04:44PM 14   Q.   OKAY.  ALL RIGHT.

04:44PM 15        MR. FERRALL:  YOUR HONOR, I WOULD MOVE EXHIBIT 7956

04:44PM 16   IN EVIDENCE.

04:44PM 17        MR. PAK:  NO OBJECTION, YOUR HONOR.

04:44PM 18        THE COURT:  IT WILL BE ADMITTED.

04:44PM 19        (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 7956, HAVING BEEN

04:44PM 20   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

04:44PM 21   EVIDENCE.)

04:44PM 22   BY MR. FERRALL:

04:44PM 23   Q.   THIS IS A LONG E-MAIL EXCHANGE, RIGHT?

04:44PM 24   A.   I'M SEEING THIS E-MAIL FOR THE FIRST TIME.  CLUELESS IS A

04:44PM 25   MAILING LIST A LOT OF PEOPLE SUBSCRIBE.  IT DOESN'T MEAN THAT

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:44PM  1    EVERYBODY READS EVERY E-MAIL COMING ON CLUELESS.

04:44PM  2    Q.   ALL RIGHT.  WELL, LET ME JUST DIRECT YOU TO ONE PART THEN,

04:44PM  3    AND IF YOU CAN HELP ME, GREAT, IF NOT, WE WILL MOVE ON.

04:44PM  4        FIRST OF ALL, THIS E-MAIL IS DATED AUGUST 2013; DO YOU SEE

04:45PM  5    THAT?

04:45PM  6    A.   YES.

04:45PM  7    Q.   AND THE RE: LINE IS "TECH EXECUTIVES FACING UP TO HARD

04:45PM  8    REALITIES OF THE CLOUD," RIGHT?

04:45PM  9    A.   YES, THAT'S THE SUBJECT.

04:45PM 10    Q.   OKAY.  IF WE COULD FLIP FORWARD, OR BACKWARDS, SORRY, 2, 3,

04:45PM 11    4, I THINK IT'S ON PAGE 5 TOWARDS THE TOP.  AND ACTUALLY, LET'S

04:45PM 12    GO TO THE PREVIOUS PAGE WHERE WE COULD SEE THE AUTHOR OF THIS.

04:45PM 13    DO YOU KNOW A KEITH SWALLOW?

04:45PM 14    A.   I DON'T KNOW KEITH.

04:45PM 15    Q.   YOU DON'T KNOW HIM.  OKAY.

04:45PM 16        IF WE GO TO THE PAGE 5 AT THE TOP.  LET ME JUST ASK YOU,

04:45PM 17    MR. KATHAIL.  IT APPEARS MR. SWALLOW WRITES, "WE ARE QUICKLY

04:46PM 18    BECOMING THE OLD CRUSTY NETWORK GUYS IN OUR ACCOUNTS.  THE NEW

04:46PM 19    GENERATION THAT IS COMING INTO THE WORK FORCE DOESN'T CARE

04:46PM 20    ABOUT CLI, THEY WANT EASY TO USE AND THEY WANT FUNCTIONAL."

04:46PM 21        DO YOU SEE THAT?

04:46PM 22    A.   YES.

04:46PM 23    Q.   DOES THAT SENTIMENT SOUND FAMILIAR TO YOU AS OF THE

04:46PM 24    2013/2014 TIMEFRAME?

04:46PM 25    A.   THE PEOPLE ARE LOOKING FOR PROGRAMMABLE INTERFACES AND

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:46PM  1    THAT'S WHAT THIS SENTIMENT IS ABOUT.

04:46PM  2    Q.   LET ME ASK YOU TO LOOK AT ONE MORE DOCUMENT EXHIBIT 7977?

04:47PM  3         THIS IS AN E-MAIL EXCHANGE BETWEEN YOU AND A FEW COLLEAGUES

04:47PM  4    AT CISCO, CORRECT?

04:47PM  5    A.   YES.

04:47PM  6    Q.   AND THIS IS IN FEBRUARY OF 2014?

04:47PM  7    A.   YES.

04:47PM  8         MR. FERRALL:  I MOVE EXHIBIT 7977 IN EVIDENCE.

04:47PM  9         MR. PAK:  NO OBJECTION YOUR HONOR.

04:47PM  10        THE COURT:  IT WILL BE ADMITTED.

04:47PM  11        (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER 7977, HAVING BEEN

04:47PM  12   PREVIOUSLY MARKED FOR IDENTIFICATION, WAS ADMITTED INTO

04:47PM  13   EVIDENCE.)

04:47PM  14   BY MR. FERRALL:

04:47PM  15   Q.   IN THIS E-MAIL YOU START BY SEEKING SOME INFORMATION ABOUT

04:47PM  16   MODELLING OR MODELS, RIGHT, THAT'S --

04:47PM  17   A.   YES.

04:47PM  18   Q.   AND THAT'S A FORM OF THIS PROGRAMMABILITY THAT'S GOING ON

04:47PM  19   IN THE NETWORKING FIELD, CORRECT?

04:47PM  20   A.   THAT'S THE NEW FORM OF THE PROGRAMMABILITY WE JUST STARTED

04:47PM  21   ABOUT 18 MONTHS AGO.

04:47PM  22   Q.   OKAY.  AND ONE OF YOUR COLLEAGUES RESPONDS AT THE BOTTOM OF

04:47PM  23   THE FIRST PAGE OF THIS, A MR. SUNIL, GUHDURVALMIKI.  HE'S A

04:48PM  24   COLLEAGUE OF YOURS, RIGHT?

04:48PM  25   A.   YES.

CROSS-EXAMINATION OF MR. KATHAIL BY MR. FERRALL

04:48PM 1    Q.   AND MR. SUNIL, I'M NOT GOING TO TRY MY LUCK AGAIN, HE

04:48PM 2    WRITES AT THE BOTTOM OF THE PAGE THAT CUSTOMERS ARE NOT ASKING

04:48PM 3    FOR COMMON DATA MODELS, BUT RATHER ARE THEY ARE ASKING FOR

04:48PM 4    CONSISTENT PROGRAMATIC INTERFACES, RIGHT?

04:48PM 5    A.   YES.

04:48PM 6    Q.   AND THEN HE GOES ON TO SAY IN DC SEGMENT, THAT'S DATA

04:48PM 7    CENTER?

04:48PM 8    A.   YES.

04:48PM 9    Q.   RECENT BIG LOSSES FOR LACK OF PROGRAMMABILITY, BOX.NET AND

04:48PM 10   FACEBOOK, RIGHT?

04:48PM 11   A.   YES.

04:48PM 12   Q.   ARE YOU FAMILIAR WITH CISCO LOSSES AT BOX.NET AND FACEBOOK?

04:48PM 13   A.   I WAS NOT FAMILIAR WITH THOSE.

04:48PM 14   Q.   OKAY.   THEN HE GOES ON AND SAYS NOW WE ARE BATTLING ARISTA

04:48PM 15   AND PRETTY MUCH ALL THE ACCOUNTS ON THE PROGRAMMABILITY FRONT.

04:49PM 16       DO YOU SEE THAT?

04:49PM 17   A.   YES.

04:49PM 18   Q.   AND THAT WAS -- THAT WAS NOT NEWS TO YOU, YOU KNEW ARISTA

04:49PM 19   WAS BATTLING CISCO ON PROGRAMMABILITY, RIGHT?

04:49PM 20   A.   WE WERE WORKING AT THE PROGRAM ACT AT THIS POINT IN TIME,

04:49PM 21   YES.

04:49PM 22   Q.   OKAY.

04:49PM 23        MR. FERRALL:  ALL RIGHT.

04:49PM 24       NO FURTHER QUESTIONS, YOUR HONOR.

04:49PM 25        THE COURT:  ALL RIGHT.  LET'S SEE IF WE CAN FINISH

REDIRECT EXAMINATION OF MR. KATHAIL BY MR. PAK

04:49PM 1   UP.

04:49PM 2          MR. PAK:  I THINK WE SHOULD BE ABLE TO, YOUR HONOR.

04:49PM 3          THE COURT:  ALL RIGHT.

04:49PM 4       THAT WOULD BE GREAT.

04:49PM 5       REDIRECT?

04:49PM 6

04:49PM 7                **REDIRECT EXAMINATION BY MR. PAK**

04:49PM 8

04:49PM 9   BY MR. PAK:

04:49PM 10  Q.   LET'S START FROM SOME OF THE RECENT TOPICS THAT MR. FERRALL

04:49PM 11  ASKED YOU ABOUT.  WE SAW SOME DOCUMENTS TALKING ABOUT

04:49PM 12  PROGRAMMABLE INTERFACES IN A WORD WITHOUT CLI, ARE WE LIVING IN

04:49PM 13  A WORLD TODAY WITHOUT CLI?

04:49PM 14  A.   NO, WE ARE NOT.  THE WAY YOU LOOK AT THEM, IT'S A STRATEGY

04:49PM 15  PRESENTATION WHICH I DID IN 2007, IT TOOK US SOME TIME TO REACH

04:49PM 16  IT.  THE REASON THE WORLD WITHOUT CLI PRESENTATION WAS CREATED

04:50PM 17  IS WE WANTED TO START NOW BECAUSE WE KNOW THAT IN 2020, 2021,

04:50PM 18  THAT WOULD BE A REALITY AND WE NEED TO START WORKING NOW.

04:50PM 19  Q.   SO TODAY AND GOING BACK IN TIME TO 2011, 2012 WHEN ARISTA

04:50PM 20  WAS COMPETING WITH CISCO, WAS CLI AN IMPORTANT FACTOR IN TERMS

04:50PM 21  OF THE USER INTERFACE OF THE SWITCHING AND ROUTER PRODUCTS?

04:50PM 22  A.   CLI WAS AN IMPORTANT FACTOR AND IT STILL IS AN IMPORTANT

04:50PM 23  FACTOR FOR ALL THE SWITCHES AND ROUTERS.

04:50PM 24  Q.   NOW I WANT TO LOOK AT SOME OF THE DOCUMENTS THAT

04:50PM 25  MR. FERRALL SHOWED YOU, SO LET'S TAKE A LOOK AT, I BELIEVE THIS

12:43:40  1      THIS IS YOUR EXHIBIT, TO ESTABLISH THAT THESE ARE REGISTERED

12:43:46  2   WORKS.

12:43:47  3      AND SECOND, ONCE YOU CAN SHOW ME THE SOURCE OF -- YOUR

12:43:52  4   EVIDENCE ON IT, THEN MR. WONG CAN ADVISE THE COURT AS TO

12:43:55  5   WHETHER IT WAS DISCLOSED.

12:43:57  6      AND UNTIL HE SEES WHAT YOU'RE PUTTING FORTH, IT'S ONLY A

12:44:01  7   GENERAL STATEMENT BY HIM THAT YOU DON'T HAVE ANYTHING, IF

12:44:05  8   THAT'S WHAT WE'RE NEEDING.

12:44:07  9          MR. PAK:  YOUR HONOR, LET ME TAKE A LOOK AT

12:44:10 10   DR. ALMEROTH'S EXPERT REPORT.  WE WILL LOOK AT ALL THE

12:44:13 11   DISCOVERY RESPONSES AND GET BACK TO YOU ON THAT.

12:44:16 12      BECAUSE WHAT I UNDERSTOOD WAS WE WERE ARGUING ABOUT THIS

12:44:19 13   PARTICULAR DOCUMENT, AND I UNDERSTOOD THE COMPLAINT TO BE THAT

12:44:22 14   THIS PARTICULAR DOCUMENT, 4799, DID NOT IDENTIFY SPECIFIC

12:44:28 15   VERSIONS.

12:44:29 16      AND IT WAS OUR VIEW THAT WE HAD IDENTIFIED BY OPERATING

12:44:32 17   SYSTEM TYPE, AND THAT WAS SUFFICIENT.

12:44:34 18      BUT IF YOUR HONOR IS ASKING US TO GO BACK AND LOOK AT ON A

12:44:39 19   PERVERSION BASIS, THEN WE WILL SEE WHAT'S --

12:44:42 20          THE COURT:  ACTUALLY, I WANT TO BE CLEAR, I'M JUST

12:44:44 21   TRYING TO RULE ON THE OBJECTION PUT FORTH BY ARISTA.  I'M NOT

12:44:48 22   ASKING FOR ANYTHING.

12:44:50 23      AND FRANKLY, MR. PAK, IF AT THE END OF THE DAY, YOU REST

12:44:53 24   AND YOU HAVE NOT PROVED YOUR CASE, I WILL THEN GET A MOTION

12:44:57 25   FROM ARISTA, I'M NOT DOING ANYTHING ON MY OWN.

01:28:02  1   HAVE OVER 20,000 ENGINEERS WE EMPLOY.  INTELLECTUAL PROPERTY IS

01:28:06  2   THE WAY WE PROTECT THAT, WITH OUR PATENTS AND COPYRIGHTS.

01:28:09  3   Q.   HOW MANY PATENTS AND REGISTERED COPYRIGHTS DOES CISCO

01:28:13  4   HAVE?

01:28:13  5   A.   SO WE HAVE 14,000 PATENTS IN THE U.S.  20,000 AROUND THE

01:28:18  6   WORLD.  WE HAVE 26 REGISTERED COPYRIGHTS ON VARIOUS KINDS OF

01:28:24  7   OPERATING SYSTEMS THAT WE HAVE.

01:28:25  8   Q.   CAN YOU PROVIDE SOME EXAMPLES OF THE TYPES OF INNOVATIONS

01:28:29  9   THAT CISCO HAS PATENTED?

01:28:30 10   A.   SURE.  SO WE'VE PATENTED A TREMENDOUS AMOUNT IN THE

01:28:36 11   NETWORKING AREA, BEGINNING WITH FUNDAMENTALS OF ROUTING AND

01:28:39 12   SWITCHES TECHNOLOGY, BUT CONTINUING ON AS WE'VE ADVANCED THE

01:28:43 13   TECHNOLOGY THAT'S ENABLED WHAT PEOPLE CALLED THE CLOUD, AND

01:28:45 14   WE'VE CONTINUED PATENTING OUR ADVANCES OF THE CLOUD TECHNOLOGY.

01:28:49 15       WE HAVE PATENTED SECURITY TECHNOLOGY, COLLABORATION OF

01:28:54 16   VIDEO, AND LOTS OF DETAILS ABOUT HOW NETWORKING TECHNOLOGY

01:28:59 17   OPERATES AND IMPROVEMENTS, INCLUDING THINGS LIKE WHAT WE CALL

01:29:02 18   LOW LATENCY, HOW YOU MOVE INFORMATION THROUGH THE NETWORK VERY

01:29:06 19   QUICKLY, RELIABILITY, SELF HEALING NETWORKS, EXTENSIBILITY THAT

01:29:13 20   ALLOWS NETWORKS TO BE PROGRAMMED.

01:29:16 21   Q.   GREAT.  THANK YOU.

01:29:17 22       I WANT TO TALK A LITTLE BIT ABOUT REGISTERED COPYRIGHTS

01:29:19 23   THAT ARE AT ISSUE HERE.  DOES CISCO HAVE REGISTERED COPYRIGHTS

01:29:23 24   ON THE USER INTERFACE FOR ITS OPERATING SYSTEM?

01:29:25 25   A.   YES.  OUR COPYRIGHTS ON OUR OPERATING SYSTEMS INCLUDE THE

01:29:31   1    USER INTERFACE.

01:29:32   2    Q.    AND WHAT OPERATING SYSTEMS ARE THOSE?

01:29:34   3    A.    THOSE ARE IOS, IOS XR, IOS XE, AND NX-OS.

01:29:46   4    Q.    MR. LANG, IF YOU CAN TURN TO EXHIBIT 4791 IN YOUR BINDER,

01:29:51   5    PLEASE.  DO YOU RECOGNIZE EXHIBIT 4791?

01:30:01   6    A.    YES, I DO.

01:30:02   7    Q.    WHAT IS IT?

01:30:03   8    A.    SO THESE ARE THE REGISTRATIONS FOR COPYRIGHTS IN OUR

01:30:07   9    OPERATING SYSTEMS, AND THEIR ASSOCIATED USER INTERFACES.

01:30:10   10   Q.    AND ARE THESE KEPT IN YOUR LEGAL DEPARTMENT?

01:30:12   11   A.    YES, THEY ARE KEPT WITHIN THE LEGAL DEPARTMENT WITHIN

01:30:15   12   WHICH I AM A VICE PRESIDENT.

01:30:17   13          MR. JAFFE:  YOUR HONOR, I SEEK TO MOVE EXHIBIT 4791

01:30:20   14   INTO EVIDENCE.

01:30:22   15          MR. SILBERT:  NO OBJECTION.

01:30:23   16          THE COURT:  IT WILL BE ADMITTED.

01:30:25   17   (PLAINTIFF'S EXHIBIT 4791 WAS ADMITTED INTO EVIDENCE.)

01:30:25   18   BY MR. JAFFE:

01:30:27   19   Q.    MR. LANG, CAN YOU EXPLAIN TO THE JURY HOW EXHIBIT 4791 IS

01:30:31   20   ORGANIZED?

01:30:37   21   A.    SURE.  IT'S ORGANIZED BY OPERATING SYSTEM.  SO THE

01:30:41   22   REGISTRATION FOR VARIOUS VERSIONS OF THE SAME OPERATING SYSTEM

01:30:45   23   ARE GROUPED TOGETHER, IOS, IOS XR, IOS XE, AND NX-OS.

01:30:53   24   Q.    AND AGAIN, FOR THIS EXHIBIT, HOW MANY REGISTERED

01:30:57   25   COPYRIGHTS ARE INCLUDED?

01:30:59  1    A.   26.

01:31:00  2    Q.   OKAY.  AND YOU'VE MENTIONED FOUR OPERATING SYSTEMS AND 26

01:31:05  3    REGISTERED COPYRIGHTS, WHY ARE THERE 26 COPYRIGHTS FOR FOUR

01:31:08  4    OPERATING SYSTEMS?

01:31:09  5    A.   BECAUSE WE'VE COPYRIGHTED INDIVIDUALLY, VARIOUS VERSIONS

01:31:13  6    OF THE SAME OPERATING SYSTEM.

01:31:14  7    Q.   AND ARE YOU PERSONALLY FAMILIAR WITH HOW CISCO NUMBERS ITS

01:31:19  8    OPERATING SYSTEM VERSIONS?

01:31:21  9    A.   YES.  I THINK IT'S PRETTY CONVENTIONAL WITHIN THE SOFTWARE

01:31:24  10   INDUSTRY.

01:31:24  11   Q.   SO FOR EXAMPLE, FOR IOS XR, 5.1.X WOULD BE BEFORE 5.2; IS

01:31:32  12   THAT RIGHT?

01:31:32  13   A.   RIGHT, RIGHT.

01:31:33  14        AND I THINK THAT'S THE WAY WE DO IT AND IT'S THE WAY LOTS

01:31:36  15   OF PEOPLE DO IS IT.  WE ALL HAVE SMARTPHONES WHERE WE ARE

01:31:40  16   CONTINUALLY GETTING NEW UPDATES OF THE OPERATING SYSTEM, IT'S A

01:31:43  17   VERY SIMILAR NUMBERING SCHEME.

01:31:45  18   Q.   SO YOU MENTIONED NEW UPDATES IN THE OPERATING SYSTEM.

01:31:47  19   DOES THAT MEAN -- DOES CISCO INCLUDE OLDER MATERIAL FROM OLDER

01:31:52  20   OPERATING SYSTEMS WHEN IT REGISTERS NEW VERSIONS?

01:31:55  21   A.   YES, THINGS LIKE THE HELP SCREENS AND THE COMMAND

01:31:58  22   HIERARCHIES ARE SWEPT ALONG AND INCLUDED IN LATER VERSIONS.

01:32:02  23   Q.   SO RETURNING TO THE 26 COPYRIGHT REGISTRATIONS, WHO

01:32:05  24   GRANTED THESE COPYRIGHT REGISTRATIONS TO CISCO?

01:32:08  25   A.   SO THEY ARE GRANTED BY THE COPYRIGHT OFFICE, AND THAT'S

01:32:11  1     WITHIN THE LIBRARY OF CONGRESS, THAT'S WHO ISSUES COPYRIGHT

01:32:13  2     REGISTRATIONS IN OUR COUNTRY.

01:32:15  3     Q.   WHO OWNS THE 26 REGISTERED COPYRIGHTS FOR IOS, IOS XR, IOS

01:32:21  4     XE AND NX-OS?

01:32:22  5     A.   MY COMPANY, CISCO SYSTEMS, THE PLAINTIFF IN THIS LAWSUIT.

01:32:25  6     Q.   NOW, LOOKING AGAIN AT EXHIBITS 4791, WHICH COPYRIGHT

01:32:30  7     REGISTRATION IS ON THE FIRST PAGE THAT WE ARE LOOKING AT?

01:32:34  8     A.   SO IT'S THE ONE FOR IOS, THAT PARTICULAR OPERATING SYSTEM,

01:32:39  9     VERSION 11.0.

01:32:41  10    Q.   CAN YOU PLEASE EXPLAIN TO THE JURY WHAT SOME OF WHAT WE

01:32:44  11    ARE SEEING HERE ON THIS FIRST PAGE IS?

01:32:46  12    A.   SURE.

01:32:46  13         SO IN THE UPPER LEFT YOU SEE THE OFFICIAL SEAL OF THE

01:32:50  14    COPYRIGHT OFFICE WITHIN THE LIBRARY OF CONGRESS.  YOU SEE AN

01:32:54  15    OFFICIAL SIGNATURE OF THE REGISTRAR OF COPYRIGHTS, THE PERSON

01:32:58  16    WHO IS RESPONSIBLE OF THIS PROCESS OF REGISTRATION.

01:33:00  17         AND IN THE UPPER RIGHT YOU SEE A TX NUMBER, IT'S A

01:33:04  18    REGISTRATION NUMBER THAT THEY ASSIGN.  AND THEN BELOW THAT YOU

01:33:08  19    SEE A DATE OF REGISTRATION.  AND THAT'S JUNE 14, 2002, HERE.

01:33:13  20    Q.   DO EACH OF THE OTHER REGISTERED COPYRIGHTS INCLUDED IN

01:33:18  21    EXHIBIT 4791 INCLUDE THE SAME INFORMATION THAT YOU WERE JUST

01:33:20  22    TALKING ABOUT?

01:33:20  23    A.   YES, THEY ARE ALL VERY SIMILAR.

01:33:23  24    Q.   OKAY.  WHAT DID CISCO SUBMIT TO THE LIBRARY OF CONGRESS

01:33:26  25    WHEN IT APPLIED FOR THESE REGISTERED COPYRIGHTS?

01:33:28  1    A.    WELL, IT'S QUITE A BIT OF MATERIAL.  IT'S A COPYRIGHT

01:33:33  2    APPLICATION, WHICH IS ESSENTIALLY THE KIND OF DOCUMENT YOU ARE

01:33:35  3    LOOKING AT BUT WITHOUT THE REGISTRATION THAT WAS ADDED TO IT BY

01:33:38  4    THE COPYRIGHT OFFICE.

01:33:40  5        BUT THEN ALONG WITH IT, WE SEND A LOT OF THINGS.  WE SENT

01:33:45  6    EXCERPTS OF THE SOURCE CODE, WE SENT A LINK THAT THE COPYRIGHT

01:33:48  7    OFFICE CAN USE TO ACCESS THE ENTIRE SOURCE CODE, IF THEY WISH,

01:33:51  8    AND WE ALSO SENT LOTS OF DIFFERENT ITEMS OF DOCUMENTATION THAT

01:33:55  9    COME WITH THE OPERATING SYSTEM THAT WERE WE ARE ALSO

01:33:58  10   REGISTERING.

01:33:59  11   Q.    CAN YOU PLEASE TURN TO EXHIBIT 4803 IN YOUR WITNESS

01:34:03  12   BINDER.

01:34:03  13   A.    SURE.

01:34:04  14   Q.    DO YOU RECOGNIZE EXHIBIT 4803?

01:34:10  15   A.    YES.  THESE ARE THE MATERIALS THEMSELVES THAT WERE SENT TO

01:34:16  16   THE COPYRIGHT OFFICE, ALONG WITH AN INDEX TO THEM.

01:34:21  17   Q.    AND IS THERE A DEPARTMENT AT CISCO THAT MAINTAINS THESE

01:34:25  18   DOCUMENTS?

01:34:25  19   A.    YES.  THEY ARE MAINTAINED WITHIN THE LEGAL DEPARTMENT.  WE

01:34:28  20   KEEP TRACK OF WHAT WE'VE SENT AND MAINTAIN COPIES.

01:34:31  21   Q.    SO IS EXHIBIT 4803 TRUE AND CORRECT COPIES OF THE

01:34:35  22   MATERIALS THAT WERE SUBMITTED WITH THE REGISTERED COPYRIGHTS

01:34:37  23   THAT WE JUST DISCUSSED?

01:34:38  24   A.    YES, IT IS.

01:34:39  25   Q.    OKAY.

01:34:41  1          MR. JAFFE:  YOUR HONOR, I SEEK TO MOVE INTO EVIDENCE

01:34:43  2    EXHIBIT 4803.

01:34:44  3          MR. SILBERT:  NO OBJECTION.

01:34:45  4          THE COURT:  IT WILL BE ADMITTED.

01:34:47  5    (PLAINTIFF'S EXHIBIT 4803, WAS ADMITTED INTO EVIDENCE.)

01:34:47  6    BY MR. JAFFE:

01:34:48  7    Q.   IF WE CAN SHOW THE FIRST PAGE OF EXHIBIT 4803, MR. FISHER.

01:34:52  8    THANK YOU.

01:34:53  9          MR. LANG, CAN YOU PLEASE EXPLAIN WHAT WE ARE LOOKING AT

01:34:55  10   HERE ON EXHIBIT 4803?

01:34:58  11   A.   SURE.  SO THIS IS THE INDEX THAT TELLS US WHAT'S IN THIS

01:35:01  12   EXHIBIT THAT THE VARIOUS ITEMS THAT WERE SENT TO THE COPYRIGHT

01:35:04  13   OFFICE AND WHERE YOU CAN FIND EACH ITEM.

01:35:08  14         FOR EACH OPERATING SYSTEM IN EACH VERSION, THERE'S A TABLE

01:35:11  15   THAT LISTS THE ITEMS AND GIVES SOME POINTERS FOR FINDING IT.

01:35:15  16   Q.   ALL RIGHT.  I WANT TO CHANGE TOPICS A LITTLE BIT.

01:35:23  17         HAS CISCO HAD TO PROTECT ITS INNOVATIONS FROM COPYING IN

01:35:27  18   THE PAST?

01:35:27  19   A.   YES, WE HAVE.  IN 2003 WE LEARNED THAT THE -- OR HAD

01:35:33  20   LEARNED THAT HUAWEI, WHICH IS STILL TODAY, A LARGE CHINESE

01:35:38  21   MAKER OF INTERNET EQUIPMENT, HAD COPIED SOME OF OUR PRODUCTS.

01:35:43  22         IT COPIED THE COMMAND-LINE INTERFACE.  THEY HAD COPIED

01:35:46  23   DOCUMENTATION, THEY ALSO COPIED SOURCE CODE.  WE SUED THEM FOR

01:35:52  24   PATENT INFRINGEMENT AND COPYRIGHT INFRINGEMENT AND WERE

01:35:53  25   SUCCESSFUL IN STOPPING THEIR INFRINGEMENT.

01:44:05  1      BINDER OF EXHIBITS.

01:44:06  2      A.   SURE.

01:44:33  3      Q.   MR. LANG, IN THE HUAWEI CASE, CISCO ALLEGED THAT HUAWEI

01:44:37  4      HAD STOLEN IOS SOURCE CODE; IS THAT RIGHT?

01:44:42  5      A.   YES, AND THAT THAT INCLUDED CLI, THERE WAS ALSO ASSOCIATED

01:44:49  6      DOCUMENTATION.

01:44:50  7      Q.   YOU ARE SAYING THAT CISCO'S ALLEGATION THAT WAS HUAWEI

01:44:53  8      STOLE SOURCE CODE FOR THE CLI, THAT'S WHAT YOU WERE REFERRING

01:44:57  9      TO?

01:44:57  10     A.   WELL, I'M REFERRING TO THAT, ALTHOUGH THEY COME TOGETHER,

01:45:02  11     THE CLI COMES WITH THE SOURCE CODE.

01:45:04  12     Q.   CISCO ALLEGED IN THAT CASE THAT HUAWEI STOLE A LOT OF

01:45:08  13     SOURCE CODE, RIGHT?

01:45:12  14     A.   I BELIEVE SO.

01:45:13  15     Q.   OKAY.  AND YOU BELIEVED THAT THE MISAPPROPRIATION OF A LOT

01:45:19  16     OF IOS SOURCE CODE BY HUAWEI MAY HAVE INHERENTLY LEAD TO THE

01:45:25  17     USE OF CISCO'S CLI, RIGHT?

01:45:27  18     A.   YES.  I NOTE THAT CHANGING THE CLI WAS A PART OF THE

01:45:33  19     RESOLUTION OF THE LAWSUIT.

01:45:34  20     Q.   CISCO HAS GIVEN BRIEFINGS TO COMPANIES THAT WERE PEOPLE

01:45:40  21     THAT WERE PARTNERS WITH, ABOUT HUAWEI AND THE HUAWEI

01:45:44  22     LITIGATION, RIGHT?

01:45:45  23     A.   I'M NOT DIRECTLY FAMILIAR WITH THAT.

01:45:47  24     Q.   OKAY.  WOULD YOU LOOK PLEASE AT EXHIBIT 5345, WHICH I HOPE

01:45:53  25     IS IN YOUR BINDER.  DO YOU HAVE THAT EXHIBIT?

01:46:02  1    A.   YES.

01:46:03  2    Q.   AND YOU TESTIFIED AS A CORPORATE REPRESENTATIVE IN

01:46:07  3    DEPOSITION ON BEHALF OF CISCO WITH RESPECT TO CERTAIN TOPICS

01:46:10  4    ABOUT HUAWEI, THE HUAWEI LITIGATION, CORRECT?

01:46:13  5    A.   YES, THAT'S CORRECT.

01:46:14  6    Q.   AND DO YOU RECALL TESTIFYING ABOUT THIS DOCUMENT IN YOUR

01:46:17  7    DEPOSITION, I CAN DIRECT YOU TO THE, YOUR NAME ON THE EXHIBIT

01:46:21  8    STICKER ON THE FRONT.

01:46:23  9    A.   YES, THE DOCUMENT APPEARS TO BE FAMILIAR.

01:46:26  10           THE COURT:  WHAT WAS THAT EXHIBIT NUMBER?

01:46:28  11           MR. SILBERT:  I'M SORRY, IT'S 5345.

01:46:31  12           THE COURT:  THANK YOU.  I GOT IT.

01:46:33  13   BY MR. SILBERT:

01:46:34  14   Q.   AND THIS IS A CISCO PRESENTATION CONCERNING HUAWEI; IS

01:46:38  15   THAT RIGHT?

01:46:38  16   A.   YES, IT APPEARS TO BE.

01:46:40  17           MR. SILBERT:  YOUR HONOR, I OFFER EXHIBIT 5345 INTO

01:46:43  18   EVIDENCE.

01:46:44  19           MR. JAFFE:  NO OBJECTION.

01:46:45  20           THE COURT:  THANK YOU, IT WILL BE ADMITTED.

01:47:00  21   (DEFENDANT'S EXHIBIT 5345, WAS ADMITTED INTO EVIDENCE.)

01:47:01  22   BY MR. SILBERT:

01:47:01  23   Q.   IF YOU LOOK AT THE FIRST PAGE OF THE EXHIBIT YOU SEE THE

01:47:03  24   TITLE IS HUAWEI ENTERPRISE BRIEFING FOR CISCO PARTNERS, RIGHT?

01:47:08  25   A.   YES, I SEE THE TITLE.

01:53:00    1    COLUMN WAS, "COPY CLI FROM IOS."  DO YOU SEE THAT?

01:53:05    2    A.   I SEE THAT.

01:53:06    3    Q.   CISCO NEVER SUED FOUNDRY FOR COPYING THE CLI, DID IT?

01:53:11    4    A.   NO, I'M AWARE OF, FROM MY OWN INTERACTIONS WITH OUR

01:53:15    5    COMPETITIVE ANALYSIS TEAM, THAT NOW BROCADE'S USE OF THE CLI IS

01:53:23    6    NOT A COPYING OF OURS IN THE SAME WAY THAT ARISTA'S IS; THAT

01:53:27    7    ARISTA IS UNIQUE AMONG OUR TIER 1 COMPETITORS, THAT THEIR

01:53:31    8    OPERATING SYSTEM CAN BE USED BY SOMEONE TRAINED IN CISCO'S

01:53:35    9    OPERATING SYSTEM WITHOUT FURTHER TRAINING.

01:53:36   10    Q.   SIR, YOU HAVE NO PERSONAL KNOWLEDGE OF WHAT YOU JUST

01:53:39   11    RECITED, DO YOU?

01:53:40   12    A.   I LEARNED THAT INFORMATION FROM A COMPETITIVE ANALYSIS

01:53:44   13    EXPERT WITHIN OUR COMPANY.

01:53:45   14         MR. SILBERT:  I MOVE TO STRIKE AS HEARSAY.

01:53:46   15         THE COURT:  IT WILL BE STRICKEN.  GRANTED.

01:53:51   16    BY MR. SILBERT:

01:53:51   17    Q.   CISCO HAS NEVER SUED DELL FOR COPYING CISCO CLI, HAS IT?

01:53:54   18    A.   NO.

01:53:54   19    Q.   ARE YOU AWARE THAT DELL USES MORE THAN 1,000 MULTIWORD

01:53:59   20    COMMANDS THAT ARE THE SAME AS CISCO?

01:54:03   21    A.   I DON'T KNOW THE EXACT NUMBER.  I ONLY -- I'M ONLY AWARE

01:54:07   22    OF ARISTA'S UNIQUENESS AS A COMPETITOR.

01:54:12   23    Q.   ARE YOU AWARE THAT DELL HAS POSTED A VIDEO ON ITS

01:54:15   24    CORPORATE YOU TUBE CHANNEL IN WHICH IT COMPARES ITS CLI TO

01:54:21   25    CISCO'S AND HIGHLIGHTS HOW SIMILAR THEY ARE?

01:54:23  1      A.   I'M NOT AWARE OF THAT VIDEO.

01:54:25  2      Q.   OKAY.  YOU'VE HEARD OF BLADE NETWORK TECHNOLOGIES?

01:54:30  3      A.   YES, I'VE HEARD OF THEM.

01:54:32  4      Q.   YOU KNOW THAT BLADE OFFERED A CLI THAT IT CALLED THE

01:54:35  5      IS-CLI OR INDUSTRY STANDARD CLI, ON ITS ETHERNET SWITCHES?

01:54:39  6      A.   NO, AND I WOULDN'T KNOW WHAT THEY MEAN BY THAT.

01:54:42  7      Q.   OKAY.  DO YOU KNOW THAT BLADE WAS ACQUIRED BY IBM AT SOME

01:54:47  8      POINT?

01:54:47  9      A.   I -- I NEVER KNEW THAT OR HAVE FORGOTTEN.

01:54:51  10     Q.   OKAY.  CISCO NEVER SUED IBM FOR USE OF CLI COMMANDS THAT

01:54:54  11     ARE THE SAME AS CISCO'S, DID IT?

01:54:56  12     A.   NO.

01:54:57  13     Q.   CISCO NEVER SUED BLADE FOR USE OF CLI COMMANDS THAT ARE

01:55:00  14     THE SAME AS CISCO'S, CORRECT?

01:55:02  15     A.   NO.

01:55:04  16     Q.   CISCO NEVER SUED HEWLETT-PACKARD FOR THE USE OF CLI

01:55:10  17     COMMANDS THAT ARE THE SAME AS CISCO'S, HAS IT?

01:55:12  18     A.   NO.  BUT AGAIN, I CONTEST THAT THEIR SIMILARITIES IS THE

01:55:17  19     SAME AS WHAT WE ARE DEALING WITH HERE.

01:55:19  20     Q.   EXCUSE ME.

01:55:20  21          BUT AGAIN, YOU HAVE NO PERSONAL KNOWLEDGE OF WHAT YOU JUST

01:55:23  22     STATED; IS THAT RIGHT?

01:55:24  23     A.   I HAVE THE KNOWLEDGE I INDICATED EARLIER.

01:55:26  24          MR. SILBERT:  I MOVE TO STRIKE AGAIN.

01:55:28  25          THE COURT:  SUSTAINED.  I WILL STRIKE THE LAST





| 02:02:09 | 1 | |
| 02:02:13 | 2 | |
| 02:02:18 | 3 | |
| 02:02:22 | 4 | |
| 02:02:23 | 5 | |
| 02:02:26 | 6 | |
| 02:02:29 | 7 | |
| 02:02:34 | 8 | |
| 02:02:38 | 9 | |
| 02:02:41 | 10 | |
| 02:02:45 | 11 | |
| 02:02:46 | 12 | |
| 02:02:49 | 13 | |
| 02:02:52 | 14 | |
| 02:02:55 | 15 | |
| 02:02:58 | 16 | |

02:02:58  17    Q.  WELL, YOU OVERSEE A SECTION OF THE LEGAL DEPARTMENT AT

02:03:02  18    CISCO, RIGHT?

02:03:03  19    A.  YES, I DO.

02:03:04  20    Q.  AND THAT -- AND SPECIFICALLY THE SECTION OF THE LEGAL

02:03:07  21    DEPARTMENT THAT'S INVOLVED WITH INTELLECTUAL PROPERTY, RIGHT?

02:03:09  22    A.  YES.

02:03:10  23    Q.  AND THAT WOULD INCLUDE THE PORTION OF THE LEGAL DEPARTMENT

02:03:14  24    THAT WOULD HAVE NEGOTIATED AND DRAFTED A SETTLEMENT AGREEMENT

02:03:17  25    WITH HUAWEI ABOUT INTELLECTUAL PROPERTY CLAIMS, RIGHT?



02:03:20   1   A.   RIGHT.  THIS AGREEMENT WAS NEGOTIATED BY MY PREDECESSORS.

02:03:24   2   Q.   OKAY.  BUT YOU CERTAINLY ARE KNOWLEDGEABLE ABOUT DRAFTING

02:03:28   3   THE INTELLECTUAL PROPERTY AGREEMENTS, RIGHT?

02:03:31   4   A.   YES, I MEAN, PRIMARILY I'VE WORKED ON PATENT AGREEMENTS,

02:03:34   5   BUT YES.

02:03:35   6

02:03:38   7

02:03:42   8

02:03:45   9

02:03:50   10

02:03:53   11

02:03:59   12

02:04:02   13

02:04:04   14

02:04:05   15

02:04:09   16

02:04:15   17

02:04:19   18

02:04:22   19

02:04:27   20

02:04:28   21

02:04:31   22

02:04:33   23

02:04:35   24

02:04:37   25

02:04:39  1  ███  ████████████████████████████████████████████

02:04:42  2  ████████████████████████████████████████████████

02:04:46  3  ████████████████████████████████████████████████

02:04:49  4  Q.   BEFORE CISCO SUED HUAWEI, IT CONTACTED HUAWEI TO DISCUSS

02:05:03  5  THE CONCERNS THAT CISCO HAD ABOUT HUAWEI'S APPARENT USE OF

02:05:07  6  CISCO'S INTELLECTUAL PROPERTY, RIGHT?

02:05:09  7  A.   I ACTUALLY AM GENERALLY AWARE OF THAT BEING TRUE, I'M NOT

02:05:14  8  UP ON THE DETAILS.

02:05:15  9  Q.   DO YOU KNOW THAT HIGH RANKING CISCO EXECUTIVES ACTUALLY

02:05:20  10 FLEW TO CHINA TO HAVE MEETINGS WITH HUAWEI ON SEVERAL DIFFERENT

02:05:26  11 OCCASIONS BEFORE FILING ANY LAWSUIT?

02:05:29  12 A.   YEAH, I WAS NOT WORKING AT CISCO AT THE TIME, AND I DON'T

02:05:32  13 KNOW THE SPECIFICS OF THAT.

02:05:34  14 Q.   OKAY.  LET'S MOVE TO CISCO AND STANFORD.

02:05:41  15     SO IN 1986, IN THE SUMMER OF 1986, STANFORD SENT A LETTER

02:05:50  16 TO CISCO ALLEGING THAT CISCO HAD MISAPPROPRIATED INTELLECTUAL

02:05:57  17 PROPERTY BELONGING TO STANFORD, RIGHT?

02:06:01  18 A.   I RECALL SEEING A LETTER ON THE TOPIC, BUT I DON'T

02:06:04  19 REMEMBER THE DETAILS.

02:06:05  20 Q.   WOULD YOU LOOK PLEASE AT EXHIBIT 5195.  THAT'S THE LETTER

02:06:20  21 THAT STANFORD SENT, RIGHT?

02:06:26  22 A.   YES, IT APPEARS TO BE.

02:06:34  23        MR. SILBERT:  AND YOUR HONOR, I OFFER EXHIBIT 5195.

02:06:37  24        MR. JAFFE:  NO OBJECTION.

02:06:37  25        THE COURT:  IT WILL BE ADMITTED.

02:12:56  1    COULD LOOK AT MORE SOURCE CODE IF APPROXIMATE THEY WANTED TO;

02:12:59  2    IS THAT RIGHT?

02:12:59  3    A.   THERE WAS AN EXCERPT, BUT I DON'T RECALL TESTIFYING TO A

02:13:02  4    NUMBER OF PAGES, BUT AN EXCERPT WAS SENT, AND THEN A LINK WAS

02:13:06  5    ALSO SENT.

02:13:06  6    Q.   OKAY.  AND ANOTHER SUBJECT OR ANOTHER CATEGORY COVERED BY

02:13:12  7    THOSE REGISTRATIONS ARE MANUALS, RIGHT, PRODUCT MANUALS?

02:13:18  8    A.   RIGHT.

02:13:18  9    Q.   AND DO YOU KNOW THE VOLUME OF JUST THE PRODUCT MANUALS

02:13:23  10   THAT ARE COVERED BY THE REGISTRATIONS THAT YOU TESTIFIED ABOUT?

02:13:27  11   A.   I DON'T BUT I ASSUME IT'S QUITE LARGE.

02:13:29  12   Q.   DO YOU KNOW THAT IT EXCEEDS 600,000 PAGES OF MANUALS?

02:13:34  13   A.   I DON'T KNOW THE NUMBER.

02:13:37  14   Q.   OKAY.  WOULD YOU LOOK, PLEASE, AT EXHIBIT 4791 WHICH IS

02:13:43  15   THE COMPILATION OF REGISTRATIONS WHICH IS IN EVIDENCE.

02:13:55  16       IF YOU ARE LOOKING ON THE FIRST PAGE, THIS IS FOR CISCO

02:13:58  17   IOS VERSION 11.0, RIGHT?

02:14:01  18   A.   YES.

02:14:02  19   Q.   AND IF YOU LOOK ON KIND OF THE TOP -- RIGHT YOU SEE THAT

02:14:05  20   THIS WAS, THE EFFECTIVE DATE OF THE REGISTRATION IS JUNE 14,

02:14:10  21   2002?

02:14:10  22   A.   YES.

02:14:12  23   Q.   AND IF YOU SCROLL A LITTLE BIT DOWN YOU WILL SEE THAT THE

02:14:15  24   WORK WAS DONE IN 1985 THERE IN SECTION 3-A -- EXCUSE ME, 1995.

02:14:24  25   THE WORK WAS COMPLETED IN 1995?

02:18:38  1          MR. NELSON:  THEN THERE'S ALSO THE STIPULATION THAT I

02:18:40  2   WOULD LIKE TO READ.

02:18:40  3          THE COURT:  OKAY, LET'S GET DR. ALMEROTH SWORN SO HE

02:18:44  4   CAN SIT DOWN.

02:18:46  5   **(PLAINTIFF'S WITNESS, KEVIN ALMEROTH, WAS SWORN.)**

02:18:48  6          THE WITNESS:  YES, MA'AM, I DO.

02:18:51  7          THE CLERK:  THANK YOU, SIR.

02:18:59  8          MR. NELSON:  CAN I READ THE STIPULATION FIRST?

02:19:01  9          THE COURT:  ABSOLUTELY.

02:19:02 10          MR. NELSON:  OKAY.

02:19:10 11      SO SOMETIMES THE LAWYERS AGREE TO FACTS IN A CASE, SO I'M

02:19:14 12   JUST GOING TO READ TO YOU AN AGREEMENT THAT WE MADE HERE, AND I

02:19:18 13   WILL TRY TO READ IT SLOWLY SO THAT YOU -- AND WE CAN GET IT IN

02:19:22 14   THE RECORD.

02:19:23 15      SO ON FEBRUARY 13TH, 2015, ARISTA FILED AN ANSWER TO

02:19:29 16   CISCO'S ORIGINAL COMPLAINT THAT ADMITTED THAT ARISTA USES THE

02:19:35 17   508 IOS COMMAND EXPRESSIONS INCLUDED IN EXHIBIT 1 TO CISCO'S

02:19:41 18   COMPLAINT.

02:19:44 19      ON AUGUST 10TH, 2015, ARISTA FILED AN ANSWER TO CISCO'S

02:19:50 20   SECOND AMENDED COMPLAINT THAT DENIES THAT ARISTA USES THE 508

02:19:56 21   IOS COMMAND EXPRESSIONS INCLUDED IN EXHIBIT 1 TO CISCO'S SECOND

02:20:01 22   AMENDED COMPLAINT.

02:20:04 23      AND EXHIBIT 1 CONTAINS TWO COMMANDS NAMED "TERMINAL

02:20:11 24   LENGTH" AND "SHOW USER" THAT CISCO HAS WITHDRAWN FROM THE LIST.

02:20:18 25          THAT EXHIBIT 1 TO THE COMPLAINT, SO THAT WE CAN IDENTIFY

02:20:21  1    IT FOR THE CASE, IS ACTUALLY GOING TO BE MARKED FOR YOU AND

02:20:25  2    ADMITTED AS TRIAL EXHIBIT 4821.

02:20:35  3         THE COURT:  AND WOULD YOU LIKE TO MOVE THAT EXHIBIT

02:20:37  4    INTO EVIDENCE NOW SO WE DON'T FORGET?

02:20:39  5         MR. NELSON:  THAT'S A VERY GOOD POINT, YOUR HONOR.

02:20:41  6    AND AT THIS POINT I WOULD LIKE TO MOVE EXHIBIT 4821 INTO

02:20:45  7    EVIDENCE, YOUR HONOR.

02:20:45  8         THE COURT:  NO OBJECTION?

02:20:47  9         MR. VAN NEST:  NO OBJECTION, YOUR HONOR.

02:20:48  10        THE COURT:  IT WILL BE ADMITTED.

02:20:50  11   (PLAINTIFF'S EXHIBIT 4821 WAS ADMITTED INTO EVIDENCE.)

02:20:50  12        MR. NELSON:  AND WE WILL HAVE THAT PREPARED.

02:20:52  13        THE COURT:  THAT WOULD BE FINE, THANK YOU.

02:20:54  14        MR. NELSON:  OKAY.  THANK YOU.

02:21:55  15        THE COURT:  OKAY.  AND YOU MAY BEGIN.

02:22:01  16        MR. NELSON:  THANK YOU, YOUR HONOR.

02:22:02  17                    **DIRECT EXAMINATION**

02:22:02  18   BY MR. NELSON:

02:22:06  19   Q.   GOOD AFTERNOON, DR. ALMEROTH.

02:22:07  20   A.   GOOD AFTERNOON.

02:22:08  21   Q.   COULD YOU GO AHEAD AND PLEASE INTRODUCE YOURSELF TO THE

02:22:10  22   JURY?

02:22:10  23   A.   SURE.  MY NAME IS KEVIN ALMEROTH.  I'M A PROFESSOR IN THE

02:22:15  24   DEPARTMENT OF COMPUTER SCIENCE AT UC SANTA BARBARA.  I HAVE

02:22:19  25   BEEN THERE SINCE 1997 WHEN I GRADUATED WITH A PHD FROM GEORGIA

02:47:17  1      IN THE COURTROOM ALL WEEK.

02:47:18  2          AND THAT IS THAT FROM THE EARLY 80'S, EVEN ACTUALLY FROM

02:47:22  3      THE LATE 60'S WHEN THE ORIGINAL INTERNET FIRST STARTED WITH

02:47:25  4      FOUR NODES, ONE OF WHICH BEING FROM UCSB, THE INTERNET GREW

02:47:32  5      INTO WHAT'S SHOWN IN THIS PICTURE TODAY.

02:47:34  6          AND WHAT'S SHOWN IN THIS PICTURE IS DIFFERENT COLORS FOR

02:47:37  7      DIFFERENT NETWORKS.  AND THEY ALL CONNECT TOGETHER.  SO NOW WE

02:47:41  8      HAVE MILLIONS OF ROUTERS AND SWITCHES.  THEY SERVE THE FUNCTION

02:47:44  9      OF RECEIVING DATA IN PACKETS AND ROUTING THEM TO THEIR

02:47:50 10      DESTINATION.

02:47:51 11          SO IF YOU ARE LOOKING AT A WEBSITE ON YOUR COMPUTER OR

02:47:56 12      YOUR PHONE IT'S DATA THAT COMES THROUGH THE SERVER AND IS

02:47:59 13      ROUTED THROUGH THE INTERNET SWITCHES AND NETWORKS.

02:48:02 14          SO JUST LIKE THE PHONE NETWORK WHERE YOU CAN HAVE AN AT&T

02:48:06 15      PHONE AND YOU CAN CALL SOMEBODY ON VERIZON SO YOU CAN GO FROM

02:48:09 16      ONE NETWORK TO ANOTHER NEST.  THE SAME THINGS HAPPENS IN THE

02:48:13 17      INTERNET AND THAT'S WHY THERE ARE DIFFERENT COLORED NETWORKS

02:48:13 18      OWNED BY DIFFERENT PROVIDERS.

02:48:17 19          AND YOU USE THE PROTOCOLS ON THE INTERNET THAT OPERATE ON

02:48:20 20      SWITCHES AND ROUTERS TO MAKE SURE THAT COMMUNICATION TAKES

02:48:23 21      PLACE RELIABLY AND EFFICIENTLY AND QUICKLY.

02:48:24 22      Q.   SO WE'VE HEARD A FAIR AMOUNT OF LAST FEW DAYS WITH

02:48:27 23      SWITCHES.  WHERE DO THOSE FIT INTO THIS PICTURE?

02:48:31 24      A.   THE SWITCHES AND ROUTERS BOTH FIT IN, IN KIND OF THE

02:48:35 25      CROSSROADS WHERE MULTIPLE PROVIDERS WILL COME TOGETHER OR

02:54:33  1        THE PUBLIC.

02:54:34  2        Q.   NOW LET'S GO TO THE FIRST ELEMENT YOU TALKED ABOUT,

02:54:39  3    MULTIWORD COMMANDS.

02:54:40  4        SO CAN YOU JUST EXPLAIN TO US WHAT MULTIWORD COMMANDS ARE

02:54:44  5    IN CISCO'S CLI USER INTERFACE?

02:54:49  6        A.   SURE.   IN TERMS OF THE WORDS MULTIWORD COMMAND, IT'S

02:54:52  7    PRETTY STRAIGHTFORWARD.   IT'S A COMMAND OR AN INSTRUCTION

02:54:56  8    THAT'S COMPOSED OF MULTIPLE WORDS.

02:54:58  9        AS PART OF THIS DEMONSTRATIVE, THERE'S AN ANIMATION, OR

02:55:03  10   ACTUALLY I DON'T THINK WE ARE QUITE THERE YET, BUT WHAT YOU

02:55:07  11   HAVE IS YOU CAN TYPE IN A COMMAND, SO FOR EXAMPLE, THIS ONE IS

02:55:12  12   SPANNING-TREE, PORTFAST, BPDU FILTER DEFAULT.   AND THE USER CAN

02:55:18  13   TYPE THAT.   HIT ENTER, AND THEN IT'S SENT TO THE CISCO SWITCH

02:55:24  14   AND ROUTER, AND THEN USUALLY A RESPONSE COMES BACK.

02:55:29  15       IN SOME CASES, THE RESPONSE IS A CONFIGURATION EITHER THAT

02:55:33  16   IT'S ACCEPTED, WHICH MEANS YOU DON'T GET ANY OUTPUT, OR THAT

02:55:37  17   THERE MIGHT BE AN ERROR OR SOMETHING LIKE THAT.

02:55:40  18       IN OTHER CASES, THERE'S INFORMATION THAT'S RETURNED AS A

02:55:43  19   RESULT OF THE REQUEST.

02:55:45  20       BUT THE KEY REALLY IS YOU HAVE THIS PROMPT, YOU CAN TYPE

02:55:47  21   IN CHARACTERS THAT REPRESENT MULTIPLE WORDS, IT'S A COMMAND OR

02:55:52  22   AN INSTRUCTION, AND THAT CAN BE SENT TO THE SWITCH OR ROUTER.

02:55:55  23       Q.   SO THE COMMAND THAT YOU ARE ILLUSTRATING HERE IS

02:56:00  24   SPANNING-TREE, PORTFAST, BPDU FILTER DEFAULT; DO YOU SEE THAT?

02:56:07  25       A.   YES.

02:56:07  1    Q.   IS THAT ONE OF THE COMMANDS IN THE CASE?

02:56:09  2    A.   IT IS.

02:56:12  3    Q.   NOW FROM YOUR ANALYSIS, HOW MANY COMMANDS DID YOU,

02:56:16  4    MULTIWORD COMMANDS WE ARE TALKING ABOUT NOW, DID YOU DETERMINE

02:56:19  5    WERE COPIED BY ARISTA?

02:56:22  6    A.   506.

02:56:24  7    Q.   SO HERE ON SLIDE 11, CAN YOU TELL ME WHAT'S BEING SHOWN

02:56:30  8    HERE?

02:56:31  9    A.   SURE.  THIS IS KIND OF A WORD SALAD OF ALL OF THE

02:56:35  10   DIFFERENT 506 COMMANDS.

02:56:37  11         IT'S OBVIOUSLY VERY BUSY.  I WON'T TRY AND READ THESE.

02:56:41  12   BUT IT GIVES YOU A SENSE OF THE TYPES OF COMMANDS, THE VARIETY

02:56:49  13   IN THE WORDS THAT ARE BEING USED.

02:56:51  14         AND THERE'S ALSO SOMETHING HERE WHERE THERE'S COLOR

02:56:54  15   CODING, AND THE COLOR CODING DEMONSTRATES WHAT'S KIND OF THIS

02:56:58  16   CONCEPT OF A HIERARCHY.

02:57:00  17         I WILL STOP.

02:57:02  18   Q.   SO ARE THERE ANY OF THE COMMANDS THAT YOU'RE AWARE OF THAT

02:57:05  19   YOU LOOKED AT THAT ARE FOUR OR MORE WORDS?

02:57:08  20   A.   YES, IN FACT THERE'S ONE RIGHT HERE, AREA NSSA

02:57:15  21   DEFAULT-INFORMATION-ORIGINATE.  THERE'S ALSO AREA NSSA

02:57:22  22   TRANSLATE TYPE 7 ALWAYS.  THERE CLEARLY ARE MANY COMMANDS HERE

02:57:29  23   THAT ARE FOUR WORDS OR MORE.

02:57:31  24   Q.   NOW, YOU JUST MENTIONED THAT THE COLOR CODING, IT SHOWS A

02:57:38  25   HIERARCHY OF THE COMMANDS.  CAN YOU EXPLAIN WHAT YOU MEAN BY

02:57:42   1    THAT?

02:57:42   2    A.    SURE.   THIS NEXT DEMONSTRATIVE TAKES AWAY MANY OF THE

02:57:46   3    OTHER COLORS, SO NOW THERE'S JUST TWO, THERE'S RED AND GREEN.

02:57:51   4    AND THESE SHOW TWO HIERARCHIES.

02:57:53   5          AND WHAT THE HIERARCHIES ARE IS IT'S AN ORGANIZATION OF

02:57:57   6    THE COMMANDS INTO A STRUCTURE SO THAT IT'S EASIER FOR AN

02:58:02   7    OPERATOR TO REMEMBER THEM.   IT'S KIND OF A CATEGORIZATION.

02:58:06   8          AND THEY ARE CALLED HIERARCHIES OR TREES.   AND THOSE TREES

02:58:11   9    USUALLY, THE WAY THAT THEY'RE REPRESENTED, IF YOU GO TO THE

02:58:15   10   NEXT SLIDE, IS AS THIS KIND OF TREE STRUCTURE, WHERE THE ROOT

02:58:22   11   IS THE FIRST WORD AND THEN THE NEXT WORD IS THE NEXT LEVEL IN

02:58:26   12   THE HIERARCHY.

02:58:26   13         AND THESE HELP AN OPERATOR CONCEPTUALLY REMEMBER THESE

02:58:30   14   KINDS OF COMMANDS.

02:58:32   15         SO THE HIGHLIGHTING ON THE PREVIOUS SCREEN OF RED AND

02:58:35   16   GREEN, SHOW THE "SHOW HIERARCHY", AND ALSO THE "IP HIERARCHY."

02:58:41   17   SO NOW IF WE ORGANIZE IT INTO THIS KIND OF TREE STRUCTURE,

02:58:48   18   "SHOW" AND "IP" ARE THE ROOTS OF TWO TREES, THEN THEY BRANCH

02:58:51   19   INTO THE DIFFERENT POSSIBILITIES FOR THE SUBSEQUENT WORDS.

02:58:54   20         SO FOR A COMMAND LIKE "SHOW IP ACCESS LISTS," YOU CAN SEE

02:58:58   21   IN THE LEFT THAT IT'S IN THE "SHOW HIERARCHY", THE SECOND LAYER

02:59:02   22   IS "IP," THEN THE THIRD IS "ACCESS LIST."

02:59:06   23   Q.    SO DO THE HIERARCHIES YOU JUST DESCRIBED PLAY INTO ROLE IN

02:59:10   24   THE FORMATION OF THE AUTHORING OF THE COMMANDS THEMSELVES?

02:59:15   25   A.    THEY DO.   THEY DEMONSTRATE THE CREATIVITY THAT GOES INTO

02:59:20  1    DETERMINING THE WORD ORDER.  THERE'S CREATIVITY IN HOW YOU

02:59:24  2    ORGANIZE THE WORDS AND HOW IT FITS INTO HIERARCHIES AND WHICH

02:59:30  3    HIERARCHY IS SELECTED.  AND I WILL TALK A LITTLE BIT MORE ABOUT

02:59:35  4    THAT.

02:59:35  5    Q.   NOW I WANT TO MOVE ON TO THE NEXT ELEMENT YOU LISTED WHICH

02:59:39  6    IS THE OUTPUTS.

02:59:40  7         CAN YOU EXPLAIN TO US WHAT THE OUTPUTS ARE IN THIS CASE?

02:59:43  8    A.   SURE.  THE OUTPUT HERE IS I THINK ALSO PRETTY

02:59:46  9    STRAIGHTFORWARD.  WHEN YOU TYPE A COMMAND AT THE COMMAND LINE

02:59:52 10    INTERFACE, IT'S SENT TO THE SWITCH OR ROUTER AND THEN A

02:59:56 11    RESPONSE COMES BACK.

02:59:58 12         WHAT THE ANIMATION IS SHOWING.  AND IN THIS CASE THE

03:00:01 13    COMMAND THAT'S TYPED IS SHOW SPANNING-TREE.  AND THE RESULTS

03:00:05 14    THAT COME BACK, THEY ARE A LITTLE BIT HARD TO SEE, BUT EVEN IF

03:00:08 15    YOU COULD SEE THEM IN GREAT DETAIL, I'M NOT SURE YOU WOULD MAKE

03:00:12 16    A WHOLE LOT OF SENSE OF IT, BUT IT'S IN A FORMAT THAT'S

03:00:16 17    STRUCTURED SO THAT A PERSON CAN UNDERSTAND IT.

03:00:19 18         THERE'S CREATIVITY TO THE PROCESS AND WHAT INFORMATION IS

03:00:23 19    DISPLAYED, WHERE ON THE SCREEN IT GOES, I MEAN, REALLY YOU CAN

03:00:27 20    ORGANIZE THESE OUTPUTS HOWEVER YOU WANT.

03:00:29 21    Q.   SO DO ALL COMMANDS HAVE OUTPUTS?

03:00:32 22    A.   NO.  THE COMMANDS THAT HAVE OUTPUTS ARE THE ONES WHERE

03:00:40 23    THERE'S USUALLY A REQUEST TO DISPLAY INFORMATION.

03:00:43 24    Q.   SO I WANT TO MOVE ON TO THE NEXT ELEMENT THAT YOU TALKED

03:00:47 25    ABOUT WHICH IS -- WHICH ARE HELP DESCRIPTIONS.