# VOLUME III OF III, Pages Appx51198-63502

Appeal No. 2017-2145

# United States Court of Appeals

*for the*

# Federal Circuit

CISCO SYSTEMS, INC.,

*Plaintiff-Appellant,*

– v. –

ARISTA NETWORKS, INC.,

*Defendant-Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA IN
CASE NO. 5:14-CV-05344-BLF, JUDGE BETH LABSON FREEMAN

## NON-CONFIDENTIAL JOINT APPENDIX

ROBERT A. VAN NEST
BRIAN L. FERRALL
DAVID J. SILBERT
STEVEN A. HIRSCH
MICHAEL KWUN
RYAN WONG
ELIZABETH K. MCCLOSKEY
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
(415) 391-5400

*Attorneys for Defendant-Appellee*

KATHLEEN M. SULLIVAN
TODD ANTEN
OWEN ROBERTS
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

– and –

SEAN S. PAK
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600

*Attorneys for Plaintiff-Appellant*

February 12, 2018

## TABLE OF CONTENTS FOR JOINT APPENDIX

### SEALING/PROTECTIVE ORDERS

| DKT. | DESCRIPTION | PAGE(S) |
|---|---|---|
| 53 | Stipulated Protective Order (June 26, 2015) | AppxI-XXIX |
| 772 | Order Granting Motion to Seal (Feb. 24, 2017) | AppxXXX-XXXII |

### JUDGMENT AND ORDER

| DKT. | DESCRIPTION | PAGE(S) |
|---|---|---|
| 750 | Judgment (Dec. 19, 2017) | Appx1 |
| 787 | Order Denying Motions For Judgment As A Matter Of Law And Motion For A New Trial (May 10, 2017) | Appx2-20 |

### DOCKET OF PROCEEDINGS BELOW

| DESCRIPTION | PAGE(S) |
|---|---|
| Civil Docket for Case No. 5:14-cv-05344-BLF (N.D. Cal.) | Appx21-92 |

### DISTRICT COURT FILINGS

| DKT. | DESCRIPTION | PAGE(S) |
|---|---|---|
| 740 | Final Order Re Analytic Dissection And Scope Of Protection | Appx1328-1347 |
| 732 | Trial Brief In Support of Cisco's Rule 50(a) Motion For Judgment As A Matter Of Law | Appx1359; Appx1360-1361; Appx1364-1365 |
| 737 | Final Jury Instructions | Appx1390-1391; Appx1394; Appx1396-1398; Appx1406 |
| 749 | Verdict | Appx1427-1431 |
| 760 | Arista's Motion for Judgment as a Matter of Law and Conditional Motion for New Trial (Fed. R. Civ. P. 50(b) and 59) | Appx1432-1434; Appx1449-1458; Appx1464 |
| 761-1 | Exhibit I to Declaration Of Sara E. Jenkins In Support Of Cisco's Rule 50(b) Motion For Judgment As A Matter Of Law | Appx1857-2067 |
| 786 | Transcript of Proceedings: Apr. 27, 2017 | Appx4341-4342 |
| 790 | Notice of Appeal | Appx4403-4405 |

**TRIAL TRANSCRIPTS**

| Tr. Vol. | Description | Page(s) |
|---|---|---|
| 2 | Trial Transcript: Nov. 21, 2016 | Appx10111-10112 |
| 3 | Trial Transcript: Nov. 28, 2016 | Appx10398; Appx10412; Appx10416; Appx10448-10449; Appx10455-10456; Appx10460; Appx10463-10464; Appx10466-10468; Appx10471; Appx10473-10475; Appx10481-10484; Appx10486; Appx10494-10495; Appx10499; Appx10501-10527 |
| 4 | Trial Transcript: Nov. 29, 2016 | Appx10546; Appx10566-10567; Appx10572-10573; Appx10608-10610; Appx10617-10620; Appx10622; Appx10636; Appx10650-10651; Appx10654-10655; Appx10662-10663; Appx10667-10670; Appx10673-10679; Appx10682; Appx10695; Appx10709-10710; Appx10714; Appx10738-10740; Appx10755-10756; Appx10775-10776; Appx10781-10782; Appx10800-10802; Appx10808-10815 |
| 5 | Trial Transcript: Nov. 30, 2016 | Appx10843; Appx10865-10867; Appx10874-10875; Appx10878; Appx10896-10897; Appx10900-10901; Appx10905; Appx10926-10927; Appx10932-10935; Appx10944-10945; Appx10947; Appx10952-10953 Appx10990-10995; Appx10998-11000; Appx11016-11018; Appx11022; Appx11025; Appx11030; Appx11035; Appx11045; Appx11047-11048; Appx11055; Appx11061-11062; Appx11079; Appx11086; Appx11091-11094; Appx11098-11102 |
| 6 | Trial Transcript: Dec. 1, 2016 | Appx11129; Appx11164-11169; Appx11177-11178; Appx11183-11184; Appx11189-11192 (under seal); Appx11197; Appx11201-11202; Appx11214; Appx11219-11224; Appx11226; Appx11233-11240; Appx11243-11244; Appx11249; Appx11265-11266; Appx11291-11294 Appx11302 |
| 7 | Trial Transcript: Dec. 2, 2016 | Appx11347-11348; Appx11351; Appx11354-11357; Appx11360-11368 |
| 8 | Trial Transcript: Dec. 5, 2016 | Appx11628-11629; Appx11717-11718; Appx11726-11734; Appx11744-11748; Appx11783-11800; Appx11803; Appx11807; Appx11809-11810; Appx11828-11833; Appx11835-11836; Appx11843-11844; Appx11860-11864; Appx11868-11870; Appx11872 |
| 9 | Trial Transcript: Dec. 6, 2016 | Appx11899-11901; Appx11915; Appx11926-11933; Appx11936-11938; Appx11940-11942; Appx11945; Appx11950-11951; Appx11963; Appx11967; Appx11969-11971; Appx12037-12044; Appx12060-12064; Appx12073-12074; Appx12085; Appx12088-12091; Appx12093-12114; Appx12121-12122; Appx12124; Appx12126; Appx12128-12131 (under seal); Appx12134-12146 |

| TR. VOL. | DESCRIPTION | PAGE(S) |
|---|---|---|
| 10 | Trial Transcript: Dec. 7, 2016 | Appx12189-12190; Appx12204-12205; Appx12207-12208; Appx12210-12212; Appx12214-12215; Appx12218-12222; Appx12229-12230; Appx12256-12257; Appx12261-12262; Appx12265; Appx12316; Appx12324; Appx12326 |
| 12 | Trial Transcript: Dec. 9, 2016 | Appx12418-12419; Appx12494-12498; Appx12500; Appx12504-12505; Appx12528; Appx12557-12559; Appx12636-12655 |
| 13 | Trial Transcript: Dec. 12, 2016 | Appx12661-12693; Appx12696; Appx12705; Appx12714; Appx12716-12717; Appx12724-12725; Appx12732; Appx12760 (under seal); Appx12808-12820 |
| 14 | Trial Transcript: Dec. 14, 2016 | Appx12836 |

## ADMITTED TRIAL EXHIBITS

| EXH. | DESCRIPTION | PAGE(S) |
|---|---|---|
| 1 | Arista EOS User Manual - Software Release 4.4.0, March 31, 2010 | Appx20000 |
| 2 | Arista EOS User Manual - Software Release 4.0.1, April 8, 2009 | Appx20368 |
| 3 | Arista User Manual, Arista EOS version 4.6.2, March 28 2011 | Appx20597 |
| 4 | Arista User Manual, Arista EOS version 4.10.0, July 19, 2012 | Appx20983 |
| 5 | Arista User Manual, Arista EOS version 4.11.1 - Rev. 2, January 22, 2013 | Appx22127 |
| 6 | Arista User Manual, Arista EOS version 4.11.2.1, March 1, 2013 | Appx23583 |
| 7 | Arista User Manual, Arista EOS version 4.12.4, September 16, 2013 | Appx25115 |
| 8 | Arista User Manual, Arista EOS version 4.13.7M, June 17, 2014 | Appx26975 |
| 9 | Arista User Manual, Arista EOS version 4.14.3F - Rev. 2, October 2, 2014 | Appx29143 |
| 10 | Arista User Manual, Arista EOS version 4.14.5F - Rev. 2, December 22, 2014 | Appx31375 |
| 11 | Arista User Manual, Arista EOS version 4.14.6M, January 19, 2015 | Appx33623 |
| 12 | Arista User Manual, Arista EOS version 4.15.0F - Rev. 2, April 27, 2015 | Appx35865 |
| 13 | Arista User Manual, Arista EOS version 4.15.0F - Rev. 2, April 18, 2015 | Appx38143 |
| 14 | Arista User Manual, Arista EOS version 4.13.6F, April 14, 2014 | Appx40427 |

| Exh. | Description | Page(s) |
|------|-------------|---------|
| 15 | Arista User Manual, Arista EOS version 4.15.4F, February 5, 2016 | Appx42567 |
| 197 | Email from Kenneth Duda to Anshul Sadana, July 21, 2009, Re: Opinions wanted on ACL cli functionality | Appx45468-45470 |
| 203A | Transcript of Packet Pushers Podcast, Show 45, May 24, 2011 | Appx45473 |
| 295 | EOS CLI Conventions and Style Guidelines | Appx45604-45610 |
| 536 | Email from Hua Zhong to David Sollender, June 14, 2014, Re: Some Lag issues (Daytona release) | Appx46038 |
| 566 | *Fortune*: "An ex-Cisco exec reflects," by Adam Lashinsky | Appx46211 |
| 851 | Police Parser Manifesto V 1.7.1 by Phillip Remaker (Native.txt file) | Appx46325-46329 |
| 4667 | Email from Hua Zhong to Kenneth Duda, May 8, 2012, Re: NX-OS Presentation | Appx50693 |
| 4672 | (UNDER SEAL) September 30, 2003 Agreement between Huawei Technologies Co., Ltd., Futurewei Technologies, Inc. and Huawei America, Inc., Cisco Systems, Inc. and Cisco Technology, Inc. and 3Com Corporation | Appx50785-50786 |
| 4745 | Network World Reprint: How Arista Networks got out in front of the SDN Craze, dated February 22, 2013 | Appx50907 |
| 4791 | A compilation of Cisco Copyright Registrations - Summary Exhibit | Appx50945-51058 |
| 4794 | Examples of where Cisco's copyrighted Modes & Prompts appear in Arista documentation - Summary Exhibit | Appx51059-51067 |
| 4796 | EOS versions where Cisco's copyrighted command expressions appear - Summary Exhibit | Appx51105-51136 |
| 4799 | Cisco's Summary Exhibit - Help Description Analysis | Appx51137-51143 |
| 4800 | Arista copying of Cisco's copyrighted outputs - Summary Exhibit | Appx51144-51172 |
| 4803 | Index - Cisco's Copyright Applications, Code, and Documentation Provided to the Library of Congress | Appx51173-51252 |
| 4821 | Exhibit 1 (Cisco CLI Commands List) to Cisco's Complaint for Copyright and Patent Infringement, December 5, 2014 | Appx51349-51359 |
| 5038 | RFC 1131 - The OSPF Specification | Appx51803; Appx51808 |
| 5040 | RFC 1883 - Internet Protocol, Version 6 (IPv6) Specification | Appx51910-51946 |
| 5134 | February 8, 2006 Ram Kavasseri, Garry Horoupian - Draft v.16 | Appx52862 |

| EXH. | DESCRIPTION | PAGE(S) |
|------|-------------|---------|
| 5157 | Email from Phillip Remaker to Manas Moothedath, November 18, 2014, Re: Its Goodbye… | Appx52990-52991 |
| 5299 | Cisco Nexus 7000 Series Simplified End to End Management | Appx53312 |
| 5345 | Presentation Huawei Enterprise Briefing for Cisco Partners | Appx53497 |
| 5416 | *Network World*: Arista, Blade win top spot in data center switch test, January 18, 2010 | Appx53582-53604 |
| 5423 | Customer Brief:  Face to Face Meeting, February 25, 2011 | Appx53605-53610 |
| 5441 | Nortel Blade Server Switching, 2005 | Appx53611-53633 |
| 5451 | IP Communications for the Small or Autonomous Branch Office | Appx53645 |
| 5457 | IOS Software Release 12.2S, dated April 30, 2003 | Appx53653; Appx53749 |
| 5464 | The Transformative Operating System Called IOS | Appx53801-53802 |
| 5495 | March 11, 2011 Chambers Phone Briefing Memo | Appx53831-53834 |
| 5630 | Amended Appendix H.BR - Brocade Usage of Disputed CLI Commands | Appx53866-53872 |
| 5635 | Amended Appendix H.EX - Extreme Networks Usage of Disputed CLI Commands | Appx53884-53887 |
| 5637 | Amended Appendix H.HP - HP Usage of Disputed CLI Commands | Appx53888-53890 |
| 6229 | EMS Presentation attached to September 4, 2008 email from Mark Foss to Anshul Sadana | Appx54234-54238 |
| 6380 | HP Networking and Cisco CLI Reference Guide Third Edition | Appx54388-54390 |
| 6736 | Email from Kumar Reddy to Burjiz Pithawala and others, February 17, 2014, Questions Re: onePK readout and strategy | Appx57116-57119 |
| 6743 | Email from Nicola Kabar to Ashoka Kallappa and others, June 5, 2014, Re: add skip + pwd hidden option for poap | Appx57120-57126 |
| 6824 | RFC 1195 - Use of OSI IS-IS for Routing in TCP/IP and Dual Environments | Appx57376-57378 |
| 6870 | RFC 2117 - Protocol Independent Multicast-Sparse Mode (PIM-SM): Protocol Specification | Appx57461-57463 |
| 6877 | RFC 2236 - Internet Group Management Protocol, Version 2 | Appx57527; Appx57544-57545 |
| 6910 | RFC 3618 - Multicast Source Discovery Protocol (MSDP) | Appx57578-57581 |
| 7408 | Arista Cloud Networks White Paper | Appx62629 |
| 7543 | April 2, 2009 Toolapalooza presentation by Robert Wright | Appx62649 |
| 7748 | Email from Lorenz Redlefsen to Hugh Holbrook, April 23, 2008, Re: BNT launches Rackswitches | Appx62707 |

| Exh. | Description | Page(s) |
|------|------------|---------|
| 7956 | Email from Joe Chapman to Richard Chycoski and others, August 24, 2013, Re: Tech executives facing up to hard realities of the cloud | Appx62752-62762 |
| 7996 | Cisco Live 2014 Tomorrow Starts Here Presentation | Appx62795 |
| 8110 | Data Sheet - Cisco Unified Communications Manager Express 10.5 | Appx62888-62889 |
| 8237 | Cisco IOS XR Supported Platforms and Features, June 6, 2006 | Appx62905 |
| 9037 | Summary re: Cisco Accusations vs. Arista Full Command Syntax | Appx63144-63399 |
| 9041 | Summary # 2 re: Command Usage by Other Vendors | Appx63400-63409 |
| 9069 | Email from Isabelle Bertin-Bailly to all@aristanetwork.com, November 10, 2010, Arista's Code of Business Conduct with attachment | Appx63447-63465 |
| 9073 | Designated Testimony of Greg Satz | Appx63472; Appx63474-63475 |
| 9079 | Designated Testimony of Douglas Gourlay | Appx63483-63490 |
| 9081 | Designated Testimony of Gavin Cato | Appx63494-63495; Appx63498-63502 |

## CONFIDENTIAL MATERIAL OMITTED

Portions of pages Appx11189-11192, Appx12130; Appx12760; and Appx50785-50786 have been redacted from this non-confidential version of the Joint Appendix. Those pages contain references to or excerpts of a confidential agreement and are subject to a protective order and post-trial sealing order.

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco Unified Communications Manager and Cisco IOS Interoperability Guide, Release 15.1 | CSI-CLI-00048602 | CSI-CLI-00048821 | 1642 |
| Cisco Unified Border Element Configuration Guide; Software Version 1.1, 1.2, and 1.3 | CSI-CLI-00049352 | CSI-CLI-00049703 | 1643 |
| Cisco IOS H.323 Configuration Guide; Release 15.1(1)M | CSI-CLI-00048912 | CSI-CLI-00049195 | 1644 |
| Cisco Unified Border Element with Gatekeeper Configuration Guide; Release 15.1(1)T | CSI-CLI-00049196 | CSI-CLI-00049249 | 1645 |
| Dial Peer Configuration on Voice Gateway Routers; Release 15.1 | CSI-CLI-00049250 | CSI-CLI-00049351 | 1646 |
| Configuring AAA for Cisco Voice Gateways; Release 15.1 | CSI-CLI-00048822 | CSI-CLI-00048911 | 1647 |
| Cisco IOS Mobile Wireless Home Agent Configuration Guide; Release 15.1 | CSI-CLI-00049704 | CSI-CLI-00049891 | 1648 |
| Cisco IOS NetFlow Configuration Guide; Release 15.1 | CSI-CLI-00049892 | CSI-CLI-00050315 | 1649 |
| Cisco IOS Mobile Wireless Gateway GPRS Support Node Configuration Guide; Release 15.1 | CSI-CLI-00050316 | CSI-CLI-00050745 | 1650 |
| Cisco IOS Security Configuration Guide: Secure Connectivity; Release 15.1 | CSI-CLI-00050746 | CSI-CLI-00052211 | 1651 |
| Cisco IOS Quality of Service Solutions Configuration Guide; 15.1 | CSI-CLI-00052212 | CSI-CLI-00053318 | 1652 |
| Cisco IOS MGCP and Related Protocols Configuration Guide; Release 15.1 | CSI-CLI-00053319 | CSI-CLI-00053548 | 1653 |
| Cisco IOS Wireless LAN Configuration Guide; Release 15.1 | CSI-CLI-00053549 | CSI-CLI-00053748 | 1654 |
| Cisco IOS Voice Port Configuration Guide; Release 15.1 | CSI-CLI-00053749 | CSI-CLI-00053922 | 1655 |
| Cisco IOS Wide-Area Networking Configuration Guide; Release 15.1 | CSI-CLI-00053923 | CSI-CLI-00054565 | 1656 |
| Cisco IOS Configuration Fundamentals Command Reference | CSI-CLI-00226710 | CSI-CLI-00227953 | 1661 |
| Cisco IOS Carrier Ethernet Command Reference | CSI-CLI-00314422 | CSI-CLI-00314731 | 1663 |
| Cisco IOS Application Services Command Reference | CSI-CLI-00314944 | CSI-CLI-00315615 | 1664 |
| Cisco IOS IP Addressing Services Command Reference | CSI-CLI-00315616 | CSI-CLI-00316209 | 1665 |
| Cisco IOS IP Routing: EIGRP Command Reference | CSI-CLI-00317413 | CSI-CLI-00317633 | 1666 |
| Cisco IOS IP Routing: OSPF Command Reference | CSI-CLI-00317848 | CSI-CLI-00318091 | 1667 |
| Cisco IOS NetFlow Command Reference | CSI-CLI-00318092 | CSI-CLI-00318350 | 1668 |
| Cisco IOS IP Routing: ISIS Command Reference | CSI-CLI-00318533 | CSI-CLI-00318714 | 1669 |
| Cisco IOS IP Routing: BGP Command Reference | CSI-CLI-00318715 | CSI-CLI-00319251 | 1670 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco IOS Security Command Reference | CSI-CLI-00321190 | CSI-CLI-00324035 | 1672 |
| Cisco IOS IP SLAs Command Reference | CSI-CLI-00324390 | CSI-CLI-00325044 | 1674 |
| Cisco IOS VPDN Command Reference | CSI-CLI-00325045 | CSI-CLI-00325376 | 1665 |
| Cisco IOS Bridging Command Reference | CSI-CLI-00345451 | CSI-CLI-00345700 | 1682 |
| Cisco IOS Debug Command Reference | CSI-CLI-00345701 | CSI-CLI-00348571 | 1683 |
| Cisco IOS Flexible NetFlow Command Reference | CSI-CLI-00348690 | CSI-CLI-00348909 | 1685 |
| Cisco IOS IBM Networking Command Reference | CSI-CLI-00348910 | CSI-CLI-00350065 | 1686 |
| Cisco IOS IPv6 Command Reference | CSI-CLI-00351949 | CSI-CLI-00353842 | 1688 |
| Cisco IOS Optimized Edge Routing Command Reference | CSI-CLI-00353843 | CSI-CLI-00354153 | 1689 |
| Cisco IOS Wide-Area Networking Command Reference | CSI-CLI-00354154 | CSI-CLI-00354832 | 1690 |
| Cisco GGSN Release 8.0 Command Reference; Cisco IOS  Release 12.4(24)T | CSI-CLI-00223197 | CSI-CLI-00223866 | 1571 |
| Cisco IOS Mobile Wireless Home Agent Command Reference | CSI-CLI-00223867 | CSI-CLI-00224022 | 1572 |
| Cisco IOS Mobile Wireless Radio Access Networking Command Reference | CSI-CLI-00224023 | CSI-CLI-00224078 | 1573 |
| Cisco IOS Wireless LAN Command Reference | CSI-CLI-00226300 | CSI-CLI-00226414 | 1574 |
| Cisco IOS Dial Technologies Command Reference | CSI-CLI-00267773 | CSI-CLI-00268938 | 1576 |
| Cisco IOS Network Management Command Reference | CSI-CLI-00319765 | CSI-CLI-00321189 | 1587 |
| Cisco IOS Terminal Services | CSI-CLI-00324036 | CSI-CLI-00324389 | 1588 |
| Cisco IOS Mobile Wireless Packet  Data Serving Node Command Reference | CSI-CLI-00325497 | CSI-CLI-00325713 | 1589 |
| Cisco IOS Asynchronous Transfer Mode Command Reference | CSI-CLI-00333135 | CSI-CLI-00333593 | 1590 |
| Cisco IOS Broadband Access Aggregation and DSL Command Reference | CSI-CLI-00333594 | CSI-CLI-00333809 | 1591 |
| Cisco IOS IP Mobility Command Reference | CSI-CLI-00337967 | CSI-CLI-00338200 | 1596 |
| Cisco IOS ISO CLNS Command Reference | CSI-CLI-00338481 | CSI-CLI-00338696 | 1598 |
| Cisco IOS Novell IPX Command Reference | CSI-CLI-00338941 | CSI-CLI-00339290 | 1600 |

IOS 15.2

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| IOS 15.2 Copyright Application | CSI-CLI-00356528 | CSI-CLI-00356531 | 3039 |
| IOS 15.2: Source Code | CSI-CLI-04623227 | CSI-CLI-04623284 | 1691 |
| Configuration Fundamantals Configuration Guide, Cisco IOS Release 15.2T | CSI-CLI-00024968 | CSI-CLI-00025156 | 1692 |
| Asynchronous Transfer Mode, Cisco IOS Release 15.2M&T | CSI-CLI-00025157 | CSI-CLI-00025779 | 1693 |
| Broadband Access Aggregations and DSL Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00025780 | CSI-CLI-00026277 | 1694 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Carrier Ethernet Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00026278 | CSI-CLI-00026562 | 1695 |
| DECnet Configuration Guide, Cisco IOS Release 15.2M&T | CSI-CLI-00026563 | CSI-CLI-00026596 | 1696 |
| Dial Configuration Guide, Cisco IOS Release 15.2M&T | CSI-CLI-00026597 | CSI-CLI-00027927 | 1697 |
| Flexible Netflow Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00027928 | CSI-CLI-00028085 | 1698 |
| HTTP Services Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00028086 | CSI-CLI-00028146 | 1699 |
| IP Addressing: ARP Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00028147 | CSI-CLI-00028197 | 1700 |
| IP Addressing: DHCP Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00028198 | CSI-CLI-00028412 | 1701 |
| IP Addressing: DNS Configuration Guide, Cisco IOS Release 15.1MT | CSI-CLI-00028413 | CSI-CLI-00028513 | 1702 |
| IP Addressing: IPv4 Addressing Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00028514 | CSI-CLI-00028546 | 1703 |
| IP Addressing: NAT Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00028547 | CSI-CLI-00028725 | 1704 |
| IP Addressing: NHRP Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00028726 | CSI-CLI-00028782 | 1705 |
| First Hop Redundancy Protocols Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00028783 | CSI-CLI-00028935 | 1706 |
| IP Application Services Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00028936 | CSI-CLI-00029130 | 1707 |
| IP Multicast: IGMP Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00029131 | CSI-CLI-00029253 | 1708 |
| IP Multicast: Multicast Legacy Technologies Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00029254 | CSI-CLI-00029292 | 1709 |
| IP Multicast: MFIB Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00029293 | CSI-CLI-00029377 | 1710 |
| IP Multicast: MVPN Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00029378 | CSI-CLI-00029516 | 1711 |
| IP Multicast: Multicast Optimization Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00029517 | CSI-CLI-00029613 | 1712 |
| IP Multicast: PIM Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00029614 | CSI-CLI-00029826 | 1713 |
| IP Multicast: Multicast Resiliency Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00029827 | CSI-CLI-00029837 | 1714 |
| IP Multicast: Multicast Services Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00029838 | CSI-CLI-00029870 | 1715 |
| IP Routing: BGP Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00029871 | CSI-CLI-00030478 | 1716 |

**Appx51200**

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| IP Routing: EIGRP Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00030479 | CSI-CLI-00030677 | 1717 |
| IP Routing: LISP Configuration Guide, Cisco IOS Release 15.2M&T | CSI-CLI-00030678 | CSI-CLI-00030771 | 1718 |
| Bookmap | CSI-CLI-00030772 | CSI-CLI-00030789 | 1719 |
| IP Routing: OSPF Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00030790 | CSI-CLI-00031059 | 1720 |
| IP Routing: Protocol-Independent Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00031060 | CSI-CLI-00031144 | 1721 |
| IP Routing: RIP Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00031145 | CSI-CLI-00031205 | 1722 |
| IP SLAs Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00031206 | CSI-CLI-00031594 | 1723 |
| IP Switching Cisco Express Forwarding Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00031595 | CSI-CLI-00031829 | 1724 |
| IP Switching Configuring Fast Switching Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00031830 | CSI-CLI-00031855 | 1725 |
| IP Switching Configuring Multicast Distributed Switching Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00031856 | CSI-CLI-00031875 | 1726 |
| IP Switching Cisco IOS Switching Paths Overview Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00031876 | CSI-CLI-00031893 | 1727 |
| ISO CLNS Configuration Guide, Cisco IOS Release 15.1M&T | CSI-CLI-00031894 | CSI-CLI-00031965 | 1728 |
| LAN Switching Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00031966 | CSI-CLI-00032178 | 1729 |
| Metadata Configuration Guide Cisco IOS Release 15.2MT | CSI-CLI-00032179 | CSI-CLI-00032214 | 1730 |
| MPLS: Embedded Management and MIBs Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00032215 | CSI-CLI-00032562 | 1731 |
| MPLS: High Availability Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00032563 | CSI-CLI-00032772 | 1732 |
| MPLS: Layer 3 VPNs: Inter-AS and CSC Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00032773 | CSI-CLI-00033068 | 1733 |
| MPLS: Layer 2 VPNs, Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00033069 | CSI-CLI-00033262 | 1734 |
| MPLS Label Distribution Protocol Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00033263 | CSI-CLI-00033424 | 1735 |
| MPLS: Traffic Engineering: DiffServ Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00033425 | CSI-CLI-00033526 | 1736 |
| MPLS: Traffic Engineering: Path, Link, and Node Protection Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00033527 | CSI-CLI-00033762 | 1737 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| MPLS: Traffic Engineering: Path Calculation and Setup Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00033763 | CSI-CLI-00034022 | 1738 |
| MPLS: Layer 3 VPNs, Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00034023 | CSI-CLI-00034296 | 1739 |
| NetFlow Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00034297 | CSI-CLI-00034688 | 1740 |
| Novell IPX Configuration Guide, Cisco IOS Release 15.2M&T | CSI-CLI-00074028 | CSI-CLI-00074113 | 1741 |
| QoS: Bandwidth Estimation Configuration Guide, Cisco IOS Release 15.1MT | CSI-CLI-00091773 | CSI-CLI-00091789 | 1742 |
| QoS: Classification Configuration Guide, Cisco IOS Release 15.1MT | CSI-CLI-00091790 | CSI-CLI-00091888 | 1743 |
| QoS: Congestion Avoidance Configuration Guide, Cisco IOS Release 15.1MT | CSI-CLI-00098678 | CSI-CLI-00098726 | 1744 |
| QoS: Congestion Management Configuration Guide, Cisco IOS Release 15.1MT | CSI-CLI-00098727 | CSI-CLI-00098847 | 1745 |
| QoS: DiffServ for Quality of Service Overview Configuration Guide, Cisco IOS Release 15.1MT | CSI-CLI-00098848 | CSI-CLI-00098872 | 1746 |
| QoS: Header Compression Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00098873 | CSI-CLI-00098962 | 1747 |
| QoS: Hierarchical Queueing Framework Configuration Guide, Cisco IOS Release 15.1MT | CSI-CLI-00098963 | CSI-CLI-00098983 | 1748 |
| QoS: IP to ATM Class of Service Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00098984 | CSI-CLI-00099034 | 1749 |
| QoS: Classification Policing and Marking on a LAC Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00099035 | CSI-CLI-00099052 | 1750 |
| QoS: Latency and Jitter Configuration Guide Cisco IOS Release 15.2MT | CSI-CLI-00099053 | CSI-CLI-00099132 | 1751 |
| QoS Modular QoS Command-Line Interface Configuration Guide Cisco IOS Release 15.2MT | CSI-CLI-00099133 | CSI-CLI-00099169 | 1752 |
| QoS: NBAR Configuration Guide Cisco IOS Release 15.2MT | CSI-CLI-00099170 | CSI-CLI-00099308 | 1753 |
| QoS: Policing and Shaping Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00099309 | CSI-CLI-00099433 | 1754 |
| QoS: Regulating Packet Flow Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00099434 | CSI-CLI-00099473 | 1755 |
| QoS: RSVP Configuration Guide Cisco IOS Release 15.1MT | CSI-CLI-00099474 | CSI-CLI-00099822 | 1756 |
| RMON Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00099823 | CSI-CLI-00099845 | 1757 |
| Service Advertisement Framework Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00099846 | CSI-CLI-00099910 | 1758 |
| Dynamic Multipoint VPN Configuration Guide Cisco IOS Release 15.1MT | CSI-CLI-00101493 | CSI-CLI-00101653 | 1759 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Ipsec Data Plane Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00102320 | CSI-CLI-00102428 | 1760 |
| Easy VPN Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00102615 | CSI-CLI-00102827 | 1761 |
| Cisco Group Encrypted Transport VPN Configuration Guide, Cisco IOS Release 15.2M&T | CSI-CLI-00104206 | CSI-CLI-00104306 | 1762 |
| FlexVPN Configuration Guide, Cisco IOS Release 15.2M&T | CSI-CLI-00105599 | CSI-CLI-00105706 | 1763 |
| Internet Key Exchange for Ipsec VPNs Configuration Guide Cisco IOS Release 15.2MT | CSI-CLI-00106165 | CSI-CLI-00106403 | 1764 |
| IPsec Management Configuration Guide Cisco IOS Release 15.2MT | CSI-CLI-00107100 | CSI-CLI-00107198 | 1765 |
| Public Key Infrastructure Configuration Guide Cisco IOS Release 15.1MT | CSI-CLI-00108121 | CSI-CLI-00108441 | 1766 |
| SSL VPN Configuration Guide Cisco IOS Release 15.1MT | CSI-CLI-00108442 | CSI-CLI-00108656 | 1767 |
| VPN Availability Configuration Guide, Cisco IOS Release 15.2M&T | CSI-CLI-00108657 | CSI-CLI-00108755 | 1768 |
| Security for VPNs with IPsec Configuration Guide Cisco IOS Release 15.1MT | CSI-CLI-00108756 | CSI-CLI-00108914 | 1769 |
| Security Configuration Guide: Access Control Lists, Cisco IOS Release 15.2MT | CSI-CLI-00108915 | CSI-CLI-00109151 | 1770 |
| Security Configuration Guide: Context-Based Access Control Firewall, Cisco IOS Release 15.2MT | CSI-CLI-00109152 | CSI-CLI-00109384 | 1771 |
| Security Configuration Guide; Denial of Service Attack Prevention, Cisco IOS Release 15.2MT | CSI-CLI-00109385 | CSI-CLI-00109405 | 1772 |
| Flexible Packet Matching Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00109406 | CSI-CLI-00109462 | 1773 |
| Cisco IOS Intrusion Prevention System Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00109463 | CSI-CLI-00109583 | 1774 |
| Security Configuration Guide: Protocol Support for Context-Based Access Firewall, Cisco IOS Release 15.2M&T | CSI-CLI-00109584 | CSI-CLI-00109693 | 1775 |
| Security Configuration Guide: Unicast Reverse Path Forwarding Cisco IOS Release 15.2MT | CSI-CLI-00109694 | CSI-CLI-00109738 | 1776 |
| Security Configuration Guide: Zone-Based Policy Firewall Cisco IOS Release 15.2MT | CSI-CLI-00109739 | CSI-CLI-00110003 | 1777 |
| 802.1X Authentication Services Configuration Guide Cisco IOS Release 15.1MT | CSI-CLI-00110004 | CSI-CLI-00110086 | 1778 |
| Authentication Authorization and Accounting Configuration Guide Cisco IOS Release 15.1MT | CSI-CLI-00110087 | CSI-CLI-00110371 | 1779 |
| Authentication Proxy Configuration Guide Cisco IOS Release 15.2MT | CSI-CLI-00110372 | CSI-CLI-00110466 | 1780 |

**Appx51203**

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| User Security Configuration Guide Cisco IOS Release 15.2MT | CSI-CLI-00110467 | CSI-CLI-00110637 | 1781 |
| Cisco TrustSec Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00142102 | CSI-CLI-00142151 | 1782 |
| AAA LDAP Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00145892 | CSI-CLI-00145912 | 1783 |
| Network Admission Control Configuration Guide Cisco IOS Release 15.2MT | CSI-CLI-00146305 | CSI-CLI-00146361 | 1784 |
| RADIUS Configuration Guide Cisco IOS Release 15.2MT | CSI-CLI-00146494 | CSI-CLI-00146672 | 1785 |
| RADIUS Attributes Configuration Guide Cisco IOS Release 15.2MT | CSI-CLI-00150117 | CSI-CLI-00150301 | 1786 |
| RADIUS Configurations Configuration Guide, Cisco IOS, Release 15.2M&T | CSI-CLI-00151700 | CSI-CLI-00151794 | 1787 |
| Secure Shell Configuration Guide Cisco IOS Release 15.1MT | CSI-CLI-00153045 | CSI-CLI-00153119 | 1788 |
| TACACS+ Configuration Guide Cisco IOS Release 15.2MT | CSI-CLI-00153120 | CSI-CLI-00153258 | 1789 |
| Server Load Balancing Configuration Guide Cisco IOS Release 15.2MT | CSI-CLI-00153259 | CSI-CLI-00153457 | 1790 |
| SNMP Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00153458 | CSI-CLI-00153620 | 1791 |
| Loading and Managing System Images Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00153621 | CSI-CLI-00153761 | 1792 |
| Maintaining System Memory Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00153762 | CSI-CLI-00153808 | 1793 |
| Cisco Unified Communications Manager and Cisco IOS Interoperability Guide, Cisco IOS Release 15.2MT | CSI-CLI-00153809 | CSI-CLI-00154015 | 1794 |
| Cisco Unified Border Element Fundamentals and Basic Setup Cisco IOS Release 15.1MT | CSI-CLI-00154016 | CSI-CLI-00154056 | 1795 |
| Cisco UBE H.323 Support Cisco IOS  Release 15.1MT | CSI-CLI-00154957 | CSI-CLI-00154967 | 1796 |
| Cisco UBE H.323-to-SIP Internetworking Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00161254 | CSI-CLI-00161264 | 1797 |
| Cisco UBE Management Configuration Guide, Cisco IOSRelease 15.2MT | CSI-CLI-00162764 | CSI-CLI-00162782 | 1799 |
| Cisco Unified Border Element Protocol-Independent Features and Setup Configuration Guide, Cisco IOS Release 15.2M&T | CSI-CLI-00162783 | CSI-CLI-00163054 | 1800 |
| Cisco Unified Border Element SIP Support Configuration Guide, Cisco IOS Release 15.2M&T | CSI-CLI-00163297 | CSI-CLI-00163541 | 1801 |
| Configuration of SIP Trunking for PSTN Access (SIP-to-SIP) Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00163542 | CSI-CLI-00163575 | 1802 |

**Appx51204**

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Dial Peer Configuration on Voice Gateway Routers, Cisco IOS Release 15.2M&T | CSI-CLI-00163892 | CSI-CLI-00163997 | 1803 |
| Fax, Modem, and Text Support over IP Configuration Guide Cisco IOS Release 15.2M&T | CSI-CLI-00167730 | CSI-CLI-00167949 | 1804 |
| Cisco IOS H.323 Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00167950 | CSI-CLI-00168228 | 1805 |
| ISDN Voice Configuration Guide, Cisco IOS Release 15.2M&T | CSI-CLI-00168229 | CSI-CLI-00168576 | 1806 |
| MGCP Configuration Guide, Cisco IOS Release 15.2M&T | CSI-CLI-00168785 | CSI-CLI-00169010 | 1807 |
| SIP Configuration Guide, Cisco IOS Release 15.2M&T | CSI-CLI-00169011 | CSI-CLI-00169816 | 1808 |
| VPDN Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00169817 | CSI-CLI-00170145 | 1809 |
| Wide-Area Networking Configuration Guide: Frame Relay, Cisco IOS Release 15.2M&T | CSI-CLI-00170146 | CSI-CLI-00170417 | 1810 |
| Wide-Area Networking Configuration Guide; Layer 2 Services, Cisco IOS Release 15.2M&T | CSI-CLI-00170418 | CSI-CLI-00170657 | 1811 |
| Wide-Area Networking Configuration Guide: SMDS and X.25 and LAPB, Cisco IOS Release 15.2MT | CSI-CLI-00170658 | CSI-CLI-00170897 | 1812 |
| Wide-Area Networking Configuration Guide: Wide-Area Application Services, Cisco IOS Release 15.2MT | CSI-CLI-00171210 | CSI-CLI-00171263 | 1813 |
| XML-PI Configuration Guide, Cisco IOS Release 15.2MT | CSI-CLI-00173118 | CSI-CLI-00173146 | 1814 |
| Cisco IOS Mobile Wireless Home Agent Command Reference | CSI-CLI-00227954 | CSI-CLI-00228109 | 1815 |
| Cisco IOS Wireless LAN Command Reference | CSI-CLI-00228110 | CSI-CLI-00228224 | 1816 |
| Bookmap | CSI-CLI-00236536 | CSI-CLI-00236768 | 1817 |
| Cisco IOS Carrier Ethernet Command Reference | CSI-CLI-00236769 | CSI-CLI-00237167 | 1818 |
| Cisco IOS Software Activation Command Reference | CSI-CLI-00237495 | CSI-CLI-00237623 | 1819 |
| Cisco IOS Basic System Management Command Reference | CSI-CLI-00237624 | CSI-CLI-00237784 | 1820 |
| Cisco IOS IP Routing: ODR Command Reference | CSI-CLI-00237785 | CSI-CLI-00237793 | 1821 |
| Cisco IOS IP Routing: RIP Command Reference | CSI-CLI-00237794 | CSI-CLI-00237852 | 1822 |
| Cisco IOS SNMP Support Command Reference | CSI-CLI-00237853 | CSI-CLI-00238299 | 1823 |
| Cisco IOS Multiprotocol Label Switching Command Reference | CSI-CLI-00238300 | CSI-CLI-00239490 | 1824 |
| Cisco IOS Media Monitoring Command Reference | CSI-CLI-00239491 | CSI-CLI-00239781 | 1825 |
| Cisco IOS IP Mobility Command Reference | CSI-CLI-00241096 | CSI-CLI-00241408 | 1826 |
| Cisco IOS Dial Technologies Command Reference | CSI-CLI-00241409 | CSI-CLI-00242592 | 1827 |

**Appx51205**

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco IOS IP Application Services Command Reference | CSI-CLI-00242593 | CSI-CLI-00242931 | 1828 |
| Cisco IOS Asynchronous Transfer Mode Command Reference | CSI-CLI-00242932 | CSI-CLI-00243401 | 1829 |
| Cisco IOS IP Addressing Services Command Reference | CSI-CLI-00243402 | CSI-CLI-00244212 | 1830 |
| Cisco IOS Broadband Access Aggregation and DSL Command Reference | CSI-CLI-00244213 | CSI-CLI-00244528 | 1831 |
| Cisco IOS IP Aplication Services Command Reference | CSI-CLI-00244529 | CSI-CLI-00244703 | 1832 |
| Cisco IOS IP Multicast Command Reference | CSI-CLI-00244704 | CSI-CLI-00245456 | 1833 |
| Cisco IOS Server Load Balancing Command Reference | CSI-CLI-00245457 | CSI-CLI-00245809 | 1834 |
| Cisco IOS Service Advertisement Framwork Command Reference | CSI-CLI-00245810 | CSI-CLI-00245936 | 1835 |
| Cisco IOS Switching Command Reference | CSI-CLI-00245937 | CSI-CLI-00246489 | 1836 |
| Performance Routing Command Reference | CSI-CLI-00246490 | CSI-CLI-00246845 | 1837 |
| Cisco IOS VPDN Command Reference | CSI-CLI-00246846 | CSI-CLI-00247165 | 1838 |
| Cisco IOS IP Routing: EIGRP Command Reference | CSI-CLI-00247166 | CSI-CLI-00247400 | 1839 |
| Cisco IOS Routing: BGP Command Reference | CSI-CLI-00247401 | CSI-CLI-00248137 | 1840 |
| Cisco IOS Terminal Services Command Reference | CSI-CLI-00276838 | CSI-CLI-00277169 | 1841 |
| Cisco IOS Interface and Hardware Component Command Reference | CSI-CLI-00277170 | CSI-CLI-00277359 | 1842 |
| Cisco IOS Voice Command Reference - A through C | CSI-CLI-00277360 | CSI-CLI-00278098 | 1843 |
| Cisco IOS Security Command Reference: Commands M to R | CSI-CLI-00278099 | CSI-CLI-00278801 | 1844 |
| Cisco IOS Command Reference Commands S to Z | CSI-CLI-00278802 | CSI-CLI-00280018 | 1845 |
| Cisco IOS Security Command Reference: Commands D to L | CSI-CLI-00280019 | CSI-CLI-00280903 | 1846 |
| Cisco IOS NetFlow Command Reference | CSI-CLI-00280904 | CSI-CLI-00281184 | 1847 |
| Cisco IOS HTTP Service Command Reference | CSI-CLI-00281185 | CSI-CLI-00281273 | 1848 |
| Cisco IOS IP SLAs Command Reference | CSI-CLI-00281274 | CSI-CLI-00282054 | 1849 |
| Cisco IOS RMON Support Command Reference | CSI-CLI-00282055 | CSI-CLI-00282111 | 1850 |
| Cisco IOS Security Command Reference: Commands A to C | CSI-CLI-00282112 | CSI-CLI-00283178 | 1851 |
| Cisco IOS IP Routing: ISIS Command Reference | CSI-CLI-00283179 | CSI-CLI-00283367 | 1852 |
| Cisco IOS Web Services Management Agent Command Reference | CSI-CLI-00283368 | CSI-CLI-00283420 | 1853 |
| Cisco IOS Wide-Area Networking Command Reference | CSI-CLI-00283421 | CSI-CLI-00284395 | 1854 |
| Cisco IOS Voice Command Reference  - D through I | CSI-CLI-00284396 | CSI-CLI-00285066 | 1855 |
| Cisco IOS Embedded Menu Manager Command Reference | CSI-CLI-00285067 | CSI-CLI-00285076 | 1856 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco IOS Cisco Networking Services Command Reference | CSI-CLI-00285077 | CSI-CLI-00285216 | 1857 |
| Cisco IOS Voice Command Reference - T through Z | CSI-CLI-00285217 | CSI-CLI-00285793 | 1858 |
| Cisco IOS Voice Command Reference - K through R | CSI-CLI-00285794 | CSI-CLI-00286632 | 1859 |
| Cisco IOS Embedded Packet Capture Command Reference | CSI-CLI-00286633 | CSI-CLI-00286657 | 1860 |
| Cisco IOS IP Routing: Protocol-Independent Command Reference | CSI-CLI-00286658 | CSI-CLI-00286936 | 1861 |
| Cisco IOS Voice Command Reference  - S Commands | CSI-CLI-00286937 | CSI-CLI-00288213 | 1862 |
| Cisco IOS Embedded Event Manager Command Reference | CSI-CLI-00288322 | CSI-CLI-00288645 | 1863 |
| Cisco IOS Scripting with TCL Command Reference | CSI-CLI-00288646 | CSI-CLI-00288672 | 1864 |
| Novell IPX | CSI-CLI-00288673 | CSI-CLI-00289121 | 1865 |
| Cisco IOS IP Routing: OSPF Command Reference | CSI-CLI-00289122 | CSI-CLI-00289404 | 1866 |
| Cisco IOS Flexible NetFlow Command Reference | CSI-CLI-00289405 | CSI-CLI-00289671 | 1867 |
| Cisco IOS Embedded Resource Manager Command Reference Release | CSI-CLI-00289672 | CSI-CLI-00289759 | 1868 |
| Cisco IOS Embedded Syslog Manager Command Reference | CSI-CLI-00289760 | CSI-CLI-00289855 | 1869 |
| Cisco IOS IPv6 Command Reference | CSI-CLI-00292982 | CSI-CLI-00294561 | 1870 |

## IOS 15.4

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| IOS 15.4 Copyright Application | CSI-CLI-00356657 | CSI-CLI-00356660 | 3041 |
| IOS 15.4: Source Code | CSI-CLI-04624251 | CSI-CLI-04624307 | 1871 |
| Cisco IOS IPv6 Command Reference | CSI-CLI-00292982 | CSI-CLI-00294561 | 1870 |
| Cisco Unified Border Element H.323-to-SIP Internetworking Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00074114 | CSI-CLI-00074123 | 1872 |
| Cisco Unified Border Element Management Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00074124 | CSI-CLI-00074185 | 1873 |
| Managing Configuration Files Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00074186 | CSI-CLI-00074305 | 1874 |
| Carrier Ethernet Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00074306 | CSI-CLI-00074597 | 1875 |
| Asynchronous Transfer Mode Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00074598 | CSI-CLI-00075284 | 1876 |
| Cisco Unified Border Element Protocol-Independent Features and Setup Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00075285 | CSI-CLI-00075642 | 1877 |

Appx51207

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Software Activation Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00075643 | CSI-CLI-00075698 | 1878 |
| Basic System Management Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00075699 | CSI-CLI-00075850 | 1879 |
| Cisco Unified Communications Manager and Interoperability Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00075851 | CSI-CLI-00076104 | 1880 |
| Broadband Access Aggregation and DSL Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00076105 | CSI-CLI-00076588 | 1881 |
| Enterprise Application Interoperability for H.323-to-SIP and SIP-to-SIP Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00076589 | CSI-CLI-00076636 | 1882 |
| Cisco Networking Services Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00076637 | CSI-CLI-00076792 | 1883 |
| IP Addressing: ARP Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00076793 | CSI-CLI-00076842 | 1884 |
| Cisco Unified Border Element H.323 Support Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00076843 | CSI-CLI-00076856 | 1885 |
| Cisco Unified Border Element Feature Roadmap, Cisco IOS Release 15M&T | CSI-CLI-00076857 | CSI-CLI-00076866 | 1886 |
| Cisco Discovery Protocol Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00076867 | CSI-CLI-00076902 | 1887 |
| Cisco Data Collection Manager Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00076903 | CSI-CLI-00076938 | 1888 |
| Application Visibility and Control Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00076939 | CSI-CLI-00076980 | 1889 |
| The Integrated File System Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00076981 | CSI-CLI-00077070 | 1890 |
| IP Application Services Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00077071 | CSI-CLI-00077322 | 1891 |
| Flexible Netflow Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00077323 | CSI-CLI-00077548 | 1892 |
| Cisco Unified Border Element Standards Compliance Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00077549 | CSI-CLI-00077572 | 1893 |
| IP Multicast: LSM Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00077573 | CSI-CLI-00077644 | 1894 |
| IP Multicast: Multicast Legacy Technologies Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00077645 | CSI-CLI-00077682 | 1895 |
| HTTP Services Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00077683 | CSI-CLI-00077742 | 1896 |
| Easy Virtual Network Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00077743 | CSI-CLI-00077822 | 1897 |
| Embedded Menu Manager Configuration Guide, Cisco IOS Release 15MT | CSI-CLI-00077823 | CSI-CLI-00077842 | 1898 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Embedded Packet Capture Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00077843 | CSI-CLI-00077858 | 1899 |
| IP Addressing: DHCP Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00077859 | CSI-CLI-00078126 | 1900 |
| Cisco Unified Border Element SIP Support Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00078127 | CSI-CLI-00078384 | 1901 |
| IP Multicast: IGMP Configuration Guid, Cisco IOS Release 15M&T | CSI-CLI-00078385 | CSI-CLI-00078504 | 1902 |
| IP Addressing: Fragmentation and Reassembly Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00078505 | CSI-CLI-00078514 | 1903 |
| Configuration Fundamentals Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00078515 | CSI-CLI-00078702 | 1904 |
| Embedded Event Manager Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00078703 | CSI-CLI-00079122 | 1905 |
| Configuration of SIP Trunking for PSTN Access (SIP-to-SIP) Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00079123 | CSI-CLI-00079212 | 1906 |
| First Hop Redundancy Protocols Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00079213 | CSI-CLI-00079342 | 1907 |
| Embedded Syslog Manager Configuration Guide, Cisco IOS Release 15MT | CSI-CLI-00079343 | CSI-CLI-00079390 | 1908 |
| Embedded Resource Manager Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00079391 | CSI-CLI-00079468 | 1909 |
| IP Addressing: DNS Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00079469 | CSI-CLI-00079582 | 1910 |
| IP Routing: LISP Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00079583 | CSI-CLI-00079796 | 1911 |
| Interface and Hardware Component Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00079797 | CSI-CLI-00080266 | 1912 |
| IP Addressing: IPv4 Addressing Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00080267 | CSI-CLI-00080298 | 1913 |
| IP Multicast: Multicast Resiliency Configuration Guide, Cisco IOS Release 15MT | CSI-CLI-00080299 | CSI-CLI-00080320 | 1914 |
| IP Multicast: MFIB Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00080321 | CSI-CLI-00080422 | 1915 |
| IP Routing: ODR Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00080423 | CSI-CLI-00080438 | 1916 |
| Cisco IOS Scripting with TCL Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00080439 | CSI-CLI-00080488 | 1917 |
| IP Multicast: PIM Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00080489 | CSI-CLI-00080826 | 1918 |
| IP Routing: OSPF Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00080827 | CSI-CLI-00081250 | 1919 |
| Cisco IOS Shell Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00081251 | CSI-CLI-00081268 | 1920 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| IP Multicast: Multicast Services Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00081269 | CSI-CLI-00081310 | 1921 |
| IP Multicast: Multicast Optimization Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00081311 | CSI-CLI-00081406 | 1922 |
| IP Multicast: MVPN Configuration Guide, Cisco IOS Release 15MT | CSI-CLI-00081407 | CSI-CLI-00081568 | 1923 |
| IP Routing: Protocol-Independent Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00081569 | CSI-CLI-00081810 | 1924 |
| IP Routing: EIGRP Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00081811 | CSI-CLI-00082080 | 1925 |
| IP Routing: BGP Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00082081 | CSI-CLI-00083040 | 1926 |
| IP Routing: BFD Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00083041 | CSI-CLI-00083140 | 1927 |
| IPv6 Addressing and Basic Connectivity Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00083141 | CSI-CLI-00083278 | 1928 |
| IPv6 First-Hop Security Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00083279 | CSI-CLI-00083298 | 1929 |
| IPv6 Network Management Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00083299 | CSI-CLI-00083358 | 1930 |
| MPLS: Layer 3 VPNs: Inter-AS and CSC Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00083359 | CSI-CLI-00083676 | 1931 |
| Media Monitoring Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00083677 | CSI-CLI-00083802 | 1932 |
| MPLS Basic Configuration Guide, Cisco IOS Release 15MT | CSI-CLI-00083803 | CSI-CLI-00083904 | 1933 |
| MPLS High Availability Configuration Guide, Cisco IOS Release 15MT | CSI-CLI-00083905 | CSI-CLI-00083926 | 1934 |
| MPLS: Layer 2 VPNs, Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00083927 | CSI-CLI-00084152 | 1935 |
| IP Mobility: PMIPv6 Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00084153 | CSI-CLI-00084216 | 1936 |
| Metadata Configuration Guide Cisco IOS Release 15M&T | CSI-CLI-00084217 | CSI-CLI-00084250 | 1937 |
| IP Switching Configuring Fast Switching Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00084251 | CSI-CLI-00084274 | 1938 |
| MPLS: Layer 3 VPNs Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00084275 | CSI-CLI-00084612 | 1939 |
| IP Switching Cisco IOS Switching Paths Overview Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00084613 | CSI-CLI-00084626 | 1940 |
| IP Switching Configuring Multicast Distributed Switching Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00084627 | CSI-CLI-00084642 | 1941 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| LAN Switching Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00084643 | CSI-CLI-00084838 | 1942 |
| IP Mobility: Mobile Networks Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00084839 | CSI-CLI-00085174 | 1943 |
| IP Routing: ISIS Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00085175 | CSI-CLI-00085432 | 1944 |
| IP Switching Cisco Express Forwarding Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00085433 | CSI-CLI-00085672 | 1945 |
| IP Mobility: Mobile IP Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00085673 | CSI-CLI-00085828 | 1946 |
| IP Routing: RIP Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00085829 | CSI-CLI-00085922 | 1947 |
| MPLS: Embedded Management and MIBs Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00085923 | CSI-CLI-00086284 | 1948 |
| QoS: Hierarchical Queueing Framework Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00086285 | CSI-CLI-00086316 | 1949 |
| QoS: Congestion Avoidance Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00086317 | CSI-CLI-00086390 | 1950 |
| QoS: Classification, Policing, and Marking on LAC Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00086391 | CSI-CLI-00086406 | 1951 |
| Performance Routing Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00086407 | CSI-CLI-00086780 | 1952 |
| IP Addressing: NAT Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00086781 | CSI-CLI-00087018 | 1953 |
| Nano Cisco Unified Border Element Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00087019 | CSI-CLI-00087120 | 1954 |
| MPLS Traffic Engineering Path, Link, and Node Protection Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00087121 | CSI-CLI-00087362 | 1955 |
| QoS: Bandwidth Estimation Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00087363 | CSI-CLI-00087378 | 1956 |
| NetFlow Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00087379 | CSI-CLI-00087778 | 1957 |
| MPLS: Traffic Engineering: DiffServ Configuration Guide, Cisco IOS 15M&T | CSI-CLI-00087779 | CSI-CLI-00087884 | 1958 |
| QoS: DiffServ for Quality of Service Overview Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00087885 | CSI-CLI-00087920 | 1959 |
| QoS: Header Compression Configuration Guide, Cisco IOS Release 15MT | CSI-CLI-00087921 | CSI-CLI-00088010 | 1960 |
| Cisco Media Services Proxy Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00088011 | CSI-CLI-00088056 | 1961 |
| QoS: IP to ATM Class of Service Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00088057 | CSI-CLI-00088108 | 1962 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| QoS: Congestion Management Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00088109 | CSI-CLI-00088236 | 1963 |
| QoS: AutoQoS Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00088237 | CSI-CLI-00088286 | 1964 |
| MPLS Traffic Engineering Path Calculation and Setup Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00088287 | CSI-CLI-00088548 | 1965 |
| MPLS Label Distribution Protocol Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00088549 | CSI-CLI-00088714 | 1966 |
| IP Addressing: NHRP Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00088715 | CSI-CLI-00088770 | 1967 |
| Cisco IOS Intrusion Prevention System Configuration Guide, Cisco IOS Release 15MT | CSI-CLI-00088771 | CSI-CLI-00088886 | 1968 |
| QoS: RSVP Configuration Guide Cisco IOS Release 15M&T | CSI-CLI-00088887 | CSI-CLI-00089274 | 1969 |
| RMON Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00089275 | CSI-CLI-00089288 | 1970 |
| IPsec Data Plane Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00089289 | CSI-CLI-00089416 | 1971 |
| Security Configuration Guide: Zone-Based Policy Firewall, Cisco IOS Release 15M&T | CSI-CLI-00089417 | CSI-CLI-00089760 | 1972 |
| Cisco Group Encrypted Transport VPN Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00089761 | CSI-CLI-00089962 | 1973 |
| QoS: Latency and Jitter Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00089963 | CSI-CLI-00090040 | 1974 |
| Internet Key Exchange for IPsec VPNs Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00090041 | CSI-CLI-00090188 | 1975 |
| Easy VPN Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00090189 | CSI-CLI-00090396 | 1976 |
| SSL VPN Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00090397 | CSI-CLI-00090618 | 1977 |
| Service Advertisement Framework Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00090619 | CSI-CLI-00090700 | 1978 |
| QoS: Modular QoS Command-Line Interface Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00090701 | CSI-CLI-00090744 | 1979 |
| QoS: Policing and Shaping Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00090745 | CSI-CLI-00090932 | 1980 |
| FlexVPN and Internet Key Exchange Version 2 Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00090933 | CSI-CLI-00091092 | 1981 |
| Security Configuration Guide: Unicast Reverse Path Forwarding, Cisco IOS Release 15M&T | CSI-CLI-00091093 | CSI-CLI-00091134 | 1982 |
| Security Configuration Guide: Context-Based Access Control Firewall, Cisco IOS Release 15M&T | CSI-CLI-00091135 | CSI-CLI-00091338 | 1983 |

**Appx51212**

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| QoS: Regulating Packet Flow Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00091339 | CSI-CLI-00091374 | 1984 |
| Security Configuration Guide: Access Control Lists, Cisco IOS Release 15M&T | CSI-CLI-00091375 | CSI-CLI-00091670 | 1985 |
| IPsec Management Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00091671 | CSI-CLI-00091772 | 1986 |
| Security Configuration Guide: Denial of Service Attack Prevention, Cisco IOS Release 15M&T | CSI-CLI-00091889 | CSI-CLI-00091910 | 1987 |
| TACACS+ Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00091911 | CSI-CLI-00092040 | 1988 |
| RADIUS Configurations Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00092041 | CSI-CLI-00092132 | 1989 |
| AAA LDAP Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00092133 | CSI-CLI-00092174 | 1990 |
| 802.1X Authentication Services Configuration Guide Cisco IOS Release 15MT | CSI-CLI-00092175 | CSI-CLI-00092352 | 1991 |
| SIP Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00092353 | CSI-CLI-00093138 | 1992 |
| Security for VPNs with IPsec Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00093139 | CSI-CLI-00093306 | 1993 |
| VPN Availability Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00093307 | CSI-CLI-00093406 | 1994 |
| Secure Shell Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00093407 | CSI-CLI-00093486 | 1995 |
| User Security Configuration Guide Cisco IOS Release 15MT | CSI-CLI-00093487 | CSI-CLI-00093660 | 1996 |
| Public Key Infrastructure Configuration Guide, Cisco IOS Release 15MT | CSI-CLI-00093661 | CSI-CLI-00093986 | 1997 |
| RADIUS Attributes Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00093987 | CSI-CLI-00094166 | 1998 |
| Authentication, Authorization, and Accounting Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00094167 | CSI-CLI-00094512 | 1999 |
| Network Admission Control Configuration Guide Cisco IOS Release 15MT | CSI-CLI-00094513 | CSI-CLI-00094569 | 2000 |
| Cisco TrustSec Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00094570 | CSI-CLI-00094633 | 2001 |
| RADIUS Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00094634 | CSI-CLI-00094825 | 2002 |
| Security Configuration Guide: Protocol Support for Context-Based Access Firewall, Cisco IOS Release 15M&T | CSI-CLI-00094826 | CSI-CLI-00094937 | 2003 |
| XML-PI Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00094938 | CSI-CLI-00094967 | 2004 |
| Fax, Modem, and Text Support over IP Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00094968 | CSI-CLI-00095195 | 2005 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Configuring AAA for Cisco Voice Gateways Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00095196 | CSI-CLI-00095269 | 2006 |
| SNMP Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00095270 | CSI-CLI-00095425 | 2007 |
| WSMA Configuration Guide, Cisco IOS Release 15MT | CSI-CLI-00095426 | CSI-CLI-00095501 | 2008 |
| Wide-Area Networking Configuration Guide: SMDS and X.25 and LAPB, Cisco IOS Release 15M&T | CSI-CLI-00095502 | CSI-CLI-00095753 | 2009 |
| VPDN Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00095754 | CSI-CLI-00096081 | 2010 |
| MGCP Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00096082 | CSI-CLI-00096327 | 2011 |
| Voice Port Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00096328 | CSI-CLI-00096529 | 2012 |
| Dial Peer Configuration on Voice Gateway Routers, Cisco IOS Release 15M&T | CSI-CLI-00096530 | CSI-CLI-00096659 | 2013 |
| Maintaining System Memory Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00096660 | CSI-CLI-00096705 | 2014 |
| Wireless LAN Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00096706 | CSI-CLI-00096873 | 2015 |
| Wide-Area Networking Configuration Guide: Layer 2 Services, Cisco IOS Release 15M&T | CSI-CLI-00096874 | CSI-CLI-00097101 | 2016 |
| H.323 Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00097102 | CSI-CLI-00097379 | 2017 |
| Loading and Managing System Images Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00097380 | CSI-CLI-00097513 | 2018 |
| Wide-Area Networking Configuration Guide: Wide-Area Application Services, Cisco IOS Release 15M&T | CSI-CLI-00097514 | CSI-CLI-00097615 | 2019 |
| Wide-Area Networking Configuration Guide: Frame Relay, Cisco IOS Release 15M&T | CSI-CLI-00097616 | CSI-CLI-00097893 | 2020 |
| ISDN Voice Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00097894 | CSI-CLI-00098243 | 2021 |
| IP SLAs Configuration Guide, Cisco IOS Release 15M&T | CSI-CLI-00098244 | CSI-CLI-00098677 | 2022 |
| Cisco IOS Asynchronous Transfer Mode Command Reference | CSI-CLI-00217613 | CSI-CLI-00218192 | 2023 |
| Cisco IOS VPDN Command Reference | CSI-CLI-00218193 | CSI-CLI-00218562 | 2024 |
| Cisco IOS Debug Command Reference - Commands M through R | CSI-CLI-00218563 | CSI-CLI-00219320 | 2025 |
| Cisco IOS Debug Command Reference - Commands S through Z | CSI-CLI-00219321 | CSI-CLI-00220214 | 2026 |
| Cisco IOS Embedded Menu Manager Command Reference | CSI-CLI-00220215 | CSI-CLI-00220224 | 2027 |
| Cisco IOS Embedded Packet Capture Command Reference | CSI-CLI-00220225 | CSI-CLI-00220266 | 2028 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco IOS Embedded Resource Manager Command Reference | CSI-CLI-00220267 | CSI-CLI-00220354 | 2029 |
| Cisco IOS IP Addressing Services Command Reference | CSI-CLI-00220355 | CSI-CLI-00221165 | 2030 |
| Cisco IOS Server Load Balancing Command Reference | CSI-CLI-00221166 | CSI-CLI-00221518 | 2031 |
| Cisco IOS IP Routing: ODR Command Reference | CSI-CLI-00221519 | CSI-CLI-00221528 | 2032 |
| Cisco IOS IP Routing: RIP Command Reference | CSI-CLI-00221529 | CSI-CLI-00221590 | 2033 |
| Cisco IOS Optimized Edge Routing Command Reference | CSI-CLI-00221591 | CSI-CLI-00221910 | 2034 |
| Cisco IOS Multitopology Routing Command Reference | CSI-CLI-00221911 | CSI-CLI-00222078 | 2035 |
| Cisco IOS IP SLAs Command Reference | CSI-CLI-00222079 | CSI-CLI-00222964 | 2036 |
| Cisco IOS RMON Support Command Reference | CSI-CLI-00222965 | CSI-CLI-00223021 | 2037 |
| Cisco IOS Scripting with TCL Command Reference | CSI-CLI-00223022 | CSI-CLI-00223049 | 2038 |
| Cisco IOS XML-PI Command Reference | CSI-CLI-00223050 | CSI-CLI-00223076 | 2039 |
| Cisco IOS Software Activation Command Reference | CSI-CLI-00223077 | CSI-CLI-00223196 | 2040 |
| Cisco IOS Wireless LAN Command Reference | CSI-CLI-00224079 | CSI-CLI-00224233 | 2044 |
| Cisco IOS Bridging Command Reference | CSI-CLI-00224234 | CSI-CLI-00224457 | 2045 |
| Cisco IOS DECnet Command Reference | CSI-CLI-00224458 | CSI-CLI-00224565 | 2046 |
| Cisco IOS Interface and Hardware Component Command Reference | CSI-CLI-00224566 | CSI-CLI-00224755 | 2047 |
| Cisco IOS Bridging Command Reference | CSI-CLI-00224756 | CSI-CLI-00225869 | 2048 |
| Cisco IOS Novell IPX Command Reference | CSI-CLI-00225870 | CSI-CLI-00226299 | 2049 |
| Cisco IOS Debug Command Reference - Commands A through D | CSI-CLI-00289856 | CSI-CLI-00290525 | 2051 |
| Cisco IOS Flexible NetFlow Command Reference | CSI-CLI-00290526 | CSI-CLI-00290835 | 2052 |
| Cisco IOS Debug Command Reference - Commands I through L | CSI-CLI-00290836 | CSI-CLI-00291601 | 2053 |
| Cisco IOS Cisco Networking Services Command Reference | CSI-CLI-00291602 | CSI-CLI-00291751 | 2054 |
| Cisco IOS Ethernet Command Reference | CSI-CLI-00291752 | CSI-CLI-00292295 | 2055 |
| Cisco IOS IP Application Services Command Reference | CSI-CLI-00292296 | CSI-CLI-00292651 | 2056 |
| Cisco IOS IP Routing: LISP Command Reference | CSI-CLI-00292652 | CSI-CLI-00292981 | 2057 |
| Cisco IOS IP Mobility Command Reference | CSI-CLI-00294562 | CSI-CLI-00294971 | 2059 |
| Cisco IOS IP Multicast Command Reference | CSI-CLI-00294972 | CSI-CLI-00295947 | 2060 |
| Cisco IOS IP Routing: Protocol-Independent Command Reference | CSI-CLI-00295948 | CSI-CLI-00296281 | 2061 |
| Cisco IOS IP Routing: OSPF Command Reference | CSI-CLI-00296282 | CSI-CLI-00296589 | 2062 |
| Cisco IOS IP Routing: EIGRP Command Reference | CSI-CLI-00296590 | CSI-CLI-00296905 | 2063 |

**Appx51215**

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco IOS Interface and Hardware Component Command Reference | CSI-CLI-00296906 | CSI-CLI-00299649 | 2064 |
| Cisco IOS IP Routing: ISIS Command Reference | CSI-CLI-00299650 | CSI-CLI-00299855 | 2065 |
| Cisco IOS IP Routing: BGP Command Reference | CSI-CLI-00299856 | CSI-CLI-00300783 | 2066 |
| Cisco IOS Quality of Service Solutions Command Reference | CSI-CLI-00300784 | CSI-CLI-00302591 | 2067 |
| Cisco IOS Metadata Command Reference | CSI-CLI-00302592 | CSI-CLI-00302627 | 2068 |
| Cisco IOS Multiprotocol Label Switching Command Reference | CSI-CLI-00302628 | CSI-CLI-00304205 | 2069 |
| Cisco IOS IP Switching Command Reference | CSI-CLI-00304206 | CSI-CLI-00304755 | 2070 |
| Cisco IOS Security Command Reference: Commands M to R | CSI-CLI-00304756 | CSI-CLI-00305559 | 2071 |
| Cisco IOS Security Command Reference: Commands D to L | CSI-CLI-00305560 | CSI-CLI-00306595 | 2072 |
| Cisco IOS Security Command Reference: Commands A to C | CSI-CLI-00306596 | CSI-CLI-00307699 | 2073 |
| Cisco IOS Security Command Reference: Commands S to Z | CSI-CLI-00307700 | CSI-CLI-00309125 | 2074 |
| Cisco IOS Web Services Management Agent Command Reference | CSI-CLI-00309126 | CSI-CLI-00309183 | 2075 |
| Cisco IOS Wide-Area Networking Command Reference | CSI-CLI-00309184 | CSI-CLI-00310345 | 2076 |
| Cisco IOS Basic System Management Command Reference | CSI-CLI-00325714 | CSI-CLI-00325879 | 2077 |
| Cisco IOS Cisco Discovery Protocol Command Reference | CSI-CLI-00325880 | CSI-CLI-00325921 | 2078 |
| Cisco IOS Broadband Access Aggregation and DSL Command Reference | CSI-CLI-00325922 | CSI-CLI-00326273 | 2079 |
| Cisco IOS Performance Routing Command Reference | CSI-CLI-00326274 | CSI-CLI-00326683 | 2080 |
| Cisco IOS Shell Command Reference | CSI-CLI-00326684 | CSI-CLI-00326705 | 2081 |
| Cisco IOS Embedded Event Manager Command Reference | CSI-CLI-00326706 | CSI-CLI-00327037 | 2082 |
| Cisco IOS Media Monitoring Command Reference | CSI-CLI-00327038 | CSI-CLI-00327559 | 2083 |
| Cisco IOS First Hop Redundancy Protocols Command Reference | CSI-CLI-00327560 | CSI-CLI-00327747 | 2084 |
| Cisco IOS Embedded Syslog Manager Command Reference | CSI-CLI-00327748 | CSI-CLI-00327841 | 2085 |
| Cisco IOS SNMP Support Command Reference | CSI-CLI-00327842 | CSI-CLI-00328319 | 2086 |
| Cisco IOS HTTP Services Command Reference | CSI-CLI-00328320 | CSI-CLI-00328404 | 2087 |
| Cisco IOS Debug Command Reference - Commands E through H | CSI-CLI-00328405 | CSI-CLI-00328780 | 2088 |
| Cisco IOS Voice Command Reference - D through I | CSI-CLI-00328781 | CSI-CLI-00329450 | 2089 |
| Cisco IOS Voice Command Reference - S commands | CSI-CLI-00329451 | CSI-CLI-00330748 | 2090 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco IOS Voice Command Reference - T through Z | CSI-CLI-00330749 | CSI-CLI-00331326 | 2091 |
| Cisco IOS Voice Command Reference - K through R | CSI-CLI-00331327 | CSI-CLI-00332164 | 2092 |
| Cisco IOS Voice Command Reference - A through C | CSI-CLI-00332165 | CSI-CLI-00332892 | 2093 |
| Cisco GGSN Release 8.0 Command Reference; Cisco IOS  Release 12.4(24)T | CSI-CLI-00223197 | CSI-CLI-00223866 | 1571 |
| Cisco IOS Mobile Wireless Home Agent Command Reference | CSI-CLI-00223867 | CSI-CLI-00224022 | 1572 |
| Cisco IOS Mobile Wireless Radio Access Networking Command Reference | CSI-CLI-00224023 | CSI-CLI-00224078 | 1573 |
| Cisco IOS Terminal Services Commands | CSI-CLI-00276838 | CSI-CLI-00277169 | 1841 |

## IOS XE 2.1

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| XE  2.1 Copyright Application | CSI-CLI-00356693 | CSI-CLI-00356696 | 3057 |
| IOS XE 2.1: Source Code | CSI-CLI-04623486 | CSI-CLI-04623511 | 2094A |
| IOS XE 2.1: Source Code | CSI-CLI-04623512 | CSI-CLI-04623537 | 2094B |
| Cisco ASR 1000 Series Aggregation Services Routers SIP and SPA Software Configuration Guide | CSI-CLI-00229755 | CSI-CLI-00229985 | 2095 |
| Extended NAS-Port-Type and NAS-Port Support | CSI-CLI-00229986 | CSI-CLI-00229997 | 2096 |
| MPLS LDP Autoconfiguration | CSI-CLI-00229998 | CSI-CLI-00230013 | 2097 |
| ISSU MPLS Clients | CSI-CLI-00230014 | CSI-CLI-00230029 | 2098 |
| Low Latency Queueing (LLQ) for IPSec Encryption Engines | CSI-CLI-00230030 | CSI-CLI-00230039 | 2099 |
| Customizing IS-IS for Your Network Design | CSI-CLI-00230040 | CSI-CLI-00230053 | 2100 |
| OSPF Support for Unlimited Software VRFs per Provider Edge Router | CSI-CLI-00230054 | CSI-CLI-00230061 | 2101 |
| IS-IS Support for an IS-IS Instance per VRF for IP | CSI-CLI-00230062 | CSI-CLI-00230075 | 2102 |
| OSPF Sham-Link Support for MPLS VPN | CSI-CLI-00230076 | CSI-CLI-00230089 | 2103 |
| OSPF Support for Multi-VRF on CE Routers | CSI-CLI-00230090 | CSI-CLI-00230099 | 2104 |
| OSPF Limit on Number of Redistributed Routes | CSI-CLI-00230100 | CSI-CLI-00230107 | 2IOS |
| OSPF Support for Fast Hello Packets | CSI-CLI-00230108 | CSI-CLI-00230113 | 2106 |
| BGP Policy Accounting | CSI-CLI-00230114 | CSI-CLI-00230123 | 2107 |
| BGP Cost Community Support for EIGRP MPLS VPN PE-CE | CSI-CLI-00230124 | CSI-CLI-00230135 | 2108 |
| Implementing Static Routes for IPv6 | CSI-CLI-00230136 | CSI-CLI-00230153 | 2109 |
| Bidirectional Forwarding Detection | CSI-CLI-00230154 | CSI-CLI-00230207 | 2110 |
| Start Here: Cisco IOS Software Release Specifics for IPv6 Features | CSI-CLI-00230208 | CSI-CLI-00230231 | 2111 |
| Implementing IPv6 for Network Management | CSI-CLI-00230232 | CSI-CLI-00230255 | 2112 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Area Command in Interface Mode for OSPFv2 | CSI-CLI-00230256 | CSI-CLI-00230263 | 2113 |
| Configuring a Basic BGP Network | CSI-CLI-00230264 | CSI-CLI-00230343 | 2114 |
| Source Specific Multicast (SSM) Mapping | CSI-CLI-00230344 | CSI-CLI-00230365 | 2115 |
| PIM Dense Mode State Refresh | CSI-CLI-00230366 | CSI-CLI-00230373 | 2116 |
| Configuring Source Specific Multicast | CSI-CLI-00230374 | CSI-CLI-00230385 | 2117 |
| Customizing IGMP | CSI-CLI-00230386 | CSI-CLI-00230421 | 2118 |
| VRF-Aware DNS | CSI-CLI-00230422 | CSI-CLI-00230431 | 2119 |
| Configuring PGM Host and Router Assist | CSI-CLI-00230432 | CSI-CLI-00230443 | 2120 |
| ISSU and SSO—DHCP High Availability Features | CSI-CLI-00230444 | CSI-CLI-00230455 | 2121 |
| Configuring the Cisco IOS DHCP Relay Agent | CSI-CLI-00230456 | CSI-CLI-00230483 | 2122 |
| AAA High Availability Support for Local PPPoX Sessions | CSI-CLI-00230484 | CSI-CLI-00230491 | 2123 |
| EIGRP Support for Route Map Filtering | CSI-CLI-00230492 | CSI-CLI-00230499 | 2124 |
| Cisco IOS In Service Software Upgrade Process | CSI-CLI-00230500 | CSI-CLI-00230533 | 2125 |
| Troubleshooting Enhancements for Multilink PPP over ATM Link Fragmentation and Interleaving | CSI-CLI-00230534 | CSI-CLI-00230539 | 2126 |
| Cisco Nonstop Forwarding | CSI-CLI-00230540 | CSI-CLI-00230567 | 2127 |
| Configuration Generation Performance Enhancement | CSI-CLI-00230568 | CSI-CLI-00230575 | 2128 |
| Classifying Network Traffic | CSI-CLI-00230576 | CSI-CLI-00230593 | 2129 |
| Configuring NetFlow Aggregation Caches | CSI-CLI-00230594 | CSI-CLI-00230633 | 2130 |
| Configuring Basic File Transfer Services | CSI-CLI-00230634 | CSI-CLI-00230647 | 2131 |
| BGP 4 MIB Support for per-Peer Received Routes | CSI-CLI-00230648 | CSI-CLI-00230655 | 2132 |
| Configuring AppleTalk | CSI-CLI-00230656 | CSI-CLI-00230719 | 2133 |
| Identifying the Physical Subscriber Line for RADIUS Access and Accounting | CSI-CLI-00230720 | CSI-CLI-00230729 | 2134 |
| Configuring AAA for VPDNs | CSI-CLI-00230730 | CSI-CLI-00230837 | 2135 |
| Per-VRF Assignment of BGP Router ID | CSI-CLI-00230838 | CSI-CLI-00230865 | 2136 |
| Providing Session Limit Support for Legacy Configurations | CSI-CLI-00230866 | CSI-CLI-00230879 | 2137 |
| MPLS EM—MPLS LSP Multipath Tree Trace | CSI-CLI-00230880 | CSI-CLI-00230932 | 2138 |
| Enhancing Security in an IS-IS Network | CSI-CLI-00230933 | CSI-CLI-00230950 | 2139 |
| OSPF Enhanced Traffic Statistics for OSPFv2 and OSPFv3 | CSI-CLI-00230951 | CSI-CLI-00230962 | 2140 |
| OSPF Stub Router Advertisement | CSI-CLI-00230963 | CSI-CLI-00230972 | 2141 |
| Configuring Multiprotocol Label Switching | CSI-CLI-00230973 | CSI-CLI-00231074 | 2142 |
| OSPF Link-State Advertisement (LSA) Throttling | CSI-CLI-00231075 | CSI-CLI-00231082 | 2143 |
| OSPFv2 Local RIB | CSI-CLI-00231083 | CSI-CLI-00231092 | 2144 |
| OSPF MIB Support of RFC 1850 and Latest Extensions | CSI-CLI-00231093 | CSI-CLI-00231108 | 2145 |
| Loadsharing IP Packets Over More Than Six Parallel Paths | CSI-CLI-00231109 | CSI-CLI-00231112 | 2146 |
| EIGRP MPLS VPN PE-CE Site of Origin (SoO) | CSI-CLI-00231113 | CSI-CLI-00231124 | 2147 |

**Appx51218**

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| BGP Support for IP Prefix Import from Global Table into a VRF Table | CSI-CLI-00231125 | CSI-CLI-00231136 | 2148 |
| BGP Policy Accounting Output Interface Accounting | CSI-CLI-00231137 | CSI-CLI-00231150 | 2149 |
| Configuring EIGRP | CSI-CLI-00231151 | CSI-CLI-00231178 | 2150 |
| BGP Multipath Load Sharing for Both eBGP and iBGP in an MPLS-VPN | CSI-CLI-00231179 | CSI-CLI-00231188 | 2151 |
| BGP Cost Community | CSI-CLI-00231189 | CSI-CLI-00231202 | 2152 |
| Configuring IP Services | CSI-CLI-00231203 | CSI-CLI-00231224 | 2153 |
| Configuring TCP | CSI-CLI-00231225 | CSI-CLI-00231250 | 2154 |
| Implementing Tunnels | CSI-CLI-00231251 | CSI-CLI-00231316 | 2155 |
| Configuring HSRP | CSI-CLI-00231317 | CSI-CLI-00231380 | 2156 |
| SSM Channel Based Filtering for Multicast Boundaries | CSI-CLI-00231381 | CSI-CLI-00231388 | 2157 |
| Multicast Subsecond Convergence | CSI-CLI-00231389 | CSI-CLI-00231402 | 2158 |
| Per Interface Mroute State Limit with Bandwidth-Based CAC for IP Multicast | CSI-CLI-00231403 | CSI-CLI-00231424 | 2159 |
| Using Application Level Gateways with NAT | CSI-CLI-00231425 | CSI-CLI-00231438 | 2160 |
| Configuring the Cisco IOS DHCP Client | CSI-CLI-00231439 | CSI-CLI-00231452 | 2161 |
| Configuring Address Resolution Protocol Options | CSI-CLI-00231453 | CSI-CLI-00231472 | 2162 |
| Configuring NHRP | CSI-CLI-00231473 | CSI-CLI-00231510 | 2163 |
| NSF—OSPF (RFC 3623 OSPF Graceful Restart) | CSI-CLI-00231511 | CSI-CLI-00231524 | 2164 |
| Stateful Switchover | CSI-CLI-00231525 | CSI-CLI-00231580 | 2165 |
| Configuring Asynchronous SLIP and PPP | CSI-CLI-00231581 | CSI-CLI-00231600 | 2166 |
| Configuring Media-Independent PPP and Multilink PPP | CSI-CLI-00231601 | CSI-CLI-00231638 | 2167 |
| Configuration Logger Persistency | CSI-CLI-00231639 | CSI-CLI-00231648 | 2168 |
| Configuring NetFlow Multicast Accounting | CSI-CLI-00231649 | CSI-CLI-00231664 | 2169 |
| Exclusive Configuration Change Access and Access Session Locking | CSI-CLI-00231665 | CSI-CLI-00231676 | 2170 |
| Managing Configuration Files | CSI-CLI-00231677 | CSI-CLI-00231706 | 2171 |
| Providing Protocol Support for Broadband Access Aggregation of PPPoE Sessions | CSI-CLI-00231707 | CSI-CLI-00231750 | 2172 |
| PPPoE over Ethernet and IEEE 802.1Q VLANs | CSI-CLI-00231751 | CSI-CLI-00231758 | 2173 |
| Cisco IOS Broadband High Availability In Service Software Upgrade | CSI-CLI-00231759 | CSI-CLI-00231778 | 2174 |
| NSF/SSO - MPLS LDP and LDP Graceful Restart | CSI-CLI-00231779 | CSI-CLI-00231796 | 2175 |
| MPLS Enhancements to Interfaces MIB | CSI-CLI-00231797 | CSI-CLI-00231810 | 2176 |
| Assigning an ID Number to a VPN | CSI-CLI-00231811 | CSI-CLI-00231820 | 2177 |
| MPLS DiffServ Tunneling Modes | CSI-CLI-00231821 | CSI-CLI-00231872 | 2178 |
| Integrated IS-IS Routing Protocol Overview | CSI-CLI-00231873 | CSI-CLI-00231884 | 2179 |
| Reducing Failure Detection Times in IS-IS Networks | CSI-CLI-00231885 | CSI-CLI-00231902 | 2180 |
| Configuring a Basic IS-IS Network | CSI-CLI-00231903 | CSI-CLI-00231920 | 2181 |
| Configuring Routing Between VLANs | CSI-CLI-00231921 | CSI-CLI-00231992 | 2182 |
| OSPF Per-Interface Link-Local Signaling | CSI-CLI-00231993 | CSI-CLI-00232000 | 2183 |
| OSPF Area Transit Capability | CSI-CLI-00232001 | CSI-CLI-00232006 | 2184 |
| EIGRP MIB | CSI-CLI-00232007 | CSI-CLI-00232018 | 2185 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| iBGP Multipath Load Sharing | CSI-CLI-00232019 | CSI-CLI-00232028 | 2186 |
| BGP per Neighbor SoO Configuration | CSI-CLI-00232029 | CSI-CLI-00232046 | 2187 |
| Configuring VRRP | CSI-CLI-00232047 | CSI-CLI-00232076 | 2188 |
| Configuring GLBP | CSI-CLI-00232077 | CSI-CLI-00232104 | 2189 |
| Configuring Enhanced Object Tracking | CSI-CLI-00232105 | CSI-CLI-00232140 | 2190 |
| Configuring Advanced BGP Features | CSI-CLI-00232141 | CSI-CLI-00232194 | 2191 |
| Implementing RIP for IPv6 | CSI-CLI-00232195 | CSI-CLI-00232210 | 2192 |
| Implementing Multiprotocol BGP for IPv6 | CSI-CLI-00232211 | CSI-CLI-00232246 | 2193 |
| Implementing OSPF for IPv6 | CSI-CLI-00232247 | CSI-CLI-00232280 | 2194 |
| Cisco IOS IPv6 Configuration Library | CSI-CLI-00232281 | CSI-CLI-00232282 | 2195 |
| Constraining IP Multicast in a Switched Ethernet Network | CSI-CLI-00232283 | CSI-CLI-00232292 | 2196 |
| Configuring Router-Port Group Management Protocol | CSI-CLI-00232293 | CSI-CLI-00232302 | 2197 |
| Implementing IPv6 Addressing and Basic Connectivity | CSI-CLI-00232303 | CSI-CLI-00232370 | 2198 |
| Configuring NAT for High Availability | CSI-CLI-00232371 | CSI-CLI-00232392 | 2199 |
| Using MSDP to Interconnect Multiple PIM-SM Domains | CSI-CLI-00232393 | CSI-CLI-00232442 | 2200 |
| Configuring Basic IP Multicast | CSI-CLI-00232443 | CSI-CLI-00232482 | 2201 |
| Configuring the Cisco IOS DHCP Server | CSI-CLI-00232483 | CSI-CLI-00232530 | 2202 |
| Configuring the DHCP Server On-Demand Address Pool Manager | CSI-CLI-00232531 | CSI-CLI-00232568 | 2203 |
| Configuring Virtual Template Interfaces | CSI-CLI-00232569 | CSI-CLI-00232576 | 2204 |
| Configuring Virtual Profiles | CSI-CLI-00232577 | CSI-CLI-00232594 | 2205 |
| Configuring PPP Callback | CSI-CLI-00232595 | CSI-CLI-00232600 | 2206 |
| NSF/SSO—MPLS VPN | CSI-CLI-00232601 | CSI-CLI-00232652 | 2207 |
| Configuring Priority Queueing | CSI-CLI-00232653 | CSI-CLI-00232658 | 2208 |
| Configuring Weighted Random Early Detection | CSI-CLI-00232659 | CSI-CLI-00232674 | 2209 |
| Configuring DECnet | CSI-CLI-00232675 | CSI-CLI-00232704 | 2210 |
| Configuring Weighted Fair Queueing | CSI-CLI-00232705 | CSI-CLI-00232750 | 2211 |
| Configuration Replace and Configuration Rollback | CSI-CLI-00232751 | CSI-CLI-00232770 | 2212 |
| Distribution of Remaining Bandwidth Using Ratio | CSI-CLI-00232771 | CSI-CLI-00232790 | 2213 |
| BGP Next Hop Propagation | CSI-CLI-00232791 | CSI-CLI-00232800 | 2214 |
| Using AutoInstall to Remotely Configure Cisco Networking Devices | CSI-CLI-00232801 | CSI-CLI-00232854 | 2215 |
| PPPoE on Ethernet | CSI-CLI-00232855 | CSI-CLI-00232864 | 2216 |
| Offering PPPoE Clients a Selection of Services During Call Setup | CSI-CLI-00232865 | CSI-CLI-00232882 | 2217 |
| NAS-Port-ID Format C Enhancement | CSI-CLI-00232883 | CSI-CLI-00232892 | 2218 |
| Preparing for Broadband Access Aggregation | CSI-CLI-00232893 | CSI-CLI-00232912 | 2219 |
| Cisco IOS Broadband High Availability Stateful Switchover | CSI-CLI-00232913 | CSI-CLI-00232932 | 2220 |
| Configuring Additional VPDN Features | CSI-CLI-00232933 | CSI-CLI-00232994 | 2221 |
| MPLS LDP Graceful Restart | CSI-CLI-00232995 | CSI-CLI-00233006 | 2222 |
| VLAN Mapping to Gigabit EtherChannel Member Links | CSI-CLI-00233007 | CSI-CLI-00233020 | 2223 |

**Appx51220**

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Configuring MPLS Layer 3 VPNs | CSI-CLI-00233021 | CSI-CLI-00233058 | 2224 |
| OSPF Update Packet-Pacing Configurable Timers | CSI-CLI-00233059 | CSI-CLI-00233066 | 2225 |
| Configuring OSPF TTL Security Check and OSPF Graceful Shutdown | CSI-CLI-00233067 | CSI-CLI-00233078 | 2226 |
| OSPF Shortest Path First Throttling | CSI-CLI-00233079 | CSI-CLI-00233086 | 2227 |
| IS-IS MIB | CSI-CLI-00233087 | CSI-CLI-00233108 | 2228 |
| Reducing Alternate-Path Calculation Times in IS-IS Networks | CSI-CLI-00233109 | CSI-CLI-00233144 | 2229 |
| OSPF Link-State Database Overload Protection | CSI-CLI-00233145 | CSI-CLI-00233152 | 2230 |
| OSPF Incremental SPF | CSI-CLI-00233153 | CSI-CLI-00233158 | 2231 |
| OSPF Inbound Filtering Using Route Maps with a Distribute List | CSI-CLI-00233159 | CSI-CLI-00233166 | 2232 |
| Configuring OSPF | CSI-CLI-00233167 | CSI-CLI-00233206 | 2233 |
| Configuring IP Routing Protocol-Independent Features | CSI-CLI-00233207 | CSI-CLI-00233240 | 2234 |
| Cisco BGP Overview | CSI-CLI-00233241 | CSI-CLI-00233258 | 2235 |
| Configuring Routing Information Protocol | CSI-CLI-00233259 | CSI-CLI-00233272 | 2236 |
| BGP Link Bandwidth | CSI-CLI-00233273 | CSI-CLI-00233282 | 2237 |
| Configuring BGP Neighbor Session Options | CSI-CLI-00233283 | CSI-CLI-00233330 | 2238 |
| Route Processor Redundancy Plus (RPR+) | CSI-CLI-00233331 | CSI-CLI-00233344 | 2239 |
| Connecting to a Service Provider Using External BGP | CSI-CLI-00233345 | CSI-CLI-00233414 | 2240 |
| Implementing DHCP for IPv6 | CSI-CLI-00233415 | CSI-CLI-00233450 | 2241 |
| Implementing IPv6 Multicast | CSI-CLI-00233451 | CSI-CLI-00233530 | 2242 |
| Implementing Bidirectional Forwarding Detection for IPv6 | CSI-CLI-00233531 | CSI-CLI-00233542 | 2243 |
| Configuring IP Multicast over Unidirectional Links | CSI-CLI-00233543 | CSI-CLI-00233558 | 2244 |
| DHCP Relay Server ID Override and Link Selection Option 82 Suboptions | CSI-CLI-00233559 | CSI-CLI-00233570 | 2245 |
| Configuring DHCP Services for Accounting and Security | CSI-CLI-00233571 | CSI-CLI-00233596 | 2246 |
| Configuring NAT for IP Address Conservation | CSI-CLI-00233597 | CSI-CLI-00233648 | 2247 |
| Show Command Output Redirection | CSI-CLI-00233649 | CSI-CLI-00233652 | 2248 |
| Control Plane DSCP Support for RSVP | CSI-CLI-00233653 | CSI-CLI-00233660 | 2249 |
| Multilink PPP Minimum Links Mandatory | CSI-CLI-00233661 | CSI-CLI-00233672 | 2250 |
| Configuring per-User Configuration | CSI-CLI-00233673 | CSI-CLI-00233694 | 2251 |
| Control Plane Policing | CSI-CLI-00233695 | CSI-CLI-00233712 | 2252 |
| Configuring RTP Header Compression | CSI-CLI-00233713 | CSI-CLI-00233736 | 2253 |
| Class-Based Policing | CSI-CLI-00233737 | CSI-CLI-00233746 | 2254 |
| Configuring NetFlow and NetFlow Data Export | CSI-CLI-00233747 | CSI-CLI-00233786 | 2255 |
| Contextual Configuration Diff Utility | CSI-CLI-00233787 | CSI-CLI-00233796 | 2256 |
| Configuring Novell IPX | CSI-CLI-00233797 | CSI-CLI-00233846 | 2257 |
| Configuration Change Notification and Logging | CSI-CLI-00233847 | CSI-CLI-00233860 | 2258 |
| PPPoE—QinQ Support | CSI-CLI-00233861 | CSI-CLI-00233878 | 2259 |
| PPPoE Circuit-Id Tag Processing | CSI-CLI-00233879 | CSI-CLI-00233890 | 2260 |

02099-00004/8524220.3

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Reverse Route Injection | CSI-CLI-00233891 | CSI-CLI-00233912 | 2261 |
| Source Interface Selection for Outgoing Traffic with Certificate Authority | CSI-CLI-00233913 | CSI-CLI-00233920 | 2262 |
| RADIUS Progress Codes | CSI-CLI-00233921 | CSI-CLI-00233928 | 2263 |
| RADIUS Attributes Overview and RADIUS IETF Attributes | CSI-CLI-00233929 | CSI-CLI-00233946 | 2264 |
| RADIUS NAS-IP-Address Attribute Configurability | CSI-CLI-00233947 | CSI-CLI-00233956 | 2265 |
| Cisco IOS Login Enhancements (Login Block) | CSI-CLI-00233957 | CSI-CLI-00233966 | 2266 |
| RADIUS Attribute 82: Tunnel Assignment ID | CSI-CLI-00233967 | CSI-CLI-00233974 | 2267 |
| Per VRF AAA | CSI-CLI-00233975 | CSI-CLI-00234006 | 2268 |
| IP Security VPN Monitoring | CSI-CLI-00234007 | CSI-CLI-00234016 | 2269 |
| IPSec Dead Peer Detection Periodic Message Option | CSI-CLI-00234017 | CSI-CLI-00234030 | 2270 |
| IKE: Initiate Aggressive Mode | CSI-CLI-00234031 | CSI-CLI-00234038 | 2271 |
| Deploying RSA Keys Within a PKI | CSI-CLI-00234039 | CSI-CLI-00234060 | 2272 |
| Configuring Security for VPNs with IPSec | CSI-CLI-00234061 | CSI-CLI-00234102 | 2273 |
| Configuring Kerberos | CSI-CLI-00234103 | CSI-CLI-00234126 | 2274 |
| Cisco Easy VPN Remote | CSI-CLI-00234127 | CSI-CLI-00234244 | 2275 |
| Certificate to ISAKMP Profile Mapping | CSI-CLI-00234245 | CSI-CLI-00234256 | 2276 |
| QoS: Classification, Policing, and Marking on a LAC | CSI-CLI-00234257 | CSI-CLI-00234270 | 2277 |
| Configuring and Managing a Cisco IOS Certificate Server for PKI Deployment | CSI-CLI-00234271 | CSI-CLI-00234324 | 2278 |
| Logging to Local Nonvolatile Storage (ATA Disk) | CSI-CLI-00234325 | CSI-CLI-00234332 | 2279 |
| Reliable Delivery and Filtering for Syslog | CSI-CLI-00234333 | CSI-CLI-00234350 | 2280 |
| Performing Basic System Management | CSI-CLI-00234351 | CSI-CLI-00234376 | 2281 |
| Using NetFlow Filtering or Sampling to Select the Network Traffic to Track | CSI-CLI-00234377 | CSI-CLI-00234400 | 2282 |
| MPLS Label Distribution Protocol (LDP) | CSI-CLI-00234401 | CSI-CLI-00234428 | 2283 |
| MPLS LSP Ping/Traceroute for LDP/TE, and LSP Ping for VCCV | CSI-CLI-00234429 | CSI-CLI-00234494 | 2284 |
| RADIUS Vendor-Specific Attributes (VSA) and RADIUS Disconnect-Cause Attribute Values | CSI-CLI-00234495 | CSI-CLI-00234510 | 2285 |
| Virtual Fragmentation Reassembly | CSI-CLI-00234511 | CSI-CLI-00234520 | 2286 |
| Role-Based CLI Access | CSI-CLI-00234521 | CSI-CLI-00234534 | 2287 |
| Secure Shell Version 2 Support | CSI-CLI-00234535 | CSI-CLI-00234554 | 2288 |
| Define Interface Policy-Map AV Pairs AAA | CSI-CLI-00234555 | CSI-CLI-00234574 | 2289 |
| RADIUS Attribute 66 (Tunnel-Client-Endpoint) Enhancements | CSI-CLI-00234575 | CSI-CLI-00234580 | 2290 |
| RADIUS Server Load Balancing | CSI-CLI-00234581 | CSI-CLI-00234600 | 2291 |
| RADIUS Attribute 8 (Framed-IP-Address) in Access Requests | CSI-CLI-00234601 | CSI-CLI-00234608 | 2292 |
| Configuring Lock-and-Key Security (Dynamic Access Lists) | CSI-CLI-00234609 | CSI-CLI-00234620 | 2293 |
| IPSec NAT Transparency | CSI-CLI-00234621 | CSI-CLI-00234632 | 2294 |
| Configuring Internet Key Exchange for IPSec VPNs | CSI-CLI-00234633 | CSI-CLI-00234658 | 2295 |

**Appx51222**

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Firewall Support of Skinny Client Control Protocol (SCCP) | CSI-CLI-00234659 | CSI-CLI-00234670 | 2296 |
| Distinguished Name Based Crypto Maps | CSI-CLI-00234671 | CSI-CLI-00234678 | 2297 |
| Creating an IP Access List and Applying It to an Interface | CSI-CLI-00234679 | CSI-CLI-00234704 | 2298 |
| Configuring Authorization | CSI-CLI-00234705 | CSI-CLI-00234718 | 2299 |
| Configuring Certification Authority Interoperability | CSI-CLI-00234719 | CSI-CLI-00234736 | 2300 |
| Creating an IP Access List to Filter IP Options, TCP Flags, Noncontiguous Ports, or TTL Values | CSI-CLI-00234737 | CSI-CLI-00234760 | 2301 |
| Configuring RADIUS | CSI-CLI-00234761 | CSI-CLI-00234794 | 2302 |
| Configuring Authorization and Revocation of Certificates in a PKI | CSI-CLI-00234795 | CSI-CLI-00234840 | 2303 |
| IP Access List Overview | CSI-CLI-00234841 | CSI-CLI-00234854 | 2304 |
| OSPF Support for Forwarding Adjacencies over MPLS Traffic Engineered Tunnels | CSI-CLI-00234855 | CSI-CLI-00234864 | 2305 |
| QoS: Percentage-Based Shaping | CSI-CLI-00234865 | CSI-CLI-00234878 | 2306 |
| Applying QoS Features Using the MQC | CSI-CLI-00234879 | CSI-CLI-00234898 | 2307 |
| Configuring On-Demand Routing | CSI-CLI-00234899 | CSI-CLI-00234912 | 2308 |
| Using Cisco Discovery Protocol | CSI-CLI-00234913 | CSI-CLI-00234930 | 2309 |
| Network Configuration Protocol | CSI-CLI-00234931 | CSI-CLI-00234956 | 2310 |
| Configuring NAS-Initiated Dial-In VPDN Tunneling | CSI-CLI-00234957 | CSI-CLI-00234986 | 2311 |
| MPLS VPN—Route Target Rewrite | CSI-CLI-00234987 | CSI-CLI-00235007 | 2312 |
| MPLS Traffic Engineering MIB | CSI-CLI-00235008 | CSI-CLI-00235025 | 2313 |
| MPLS LDP-IGP Synchronization | CSI-CLI-00235026 | CSI-CLI-00235043 | 2314 |
| RADIUS Vendor-Proprietary Attributes | CSI-CLI-00235044 | CSI-CLI-00235057 | 2315 |
| Secure Copy | CSI-CLI-00235058 | CSI-CLI-00235065 | 2316 |
| Storing PKI Credentials | CSI-CLI-00235066 | CSI-CLI-00235093 | 2317 |
| RADIUS Tunnel Attribute Extensions | CSI-CLI-00235094 | CSI-CLI-00235101 | 2318 |
| Real-Time Resolution for IPSec Tunnel Peer | CSI-CLI-00235102 | CSI-CLI-00235109 | 2319 |
| Setting Up Secure Device Provisioning (SDP) for Enrollment in a PKI | CSI-CLI-00235110 | CSI-CLI-00235153 | 2320 |
| RADIUS Server Reorder on Failure | CSI-CLI-00235154 | CSI-CLI-00235165 | 2321 |
| Framed-Route in RADIUS Accounting | CSI-CLI-00235166 | CSI-CLI-00235173 | 2322 |
| RADIUS Logical Line ID | CSI-CLI-00235174 | CSI-CLI-00235185 | 2323 |
| Connect-Info RADIUS Attribute 77 | CSI-CLI-00235186 | CSI-CLI-00235193 | 2324 |
| IPsec Anti-Replay Window: Expanding and Disabling | CSI-CLI-00235194 | CSI-CLI-00235203 | 2325 |
| IP Access List Entry Sequence Numbering | CSI-CLI-00235204 | CSI-CLI-00235215 | 2326 |
| Image Verification | CSI-CLI-00235216 | CSI-CLI-00235225 | 2327 |
| Enhanced Test Command | CSI-CLI-00235226 | CSI-CLI-00235233 | 2328 |
| Easy VPN Remote RSA Signature Support | CSI-CLI-00235234 | CSI-CLI-00235241 | 2329 |
| Configuring Secure Shell | CSI-CLI-00235242 | CSI-CLI-00235253 | 2330 |
| Easy VPN Server | CSI-CLI-00235254 | CSI-CLI-00235327 | 2331 |
| Configuring Authentication | CSI-CLI-00235328 | CSI-CLI-00235377 | 2332 |
| Call Admission Control for IKE | CSI-CLI-00235378 | CSI-CLI-00235387 | 2333 |
| Policer Enhancement — Multiple Actions | CSI-CLI-00235388 | CSI-CLI-00235395 | 2334 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Regulating Packet Flow on a Per-Class Basis — Using Class-Based Traffic Shaping | CSI-CLI-00235396 | CSI-CLI-00235407 | 2335 |
| OSPF: SNMP ifIndex Value for Interface ID in OSPFv2 and OSPFv3 Data Fields | CSI-CLI-00235408 | CSI-CLI-00235421 | 2336 |
| AES and 3-DES Encryption Support for SNMP Version 3 | CSI-CLI-00235422 | CSI-CLI-00235429 | 2337 |
| HTTPS—HTTP Server and Client with SSL 3.0 | CSI-CLI-00235430 | CSI-CLI-00235447 | 2338 |
| Cisco IOS Scripting with Tcl | CSI-CLI-00235448 | CSI-CLI-00235467 | 2339 |
| Configuring RMON Support | CSI-CLI-00235468 | CSI-CLI-00235475 | 2340 |
| Configuring SNMP Support | CSI-CLI-00235476 | CSI-CLI-00235523 | 2341 |
| Configuring NBAR Using the MQC | CSI-CLI-00235524 | CSI-CLI-00235539 | 2342 |
| MPLS Quality of Service (QoS) | CSI-CLI-00235540 | CSI-CLI-00235565 | 2343 |
| MPLS VPN—MIB Support | CSI-CLI-00235566 | CSI-CLI-00235597 | 2344 |
| MPLS Label Distribution Protocol MIB | CSI-CLI-00235598 | CSI-CLI-00235613 | 2345 |
| Cisco IOS Resilient Configuration | CSI-CLI-00235614 | CSI-CLI-00235621 | 2346 |
| Refining an IP Access List | CSI-CLI-00235622 | CSI-CLI-00235641 | 2347 |
| RADIUS Packet of Disconnect | CSI-CLI-00235642 | CSI-CLI-00235651 | 2348 |
| RADIUS: Separate Retransmit Counter for Accounting | CSI-CLI-00235652 | CSI-CLI-00235661 | 2349 |
| RFC-2867 RADIUS Tunnel Accounting | CSI-CLI-00235662 | CSI-CLI-00235675 | 2350 |
| Local AAA Server | CSI-CLI-00235676 | CSI-CLI-00235689 | 2351 |
| IPsec Preferred Peer | CSI-CLI-00235690 | CSI-CLI-00235701 | 2352 |
| IPSec VPN Accounting | CSI-CLI-00235702 | CSI-CLI-00235721 | 2353 |
| IPSec Security Association Idle Timers | CSI-CLI-00235722 | CSI-CLI-00235729 | 2354 |
| Encrypted Preshared Key | CSI-CLI-00235730 | CSI-CLI-00235745 | 2355 |
| Firewall Support for SIP | CSI-CLI-00235746 | CSI-CLI-00235759 | 2356 |
| Invalid Security Parameter Index Recovery | CSI-CLI-00235760 | CSI-CLI-00235777 | 2357 |
| Crypto Conditional Debug Support | CSI-CLI-00235778 | CSI-CLI-00235787 | 2358 |
| Configuring TCP Intercept (Preventing Denial-of-Service Attacks) | CSI-CLI-00235788 | CSI-CLI-00235793 | 2359 |
| Configuring TACACS+ | CSI-CLI-00235794 | CSI-CLI-00235807 | 2360 |
| Configuring Unicast Reverse Path Forwarding | CSI-CLI-00235808 | CSI-CLI-00235825 | 2361 |
| Configuring Accounting | CSI-CLI-00235826 | CSI-CLI-00235853 | 2362 |
| Attribute Screening for Access Requests | CSI-CLI-00235854 | CSI-CLI-00235863 | 2363 |
| Configuring Certificate Enrollment for a PKI | CSI-CLI-00235864 | CSI-CLI-00235903 | 2364 |
| Quality of Service: Policies Aggregation | CSI-CLI-00235904 | CSI-CLI-00235923 | 2365 |
| SNMP Support for VLAN Subinterfaces | CSI-CLI-00235924 | CSI-CLI-00235927 | 2366 |
| OSPF Sham-Link MIB Support | CSI-CLI-00235928 | CSI-CLI-00235943 | 2367 |
| Defining Memory Threshold Notifications | CSI-CLI-00235944 | CSI-CLI-00235951 | 2368 |
| Dynamic Multipoint VPN (DMVPN) | CSI-CLI-00235952 | CSI-CLI-00236007 | 2369 |
| HTTP 1.1 Web Server and Client | CSI-CLI-00236008 | CSI-CLI-00236021 | 2370 |
| Embedded Event Manager Overview | CSI-CLI-00236022 | CSI-CLI-00236039 | 2371 |
| MPLS Static Labels | CSI-CLI-00236040 | CSI-CLI-00236049 | 2372 |
| Marking Network Traffic | CSI-CLI-00236050 | CSI-CLI-00236075 | 2373 |
| MPLS LDP Inbound Label Binding Filtering | CSI-CLI-00236076 | CSI-CLI-00236083 | 2374 |
| MPLS—Multilink PPP Support | CSI-CLI-00236084 | CSI-CLI-00236113 | 2375 |
| Network-Based Application Recognition Protocol Discovery Management Information Base | CSI-CLI-00236114 | CSI-CLI-00236169 | 2376 |
| Configuring Frame Relay | CSI-CLI-00236170 | CSI-CLI-00236245 | 2377 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| IP SLAs—Analyzing IP Service Levels Using the TCP Connect Operation | CSI-CLI-00236246 | CSI-CLI-00236259 | 2378 |
| Cisco IOS IP SLAs Overview | CSI-CLI-00236260 | CSI-CLI-00236271 | 2379 |
| IP SLAs—Analyzing IP Service Levels Using the ICMP Path Jitter Operation | CSI-CLI-00236272 | CSI-CLI-00236285 | 2380 |
| IP SLAs—Analyzing IP Service Levels Using the DNS Operation | CSI-CLI-00236286 | CSI-CLI-00236297 | 2381 |
| IP SLAs—Analyzing IP Service Levels Using the ICMP Echo Operation | CSI-CLI-00236298 | CSI-CLI-00236311 | 2382 |
| PPP over Frame Relay | CSI-CLI-00236312 | CSI-CLI-00236319 | 2383 |
| IP SLAs for Metro-Ethernet | CSI-CLI-00236320 | CSI-CLI-00236333 | 2384 |
| Warm Reload | CSI-CLI-00236334 | CSI-CLI-00236343 | 2385 |
| IP SLAs—Analyzing VoIP Service Levels Using the UDP Jitter Operation | CSI-CLI-00236344 | CSI-CLI-00236361 | 2386 |
| IP SLAs—Proactive Threshold Monitoring of IP SLAs Operations | CSI-CLI-00236362 | CSI-CLI-00236373 | 2387 |
| IP SLAs—Analyzing IP Service Levels Using the UDP Jitter Operation | CSI-CLI-00236374 | CSI-CLI-00236387 | 2388 |
| Frame Relay PVC Interface Priority Queueing | CSI-CLI-00236388 | CSI-CLI-00236397 | 2389 |
| Frame Relay show Command and debug Command Enhancements | CSI-CLI-00236398 | CSI-CLI-00236401 | 2390 |
| Frame Relay MIB Enhancements | CSI-CLI-00236402 | CSI-CLI-00236407 | 2391 |
| Frame Relay Queueing and Fragmentation at the Interface | CSI-CLI-00236408 | CSI-CLI-00236419 | 2392 |
| IP SLAs—Analyzing IP Service Levels Using the UDP Echo Operation | CSI-CLI-00236420 | CSI-CLI-00236435 | 2393 |
| IP SLAs—Analyzing IP Service Levels Using the ICMP Path Echo Operation | CSI-CLI-00236436 | CSI-CLI-00236451 | 2394 |
| IP SLAs—Analyzing IP Service Levels Using the DHCP Operation | CSI-CLI-00236452 | CSI-CLI-00236463 | 2395 |
| IP SLAs—Analyzing IP Service Levels Using the FTP Operation | CSI-CLI-00236464 | CSI-CLI-00236475 | 2396 |
| IP SLAs—Analyzing IP Service Levels Using the HTTP Operation | CSI-CLI-00236476 | CSI-CLI-00236493 | 2397 |
| IP SLAs—LSP Health Monitor with LSP Discovery | CSI-CLI-00236494 | CSI-CLI-00236535 | 2398 |
| Cisco IOS IP Application Services Command Reference | CSI-CLI-00268939 | CSI-CLI-00269551 | 2399 |
| Cisco IOS High Availability Command Reference | CSI-CLI-00269552 | CSI-CLI-00270314 | 2400 |
| Cisco IOS Configuration Fundamentals Command Reference | CSI-CLI-00270315 | CSI-CLI-00271384 | 2401 |
| Cisco IOS IPv6 Command Reference | CSI-CLI-00271915 | CSI-CLI-00273241 | 2402 |
| Cisco IOS Multiprotocol Label Switching Command Reference | CSI-CLI-00273242 | CSI-CLI-00274106 | 2403 |
| Cisco IOS Network Management Command Reference | CSI-CLI-00274388 | CSI-CLI-00275375 | 2404 |
| Cisco IOS IP SLAs Command Reference for Cisco IOS XE Release 2.1 | CSI-CLI-00313895 | CSI-CLI-00314421 | 2405 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Release Notes for Cisco ASAR 1000 Series Aggregation Services Routers | CSI-CLI-00325377 | CSI-CLI-00325496 | 2406 |
| Cisco IOS Quality of Service Solutions Command Reference | CSI-CLI-00275376 | CSI-CLI-00276457 | 1579 |
| Cisco IOS IP Switching Command Reference | CSI-CLI-00276458 | CSI-CLI-00276837 | 1580 |

### IOS XE 3.5

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| XE 3.5 Copyright Application | CSI-CLI-00356610 | CSI-CLI-00356613 | 3059 |
| IOS XE 3.5: Source Code | CSI-CLI-04623434 | CSI-CLI-04623459 | 2409A |
| IOS XE 3.5: Source Code | CSI-CLI-04623460 | CSI-CLI-04623485 | 2409B |
| Cisco Unified Border Element (Enterprise) Feature Roadmap Cisco IOS XE Release 3S | CSI-CLI-00180764 | CSI-CLI-00180772 | 2410 |
| Cisco Discovery Protocol Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00180773 | CSI-CLI-00180797 | 2411 |
| Cisco UBE (Enterprise) SIP Support Cisco IOS XE Release 3S | CSI-CLI-00180798 | CSI-CLI-00180968 | 2412 |
| Cisco UBE (Enterprise) Protocol-Independent Features and Setup Cisco IOS XE Release 3S | CSI-CLI-00180969 | CSI-CLI-00181103 | 2413 |
| Cisco UBE (Enterprise) H.323-to-SIP Interworking Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00181104 | CSI-CLI-00181116 | 2414 |
| Basic System Management Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00181117 | CSI-CLI-00181172 | 2415 |
| Carrier Ethernet Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00181173 | CSI-CLI-00181426 | 2416 |
| IP Addressing: DNS Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00181427 | CSI-CLI-00181449 | 2417 |
| Cisco UBE (Enterprise) H.323 Support Cisco IOS XE Release 3S | CSI-CLI-00181450 | CSI-CLI-00181454 | 2418 |
| Cisco UBE (Enterprise) Management Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00181455 | CSI-CLI-00181491 | 2419 |
| Embedded Event Manager Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00181492 | CSI-CLI-00181805 | 2420 |
| IP Addressing: ARP Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00181806 | CSI-CLI-00181828 | 2421 |
| IP Addressing: DHCP Configuration Guide, Cisco IOS XE Release 3.3S | CSI-CLI-00181829 | CSI-CLI-00181993 | 2422 |
| Cisco Networking Services Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00181994 | CSI-CLI-00182058 | 2423 |
| Access Node Control Protocol Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00182059 | CSI-CLI-00182090 | 2424 |
| Asynchronous Transfer Mode Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00182091 | CSI-CLI-00182221 | 2425 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| IP Switching Cisco Express Forwarding Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00182222 | CSI-CLI-00182400 | 2426 |
| IP Routing: ODR Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00182401 | CSI-CLI-00182415 | 2427 |
| IP Routing: ISIS Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00182416 | CSI-CLI-00182592 | 2428 |
| IP Routing: OSPF Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00182593 | CSI-CLI-00182853 | 2429 |
| IP Multicast: Multicast Resiliency Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00182854 | CSI-CLI-00182894 | 2430 |
| IP Multicast: MFIB Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00182895 | CSI-CLI-00182973 | 2431 |
| Cisco IOS Scripting with TCL Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00182974 | CSI-CLI-00182994 | 2432 |
| Intelligent Services Gateway Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00182995 | CSI-CLI-00183392 | 2433 |
| IP Multicast: PIM Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00183393 | CSI-CLI-00183582 | 2434 |
| IP Multicast: MVPN Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00183583 | CSI-CLI-00183701 | 2435 |
| First Hop Redundancy Protocols Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00183702 | CSI-CLI-00183825 | 2436 |
| IP Routing: EIGRP Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00183826 | CSI-CLI-00184001 | 2437 |
| Interface and Hardware Component Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00184002 | CSI-CLI-00184091 | 2438 |
| IP SLAs Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00184092 | CSI-CLI-00184349 | 2439 |
| IP Multicast: Multicast Services Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00184350 | CSI-CLI-00184385 | 2440 |
| IP Addressing: IPv4 Addressing Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00184386 | CSI-CLI-00184422 | 2441 |
| IP Routing BFD Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00184423 | CSI-CLI-00184464 | 2442 |
| QoS: CBQoS Management Policy-to-Interface Mapping Support Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00184465 | CSI-CLI-00184477 | 2443 |
| IP Addressing: NHRP Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00184478 | CSI-CLI-00184528 | 2444 |
| MPLS: Traffic Engineering: Path Calculation and Setup Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00184529 | CSI-CLI-00184746 | 2445 |
| MPLS: Layer 2 VPNs Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00184747 | CSI-CLI-00184978 | 2446 |
| NetFlow Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00184979 | CSI-CLI-00185071 | 2447 |
| QoS: Latency and Jitter Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00185072 | CSI-CLI-00185096 | 2448 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| QoS: Classification, Policing, and Marking on LAC Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00185097 | CSI-CLI-00185113 | 2449 |
| QoS: Header Compression Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00185114 | CSI-CLI-00185136 | 2450 |
| MPLS: Traffic Engineering: DiffServ Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00185137 | CSI-CLI-00185184 | 2451 |
| MPLS: Layer 3 VPNs Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00185185 | CSI-CLI-00185384 | 2452 |
| MPLS Traffic Engineering: Path, Link, and Node Protection Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00185385 | CSI-CLI-00185620 | 2453 |
| QoS: CBQoS MIB Index Enhancements Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00185621 | CSI-CLI-00185631 | 2454 |
| QoS: Congestion Avoidance Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00185632 | CSI-CLI-00185690 | 2455 |
| MPLS Label Distribution Protocol Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00185691 | CSI-CLI-00185836 | 2456 |
| Performance Routing Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00185837 | CSI-CLI-00186174 | 2457 |
| Managing Configuration Files Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00186175 | CSI-CLI-00186283 | 2458 |
| AAA for Cisco Voice Gateways Configuration Guide - Cisco IOS XE Release 3S | CSI-CLI-00186284 | CSI-CLI-00186345 | 2459 |
| Security Configuration Guide: Unicast Reverse Path Forwarding Cisco IOS XE Release 3S | CSI-CLI-00186346 | CSI-CLI-00186366 | 2460 |
| Cisco Group Encrypted Transport VPN Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00186367 | CSI-CLI-00186460 | 2461 |
| Internet Key Exchange for IPsec VPNs Configuration Guide Cisco IOS XE Release 3S | CSI-CLI-00186461 | CSI-CLI-00186583 | 2462 |
| QoS: Regulating Packet Flown Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00186584 | CSI-CLI-00186604 | 2463 |
| Service Advertisement Framework Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00186605 | CSI-CLI-00186676 | 2464 |
| Easy VPN Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00186677 | CSI-CLI-00186866 | 2465 |
| SNMP Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00186867 | CSI-CLI-00186971 | 2466 |
| FlexVPN Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00186972 | CSI-CLI-00187061 | 2467 |
| Secure Shell Configuration Guide Cisco IOS XE Release 3S | CSI-CLI-00187062 | CSI-CLI-00187112 | 2468 |
| Security Configuration Guide: Access Control Lists, Cisco IOS XE Release 3S | CSI-CLI-00187113 | CSI-CLI-00187200 | 2469 |
| RADIUS Attributes Configuration Guide Cisco IOS XE Release 3S | CSI-CLI-00187201 | CSI-CLI-00187313 | 2470 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Security Configuration Guide: Zone-Based Policy Firewall Cisco IOS XE Release 3S | CSI-CLI-00187314 | CSI-CLI-00187565 | 2471 |
| QoS: Policing and Shaping Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00187566 | CSI-CLI-00187763 | 2472 |
| Bookmap | CSI-CLI-00187764 | CSI-CLI-00187921 | 2473 |
| General RADIUS Configurations Configuration Guide Cisco IOS XE Release 3S | CSI-CLI-00187922 | CSI-CLI-00187958 | 2474 |
| TACACS+ Configuration Guide Cisco IOS XE Release 3S | CSI-CLI-00187959 | CSI-CLI-00188019 | 2475 |
| IPsec Data Plane Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00188020 | CSI-CLI-00188096 | 2476 |
| Security for VPNs with IPsec Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00188097 | CSI-CLI-00188188 | 2477 |
| Security Configuration Guide: Context- Based Access Control, Cisco IOS XE Release 3S | CSI-CLI-00188189 | CSI-CLI-00188199 | 2478 |
| RMON Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00188200 | CSI-CLI-00188208 | 2479 |
| User Security Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00188209 | CSI-CLI-00188339 | 2480 |
| Public Key Infrastructure Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00188340 | CSI-CLI-00188476 | 2481 |
| VPN Availability Configuration Guide Cisco IOS XE Release 3S | CSI-CLI-00188477 | CSI-CLI-00188505 | 2482 |
| IPsec Management Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00188506 | CSI-CLI-00188590 | 2483 |
| Flexible Packet Matching Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00188591 | CSI-CLI-00188605 | 2484 |
| QoS: NBAR Configuration Guide Cisco IOS XE Release 3S | CSI-CLI-00188606 | CSI-CLI-00188723 | 2485 |
| Cisco TrustSec Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00188724 | CSI-CLI-00188757 | 2486 |
| Wide-Area Networking Configuration Guide: Multilink PPP, Cisco IOS XE Release 3S | CSI-CLI-00188758 | CSI-CLI-00188815 | 2487 |
| Wide-Area Networking Configuration Guide: Frame Relay, Cisco IOS XE Release 3S | CSI-CLI-00188816 | CSI-CLI-00188909 | 2488 |
| Wide-Area Networking Configuration Guide: Layer 2 Services, Cisco IOS XE Release 3S | CSI-CLI-00188910 | CSI-CLI-00189001 | 2489 |
| VPDN Configuration Guide, Cisco IOS XE Release 3S | CSI-CLI-00189002 | CSI-CLI-00189271 | 2490 |
| Wide-Area Networking Configuration Guide: Overlay Transport Virtualization, Cisco IOS XE Release 3S | CSI-CLI-00189272 | CSI-CLI-00189309 | 2491 |
| Cisco IOS Network Management Command Reference | CSI-CLI-00228225 | CSI-CLI-00229754 | 2492 |
| Cisco IOS Easy Virtual Network Command Reference | CSI-CLI-00239782 | CSI-CLI-00239828 | 2496 |
| Cisco IOS IP Application Services Command Reference | CSI-CLI-00239829 | CSI-CLI-00240003 | 2497 |

**Appx51229**

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco IOS IP Routing: ISIS Command Reference | CSI-CLI-00240004 | CSI-CLI-00240192 | 2498 |
| Cisco IOS IP Routing: OSPF Command Reference | CSI-CLI-00240193 | CSI-CLI-00240461 | 2499 |
| Cisco IOS NetFlow Command Reference | CSI-CLI-00240462 | CSI-CLI-00240742 | 2500 |
| Cisco IOS Server Load Balancing Command Reference | CSI-CLI-00240743 | CSI-CLI-00241095 | 2501 |
| Cisco IOS Carrier Ethernet Command Reference | CSI-CLI-00248138 | CSI-CLI-00248570 | 2502 |
| Cisco IOS Asynchronous Transfer Mode Command Reference | CSI-CLI-00248571 | CSI-CLI-00249151 | 2503 |
| Cisco IOS Debug Command Reference - Commands A to C | CSI-CLI-00249152 | CSI-CLI-00249824 | 2504 |
| Cisco IOS Software Activation Command Reference | CSI-CLI-00249825 | CSI-CLI-00249938 | 2505 |
| Cisco IOS Basic System Management Command Reference | CSI-CLI-00249939 | CSI-CLI-00250102 | 2506 |
| Cisco IOS Debug Command Reference, Commands E through H | CSI-CLI-00250103 | CSI-CLI-00250475 | 2507 |
| Cisco IOS Debug Command Reference Commands I through L | CSI-CLI-00250476 | CSI-CLI-00251198 | 2508 |
| Cisco IOS IP Application Services Command Reference | CSI-CLI-00251199 | CSI-CLI-00251534 | 2509 |
| Cisco IOS IP Addressing Services Command Reference | CSI-CLI-00251535 | CSI-CLI-00252422 | 2510 |
| Cisco IOS Debug Command Reference, Commands M through R | CSI-CLI-00252423 | CSI-CLI-00253145 | 2511 |
| Cisco IOS IP Multicast Command Reference | CSI-CLI-00253146 | CSI-CLI-00253929 | 2512 |
| Cisco IOS IP Mobility Command Reference | CSI-CLI-00253930 | CSI-CLI-00254243 | 2513 |
| Cisco IOS High Availability Command Reference | CSI-CLI-00254244 | CSI-CLI-00254495 | 2514 |
| Cisco IOS Debug Command Reference Commands S through Z | CSI-CLI-00254496 | CSI-CLI-00255370 | 2515 |
| Cisco IOS IP Routing: Protocol-Independent Command Reference | CSI-CLI-00255371 | CSI-CLI-00255650 | 2516 |
| Cisco IOS IPv6 Command Reference | CSI-CLI-00255651 | CSI-CLI-00258541 | 2517 |
| Cisco IOS IP Routing: RIP Command Reference | CSI-CLI-00258542 | CSI-CLI-00258601 | 2518 |
| Cisco IOS Interface and Hardware Component Command Reference | CSI-CLI-00258602 | CSI-CLI-00261228 | 2519 |
| Cisco IOS IP Routing: EIGRP Command Reference | CSI-CLI-00261229 | CSI-CLI-00261480 | 2520 |
| Cisco IOS IP Routing: BGP Command Reference | CSI-CLI-00261481 | CSI-CLI-00262243 | 2521 |
| Cisco IOS Service Advertisement Framework Command Reference | CSI-CLI-00262244 | CSI-CLI-00262395 | 2522 |
| Cisco IOS Security Command Reference: Commands D to L | CSI-CLI-00262396 | CSI-CLI-00263300 | 2523 |
| Cisco IOS Performance Routing Command Reference | CSI-CLI-00263301 | CSI-CLI-00263670 | 2524 |

**Appx51230**

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco IOS IP Switching Command Reference | CSI-CLI-00263671 | CSI-CLI-00264224 | 2525 |
| Cisco IOS Security Command Reference: Commands A to C | CSI-CLI-00264225 | CSI-CLI-00265328 | 2526 |
| Cisco IOS Intelligent Services Gateway Command Reference | CSI-CLI-00265329 | CSI-CLI-00265728 | 2527 |
| Cisco IOS Multiprotocol Label Switching Command Reference | CSI-CLI-00265729 | CSI-CLI-00267039 | 2528 |
| Cisco IOS Security Command Reference: Commands M to R | CSI-CLI-00267040 | CSI-CLI-00267772 | 2529 |
| Cisco IOS Interface and Hardware Component Command Reference | CSI-CLI-00277170 | CSI-CLI-00277359 | 1842 |
| Cisco IOS DECnet Command Reference | CSI-CLI-00288214 | CSI-CLI-00288321 | 2531 |
| Cisco IOS Security Command Reference: Commands S to Z | CSI-CLI-00310346 | CSI-CLI-00311598 | 2533 |
| Cisco IOS IP SLAs Command Reference | CSI-CLI-00311599 | CSI-CLI-00312406 | 2534 |
| Cisco IOS VPDN Command Reference | CSI-CLI-00312407 | CSI-CLI-00312776 | 2535 |

## IOS XR 3.0

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| XR 3.0 Copyright Application | CSI-CLI-00356665 | CSI-CLI-00356668 | 3043 |
| Cisco IOS Wide-Area Networking Command Reference | CSI-CLI-00312777 | CSI-CLI-00313894 | 2536 |
| IOS XR 3.0: Source Code | CSI-CLI-04588140 | CSI-CLI-04588160 | 2537 |
| About Cisco IOS XR Software Documentation for Release 3.0 | CSI-CLI-00359263 | CSI-CLI-00359272 | 2538 |
| Cisco IOS XR Interface and Hardware Component Command Reference | CSI-CLI-00359273 | CSI-CLI-00359504 | 2539 |
| Cisco IOS XR Multicast Command Reference | CSI-CLI-00359505 | CSI-CLI-00359723 | 2540 |
| Cisco IOS XR IP Addresses and Services Command Reference | CSI-CLI-00359724 | CSI-CLI-00360187 | 2541 |
| Cisco IOS XR MPLS Command Reference | CSI-CLI-00360188 | CSI-CLI-00360442 | 2542 |
| Cisco IOS XR Routing Command Reference | CSI-CLI-00360443 | CSI-CLI-00361283 | 2543 |
| Cisco IOS XR System Management Command Reference | CSI-CLI-00361284 | CSI-CLI-00361762 | 2544 |
| Cisco IOS XR System Security Command Reference | CSI-CLI-00361763 | CSI-CLI-00361953 | 2545 |
| Cisco IOS XR Task ID Reference Guide | CSI-CLI-00361954 | CSI-CLI-00361999 | 2546 |
| Cisco Craft Works Interface Configuration Guide | CSI-CLI-00362000 | CSI-CLI-00362049 | 2547 |
| Cisco IOS XR Interface and Hardware Component Configuration Guide | CSI-CLI-00362050 | CSI-CLI-00362165 | 2548 |
| Cisco IOS XR Multicast Configuration Guide | CSI-CLI-00362166 | CSI-CLI-00362215 | 2549 |
| Cisco IOS XR IP Addresses and Services Configuration Guide | CSI-CLI-00362216 | CSI-CLI-00362279 | 2550 |
| Cisco IOS XR MPLS Configuration Guide | CSI-CLI-00362280 | CSI-CLI-00362381 | 2551 |

**Appx51231**

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco IOS XR System Management Configuration Guide | CSI-CLI-00362382 | CSI-CLI-00362517 | 2552 |
| Cisco IOS XR Routing Configuration Guide | CSI-CLI-00362518 | CSI-CLI-00362718 | 2553 |
| Cisco IOS XR System Security Configuration Guide | CSI-CLI-00362719 | CSI-CLI-00362850 | 2554 |

## IOS XR 3.2

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| XR 3.2 Copyright Application | CSI-CLI-00356661 | CSI-CLI-00356664 | 3045 |
| IOS XR 3.2: Source Code | CSI-CLI-04588264 | CSI-CLI-04588314 | 2555 |
| About Cisco IOS XR Software Documentation, Release 3.2 | CSI-CLI-00362851 | CSI-CLI-00362860 | 2556 |
| Release Notes for Cisco IOS XR Software Release 3.2.0 | CSI-CLI-00362861 | CSI-CLI-00362884 | 2557 |
| Cisco IOS XR Getting Started Guide | CSI-CLI-00362885 | CSI-CLI-00363188 | 2558 |
| Cisco IOS XR Command Modes Reference | CSI-CLI-00363189 | CSI-CLI-00363228 | 2559 |
| Cisco Craft Works Interface Quick Start Guide; Cisco IOS XR Software Release 3.2 | CSI-CLI-00363229 | CSI-CLI-00363260 | 2560 |
| Cisco Craft Works Interface User Interface Guide | CSI-CLI-00363261 | CSI-CLI-00363426 | 2561 |
| Cisco Craft Works Interface Configuration Applications Reference Guide | CSI-CLI-00363427 | CSI-CLI-00363766 | 2562 |
| Cisco Craft Works Interface Configuration Guide | CSI-CLI-00363767 | CSI-CLI-00363818 | 2563 |
| Cisco CRS-1 SIP and SPA Configuration Guide, Cisco IOS XR Software Release 3.2 | CSI-CLI-00363819 | CSI-CLI-00363958 | 2564 |
| Cisco IOS XR Task ID Reference Guide | CSI-CLI-00363959 | CSI-CLI-00364008 | 2565 |
| Cisco IOS XR XML API Guide | CSI-CLI-00364009 | CSI-CLI-00364188 | 2566 |
| Converting Cisco IOS Configurations to Cisco IOS XR Configurations | CSI-CLI-00364189 | CSI-CLI-00364238 | 2567 |
| Cisco IOS XR IP Addresses and Services Command Reference | CSI-CLI-00364239 | CSI-CLI-00364678 | 2568 |
| Cisco IOS XR Multicast Command Reference | CSI-CLI-00364679 | CSI-CLI-00364941 | 2569 |
| Cisco IOS XR Modular Quality of Service Command Reference | CSI-CLI-00364942 | CSI-CLI-00365010 | 2570 |
| Cisco IOS XR Interface and Hardware Component Command Reference | CSI-CLI-00365011 | CSI-CLI-00365524 | 2571 |
| Cisco IOS XR MPLS Command Reference | CSI-CLI-00365525 | CSI-CLI-00365824 | 2572 |
| Cisco IOS XR System Management Command Reference | CSI-CLI-00365825 | CSI-CLI-00366397 | 2573 |
| Cisco IOS XR Routing Command Reference | CSI-CLI-00366398 | CSI-CLI-00367295 | 2574 |
| Cisco IOS XR System Security Command Reference | CSI-CLI-00367296 | CSI-CLI-00367526 | 2575 |
| Cisco IOS XR IP Addresses and Services Configuration Guide | CSI-CLI-00367527 | CSI-CLI-00367726 | 2576 |
| Cisco IOS XR Interface and Hardware Component Configuration Guide | CSI-CLI-00367727 | CSI-CLI-00367893 | 2577 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco IOS XR Modular Quality of Service Configuration Guide | CSI-CLI-00367894 | CSI-CLI-00367966 | 2578 |
| Cisco IOS XR Multicast Configuration Guide | CSI-CLI-00367967 | CSI-CLI-00368013 | 2579 |
| Cisco IOS XR Routing Configuration Guide | CSI-CLI-00368014 | CSI-CLI-00368281 | 2580 |
| Cisco IOS XR MPLS Configuration Guide | CSI-CLI-00368282 | CSI-CLI-00368389 | 2581 |
| Cisco IOS XR System Security Configuration Guide | CSI-CLI-00368390 | CSI-CLI-00368535 | 2582 |
| Cisco IOS XR System Management Configuration Guide | CSI-CLI-00368536 | CSI-CLI-00368736 | 2583 |
| System Error Messages Overview | CSI-CLI-00368737 | CSI-CLI-00368740 | 2584 |
| Access Control List (ACL) Messages | CSI-CLI-00368741 | CSI-CLI-00368750 | 2585 |
| Manageability (MGBL) Messages | CSI-CLI-00368751 | CSI-CLI-00368912 | 2586 |
| Layer 2 Messages | CSI-CLI-00368913 | CSI-CLI-00369192 | 2587 |
| Fabric Messages | CSI-CLI-00369193 | CSI-CLI-00369254 | 2588 |
| Hardware Accessability (HA) Messages | CSI-CLI-00369255 | CSI-CLI-00369330 | 2589 |
| Internet Protocol (IP) Messages | CSI-CLI-00369331 | CSI-CLI-00369356 | 2590 |
| Media Messages | CSI-CLI-00369357 | CSI-CLI-00369384 | 2591 |
| Routing Messages | CSI-CLI-00369385 | CSI-CLI-00369708 | 2592 |
| Quality of Service (QoS) Messages | CSI-CLI-00369709 | CSI-CLI-00369742 | 2593 |
| Packet Infrastructure Messages | CSI-CLI-00369743 | CSI-CLI-00369912 | 2594 |
| Operating System (OS) Messages | CSI-CLI-00369913 | CSI-CLI-00370072 | 2595 |
| Platform Messages | CSI-CLI-00370073 | CSI-CLI-00370290 | 2596 |
| System Database Messages | CSI-CLI-00370291 | CSI-CLI-00370322 | 2597 |
| Simple Network Management Protocol (SNMP) Messages | CSI-CLI-00370323 | CSI-CLI-00370378 | 2598 |
| Security Messages | CSI-CLI-00370379 | CSI-CLI-00370474 | 2599 |

## IOS XR 3.3

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| XR 3.3 Copyright Application | CSI-CLI-00356689 | CSI-CLI-00356692 | 3047 |
| IOS XR 3.3: Source Code | CSI-CLI-04587920 | CSI-CLI-04587970 | 2600 |
| Cisco IOS, Cisco IOS XR, and Catalyst Operating System Software Release Notes | CSI-CLI-00370475 | CSI-CLI-00370484 | 2601 |
| Cisco Craft Works Interface Quick Start Guide | CSI-CLI-00370485 | CSI-CLI-00370512 | 2602 |
| Cisco Craft Works Interface User Interface Guide | CSI-CLI-00370513 | CSI-CLI-00370686 | 2603 |
| Cisco Craft Works Interface Configuration Guide | CSI-CLI-00370687 | CSI-CLI-00370740 | 2604 |
| Cisco Craft Works Interface Configuration Applications Reference Guide | CSI-CLI-00370741 | CSI-CLI-00370844 | 2605 |
| Cisco IOS XR System Security Debug Command Reference | CSI-CLI-00370845 | CSI-CLI-00370889 | 2606 |
| Cisco IOS XR System Management Debug Command Reference | CSI-CLI-00370890 | CSI-CLI-00370979 | 2607 |
| Cisco IOS XR Interface and Hardware Component Debug Command Reference | CSI-CLI-00370980 | CSI-CLI-00371280 | 2608 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco IOS XR Routing Debug Command Reference | CSI-CLI-00371281 | CSI-CLI-00371462 | 2609 |
| Cisco IOS XR Multiprotocol Label Switching Debug Command Reference | CSI-CLI-00371463 | CSI-CLI-00371602 | 2610 |
| Using Debug Commands on Cisco IOS XR Software | CSI-CLI-00371603 | CSI-CLI-00371624 | 2611 |
| Cisco IOS XR Multicast Debug Command Reference | CSI-CLI-00371625 | CSI-CLI-00371711 | 2612 |
| IP Addresses and Services Debug Command Reference Guide | CSI-CLI-00371712 | CSI-CLI-00371829 | 2613 |
| Quality of Service Debug Command Reference | CSI-CLI-00371830 | CSI-CLI-00371848 | 2614 |
| Cisco IOS XR Getting Started Guide | CSI-CLI-00371849 | CSI-CLI-00372184 | 2615 |
| Cisco IOS XR Security Guide | CSI-CLI-00372185 | CSI-CLI-00372292 | 2616 |
| Cisco IOS XR XML API Guide | CSI-CLI-00372293 | CSI-CLI-00372480 | 2617 |
| Cisco IOS XR ROM Monitor Guide | CSI-CLI-00372481 | CSI-CLI-00372590 | 2618 |
| Cisco IOS XR Interface and Hardware Component Configuration Guide | CSI-CLI-00372591 | CSI-CLI-00372850 | 2619 |
| Cisco IOS XR IP Addresses and Services Configuration Guide | CSI-CLI-00372851 | CSI-CLI-00373056 | 2620 |
| Release Notes for Cisco IOS XR Software Release 3.3 | CSI-CLI-00373057 | CSI-CLI-00373086 | 2621 |
| Cisco IOS XR Multiprotocol Label Switching Configuration Guide | CSI-CLI-00373087 | CSI-CLI-00373321 | 2622 |
| Cisco IOS XR System Security Configuration Guide | CSI-CLI-00373322 | CSI-CLI-00373491 | 2623 |
| Cisco IOS XR Modular Quality of Service Configuration Guide | CSI-CLI-00373492 | CSI-CLI-00373574 | 2624 |
| Cisco IOS XR Multicast Configuration Guide | CSI-CLI-00373575 | CSI-CLI-00373631 | 2625 |
| Cisco IOS XR Routing Configuration Guide | CSI-CLI-00373632 | CSI-CLI-00373999 | 2626 |
| Cisco IOS XR Interface and Hardware Component Command Reference | CSI-CLI-00374000 | CSI-CLI-00374695 | 2627 |
| Cisco IOS XR IP Addresses and Services Command Reference | CSI-CLI-00374696 | CSI-CLI-00375203 | 2628 |
| Cisco IOS XR Multiprotocol Label Switching Command Reference | CSI-CLI-00375204 | CSI-CLI-00375587 | 2629 |
| Cisco IOS XR System Management Configuration Guide | CSI-CLI-00375588 | CSI-CLI-00375935 | 2630 |
| Cisco IOS XR Diagnostics | CSI-CLI-00375936 | CSI-CLI-00375963 | 2631 |
| Cisco IOS XR Command Modes Reference | CSI-CLI-00375964 | CSI-CLI-00376037 | 2632 |
| Cisco IOS XR System Error Reference Guide for CRS-1 Router Platform Specific Messages | CSI-CLI-00376038 | CSI-CLI-00376283 | 2633 |
| Cisco IOS XR System Error Reference Guide for XR12000 Series Platform Specific Messages | CSI-CLI-00376284 | CSI-CLI-00376569 | 2634 |
| About Cisco IOS XR Software Documentation, Release 3.3 | CSI-CLI-00376570 | CSI-CLI-00376581 | 2635 |
| Upgrading from Cisco IOS to Cisco IOS XR Software on the Cisco 12000 Series Router | CSI-CLI-00376582 | CSI-CLI-00376647 | 2636 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Converting Cisco IOS Configurations to Cisco IOS XR Configurations | CSI-CLI-00376648 | CSI-CLI-00376699 | 2637 |
| Cisco IOS XR Modular Quality of Service Command Reference | CSI-CLI-00376700 | CSI-CLI-00376784 | 2638 |
| Cisco IOS XR Modular Quality of Service Command Reference | CSI-CLI-00376785 | CSI-CLI-00377974 | 2639 |
| Cisco IOS XR System Management Command Reference | CSI-CLI-00377975 | CSI-CLI-00378824 | 2640 |
| Cisco IOS XR System Security Command Reference | CSI-CLI-00378825 | CSI-CLI-00379116 | 2641 |
| Cisco IOS XR System Error Reference Guide for Platform Independent Messages | CSI-CLI-00379117 | CSI-CLI-00380360 | 2642 |
| Cisco IOS XR Multicast Command Reference | CSI-CLI-00380361 | CSI-CLI-00380657 | 2643 |
| Cisco IOS XR Supported Platforms and Features | CSI-CLI-00380658 | CSI-CLI-00380671 | 2644 |

## IOS XR 3.4

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| XR 3.4 Copyright Application | CSI-CLI-00356634 | CSI-CLI-00356637 | 3049 |
| IOS XR 3.4: Source Code | CSI-CLI-04587977 | CSI-CLI-04588027 | 2645 |
| About Cisco IOS XR Software Documentation, Release 3.4 | CSI-CLI-00380672 | CSI-CLI-00380687 | 2646 |
| Cisco IOS XR Commands Master List, Release 3.4 | CSI-CLI-00380688 | CSI-CLI-00380709 | 2647 |
| Release Notes for Cisco IOS XR Software Release 3.4 | CSI-CLI-00380710 | CSI-CLI-00380751 | 2648 |
| Cisco IOS XR Command Modes Reference | CSI-CLI-00380752 | CSI-CLI-00380825 | 2649 |
| Cisco IOS XR Interface and Hardware Component Command Reference | CSI-CLI-00380826 | CSI-CLI-00381764 | 2650 |
| IP Addresses and Services Debug Command Reference Guide | CSI-CLI-00381765 | CSI-CLI-00381922 | 2651 |
| Cisco IOS XR Modular Quality of Service Debug Command Reference | CSI-CLI-00381923 | CSI-CLI-00381941 | 2652 |
| Cisco IOS XR Modular Quality of Service Command Reference | CSI-CLI-00381942 | CSI-CLI-00382053 | 2653 |
| Cisco IOS XR IP Addresses and Services Command Reference | CSI-CLI-00382054 | CSI-CLI-00382613 | 2654 |
| Cisco IOS XR Multiprotocol Label Switching Command Reference | CSI-CLI-00382614 | CSI-CLI-00383051 | 2655 |
| Cisco IOS XR Multicast Command Reference | CSI-CLI-00383052 | CSI-CLI-00383375 | 2656 |
| Cisco IOS XR System Management Command Reference | CSI-CLI-00383376 | CSI-CLI-00384041 | 2657 |
| Cisco IOS XR Routing Command Reference | CSI-CLI-00384042 | CSI-CLI-00385331 | 2658 |
| Cisco IOS XR Supported Platforms and Features | CSI-CLI-00385332 | CSI-CLI-00385347 | 2659 |
| Cisco IOS XR System Monitoring Command Reference | CSI-CLI-00385348 | CSI-CLI-00385662 | 2660 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco IOS XR Session Border Controller Command Reference | CSI-CLI-00385663 | CSI-CLI-00385871 | 2661 |
| Cisco CRS-1 Carrier Routing System Single-Shelf to Multishelf Software Upgrade Guide | CSI-CLI-00385872 | CSI-CLI-00385901 | 2662 |
| Cisco IOS XR System Security Command Reference | CSI-CLI-00385902 | CSI-CLI-00386333 | 2663 |
| Upgrading from Cisco IOS to Cisco IOS XR Software on the Cisco12000 Series Router | CSI-CLI-00386334 | CSI-CLI-00386375 | 2664 |
| Cisco IOS XR Getting Started Guide | CSI-CLI-00386376 | CSI-CLI-00386589 | 2665 |
| Cisco IOS XR Multicast Configuration Guide | CSI-CLI-00386590 | CSI-CLI-00386645 | 2666 |
| Cisco IOS XR IP Addresses and Services Configuration Guide | CSI-CLI-00386646 | CSI-CLI-00386853 | 2667 |
| Cisco IOS XR Modular Quality of Service Configuration Guide | CSI-CLI-00386854 | CSI-CLI-00386945 | 2668 |
| Cisco IOS XR ROM Monitor Guide | CSI-CLI-00386946 | CSI-CLI-00387059 | 2669 |
| Cisco IOS XR Multiprotocol Label Switching Configuration Guide | CSI-CLI-00387060 | CSI-CLI-00387349 | 2670 |
| Cisco IOS XR Session Border Controller Configuration Guide | CSI-CLI-00387350 | CSI-CLI-00387557 | 2671 |
| Cisco IOS XR System Security Configuration Guide | CSI-CLI-00387558 | CSI-CLI-00387801 | 2672 |
| Cisco IOS XR System Management Configuration Guide | CSI-CLI-00387802 | CSI-CLI-00388077 | 2673 |
| Cisco IOS XR System Monitoring Configuration Guide | CSI-CLI-00388078 | CSI-CLI-00388302 | 2674 |
| Cisco Craft Works Interface User Guide | CSI-CLI-00388303 | CSI-CLI-00388522 | 2675 |
| Cisco IOS XR XML API Guide | CSI-CLI-00388523 | CSI-CLI-00388710 | 2676 |
| Cisco IOS XR Troubleshooting | CSI-CLI-00388711 | CSI-CLI-00388891 | 2677 |
| Cisco IOS XR Interface and Hardware Component Configuration Guide | CSI-CLI-00388892 | CSI-CLI-00389300 | 2678 |
| Cisco Craft Works Interface Quick Start Guide | CSI-CLI-00389301 | CSI-CLI-00389332 | 2679 |
| Cisco IOS XR Routing Configuration Guide | CSI-CLI-00389333 | CSI-CLI-00389726 | 2680 |

IOS XR 3.5

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| XR 3.5 Copyright Application | CSI-CLI-00356685 | CSI-CLI-00356688 | 3051 |
| IOS XR 3.5: Source Code | CSI-CLI-04588212 | CSI-CLI-04588262 | 2681 |
| Cisco IOS XR Command Modes Reference | CSI-CLI-00389728 | CSI-CLI-00389809 | 2682 |
| About Cisco IOS XR Software Documentation, Release 3.5 | CSI-CLI-00389810 | CSI-CLI-00389819 | 2683 |
| Cisco IOS XR ROM Monitor Guide | CSI-CLI-00389820 | CSI-CLI-00389927 | 2684 |
| Cisco IOS XR Troubleshooting | CSI-CLI-00389928 | CSI-CLI-00390116 | 2685 |
| Cisco IOS XR IP Addresses and Services Configuration Guide | CSI-CLI-00390117 | CSI-CLI-00390326 | 2686 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco IOS XR Session Border Controller Command Reference | CSI-CLI-00390327 | CSI-CLI-00390733 | 2687 |
| Cisco IOS XR Interface and Hardware Component Configuration Guide | CSI-CLI-00390734 | CSI-CLI-00391234 | 2688 |
| Cisco IOS XR Session Border Controller Debug Command Reference | CSI-CLI-00391235 | CSI-CLI-00391248 | 2689 |
| Cisco IOS XR Multicast Configuration Guide | CSI-CLI-00391249 | CSI-CLI-00391320 | 2690 |
| Cisco IOS XR System Monitoring Command Reference | CSI-CLI-00391321 | CSI-CLI-00391670 | 2691 |
| Cisco IOS XR Advanced System Command Reference | CSI-CLI-00391671 | CSI-CLI-00391970 | 2692 |
| Cisco IOS XR XML API Guide | CSI-CLI-00391971 | CSI-CLI-00392155 | 2693 |
| Cisco IOS XR MPLS Debug Command Reference | CSI-CLI-00392156 | CSI-CLI-00392329 | 2694 |
| Cisco IOS XR System Management Debug Command Reference | CSI-CLI-00392330 | CSI-CLI-00392423 | 2695 |
| Cisco XR 12406 Router Installation Guide | CSI-CLI-00392424 | CSI-CLI-00392653 | 2696 |
| Cisco IOS XR MPLS Configuration Guide | CSI-CLI-00392654 | CSI-CLI-00393071 | 2697 |
| Cisco IOS XR System Security Command Reference | CSI-CLI-00393072 | CSI-CLI-00393587 | 2698 |
| Cisco IOS XR System Security Debug Command Reference | CSI-CLI-00393588 | CSI-CLI-00393648 | 2699 |
| Cisco IOS XR IP Addresses and Services Command Reference | CSI-CLI-00393649 | CSI-CLI-00394216 | 2700 |
| Cisco IOS XR Interface and Hardware Component Debug Command Reference | CSI-CLI-00394217 | CSI-CLI-00394473 | 2701 |
| Cisco IOS XR Routing Configuration Guide | CSI-CLI-00394474 | CSI-CLI-00394919 | 2702 |
| Cisco IOS XR System Error Reference Guide | CSI-CLI-00394920 | CSI-CLI-00396921 | 2703 |
| Release Notes for Cisco IOS XR Software Release 3.5 | CSI-CLI-00396922 | CSI-CLI-00396953 | 2704 |
| Cisco IOS XR System Management Configuration Guide | CSI-CLI-00396954 | CSI-CLI-00397241 | 2705 |
| Cisco IOS XR Session Border Controller Configuration Guide | CSI-CLI-00397242 | CSI-CLI-00397716 | 2706 |
| Cisco IOS XR Diagnostics | CSI-CLI-00397717 | CSI-CLI-00397748 | 2707 |
| Cisco XR 12416 Router Installation Guide | CSI-CLI-00397749 | CSI-CLI-00397994 | 2708 |
| Cisco IOS XR System Security Configuration Guide | CSI-CLI-00397995 | CSI-CLI-00398248 | 2709 |
| Using Debug Commands on Cisco IOS XR Software, Release 3.5 | CSI-CLI-00398249 | CSI-CLI-00398266 | 2710 |
| Cisco IOS XR Modular Quality of Service Debug Command Reference | CSI-CLI-00398267 | CSI-CLI-00398285 | 2711 |
| Cisco IOS XR Modular Quality of Service Configuration Guide | CSI-CLI-00398286 | CSI-CLI-00398376 | 2712 |
| Cisco IOS XR Modular Quality of Service Command Reference | CSI-CLI-00398377 | CSI-CLI-00398500 | 2713 |
| Cisco IOS XR MPLS Command Reference | CSI-CLI-00398501 | CSI-CLI-00399039 | 2714 |
| Cisco XR 12410 Router Installation Guide | CSI-CLI-00399040 | CSI-CLI-00399271 | 2715 |
| Cisco IOS XR Routing Debug Command Reference | CSI-CLI-00399272 | CSI-CLI-00399459 | 2716 |

**Appx51237**

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco IOS XR Multicast Debug Command Reference | CSI-CLI-00399460 | CSI-CLI-00399546 | 2717 |
| Cisco IOS XR Getting Started Guide | CSI-CLI-00399547 | CSI-CLI-00399772 | 2718 |
| Cisco IOS XR System Management Command Reference | CSI-CLI-00399774 | CSI-CLI-00400615 | 2719 |
| Cisco IOS XR Routing Command Reference | CSI-CLI-00400616 | CSI-CLI-00401960 | 2720 |
| Cisco XR 12404 Router Installation Guide | CSI-CLI-00401961 | CSI-CLI-00402130 | 2721 |
| Cisco XR 12000 Series Router SIP and SPA Hardware Installation Guide | CSI-CLI-00402131 | CSI-CLI-00402254 | 2722 |
| Cisco IOS XR Interface and Hardware Component Command Reference | CSI-CLI-00402255 | CSI-CLI-00403070 | 2723 |
| Cisco IOS XR IP Addresses and Services Debug Command Reference Guide | CSI-CLI-00403071 | CSI-CLI-00403232 | 2724 |
| Cisco IOS XR System Monitoring Configuration Guide | CSI-CLI-00403233 | CSI-CLI-00403476 | 2725 |
| Cisco IOS XR Supported Platforms and Features | CSI-CLI-00403477 | CSI-CLI-00403486 | 2726 |
| Cisco Craft Works Interface Quick Start Guide | CSI-CLI-00403487 | CSI-CLI-00403518 | 2727 |
| Cisco IOS XR Multicast Command Reference | CSI-CLI-00403519 | CSI-CLI-00403864 | 2728 |

IOS XR 4.3

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| XR 4.3 Copyright Application | CSI-CLI-00356681 | CSI-CLI-00356684 | 3053 |
| IOS XR 4.3: Source Code | CSI-CLI-04620552 | CSI-CLI-04620602 | 2729 |
| Cisco ASR 9000 Series Aggregation Services Router Advanced System Command Reference, Release 4.3.x | CSI-CLI-00099911 | CSI-CLI-00100246 | 2730 |
| Cisco ASR 9000 Series Aggregation Services Router IP Addresses and Services Command Reference, Release 4.3.x | CSI-CLI-00100247 | CSI-CLI-00101122 | 2731 |
| Cisco ASR 9000 Series Aggregation Services Router IP Addresses and Services Configuration Guide, Release 4.3.x | CSI-CLI-00101123 | CSI-CLI-00101492 | 2732 |
| Cisco ASR 9000 Series Aggregation Services Router Broadband Network Gateway Command Reference, Release 4.3.x | CSI-CLI-00101654 | CSI-CLI-00102091 | 2733 |
| Cisco ASR 9000 Series Aggregation Services Router CGv6 Command Reference, Release 4.3.x | CSI-CLI-00102092 | CSI-CLI-00102319 | 2734 |
| Cisco ASR 9000 Series Aggregation Services Router Carrier Grade IPv6 (CGv6) Configuration Guide | CSI-CLI-00102429 | CSI-CLI-00102614 | 2735 |
| Cisco ASR 9000 Series Aggregation Services Router Getting Started Guide | CSI-CLI-00102828 | CSI-CLI-00103019 | 2736 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco ASR 9000 Series Aggregation Services Router Interface and Hardware Component Command Reference, Release 4.3.x | CSI-CLI-00103020 | CSI-CLI-00104205 | 2737 |
| Cisco ASR 9000 Aggregation Services Router Interface and Hardware Component Configuration Guide | CSI-CLI-00104307 | CSI-CLI-00105056 | 2738 |
| Cisco ASR 9000 Series Aggregation Services Router L2VPN and Ethernet Services Command Reference, Release 4.3.x | CSI-CLI-00105057 | CSI-CLI-00105598 | 2739 |
| Cisco ASR 9000 Series Aggregation Services Router L2VPN and Ethernet Services Configuration Guide | CSI-CLI-00105707 | CSI-CLI-00106164 | 2740 |
| Cisco ASR 9000 Series Aggregation Services Router MPLS Command Reference, Release 4.3.x | CSI-CLI-00106404 | CSI-CLI-00107099 | 2741 |
| Cisco ASR 9000 Series Aggregation Services Router MPLS Configuration Guide, Release 4.3.x | CSI-CLI-00107199 | CSI-CLI-00107562 | 2742 |
| Cisco ASR 9000 Series Aggregation Services Router Multicast Command Reference, Release 4.3.x | CSI-CLI-00107563 | CSI-CLI-00108120 | 2743 |
| Cisco ASR 9000 Series Aggregation Services Router Modular Quality of Service Configuration Guide, Release 4.3.x | CSI-CLI-00123732 | CSI-CLI-00123951 | 2744 |
| Cisco ASR 9000 Series Aggregation Services Router ROM Monitor Configuration Guide, Release 4.3.x | CSI-CLI-00123952 | CSI-CLI-00124041 | 2745 |
| Cisco ASR 9000 Series Aggregation Services Router Routing Command Reference, Release 4.3.x | CSI-CLI-00124042 | CSI-CLI-00125873 | 2746 |
| Cisco ASR 9000 Series Aggregation Services Router Routing Configuration Guide, Release 4.3.x | CSI-CLI-00125874 | CSI-CLI-00126509 | 2747 |
| Cisco ASR 9000 Series Aggregation Services Router System Security Command Reference, Release 4.3.x | CSI-CLI-00126510 | CSI-CLI-00126925 | 2748 |
| Cisco ASR 9000 Series Aggregation Services Router System Security Configuration Guide, Release 4.3.x | CSI-CLI-00126926 | CSI-CLI-00127155 | 2749 |
| Cisco ASR 9000 Series Aggregation Services Router System Management Command Reference, Release 4.3.x | CSI-CLI-00137956 | CSI-CLI-00139149 | 2750 |
| Cisco IOS XR IP Addresses and Services Command Reference for the Cisco CRS Router, Release 4.3.x | CSI-CLI-00139150 | CSI-CLI-00140051 | 2751 |
| Cisco IOS XR IP Addresses and Services Configuration Guide for the Cisco CRS Router, Release 4.3.x | CSI-CLI-00140052 | CSI-CLI-00140385 | 2752 |
| Cisco IOS XR Advanced System Command Reference for the Cisco CRS Router, Release 4.3.x | CSI-CLI-00140386 | CSI-CLI-00140995 | 2753 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco ASR 9000 Series Aggregation Services Router System Management Configuration Guide, Release 4.3.x | CSI-CLI-00140996 | CSI-CLI-00141351 | 2754 |
| Cisco IOS XR Carrier Grade NAT Command Reference for the Cisco CRS Router, Release 4.3.x | CSI-CLI-00141352 | CSI-CLI-00141563 | 2755 |
| Cisco IOS XR Carrier Grade NAT Configuration Guide for the Cisco CRS Router | CSI-CLI-00141564 | CSI-CLI-00141649 | 2756 |
| Cisco ASR 9000 Series Aggregation Services Router System Monitoring Command Reference, Release 4.3.x | CSI-CLI-00141650 | CSI-CLI-00142101 | 2757 |
| Cisco IOS XR Getting Started Guide for the Cisco CRS Router | CSI-CLI-00142214 | CSI-CLI-00142435 | 2758 |
| Cisco ASR 9000 Series Aggregation Services Router System Monitoring Configuration Guide, Release 4.3.x | CSI-CLI-00142436 | CSI-CLI-00142857 | 2759 |
| Cisco IOS XR Virtual Private Network Command Reference for the Cisco CRS Router, Release 4.3.x | CSI-CLI-00142858 | CSI-CLI-00143091 | 2760 |
| Cisco IOS XR Virtual Private Network Configuration Guide for the Cisco CRS Router | CSI-CLI-00143160 | CSI-CLI-00143487 | 2761 |
| Cisco IOS XR Interface and Hardware Component Command Reference for the Cisco CRS Router, Release 4.3.x | CSI-CLI-00143488 | CSI-CLI-00144619 | 2762 |
| Cisco IOS XR Interface and Hardware Component Configuration Guide for the Cisco CRS Router | CSI-CLI-00144620 | CSI-CLI-00145145 | 2763 |
| Cisco IOS XR MPLS Command Reference for the Cisco CRS Router, Release 4.3.x | CSI-CLI-00145146 | CSI-CLI-00145891 | 2764 |
| Cisco IOS XR MPLS Configuration Guide for the Cisco CRS Router, Release 4.3.x | CSI-CLI-00145913 | CSI-CLI-00146304 | 2765 |
| Cisco IOS XR Netflow Command Reference for the Cisco CRS Router, Release 4.3.x | CSI-CLI-00146362 | CSI-CLI-00146451 | 2766 |
| Cisco IOS XR Netflow Configuration Guide for the Cisco CRS Router, Release 4.3.x | CSI-CLI-00146452 | CSI-CLI-00146493 | 2767 |
| Cisco IOS XR Modular Quality of Service Command Reference for the Cisco CRS Router, Release 4.3.x | CSI-CLI-00146673 | CSI-CLI-00146826 | 2768 |
| Cisco IOS XR Modular Quality of Service Configuration Guide for the Cisco CRS Router, Release 4.3.x | CSI-CLI-00146827 | CSI-CLI-00146996 | 2769 |
| Cisco IOS XR ROM Monitor Configuration Guide for the Cisco CRS Router, Release 4.3.x | CSI-CLI-00146997 | CSI-CLI-00147076 | 2770 |
| Cisco IOS XR Routing Command Reference for the Cisco CRS Router, Release 4.3.x | CSI-CLI-00147077 | CSI-CLI-00148982 | 2771 |
| Cisco IOS XR Routing Configuration Guide for the Cisco CRS Router, Release 4.3.x | CSI-CLI-00148983 | CSI-CLI-00149648 | 2772 |

**Appx51240**

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco IOS XR System Security Command Reference for the Cisco CRS Router, Release 4.3.x | CSI-CLI-00149649 | CSI-CLI-00150116 | 2773 |
| Cisco IOS XR System Security Configuration Guide for the Cisco CRS Router, Release 4.3.x | CSI-CLI-00150302 | CSI-CLI-00150549 | 2774 |
| Cisco IOS XR System Management Command Reference for the Cisco CRS Router, Release 4.3.x | CSI-CLI-00150550 | CSI-CLI-00151699 | 2775 |
| Cisco IOS XR System Management Configuration Guide for the Cisco CRS Router, Release 4.3 | CSI-CLI-00151795 | CSI-CLI-00152156 | 2776 |
| Cisco IOS XR System Monitoring Command Reference for the Cisco CRS Router, Release 4.3.x | CSI-CLI-00152157 | CSI-CLI-00152616 | 2777 |
| Cisco IOS XR System Monitoring Configuration Guide for the Cisco CRS Router, Release 4.3.x | CSI-CLI-00152617 | CSI-CLI-00153044 | 2778 |
| Cisco IOS XR IP Addresses and Services Command Reference for the Cisco XR 12000 Series Router, Release 4.3.x | CSI-CLI-00154057 | CSI-CLI-00154956 | 2779 |
| Cisco IOS XR IP Addresses and Services Configuration Guide for the Cisco XR 12000 Series Router, Release 4.3.x | CSI-CLI-00154968 | CSI-CLI-00155267 | 2780 |
| Cisco IOS XR Advanced System Command Reference for the Cisco XR 12000 Router, Release 4.3.x | CSI-CLI-00155268 | CSI-CLI-00155693 | 2781 |
| Cisco IOS XR Getting Started Guide for the Cisco XR 12000 Series Router | CSI-CLI-00155694 | CSI-CLI-00155871 | 2782 |
| Cisco IOS XR Interface and Hardware Component Command Reference for the Cisco XR 12000 Series Router, Release 4.3.x | CSI-CLI-00155872 | CSI-CLI-00156861 | 2783 |
| Cisco IOS XR Interface and Hardware Component Configuration Guide for the Cisco XR 12000 Series Router | CSI-CLI-00156862 | CSI-CLI-00157467 | 2784 |
| Cisco IOS XR Virtual Private Network Command Reference for the Cisco XR 12000 Series Router, Release 4.3.x | CSI-CLI-00157468 | CSI-CLI-00157699 | 2785 |
| Cisco IOS XR Virtual Private Network Configuration Guide for the Cisco XR 12000 Series Router | CSI-CLI-00157700 | CSI-CLI-00158067 | 2786 |
| Cisco IOS XR MPLS Command Reference for the Cisco XR 12000 Series Router, Release 4.3.x | CSI-CLI-00158068 | CSI-CLI-00158723 | 2787 |
| Cisco IOS XR MPLS Configuration Guide for the Cisco XR 12000 Series Router, Release 4.3.x | CSI-CLI-00158724 | CSI-CLI-00159041 | 2788 |
| Cisco IOS XR Multicast Configuration Guide for the Cisco XR12000 Series Router, Release 4.3.x | CSI-CLI-00159042 | CSI-CLI-00159207 | 2789 |

**Appx51241**

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco IOS XR Netflow Command Reference for the Cisco XR 12000 Series Router, Release 4.3.x | CSI-CLI-00159208 | CSI-CLI-00159293 | 2790 |
| Cisco IOS XR Netflow Configuration Guide for the Cisco XR 12000 Series Router, Release 4.3.x | CSI-CLI-00159294 | CSI-CLI-00159335 | 2791 |
| Cisco IOS XR Modular Quality of Service Command Reference for the Cisco XR 12000 Series Router, Release 4.3.x | CSI-CLI-00159336 | CSI-CLI-00159499 | 2792 |
| Cisco IOS XR Modular Quality of Service Configuration Guide for the Cisco XR 12000 Series Router, Release 4.3.x | CSI-CLI-00159500 | CSI-CLI-00159661 | 2793 |
| Cisco IOS XR ROM Monitor Configuration Guide for the Cisco XR 12000 Series Router, Release 4.3.x | CSI-CLI-00159662 | CSI-CLI-00159741 | 2794 |
| Cisco IOS XR Routing Configuration Guide for the Cisco XR 12000 Series Router, Release 4.3.x | CSI-CLI-00159742 | CSI-CLI-00160383 | 2795 |
| Cisco IOS XR System Security Command Reference for the Cisco XR 12000 Series Router, Release 4.3.x | CSI-CLI-00160384 | CSI-CLI-00160943 | 2796 |
| Cisco IOS XR System Security Configuration Guide for the Cisco XR 12000 Series Router, Release 4.3.x | CSI-CLI-00160944 | CSI-CLI-00161253 | 2797 |
| Cisco IOS XR System Management Command Reference for the Cisco XR 12000 Series Router, Release 4.3.x | CSI-CLI-00161265 | CSI-CLI-00162422 | 2798 |
| Cisco IOS XR System Management Configuration Guide for the Cisco XR 12000 Series Router, Release 4.3.x | CSI-CLI-00162434 | CSI-CLI-00162763 | 2799 |
| Cisco IOS XR System Error Message Reference Guide, Release 4.3.x | CSI-CLI-00163998 | CSI-CLI-00167729 | 2800 |
| Cisco ASR 9000 Series Aggregation Services Router Modular Quality of Service Command Reference, Release 4.3.x | CSI-CLI-00168577 | CSI-CLI-00168784 | 2801 |
| Cisco ASR 9000 Series Aggregation Services Router Broadband Network Gateway Configuration Guide, Release 4.3.x | CSI-CLI-00170898 | CSI-CLI-00171209 | 2802 |
| Cisco IOS XR Routing Command Reference for the Cisco XR 12000 Series Router, Release 4.3.x | CSI-CLI-00171264 | CSI-CLI-00173117 | 2803 |
| Release Notes for Cisco CRS for Cisco IOS XR Software Release 4.3.0 | CSI-CLI-00173147 | CSI-CLI-00173270 | 2804 |
| Release Notes for Cisco ASR 9000 Series Aggregation Services Routers for Cisco IOS XR Software Release 4.3.0 | CSI-CLI-00173271 | CSI-CLI-00173350 | 2805 |
| Release Notes for Cisco XR 12000 Series Router for Cisco IOS XR Software Release 4.3.0 | CSI-CLI-00173351 | CSI-CLI-00173412 | 2806 |

IOS XR 5.2

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| XR 5.2 Copyright Application | CSI-CLI-00356626 | CSI-CLI-00356629 | 3055 |
| IOS XR 5.2: Source Code | CSI-CLI-04620603 | CSI-CLI-04620653 | 2807 |
| Cisco ASR 9000 Series Aggregation Services Router Broadband Network Gateway Configuration Guide, Release 5.2.x | CSI-CLI-00110638 | CSI-CLI-00111023 | 2808 |
| Cisco ASR 9000 Series Aggregation Services Router CGv6 Configuration Guide, Release 5.2.x | CSI-CLI-00111024 | CSI-CLI-00111281 | 2809 |
| Cisco ASR 9000 Series Aggregation Services Router Interface and Hardware Component Configuration Guide | CSI-CLI-00111282 | CSI-CLI-00112071 | 2810 |
| Cisco ASR 9000 Series Aggregation Services Router IP Addresses and Services Configuration Guide, Release 5.2.x | CSI-CLI-00112072 | CSI-CLI-00112453 | 2811 |
| Cisco ASR 9000 Series Aggregation Services Router Modular Quality of Service Configuration Guide, Release 5.2.x | CSI-CLI-00112454 | CSI-CLI-00112731 | 2812 |
| Cisco ASR 9000 Series Aggregation Services Router MPLS Configuration Guide, Release 5.2.x | CSI-CLI-00112732 | CSI-CLI-00113123 | 2813 |
| Cisco ASR 9000 Series Aggregation Services Router Multicast Configuration Guide, Release 5.2.x | CSI-CLI-00113124 | CSI-CLI-00113421 | 2814 |
| Cisco ASR 9000 Series Aggregation Services Router Netflow Configuration Guide, Release 5.2.x | CSI-CLI-00113422 | CSI-CLI-00113467 | 2815 |
| Cisco ASR 9000 Series Aggregation Services Router nV System Configuration Guide, Release 5.2.x | CSI-CLI-00113468 | CSI-CLI-00113595 | 2816 |
| Cisco ASR 9000 Series Aggregation Services Router ROM Monitor Configuration Guide, Release 5.2.x | CSI-CLI-00113596 | CSI-CLI-00113687 | 2817 |
| Cisco ASR 9000 Series Aggregation Services Router Routing Configuration Guide, Release 5.2.x | CSI-CLI-00113688 | CSI-CLI-00114319 | 2818 |
| Cisco ASR 9000 Series Aggregation Services Router System Monitoring Configuration Guide, Release 5.2.x | CSI-CLI-00114320 | CSI-CLI-00114723 | 2819 |
| Cisco ASR 9000 Series Aggregation Services Router System Security Configuration Guide, Release 5.2.x | CSI-CLI-00114724 | CSI-CLI-00114925 | 2820 |
| Cisco ASR 9000 Series Aggregation Services Router Advanced System Command Reference, Release 5.2.x | CSI-CLI-00114926 | CSI-CLI-00115189 | 2821 |
| Cisco ASR 9000 Series Aggregation Services Router Broadband Network Gateway Command Reference, Release 5.2.x | CSI-CLI-00115190 | CSI-CLI-00115735 | 2822 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco ASR 9000 Series Aggregation Services Router CGv6 Command Reference, Release 5.2.x | CSI-CLI-00115736 | CSI-CLI-00116081 | 2823 |
| Cisco ASR 9000 Series Aggregation Services Router Interface and Hardware Component Command Reference, Release 5.2.x | CSI-CLI-00116082 | CSI-CLI-00117207 | 2824 |
| Cisco ASR 9000 Series Aggregation Services Router LxVPN and Ethernet Services Command Reference, Release 5.2.x | CSI-CLI-00117208 | CSI-CLI-00117857 | 2825 |
| Cisco ASR 9000 Series Aggregation Services Router Modular Quality of Service Command Reference, Release 5.2.x | CSI-CLI-00117858 | CSI-CLI-00118121 | 2826 |
| Cisco ASR 9000 Series Aggregation Services Router MPLS Command Reference, Release 5.2.x | CSI-CLI-00118122 | CSI-CLI-00118907 | 2827 |
| Cisco ASR 9000 Series Aggregation Services Router Multicast Command Reference, Release 5.2.x | CSI-CLI-00118908 | CSI-CLI-00119477 | 2828 |
| Cisco ASR 9000 Series Aggregation Services Router Netflow Command Reference, Release 5.2.x | CSI-CLI-00119478 | CSI-CLI-00119577 | 2829 |
| Cisco ASR 9000 Series Aggregation Services Router nV System Command Reference Guide, Release 5.2.x | CSI-CLI-00119578 | CSI-CLI-00119605 | 2830 |
| Cisco ASR 9000 Series Aggregation Services Router Routing Command Reference, Release 5.2.x | CSI-CLI-00119606 | CSI-CLI-00121603 | 2831 |
| Cisco ASR 9000 Series Aggregation Services Router System Management Command Reference, Release 5.2.x | CSI-CLI-00121604 | CSI-CLI-00122899 | 2832 |
| Cisco ASR 9000 Series Aggregation Services Router System Monitoring Command Reference, Release 5.2.x | CSI-CLI-00122900 | CSI-CLI-00123391 | 2833 |
| Cisco ASR 9000 Series Aggregation Services Router System Security Command Reference, Release 5.2.x | CSI-CLI-00123392 | CSI-CLI-00123731 | 2834 |
| Cisco IOS XR IP Addresses and Services Configuration Guide for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00127156 | CSI-CLI-00127467 | 2835 |
| Cisco IOS XR Carrier Grade NAT Configuration Guide for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00127468 | CSI-CLI-00127595 | 2836 |
| Cisco IOS XR Modular Quality of Service Configuration Guide for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00127596 | CSI-CLI-00127761 | 2837 |
| Cisco IOS XR Multicast Configuration Guide for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00127762 | CSI-CLI-00127985 | 2838 |
| Cisco IOS XR MPLS Configuration Guide for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00127986 | CSI-CLI-00128387 | 2839 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco IOS XR nV System Configuration Guide for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00128388 | CSI-CLI-00128421 | 2840 |
| Cisco IOS XR Netflow Configuration Guide for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00128422 | CSI-CLI-00128465 | 2841 |
| Cisco IOS XR ROM Monitor Configuration Guide for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00128466 | CSI-CLI-00128545 | 2842 |
| Cisco IOS XR Virtual Private Network Configuration Guide for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00128546 | CSI-CLI-00128845 | 2843 |
| Cisco IOS XR System Management Configuration Guide for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00128846 | CSI-CLI-00129249 | 2844 |
| Cisco IOS XR Routing Configuration Guide for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00129250 | CSI-CLI-00129897 | 2845 |
| Cisco IOS XR System Monitoring Configuration Guide for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00129898 | CSI-CLI-00130307 | 2846 |
| Cisco IOS XR System Security Configuration Guide for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00130308 | CSI-CLI-00130521 | 2847 |
| Cisco IOS XR Advanced System Command Reference for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00130522 | CSI-CLI-00131067 | 2848 |
| Cisco IOS XR Modular Quality of Service Command Reference for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00131068 | CSI-CLI-00131219 | 2849 |
| Cisco IOS XR Multicast Command Reference for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00131220 | CSI-CLI-00131671 | 2850 |
| Cisco IOS XR IP Addresses and Services Command Reference for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00131672 | CSI-CLI-00132609 | 2851 |
| Cisco IOS XR nV System Command Reference Guide for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00132610 | CSI-CLI-00132631 | 2852 |
| Cisco IOS XR MPLS Command Reference for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00132632 | CSI-CLI-00133421 | 2853 |
| Cisco IOS XR Netflow Command Reference for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00133422 | CSI-CLI-00133511 | 2854 |
| Cisco IOS XR Carrier Grade NAT Command Reference for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00133512 | CSI-CLI-00133693 | 2855 |
| Cisco IOS XR System Monitoring Command Reference for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00133694 | CSI-CLI-00134205 | 2856 |
| Cisco IOS XR Virtual Private Network Command Reference for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00134206 | CSI-CLI-00134459 | 2857 |
| Cisco IOS XR System Management Command Reference for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00134460 | CSI-CLI-00135599 | 2858 |
| Cisco IOS XR Routing Command Reference for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00135600 | CSI-CLI-00137629 | 2859 |

**Appx51245**

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco IOS XR System Security Command Reference for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00137630 | CSI-CLI-00137955 | 2860 |
| Release Notes for Cisco CRS for Cisco IOS XR Software Release 5.2.0 | CSI-CLI-00142152 | CSI-CLI-00142213 | 2861 |
| Release Notes for Cisco ASR 9000 Series Aggregation Services Routers for Cisco IOS XR Software Release 5.2.0 | CSI-CLI-00143092 | CSI-CLI-00143159 | 2862 |
| Cisco IOS XR System Error Message Reference Guide | CSI-CLI-00163055 | CSI-CLI-00163060 | 2863 |
| Cisco Carrier Routing System and Cisco XR 12000 Series Router MIB Support Guide | CSI-CLI-00163061 | CSI-CLI-00163296 | 2864 |
| Cisco ASR 9000 Series Aggregation Services Routers MIB Specifications Guide | CSI-CLI-00163576 | CSI-CLI-00163891 | 2865 |
| Cisco IOS XR Interface and Hardware Component Configuration Guide for the Cisco CRS Router | CSI-CLI-00189310 | CSI-CLI-00189855 | 2866 |
| Cisco IOS XR Interface and Hardware Component Command Reference for the Cisco CRS Router, Release 5.2.x | CSI-CLI-00189856 | CSI-CLI-00190845 | 2867 |
| Cisco ASR 9000 Series Aggregation Services Router IP Addresses and Services Command Reference, Release | CSI-CLI-00190846 | CSI-CLI-00191711 | 2868 |

## NX-OS 4.0

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| NX-OS 4.0 Copyright Application | CSI-CLI-00356646 | CSI-CLI-00356648 | 3061 |
| NX-OS 4.0: Source Code | CSI-CLI-04611412 | CSI-CLI-04611442 | 2869A |
| NX-OS 4.0: Source Code | CSI-CLI-04611443 | CSI-CLI-04611467 | 2869B |
| Cisco NX-OS Release Notes, Release 4.0 | CSI-CLI-00054566 | CSI-CLI-00054597 | 2870 |
| Cisco NX-OS Layer 2 Switching Configuration Guide, Release 4.0 | CSI-CLI-00191712 | CSI-CLI-00191901 | 2871 |
| License and Copyright Information for Cisco NX-OS Software | CSI-CLI-00191902 | CSI-CLI-00191929 | 2872 |
| Cisco NX-OS Software Upgrade and Downgrade Guide, Release 4.0 | CSI-CLI-00191930 | CSI-CLI-00191951 | 2873 |
| Cisco NX-OS Quality of Service Configuration Guide, Release 4.0 | CSI-CLI-00191952 | CSI-CLI-00192081 | 2874 |
| Cisco NX-OS Troubleshooting Guide, Release 4.0 | CSI-CLI-00192082 | CSI-CLI-00192204 | 2875 |
| Cisco NX-OS XML Management Interface User Guide, Release 4.0 | CSI-CLI-00192205 | CSI-CLI-00192226 | 2876 |
| Cisco NX-OS Fundamentals Command Reference, Release 4.0 | CSI-CLI-00202929 | CSI-CLI-00202946 | 2877 |
| Cisco NX-OS Unicast Routing Configuration Guide, Release 4.0 | CSI-CLI-00202947 | CSI-CLI-00203378 | 2878 |

**Appx51246**

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco NX-OS Multicast Routing Command Reference, Release 4.0 | CSI-CLI-00203379 | CSI-CLI-00203398 | 2879 |
| Cisco NX-OS Interfaces Command Reference, Release 4.0 | CSI-CLI-00203399 | CSI-CLI-00203450 | 2880 |
| Cisco NX-OS High Availability and Redundancy Guide, Release 4.0 | CSI-CLI-00203451 | CSI-CLI-00203500 | 2881 |
| Cisco DCNM Fundamentals Configuration Guide, Release 4.0 | CSI-CLI-00203501 | CSI-CLI-00203660 | 2882 |
| Cisco NX-OS Multicast Routing Configuration Guide, Release 4.0 | CSI-CLI-00203661 | CSI-CLI-00203786 | 2883 |
| Cisco NX-OS Interfaces Configuration Guide, Release 4.0 | CSI-CLI-00203787 | CSI-CLI-00203930 | 2884 |
| Cisco NX-OS Unicast Routing Command Reference, Release 4.0 | CSI-CLI-00203931 | CSI-CLI-00204534 | 2885 |
| Cisco DCNM Unicast Routing Configuration Guide, Release 4.0 | CSI-CLI-00204535 | CSI-CLI-00204604 | 2886 |
| Cisco NX-OS Layer 2 Switching Command Reference, Release 4.0 | CSI-CLI-00204605 | CSI-CLI-00204698 | 2887 |
| Cisco DCNM Interfaces Configuration Guide | CSI-CLI-00204699 | CSI-CLI-00204820 | 2888 |
| Cisco NX-OS Virtual Device Context Command Reference, Release 4.0 | CSI-CLI-00204821 | CSI-CLI-00204874 | 2889 |
| Cisco DCNM Virtual Device Context Configuration Guide, Version 4.0 | CSI-CLI-00204875 | CSI-CLI-00204926 | 2890 |
| Cisco NX-OS System Management Configuration Guide, Release 4.0 | CSI-CLI-00204927 | CSI-CLI-00205116 | 2891 |
| Cisco NX-OS Fundamentals Configuration Guide, Release 4.0 | CSI-CLI-00205117 | CSI-CLI-00205206 | 2892 |
| Cisco DCNM Security Configuration Guide, Release 4.0 | CSI-CLI-00205207 | CSI-CLI-00205466 | 2893 |
| Cisco NX-OS Security Configuration Guide, Release 4.0 | CSI-CLI-00205467 | CSI-CLI-00205908 | 2894 |
| Cisco DCNM Web Services API Guide, Release 4.0 | CSI-CLI-00205909 | CSI-CLI-00206296 | 2895 |
| Cisco NX-OS Security Command Reference, Release 4.0 | CSI-CLI-00206297 | CSI-CLI-00206798 | 2896 |
| Cisco NX-OS Quality of Service Command Reference, Release 4.0 | CSI-CLI-00206799 | CSI-CLI-00206852 | 2897 |
| Cisco NX-OS System Management Command Reference, Release 4.0 | CSI-CLI-00206853 | CSI-CLI-00207024 | 2898 |
| Cisco NX-OS Virtual Device Context Configuration Guide, Release 4.0 | CSI-CLI-00207025 | CSI-CLI-00207082 | 2899 |

## NX-OS 5.0

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| NX-OS 5.0 Copyright Application | CSI-CLI-00356599 | CSI-CLI-00356601 | 3063 |
| NX-OS 5.0: Source Code | CSI-CLI-04611722 | CSI-CLI-04611771 | 2900 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco Nexus 7000 Series Documentation Roadmap for NX-OS, Release 5.0 | CSI-CLI-00173413 | CSI-CLI-00173416 | 2901 |
| Open Source Used In NX-OS 5.0(2) | CSI-CLI-00173417 | CSI-CLI-00176246 | 2902 |
| Cisco DCNM Virtual Device Context Quick Start, Release 5.x | CSI-CLI-00176247 | CSI-CLI-00176251 | 2903 |
| Cisco DCNM System Management Configuration Guide, Release 5.x | CSI-CLI-00176252 | CSI-CLI-00176393 | 2904 |
| Cisco DCNM Virtual Device Context Configuration Guide, Release 5.x | CSI-CLI-00176394 | CSI-CLI-00176453 | 2905 |
| Cisco Nexus 7000 Series NX-OS Virtual Device Context Quick Start, Release 5.x | CSI-CLI-00176454 | CSI-CLI-00176459 | 2906 |
| Cisco Nexus 7000 Series NX-OS Interfaces Command Reference, Release 5.x | CSI-CLI-00196923 | CSI-CLI-00197194 | 2907 |
| Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 5.x | CSI-CLI-00197411 | CSI-CLI-00197600 | 2908 |
| Cisco Nexus 7000 Series NX-OS Multicast Routing Configuration Guide, Release 5.x | CSI-CLI-00199585 | CSI-CLI-00199736 | 2909 |
| Cisco Nexus 7000 Series NX-OS Multicast Routing Command Reference, Release 5.x | CSI-CLI-00199737 | CSI-CLI-00200092 | 2910 |
| Cisco Nexus 7000 Series NX-OS OTV Configuration Guide, Release 5.x | CSI-CLI-00200093 | CSI-CLI-00200144 | 2911 |
| Cisco Nexus 7000 Series NX-OS Overlay Transport Virtualization Command Reference, Release 5.x | CSI-CLI-00200145 | CSI-CLI-00200256 | 2912 |
| Cisco Nexus 7000 Series NX-OS Quality of Service Command Reference, Release 5.x | CSI-CLI-00200257 | CSI-CLI-00200362 | 2913 |
| Cisco NX-OS XML Interface User Guide | CSI-CLI-00201361 | CSI-CLI-00201380 | 2914 |
| Cisco NX-OS Licensing Guide | CSI-CLI-00201823 | CSI-CLI-00201848 | 2915 |
| Cisco DCNM Fundamentals Configuration Guide, Release 5.x | CSI-CLI-00207083 | CSI-CLI-00207304 | 2916 |
| Cisco Nexus 7000 Series NX-OS Software Upgrade and Downgrade Guide, Release 5.x | CSI-CLI-00207305 | CSI-CLI-00207332 | 2917 |
| Cisco DCNM Security Configuration Guide, Release 5.x | CSI-CLI-00207333 | CSI-CLI-00207614 | 2918 |
| Cisco Nexus 7000 Series NX-OS Fundamentals Command Reference, Release 5.x | CSI-CLI-00207615 | CSI-CLI-00207798 | 2919 |
| Cisco Nexus 7000 Series NX-OS Configuration Examples, Release 5.x | CSI-CLI-00207799 | CSI-CLI-00207868 | 2920 |
| Cisco DCNM Layer 2 Switching Configuration Guide, Release 5.x | CSI-CLI-00207869 | CSI-CLI-00208066 | 2921 |
| Cisco Nexus 7000 Series NX-OS Layer 2 Switching Configuration Guide, Release 5.x | CSI-CLI-00208067 | CSI-CLI-00208264 | 2922 |
| Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 5.x | CSI-CLI-00208265 | CSI-CLI-00208582 | 2923 |
| Cisco Nexus 7000 Series NX-OS System Management Command Reference, Release 5.x | CSI-CLI-00208583 | CSI-CLI-00209206 | 2924 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco Nexus 7000 Series NX-OS Interfaces Configuration Guide, Release 5.x | CSI-CLI-00209207 | CSI-CLI-00209484 | 2925 |
| Cisco Nexus 7000 Series NX-OS Virtual Device Context Configuration Guide, Release 5.x | CSI-CLI-00209485 | CSI-CLI-00209556 | 2926 |
| Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 5.x | CSI-CLI-00209557 | CSI-CLI-00210586 | 2927 |
| Cisco Nexus 7000 Series NX-OS Quality of Service Configuration Guide, Release 5.x | CSI-CLI-00210587 | CSI-CLI-00210730 | 2928 |
| Cisco DCNM Installation and Licensing Guide, Release 5.x | CSI-CLI-00210731 | CSI-CLI-00210820 | 2929 |
| Cisco Nexus 7000 Series NX-OS Security Command Reference, Release 5.x | CSI-CLI-00210821 | CSI-CLI-00211564 | 2930 |
| Cisco Nexus 7000 Series NX-OS Virtual Device Context Command Reference, Release 5.x | CSI-CLI-00211565 | CSI-CLI-00211628 | 2931 |
| Cisco Nexus 7000 Series NX-OS High Availability Command Reference, Release 5.x | CSI-CLI-00211629 | CSI-CLI-00211662 | 2932 |
| Cisco Nexus 7000 Series NX-OS High Availability and Redundancy Guide, Release 5.x | CSI-CLI-00211663 | CSI-CLI-00211718 | 2933 |
| Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 5.x | CSI-CLI-00211719 | CSI-CLI-00212262 | 2934 |
| Cisco Nexus 7000 Series NX-OS Release Notes, Release 5.0 | CSI-CLI-00216926 | CSI-CLI-00216955 | 2935 |

## NX-OS 5.2

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| NX-OS 5.2 Copyright Application | CSI-CLI-00356596 | CSI-CLI-00356598 | 3065 |
| NX-OS 5.2: Source Code | CSI-CLI-04611480 | CSI-CLI-04611504 | 2936A |
| NX-OS 5.2: Source Code | CSI-CLI-04611505 | CSI-CLI-04611529 | 2936B |
| System Management Configuration Guide, Cisco DCNM for LAN, Release 5.x | CSI-CLI-00176460 | CSI-CLI-00176625 | 2937 |
| Open Source Used In NX-OS_N7K_5_2_1 5.2.1 | CSI-CLI-00176626 | CSI-CLI-00178213 | 2938 |
| Cisco Nexus 7000 Series Documentation Roadmap for NX-OS, Release 5.2 | CSI-CLI-00178214 | CSI-CLI-00178217 | 2939 |
| Cisco Nexus 7000 Series NX-OS FabricPath Command Reference | CSI-CLI-00196489 | CSI-CLI-00196588 | 2940 |
| Cisco Nexus 7000 Series NX-OS High Availability Command Reference | CSI-CLI-00196589 | CSI-CLI-00196622 | 2941 |
| Cisco Nexus 7000 Series NX-OS Interfaces Configuration Guide, Release 5.x | CSI-CLI-00196623 | CSI-CLI-00196922 | 2942 |
| Cisco Nexus 7000 Series NX-OS Layer 2 Switching Configuration Guide, Release 5.x | CSI-CLI-00197195 | CSI-CLI-00197410 | 2943 |
| Cisco Nexus 7000 Series NX-OS LISP Configuration Guide | CSI-CLI-00197601 | CSI-CLI-00197642 | 2944 |

**Appx51249**

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Open Source Used In NX-OS_N7K_5_2_1 5.2.1 | CSI-CLI-00197643 | CSI-CLI-00199230 | 2945 |
| Cisco Nexus 7000 Series NX-OS MPLS Command Reference | CSI-CLI-00199231 | CSI-CLI-00199584 | 2946 |
| Cisco Nexus 7000 Series NX-OS Release Notes, Release 5.2 | CSI-CLI-00200363 | CSI-CLI-00200412 | 2947 |
| Cisco Nexus 7000 Series NX-OS Quality of Service Command Reference | CSI-CLI-00200413 | CSI-CLI-00200544 | 2948 |
| Cisco Nexus 7000 Series NX-OS Security Configuration Guide, Release 5.x | CSI-CLI-00200545 | CSI-CLI-00201232 | 2949 |
| Cisco Nexus 7000 Series NX-OS LISP Configuration Guide | CSI-CLI-00201233 | CSI-CLI-00201278 | 2950 |
| Cisco NX-OS XML Interface User Guide | CSI-CLI-00201279 | CSI-CLI-00201308 | 2951 |
| Cisco NX-OS FCoE Configuration Guide, Nexus 7000 and MDS 9500 | CSI-CLI-00201309 | CSI-CLI-00201360 | 2952 |
| Cisco Nexus 7000 Series NX-OS SAN Switching Configuration Guide | CSI-CLI-00201381 | CSI-CLI-00201612 | 2953 |
| Cisco Nexus 7000 Series NX-OS SAN Switching Command Reference | CSI-CLI-00201613 | CSI-CLI-00201792 | 2954 |
| Cisco NX-OS Licensing Guide | CSI-CLI-00201793 | CSI-CLI-00201822 | 2955 |
| Cisco Nexus 7000 Series NX-OS CLI Management Best Practices Guide | CSI-CLI-00201849 | CSI-CLI-00201922 | 2956 |
| Cisco NX-OS Routing Messages Reference | CSI-CLI-00201923 | CSI-CLI-00202252 | 2957 |
| Cisco MDS 9000 Family and Nexus 7000 Series NX-OS System Messages Reference | CSI-CLI-00202253 | CSI-CLI-00202928 | 2958 |

## NX-OS 6.2

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| NX-OS 6.2 Copyright Application | CSI-CLI-00356593 | CSI-CLI-00356595 | 3067 |
| NX-OS 6.2: Source Code | CSI-CLI-04611534 | CSI-CLI-04611583 | 2959 |
| Cisco Nexus 7000 Series NX-OS High Availability Command Reference | CSI-CLI-00178218 | CSI-CLI-00178251 | 2960 |
| Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference | CSI-CLI-00178252 | CSI-CLI-00178457 | 2961 |
| Security Configuration Guide, Cisco DCNM for LAN, Release 6.x | CSI-CLI-00178458 | CSI-CLI-00178769 | 2962 |
| Layer 2 Switching Configuration Guide, Cisco DCNM for LAN, Release 6.x | CSI-CLI-00178770 | CSI-CLI-00178983 | 2963 |
| Cisco DCNM Troubleshooting Guide | CSI-CLI-00178984 | CSI-CLI-00179035 | 2964 |
| Cisco DCNM Release Compatibility Matrix | CSI-CLI-00179036 | CSI-CLI-00179043 | 2965 |
| Interfaces Configuration Guide, Cisco DCNM for LAN, Release 6.x | CSI-CLI-00179044 | CSI-CLI-00179333 | 2966 |
| Cisco DCNM Fundamentals Guide, Release 6.x | CSI-CLI-00179334 | CSI-CLI-00179850 | 2967 |
| System Management Configuration Guide, Cisco DCNM for LAN, Release 6.x | CSI-CLI-00179851 | CSI-CLI-00180020 | 2968 |
| FabricPath Configuration Guide, Cisco DCNM for LAN, Release 6.x | CSI-CLI-00180021 | CSI-CLI-00180082 | 2969 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Virtual Device Context Configuration Guide, Cisco DCNM for LAN, Release 6.x | CSI-CLI-00180083 | CSI-CLI-00180160 | 2970 |
| Unicast Routing Configuration Guide, Cisco DCNM for LAN, Release 6.x | CSI-CLI-00180161 | CSI-CLI-00180262 | 2971 |
| Cisco DCNM Installation and Licensing Guide, Release 6.x | CSI-CLI-00180263 | CSI-CLI-00180390 | 2972 |
| Cisco Nexus 7000 Series NX-OS SAN Switching Configuration Guide | CSI-CLI-00180391 | CSI-CLI-00180701 | 2973 |
| Cisco Nexus 7000 Series NX-OS High Availability and Redundancy Guide | CSI-CLI-00180702 | CSI-CLI-00180757 | 2974 |
| Cisco Nexus 7000 Series NX-OS Virtual Device Context Quick Start | CSI-CLI-00180758 | CSI-CLI-00180763 | 2975 |
| Cisco Nexus 7000 Series NX-OS Fabric Extender Command Reference | CSI-CLI-00192227 | CSI-CLI-00192292 | 2976 |
| Cisco Nexus 7000 Series NX-OS Fundamentals Command Reference | CSI-CLI-00192293 | CSI-CLI-00192514 | 2977 |
| Cisco Nexus 7000 Series NX-OS Interfaces Command Reference | CSI-CLI-00192515 | CSI-CLI-00192820 | 2978 |
| Cisco Nexus 7000 Series NX-OS IP SLAs Command Reference | CSI-CLI-00192821 | CSI-CLI-00192888 | 2979 |
| Cisco Nexus 7000 Series NX-OS LISP Configuration Guide | CSI-CLI-00192889 | CSI-CLI-00193000 | 2980 |
| Cisco Nexus 7000 Series NX-OS Multicast Routing Configuration Guide | CSI-CLI-00193001 | CSI-CLI-00193198 | 2981 |
| Cisco Nexus 7000 Series NX-OS Multicast Routing Command Reference | CSI-CLI-00193199 | CSI-CLI-00193646 | 2982 |
| Cisco Nexus 7000 Series NX-OS Quality of Service Command Reference | CSI-CLI-00193647 | CSI-CLI-00193802 | 2983 |
| Cisco Nexus 7000 Series NX-OS Release Notes, Release 6.2 | CSI-CLI-00193803 | CSI-CLI-00193862 | 2984 |
| Cisco Nexus 7000 Series NX-OS SAN Switching Command Reference | CSI-CLI-00193863 | CSI-CLI-00194054 | 2985 |
| Cisco Nexus 7000 Series NX-OS System Management Command Reference | CSI-CLI-00194055 | CSI-CLI-00194800 | 2986 |
| Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference | CSI-CLI-00194801 | CSI-CLI-00195958 | 2987 |
| Cisco Nexus 7000 Series NX-OS Virtual Device Context Command Reference | CSI-CLI-00195959 | CSI-CLI-00196036 | 2988 |
| Cisco Nexus 7000 Series NX-OS Layer 2 Switching Configuration Guide | CSI-CLI-00196037 | CSI-CLI-00196264 | 2989 |
| Cisco Nexus 7000 Series NX-OS OTV Configuration Guide | CSI-CLI-00196265 | CSI-CLI-00196352 | 2990 |
| Cisco Nexus 7000 Series NX-OS Virtual Device Context Configuration Guide | CSI-CLI-00196353 | CSI-CLI-00196450 | 2991 |
| Cisco NX-OS Licensing Guide | CSI-CLI-00196451 | CSI-CLI-00196488 | 2992 |
| Cisco Nexus 7000 Series NX-OS FabricPath Configuration Guide | CSI-CLI-00212263 | CSI-CLI-00212380 | 2993 |
| Cisco Nexus 7000 Series NX-OS LISP Command Reference | CSI-CLI-00212381 | CSI-CLI-00212594 | 2994 |

| DESCRIPTION | BEG BATES | END BATES | Ex. No. |
|---|---|---|---|
| Cisco Nexus 7000 Series NX-OS Interfaces Configuration Guide, Release 6.x | CSI-CLI-00212595 | CSI-CLI-00212948 | 2995 |
| Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x | CSI-CLI-00212949 | CSI-CLI-00213402 | 2996 |
| Cisco DCNM Installation and Licensing Guide, Release 6.x | CSI-CLI-00213403 | CSI-CLI-00213536 | 2997 |
| Cisco Nexus 7000 Series NX-OS Security Configuration Guide, Release 6.x | CSI-CLI-00213537 | CSI-CLI-00214278 | 2998 |
| Cisco Nexus 7000 Series NX-OS IP SLAs Configuration Guide, Release 6.x | CSI-CLI-00214279 | CSI-CLI-00214392 | 2999 |
| Cisco Nexus 7000 Series NX-OS Security Command Reference | CSI-CLI-00214393 | CSI-CLI-00215216 | 3000 |
| Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 6.x | CSI-CLI-00215217 | CSI-CLI-00215845 | 3001 |
| Cisco Nexus 7000 Series NX-OS Overlay Transport Virtualization Command Reference | CSI-CLI-00215846 | CSI-CLI-00215977 | 3002 |
| Cisco Nexus 7000 Series NX-OS FabricPath Command Reference | CSI-CLI-00215978 | CSI-CLI-00216129 | 3003 |
| Cisco Nexus 7000 Series NX-OS Fundamentals Configuration Guide, Release 6.x | CSI-CLI-00216130 | CSI-CLI-00216289 | 3004 |
| Cisco Nexus 7000 Series NX-OS Quality of Service Configuration Guide | CSI-CLI-00216290 | CSI-CLI-00216499 | 3005 |
| Cisco Nexus 7000 Series NX-OS MPLS Command Reference | CSI-CLI-00216500 | CSI-CLI-00216925 | 3006 |

Case 5:14-cv-05344   Document 3-1   Filed 12/05/14   Page 1 of 91

**Exhibit 1**

| Commands |
| --- |
| aaa accounting |
| aaa accounting dot1x |
| aaa authentication login |
| aaa authorization config-commands |
| aaa authorization console |
| aaa group server radius |
| aaa group server tacacs+ |
| address-family |
| aggregate-address |
| area default-cost (OSPFv2) |
| area default-cost (OSPFv3) |
| area nssa (OSPFv2) |
| area nssa (OSPFv3) |
| area nssa default-information-originate (OSPFv2) |
| area nssa default-information-originate (OSPFv3) |
| area nssa no-summary (OSPFv2) |
| area nssa translate type7 always (OSPFv2) |
| area nssa translate type7 always (OSPFv3) |
| area range (OSPFv2) |
| area range (OSPFv3) |
| area stub (OSPFv2) |
| area stub (OSPFv3) |
| arp timeout |
| banner login |
| banner motd |
| bfd all-interfaces |
| bgp client-to-client reflection |
| bgp cluster-id |
| bgp confederation identifier |
| bgp confederation peers |
| bgp listen limit |
| bgp log-neighbor-changes |
| bgp redistribute-internal (BGP) |
| boot system |
| channel-group |
| class-map type control-plane |
| clear arp-cache |
| clear counters |
| clear ip arp |
| clear ip bgp |
| clear ip igmp group |
| clear ip mfib fastdrop |
| clear ip mroute |
| clear ip msdp sa-cache |
| clear ip nat translation |

1

| |
|---|
| clear ip ospf neighbor |
| clear ipv6 neighbors |
| clear ipv6 ospf force-spf |
| clear lldp counters |
| clear lldp table |
| clear mac address-table dynamic |
| clear spanning-tree counters |
| clock set |
| clock timezone |
| control-plane |
| default-information originate (OSPFv2) |
| default-information originate (OSPFv3) |
| default-metric |
| default-metric (OSPFv3) |
| distance bgp |
| domain-id |
| dot1x max-reauth-req |
| dot1x pae authenticator |
| dot1x port-control |
| dot1x reauthentication |
| dot1x system-auth-control |
| dot1x timeout quiet-period |
| dot1x timeout reauth-period |
| dot1x timeout tx-period |
| enable secret |
| erase startup-config |
| errdisable detect cause link-flap |
| errdisable recovery cause |
| errdisable recovery interval |
| flowcontrol receive |
| flowcontrol send |
| interface ethernet |
| interface loopback |
| interface port-channel |
| interface vlan |
| ip access-group |
| ip access-list |
| ip access-list standard |
| ip address |
| ip as-path access-list |
| ip community-list expanded |
| ip community-list standard |
| ip dhcp smart-relay |
| ip dhcp smart-relay global |
| ip dhcp snooping |
| ip dhcp snooping information option |
| ip dhcp snooping vlan |
| ip domain lookup |

2

| |
|---|
| ip domain-name |
| ip extcommunity-list expanded |
| ip extcommunity-list standard |
| ip helper-address |
| ip host |
| ip http client source-interface |
| ip icmp redirect |
| ip igmp last-member-query-count |
| ip igmp last-member-query-interval |
| ip igmp query-interval |
| ip igmp query-max-response-time |
| ip igmp snooping |
| ip igmp snooping querier |
| ip igmp snooping querier version |
| ip igmp snooping vlan |
| ip igmp snooping vlan immediate-leave |
| ip igmp snooping vlan mrouter |
| ip igmp snooping vlan static |
| ip igmp startup-query-count |
| ip igmp startup-query-interval |
| ip igmp static-group |
| ip igmp version |
| ip load-sharing |
| ip local-proxy-arp |
| ip msdp cache-sa-state |
| ip msdp default-peer |
| ip msdp description |
| ip msdp group-limit |
| ip msdp keepalive |
| ip msdp mesh-group |
| ip msdp originator-id |
| ip msdp peer |
| ip msdp sa-filter in |
| ip msdp sa-filter out |
| ip msdp sa-limit |
| ip msdp shutdown |
| ip msdp timer |
| ip multicast boundary |
| ip multicast-routing |
| ip name-server |
| ip nat pool |
| ip nat translation tcp-timeout |
| ip nat translation udp-timeout |
| ip ospf authentication |
| ip ospf authentication-key |
| ip ospf bfd |
| ip ospf cost |
| ip ospf dead-interval |

3

| |
|---|
| ip ospf hello-interval |
| ip ospf message-digest-key |
| ip ospf name-lookup |
| ip ospf network |
| ip ospf priority |
| ip ospf retransmit-interval |
| ip ospf shutdown |
| ip ospf transmit-delay |
| ip pim anycast-rp |
| ip pim bfd |
| ip pim bfd-instance |
| ip pim bsr-border |
| ip pim bsr-candidate |
| ip pim dr-priority |
| ip pim log-neighbor-changes |
| ip pim neighbor-filter |
| ip pim query-interval |
| ip pim register-source |
| ip pim rp-address |
| ip pim rp-candidate |
| ip pim sparse-mode |
| ip pim spt-threshold |
| ip pim spt-threshold group-list |
| ip pim ssm range |
| ip prefix-list |
| ip protocol (Monitor Reachability Probe Transmitter) |
| ip proxy-arp |
| ip radius source-interface |
| ip rip v2-broadcast |
| ip route |
| ip routing |
| ip tacacs source-interface |
| ipv6 access-group |
| ipv6 access-list |
| ipv6 address |
| ipv6 dhcp relay destination |
| ipv6 enable |
| ipv6 host |
| ipv6 nd managed-config-flag |
| ipv6 nd ns-interval |
| ipv6 nd other-config-flag |
| ipv6 nd prefix |
| ipv6 nd ra interval |
| ipv6 nd ra lifetime |
| ipv6 nd ra suppress |
| ipv6 nd reachable-time |
| ipv6 nd router-preference |
| ipv6 neighbor |

Appx51352

| |
|---|
| ipv6 ospf area |
| ipv6 ospf cost |
| ipv6 ospf dead-interval |
| ipv6 ospf hello-interval |
| ipv6 ospf network |
| ipv6 ospf priority |
| ipv6 ospf retransmit-interval |
| ipv6 ospf transmit-delay |
| ipv6 prefix-list |
| ipv6 route |
| ipv6 router ospf |
| ipv6 unicast-routing |
| isis hello-interval |
| isis hello-multiplier |
| isis lsp-interval |
| isis metric |
| isis passive |
| isis priority |
| is-type |
| lacp port-priority |
| lacp rate |
| lacp system-priority |
| link state group |
| link state track |
| lldp holdtime |
| lldp receive |
| lldp reinit |
| lldp run |
| lldp timer |
| lldp tlv-select |
| lldp transmit |
| load interval |
| log-adjacency-changes (IS-IS) |
| log-adjacency-changes (OSPFv2) |
| log-adjacency-changes (OSPFv3) |
| logging host |
| mac access-group |
| mac access-list |
| mac address-table aging-time |
| mac address-table static |
| mac-address |
| max-connections |
| maximum-paths (OSPFv2) |
| maximum-paths (OSPFv3) |
| neighbor activate |
| neighbor allowas-in |
| neighbor default-originate |
| neighbor description |

5

| |
|---|
| neighbor ebgp-multihop |
| neighbor fall-over bfd |
| neighbor local-as |
| neighbor next-hop-self |
| neighbor password |
| neighbor peer-group (create) |
| neighbor peer-group (neighbor assignment) |
| neighbor remote-as |
| neighbor remove-private-as |
| neighbor route-map (BGP) |
| neighbor route-reflector-client |
| neighbor send-community |
| neighbor shutdown |
| neighbor soft-reconfiguration |
| neighbor timers |
| neighbor transport connection-mode |
| neighbor update-source |
| neighbor weight |
| network area (OSPFv2) |
| no snmp-server |
| ntp authenticate |
| ntp authentication-key |
| ntp server |
| ntp source |
| ntp trusted-key |
| passive-interface default (OSPFv2) |
| passive-interface <interface> (OSPFv2) |
| passive-interface (IS-IS) |
| passive-interface (OSPFv3) |
| policy-map type control-plane |
| policy-map type qos |
| port-channel load-balance |
| port-channel min-links |
| priority-flow-control mode |
| private-vlan |
| private-vlan mapping |
| ptp domain |
| ptp priority1 |
| ptp priority2 |
| ptp sync interval |
| radius-server deadtime |
| radius-server host |
| radius-server key |
| radius-server retransmit |
| radius-server timeout |
| redundancy force-switchover |
| route-map |
| router bgp |

6

Appx51354

| |
|---|
| router isis |
| router ospf |
| router rip |
| router-id (OSPFv2) |
| router-id (OSPFv3) |
| routing-context vrf |
| service sequence-numbers |
| set-overload-bit |
| show aaa method-lists |
| show aaa sessions |
| show arp |
| show bfd neighbors |
| show clock |
| show dot1q-tunnel |
| show dot1x |
| show dot1x all summary |
| show dot1x statistics |
| show environment all |
| show environment cooling |
| show environment power |
| show environment temperature |
| show etherchannel |
| show flowcontrol |
| show hostname |
| show hosts |
| show interfaces |
| show interfaces capabilities |
| show interfaces description |
| show interfaces private-vlan mapping |
| show interfaces status |
| show interfaces switchport |
| show interfaces switchport backup |
| show interfaces transceiver |
| show interfaces trunk |
| show inventory |
| show ip access-lists |
| show ip arp |
| show ip bgp |
| show ip bgp community |
| show ip bgp neighbors |
| show ip bgp neighbors (route type) |
| show ip bgp paths |
| show ip bgp peer-group |
| show ip bgp regexp |
| show ip bgp summary |
| show ip community-list |
| show ip dhcp snooping |
| show ip extcommunity-list |

7

| |
|---|
| show ip helper-address |
| show ip igmp groups |
| show ip igmp interface |
| show ip igmp snooping |
| show ip igmp snooping groups |
| show ip igmp snooping mrouter |
| show ip igmp snooping querier |
| show ip interface |
| show ip interface brief |
| show ip mfib |
| show ip mroute |
| show ip mroute count |
| show ip msdp mesh-group |
| show ip msdp peer |
| show ip msdp rpf-peer |
| show ip msdp sa-cache |
| show ip msdp summary |
| show ip nat translations |
| show ip ospf |
| show ip ospf border-routers |
| show ip ospf database database-summary |
| show ip ospf interface |
| show ip ospf neighbor |
| show ip ospf request-list |
| show ip ospf retransmission-list |
| show ip pim interface |
| show ip pim neighbor |
| show ip pim rp |
| show ip pim rp-hash |
| show ip prefix-list |
| show ip rip database |
| show ip rip neighbors |
| show ip route |
| show ip route summary |
| show ip route tag |
| show ipv6 access-lists |
| show ipv6 bgp |
| show ipv6 bgp community |
| show ipv6 bgp neighbors |
| show ipv6 bgp neighbors (route type) |
| show ipv6 bgp summary |
| show ipv6 interface |
| show ipv6 neighbors |
| show ipv6 ospf |
| show ipv6 ospf border-routers |
| show ipv6 ospf interface |
| show ipv6 ospf neighbor |
| show ipv6 prefix-list |

Appx51356

| |
|---|
| show ipv6 route |
| show ipv6 route summary |
| show ipv6 route tag |
| show isis database |
| show isis interface |
| show isis topology |
| show lacp counters |
| show lacp interface |
| show lacp neighbor |
| show link state group |
| show lldp |
| show lldp neighbors |
| show lldp traffic |
| show mac access-lists |
| show mac address-table |
| show mac address-table aging time |
| show mac address-table count |
| show module |
| show monitor session |
| show ntp associations |
| show ntp status |
| show policy-map control-plane |
| show policy-map interface (qos) |
| show policy-map interface control-plane |
| show port-channel summary |
| show port-channel traffic |
| show port-security |
| show port-security address |
| show port-security interface |
| show privilege |
| show ptp clock |
| show ptp parent |
| show ptp time-property |
| show qos maps |
| show radius |
| show redundancy states |
| show reload |
| show role |
| show route-map |
| show snmp |
| show snmp chassis |
| show snmp community |
| show snmp contact |
| show snmp engineID |
| show snmp group |
| show snmp host |
| show snmp location |
| show snmp mib |

9

| |
|---|
| show snmp source-interface |
| show snmp trap |
| show snmp user |
| show snmp view |
| show spanning-tree |
| show spanning-tree blockedports |
| show spanning-tree bridge |
| show spanning-tree interface |
| show spanning-tree mst |
| show spanning-tree mst configuration |
| show spanning-tree mst interface |
| show spanning-tree root |
| show storm-control |
| show tacacs |
| show track |
| show user-account |
| show users |
| show version |
| show vlan |
| show vlan internal usage |
| show vlan private-vlan |
| show vlan summary |
| show vrf |
| show vrrp |
| snmp trap link-status |
| snmp-server chassis-id |
| snmp-server community |
| snmp-server contact |
| snmp-server enable traps |
| snmp-server engineID local |
| snmp-server engineID remote |
| snmp-server group |
| snmp-server host |
| snmp-server location |
| snmp-server source-interface |
| snmp-server user |
| snmp-server view |
| spanning-tree bpdufilter |
| spanning-tree bpduguard |
| spanning-tree bridge assurance |
| spanning-tree cost |
| spanning-tree guard |
| spanning-tree link-type |
| spanning-tree loopguard default |
| spanning-tree mode |
| spanning-tree mst configuration |
| spanning-tree portfast bpdufilter default |
| spanning-tree portfast bpduguard default |

10

| |
|---|
| spanning-tree port-priority |
| spanning-tree transmit hold-count |
| spanning-tree vlan |
| spf-interval |
| statistics per-entry (ACL configuration modes) |
| storm-control |
| switchport access vlan |
| switchport backup interface |
| switchport mode |
| switchport port-security |
| switchport port-security maximum |
| switchport private-vlan mapping |
| switchport trunk allowed vlan |
| switchport trunk native vlan |
| switchport vlan mapping |
| tacacs-server host |
| tacacs-server key |
| tacacs-server timeout |
| terminal length |
| terminal monitor |
| timers basic (RIP) |
| timers bgp |
| timers lsa arrival (OSPFv2) |
| timers throttle lsa all (OSPFv2) |
| timers throttle spf (OSPFv2) |
| username sshkey |
| vlan internal allocation policy |
| vrf definition |
| vrf forwarding |
| vrrp authentication |
| vrrp delay reload |
| vrrp description |
| vrrp ip |
| vrrp ip secondary |
| vrrp preempt |
| vrrp priority |
| vrrp shutdown |
| vrrp timers advertise |
| vrrp track |

Appx51359

Network Working Group
Request for Comments: 1131

J. Moy
Proteon, Inc.
October 1989

# The OSPF Specification



EXHIBIT
56
12|18|15
PENGAD 800-831-6989

## Status of this Memo

This RFC suggests a proposed protocol for the Internet community, and requests discussion and suggestions for improvements. Distribution of this memo is unlimited.

## Contents

**1 Introduction**     **1**

  1.1   Protocol overview . . . . . . . . . . . . . . . .

  1.2   Definitions of commonly used terms . . . . . . . .

  1.3   Brief history of SPF-based routing technology . . .

  1.4   Organization of this document . . . . . . . . . . .

**2 The Topological Database**     **3**

  2.1   The shortest-path tree . . . . . . . . . . . . . .

  2.2   Use of external routing information . . . . . . . .

  2.3   Equal-cost multipath . . . . . . . . . . . . . . .

**3 Splitting the AS into Areas**     **11**

  3.1   The backbone of the Autonomous System . . . . . . .

  3.2   Inter-area routing . . . . . . . . . . . . . . . .

  3.3   Classification of routers . . . . . . . . . . . . .

  3.4   A sample area configuration . . . . . . . . . . . .

  3.5   IP subnetting support . . . . . . . . . . . . . . .

  3.6   Partitions of areas . . . . . . . . . . . . . . . .

**4 Functional Summary**     **19**

  4.1   Inter-area routing . . . . . . . . . . . . . . . .

  4.2   AS external routes . . . . . . . . . . . . . . . .

  4.3   Routing protocol packets . . . . . . . . . . . . .

  4.4   Basic implementation requirements . . . . . . . . .

Case: 17-2145    Document: 90-3    Page: 74    Filed: 02/12/2018

Appx51803

ARISTANDCA00022597

## 1.2    Definitions of commonly used terms

Here is a collection of definitions for terms that have a specific meaning to the protocol and that are used throughout the text. The reader unfamiliar with the Internet Protocol Suite is referred to [RS-85-153] for an introduction to IP.

**Router**  A level three Internet Protocol packet switch. Formerly called a gateway in much of the IP literature.

**Autonomous System**  A group of routers exchanging routing information via a common routing protocol. Abbreviated as AS.

**Internal Gateway Protocol**  The routing protocol spoken by the routers belonging to an Autonomous system. Abbreviated as IGP. Each Autonomous System has a single IGP. Different Autonomous Systems may be running different IGPs.

**Router ID**  A 32-bit number assigned to each router running the OSPF protocol. This number uniquely identifies the router within an Autonomous System.

**Network**  In this paper, an IP network or subnet. It is possible for one physical network to be assigned multiple IP network/subnet numbers. We consider these to be separate networks. Point-to-point physical networks are an exception - they are considered a single network no matter how many (if any at all) IP network/subnet numbers are assigned to them.

**Network mask**  A 32-bit number indicating the range of IP addresses residing on a single IP network/subnet. This specification displays network masks as hexadecimal numbers. For example, the network mask for a class C IP network is displayed as `0xffffff00`. Such a mask is often displayed elsewhere in the literature as 255.255.255.0.

**Multi-access networks**  Those physical networks that support the attachment of multiple (more than two) routers. Each pair of routers on such a network is assumed to be able to communicate directly (multi-drop networks are excluded).

**Interface**  The connection between a router and one of its attached networks. An interface has state information associated with it, which is obtained from the underlying lower level protocols and the routing protocol itself. An interface to a network has associated with it a single IP address and mask (unless the network is an unnumbered point-to-point network). An interface is sometimes also referred to as a link.

**Neighboring routers**  Two routers that have interfaces to a common network. On multi-access networks, neighbors are dynamically discovered by the Hello Protocol.

**Adjacency**  A relationship formed between selected neighboring routers for the purpose of exchanging routing information. Not every two pairs of neighboring routers become adjacent.

**Link state advertisement**  Refers to the local state of a router or network. This includes the state of the router's interfaces and adjacencies. Each link state advertisement is flooded throughout the routing domain. The collected link state advertisements of all routers and networks forms the protocol's topological database.

**Hello protocol**  The part of the OSPF protocol used to establish and maintain neighbor relationships. On multi-access networks the Hello protocol can also dynamically discover neighboring routers.

**Designated Router**  Each multi-access network that has at least two attached routers has a Designated Router. The Designated Router generates a link state advertisement for the multi-access network and has other special responsibilities in the running of the protocol. The Designated Router is elected by the Hello Protocol.

The Designated Router concept enables a reduction in the number of adjacencies required on a multi-access network. This in turn reduces the amount of routing protocol traffic and the size of the topological database.

Case: 17-2145    Document: 90-3    Page: 75    Filed: 02/12/2018

ARISTANDCA00022602

Network Working Group                          S. Deering, Xerox PARC
Request for Comments: 1883                 R.  Hinden, Ipsilon Networks
Category: Standards Track                          December 1995

Internet Protocol, Version 6 (IPv6)
Specification



Status of this Memo

   This document specifies an Internet standards track protocol for the
   Internet community, and requests discussion and suggestions for
   improvements.  Please refer to the current edition of the "Internet
   Official Protocol Standards" (STD 1) for the standardization state
   and status of this protocol.  Distribution of this memo is unlimited.

Abstract

   This document specifies version 6 of the Internet Protocol (IPv6),
   also sometimes referred to as IP Next Generation or IPng.

Appx51910

ARISTANDCA00025710

Case: 17-2145    Document: 90-3    Page: 76    Filed: 02/12/2018

Table of Contents

1. Introduction................................................3

2. Terminology.................................................4

3. IPv6 Header Format..........................................5

4. IPv6 Extension Headers......................................6
     4.1 Extension Header Order.................................8
     4.2 Options................................................9
     4.3 Hop-by-Hop Options Header.............................11
     4.4 Routing Header........................................13
     4.5 Fragment Header.......................................19
     4.6 Destination Options Header............................24
     4.7 No Next Header........................................25

5. Packet Size Issues.........................................26

6. Flow Labels................................................28

7. Priority...................................................30

8. Upper-Layer Protocol Issues................................31
     8.1 Upper-Layer Checksums.................................31
     8.2 Maximum Packet Lifetime...............................32
     8.3 Maximum Upper-Layer Payload Size......................32

Appendix A. Formatting Guidelines for Options.................33

Security Considerations.......................................36

Acknowledgments...............................................36

Authors' Addresses............................................36

References....................................................37

1.  Introduction

    IP version 6 (IPv6) is a new version of the Internet Protocol,
    designed as a successor to IP version 4 (IPv4) [RFC-791].  The
    changes from IPv4 to IPv6 fall primarily into the following
    categories:

        o   Expanded Addressing Capabilities

            IPv6 increases the IP address size from 32 bits to 128 bits, to
            support more levels of addressing hierarchy, a much greater
            number of addressable nodes, and simpler auto-configuration of
            addresses.  The scalability of multicast routing is improved by
            adding a "scope" field to multicast addresses.  And a new type
            of address called an "anycast address" is defined, used to send
            a packet to any one of a group of nodes.

        o   Header Format Simplification

            Some IPv4 header fields have been dropped or made optional, to
            reduce the common-case processing cost of packet handling and
            to limit the bandwidth cost of the IPv6 header.

        o   Improved Support for Extensions and Options

            Changes in the way IP header options are encoded allows for
            more efficient forwarding, less stringent limits on the length
            of options, and greater flexibility for introducing new options
            in the future.

        o   Flow Labeling Capability

            A new capability is added to enable the labeling of packets
            belonging to particular traffic "flows" for which the sender
            requests special handling, such as non-default quality of
            service or "real-time" service.

        o   Authentication and Privacy Capabilities

            Extensions to support authentication, data integrity, and
            (optional) data confidentiality are specified for IPv6.

    This document specifies the basic IPv6 header and the initially-
    defined IPv6 extension headers and options.  It also discusses packet
    size issues, the semantics of flow labels and priority, and the
    effects of IPv6 on upper-layer protocols.  The format and semantics
    of IPv6 addresses are specified separately in [RFC-1884].  The IPv6
    version of ICMP, which all IPv6 implementations are required to
    include, is specified in [RFC-1885].

**Appx51912**

ARISTANDCA00025712

2.  Terminology

node          - a device that implements IPv6.

router        - a node that forwards IPv6 packets not explicitly
                addressed to itself.  [See Note below].

host          - any node that is not a router.  [See Note below].

upper layer   - a protocol layer immediately above IPv6.  Examples are
                transport protocols such as TCP and UDP, control
                protocols such as ICMP, routing protocols such as OSPF,
                and internet or lower-layer protocols being "tunneled"
                over (i.e., encapsulated in) IPv6 such as IPX,
                AppleTalk, or IPv6 itself.

link          - a communication facility or medium over which nodes can
                communicate at the link layer, i.e., the layer
                immediately below IPv6.  Examples are Ethernets (simple
                or bridged); PPP links; X.25, Frame Relay, or ATM
                networks; and internet (or higher) layer "tunnels",
                such as tunnels over IPv4 or IPv6 itself.

neighbors     - nodes attached to the same link.

interface     - a node's attachment to a link.

address       - an IPv6-layer identifier for an interface or a set of
                interfaces.

packet        - an IPv6 header plus payload.

link MTU      - the maximum transmission unit, i.e., maximum packet
                size in octets, that can be conveyed in one piece over
                a link.

path MTU      - the minimum link MTU of all the links in a path between
                a source node and a destination node.

Note: it is possible, though unusual, for a device with multiple
interfaces to be configured to forward non-self-destined packets
arriving from some set (fewer than all) of its interfaces, and to
discard non-self-destined packets arriving from its other interfaces.
Such a device must obey the protocol requirements for routers when
receiving packets from, and interacting with neighbors over, the
former (forwarding) interfaces.  It must obey the protocol
requirements for hosts when receiving packets from, and interacting
with neighbors over, the latter (non-forwarding) interfaces.

**Appx51913**

ARISTANDCA00025713

3.  IPv6 Header Format

```
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|Version| Prio. |                Flow Label                     |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|         Payload Length        |  Next Header  |   Hop Limit   |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
+                                                               +
|                                                               |
+                         Source Address                        +
|                                                               |
+                                                               +
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
+                                                               +
|                                                               |
+                      Destination Address                      +
|                                                               |
+                                                               +
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

Version             4-bit Internet Protocol version number = 6.

Prio.               4-bit priority value.  See section 7.

Flow Label          24-bit flow label.  See section 6.

Payload Length      16-bit unsigned integer.  Length of payload,
                    i.e., the rest of the packet following the
                    IPv6 header, in octets.  If zero, indicates that
                    the payload length is carried in a Jumbo Payload
                    hop-by-hop option.

Next Header         8-bit selector.  Identifies the type of header
                    immediately following the IPv6 header.  Uses
                    the same values as the IPv4 Protocol field
                    [RFC-1700 et seq.].

Hop Limit           8-bit unsigned integer.  Decremented by 1 by
                    each node that forwards the packet. The packet
                    is discarded if Hop Limit is decremented to
                    zero.

Source Address      128-bit address of the originator of the
                    packet.  See [RFC-1884].

Deering & Hinden           Standards Track                    [Page 5]

ARISTANDCA00025714

Case: 17-2145    Document: 90-3    Page: 80    Filed: 02/12/2018

                  Destination Address  128-bit address of the intended recipient
                                       of the packet (possibly not the ultimate
                                       recipient, if a Routing header is present).
                                       See [RFC-1884] and section 4.4.


4.  IPv6 Extension Headers

     In IPv6, optional internet-layer information is encoded in separate
     headers that may be placed between the IPv6 header and the upper-
     layer header in a packet.  There are a small number of such extension
     headers, each identified by a distinct Next Header value.  As
     illustrated in these examples, an IPv6 packet may carry zero, one, or
     more extension headers, each identified by the Next Header field of
     the preceding header:

```
+---------------+------------------------
|  IPv6 header  | TCP header + data
|               |
| Next Header = |
|      TCP      |
+---------------+------------------------


+---------------+----------------+------------------------
|  IPv6 header  | Routing header | TCP header + data
|               |                |
| Next Header = | Next Header =  |
|    Routing    |      TCP       |
+---------------+----------------+------------------------


+---------------+----------------+----------------+------------------
|  IPv6 header  | Routing header | Fragment header | fragment of TCP
|               |                |                 |  header + data
| Next Header = | Next Header =  | Next Header =   |
|    Routing    |    Fragment    |      TCP        |
+---------------+----------------+----------------+------------------
```

     With one exception, extension headers are not examined or processed
     by any node along a packet's delivery path, until the packet reaches
     the node (or each of the set of nodes, in the case of multicast)
     identified in the Destination Address field of the IPv6 header.
     There, normal demultiplexing on the Next Header field of the IPv6
     header invokes the module to process the first extension header, or
     the upper-layer header if no extension header is present.  The
     contents and semantics of each extension header determine whether or

Case: 17-2145    Document: 90-3    Page: 81    Filed: 02/12/2018

ARISTANDCA00025715

not to proceed to the next header.  Therefore, extension headers must
be processed strictly in the order they appear in the packet; a
receiver must not, for example, scan through a packet looking for a
particular kind of extension header and process that header prior to
processing all preceding ones.

The exception referred to in the preceding paragraph is the Hop-by-
Hop Options header, which carries information that must be examined
and processed by every node along a packet's delivery path, including
the source and destination nodes.  The Hop-by-Hop Options header,
when present, must immediately follow the IPv6 header.  Its presence
is indicated by the value zero in the Next Header field of the IPv6
header.

If, as a result of processing a header, a node is required to proceed
to the next header but the Next Header value in the current header is
unrecognized by the node, it should discard the packet and send an
ICMP Parameter Problem message to the source of the packet, with an
ICMP Code value of 2 ("unrecognized Next Header type encountered")
and the ICMP Pointer field containing the offset of the unrecognized
value within the original packet.  The same action should be taken if
a node encounters a Next Header value of zero in any header other
than an IPv6 header.

Each extension header is an integer multiple of 8 octets long, in
order to retain 8-octet alignment for subsequent headers.  Multi-
octet fields within each extension header are aligned on their
natural boundaries, i.e., fields of width n octets are placed at an
integer multiple of n octets from the start of the header, for n = 1,
2, 4, or 8.

A full implementation of IPv6 includes implementation of the
following extension headers:

        Hop-by-Hop Options
        Routing (Type 0)
        Fragment
        Destination Options
        Authentication
        Encapsulating Security Payload

The first four are specified in this document; the last two are
specified in [RFC-1826] and [RFC-1827], respectively.

Deering & Hinden              Standards Track                    [Page 7]

**Appx51916**

ARISTANDCA00025716

4.1 Extension Header Order

When more than one extension header is used in the same packet, it is
recommended that those headers appear in the following order:

               IPv6 header
               Hop-by-Hop Options header
               Destination Options header (note 1)
               Routing header
               Fragment header
               Authentication header (note 2)
               Encapsulating Security Payload header (note 2)
               Destination Options header (note 3)
               upper-layer header

          note 1: for options to be processed by the first destination
                  that appears in the IPv6 Destination Address field
                  plus subsequent destinations listed in the Routing
                  header.

          note 2: additional recommendations regarding the relative
                  order of the Authentication and Encapsulating
                  Security Payload headers are given in [RFC-1827].

          note 3: for options to be processed only by the final
                  destination of the packet.

Each extension header should occur at most once, except for the
Destination Options header which should occur at most twice (once
before a Routing header and once before the upper-layer header).

If the upper-layer header is another IPv6 header (in the case of IPv6
being tunneled over or encapsulated in IPv6), it may be followed by
its own extensions headers, which are separately subject to the same
ordering recommendations.

If and when other extension headers are defined, their ordering
constraints relative to the above listed headers must be specified.

IPv6 nodes must accept and attempt to process extension headers in
any order and occurring any number of times in the same packet,
except for the Hop-by-Hop Options header which is restricted to
appear immediately after an IPv6 header only.  Nonetheless, it is
strongly advised that sources of IPv6 packets adhere to the above
recommended order until and unless subsequent specifications revise
that recommendation.

Case: 17-2145    Document: 90-3    Page: 83    Filed: 02/12/2018

**Appx51917**

ARISTANDCA00025717

4.2  Options

      Two of the currently-defined extension headers -- the Hop-by-Hop
      Options header and the Destination Options header -- carry a variable
      number of type-length-value (TLV) encoded "options", of the
      following format:

```
      +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+- - - - - - - -
      |  Option Type  | Opt Data Len  |  Option Data
      +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+- - - - - - - -
```

      Option Type            8-bit identifier of the type of option.

      Opt Data Len           8-bit unsigned integer.  Length of the Option
                             Data field of this option, in octets.

      Option Data            Variable-length field.  Option-Type-specific
                             data.

      The sequence of options within a header must be processed strictly in
      the order they appear in the header; a receiver must not, for
      example, scan through the header looking for a particular kind of
      option and process that option prior to processing all preceding
      ones.

      The Option Type identifiers are internally encoded such that their
      highest-order two bits specify the action that must be taken if the
      processing IPv6 node does not recognize the Option Type:

         00 - skip over this option and continue processing the header.

         01 - discard the packet.

         10 - discard the packet and, regardless of whether or not the
              packets's Destination Address was a multicast address, send
              an ICMP Parameter Problem, Code 2, message to the packet's
              Source Address, pointing to the unrecognized Option Type.

         11 - discard the packet and, only if the packet's Destination
              Address was not a multicast address, send an ICMP Parameter
              Problem, Code 2, message to the packet's Source Address,
              pointing to the unrecognized Option Type.

      The third-highest-order bit of the Option Type specifies whether or
      not the Option Data of that option can change en-route to the
      packet's final destination.  When an Authentication header is present
      in the packet, for any option whose data may change en-route, its
      entire Option Data field must be treated as zero-valued octets when
      computing or verifying the packet's authenticating value.

    0 - Option Data does not change en-route

    1 - Option Data may change en-route

Individual options may have specific alignment requirements, to
ensure that multi-octet values within Option Data fields fall on
natural boundaries.  The alignment requirement of an option is
specified using the notation xn+y, meaning the Option Type must
appear at an integer multiple of x octets from the start of the
header, plus y octets.  For example:

    2n    means any 2-octet offset from the start of the header.
    8n+2  means any 8-octet offset from the start of the header,
          plus 2 octets.

There are two padding options which are used when necessary to align
subsequent options and to pad out the containing header to a multiple
of 8 octets in length.  These padding options must be recognized by
all IPv6 implementations:

Pad1 option  (alignment requirement: none)

    +-+-+-+-+-+-+-+-+
    |       0       |
    +-+-+-+-+-+-+-+-+

    NOTE! the format of the Pad1 option is a special case -- it does
    not have length and value fields.

    The Pad1 option is used to insert one octet of padding into the
    Options area of a header.  If more than one octet of padding is
    required, the PadN option, described next, should be used,
    rather than multiple Pad1 options.

PadN option  (alignment requirement: none)


    +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-  - - - - - -
    |       1       |  Opt Data Len |  Option Data
    +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-  - - - - - -

    The PadN option is used to insert two or more octets of padding
    into the Options area of a header.  For N octets of padding,
    the Opt Data Len field contains the value N-2, and the Option
    Data consists of N-2 zero-valued octets.

Appendix A contains formatting guidelines for designing new options.

Deering & Hinden          Standards Track                  [Page 10]

4.3  Hop-by-Hop Options Header

    The Hop-by-Hop Options header is used to carry optional information
    that must be examined by every node along a packet's delivery path.
    The Hop-by-Hop Options header is identified by a Next Header value of
    0 in the IPv6 header, and has the following format:

```
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|  Next Header  |  Hdr Ext Len  |                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+                               +
|                                                               |
.                                                               .
.                          Options                              .
.                                                               .
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

    Next Header            8-bit selector.  Identifies the type of header
                           immediately following the Hop-by-Hop Options
                           header.  Uses the same values as the IPv4
                           Protocol field [RFC-1700 et seq.].

    Hdr Ext Len            8-bit unsigned integer.  Length of the
                           Hop-by-Hop Options header in 8-octet units,
                           not including the first 8 octets.

    Options                Variable-length field, of length such that the
                           complete Hop-by-Hop Options header is an integer
                           multiple of 8 octets long.  Contains one or
                           more TLV-encoded options, as described in
                           section 4.2.

    In addition to the Pad1 and PadN options specified in section 4.2,
    the following hop-by-hop option is defined:

    Jumbo Payload option  (alignment requirement: 4n + 2)



```
                                +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
                                |      194      |Opt Data Len=4 |
        +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
        |                     Jumbo Payload Length                      |
        +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

    The Jumbo Payload option is used to send IPv6 packets with
    payloads longer than 65,535 octets.  The Jumbo Payload Length is
    the length of the packet in octets, excluding the IPv6 header but
    including the Hop-by-Hop Options header; it must be greater than
    65,535.  If a packet is received with a Jumbo Payload option
    containing a Jumbo Payload Length less than or equal to 65,535,

Case: 17-2145    Document: 90-3    Page: 86    Filed: 02/12/2018

**Appx51920**

ARISTANDCA00025720

an ICMP Parameter Problem message, Code 0, should be sent to the
packet's source, pointing to the high-order octet of the invalid
Jumbo Payload Length field.

The Payload Length field in the IPv6 header must be set to zero
in every packet that carries the Jumbo Payload option.  If a
packet is received with a valid Jumbo Payload option present and
a non-zero IPv6 Payload Length field, an ICMP Parameter Problem
message, Code 0, should be sent to the packet's source, pointing
to the Option Type field of the Jumbo Payload option.

The Jumbo Payload option must not be used in a packet that
carries a Fragment header.  If a Fragment header is encountered
in a packet that contains a valid Jumbo Payload option, an ICMP
Parameter Problem message, Code 0, should be sent to the packet's
source, pointing to the first octet of the Fragment header.

An implementation that does not support the Jumbo Payload option
cannot have interfaces to links whose link MTU is greater than
65,575 (40 octets of IPv6 header plus 65,535 octets of payload).

4.4  Routing Header

The Routing header is used by an IPv6 source to list one or more
intermediate nodes to be "visited" on the way to a packet's
destination.  This function is very similar to IPv4's Source Route
options.  The Routing header is identified by a Next Header value of
43 in the immediately preceding header, and has the following format:

```
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|  Next Header  |  Hdr Ext Len  |  Routing Type | Segments Left |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
.                                                               .
.                       type-specific data                     .
.                                                               .
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

Next Header          8-bit selector.  Identifies the type of header
                     immediately following the Routing header.
                     Uses the same values as the IPv4 Protocol field
                     [RFC-1700 et seq.].

Hdr Ext Len          8-bit unsigned integer.  Length of the
                     Routing header in 8-octet units, not including
                     the first 8 octets.

Routing Type         8-bit identifier of a particular Routing
                     header variant.

Segments Left        8-bit unsigned integer.  Number of route
                     segments remaining, i.e., number of explicitly
                     listed intermediate nodes still to be visited
                     before reaching the final destination.

type-specific data   Variable-length field, of format determined by
                     the Routing Type, and of length such that the
                     complete Routing header is an integer multiple
                     of 8 octets long.

Case: 17-2145    Document: 90-3    Page: 88    Filed: 02/12/2018

**Appx51922**

ARISTANDCA00025722

If, while processing a received packet, a node encounters a Routing
header with an unrecognized Routing Type value, the required behavior
of the node depends on the value of the Segments Left field, as
follows:

If Segments Left is zero, the node must ignore the Routing header
and proceed to process the next header in the packet, whose type
is identified by the Next Header field in the Routing header.

If Segments Left is non-zero, the node must discard the packet and
send an ICMP Parameter Problem, Code 0, message to the packet's
Source Address, pointing to the unrecognized Routing Type.

Case: 17-2145    Document: 90-3    Page: 89    Filed: 02/12/2018

ARISTANDCA00025723

The Type 0 Routing header has the following format:

```
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|  Next Header  |  Hdr Ext Len  | Routing Type=0| Segments Left |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|   Reserved    |              Strict/Loose Bit Map             |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
+                                                               +
|                                                               |
+                         Address[1]                            +
|                                                               |
+                                                               +
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
+                                                               +
|                                                               |
+                         Address[2]                            +
|                                                               |
+                                                               +
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
.                               .                               .
.                               .                               .
.                               .                               .
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
+                                                               +
|                                                               |
+                         Address[n]                            +
|                                                               |
+                                                               +
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

Next Header            8-bit selector.  Identifies the type of header
                       immediately following the Routing header.
                       Uses the same values as the IPv4 Protocol field
                       [RFC-1700 et seq.].

Hdr Ext Len            8-bit unsigned integer.  Length of the
                       Routing header in 8-octet units, not including
                       the first 8 octets.  For the Type 0 Routing
                       header, Hdr Ext Len is equal to two times the
                       number of addresses in the header, and must
                       be an even number less than or equal to 46.

Routing Type           0.

Deering & Hinden              Standards Track                   [Page 15]

Segments Left          8-bit unsigned integer.  Number of route
                       segments remaining, i.e., number of explicitly
                       listed intermediate nodes still to be visited
                       before reaching the final destination.
                       Maximum legal value = 23.

Reserved               8-bit reserved field.  Initialized to zero for
                       transmission; ignored on reception.

Strict/Loose Bit Map
                       24-bit bit-map, numbered 0 to 23, left-to-right.
                       Indicates, for each segment of the route, whether
                       or not the next destination address must be a
                       neighbor of the preceding address: 1 means strict
                       (must be a neighbor), 0 means loose (need not be
                       a neighbor).

Address[1..n]          Vector of 128-bit addresses, numbered 1 to n.


Multicast addresses must not appear in a Routing header of Type 0, or
in the IPv6 Destination Address field of a packet carrying a Routing
header of Type 0.

If bit number 0 of the Strict/Loose Bit Map has value 1, the
Destination Address field of the IPv6 header in the original packet
must identify a neighbor of the originating node.  If bit number 0
has value 0, the originator may use any legal, non-multicast address
as the initial Destination Address.

Bits numbered greater than n, where n is the number of addresses in
the Routing header, must be set to 0 by the originator and ignored by
receivers.

A Routing header is not examined or processed until it reaches the
node identified in the Destination Address field of the IPv6 header.
In that node, dispatching on the Next Header field of the immediately
preceding header causes the Routing header module to be invoked,
which, in the case of Routing Type 0, performs the following
algorithm:

Appx51925

ARISTANDCA00025725

```
if Segments Left = 0 {
      proceed to process the next header in the packet, whose type is
      identified by the Next Header field in the Routing header
}
else if Hdr Ext Len is odd or greater than 46 {
      send an ICMP Parameter Problem, Code 0, message to the Source
      Address, pointing to the Hdr Ext Len field, and discard the
      packet
}
else {
    compute n, the number of addresses in the Routing header, by
    dividing Hdr Ext Len by 2

    if Segments Left is greater than n {
        send an ICMP Parameter Problem, Code 0, message to the Source
        Address, pointing to the Segments Left field, and discard the
        packet
    }
    else {
        decrement Segments Left by 1;
        compute i, the index of the next address to be visited in
        the address vector, by subtracting Segments Left from n

        if Address [i] or the IPv6 Destination Address is multicast {
            discard the packet
        }
        else {
            swap the IPv6 Destination Address and Address[i]

            if bit i of the Strict/Loose Bit map has value 1 and the
            new Destination Address is not the address of a neighbor
            of this node {
                send an ICMP Destination Unreachable -- Not a Neighbor
                message to the Source Address and discard the packet
            }
            else if the IPv6 Hop Limit is less than or equal to 1 {
                send an ICMP Time Exceeded -- Hop Limit Exceeded in
                Transit message to the Source Address and discard the
                packet
            }
            else {
                decrement the Hop Limit by 1

                resubmit the packet to the IPv6 module for transmission
                to the new destination
            }
        }
    }
}
```

As an example of the effects of the above algorithm, consider the
case of a source node S sending a packet to destination node D, using
a Routing header to cause the packet to be routed via intermediate
nodes I1, I2, and I3.  The values of the relevant IPv6 header and
Routing header fields on each segment of the delivery path would be
as follows:

As the packet travels from S to I1:

```
        Source Address = S              Hdr Ext Len = 6
        Destination Address = I1        Segments Left = 3
                                        Address[1] = I2
        (if bit 0 of the Bit Map is 1,  Address[2] = I3
        S and I1 must be neighbors;     Address[3] = D
        this is checked by S)
```

As the packet travels from I1 to I2:

```
        Source Address = S              Hdr Ext Len = 6
        Destination Address = I2        Segments Left = 2
                                        Address[1] = I1
        (if bit 1 of the Bit Map is 1,  Address[2] = I3
        I1 and I2 must be neighbors;    Address[3] = D
        this is checked by I1)
```

As the packet travels from I2 to I3:

```
        Source Address = S              Hdr Ext Len = 6
        Destination Address = I3        Segments Left = 1
                                        Address[1] = I1
        (if bit 2 of the Bit Map is 1,  Address[2] = I2
        I2 and I3 must be neighbors;    Address[3] = D
        this is checked by I2)
```

As the packet travels from I3 to D:

```
        Source Address = S              Hdr Ext Len = 6
        Destination Address = D         Segments Left = 0
                                        Address[1] = I1
        (if bit 3 of the Bit Map is 1,  Address[2] = I2
        I3 and D must be neighbors;     Address[3] = I3
        this is checked by I3)
```

Appx51927

4.5  Fragment Header

The Fragment header is used by an IPv6 source to send packets larger
than would fit in the path MTU to their destinations.  (Note: unlike
IPv4, fragmentation in IPv6 is performed only by source nodes, not by
routers along a packet's delivery path -- see section 5.)   The
Fragment header is identified by a Next Header value of 44 in the
immediately preceding header, and has the following format:

```
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|  Next Header  |   Reserved    |      Fragment Offset    |Res|M|
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                         Identification                        |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

Next Header          8-bit selector.  Identifies the initial header
                     type of the Fragmentable Part of the original
                     packet (defined below).  Uses the same values
                     as the IPv4 Protocol field [RFC-1700 et seq.].

Reserved             8-bit reserved field.  Initialized to zero for
                     transmission; ignored on reception.

Fragment Offset      13-bit unsigned integer.  The offset, in 8-octet
                     units, of the data following this header,
                     relative to the start of the Fragmentable Part
                     of the original packet.

Res                  2-bit reserved field.  Initialized to zero for
                     transmission; ignored on reception.

M flag               1 = more fragments; 0 = last fragment.

Identification       32 bits.  See description below.

In order to send a packet that is too large to fit in the MTU of the
path to its destination, a source node may divide the packet into
fragments and send each fragment as a separate packet, to be
reassembled at the receiver.

For every packet that is to be fragmented, the source node generates
an Identification value. The Identification must be different than
that of any other fragmented packet sent recently* with the same
Source Address and Destination Address.  If a Routing header is
present, the Destination Address of concern is that of the final
destination.

     * "recently" means within the maximum likely lifetime of a packet,
       including transit time from source to destination and time spent

Deering & Hinden            Standards Track                    [Page 19]

awaiting reassembly with other fragments of the same packet.
However, it is not required that a source node know the maximum
packet lifetime.  Rather, it is assumed that the requirement can
be met by maintaining the Identification value as a simple, 32-
bit, "wrap-around" counter, incremented each time a packet must
be fragmented.  It is an implementation choice whether to
maintain a single counter for the node or multiple counters,
e.g., one for each of the node's possible source addresses, or
one for each active (source address, destination address)
combination.

The initial, large, unfragmented packet is referred to as the
"original packet", and it is considered to consist of two parts, as
illustrated:

original packet:

```
+------------------+--------------------//----------------------+
|  Unfragmentable  |            Fragmentable                    |
|      Part        |               Part                         |
+------------------+--------------------//----------------------+
```

The Unfragmentable Part consists of the IPv6 header plus any
extension headers that must be processed by nodes en route to the
destination, that is, all headers up to and including the Routing
header if present, else the Hop-by-Hop Options header if present,
else no extension headers.

The Fragmentable Part consists of the rest of the packet, that is,
any extension headers that need be processed only by the final
destination node(s), plus the upper-layer header and data.

The Fragmentable Part of the original packet is divided into
fragments, each, except possibly the last ("rightmost") one, being an
integer multiple of 8 octets long.  The fragments are transmitted in
separate "fragment packets" as illustrated:

original packet:

```
+------------------+--------------+--------------+--//--+----------+
|  Unfragmentable  |    first     |    second    |      |   last   |
|      Part        |   fragment   |   fragment   | .... | fragment |
+------------------+--------------+--------------+--//--+----------+
```

fragment packets:

```
+------------------+--------+--------------+
|  Unfragmentable  |Fragment|    first     |
|      Part        | Header |   fragment   |
+------------------+--------+--------------+

+------------------+--------+--------------+
|  Unfragmentable  |Fragment|   second     |
|      Part        | Header |   fragment   |
+------------------+--------+--------------+
                        o
                        o
                        o
+------------------+--------+----------+
|  Unfragmentable  |Fragment|   last   |
|      Part        | Header | fragment |
+------------------+--------+----------+
```

Each fragment packet is composed of:

    (1) The Unfragmentable Part of the original packet, with the
        Payload Length of the original IPv6 header changed to contain
        the length of this fragment packet only (excluding the length
        of the IPv6 header itself), and the Next Header field of the
        last header of the Unfragmentable Part changed to 44.

    (2) A Fragment header containing:

            The Next Header value that identifies the first header of
            the Fragmentable Part of the original packet.

            A Fragment Offset containing the offset of the fragment,
            in 8-octet units, relative to the start of the
            Fragmentable Part of the original packet.  The Fragment
            Offset of the first ("leftmost") fragment is 0.

            An M flag value of 0 if the fragment is the last
            ("rightmost") one, else an M flag value of 1.

            The Identification value generated for the original
            packet.

    (3) The fragment itself.

The lengths of the fragments must be chosen such that the resulting
fragment packets fit within the MTU of the path to the packets'
destination(s).

Deering & Hinden            Standards Track                  [Page 21]

At the destination, fragment packets are reassembled into their
original, unfragmented form, as illustrated:

reassembled original packet:

```
+------------------+---------------------//-----------------------+
|  Unfragmentable  |              Fragmentable                     |
|      Part        |                  Part                         |
+------------------+---------------------//-----------------------+
```

The following rules govern reassembly:

   An original packet is reassembled only from fragment packets that
   have the same Source Address, Destination Address, and Fragment
   Identification.

   The Unfragmentable Part of the reassembled packet consists of all
   headers up to, but not including, the Fragment header of the first
   fragment packet (that is, the packet whose Fragment Offset is
   zero), with the following two changes:

      The Next Header field of the last header of the Unfragmentable
      Part is obtained from the Next Header field of the first
      fragment's Fragment header.

      The Payload Length of the reassembled packet is computed from
      the length of the Unfragmentable Part and the length and offset
      of the last fragment.  For example, a formula for computing the
      Payload Length of the reassembled original packet is:

      $$PL.orig = PL.first - FL.first - 8 + (8 * FO.last) + FL.last$$

      where
      PL.orig   = Payload Length field of reassembled packet.
      PL.first  = Payload Length field of first fragment packet.
      FL.first  = length of fragment following Fragment header of
                  first fragment packet.
      FO.last   = Fragment Offset field of Fragment header of
                  last fragment packet.
      FL.last   = length of fragment following Fragment header of
                  last fragment packet.

The Fragmentable Part of the reassembled packet is constructed
from the fragments following the Fragment headers in each of the
fragment packets.  The length of each fragment is computed by
subtracting from the packet's Payload Length the length of the
headers between the IPv6 header and fragment itself; its relative
position in Fragmentable Part is computed from its Fragment Offset
value.

Deering & Hinden            Standards Track                   [Page 22]

The Fragment header is not present in the final, reassembled packet.

The following error conditions may arise when reassembling fragmented packets:

If insufficient fragments are received to complete reassembly of a packet within 60 seconds of the reception of the first-arriving fragment of that packet, reassembly of that packet must be abandoned and all the fragments that have been received for that packet must be discarded. If the first fragment (i.e., the one with a Fragment Offset of zero) has been received, an ICMP Time Exceeded -- Fragment Reassembly Time Exceeded message should be sent to the source of that fragment.

If the length of a fragment, as derived from the fragment packet's Payload Length field, is not a multiple of 8 octets and the M flag of that fragment is 1, then that fragment must be discarded and an ICMP Parameter Problem, Code 0, message should be sent to the source of the fragment, pointing to the Payload Length field of the fragment packet.

If the length and offset of a fragment are such that the Payload Length of the packet reassembled from that fragment would exceed 65,535 octets, then that fragment must be discarded and an ICMP Parameter Problem, Code 0, message should be sent to the source of the fragment, pointing to the Fragment Offset field of the fragment packet.

The following conditions are not expected to occur, but are not considered errors if they do:

The number and content of the headers preceding the Fragment header of different fragments of the same original packet may differ. Whatever headers are present, preceding the Fragment header in each fragment packet, are processed when the packets arrive, prior to queueing the fragments for reassembly. Only those headers in the Offset zero fragment packet are retained in the reassembled packet.

The Next Header values in the Fragment headers of different fragments of the same original packet may differ. Only the value from the Offset zero fragment packet is used for reassembly.

Case: 17-2145    Document: 90-3    Page: 98    Filed: 02/12/2018

ARISTANDCA00025732

4.6  Destination Options Header

     The Destination Options header is used to carry optional information
     that need be examined only by a packet's destination node(s).  The
     Destination Options header is identified by a Next Header value of 60
     in the immediately preceding header, and has the following format:

```
 +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
 |  Next Header  |  Hdr Ext Len  |                               |
 +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+                               +
 |                                                               |
 .                                                               .
 .                            Options                            .
 .                                                               .
 |                                                               |
 +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

     Next Header            8-bit selector.  Identifies the type of header
                            immediately following the Destination Options
                            header.  Uses the same values as the IPv4
                            Protocol field [RFC-1700 et seq.].

     Hdr Ext Len            8-bit unsigned integer.  Length of the
                            Destination Options header in 8-octet units,
                            not including the first 8 octets.

     Options                Variable-length field, of length such that the
                            complete Destination Options header is an
                            integer multiple of 8 octets long.  Contains
                            one or  more TLV-encoded options, as described
                            in section 4.2.


     The only destination options defined in this document are the Pad1
     and PadN options specified in section 4.2.

     Note that there are two possible ways to encode optional destination
     information in an IPv6 packet: either as an option in the Destination
     Options header, or as a separate extension header.  The Fragment
     header and the Authentication header are examples of the latter
     approach.  Which approach can be used depends on what action is
     desired of a destination node that does not understand the optional
     information:

          o  if the desired action is for the destination node to discard
             the packet and, only if the packet's Destination Address is not
             a multicast address, send an ICMP Unrecognized Type message to
             the packet's Source Address, then the information may be
             encoded either as a separate header or as an option in the

Deering & Hinden            Standards Track                    [Page 24]

Destination Options header whose Option Type has the value 11
in its highest-order two bits.  The choice may depend on such
factors as which takes fewer octets, or which yields better
alignment or more efficient parsing.

o  if any other action is desired, the information must be encoded
   as an option in the Destination Options header whose Option
   Type has the value 00, 01, or 10 in its highest-order two bits,
   specifying the desired action (see section 4.2).


4.7 No Next Header

The value 59 in the Next Header field of an IPv6 header or any
extension header indicates that there is nothing following that
header.  If the Payload Length field of the IPv6 header indicates the
presence of octets past the end of a header whose Next Header field
contains 59, those octets must be ignored, and passed on unchanged if
the packet is forwarded.

**Appx51934**

ARISTANDCA00025734

5. Packet Size Issues

IPv6 requires that every link in the internet have an MTU of 576
octets or greater.  On any link that cannot convey a 576-octet packet
in one piece, link-specific fragmentation and reassembly must be
provided at a layer below IPv6.

From each link to which a node is directly attached, the node must
be able to accept packets as large as that link's MTU.  Links that
have a configurable MTU (for example, PPP links [RFC-1661]) must be
configured to have an MTU of at least 576 octets; it is recommended
that a larger MTU be configured, to accommodate possible
encapsulations (i.e., tunneling) without incurring fragmentation.

It is strongly recommended that IPv6 nodes implement Path MTU
Discovery [RFC-1191], in order to discover and take advantage of
paths with MTU greater than 576 octets.  However, a minimal IPv6
implementation (e.g., in a boot ROM) may simply restrict itself to
sending packets no larger than 576 octets, and omit implementation of
Path MTU Discovery.

In order to send a packet larger than a path's MTU, a node may use
the IPv6 Fragment header to fragment the packet at the source and
have it reassembled at the destination(s).  However, the use of such
fragmentation is discouraged in any application that is able to
adjust its packets to fit the measured path MTU (i.e., down to 576
octets).

A node must be able to accept a fragmented packet that, after
reassembly, is as large as 1500 octets, including the IPv6 header.  A
node is permitted to accept fragmented packets that reassemble to
more than 1500 octets.  However, a node must not send fragments that
reassemble to a size greater than 1500 octets unless it has explicit
knowledge that the destination(s) can reassemble a packet of that
size.

In response to an IPv6 packet that is sent to an IPv4 destination
(i.e., a packet that undergoes translation from IPv6 to IPv4), the
originating IPv6 node may receive an ICMP Packet Too Big message
reporting a Next-Hop MTU less than 576.  In that case, the IPv6 node
is not required to reduce the size of subsequent packets to less than
576, but must include a Fragment header in those packets so that the
IPv6-to-IPv4 translating router can obtain a suitable Identification
value to use in resulting IPv4 fragments.  Note that this means the
payload may have to be reduced to 528 octets (576 minus 40 for the
IPv6 header and 8 for the Fragment header), and smaller still if
additional extension headers are used.

Deering & Hinden            Standards Track                    [Page 26]

ARISTANDCA00025735

Note: Path MTU Discovery must be performed even in cases where a
host "thinks" a destination is attached to the same link as
itself.

Note: Unlike IPv4, it is unnecessary in IPv6 to set a "Don't
Fragment" flag in the packet header in order to perform Path MTU
Discovery; that is an implicit attribute of every IPv6 packet.
Also, those parts of the RFC-1191 procedures that involve use of
a table of MTU "plateaus" do not apply to IPv6, because the IPv6
version of the "Datagram Too Big" message always identifies the
exact MTU to be used.

Case: 17-2145    Document: 90-3    Page: 102    Filed: 02/12/2018

Deering & Hinden              Standards Track                  [Page 27]

Appx51936

ARISTANDCA00025736

6.  Flow Labels

The 24-bit Flow Label field in the IPv6 header may be used by a
source to label those packets for which it requests special handling
by the IPv6 routers, such as non-default quality of service or
"real-time" service.  This aspect of IPv6 is, at the time of writing,
still experimental and subject to change as the requirements for flow
support in the Internet become clearer.  Hosts or routers that do not
support the functions of the Flow Label field are required to set the
field to zero when originating a packet, pass the field on unchanged
when forwarding a packet, and ignore the field when receiving a
packet.

A flow is a sequence of packets sent from a particular source to a
particular (unicast or multicast) destination for which the source
desires special handling by the intervening routers.  The nature of
that special handling might be conveyed to the routers by a control
protocol, such as a resource reservation protocol, or by information
within the flow's packets themselves, e.g., in a hop-by-hop option.
The details of such control protocols or options are beyond the scope
of this document.

There may be multiple active flows from a source to a destination, as
well as traffic that is not associated with any flow.  A flow is
uniquely identified by the combination of a source address and a
non-zero flow label.  Packets that do not belong to a flow carry a
flow label of zero.

A flow label is assigned to a flow by the flow's source node.  New
flow labels must be chosen (pseudo-)randomly and uniformly from the
range 1 to FFFFFF hex.  The purpose of the random allocation is to
make any set of bits within the Flow Label field suitable for use as
a hash key by routers, for looking up the state associated with the
flow.

All packets belonging to the same flow must be sent with the same
source address, destination address, priority, and flow label.  If
any of those packets includes a Hop-by-Hop Options header, then they
all must be originated with the same Hop-by-Hop Options header
contents (excluding the Next Header field of the Hop-by-Hop Options
header).  If any of those packets includes a Routing header, then
they all must be originated with the same contents in all extension
headers up to and including the Routing header (excluding the Next
Header field in the Routing header).  The routers or destinations are
permitted, but not required, to verify that these conditions are
satisfied.  If a violation is detected, it should be reported to the
source by an ICMP Parameter Problem message, Code 0, pointing to the
high-order octet of the Flow Label field (i.e., offset 1 within the
IPv6 packet).

Case: 17-2145    Document: 90-3    Page: 103    Filed: 02/12/2018

ARISTANDCA00025737

Routers are free to "opportunistically" set up flow-handling state
for any flow, even when no explicit flow establishment information
has been provided to them via a control protocol, a hop-by-hop
option, or other means.  For example, upon receiving a packet from a
particular source with an unknown, non-zero flow label, a router may
process its IPv6 header and any necessary extension headers as if the
flow label were zero.  That processing would include determining the
next-hop interface, and possibly other actions, such as updating a
hop-by-hop option, advancing the pointer and addresses in a Routing
header, or deciding on how to queue the packet based on its Priority
field.  The router may then choose to "remember" the results of those
processing steps and cache that information, using the source address
plus the flow label as the cache key.  Subsequent packets with the
same source address and flow label may then be handled by referring
to the cached information rather than examining all those fields
that, according to the requirements of the previous paragraph, can be
assumed unchanged from the first packet seen in the flow.

Cached flow-handling state that is set up opportunistically, as
discussed in the preceding paragraph, must be discarded no more than
6 seconds after it is established, regardless of whether or not
packets of the same flow continue to arrive.  If another packet with
the same source address and flow label arrives after the cached state
has been discarded, the packet undergoes full, normal processing (as
if its flow label were zero), which may result in the re-creation of
cached flow state for that flow.

The lifetime of flow-handling state that is set up explicitly, for
example by a control protocol or a hop-by-hop option, must be
specified as part of the specification of the explicit set-up
mechanism; it may exceed 6 seconds.

A source must not re-use a flow label for a new flow within the
lifetime of any flow-handling state that might have been established
for the prior use of that flow label.  Since flow-handling state with
a lifetime of 6 seconds may be established opportunistically for any
flow, the minimum interval between the last packet of one flow and
the first packet of a new flow using the same flow label is 6
seconds.  Flow labels used for explicitly set-up flows with longer
flow-state lifetimes must remain unused for those longer lifetimes
before being re-used for new flows.

When a node stops and restarts (e.g., as a result of a "crash"), it
must be careful not to use a flow label that it might have used for
an earlier flow whose lifetime may not have expired yet.  This may be
accomplished by recording flow label usage on stable storage so that
it can be remembered across crashes, or by refraining from using any
flow labels until the maximum lifetime of any possible previously
established flows has expired (at least 6 seconds; more if explicit

Deering & Hinden            Standards Track                    [Page 29]

ARISTANDCA00025738

Case: 17-2145    Document: 90-3    Page: 104    Filed: 02/12/2018

flow set-up mechanisms with longer lifetimes might have been used).
If the minimum time for rebooting the node is known (often more than
6 seconds), that time can be deducted from the necessary waiting
period before starting to allocate flow labels.

There is no requirement that all, or even most, packets belong to
flows, i.e., carry non-zero flow labels.  This observation is placed
here to remind protocol designers and implementors not to assume
otherwise.  For example, it would be unwise to design a router whose
performance would be adequate only if most packets belonged to flows,
or to design a header compression scheme that only worked on packets
that belonged to flows.

7.  Priority

The 4-bit Priority field in the IPv6 header enables a source to
identify the desired delivery priority of its packets, relative to
other packets from the same source.  The Priority values are divided
into two ranges:  Values 0 through 7 are used to specify the priority
of traffic for which the source is providing congestion control,
i.e., traffic that "backs off" in response to congestion, such as TCP
traffic.  Values 8 through 15 are used to specify the priority of
traffic that does not back off in response to congestion, e.g.,
"real-time" packets being sent at a constant rate.

For congestion-controlled traffic, the following Priority values are
recommended for particular application categories:

          0 - uncharacterized traffic
          1 - "filler" traffic (e.g., netnews)
          2 - unattended data transfer (e.g., email)
          3 - (reserved)
          4 - attended bulk transfer (e.g., FTP, NFS)
          5 - (reserved)
          6 - interactive traffic (e.g., telnet, X)
          7 - internet control traffic (e.g., routing protocols, SNMP)

For non-congestion-controlled traffic, the lowest Priority value (8)
should be used for those packets that the sender is most willing to
have discarded under conditions of congestion (e.g., high-fidelity
video traffic), and the highest value (15) should be used for those
packets that the sender is least willing to have discarded (e.g.,
low-fidelity audio traffic).  There is no relative ordering implied
between the congestion-controlled priorities and the non-congestion-
controlled priorities.

**Appx51939**

ARISTANDCA00025739

Case: 17-2145    Document: 90-3    Page: 105    Filed: 02/12/2018

8. Upper-Layer Protocol Issues

8.1 Upper-Layer Checksums

Any transport or other upper-layer protocol that includes the
addresses from the IP header in its checksum computation must be
modified for use over IPv6, to include the 128-bit IPv6 addresses
instead of 32-bit IPv4 addresses.  In particular, the following
illustration shows the TCP and UDP "pseudo-header" for IPv6:



```
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
+                                                               +
|                                                               |
+                       Source Address                          +
|                                                               |
+                                                               +
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
+                                                               +
|                                                               |
+                     Destination Address                       +
|                                                               |
+                                                               +
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                        Payload Length                         |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                  zero                 |   Next Header         |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

o  If the packet contains a Routing header, the Destination
   Address used in the pseudo-header is that of the final
   destination.  At the originating node, that address will be in
   the last element of the Routing header; at the recipient(s),
   that address will be in the Destination Address field of the
   IPv6 header.

o  The Next Header value in the pseudo-header identifies the
   upper-layer protocol (e.g., 6 for TCP, or 17 for UDP).  It will
   differ from the Next Header value in the IPv6 header if there
   are extension headers between the IPv6 header and the upper-
   layer header.

o  The Payload Length used in the pseudo-header is the length of
   the upper-layer packet, including the upper-layer header.  It
   will be less than the Payload Length in the IPv6 header (or in

Case: 17-2145    Document: 90-3    Page: 106    Filed: 02/12/2018

**Appx51940**

ARISTANDCA00025740

Case: 17-2145    Document: 90-3    Page: 107    Filed: 02/12/2018

the Jumbo Payload option) if there are extension headers
between the IPv6 header and the upper-layer header.

o  Unlike IPv4, when UDP packets are originated by an IPv6 node,
   the UDP checksum is not optional.  That is, whenever
   originating a UDP packet, an IPv6 node must compute a UDP
   checksum over the packet and the pseudo-header, and, if that
   computation yields a result of zero, it must be changed to hex
   FFFF for placement in the UDP header.  IPv6 receivers must
   discard UDP packets containing a zero checksum, and should log
   the error.

The IPv6 version of ICMP [RFC-1885] includes the above pseudo-header
in its checksum computation; this is a change from the IPv4 version
of ICMP, which does not include a pseudo-header in its checksum.  The
reason for the change is to protect ICMP from misdelivery or
corruption of those fields of the IPv6 header on which it depends,
which, unlike IPv4, are not covered by an internet-layer checksum.
The Next Header field in the pseudo-header for ICMP contains the
value 58, which identifies the IPv6 version of ICMP.


8.2 Maximum Packet Lifetime

Unlike IPv4, IPv6 nodes are not required to enforce maximum packet
lifetime.  That is the reason the IPv4 "Time to Live" field was
renamed "Hop Limit" in IPv6.  In practice, very few, if any, IPv4
implementations conform to the requirement that they limit packet
lifetime, so this is not a change in practice.  Any upper-layer
protocol that relies on the internet layer (whether IPv4 or IPv6) to
limit packet lifetime ought to be upgraded to provide its own
mechanisms for detecting and discarding obsolete packets.


8.3 Maximum Upper-Layer Payload Size

When computing the maximum payload size available for upper-layer
data, an upper-layer protocol must take into account the larger size
of the IPv6 header relative to the IPv4 header.  For example, in
IPv4, TCP's MSS option is computed as the maximum packet size (a
default value or a value learned through Path MTU Discovery) minus 40
octets (20 octets for the minimum-length IPv4 header and 20 octets
for the minimum-length TCP header).  When using TCP over IPv6, the
MSS must be computed as the maximum packet size minus 60 octets,
because the minimum-length IPv6 header (i.e., an IPv6 header with no
extension headers) is 20 octets longer than a minimum-length IPv4
header.

Appx51941

ARISTANDCA00025741

Appendix A. Formatting Guidelines for Options

This appendix gives some advice on how to lay out the fields when
designing new options to be used in the Hop-by-Hop Options header or
the Destination Options header, as described in section 4.2.  These
guidelines are based on the following assumptions:

   o  One desirable feature is that any multi-octet fields within the
      Option Data area of an option be aligned on their natural
      boundaries, i.e., fields of width n octets should be placed at
      an integer multiple of n octets from the start of the Hop-by-
      Hop or Destination Options header, for n = 1, 2, 4, or 8.

   o  Another desirable feature is that the Hop-by-Hop or Destination
      Options header take up as little space as possible, subject to
      the requirement that the header be an integer multiple of 8
      octets long.

   o  It may be assumed that, when either of the option-bearing
      headers are present, they carry a very small number of options,
      usually only one.

These assumptions suggest the following approach to laying out the
fields of an option: order the fields from smallest to largest, with
no interior padding, then derive the alignment requirement for the
entire option based on the alignment requirement of the largest field
(up to a maximum alignment of 8 octets).  This approach is
illustrated in the following examples:


Example 1

If an option X required two data fields, one of length 8 octets and
one of length 4 octets, it would be laid out as follows:


```
                          +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
                          | Option Type=X |Opt Data Len=12|
       +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
       |                     4-octet field                 |
       +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
       |                                                   |
       +                     8-octet field                 +
       |                                                   |
       +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```


Its alignment requirement is 8n+2, to ensure that the 8-octet field
starts at a multiple-of-8 offset from the start of the enclosing

Deering & Hinden           Standards Track                    [Page 33]

header.  A complete Hop-by-Hop or Destination Options header
containing this one option would look as follows:

```
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|  Next Header  | Hdr Ext Len=1 | Option Type=X |Opt Data Len=12|
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                         4-octet field                     |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                           |
+                         8-octet field                     +
|                                                           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

Example 2

If an option Y required three data fields, one of length 4 octets,
one of length 2 octets, and one of length 1 octet, it would be laid
out as follows:



```
                                        +-+-+-+-+-+-+-+-+
                                        |  Option Type=Y |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|Opt Data Len=7 | 1-octet field |          2-octet field        |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                         4-octet field                     |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

Its alignment requirement is 4n+3, to ensure that the 4-octet field
starts at a multiple-of-4 offset from the start of the enclosing
header.  A complete Hop-by-Hop or Destination Options header
containing this one option would look as follows:

```
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|  Next Header  | Hdr Ext Len=1 | Pad1 Option=0 | Option Type=Y |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|Opt Data Len=7 | 1-octet field |          2-octet field        |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                         4-octet field                     |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| PadN Option=1 |Opt Data Len=2 |       0       |       0       |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

Case: 17-2145    Document: 90-3    Page: 109    Filed: 02/12/2018

ARISTANDCA00025743

Example 3

A Hop-by-Hop or Destination Options header containing both options X
and Y from Examples 1 and 2 would have one of the two following
formats, depending on which option appeared first:

```
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| Next Header  | Hdr Ext Len=3 | Option Type=X |Opt Data Len=12|
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                         4-octet field                         |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
+                         8-octet field                         +
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| PadN Option=1 |Opt Data Len=1 |       0       | Option Type=Y |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|Opt Data Len=7 | 1-octet field |         2-octet field         |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                         4-octet field                         |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| PadN Option=1 |Opt Data Len=2 |       0       |       0       |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+


+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| Next Header  | Hdr Ext Len=3 | Pad1 Option=0 | Option Type=Y |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|Opt Data Len=7 | 1-octet field |         2-octet field         |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                         4-octet field                         |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| PadN Option=1 |Opt Data Len=4 |       0       |       0       |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|       0       |       0       | Option Type=X |Opt Data Len=12|
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                         4-octet field                         |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
+                         8-octet field                         +
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

Case: 17-2145    Document: 90-3    Page: 110    Filed: 02/12/2018

Appx51944

ARISTANDCA00025744

Security Considerations

   This document specifies that the IP Authentication Header [RFC-1826]
   and the IP Encapsulating Security Payload [RFC-1827] be used with
   IPv6, in conformance with the Security Architecture for the Internet
   Protocol [RFC-1825].

Acknowledgments

   The authors gratefully acknowledge the many helpful suggestions of
   the members of the IPng working group, the End-to-End Protocols
   research group, and the Internet Community At Large.

Authors' Addresses

   Stephen E. Deering                  Robert M. Hinden
   Xerox Palo Alto Research Center     Ipsilon Networks, Inc.
   3333 Coyote Hill Road               2191 E. Bayshore Road, Suite 100
   Palo Alto, CA 94304                 Palo Alto, CA 94303
   USA                                 USA

   Phone: +1 415 812 4839              Phone: +1 415 846 4604
   Fax:   +1 415 812 4471              Fax:   +1 415 855 1414
   EMail: deering@parc.xerox.com       EMail: hinden@ipsilon.com

Case: 17-2145    Document: 90-3    Page: 111    Filed: 02/12/2018

**Appx51945**

ARISTANDCA00025745

References

[RFC-1825]    Atkinson, R., "Security Architecture for the Internet
              Protocol", RFC 1825, Naval Research Laboratory, August
              1995.

[RFC-1826]    Atkinson, R., "IP Authentication Header", RFC 1826,
              Naval Research Laboratory, August 1995.

[RFC-1827]    Atkinson, R., "IP Encapsulating Security Protocol
              (ESP)", RFC 1827, Naval Research Laboratory, August
              1995.

[RFC-1885]    Conta, A., and S. Deering, "Internet Control Message
              Protocol (ICMPv6) for the Internet Protocol Version 6
              (IPv6) Specification", RFC 1885, Digital Equipment
              Corporation, Xerox PARC, December 1995.

[RFC-1884]    Hinden, R., and S. Deering, Editors, "IP Version 6
              Addressing Architecture", RFC 1884, Ipsilon Networks,
              Xerox PARC, December 1995.

[RFC-1191]    Mogul, J., and S. Deering, "Path MTU Discovery", RFC
              1191, DECWRL, Stanford University, November 1990.

[RFC-791]     Postel, J., "Internet Protocol", STD 5, RFC 791,
              USC/Information Sciences Institute, September 1981.

[RFC-1700]    Reynolds, J., and J. Postel, "Assigned Numbers", STD 2,
              RFC 1700, USC/Information Sciences Institute, October
              1994.

[RFC-1661]    Simpson, W., Editor, "The Point-to-Point Protocol
              (PPP)", STD 51, RFC 1661, Daydreamer, July 1994.

Case: 17-2145    Document: 90-3    Page: 112    Filed: 02/12/2018

**Appx51946**

ARISTANDCA00025746



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     **Appx52862**     CSI-CLI-00682252

**From:**    Phillip Remaker (remaker)
**To:**    Manas Moothedath
**Sent:**    11/18/2014 5:24:59 PM
**Subject:**    Re: Its Goodbye...

Arista is truly an amazing company, with some amazing people. I have a lot of very good ex Cisco friends there if you want me to put in a good word with anybody for you.

I actually met Andy B for the first time last week. He is a gentle giant and a genius. Cisco should fear whenever he treads nearby. I joked with him about it but he said that he has nothing but the utmost respect for Cisco. He's a classy guy.

I hope you will periodically check in and let me know how you're doing, and then weasel some trips to the US from them. You know, for training.

On Nov 18, 2014, at 4:04 AM, "Manas Moothedath" <manas.ping@gmail.com> wrote:

Hi Phil,

I am actually moving to Arista in Bangalore. To begin with, I shall be with the TAC again there - the main difference would be the fact that is a very small team there (5 people right now) and there are not technology divisions and just support in general.

As much as I love support, in the future - say 2/3 years ahead, I shall venture into other adjacent functions...

I fear that as the team has grown here in Bangalore, the team has grown beyond a point where I am able to contribute constructively on a day-to-day basis.

Hopefully this change would allow me to get into that phase of exciting new technologies and new experiences.

Thanks again for everything.

Cheers,
Manas

On Tue, Nov 18, 2014 at 2:29 AM, Phillip Remaker (remaker) <remaker@cisco.com> wrote:
Dear Manas,

Thank you for such kind words! Tell me more about your new adventure! I hope it is something that taps your inner passions and makes you happy to wake up every day. Life is too short to work in a shitty job.

Good luck. And if you end up in Silicon Valley, I have a few greasy burger places for you to try. Remaker@gmail.com is the best way to connect to me.

Congratulations. I wish you the best of luck.

On Nov 16, 2014, at 10:27 PM, "Manas R Moothedath (mrmoothe)" <mrmoothe@cisco.com> wrote:

Dear Phil,

Of the handful of people that I'm sending out personal notes to before I leave this week, you seem to the hardest.



EXHIBIT
415  3/30/16
Remaker

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    **Appx52990**    CSI-CLI-01334598

You have been an image that personifies what Cisco is all about for me.

Over the last 6 years, from the first time you were here discussing 'why PureDigital networks' to the multitude of discussions that we have had online and offline about technology, Raspberry Pi, Cisco and everything else holy and geekly :) I have collected some very special conversations for the future.

Each conversation has left me more excited and driven and with a certain clarity on what I want to be doing next...

This 21st (november) will be my last working day at Cisco as I'm moving on to do something new with life. There are so many thoughts and images that come to my head while I stumble for words that would do justice to what I would like to say to you but I'm coming up empty. So I'm going to simply going to say - "Thanks for being *you*"

I want to you know though, that you – for me personally is what the company *Cisco* all about and I'll always cherish these thoughts and memories.

Thanks for being a profound part of my career and life. I'll keep in touch with you and find some reason to come meet you and share a greasy burger sometime .)


Regards,
Manas

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    **Appx52991**    CSI-CLI-01334599

# ılıılı CISCO.

## Cisco Nexus 7000 Series Simplified End to End Management
### Reducing Management Complexity and Increasing Efficiency

At-A-Glance

### Powerful Integrated Toolset for Ease of Servicing

- **Control plane analyzer:** Cisco Nexus 7000 Series switch includes a built-in packet analyzer to monitor and troubleshoot control plane traffic. The packet analyzer is based on the popular Wireshark open source network protocol analyzer.

- **Flexible Cisco NetFlow:** Effective hardware-based sampling improves flow information. TCP flags are now exported as part of the flow information and are very useful in understanding TCP flow directions and detecting denial-of-service (DoS) attacks. The platform uses the flexible Cisco NetFlow command-line interface (CLI) look and feel.

- **Cisco Embedded Event Manager (EEM):** Cisco EEM is a powerful device and system management technology integrated into Cisco NX-OS. Cisco EEM enables operators to customize behavior based on network events as they happen.

- **Cisco Generic Online Diagnostics (GOLD):** Cisco GOLD is a suite of diagnostics to verify that hardware and internal data paths are operating as designed. Boot-time diagnostics, continuous monitoring, and on-demand and scheduled tests are part of the Cisco GOLD feature set. This industry-leading diagnostics subsystem allows rapid fault isolation and continuous system monitoring, critical in today's continuously operating environments.

- **Switched Port Analyzer (SPAN):** The SPAN feature allows the administrator to analyze all traffic between ports by nonintrusively directing the traffic to a SPAN destination port that has an external analyzer attached to it.

### Smart Call Home

The Smart Call Home feature (Figure 2) continuously monitors hardware and software components to provide interactive technical support. A versatile range of message formats is available for optimal compatibility with pager services, standard e-mail, and XML-based automated parsing applications. Smart Call Home combines Cisco GOLD and Cisco EEM capabilities to offer detailed diagnostics and real-time alerts, leading to faster resolution of problems. Smart Call Home is available free as part of a Cisco SMARTnet® Service contract.

### For More Information

- Smart Call Home:
  www.cisco.com/go/smartcall
- Cisco Nexus 7000 Series:
  www.cisco.com/go/nexus
- Cisco NX-OS:
  www.cisco.com/go/nxos
- Cisco Data Center Network Manager(DCNM):
  www.cisco.com/go/dcnm

Figure 2.  Smart Call Home Implementation Using Cisco EEM and Cisco GOLD



Cisco TAC

Call Home

Server Farm

Exception Log

1. Scheduled GOLD run performed
2. GOLD run returns severity result
3. Severity result in excess of EEM monitored result
4. EEM script launched
5. EEM script gracefully shuts module down
6. EEM script brings online backup module
7. EEM script generates entry in exception log-sends call home to Cisco TAC
8. Server farm continues to run while Netops performs further diagnostics

Cisco GOLD and Cisco EEM are the crucial elements of the adaptive and self-healing network and are enabled on Cisco Nexus 7000 Series  Switches to support continuous system operation.

Copyright © 2008 Cisco Systems, Inc. All rights reserved. Cisco, Cisco IOS, Cisco Systems, and the Cisco Systems logo are registered trademarks or trademarks of Cisco Systems, Inc. and/or its affiliates in the United States and certain other countries.    C45-447901-00  01/08

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

CSI-ANI-00043659.000001



Source: http://www.reuters.com/article/2010/07/22/motorola-huawei-idUSTOE66L02620100722

http://online.wsj.com/article/SB10001424052748704684604575381362665259760.html#ixzz1dycvpNAJ

35

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

CSI-ANI-00639766

EXHIBIT **1403**
Witness:
J. CHAMBERS
Date: 6-22-16
Susan Magee CSR No. 11661

EXHIBIT
**607**
Jiandani
4/29/2016  CAR





Sign In | Register

# Arista, Blade win top spot in data center switch test

## Grueling performance testing exposes weaknesses in Cisco, HP switches

   

By David Newman   Follow
Network World | Jan 18, 2010 12:00 AM PT

As data center managers consolidate and virtualize their servers, the next order of business becomes moving all that traffic. Enter top-of-rack data center switches that offer speed, scalability, redundancy, virtualization support and other features not available in garden-variety Ethernet switches.

How we tested the switches

Archive of Network World tests

Lies, Damned Lies and Latency

This test analyzes switches, each sporting at least 24 10Gigabit interfaces, from Arista Networks, Blade Network Technologies, Cisco, Dell, Extreme and HP. We compared these products 10 different ways and subjected them to three months of grueling performance tests.

While each offered some standout qualities, we're singling out Arista's DCS-7124S and Blade's G8124 as top picks. With the best combination of features and performance – especially in the areas of latency and jitter – both switches earn Clear Choice awards. The Dell and Extreme entries also fared well.

The biggest surprises came from Cisco and HP. Cisco's Nexus 5010 is the only switch tested with a complete story on data/storage convergence, and its lengthy features list includes some outstanding virtualization capabilities. But high latency, usability gremlins and multicast leakage all hampered the Nexus 5010 in this test. HP ProCurve's 6600-24XG was only a modest performer. Although it was tops in media access control (MAC) address scalability, it was the only switch not to offer line-rate throughput, either for unicast and multicast traffic.

To help compare switches, we asked vendors to complete an extensive features questionnaire (see results). While vendors responded to more than 100 questions, we'll focus here on the major differentiators.

First, though, it should be noted that we decided not to compare vendors on price because actual pricing varies so much from list price.

## Comparing basic features

The Arista, Blade and Cisco switches accept both gigabit and 10G Ethernet transceivers, a useful feature as data centers migrate from the gigabit connections found in the majority of servers today to 10G links which are likely to appear in the next year or two, especially as these begin to be embedded on server motherboards.

Cisco's Nexus 5010 is the only switch tested that offers native Fibre Channel interfaces and full Fibre Channel over Ethernet (FCoE) support. Fibre Channel options include 2G, 4G and 8G versions. All other switches can forward FCoE traffic, but that's a bit like saying an Ethernet switch supports IPv6 even though it's unaware the frames it forwards contain IPv6 headers.

All switches support redundant power supplies, and all except Extreme's offer redundant fans. The Arista and Blade designs also offer redundant out-of-band management ports. Fans in the Arista, Cisco, Dell and HP switches are hot-swappable.

Airflow is a concern in data centers, and vendors take differing approaches to keep their switches cool. The Arista, Blade and HP switches can be configured to blow air from front to back or vice-versa, depending on whether the switch faces a hot or cold row. Cisco's switch also reverses the orthodox design so that interfaces are at the back of the switch, alongside the power supplies; Cisco says this minimizes clutter.

Although data center switches that connect virtual machines will operate mainly in layer-2 switching mode, many network designs involve at least some layer-3 routing. In this test, all devices except Cisco's Nexus 5010 can route packets between subnets, either statically or using open shortest path first (OSPF). The Blade, Dell and Extreme switches also support OSPFv3 for routing of IPv6 packets.

Data center switches support failover protocols on server and inter-switch links that not only boost uptime but also may eliminate the need for other redundancy protocols such as spanning tree.

For both server and inter-switch connectivity, all switches support the use of link aggregation to bond multiple physical connections into a single logical link.

Some vendors go beyond this with supplements or replacements for spanning tree on inter-switch links. Arista's multiple link aggregation (MLAG) technology allows active/active, multi-homed connections for server and inter-switch connections, both using standard link aggregation control

protocol (LACP). Blade Networks offers HotLinks, an active/passive redundancy mechanism for inter-switch links that works with or without spanning tree.

Cisco's Nexus switches offer Virtual Port Channel (VPC), which allows definition of logical server and inter-switch links that encompass multiple physical ports. Extreme's Summit x650 supports standards-based Ethernet Automatic Protection Switching (EAPS) for active/passive failover between switches, while the HP ProCurve switch uses a proprietary active/active mesh protocol to balance loads with upstream switches.

Arista's MLAG offers the twin benefits of being standards-based (it uses LACP and thus should work with any other device that supports link aggregation) and operating in active/active mode. Of the proprietary mechanisms, Cisco's VPC also offers interesting potential for carving out multiple virtual switching and routing domains within or across multiple Nexus switches.

**To read the rest of David Newman's detailed review, click here: Storage/data convergence: Cisco stands alone**

Network World *gratefully acknowledges the test equipment vendors that supported this project. Spirent Communications supplied its Spirent TestCenter Hypermetrics 10 gigabit Ethernet test modules for this project, along with extensive engineering and logistical support from Mark Hall, Gary Hansen, Mike Kanada, Michael Lynge, Himesh Mehta, Paul Mooney, Timmons C. Player, Howard Turner and Jurrie Van Den Breekel. Thanks too to Fluke, which provided Fluke 322 and 335 clamp meters for measuring power consumption.*

Newman is a member of the Network World Lab Alliance and president of Network Test, an independent test lab and engineering services consultancy. He can be reached at dnewman@networktest.com.

NW Lab Alliance

Newman is also a member of the Network World Lab Alliance, a cooperative of the premier reviewers in the network industry each bringing to bear years of practical experience on every review. For more Lab Alliance information, including what it takes to become a member, go to www.networkworld.com/alliance.

---

**David Newman**

Newman, a Network World Test Alliance partner, isÂ president of Network TestÂ in West Lake Village, Calif. He can be reached at

  

---

> **Must read: 11 hidden tips and tweaks for Windows 10**

💬 **View Comments**

**YOU MIGHT LIKE**

Promoted Links by Taboola ▷

**Target Multiple Platforms Without Rewriting Your App**
Microsoft

**So Many Guys Are Loving This Razor, Learn Why**
Harry's

**11 Stars From Commercials - Who Are They Really?**
Definition

**Do You Binge-Watch Documentaries? You'll Love This Website**
LA Times | Curiosity Stream

**Custom Dress Shirts Has Never Been This Easy**
Proper Cloth

**San Francisco Homeowners Are Furious With Their Power Company**
Home Solar Programs

**Uber might charge you extra for making your driver wait**

**The Endless Mini $79 PC: A desktop for the masses**

**Fixing Windows 10's privacy problems**

**The Best Credit Cards Of 2016**

NextAdvisor

Copyright © 1994 - 2016 Network World, Inc. All rights reserved.

# Storage/data convergence: Cisco stands alone

## Most vendors have at least some virtualization features, including support for virtual switches

   

By David Newman    Follow
Network World  |  Jan 18, 2010 12:00 AM PT

Data center switches offer the promise of combining previously separate data and storage networks, thus reducing capital expense costs. However, the switches tested take different approaches to convergence.

Until the introduction of 10G Ethernet switches, data centers usually contained at least two separate networks: Fibre Channel for storage and Ethernet for data traffic. Faster Ethernet switches make it possible to combine traffic, perhaps by encapsulating storage traffic as FCoE or other means. But just shoving encapsulated Fibre Channel through an Ethernet port may not work well.

Fibre Channel and FCoE have stringent loss and delay requirements. Both use a credit-based system in which loss should never occur. Contrast that with Ethernet, which is stateless and doesn't attempt to retransmit lost frames. Further, Fibre Channel and FCoE require deterministic (predictable) latency and jitter; Ethernet doesn't.

To accommodate storage traffic on Ethernet, the IEEE has developed new mechanisms that aim to deliver Fibre Channel-like service levels over Ethernet. The most important of these is priority-based flow control (PFC), described in IEEE 802.1bb and supported by the Blade, Cisco and Dell switches. PFC extends Ethernet flow control to work on a per-VLAN priority basis instead of a per-port basis. One or more of those priorities can carry storage traffic.

A related mechanism is 802.1Qau congestion notification, which tells a given traffic class's transmitters to back off as queues fill. And yet another specification is DCBX, the data center bridging extensions to the logical link discovery protocol (LLDP), supported in the Blade and Cisco switches for exchanging capabilities information such as PFC support.

We didn't assess Fibre Channel or FCoE performance in this test because only Cisco's Nexus 5010 fully supports these protocols. If native support of Fibre Channel and/or FCoE are key requirements, the Nexus is the only choice in this test. (For the record, Brocade also makes a top-of-rack switch with full FCoE support, but the vendor declined to submit it for testing.)

## Virtualization support

Virtualization is probably the biggest differentiator between data center and plain-vanilla Ethernet switches. Most vendors have at least some virtualization features, including support for virtual switches.

Arista's vEOS is a virtual extension of the vendor's Linux-based operating system that ties into VMware's Vsphere management platform. It allows any switch, physical or virtual, to be managed using the same image with the same capabilities.

The Blade, Cisco and Extreme switches all keep track of attached virtual machines and migrate associated policies – such as VLAN IDs and access control lists – as the VM moves to a new host.

Blade and Cisco offer a virtual network interface card (NIC) capability, though they work in different ways. Blade's approach divides a single 10G server Ethernet connection into four virtual channels that appear as separate NICs.

Cisco Nexus switches use virtual NICs together with VN-Link and VNtag technologies to map VM policies to VMs. For Fibre Channel and FCoE connections, the Cisco Nexus switches also support mechanisms called N-port virtualization and N-port identifier virtualization to reduce the number of Fibre Channel domain IDs and map multiple IDs to a single port.

**See next part: Management and usability: Extreme goes its own way**

Return to main test.

David Newman

Newman, a Network World Test Alliance partner, isÂ president of Network TestÂ in West Lake Village, Calif. He can be reached at



Sign In | Register

Must read: 11 hidden tips and tweaks for Windows 10

💬 View Comments

YOU MIGHT LIKE

Promoted Links by Taboola ▷

**Close Deals from Anywhere! Advantages of a Mobile Sales Team [eBook]**
Salesforce

**Ugg Janie Heeled Sandal**
$139.95 - solesociety.com

**The Spouses of These Stars Will leave You Speechless**
BreakVille

**Custom Dress Shirts Has Never Been This Easy**
Proper Cloth

**San Francisco Homeowners Are Furious With Their Power Company**
Home Solar Programs

**Sign a Lease at This Mission St Luxury Building and Get $1,000***
Related Rentals

**Uber might charge you extra for making your driver wait**

**The Endless Mini $79 PC: A desktop for the masses**

**Fixing Windows 10's privacy problems**

**7 Outrageous Credit Cards If You Have Excellent Credit**

NextAdvisor

Copyright © 1994 - 2016 Network World, Inc. All rights reserved.



Sign In  |  Register

## Management and usability: Extreme goes its own way

Power consumption: Blade is most efficient

   

By David Newman   Follow
Network World  |  Jan 18, 2010 12:00 AM PT

For most switches tested, the main question when it comes to usability is "Can you speak IOS?" Every switch tested except Extreme's has a command-line interface (CLI) that resembles Cisco's. That's a smart design choice considering more network engineers are conversant in IOS than any other environment.

Surprisingly, we found the CLI in the Cisco Nexus 5010, which looks like IOS but is actually a process running on the switch's NX OS, to be less convenient in some ways than IOS itself.

For example, IOS uses one simple command to download a configuration from a TFTP server. NX OS issues a warning that the command has been deprecated, and instructs the user to execute four other commands instead. Similarly, enabling jumbo frame support requires numerous policy-map and service-policy commands, compared with a single command in some Cisco Catalyst switches. Cisco says it's fixing the TFTP issue. We're glad to hear that; this is networking made cumbersome.

On the plus side, the Linux-based NX OS is modular, so a problem with any particular process won't bring down the entire system. That's a big improvement over monolithic IOS, and should enhance stability.

Arista's EOS also runs on Linux, and does more than any other switch tested to make Linux features available to users. This isn't just piping command output to any Linux program, handy as that is. The command set also allows network managers to drop into a Bash shell and run virtually any Linux command -- including applying bug fixes without a reboot, a unique feature in this test.

Extreme's XOS is the only CLI tested not to emulate Cisco's IOS. We found XOS to be relatively simple to learn and use. That said, there were some fit-and-finish issues; for example, the switch allows swapping between primary and secondary configuration files but would not load a configuration using a different filename, even though the documentation says this is possible.

All switches tested support standard SNMP management information bases (MIB), and all except Arista's support the remote monitoring (RMON) MIB. All switches except Arista's also support at least some management methods over pure IPv6 networks. The Arista, Cisco, Extreme and HP switches also allow hierarchies of administrators to be defined with different privilege levels.

### Power consumption: Blade is most efficient

Given that electricity is a major cost for any data center, it's not surprising that networking vendors have started to focus on power efficiency.



SponsoredPost  Sponsored by HP
The Secret That Hackers Don't Want You to Know

We measured power draw in this test using four configurations: With 12 ports idle and fully loaded, and again with 24 ports idle and fully loaded. We ran the 12-port tests to determine if switches saved additional power when only some switch ports have fiber-optic transceivers in place, as often happens in initial deployments. (We used 10GBase-SR transceivers in all tests.)

To measure maximum draw, we configured a Spirent TestCenter traffic generator/analyzer to offer 64-byte frames at line rate in a fully meshed pattern. That's a highly stressful pattern, and should produce power-draw readings at or near the maximum possible for any given switch. We then used a Fluke True-RMS 335 clamp meter to measure power consumption.



The clear leader in the power-measurement tests was Blade's G8124. It drew less power in the worst case (181 watts with 24 fully loaded ports) than most other switches' best-case numbers (all other switches except Dell's drew more power in the 12-idle-ports tests). Notably, the G8124 was the only switch to use proportionately less power with fewer transceivers attached.

The Dell and then Arista switches were the next most efficient across all test cases. The Cisco and HP switches were the least efficient of the bunch.

## MAC address capacity: HP ProCurve sets the bar

MAC address capacity is a key differentiator between data center and enterprise switches. It's long been an article of faith in enterprise network design that broadcast domains – and thus the size of switches' MAC address tables – should be kept small through the use of routers and subnetting.

Virtualization changes all that. With migration tools such as VMware's Vmotion, all virtual machines must reside within the same broadcast domain. After all, a virtual machine in a given IP subnet won't be visible if it moves into a different subnet.

As a result, data center switches need large MAC address tables. In the old enterprise model, a top-of-rack switch might learn around 40 MAC addresses per server rack, plus a few MAC addresses for attached routers.

In the new data center, each server in that rack might accommodate up to 32 virtual machines (likely to rise to 50 or more using technologies such as Cisco UCS). That's 1,280 MAC addresses per rack – and in a large data center, there may be dozens or hundreds of such racks. Considering that all virtual machines need to see all others in Vmotion environments, switches may need to learn tens of thousands of addresses.

In our tests, the clear leader in MAC capacity was the HP ProCurve switch, which forwarded traffic to nearly 65,000 unique addresses without flooding, more than double the capacity of the Dell and Extreme switches, which came next. The Blade, Arista and Cisco switches all learned roughly 14,000 to 15,000 addresses.

For data center applications not involving virtualizations, any of these capacity numbers is more than adequate.

See next part: <u>Latency and jitter: Cut-through design pays off for Arista, Blade</u>

<u>Return to main test</u>

---

**David Newman**

Newman, a Network World Test Alliance partner, isÂ president of Network TestÂ in West Lake Village, Calif. He can be reached at

  

---

> Must read: 11 hidden tips and tweaks for Windows 10

💬 View Comments

YOU MIGHT LIKE

Promoted Links by Taboola ▷

**Finally, Dev Testing That Won't Get In The Way Of Coding**
Microsoft

**Ugg Janie Heeled Sandal**
$139.95 - solesociety.com

**Why Personalize a Mattress | Helix Sleep**
Helix Sleep

**Custom Dress Shirts Has Never Been This Easy**
Proper Cloth

**San Francisco Homeowners Are Furious With Their Power Company**
Home Solar Programs

Sign a Lease at This Mission St Luxury Building and Get $1,000*
Related Rentals

Uber might charge you extra for making your driver wait

The Endless Mini $79 PC: A desktop for the masses

Fixing Windows 10's privacy problems

7 Outrageous Credit Cards If You Have Excellent Credit
NextAdvisor

Copyright © 1994 - 2016 Network World, Inc. All rights reserved.



# Latency and jitter: Cut-through design pays off for Arista, Blade



By David Newman   Follow
Network World  |  Jan 18, 2010 12:00 AM PT

In many data centers, latency and jitter are the most important metrics. Even the small amounts of delay (latency) or delay variation (jitter) introduced by a switch can have a profound impact on application performance. This is different than with general enterprise switching and routing, in which speed-of-light propagation times dwarf the latency added by any given switch or router.

In contrast, devices in the data center are only a few meters apart, or less, so every microsecond counts. Also, there's often a simple business driver involved: The more transactions an organization can process in a given unit of time, the more revenue it can expect to realize.

To help reduce latency and jitter, some switches (Arista, Blade, and Cisco) use so-called cut-through switching. A cut-through device begins forwarding a frame after examining only the first 12 bytes of its Ethernet header. In contrast, a store-and-forward switch caches the entire frame before making a forwarding decision.

The Dell, Extreme and HP switches all used store-and-forward mode in these tests. Extreme's Summit x650 can be configured in either mode; Extreme's engineers opted to use store-and-forward switching in order to achieve lower latencies.

Cut-through designs typically deliver lower latency, but there are tradeoffs. The biggest issue is that cut-through switches will forward corrupted frames, since they don't wait to see if the checksum at the end of each frame is valid. A router or other store-and-forward device will keep corrupted frames from leaving the data center, but such traffic could be a problem inside the data center, especially in large broadcast domains.

Another possible concern is that relatively low latency often means relatively small buffers. This isn't a problem when moving traffic between pairs of ports operating at the same speed, but speed mismatches between ports (say, gigabit and 10G Ethernet) or congestion from many-to-one traffic patterns could cause frame loss earlier than with store-and-forward devices.

Some vendor data sheets claim lower latencies than those we measured. Those claims may be valid, but they're not necessarily the most meaningful numbers for end-users (see related story "Lies, Damned Lies and Latency").



A cut-through design clearly paid benefits for the Arista and Blade switches, which delivered far lower latency across all frame sizes than their competitors. Blade's G8124 wins bragging rights with the lowest unicast latency – 750 nanoseconds with 64-byte unicast frames – but both the Arista and Blade devices consistently posted numbers around 800 nanoseconds in other tests.

Cut-through doesn't automatically translate to low latency, as the numbers from Cisco's Nexus 5010 make amply clear. When handling small frames, the Cisco switch delivered average latency that was 20 or more times higher than some other switches' maximum delays. Moreover, its maximum latency with 64-byte frames was a staggering 181 microseconds. At line rate, that means nearly 300 frames were in flight. That would be a high delay in a gigabit Ethernet switch, let alone a 10G Ethernet device intended for data center service.

Cisco attributes the latency numbers to superframing, a technique the Nexus 5010 uses to aggregate many frames into a single large unit for switching across the unit's crossbar component. The result, Cisco says, is a design that handles both Ethernet and storage traffic (in the form of FCoE), while accommodating FCoE's need for deterministic delay (that is, delay that's predictable and with little variation, or jitter).

Certainly it's true that the Nexus 5010's large-frame latency is far lower, around 3.37 microseconds, and that jitter is also much smaller. With large frames, the Cisco switch's maximum latency was 3.45 microseconds, only 80 nanosec higher than the average. This validates Cisco's claim of delivering deterministic delay and jitter.

On the other hand, the best-case latency for the Nexus 5010 is still more than four times higher than that of the Arista or Blade switches – and maximum delays for both those switches also were around 80 nanoseconds higher than their averages too, regardless of frame size. With the Cisco switch, in contrast, superframing only limits jitter with large frames. There's a bit of apples-and-oranges in this comparison; the Nexus switch handles Fibre Channel and FCoE in addition to Ethernet, and the other switches don't. Still, the simpler Ethernet devices clearly delivered lower latency and jitter across all frame sizes.

The Extreme and HP switches both exhibited significantly higher latency with large unicast frames, especially jumbo frames. Curiously, this was not the case with Dell's PowerConnect switch, even though it uses the same store-and-forward technique as the Extreme and HP devices. Dell's switch delivered very predictable latency for unicast traffic across all frame sizes, with average delays of less than 2 microsec and maximum delays around 200 nanosec higher.



Multicast latency and jitter was virtually identical to unicast for the Arista, Blade and Dell switches. The Arista and Blade switches both achieved the lowest latencies we saw in the entire test, around 740 nanosec when handling 64-byte frames. Dell's numbers were also very consistent across all multicast frame sizes, and very similar to its unicast results.

Multicast latency for Cisco's Nexus 5010, while certainly lower than in the unicast tests, was still high vis-à-vis most other switches. Apparently superframing does not play a major role in multicast switching, since we observed relatively flat average and maximum delays across all frame sizes.

HP's ProCurve switch also turned in very different multicast latency and jitter compared with its unicast results, with higher average and maximum delays for jumbo multicast frames. This is surprising considering that the HP switch's throughput was substantially lower for multicast than for unicast traffic (latency is measured at the throughput rate).

**See next part: Link aggregation: Arista, Blade and Cisco fare best**

Return to main test.

---

**David Newman**

Newman, a Network World Test Alliance partner, isÂ president of Network TestÂ in West Lake Village, Calif. He can be reached at

  

> Must read: 11 hidden tips and tweaks for Windows 10

💬 View Comments

## YOU MIGHT LIKE

Promoted Links by Taboola ▷

Best Business Credit Cards Of 2016
NextAdvisor

San Francisco Homeowners Are Furious With Their Power Company
Home Solar Programs

San Francisco Organic Solar Panels Baffling Power Companies
Compare Solar Rebates

Sign a Lease at This Mission St Luxury Building and Get $1,000*
Related Rentals

Her Dress Dropped Jaws At The 2015 Met Gala
StyleBistro

Homeowners Who Have Not Missed A Payment in 3 Years Are In For A Big Surprise
Comparisons.org Quotes

Uber might charge you extra for making your driver wait

The Endless Mini $79 PC: A desktop for the masses

Fixing Windows 10's privacy problems

Infographic: The Mainstreaming of Climate Change
Motif Investing

Copyright © 1994 - 2016 Network World, Inc. All rights reserved.

 



Sign In | Register

## Link aggregation: Arista, Blade and Cisco fare best

By David Newman | Follow
Network World | Jan 18, 2010 12:00 AM PT

At least until the standards are done for 40G and 100G Ethernet, link aggregation will remain the preferred high-speed uplink method. Link aggregation, described in IEEE standard 802.3ad, binds multiple physical ports into a single, larger logical port – which in turns makes it easier to provision and manage high-speed flows.

Although link aggregation combines ports, it's not necessarily the case that throughput will scale linearly with port count. Fairness, or the uniformity of flow distribution across members of a link aggregation group (LAG), is always a concern.

Typically, switches inspect flow contents and use a hashing algorithm to assign each flow to a given member of a LAG. For example, every flow entering an eight-port LAG can take one of eight possible paths. A simple 3-bit hashing algorithm might inspect frame contents to determine where to assign the frame, because a 3-bit hash has eight possible outcomes. For example, the algorithm could inspect just the last 3 bits of each frame's source and destination MAC addresses to make a hashing decision.

To test the fairness of flow distribution, we configured each switch to support an eight-member LAG, and set up Spirent TestCenter to offer seven ports worth of unidirectional traffic across the LAG. The Spirent TestCenter test instrument emulated a total of 1,050 hosts, each using pseudorandom MAC addresses.

We counted the frames forwarded by each LAG member, and calculated the standard deviation of frame counts across all LAG members. We then administratively shut down one of the LAG members and again offered the same seven ports' worth of traffic across the remaining LAG members. While both the eight- and seven-port test cases measured fairness of distribution across LAG members, this second test also examined how each switch redistributes flows when LAG membership changes.

In both tests, we offered traffic at just 10% of line rate. Why? Because LAGs always introduce some unfairness of flows across LAG members, and the point of these tests is to find out how much. In situations with big disparities in frame counts between LAG members, frame loss can result if the offered load is high enough. Given the low offered load, we were confident that any disparities in frame counts were solely due to hashing across LAG members.



The results showed sizable differences between products. In the eight-port LAG case, Cisco's Nexus 5010 had the lowest standard deviation, meaning the most uniform distribution of frames across LAG members. The Dell and Arista switches were next most efficient.

In the seven-member case, the Cisco switch was about three times less uniform than in the eight-member case. And frame distributions were even more uneven for the Dell and Extreme switches, with standard deviations 11 and six times larger, respectively, than in the eight-member test case.

With the Dell and Extreme switches, if a LAG member goes away, all its flows simply migrate to one other LAG member. That led to a big jump in frame counts on that single member.

The most efficient switches in the seven-member LAG tests by far were Blade's and Arista's. Both actually improved hashing efficiency, something none of the other switches did. Arista's switch showed the least variation between eight- and seven-port cases, while the Blade switch showed the greatest improvement in the seven-port case.

**See next part:** Multicast group capacity: Extreme comes out on top

Return to main test.

---

**David Newman**

Newman, a Network World Test Alliance partner, isÂ president of Network TestÂ in West Lake Village, Calif. He can be reached at

  

---

> **Must read: 11 hidden tips and tweaks for Windows 10**

 View Comments

**YOU MIGHT LIKE**

Promoted Links by Taboola

**Best Business Credit Cards Of 2016**
NextAdvisor

**Ugg Janie Heeled Sandal**
$139.95 - solesociety.com

**Her Dress Dropped Jaws At The 2015 Met Gala**
StyleBistro

**Homeowners Who Have Not Missed A Payment in 3 Years Are In For A Big Surprise**
Comparisons.org Quotes

**This Service in San Francisco is Changing the Way People Cook at Home**
HelloFresh

**The Story Behind Your Last Name Will Surprise You**
Ancestry

**YouTube's Content ID program finally provides for ad revenue during disputes**

Is the Elio P5 the car of the future?

Why can't the FBI unlock that iPhone?

Zosia Mamet & Kat Dennings in Missadventure's Season 2 - Watch
Vanity Fair for Kate Spade

Copyright © 1994 - 2016 Network World, Inc. All rights reserved.



Sign In | Register

NETWORKWORLD

## Multicast group capacity: Extreme comes out on top

Multicast join/leave delay: Arista and Dell are swell

   

By David Newman   Follow
Network World  |  Jan 18, 2010 12:00 AM PT

*As data center managers consolidate and virtualize their servers, the next order of business becomes moving all that traffic. Enter top-of-rack data center switches that offer speed, scalability, redundancy, virtualization support and other features not available in garden-variety Ethernet switches.*

Because many data center applications today make use of IP multicast, scalability is naturally a concern. For layer-2 switched environments, the main measure of IP multicast scalability is group capacity, or the number of Internet group membership protocol (IGMP) snooping entries a switch can keep track of.

Switches snoop or listen for IGMP group membership reports and then should forward traffic only to those ports where hosts have subscribed to specific groups.

Extreme's Summit x650 was the clear leader in multicast group capacity, successfully forwarding traffic to 6,000 groups. The Arista and HP switches were next, each forwarding traffic to 2,047 groups. Cisco's Nexus was a little behind them with 2,000 groups, while the Blade and Dell switches each supported 1,024 groups.

### Multicast join/leave delay: Arista and Dell are swell

There can be real money tied to the speed at which a switch processes requests to join or leave multicast groups. Financial services companies depend on getting quotes quickly; search engine clusters need to keep synchronized for their companies to realize ad revenue; and ISPs with IPTV offerings use multicast to add and remove subscribers. For all these applications and many more, the speed of multicast group join and leave processing is a key consideration.

As with the multicast throughput and latency tests, we used 989 groups and had hosts on all receive ports join all groups. This time, however, we set aside one port as a monitor port that should neither transmit nor receive multicast traffic. This extra port was a check against flooding.

## Figure 5: Multicast join/leave delay

**TESTED WITH 989 GROUPS**



Dell's PowerConnect 8024F had the lowest average join and leave times, followed closely by the Arista and Blade switches. However, Arista's 7124S was more consistent across the board, with the least variation between average and maximum join and leave times. This is largely a function of control-plane processing power, and reflects Arista's use of a dual-core 1.8-GHz x86 CPU, a powerful processor for a top-of-rack switch.

The HP and Cisco switches had much higher join and leave delays than other devices. In the worst case, Cisco's switch took nearly 23 seconds to process a leave message for one group and averaged about 10 seconds to process each leave message. The Nexus join times were much lower, in the low hundreds of milliseconds.

Even if one assumes that leave delays are less important than join delays, there's also another issue with the Nexus switch: It leaks multicast traffic when its control plane is busy. We noticed that whenever the switch was processing responses to IGMP queries, it flooded multicast traffic to that last port – the one with no multicast subscribers, the one that never should have received multicast traffic.

**Appx53601**

Cisco says this is working-as-designed behavior. It appears that when the switch's CPU is very busy (as it is when processing responses to IGMP queries), the switch will flood multicast traffic to all ports, even those with no subscribers attached. This may be intentional, but at the same time we saw no flooding when running the same test on two Cisco Catalyst switches.

We also wondered if the multicast leakage might be just an artifact of our stress testing, but that turned out not to be the case. We still observed flooding even when we cut down the number of multicast receive ports from 22 to just one and reduced the traffic rate from line rate to 10% of line rate.

After testing concluded, Cisco reproduced the leakage issue and says it's working on a fix.

## Forward pressure: No cheaters allowed

The final set of tests looked at an area where lots of switch makers used to cheat: Forward pressure, or the practice of transmitting frames spaced too closely together. This was a big problem in the early days of Ethernet switching, when makers of half-duplex switches used to try to win collision battles by putting a frame on the wire sooner than the attached station could.

While we're long past the days of half-duplex switching, it's still important for switches not to run too fast or too slow. A too-fast switch can cause an attached host, switch or router to drop traffic. A switch that transmits too slowly may itself drop frames over time, given a buildup of traffic from a faster link partner.

The IEEE 802.3 Ethernet specification allows for some leeway in clock rates. It says every Ethernet interface must tolerate variations in clock speeds of 100 parts per million (ppm). In traffic terms, that translates to about 1,488 fps when 64-byte frames are involved. Expressed another way, 10G Ethernet devices should run at 14,880,952 fps with 64-byte frames, but it's OK if the rates are up to 1,488 fps faster or slower than that rate.

To find each switch's maximum transmission rate, we configured Spirent TestCenter to cheat. As a test instrument, it can deliberately transmit traffic with illegally small gaps between frames. Nominally, Ethernet is supposed to operate with a 12-byte gap between frames; for this test, we offered traffic with 11- and then 10-byte gaps to determine maximum forwarding rates.

All switches passed this test, meaning none forwarded traffic above the 100-ppm limit. At the same time, we observed a wide range forwarding rates within the 100-ppm tolerance. As noted in the throughput discussion, the Cisco Nexus 5010 forwarded traffic a bit slower, around 17 ppm, below line rate. The Dell switch was very close to nominal line rate, at around 2 ppm over line rate. Next fastest was the Blade switch at around 23 ppm above line rate. The Extreme and Arista switches ran the "hottest," at around 45 and 50 ppm over line rate respectively.

Return to main test

**David Newman**

Newman, a Network World Test Alliance partner, isÂ president of Network TestÂ in West Lake Village, Calif. He can be reached at



> **Must read: 11 hidden tips and tweaks for Windows 10**

 **View Comments**

## YOU MIGHT LIKE

Promoted Links by Taboola

**Download the CRM eBook and Find Success at Every Step for Your Small Business**
Salesforce

**Ugg Janie Heeled Sandal**
$139.95 - solesociety.com

**7 Outrageous Credit Cards If You Have Excellent Credit**
NextAdvisor

**Her Dress Dropped Jaws At The 2015 Met Gala**
StyleBistro

**Homeowners Who Have Not Missed A Payment in 3 Years Are In For A Big Surprise**
Comparisons.org Quotes

**Infographic: The Mainstreaming of Climate Change**
Motif Investing

YouTube's Content ID program finally provides for ad revenue during disputes

Is the Elio P5 the car of the future?

Why can't the FBI unlock that iPhone?

Find Out What Happens To Your Electricity Bill With Solar Panels
SolarForHomes

Copyright © 1994 - 2016 Network World, Inc. All rights reserved.

| AUTOMATIC DATA PROCESSING (ADP) |
|---|

**Face to Face meeting with ADP CEO Gary Butler and CIO Mike Capone**
**7/14/2011 330 pm PST**
**John' Role: This is follow up meeting to John's one on one call with Mike Capone on 5/11/2011**
**and Gary's request to get together with John.**
Briefing Prepared By: Scott Gibbs – ADP Client Executive
Mobile 908-507-8431. Office 732-635-4235

| CUSTOMER ATTENDEES | TITLE / RESPONSIBILITY | PICTURE |
|---|---|---|
| **Gary Butler** | CEO –ADP |  Courtesy of Automatic Data Processing |
| **Mike Capone** | CIO -ADP |  |
|  |  |  |
| **Executive Assistant (Name)** | **Phone Number and / or Email** |  |
| Jane Hobson | **973-974-5000** |  |

| CISCO ATTENDEES | POSITION | PICTURE |
|---|---|---|
| John Chambers | CEO Cisco |  |
| Scott Gibbs | Client Executive –ADP |  |
| Ian Pennell | SVP Cisco Small Business Executive Sponsor ADP |  |

| CISCO CONTACTS FOR JOHN TO UPDATE VIA VOICEMAIL | VOICEMAIL # |
|---|---|
| Brian Marlier | **8-894-3184** |
| Rich Wenning | **8-894-8916** |
| Will Ash | **8-894-7686** |

## ACTIVITY OVERVIEW + AGENDA

- Agenda should focus on the following:
  - *Mike Capone would like John to "Blueprint" the conversation they had and convey to Gary sharpened focus of the new Cisco around the 5 priorities. Include why John wants to stay personally close to ADP (Note he conveyed this to Mike on the last call)*

Chambers ADP Gary Butler Call February 25, 2011 Briefing Document          Page 1

EXHIBIT **1410**
Witness:
**J. CHAMBERS**
Date: 6-22-16
Susan Magee CSR No. 11661

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

**Appx53605**

CSI-ANI-00631277

- Note: Mike felt that the last conversation with John was "the best CEO conversation he has had in his entire career." He appreciated John's authenticity, enthusiasm and focus on making Cisco valuable to ADP. Mike is confident that Cisco is getting focused and will be a superior partner and wants Gary to feel the same way.
  - ADP Organization Changes - Gary Butler to discuss. (Note Carlos Rodriguez was recently appointed COO of ADP)
  - ADP's Business Opportunities with Cisco – Gary will look for John's support for new business in the tax and payroll area at Cisco. ADP is currently working with Rob Johnson and Amy Kwan on several new proposals.
  - Expansion of the Cisco ADP go to market strategy in Small Business open discussion on a deeper more cohesive play together in Small Business PEO and Healthcare verticals including LOA around offerings, distribution, resources and financial targets.

**CEO.CIO LEADERSHIP COUNCIL CONFIRMED**
**Dates: March 23-25, 2011 Kiaweh Island S. Carolina**
**Customer has confirmed.**

**JOHN and CISCO'S OBJECTIVES / MESSAGES**
  - Continue to deepen the partnership and ADP's confidence in Cisco.
  - Blueprint the message from the conversation with Mike Capone around the 5 priorities.
  - Offer support on any opportunities ADP is working with Cisco.
  - Keep momentum going with Data Center Architectures (UCS insertion) and Business Architectures (Go to Market).
  - *Note*: Mike Capone has advised us that if UCS performs well in large internal deployments he will move us to ADP's client facing cloud. This is a "bet the company" decision on Cisco-strong relationship and confidence are the key objectives.

**TOP 3 GOALS /MESSAGES JOHN SHOULD DELIVER:**
  - Cisco is all in with ADP – want to be main IT partner from Data Center to Go to Market
  - Cisco will emerge from this period as a company laser focused on the 5 priorities, best of breed technology and simple to do business with.
  - Cisco and ADP leverage work done and forge a more aggressive go to market approach.

**CUSTOMER'S OBJECTIVES:**
  - Increased confidence in Cisco's focus as ADP is contemplating much more strategic investments with Cisco
  - Seek support for ADP's effort to expand its business with Cisco
  - CEO /CIO relationship building/deepening
  - Continued efforts to find a bold way to expand our go to market business together in small business
- CUSTOMER'S TOP 5 BUSINESS OBJECTIVES
- 5 Point Strategic plan:
  - Grow Core Payroll Business
  - Differentiated HR and Business Process Outsourcing Business
  - Global Expansion
  - Enter Market Adjacencies which leverage Core Business
  - Expand Profitability with increased efficiencies

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

**Appx53606**

CSI-ANI-00631278

Case: 17-2145     Document: 90-3     Page: 143     Filed: 02/12/2018

## CUSTOMER'S TOP 5 IT OBJECTIVES
- 5 9's; Journey to a zero outage network
- Control operational costs
- Partnership with the other ADP Business areas
- Re structure network for simplification and next generation design.
- Execute on expansion of Primary Data Center

## PAST CISCO EXECUTIVE CONTACT
- Mike Capone –John Chambers 1:1 Call 5/11/2011.
- John and Gary golf with President Bush CEO CIO Summit
- Both Mike and Gary attending 2011 CEO –CIO Summit
- CEO meeting 2/23. John Chambers, Gary Butler, Gary Bridge, John Ayala ADP.
- Your 1:1 call with Gary Butler, CEO, on 11/12/2010 discussing joint go-to-market ideas
- EBC on Small Business strategy planning 1/13/2010. Ian Pennell, Jonathan Chadwick met with ADP Chief Strategy Officer Jan Sigmund and President of Small Business Segment Carlos Rodriguez.
- Rob Lloyd, Angel Mendez Strategy Roundtable with ADP Service Executives January 2010
- Rob Lloyd, Ned Hooper, Prem Jain, Padma Warrior engagement with ADP CIO, Chief Strategy Officer, President of Global/National accounts July 2010.
- CIO to CIO roundtable Mike Capone and Rebecca Jacoby July 2010
- EVP HR met with Brian Schipper July 2010
- January 2011 Ian Pennell and Angel Mendez both engaged ADP around Executive Sponsorship, Small Business and Globalization functional areas with CIO and SVP Globalization for ADP
- Current Executive Sponsor Ian Pennell.

## HOT BUTTONS:
- **ADP feels it is *the* Cloud Provider. They were doing cloud before it was hot.**
- Cisco is a 77,000 pay client for ADP – this fact will be important to Gary in the Arista discussion. Gary wants to have a good relationship with John and Cisco.
- ADP makes balance of trade an extremely important issue and has a 94% share of Payroll with Cisco. This should be part of John's discussion with Gary w/the Arista decision.
- We have good collaboration in the Go To Market area in Auto Dealer, SMB. CEO gravity would help accelerate a pilot in SMB – critical to get commitment today.
- **Note: CIO Mike Capone has recently overruled his team to award the LAN Switch deal to us vs Juniper. Providing the performance penalty term would have led him to overrule his team – who preferred Arista - in this decision. Strong best of breed orientation and ABC (Anything-but-Cisco) sentiment exists on his team.**

COMPETITIVE ISSUES:
- *Urgent Account News* – **ADP just awarded Arista its 10G DC switching expansion.** Reason given for selection is 10G functionality ADP wanted from Cisco is in the Nexus 7K F2 card – not available until November 2011 and Cisco would not commit to delivery with financial penalties for delay.
- During the Nexus v Arista negotiation  - in place of delivery penalties Cisco offered ADP:
  - An extended loan of currently available cards valued  until the F2 Card delivered
  - Services valued at  $200K in lieu of a delivery penalty

Chambers ADP Gary Butler Call February 25, 2011 Briefing Document          Page 3

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER                                     **AppX53607**                    CSI-ANI-00631279

Case: 17-2145    Document: 90-3    Page: 144    Filed: 02/12/2018

- o Pennell, McCool internally reviewed and expressed confidence in F2 Card delivery to ADP CIO Mike Capone
- ADP awarded Cisco ~$9M of Access Switching over Juniper 11/2010.
- ADP is aggressively bidding Cisco incumbent position out in Firewall, VPN, Wireless, Switching, DC Switching however, Mike Capone has been very supportive in keeping Cisco front and center and over ruling his team – most recently on Wireless, and UCS insertion.
- Cisco Awarded ADP the Global Payroll business in April 2010 - 94% of Cisco Payroll is w/ADP.
- Expect UCS trial to commence over the next 90-120 days. Large IBM installed base
- Cisco has 85,000 endpoints of UC with ADP-Dealer Services; and Avaya has 45,000 endpoints with ADP Employer Services

## CISCO'S TOP 3 BENEFITS:

- Cisco can help ADP drive to its 5 point strategic plan
- Opportunity ripe for collaborative joint Cloud go to market effort in Auto and SMB segments
- Cisco investment and innovation in DC is a perfect match to ADPs growth efforts in cloud, together we can make each other better.

## CUSTOMER BACKGROUND

- Provide Global Payroll, HR, Compliance, BPO hosted application services.
- 4 Major GTM segments – National, Major, Small Business, Dealer Services.
- 40,000 Employees (ADP nomenclature is associates).
- ~$9.8B in revenue. 2 Divisions - $8B Employer Services; $1.8B Dealer Services.
- Q2FY11 Earnings: Reported revenue growth of 9% to $2.4 billion (reported on 1/26/2011)
  - o "Employer Services' revenues grew 7% for the second quarter, 4% organically"
  - o "PEO Services' revenues increased 15% for the second quarter, all organic
  - o "Dealer Services' revenues increased 26%, 4% organically for the second quarter."

## BRIEF BACKGROUND RE LAST 12 MONTHS

- ADP selected Arista 2/18/2011 for its 10G Data Center Expansion
- IBSG engaged with ADP Small Business and Dealer Services Business Units
- Bookings Growth of 30% YOY FY09-10.
- ADP just awarded Cisco ~$9M of Access Switching over Juniper.
- Cisco Awarded ADP its Global Payroll business in April 2010.
- Engaged in strategic efforts to bundle ADP cloud offers with Cisco architectures in the ADP Employer Services Small/Medium Business Segment
- ADP Dealer Services and Cisco have a successful go to market partnership targeted at Auto and truck dealers globally. Currently collaborating to create a Next Generation Dealer 2.0 Customer experience – Joint CEO Exposure helpful to accelerate.
- Engaged with ADP Brazil in joint go to market planning.

## COMPETITIVE INSTALLED BASE

- Avaya UC
- IBM Compute
- F5 Load Balancing

Chambers ADP Gary Butler Call February 25, 2011 Briefing Document          Page 4

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER          **Appx53608**          CSI-ANI-00631280

Case: 17-2145    Document: 90-3    Page: 145    Filed: 02/12/2018

**BUSINESS REVENUE POTENTIAL**
- 2009 Bookings $35.5M
- 2010 Bookings $ 43M
- 2011 Forecast $43M (net of ADP divestitures this is 20% Growth)
- ADP is MSCP Master Level. Uses 95% + of Cisco Gear to provide managed application services to End Users
- Buys Cisco Switching, Routing, Security, Wireless, UC.
- Total Addressable Market - $100M+

**BIOS / PHOTOS OF KEY EXECUTIVES**



**Automatic Data Processing**
**Gary Butler**
**CEO**
63 Years Old
Mr. Butler became president and chief executive officer of the company on August 31, 2006. He was president and chief operating officer of the company from April 1998 to August 31, 2006. Mr. Butler is also a director of Liberty Mutual Holding Company, Inc. He was a director of CIT Group, Inc. from February 2004 to May 2009. Mr. Butler started his career at the company in 1975 and held positions of increasing responsibility across business segments culminating with his appointment as chief executive officer in 2006

**CISCO-RELATED EXPERIENCE**
- Gary and John have met several times before. Gary is fond of John and is looking forward to catching up with him. This call was arranged through the coordination of Scott Gibbs, Cisco ADP Client Executive and Mike Capone - ADP CIO.
- Gary has a generally positive feeling about Cisco as a vendor, partner and client. He is aware of our current partnership in the Dealer Vertical and would be open to discussions on how to expand it. Quality concern on some products may come up (history of problems with ACE load balancing)  He also would like to expand ADP's business with Cisco.

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER                                    **Appx53609**                    CSI-ANI-00631281

Case: 17-2145    Document: 90-3    Page: 146    Filed: 02/12/2018



**Automatic Data Processing**
**Mike Capone**
**CIO**

Mike Capone is Corporate Vice President and Chief Information Officer for Automatic Data Processing, Inc. combining a unique blend of client-facing operational experience and strong technical knowledge, Mike guides both product development and information technology. ADP's R&D organization delivers products that support more than 500,000 clients while its IT professionals are responsible for enterprise security, infrastructure, messaging, and business applications.

Under Mike's leadership as CIO, ADP has been recognized as one of the top 25 Most Influential Technology Vendors for 2009 by The Aberdeen Group.

Mike is a twenty-year veteran of ADP and has held positions in product development, information technology, and operations. Most recently, he has been Senior Vice President and General Manager of GlobalView, an award-winning multilingual, multicurrency human resources outsourcing solution. In this role, Mike led ADP's efforts to develop a global HR BPO business for large multi-national corporations in partnership with SAP.

Mike holds a Bachelor of Science Degree in Computer Science from Dickinson College and an MBA in Finance from Pace University

**CISCO-RELATED EXPERIENCE**
- Long time Cisco supporter. Has recently overruled his team's Juniper decision for enterprise switching.
- Previously, Mike was Senior VP and GM of Global View, who at the time, negotiated for ADP to become the Cisco's Global Payroll provider. He did experience frustration with Cisco because after we awarded ADP the business, we put it on hold citing no funding. Then when we received funding, Cisco then rebid the business out once again before awarding ADP the business, with performance stipulations.

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER          **Appx53610**          CSI-ANI-00631282

**Nortel Blade Server Switching**



© 2005 Nortel



1

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00055459

**Appx53611**

**Nortel Blade Server Switching**



> THIS IS **THE WAY**

## Nortel 10 Gbps Switch and Rack Switching Design Briefing

William T. Nelson, Nortel
System Architect, Blade Server Switching

Norm Strole, IBM
STSM, BladeCenter Development

1 August 2005

> THIS IS N⊘RTEL

© 2005 Nortel

2

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00055459.000001

**Nortel Blade Server Switching**



## Nortel 10 Gbps Switch Highlights

> L2-L3 functionality based on existing products with additional requirements in the area of:
  - IP Multicast
  - Access Control – LDAP
  - Improved Port Mirroring
  - IPv6 (Future)
  - Protocol based VLANs

> Management Interfaces:
  - Same as the current products
  - Additional Support for:
    - CURRENT CLI (AOS)
    - CISCO-LIKE CLI (NNCLI)

3                                    Nortel Confidential Information

© 2005 Nortel

3

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00055459.000002

**Appx53613**

**Nortel Blade Server Switching**



© 2005 Nortel

4

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00055459.000003

**Appx53614**

**Nortel Blade Server Switching**



# Nortel 10 Gbps Switch Network Connection Options

> Two 10 Gbps Cx4 Uplinks
  • Provide switch-to-switch RackSwitch interface
    • 10 Gbps cut-through mode
    • Less than 2 microseconds latency per hop
    • Auto stack discovery
  • Provide cost-effective 10 Gbps Ethernet Uplink(s)
    • Up to 15 meters via copper 4x cable
    • Dual-link aggregation (LACP, EtherChannel)

> 10 Gbps Fiber (XFP) Uplink
  • Provide longer drive distance 10 Gbps interface
  • Multiple 10 Gbps fiber uplinks from RackSwitch configuration

> 1 Gbps Copper Uplink
  • Connection to legacy networking devices
  • Out-of-band management interface
    • RackSwitch management access
    • Bypass MM interface if desired

5                                          Nortel Confidential Information

© 2005 Nortel

5

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

**Appx53615**

CSI-ANI-00055459.000004

**Nortel Blade Server Switching**



CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER                    CSI-ANI-00055459.000005

**Appx53616**

**Nortel Blade Server Switching**



## RackSwitch Design Goals

> Simple integration into the customer's network

> Implement using as many standard protocols as possible
  to minimize problems integrating into customer network

> Easy to configure multiple stacked switches

> Automatic discovery of the switches in the stack

Nortel Confidential Information

© 2005 Nortel

7

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

**Appx53617**

CSI-ANI-00055459.000006

**Nortel Blade Server Switching**



© 2005 Nortel

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00055459.000007

**Appx53618**

## Nortel Blade Server Switching



CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER                                                        CSI-ANI-00055459.000008

**Appx53619**

**Nortel Blade Server Switching**



© 2005 Nortel

10

**Nortel Blade Server Switching**



## Managing the RackSwitch

> JAVA Tool

> Each switch in the Rack has a Management IP Address

> Management Tool Discovers each device that is
  participating in the Rack:
  - Automatic discovery using a proprietary L2 Multicast Protocol
  - Database of:
    - IP Management Addresses
    - Switch Chassis Identifiers (UUIDs)
    - Bay Location

> The Rack is Managed as a single entity

11                              Nortel Confidential Information

© 2005 Nortel                                                    11

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

**Appx53621**

**Nortel Blade Server Switching**



# RackSwitch Auto Discovery Mechanism

1. RackManager or CLI initiates Auto-Discovery Request on any switch in the chain
2. Switch sends Auto-Discover request over the chain
   - Multicast request
   - Transmitted to all switches in the chain
3. Each switch responds with:
   - Multicast Reply
   - Includes:
     - IP Addresses
     - Chassis ID
     - IO Slot in Chassis
     - Neighbors
4. Auto-Discovery Sender collects the replies and generates a database with the information sending the results to the originator

100 Mbps Management LAN

Chassis Mgmt Module

© 2005 Nortel

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00055459.000011

**Appx53622**

## Nortel Blade Server Switching



CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00055459.000012

Appx53623

**Nortel Blade Server Switching**



## General Rack Design Elements

> Spanning Tree Protocol (STP) provides Loop Protection within the RackSwitch
  - Rapid STP is used for fast loop protection
  - Configuration is enabled by default and STP can be isolated to within the RackSwitch

> Chain Failover
  - Chain is defined as the Daisy-Chain of switches
  - Loss of 10 Gbps Uplink(s) will trigger the Chain Failover
  - Similar to "Trunk Failover" where the "Healthy Chain" usually provides the link to all of the chassis
  - Protocol to communicate over the daisy-chain the failover trigger (something similar to VRRP)

© 2005 Nortel

14

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00055459.000013

Appx53624

**Nortel Blade Server Switching**

## RackSwitch Chain Failover Scenarios

1. Single link in the chain is lost
   - ChainMaster sends a trap
   - STP unblocks appropriate links on chain
2. Backup uplink is lost
   - ChainMaster sends a trap
3. Active uplink is lost
   - STP unblocks alternate link
   - ChainMaster sends a trap
   - Switch with backup link becomes RackMaster
4. Loss of both uplinks
   - Failover Chain
   - New ChainMaster sends a trap
5. Loss of two links in the chain
   - Failover Chain
   - ChainMaster sends a trap
6. Loss of switch in the chain
   - Failover Chain
   - ChainMaster sends a trap



© 2005 Nortel

15

CSI-ANI-00055459.000014

**Appx53625**

**Nortel Blade Server Switching**

## L2 RackSwitch Approach
First Release Configuration Option

> Implemented using standard L2 loop blocking
- MSTP (802.1S/802.1Q-2003 Clause 13) is the preferred approach inside the stack since traffic on different VLANs can traverse the "block" in different directions to better utilize the loop
- MSTP is preferred to customer networks providing multiple active uplinks out of the Stack
- If MSTP is not used within the customer network, PVST+ provides single active uplink (blocking one or more of the uplinks)

> IP Multicast should be managed using either IGMP Snooping or Static Multicast otherwise the multicast packets are treated as broadcast packets

© 2005 Nortel

16

**Nortel Blade Server Switching**



## L2 RackSwitch Network Connections with MSTP

1. One Uplink Fails
   - MSTP moves VLAN traffic to alternate uplink
   - ChainMaster sends trap
2. Two Uplinks Fail
   - ChainMaster fails the chain over
   - ChainMaster sends a trap

Layer 2 Infrastructure

DOWN

RackSwitch

DOWN

VLAN a  VLAN b
VLAN c  VLAN d

VLAN a  VLAN b
VLAN c  VLAN d

VLAN a  VLAN b
VLAN c  VLAN d

VLAN a  VLAN b
VLAN c  VLAN d

Failover Chain

Chain 2

17

Nortel Confidential Information

© 2005 Nortel

17

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

**Appx53627**

**Nortel Blade Server Switching**



# L2 RackSwitch Network Connections with PVST+

1. Active Uplink Fails
   - ➢ PVST moves all VLAN traffic to alternate uplink
   - ➢ ChainMaster sends trap
2. Two Uplinks Fail
   - ➢ ChainMaster fails the chain over
   - ➢ ChainMaster sends a trap

Layer 2 Infrastructure

DOWN

RackSwitch

DOWN

VLAN a  VLAN b
VLAN c  VLAN d

Failover Chain

Chain 2

VLAN a  VLAN b
VLAN c  VLAN d

VLAN a  VLAN b
VLAN c  VLAN d

VLAN a  VLAN d
VLAN c  VLAN d

Nortel Confidential Information

© 2005 Nortel

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00055459.000017

**Appx53628**

**Nortel Blade Server Switching**

## L3 RackSwitch Approach
### Second Release Configuration Option

> Utilizes VRRP
  - Each VLAN should have a separate Virtual Router
  - VRRP can enable each uplink to be configured to pass traffic

> IP Multicast Traffic
  - Multicast traffic is routed between VLANs
  - Multicast information will be shared amongst all switches in the stack
  - A switch with uplink ports will act as a Master to receive and process IGMP Queries

> Default Gateways of Server Blades
  - DHCP responses are monitored and a VRRP router address replaces the default router address provided by the server
  - Simplifies blade setup because the DHCP monitoring eliminates complex manual configuration of default routers on the DHCP server

19                                    Nortel Confidential Information

© 2005 Nortel

19

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER                     **Appx53629**

CSI-ANI-00055459.000018

**Nortel Blade Server Switching**



## L3 RackSwitch Network Connections

1. One Uplink on Chain Fails
   - VRRP moves the virtual router to the best available link (taking into account the other members of the chain)
   - ChainMaster sends trap

2. Two Uplinks on Chain Fail
   - ChainMaster fails the chain over
   - VRRP moves the virtual router to the best available link
   - ChainMaster sends a trap

**Layer 2 Infrastructure**

**RackSwitch**

DOWN

DOWN

VR-1 VR-2
VR-3 VR-4

VR-1 VR-2
VR-3 VR-4

VR-1 VR-2
VR-3 VR-4

VR-1 VR-2
VR-3 VR-4

Failover Chain

Chain 2

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00055459.000019

**Appx53630**

**Nortel Blade Server Switching**

## Distributed MultiLink Trunk (DMLT) RackSwitch Approach
### Future Options Being Designed

> Permits multiple active uplinks across multiple switches to be attached a single upstream aggregation group

> All 10 Gbps uplinks can be active using L2 and Link Aggregation

> Improves redundancy
  • Eliminates STP requirement with upstream devices
  • Improved link failover times over STP implementations

> STP is still required localized to the chain

21    Nortel Confidential Information

© 2005 Nortel    21

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER    CSI-ANI-00055459.000020

**Appx53631**

**Nortel Blade Server Switching**



© 2005 Nortel

22

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00055459.000021

**Appx53632**

**Nortel Blade Server Switching**



© 2005 Nortel                                                                 23

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00055459.000022

**Appx53633**



CISCO SYSTEMS

OVERVIEW

# IP COMMUNICATIONS FOR THE SMALL OR AUTONOMOUS BRANCH OFFICE

**Deploying data and voice capabilities in a single, integrated routing platform to increase productivity, decrease costs, and lower total cost of ownership.**

Many organizations have successfully lowered their total cost of ownership and increased employee productivity by consolidating data networks and implementing networked applications. Today, business conditions are driving technology trends that extend "enterprise-like" functions to small and medium-sized offices with a continued emphasis on lowering costs, increasing return on investment, and boosting productivity.

The widely deployed, proven portfolio of Cisco® Integrated Services Routers provides data routing functions with features such as robust quality of service, network security, encryption, VPN, firewall, and intrusion detection to address the business needs of small and medium-sized offices. Cisco also has continued to introduce a wide range of network modules and interface cards that have enhanced the business value of the router. These services include content delivery, voice gateway, wireless LAN, and a variety of other capabilities.

**Figure 1.** A Complete All-In-One Solution for Routing, Security, Wireless LAN, Call Processing, Auto Attendant and Voicemail Using Cisco CallManager Express, Cisco Unity Express, Cisco Integrated Services Routers and a Full Portfolio of Cisco IP Phones



## COMPLETE FULL-SERVICE, ALL-IN-ONE SOLUTION

Today's savvy businesses are now using their Cisco small-office or branch-office router as a single, secure, integrated platform for the deployment of converged data and voice. With Cisco CallManager Express and Cisco Unity™ Express, you can quickly and easily extend the benefits of IP Communications to small- or midsized-office environments. This solution serves offices of 240 users or fewer and enables a robust set of commonly used business telephony features, voice mail, and automated-attendant capabilities.

By deploying a single platform to address all your data and voice business needs, you can streamline your operations and simplify management, maintenance, and training, resulting in lower total cost of ownership.

## COST-EFFECTIVE ADMINISTRATION

Most small or autonomous branch offices cannot justify the expense of high-level, onsite technical expertise. Because of this, Cisco offers customers the option of using the industry-standard Cisco IOS® Software command-line interface (CLI) or a Web-based graphical user interface (GUI) for configuration and administration.

All contents are Copyright © 1992–2005 Cisco Systems, Inc. All rights reserved. Important Notices and Privacy Statement.

Appx53645



EXHIBIT
1510

ARISTANDCA00009527



# IOS Software Release 12.2S

*Martin McNealis*
*IOS Technologies Group*
*mmcnealis@cisco.com*

NDA presentation –
only for AT&T

Do Not Distribute

April 30th, 2003

- I'm ... ent at
  Cis

© 2002, Cisco Systems, Inc. All rights reserved.
4858_04_2002

1



EXHIBIT

1516

5|27|16

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT Appx53653
PROTECTIVE ORDER

CSI-ANI-00252097

# Cisco IOS® Configuration Interface – The Story



Cisco.com

- **Clear demand for a powerful and flexible programmatic interface directly to Cisco IOS**

- **Cisco IOS CLI current de-facto standard**

  > Pro: powerful, complete, familiar, good for humans

  > Con: Not a good model for programmatic access, sometimes not consistent between releases, performance issues

- **SNMP available for monitoring, but unlikely to provide complete configuration capability**

- **Strong interest in XML-based approach**

Martin McNealis    Cisco Confidential

© 2002, Cisco Systems, Inc. All rights reserved.
4858_04_2002

96

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

**Appx53749**

CSI-ANI-00252193

**HEADLINE:**
The Transformative Operating System Called IOS

**SUMMARY:**
For 25 years, Cisco IOS software has made it easier for devices and the people that use them to connect and collaborate. It powers routers, switches, and the Internet, and helped create an industry—and it's not done yet.

**PULL QUOTE:**
"With IOS, Cisco was creating one from many, and that's something we still do today."
                                        *Joel Bion, SVP, Research and Advanced Development*

**MAIN TEXT:**
It is the world's leading network system software, running on an estimated 80 platforms. It is the Internet's primary circulatory system. It is Cisco IOS software, which powers the company's routers and switches.

As Cisco celebrates its 25th anniversary, it's necessary to recognize the role of IOS in the company's success. Thanks to Internetwork Operating System, its original name, Cisco's routers were an instant hit when they were introduced in 1986. Within a year, Cisco was selling about $750,000 worth of routers every month. Twenty five years later, at least 70 percent of Cisco's revenue comes from products that use Cisco IOS software.

The remarkable software had a humble beginning. For several years after the company began, it was known just as "the software"—no name, just "the software"—that ran Cisco's routers.

Its eventual name captured the new company's purpose: to create routers that enabled different computers and networks to communicate. (Back when Cisco started in the mid 1980s, there was an alphabet soup of proprietary networks, including DECnet, AppleTalk, Apollo Domain, IBM SNA, and TCP/IP.)

**Crucial Early Decisions Led to Success**
Several early decisions about how to build IOS gave it staying power and made Cisco a standout, say two of Cisco's engineering leaders: Joel Bion, SVP of Research and Advanced Development, who leads the Network Software and Service Technology Group (NSSTG) and joined Cisco 20 years ago; and Kirk Lougheed, a member of Cisco's founding team, its first engineer, the designer of IOS, and a Cisco Fellow.

First, Cisco built the IOS code base so that it was easy and quick to make it work on multiple platforms and add functions that customers desired. That let Cisco move faster than competitors.

"As we were deploying IOS in a customer's account, we'd discover some additional thing they wanted, and turn around and give it to them days later," says Bion.

Another key decision was to have IOS support bridging—at the time a common way to link computers and networks. While bridging and routing each have advantages, the manner in which IOS routes and forwards traffic solved many of the problems with bridging that caused corporate networks to crash, says Bion, and took customers away from companies that just built bridges.

Then, as now, Cisco had a very customer-centric view of the world. It came naturally to Cisco's founding team, who worked in IT support at Stanford University.

"We were very interested in whatever the customer wanted to pay for," says Lougheed. "If a customer needed something, we would figure out how to do it and then how to do it for others. We were very opportunistic."

**Providing Customers with Fleet of "Trains" Creates Maintenance Challenges**
Cisco's customer-driven practice has been a blessing but also a bit of a curse for IOS over the years.

**EXHIBIT**
1523
5/27/16
PENGAD 800-631-6989

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY         **Appx53801**                              CSI-CLI-01142111

The approach is a blessing because Cisco can and does quickly build and enhance versions (or trains, as they are called) of IOS for different markets. Keeping track of IOS trains make you feel as if you're standing in New York City's Grand Central Station. There is the IOS mainline train, the T train (which has the latest technology), the S train for service providers, the E train for enterprise customers, and the B train for IP broadband. Then there is IOS XE for ASR 1000 routers, and IOS XR for ASR 9000 and other carrier-grade routers. A recent newcomer to the station is NX-OS—the operating system for the Nexus 7000 and the virtualized data center that is based on IOS.

The curse? While IOS makes it easy to create a train, it's tough and costly for Cisco to maintain all those custom-built locomotives, says Lougheed.

The "componentization" of IOS aims to fix that. The initiative, begun in 2008, is about creating standardized sets of source code that can be shared among the different versions of IOS. It lets Cisco add functionality and fix bugs faster across platforms, while improving the quality and capability of IOS. NSSTG won a 2009 Pioneer Award in the category of productivity improvement for its IOS Component Framework.

Future plans for IOS include hosting it on top of a Linux kernel so that it can accommodate open-source and third-party software.

"If we don't have to write everything ourselves, we can move much more quickly," comments Lougheed.

### Transforming an Industry
One of IOS's biggest legacies is establishing the industry standard for how people interface with routers and switches—known as the command language interface, or CLI.

"Anyone who goes to configure a competitor's product feels very much at home," Bion says.

IOS is also part of Cisco's tradition of transformational thinking.

"The idea that all communication can be supported by homogeneous, lower-level infrastructure is so common today, but it was radical thinking 20 years ago, and it broke the paradigm of how IT organizations operate," Bion points out.

"With IOS, Cisco was creating one from many, and that's something we still do today," he adds. "Now we're integrating data, voice, and video all on the same network, and helping customers reap the benefits."

### SIDEBAR:
[insert screen cap of Kirk Lougheed video]
**Related Links**
Kirk Lougheed talks about xxxxx xxxxx.
[URL to come]

Kirk Lougheed talks about xxxxx xxxxx.
[URL to come]

Kirk Lougheed talks about xxxxx xxxxx.
[URL to come]

Visit the Cisco IOS Technologies and Systems website.
http://wwwin.cisco.com/ios/tech/

Read more about the 2009 Pioneer Award for IOS Componentization Framework.
http://wwwin.cisco.com/swg/advdev/pioneer/2009-finalists.shtml

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-01142112

## CHAMBERS 1-1 PHONE BRIEFING:
### <MICROSOFT>

**Organization Name:** Microsoft
**Date / Time / Location:  TBD, prefer no later than March 11, 2011**
Briefing Prepared By: Janet Rosebrock, OD

| CUSTOMER ATTENDEES | TITLE / RESPONSIBILITY | PICTURE |
|---|---|---|
| Kevin Turner | Chief Operations Officer | |
| **Executive Assistant (Name)** | **Phone Number and / or Email** | |
| Jane Moore | 425-707-6077 Jane.Moore@Microsoft.com | |

| CISCO ATTENDEES | POSITION | PICTURE |
|---|---|---|
| John Chambers | CEO and President | |
| | | |

| CISCO CONTACTS FOR JOHN TO UPDATE VIA VOICEMAIL | VOICEMAIL # |
|---|---|
| **Padmasree Warrior** | **424-3455** |
| **Mike Quinn** | **526-8018** |
| **Nick Adamo** | **714-4270** |
| **Janet Rosebrock** | **688-0988** |

JOHN and CISCO'S OBJECTIVES / MESSAGES (bullet points)
- Block Arista from gaining a first production deployment at MSFT in what is called the "spine" a strategic network layer in the mega scale data center.
- Background:
  - MSFT Search is on the verge of deploying a $2M investment with Arista which would represent a significant beachhead.   Search is the 'canary in the coal mine'. Azure, Office-365 and other "Online Properties" will follow.  Online is a $100M annual franchise for Cisco.

**Chambers 1-1 or Small Group Meeting: Microsoft**
Page 1 of 4 • Updated as of

**EXHIBIT**
**1620**

Palumbo

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

Appx53831

8/11/2016  C.A.R.

CSI-ANI-00631260

- Arista is outperforming Cisco on price, product, roadmap and vision. Based on multiple missed Cisco roadmap commitments in the data center MSFT feel less risk with unproven Arista.
- Cisco's 6-9 month roadmap catches up to Arista. We submitted an unsolicited and aggressive proposal to "bridge" with current solutions giving Cisco a short term CapEx advantage shifting execution risk to Cisco.
- MSFT are evaluating the proposal but Cisco must also overcome concerns about operational risk, roadmap execution, and long term commitment to serve the mega-scale data center.
- Messages:
  - Let Kevin know MSFT's data center vendor choice personally important to John
  - Assure, despite short term risks with Cisco, John will not let Cisco fail at MSFT
  - Tell Kevin John wants to do more with MSFT and looks forward to exploring in next F2F meeting March 29th at John's office in SJC
  - Remind Kevin Cisco has exited the e-mail space removing a barrier for closer working relations. Note: MSFT see mail as a commodity nevertheless our entry into the space created distance in the relationship.

## ATTENDEES' OBJECTIVES / INTERESTS (bullet points)
- **Kevin**
  - Long standing trust based relationship with John, admires Cisco, like to be closer and find a way to have a large and successful GTM.
  - "Online" is run by MSFT President Dr. Qi (pronounced CHEE) Lu. Kevin has little direct involvement and thus is unlikely to be aware of pending decision for
  - As MSFT transition their business model to online software delivery they have experienced some instability in key customer facing offerings such as Office-365, the hosted Exchange, Office and SharePoint solution. 6 months ago Kevin asked John's help in stabilizing Office-365. Mike Quinn led the successful effort
-

## PAST CISCO EXECUTIVE CONTACT (bullet points)
Past Cisco Executive Contact:
- Kevin/Mike Quinn
  - Touch base every 60 days on Office365 Stability, other general developments between the companies. Last contact March 2011
  - F2F quarterly at MSFT Retail store openings
- Tony Scott, CIO/Rebecca Jacoby
  - Meet quarterly. Last contact March 2011. Discuss how the respective IT organizations can promote "better together" Tony not involved with Search.
- Dr. Lu/Mike Quinn
  - Introductory meeting on Office365 Stability Initiative, November 2010
- Kurt Delbene, President Office/Padmasree
  - Introductory meeting, November 2010 Delbene succeeded Elop and Padmasree manages the 'compete' aspect of the relationship succeeding Bates.
- Bob Muglia, President Server and Tools/Kathy Hill
  - Executive QBR Sept 2010

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT Appx53832                    CSI-ANI-00631261
PROTECTIVE ORDER

- Various meetings with SAVBU leadership - Prem Jain, Soni Jiandani, Ed Bungion

**CUSTOMER HOT BUTTONS**
- Kevin may not understand Cisco's intense interest in this business as Arista is positioning it as a minor installation. May suggest Cisco will be welcome to compete for future data center business when our next generation products are shipping.
- Cisco's Enterprise Agreement (MSFT software license) is up for renewal June 2011. Kevin may want assurance Cisco intends to renew

**CHAMBERS CUSTOMER MEETING BACKGROUND: <ORGANIZATION**
**CUSTOMER BACKGROUND (topline snapshot of the company)**
- Number of Employees: 93,000 employees
- Sales / Revenue / Profits: $62B total revenue (full year 2010)
- Position in Industry (Market Share / Strengths / Weaknesses): largest software business WW
- Geographical Coverage / Customer Base: Operations in 100+ countries
- Top Competitors: IBM, Oracle, SAP, Apple, Google, Amazon.com

**BRIEF BACKGROUND RE LAST 12 MONTHS**
- Successful integration of Yahoo! Search workload, MSFT Search is taking share
- Mobile alliance with Nokia will drive Search growth
- Successful launch of retail initiative where Cisco is a key partner
- Office365 very successful. Kevin expects to have 90% of the Fortune 500 by YE

**CISCO INSTALLED BASE $500M**
- Primary switching provider for MSFT Online, a $100M annual franchise
- E2E network provider for Microsoft IT – except load balancing and wireless
- Early adopter of UCS, with $10M install base

**COMPETITIVE INSTALLED BASE**
- Juniper owns Online network core and Online security Franchise
- Aruba owns corporate wireless
- F5 owns corporate load balancing
- MSFT use own collaboration technology, use Cisco for Call Center

**BUSINESS REVENUE POTENTIAL (bullet points)**
- Average $125M last 3 years
- $500M annual server spend. TAM for Cisco if compete for commodity servers
- GTM potential in enterprise data center and video

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT **Appx53833**    CSI-ANI-00631262
PROTECTIVE ORDER

## ATTENDEE BIOS / PICTURES (bullet points)

As Microsoft's chief operating officer, Kevin Turner is responsible for the strategic and operational leadership of Microsoft's worldwide sales, marketing, and services organization. Turner leads a global organization of over 43,000 employees, including field sales and marketing professionals who delivered over US$62 billion in revenue during fiscal 2010. In addition to driving sales and marketing programs, Turner manages the online advertising sales organization and corporate support organizations, including product and customer support services, branding, advertising, public relations, marketing research and relationship marketing. Turner also oversees corporate operations and internal Information Technology that support the work of Microsoft's over 90,000 plus employees around the world.

In 2009, Turner also led and spearheaded Microsoft's entry into the Retail Stores business and he has global accountability for this newly created business division.

Along with Microsoft Chief Executive Officer Steve Ballmer and other senior executives, Turner serves on the Senior Leadership Team that sets the overall strategy and direction for Microsoft.

Prior to Microsoft, Turner worked nearly 20 years at Wal-Mart Stores Inc., where he started as a cashier while going to college. Upon graduating from college he held various leadership positions within Wal-Mart including most recently as president and chief executive officer of SAM'S CLUB, with over 46 million members and over $37.1 billion USD in annual sales. Before this role, Turner worked for 13 years in Wal-Mart's IT department, where he reached the level of executive vice president and chief information officer, overseeing all information systems and IT operations for the company worldwide.

In 1995 at the age of 29, Turner became the youngest corporate officer ever named at Wal-Mart and in 1997 while having worldwide responsibility for all Application Development and Support at Wal-Mart, Turner became the recipient of the first "Sam M. Walton - Entrepreneur Of The Year" Award, which is the highest honor given at Wal-Mart and is determined by the Walton Family.

Turner has also received various selected honors including; TIME Magazine - People To Watch In International Business, FORTUNE Magazine - #4 Top 10 Most Influential on 40 Under 40, Business 2.0 - The 20 Young Exec's You Need To Know, 20/20 Vision Award, CIO 100 Award, and in 2007, he was named to the CIO Hall Of Fame by CIO Magazine, as well as listed fifth on CRN Magazine's Top 25 Most Innovative Executives. Additionally, Turner serves on the Nordstrom Inc. Board of Directors.

Turner graduated in 1987 from East Central University in Ada, Okla., with a Bachelor of Science degree in Management where he was also the Distinguished Alumnus in 2003. Turner lives in Bellevue WA., with his wife and 3 children.

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER    Appx53834    CSI-ANI-00631263

# AMENDED APPENDIX H.BR - Brocade Usage of Disputed CLI Commands

| Disputed Cisco Command | Brocade Command Syntax | Bates Number of Brocade Manual |
|---|---|---|
| aaa accounting | aaa accounting exec default start-stop none [no] aaa accounting exec default start-stop radius \| tacacs+ \| none | ARISTANDCA_BROCADE01785618, ARISTANDCA_BROCADE00062898 |
| aaa authentication login | aaa authentication login { default \| ldap \| local \| radius { local \| local-auth-failback } \| tacacs+ { local \| local-auth-failback } } | ARISTANDCA_BROCADE01785618 |
| address-family | address-family { ipv4 \| ipv6 } no address-family { ipv4 \| ipv6 } | ARISTANDCA_BROCADE01785618 |
| aggregate-address | aggregate-address { *ip-addr ip-mask* \| *ipv6-addr ipv6-mask* } [ advertise-map *map-name* ] [ as-set ] [ attribute-map map-name ] [ summary-only ] [ suppress-map map-name ] | ARISTANDCA_BROCADE01785618 |
| area nssa | area { *A.B.C.D* \| *decimal* } nssa { *metric* [ no-summary ] \| default-information-originate } | ARISTANDCA_BROCADE01785618 |
| area nssa (OSPFv3) | area { IPv6 address \| decimal } nssa { metric [ default-information-originate [ metric num ] [ metric- type { type-1 \| type-2 } ] ] [ no-redistribution ] [ no-summary ] [ translator-always ] [ translator- interval interval ] | ARISTANDCA_BROCADE01785618 |
| area nssa default-information-originate | area { *A.B.C.D* \| *decimal* } nssa { *metric* [ no-summary ] \| default-information-originate } | ARISTANDCA_BROCADE01785618 |
| area nssa default-information-originate (OSPFv3) | area { IPv6 address \| decimal } nssa { metric [ default-information-originate [ metric num ] [ metric- type { type-1 \| type-2 } ] ] [ no-redistribution ] [ no-summary ] [ translator-always ] [ translator- interval interval ] | ARISTANDCA_BROCADE01785618 |
| area range | area { *A.B.C.D* \| *decimal* } range *E.F.G.H I.J.K.L* [ advertise \| not-advertise ] [ cost *cost_value* ] | ARISTANDCA_BROCADE01785618 |
| area range (OSPFv3) | area { IPv6 address \| decimal } range ipv6 address/mask [ advertise \| not-advertise ] [ cost_ cost_value ] | ARISTANDCA_BROCADE01363517 |
| area stub | area { *A.B.C.D* \| *decimal* } stub *metric* [ no-summary ] | ARISTANDCA_BROCADE01785618 |
| area stub (OSPFv3) | area { *A.B.C.D* \| *decimal* } stub *metric* [ no-summary ] | ARISTANDCA_BROCADE01785618 |
| banner login | banner login *message* | ARISTANDCA_BROCADE01785618 |
| banner motd | banner motd *message* | ARISTANDCA_BROCADE01785618 |
| bfd all-interfaces | bfd all-interfaces all-vrfs | ARISTANDCA_BROCADE1530651 |
| bgp redistribute internal | bgp-redistribute-internal | ARISTANDCA_BROCADE01785618 |
| boot system | boot system flash { primary \| secondary } [ yes ] | ARISTANDCA_BROCADE01363517 |
| channel-group | channel-group number mode { active \| passive \| on } [ type { standard \| brocade } ] | ARISTANDCA_BROCADE01785618 |
| clear arp-cache | clear arp-cache [interface interface-type interface-number [no-refresh]] [[ip ip-address [no-refresh] \| [no-refresh]] | ARISTANDCA_BROCADE01689556 |
| clear counters | clear counters { access-list \| ip6 \| mac } { all \| interface { fcoe [*vn-number* \| all ] \| port-channel *number* \| fibrechannel *rbridge-id/slot/port* \|*N>* gigabitethernet *rbridge-id/slot/port* ] \| slot-id *slot-id* \| vlan *vlan_id* } \| storm-control ] | ARISTANDCA_BROCADE01785618 |
| clear ip msdp sa-cache | clear ip msdp [ vrf vrf-name ] sa-cache [ ip-addr ] | ARISTANDCA_BROCADE01363517 |
| clear ip ospf neighbor | clear ip ospf neighbor { *A.B.C.D* \| all } | ARISTANDCA_BROCADE01785618 |
| clear mac-address-table dynamic | clear mac-address-table dynamic [ address*mac_address* \| interface *<N>* gigabitethernet *rbridge-id/slot/port* \| vlan *vlan_id* ] | ARISTANDCA_BROCADE01785618 |
| clear spanning-tree counters | clear spanning-tree counter [ interface { port-channel*number* \| *<N>* gigabitethernet *rbridge-id/slot/port* ] | ARISTANDCA_BROCADE01785618 |
| clock set | clock set *CCYY-MM-DDTHH:MM:SS* [ rbridge-id { *rbridge-Id* \| all } ] | ARISTANDCA_BROCADE01785618 |
| clock timezone | clock timezone *region/city* [ rbridge-id { *rbridge-Id* \| all } ] | ARISTANDCA_BROCADE01785618 |
| default-information originate (OSPF) | area { *A.B.C.D* \| *decimal* } nssa { *metric* [ no-summary ] \| default-information-originate } | ARISTANDCA_BROCADE01785618 |
| default-information originate (OSPFv3) | area { *IPv6 address* \| *decimal* } nssa [ *metric* \| default-information-originate [ metric *num* ] [ metric- type { type-1 \| type-2 } ] [ no-redistribution ] [ no-summary ] [ translator-always ] [ translator- interval *interval* ] | ARISTANDCA_BROCADE01785618 |
| default-metric (OSPF) | default-metric *metric* | ARISTANDCA_BROCADE01785618 |
| default-metric (OSPFv3) | default-metric *metric* | ARISTANDCA_BROCADE01785618 |
| domain-id | domain-id  | ARISTANDCA_BROCADE00062898 |
| dot1x port-control | dot1x port-control { auto \| force-authorized \| force-unauthorized } | ARISTANDCA_BROCADE01785618 |
| dot1x reauthentication | dot1x reauthentication | ARISTANDCA_BROCADE01785618 |
| dot1x timeout reauth-period | dot1x timeout re-authperiod seconds | ARISTANDCA_BROCADE01785618 |
| dot1x timeout tx-period | dot1x timeout tx-period *seconds* | ARISTANDCA_BROCADE01785618 |
| errdisable recovery cause | errdisable recovery cause { all \| cause } | ARISTANDCA_BROCADE01363517 |
| errdisable recovery interval | errdisable recovery interval time | ARISTANDCA_BROCADE01363517 |
| interface ethernet | interface { fibrechannel *rbridge-id/slot/port* \| fcoe *vn-number/rbridge-id/front-port-number* \| *<N>* gigabitethernet rbridge-id/slot/port \| port-channel number \| vlan vlan_id } | ARISTANDCA_BROCADE01785618 |
| interface loopback | interface loopback *port_number* | ARISTANDCA_BROCADE01785618 |
| interface port-channel | interface { fibrechannel *rbridge-id/slot/port* \| fcoe *vn-number/rbridge-id/front-port-number* \| *<N>* gigabitethernet rbridge-id/slot/port \| port-channel number \| vlan vlan_id } | ARISTANDCA_BROCADE01785618 |
| interface vlan | interface { fibrechannel *rbridge-id/slot/port* \| fcoe *vn-number/rbridge-id/front-port-number* \| *<N>* gigabitethernet rbridge-id/slot/port \| port-channel number \| vlan vlan_id } | ARISTANDCA_BROCADE01785618 |
| ip access-group | ip access-group *ACLname* { in \| out } [ switched \| routed ] | ARISTANDCA_BROCADE01785618 |
| ip access-list | p access-list { standard \| extended } *ACLname* | ARISTANDCA_BROCADE01785618 |
| ip access-list standard | p access-list { standard \| extended } *ACLname* | ARISTANDCA_BROCADE01785618 |
| ip address | ip address *ip-address/mask* [ secondary ] [ { ospf-ignore \| ospf-active } ] | ARISTANDCA_BROCADE01785618 |
| ip as-path access-list | ip as-path access-list *string* [ seq *seq-value* ] { deny *regular-expression* \| permit *regular-expression* } | ARISTANDCA_BROCADE01785618 |
| ip community-list standard | ip community-list standard *community-list-name* { deny { *community-number* \| *AA:NN* } \| permit *community-number* } [ seq *seq-value* ] { internet \| local-as \| no-advertise \| no-export } | ARISTANDCA_BROCADE01785618 |

# AMENDED APPENDIX H.BR - Brocade Usage of Disputed CLI Commands

| | | |
|---|---|---|
| ip domain lookup | [no] ip domain-lookup <ip-address> | <host-name> | ARISTANDCA_BROCADE00062898 |
| ip domain-name | ip domain-name name | ARISTANDCA_BROCADE00571651 |
| ip helper-address | ip helper-address address-number [ ip-address [ unicast ] ] | ARISTANDCA_BROCADE01363517 |
| ip icmp redirect | ip icmp redirect | ARISTANDCA_BROCADE01785618 |
| ip igmp last-member-query-interval | ip igmp last-member-query-interval milliseconds | ARISTANDCA_BROCADE01785618 |
| ip igmp query-interval | ip igmp query-interval seconds | ARISTANDCA_BROCADE01785618 |
| ip igmp query-max-response-time | ip igmp query-max-response-time seconds | ARISTANDCA_BROCADE01785618 |
| ip igmp static-group | ip igmp static-group A.B.C.D | ARISTANDCA_BROCADE01785618 |
| ip igmp version | ip igmp version | ARISTANDCA_BROCADE01363517 |
| ip load-sharing | ip load-sharing | ARISTANDCA_BROCADE01785618 |
| ip multicast boundary | ip multicast-boundary [ prefix-list ] | ARISTANDCA_BROCADE01785618 |
| ip multicast-routing | ip multicast-routing optimization oif-list all    ip multicast-routing load-sharing [ rebalance ] | ARISTANDCA_BROCADE01363517 AND ARISTANDCA_BROCADE1530651 |
| ip nat pool | [no] ip nat pool <pool-name> <start-ip> <end-ip> netmask <ip-mask> | prefix-length <length> [type match-host | rotary] | ARISTANDCA_BROCADE00062898 |
| ip nat translation tcp-timeout | [no] ip nat translation timeout | udp-timeout | tcp-timeout | finrst-timeout | dns-timeout <secs> | ARISTANDCA_BROCADE00062898 |
| ip nat translation udp-timeout | ip nat translation timeout | udp-timeout | tcp-timeout | finrst-timeout | dns-timeout <secs> | ARISTANDCA_BROCADE00062898 |
| ip ospf authentication-key | ip ospf authentication-key { 0 password | 2 password | 255 password | password } | ARISTANDCA_BROCADE01785618 |
| ip ospf cost | ip ospf cost value | ARISTANDCA_BROCADE01785618 |
| ip ospf dead-interval | ip ospf dead-interval interval | ARISTANDCA_BROCADE01785618 |
| ip ospf hello-interval | ip ospf hello-interval interval | ARISTANDCA_BROCADE01785618 |
| ip ospf network | ip ospf network { broadcast | point-to-point } | ARISTANDCA_BROCADE01785618 |
| ip ospf priority | ip ospf priority value | ARISTANDCA_BROCADE01785618 |
| ip ospf retransmit-interval | ip ospf retransmit-interval rtx-int | ARISTANDCA_BROCADE01785618 |
| ip ospf transmit-delay | ip ospf transmit-delay tx-delay | ARISTANDCA_BROCADE01785618 |
| ip pim dr-priority | ip pim dr-priority priority-value | ARISTANDCA_BROCADE01785618 |
| ip prefix-list | ip prefix-list name { [ deny ip-prefix/prefix-length | permit ip-prefix/prefix-length ] ge ge-value [ le le- value ] ] | seq sequence-number } | ARISTANDCA_BROCADE01785618 |
| ip proxy-arp | ip proxy-arp | ARISTANDCA_BROCADE01785618 |
| ip radius source-interface | ip radius source-interface { ethernet stack-id/slot/port | loopback number | management number | ve number } | ARISTANDCA_BROCADE01363517 |
| ip route | ip route A.B.C.D/L A.B.C.D [ metric ] [ distance distance ] [ tag tag ]   ip route A.B.C.D/L { <N>gigabitethernet slot/port ve vlan_id } [ metric ] [ distance distance ] [ tag tag ] ip route A.B.C.D/L null slot/port [ metric ] [ distance distance ] [ tag tag ] | ARISTANDCA_BROCADE01785618 |
| ip tacacs source-interface | ip tacacs source-interface { ethernet stack-id/slot/port | loopback number | management number | ve number } | ARISTANDCA_BROCADE01363517 |
| ipv6 access-list | ipv6 access-list { standard | extended } ACLname | ARISTANDCA_BROCADE01785618 |
| ipv6 address | ipv6 address ipv6-prefix/prefix-length [ secondary ] | ARISTANDCA_BROCADE01785618 |
| ipv6 enable | ipv6 enable | ARISTANDCA_BROCADE01363517 |
| ipv6 access-group | ipv6 access-group ACLname [ in | out ] [ switched | routed ] | ARISTANDCA_BROCADE01785618 |
| ipv6 nd managed-config-flag | ipv6 nd managed-config-flag | ARISTANDCA_BROCADE01785618 |
| ipv6 nd ns-interval | ipv6 nd ns-interval seconds | ARISTANDCA_BROCADE01785618 |
| ipv6 nd other-config-flag | ipv6 nd other-config-flag | ARISTANDCA_BROCADE01785618 |
| ipv6 nd ra interval | ipv6 nd ra-interval max-value  min min-value | ARISTANDCA_BROCADE01785618 |
| ipv6 nd ra lifetime | ipv6 nd ra-lifetime seconds | ARISTANDCA_BROCADE01785618 |
| ipv6 nd reachable-time | ipv6 nd reachable-time milli seconds | ARISTANDCA_BROCADE01785618 |
| ipv6 neighbor | ipv6 neighbor ipv6address MACaddress | ARISTANDCA_BROCADE01785618 |
| ipv6 ospf area | ipv6 ospf area area-id | ipv6-addr | ARISTANDCA_BROCADE01785618 |
| ipv6 ospf cost | ipv6 ospf cost value | ARISTANDCA_BROCADE01785618 |
| ipv6 ospf dead-interval | ipv6 ospf dead-interval interval | ARISTANDCA_BROCADE01785618 |
| ipv6 ospf hello-interval | ipv6 ospf hello-interval interval | ARISTANDCA_BROCADE01785618 |
| ipv6 ospf network | ipv6 ospf network { broadcast | point-to-point } | ARISTANDCA_BROCADE01785618 |
| ipv6 ospf priority | ipv6 ospf priority value | ARISTANDCA_BROCADE01785618 |
| ipv6 ospf retransmit- interval | ipv6 ospf retransmit-interval interval | ARISTANDCA_BROCADE01785618 |
| ipv6 ospf transmit-delay | ipv6 ospf transmit-delay value | ARISTANDCA_BROCADE01785618 |
| ipv6 prefix-list | ipv6 prefix-list name { [ deny ipv6-prefix/prefix-length | permit ipv6-prefix/prefix-length ] ge ge-value [ le le-value ] ] | seq sequence-number } | ARISTANDCA_BROCADE01785618 |
| ipv6 route | ipv6 route dest-ipv6-prefix/prefix-length {next-hop-ipv6-address | link-local-next-hop-ipv6-address } | <N> gigabitethernet slot/port | null 0 | ve vlan_id } [ metric ] [ distance number ] [ tag tag ] ipv6 route ipv6-prefix/prefix-length next-hop-vrf vrf_name next-hop-ipv6-address | ARISTANDCA_BROCADE01785618 |
| ipv6 router ospf | ipv6 router ospf [ vrf name ] | ARISTANDCA_BROCADE01785618 |
| ipv6 unicast-routing | ipv6 unicast-routing | ARISTANDCA_BROCADE01363517 |
| isis hello-interval | [no] isis hello-interval <num> [level-1-only | level-2-only] | ARISTANDCA_BROCADE00062898 |
| isis hello-multiplier | [no] isis hello-multiplier <num> [level-1-only | level-2-only] | ARISTANDCA_BROCADE00062898 |
| isis metric | You can change the metric value for a specific interface using the isis metric command or the isis ipv6 command. The isis metric command configuration takes precedence over the default-link metric value  command configuration. | ARISTANDCA_BROCADE1530651 |
| isis passive | [no] isis passive | ARISTANDCA_BROCADE00062898 |
| isis priority | [no] isis priority <num> [level-1-only | level2-only] | ARISTANDCA_BROCADE00062898 |
| is-type | [no] is-type level-1-only | level-1-2 | level-2-only | ARISTANDCA_BROCADE00062898 |
| lacp port-priority | lacp port-priority value | ARISTANDCA_BROCADE01785618 |

# AMENDED APPENDIX H.BR - Brocade Usage of Disputed CLI Commands

| | | |
|---|---|---|
| lacp system-priority | lacp system-priority *value* | ARISTANDCA_BROCADE01785618 |
| lldp run | lldp run  no lldp run | ARISTANDCA_BROCADE01363517 |
| load-interval | statistics-load-interval { seconds | accumulated }<br>load-interval <interval> | ARISTANDCA_BROCADE01530651,<br>ARISTANDCA_BROCADE00062898 |
| logging host | logging host { ipv4-addr | server-name | ipv6 ipv6-addr } { udp-port number } | ARISTANDCA_BROCADE01363517 |
| log-adjacency-changes (IS-IS) | [no] log-adjacency-changes | ARISTANDCA_BROCADE00062898 |
| mac access-group | mac access-group *ACLname* { in | out } { switched | routed } | ARISTANDCA_BROCADE01785618 |
| mac-address-table aging-time | mac-address-table { aging-time *seconds* | conversational *aging_time* | learning-mode conversational } | ARISTANDCA_BROCADE01785618 |
| mac-address-table static | mac-address-table static *mac-addr* forward <N> gigabitethernet *rbridge-id/slot/port* | port-channel *number* | vlan *vlan_id* } | ARISTANDCA_BROCADE01785618 |
| maximum-paths | maximum-paths *num* | use-load-sharing | ARISTANDCA_BROCADE01785618 |
| maximum-paths (OSPFv3) | maximum-paths *num* no maximum-paths | ARISTANDCA_BROCADE01785618 |
| neighbor activate | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } activate | ARISTANDCA_BROCADE01785618 |
| neighbor default-originate | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } default-originate [ route-map *map-name* ] | ARISTANDCA_BROCADE01785618 |
| neighbor description | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } description *string* | ARISTANDCA_BROCADE01785618 |
| neighbor ebgp-multihop | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } ebgp-multihop [ *max-hop-count* ] | ARISTANDCA_BROCADE01785618 |
| neighbor local-as | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } local-as *num* [ no-prepend ] | ARISTANDCA_BROCADE01785618 |
| neighbor next-hop-self | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } next-hop-self [ always ] | ARISTANDCA_BROCADE01785618 |
| neighbor password | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } password *string* | ARISTANDCA_BROCADE01785618 |
| neighbor peer-group (assigning members) | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } peer-group *string* | ARISTANDCA_BROCADE01785618 |
| neighbor peer-group (creating) | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } { activate |advertisement-interval | allows-in | as-override | capability | capability orf prefixlist default-originate | |description | ebgp-multihop | enforce-first-as | filter-list |local-as | maxas-limit in | maximum-prefix |next-hop- self | password | peer-group | prefix-list |remote-as | remove-private-as | route-map |route-reflector-client |send-community |shutdown | soft-reconfiguration | static-network-edge | timers | unsuppress-map | update-sourceweight } | ARISTANDCA_BROCADE01785618 |
| neighbor remote-as | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } { activate |advertisement-interval | allows-in |as-override | capability as4 | capability orf prefixlist default-originate | |description | ebgp-multihop | enforce-first-as | filter-list |local-as | maxas-limit in | maximum-prefix |next-hop- self | password | peer-group | prefix-list |remote-as | remove-private-as | route-map |route-reflector-client |send-community |shutdown | soft-reconfiguration | static-network-edge | timers | unsuppress-map | update-sourceweight } | ARISTANDCA_BROCADE01785618 |
| neighbor remove-private-as | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } { activate |advertisement-interval | allows-in |as-override | capability as4 | capability orf prefixlist default-originate | |description | ebgp-multihop | enforce-first-as | filter-list |local-as | maxas-limit in | maximum-prefix |next-hop- self | password | peer-group | prefix-list |remote-as | remove-private-as | route-map |route-reflector-client |send-community |shutdown | soft-reconfiguration | static-network-edge | timers | unsuppress-map | update-sourceweight } | ARISTANDCA_BROCADE01785618 |
| neighbor route-map | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } route-map { in *string* | out *string* } | ARISTANDCA_BROCADE01785618 |
| neighbor route-reflector-client | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } route-reflector-client | ARISTANDCA_BROCADE01785618 |
| neighbor send-community | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } { activate |advertisement-interval | allows-in |as-override | capability as4 | capability orf prefixlist default-originate | |description | ebgp-multihop | enforce-first-as | filter-list |local-as | maxas-limit in | maximum-prefix |next-hop- self | password | peer-group | prefix-list |remote-as | remove-private-as | route-map |route-reflector-client |send-community |shutdown | soft-reconfiguration | static-network-edge | timers | unsuppress-map | update-sourceweight } | ARISTANDCA_BROCADE01785618 |
| neighbor shutdown | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } { activate |advertisement-interval | allows-in |as-override | capability as4 | capability orf prefixlist default-originate | |description | ebgp-multihop | enforce-first-as | filter-list |local-as | maxas-limit in | maximum-prefix |next-hop- self | password | peer-group | prefix-list |remote-as | remove-private-as | route-map |route-reflector-client |send-community |shutdown | soft-reconfiguration | static-network-edge | timers | unsuppress-map | update-sourceweight } | ARISTANDCA_BROCADE01785618 |
| neighbor soft-reconfiguration | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } { activate |advertisement-interval | allows-in |as-override | capability as4 | capability orf prefixlist default-originate | |description | ebgp-multihop | enforce-first-as | filter-list |local-as | maxas-limit in | maximum-prefix |next-hop- self | password | peer-group | prefix-list |remote-as | remove-private-as | route-map |route-reflector-client |send-community |shutdown | soft-reconfiguration | static-network-edge | timers | unsuppress-map | update-source weight } | ARISTANDCA_BROCADE01785618 |

# AMENDED APPENDIX H.BR - Brocade Usage of Disputed CLI Commands

| | | |
|---|---|---|
| neighbor timers | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } { activate |advertisement-interval | allowas-in |as-override | capability as4 | capability orf prefixlist default-originate ||description | ebgp-multihop | enforce-first-as | filter-list |local-as | maxas-limit in | maximum-prefix |next-hop- self | password | peer-group | prefix-list |remote-as | remove-private-as | route-map |route-reflector-client |send-community |shutdown | soft-reconfiguration | static-network-edge | timers | unsuppress-map | update-source weight } | ARISTANDCA_BROCADE01785618 |
| neighbor update-source | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } { activate |advertisement-interval | allowas-in |as-override | capability as4 | capability orf prefixlist default-originate ||description | ebgp-multihop | enforce-first-as | filter-list |local-as | maxas-limit in | maximum-prefix |next-hop- self | password | peer-group | prefix-list |remote-as | remove-private-as | route-map |route-reflector-client |send-community |shutdown | soft-reconfiguration | static-network-edge | timers | unsuppress-map | update-source weight } | ARISTANDCA_BROCADE01785618 |
| neighbor weight | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } { activate |advertisement-interval | allowas-in |as-override | capability as4 | capability orf prefixlist default-originate ||description | ebgp-multihop | enforce-first-as | filter-list |local-as | maxas-limit in | maximum-prefix |next-hop- self | password | peer-group | prefix-list |remote-as | remove-private-as | route-map |route-reflector-client |send-community |shutdown | soft-reconfiguration | static-network-edge | timers | unsuppress-map | update-sourceweight } | ARISTANDCA_BROCADE01785618 |
| no snmp-server | no snmp-server community *string* [ groupname *group-name* ] [ ipv4-acl *standard-ipv4-acl-name* ] | ipv6-acl *standard-ipv6-acl-name* ] | ARISTANDCA_BROCADE01785618 |
| ntp authentication-key | ntp authentication-key *key-id* {md5 *md5-string* | sha1 *sha1-string* }encryption-level *enc_value* | ARISTANDCA_BROCADE01785618 |
| ntp server | ntp server *ip-address* [ key *key-id* ] | ARISTANDCA_BROCADE01785618 |
| private-vlan | private-vlan [ isolated | community | primary ] | ARISTANDCA_BROCADE01785618 |
| radius-server host | radius-server host { *ip-address* | *host_name* } [ auth-port *portnum* ] [ protocol { chap | pap | peap } ] [ key shared_secret ] [ encryption-level value_level ] [ timeout sec ] [ retries num ] | ARISTANDCA_BROCADE01785618 |
| radius-server key | radius-server host { *ip-address* | *host_name* } [ auth-port *portnum* ] [ protocol { chap | pap | peap } ] [ key shared_secret ] [ encryption-level value_level ] [ timeout sec ] [ retries num ] | ARISTANDCA_BROCADE01785618 |
| radius-server timeout | radius-server host { *ip-address* | *host_name* } [ auth-port *portnum* ] [ protocol { chap | pap | peap } ] [ key shared_secret ] [ encryption-level value_level ] [ timeout sec ] [ retries num ] | ARISTANDCA_BROCADE01785618 |
| route-map | route-map *name* { permit | deny } *instance_number* | ARISTANDCA_BROCADE01785618 |
| router bgp | router bgp | ARISTANDCA_BROCADE01785618 |
| router isis | device(config)# router isis | ARISTANDCA_BROCADE01530651 |
| router ospf | router ospf [ vrf *name* ] | ARISTANDCA_BROCADE01785618 |
| router rip | device(config)# router rip | ARISTANDCA_BROCADE01530651 |
| set-overload-bit | [no] set-overload-bit [on-startup <secs>] | ARISTANDCA_BROCADE00062898 |
| show arp | show arp [dynamic[summary]] | <*N*> gigabitethernet *rbridge-id/slot/port* | ip *ip-address* | static [summary] | summary | ve *vlan_id* | [vrf *name* ] [rbridge-id[all|*rbridge_id* ]] | slot *slot_no* [[*ip-address*] | [ *ip-address* ] [*ip-address*]] | ARISTANDCA_BROCADE01785618 |
| show clock | show clock [ rbridge-id { *rbridge-id* | all }] | ARISTANDCA_BROCADE01785618 |
| show dot1x | show dot1x | ARISTANDCA_BROCADE01785618 |
| show dot1x statistics | show dot1x statistics interface [ <*N*> gigabitethernet *rbridge-id/slot/port* ] | ARISTANDCA_BROCADE01785618 |
| show environment power | show environment power [ rbridge-id { *rbridge-id* | all }] | ARISTANDCA_BROCADE01785618 |
| show interfaces | show interface [ fibrechannel *rbridge-id/slot/port* | management *rbridge-id/slot/port* | fcoe [ *vn- number/rbridge-id/front-port-number* ] | rbridge-id *rbridge-id* ] | <*N*> gigabitethernet *rbridge-id/slot/port* | loopback number | port-channel *number* | stats *rbridge-id/slot/port* | switchport | vlan *vlan_id* ] | ARISTANDCA_BROCADE01785618 |
| show inventory | show inventory [ chassis | fan | module | powerSupply ] | ARISTANDCA_BROCADE01785618 |
| show ip access-lists | show access-list { ip | ipv6 | mac } | ARISTANDCA_BROCADE01785618 |
| | show ip access-list all [ <acl-number> | begin <keyword> | exclude <keyword> | include <keyword> ] | ARISTANDCA_BROCADE00062898 |
| show ip bgp | show ip bgp { *ip-addr* [ */prefix* ] | [ longer-prefixes | rbridge-id { *rbridge-id* | all } | vrf *vrf-name* ] | ARISTANDCA_BROCADE01785618 |
| show ip bgp neighbors | show ip bgp neighbors *ip-addr*  show ip bgp neighbors last-packet-with-error [ *rbridge-id* { *rbridge-id* | all } | vrf *vrf-name* ] show ip bgp neighbors routes-summary [ *rbridge-id* { *rbridge-id* | all } ] show ip bgp neighbors vrf *vrf-name*vrf vrf-name ] show in bgp neighbors rbridge-id [ *rbridge-id* all ] | ARISTANDCA_BROCADE01785618 |
| show ip bgp peer-group | show ip bgp peer-group peer-group-name [ rbridge-id { *rbridge-id* | all } | vrf vrf-name ] | ARISTANDCA_BROCADE01785618 |
| show ip bgp summary | show ip bgp summary [ rbridge-id { *rbridge-id* | all } | vrf vrf-name ] | ARISTANDCA_BROCADE01785618 |
| show ip extcommunity-list | show ip extcommunity-list { *list_name* | rbridge-id *number* } | rbridge-id *list_name* ] | ARISTANDCA_BROCADE01785618 |
| show ip igmp groups | show ip igmp groups { [ [ A.B.C.D [ detail ] ] | rbridge-id { *rbridge-id* | all } ] | [ *interface* [ <*N*> gigabitethernet *rbridge-id/slot/port* | ve *vlan_id* | rbridge-id *rbridge-id* [ detail | *A.B.C.D* ] ] ] | [ interface vlan *vlan_id* | detail ] | [ interface port-channel number | detail ] ] } | ARISTANDCA_BROCADE01785618 |
| show ip igmp interface | show ip igmp interface [ vlan vlan_id [ [ A.B.C.D [ detail ] ] | rbridge-id { rbridge-id | all } ] | [ interface [ <N>gigabitethernet rbridge-id/slot/port | ve | vlan_id | rbridge-id rbridge-id [ detail | A.B.C.D ] ] ] | [ interface vlan vlan_id | detail ] | [ interface port-channel number | detail ] ] ] | ARISTANDCA_BROCADE01785618 |
| show ip igmp snooping | show ip igmp snooping [ interface vlan *vlan_id* | mrouter interface vlan *vlan_id* ] | ARISTANDCA_BROCADE01785618 |

# AMENDED APPENDIX H.BR - Brocade Usage of Disputed CLI Commands

| show ip interface | show ip interface [ brief [ rbridge-id { *rbridge-id* | all } ] | *<N>* gigabitethernet *rbridge-id/slot/port* | loopback number | port-channel number | ve vlan_id ] | ARISTANDCA_BROCADE01785618 |
|---|---|---|
| show ip interface brief | show ip interface [ brief [ rbridge-id { *rbridge-id* | all } ] | *<N>* gigabitethernet *rbridge-id/slot/port* | loopback number | port-channel number | ve vlan_id ] | ARISTANDCA_BROCADE01785618 |
| show ip mroute | show ip mroute [vrf vrf-name ] { static | connected | nexthop | ip-subnet { mask]} | ARISTANDCA_BROCADE01363517 |
| show ip msdp peer | show ip msdp peer [ vrf vrf-name ] peer peer-address | ARISTANDCA_BROCADE01363517 |
| show ip msdp sa-cache | show ip msdp [ vrf vrf-name ] sa-cache [ counts ] [source-address group-address | peer peer-address { in | out } | peer-as as-number | orig-rp rp-address | rejected [ rpf | rp-filter | sa-filter ] | self-originated ] | ARISTANDCA_BROCADE01363517 |
| show ip msdp summary | show ip msdp [ vrf vrf-name ] summary | ARISTANDCA_BROCADE01363517 |
| show ip nat translations | show ip nat translation | ARISTANDCA_BROCADE00062898 |
| show ip ospf | show ip ospf [ vrf *name* [ rbridge-id { *rbridge-id* | all } ] ] | ARISTANDCA_BROCADE01785618 |
| show ip ospf border-routers | show ip ospf border-routers [ A.B.C.D ] [ [ vrf *vrfname* [ rbridge-id { *rbridge-id* | all } ] ] | rbridge-id { rbridge-id | all } ] | ARISTANDCA_BROCADE01785618 |
| show ip ospf database database-summary | show ip ospf database database-summary [ [ vrf *vrfname* [ rbridge-id { *rbridge-id* | all } ] ] | rbridge- id { rbridge-id | all } ] | ARISTANDCA_BROCADE01785618 |
| show ip ospf interface | show ip ospf interface [ { A.B.C.D | *<N>* gigabitethernet rbridge-id/slot/port [ brief ] | [ brief ] | loopback *number* | port-channel *number* [ brief ] | ve vlan_id [ brief ] | [ brief ] ] [ [ vrf *vrfname* [ rbridge-id { *rbridge-id* | all } ] ] | rbridge-id { rbridge-id | all } ] | ARISTANDCA_BROCADE01785618 |
| show ip ospf neighbor | show ip ospf neighbor [ extensive ] [ [ *<N>* gigabitethernet rbridge-id/slot/port | loopback *number* | port-channel *number* | router-id A.B.C.D | ve vlan_id ] [ [ vrf *vrfname* [ rbridge-id { *rbridge-id* | all } ] ] | rbridge-id { rbridge-id | all } ] | ARISTANDCA_BROCADE01785618 |
| show ip pim interface | show ip pim interface { ethernet stackid/slot/port-id | loopback loopback number | ve ve-number } | ARISTANDCA_BROCADE01363517 |
| show ip pim neighbor | show ip pim neighbor [ interface *<N>* gigabitethernet rbridge-id/slot/port ] | ARISTANDCA_BROCADE01785618 |
| show ip pim rp-hash | show ip pim rp-hash A.B.C.D  [ rbridge-id { *rbridge-id* | all } ] | ARISTANDCA_BROCADE01785618 |
| show ip route | show ip route A.B.C.D [ rbridge-id { rbridge-id | all } ] | vrf vrf-name ] [ rbridge-id { rbridge-id | all } show ip route A.B.C.D/M [ longer ] [ rbridge-id { rbridge-id | all } | vrf vrf-name ] [ rbridge-id { rbridge-id | all } ] show ip route all [ rbridge-id { rbridge-id | all } ] | vrf vrf-name ] [ rbridge-id { rbridge-id | all } show ip route bgp [ rbridge-id { rbridge-id | all } | vrf vrf-name ] [ rbridge-id { rbridge-id | all } show ip route connected [ rbridge-id { rbridge-id | all } | vrf vrf-name ] [ rbridge-id { rbridge-id | all } show ip route detail [ rbridge-id { rbridge-id | all } | vrf vrf-name ] [ rbridge-id { rbridge-id | all } show ip route import [ src-vrf-name ] [ rbridge-id { rbridge-id | all } | vrf vrf-name ] [ rbridge-id { rbridge-id | all } show ip route nexthop [ nexthopID ] [ref-routes ] [ rbridge-id { rbridge-id | all } | vrf vrf-name ] [ rbridge-id { rbridge-id | all } show ip route ospf [ rbridge-id { rbridge-id | all } ] | vrf vrf-name ] [ rbridge-id { rbridge-id | all } show ip route rbridge-id {rbridge-id | all } | vrf vrf-name ] [ rbridge-id { rbridge-id | all } show ip route slot line_card_number [ rbridge-id { rbridge-id | all } ] | vrf vrf-name ] [ rbridge-id { rbridge-id | all } show ip route static [ rbridge-id { rbridge-id | all } ] | vrf vrf-name ] [ rbridge-id { rbridge-id | all } show ip route summary [ rbridge-id { rbridge-id | all } ] | vrf vrf-name ] [ rbridge-id { rbridge-id | all } show ip route vrf vrf-name [ rbridge-id { rbridge-id | all } | ARISTANDCA_BROCADE01785618 |
| show ip route summary | show ip route summary [ rbridge-id rbridge-id ] | vrf vrf-name ] [ rbridge-id { rbridge-id | all }   show ip route vrf vrf-name [ rbridge-id { rbridge-id | all } | ARISTANDCA_BROCADE01785618 |
| show ipv6 access-list | show ipv6 access-list [ acl-name ] | ARISTANDCA_BROCADE01363517 |
| show ipv6 bgp | show ipv6 bgp attribute-entries [ rbridge-id { *rbridge-id* | all } | *vrf vrf-name* ] show ipv6 bgp dampened-paths [ rbridge-id { rbridge-id | all } | vrf vrf-name ] show ipv6 bgp filtered-routes ipv6-addr mask [ longer-prefixes [ rbridge-id { rbridge-id | all } ] | rbridge-id { rbridge-id | all } ] | vrf vrf-name ] show ipv6 bgp flap-statistics ipv6-addr mask [ longer-prefixes [ rbridge-id { rbridge-id | all } ] | rbridge-id { rbridge-id | all } ] | vrf vrf-name ] show ipv6 bgp neighbors ipv6-addr show ipv6 bgp peer-group [ peer-group-name [ rbridge-id { rbridge-id | all } ] ] show ipv6 bgp summary [ rbridge-id { rbridge-id | all } ] [ vrf vrf-name ] | ARISTANDCA_BROCADE01785618 |
| show ipv6 bgp summary | show ipv6 bgp summary [ rbridge-id { *rbridge-id* | all } | *vrf vrf-name* ] | ARISTANDCA_BROCADE01785618 |
| show ipv6 interface | show ipv6 interface [ brief [ rbridge-id { all | *rbridge-id* } ] ] [ { *<N>* gigabitethernet *rbridge-id/slot/port* | ve vlan_id [ rbridge-id { all | rbridge-id } ] } } | ARISTANDCA_BROCADE01785618 |
| show ipv6 ospf interface | show ipv6 ospf interface [ all-vrfs ] [ brief | [ *<N>* gigabitethernet *mappedID/slot/port* | loopback number | port-channel number | [ ve vlan_id ] | vrf vrfname ] | ARISTANDCA_BROCADE01785618 |
| show ipv6 ospf neighbor | show ipv6 ospf neighbor [ all-vrfs ] [ detail | [ interface { *<N>* gigabitethernet *rbridge-id/slot/port* | loopback number | ve vlan_id } ] [ rbridge-id rbridge-id ] [ router-id A.B.C.D ] [ vrf vrfname ] | ARISTANDCA_BROCADE01785618 |

# AMENDED APPENDIX H.BR - Brocade Usage of Disputed CLI Commands

| | | |
|---|---|---|
| show ipv6 route | show ipv6 route [ ipv6address/prefix ] [ longer ] [ rbridge-id { all | rbridge-id } ] | vrf vrf-name } [rbridge-id { rbridge-id | all } ]    show ipv6 route all [ rbridge-id { all | rbridge-id } ] [ vrf vrf-name ] [ rbridge-id { rbridge-id | all }    show ipv6 route bgp [ rbridge-id { all | rbridge-id } ] [ vrf vrf-name ] [ rbridge-id { rbridge-id | all }    show ipv6 route connected [ rbridge-id { all | rbridge-id } ] [ vrf vrf-name ] [ rbridge-id { rbridge-id | all }    show ipv6 route detail [rbridge-id { rbridge-id | all } ] [ vrf vrf-name ] [ rbridge-id { rbridge-id | all } ] show ipv6 route import [ src-vrf-name ] [ rbridge-id { all | rbridge-id } ] [ vrf vrf-name ] [ rbridge-id { rbridge-id | all } ]    show ipv6 route nexthop [ decimal ] [ ref-routes [ rbridge-id { all | rbridge-id } ] [ vrf vrf-name ] [rbridge-id { rbridge-id | all }    show ipv6 route ospf [ rbridge-id { all | rbridge-id } ] [ vrf vrf-name ] [ rbridge-id { rbridge-id | all }    show ipv6 route rbridge-id [ rbridge-id { all } ] [ rbridge-id { rbridge-id | all }    show ipv6 route slot slot [ ipv6address | ipv6prefix | vrf vrf-name ] [ rbridge-id { rbridge-id | all }    show ipv6 route static [ rbridge-id { all | rbridge-id } ] [ vrf vrf-name ] [ rbridge-id { rbridge-id | all }    show ipv6 route summary [ rbridge-id { all | rbridge-id } ] [ vrf vrf-name ] [ rbridge-id { rbridge-id | all }    show ipv6 route system-summary [ rbridge-id { all | rbridge-id } ]    show ipv6 route vrf vrf-name rbridge-id { all | rbridge-id } | ARISTANDCA_BROCADE01785618 |
| show ipv6 route summary | show ipv6 route summary [ rbridge-id { all | rbridge-id } ] [ vrf vrf-name ] [ rbridge-id { rbridge-id | all } | ARISTANDCA_BROCADE01785618 |
| show isis database | show isis [ config | counts | database [ detail | level1 | level2 | summary ] | hostname | interface [ brief | ethernet | loopback | pos | ipv6 | tunnel | ve ] | neighbor [ detail ] | routes ip-addr | shortcut [ detail | lsp ] | spf-log [ detail | level1 | level2 ] | traffic ] | ARISTANDCA_BROCADE1530651 |
| show isis interface | show isis [ config | counts | database [ detail | level1 | level2 | summary ] | hostname | interface [ brief | ethernet | loopback | pos | ipv6 | tunnel | ve ] | neighbor [ detail ] | routes ip-addr | shortcut [ detail | lsp ] | spf-log [ detail | level1 | level2 ] | traffic ] | ARISTANDCA_BROCADE1530651 |
| show lacp counters | show lacp [ counters [ port-channel ] | sys-id [ port-channel ] | ARISTANDCA_BROCADE01785618 |
| show lldp | show lldp | ARISTANDCA_BROCADE01363517 |
| show lldp neighbors | show lldp neighbors [ detail ports { all | ethernet stack-id/slot/port [ to stack-id/slot/port | [ ethernet  stack-id/slot/port to stack-id/slot/port | ethernet stack-id/slot/port ... ] ] ] | ARISTANDCA_BROCADE01363517 |
| show mac-address-table | show mac-address-table [ address mac-addr | aging-time [ conversational [ rbridge-id ] rbridge-id ] ] | count [ addressMAC_address | conversational linecard linecard_number [ address [ MAC_address | rbridge-id rbridge-id ] ] | interface {<N> gigabitethernet rbridge-id/slot/port | vlanvlan_id ] | dynamic [ address MAC_address | interface {<N> gigabitethernet rbridge-id/slot/port | port-channel number | tunnel number | vlan vlan_id ] | interface { <N> gigabitethernet rbridge-id/slot/ port | port-channel number | tunnel number | vlan vlan_id } | static [ address MAC_address | interface {<N> gigabitethernet rbridge-id/slot/port | port-channel number | tunnel number | vlan vlan_id ] } | vlan vlan_id | dynamic | interface | learning-mode [ rbridge-id { rbridge-id } ] | linecard interface |port-profile [addressMAC_address | count | dynamic | vlanvlan_id ] | static | vlanvlan_id ] | ARISTANDCA_BROCADE01785618 |
| show mac-address-table aging time | show mac-address-table [ address mac-addr | aging-time [ conversational [ rbridge-id ] rbridge-id ] ] | count [ addressMAC_address | conversational linecard linecard_number [ address [ MAC_address | rbridge-id rbridge-id ] ] | interface {<N> gigabitethernet rbridge-id/slot/port | vlanvlan_id ] | dynamic [ address MAC_address | interface {<N> gigabitethernet rbridge-id/slot/port | port-channel number | tunnel number | vlan vlan_id ] | interface { <N> gigabitethernet rbridge-id/slot/ port | port-channel number | tunnel number | vlan vlan_id } | static [ address MAC_address | interface {<N> gigabitethernet rbridge-id/slot/port | port-channel number | tunnel number | vlan vlan_id ] } | vlan vlan_id | dynamic | interface | learning-mode [ rbridge-id { rbridge-id } ] | linecard interface |port-profile [addressMAC_address | count | dynamic | vlanvlan_id ] | static | vlanvlan_id ] | ARISTANDCA_BROCADE01785618 |
| show mac-address-table count | show mac-address-table [ address mac-addr | aging-time [ conversational [ rbridge-id ] rbridge-id ] ] | count [ addressMAC_address | conversational linecard linecard_number [ address [ MAC_address | rbridge-id rbridge-id ] ] | interface {<N> gigabitethernet rbridge-id/slot/port | vlanvlan_id ] | dynamic [ address MAC_address | interface {<N> gigabitethernet rbridge-id/slot/port | port-channel number | tunnel number | vlan vlan_id ] | interface { <N> gigabitethernet rbridge-id/slot/ port | port-channel number | tunnel number | vlan vlan_id } | static [ address MAC_address | interface {<N> gigabitethernet rbridge-id/slot/port | port-channel number | tunnel number | vlan vlan_id ] } | vlan vlan_id | dynamic | interface | learning-mode [ rbridge-id { rbridge-id } ] | linecard interface |port-profile [addressMAC_address | count | dynamic | vlanvlan_id ] | static | vlanvlan_id ] | ARISTANDCA_BROCADE01785618 |
| show monitor session | show monitor [ session session_number ] | ARISTANDCA_BROCADE01785618 |
| show ntp status | show ntp status [ rbridge-id { rbridge-id | all } ] | ARISTANDCA_BROCADE01785618 |
| show port-channel summary | show port-channel [ channel-group-number | detail | load-balance | summary ] | ARISTANDCA_BROCADE01785618 |
| show port-security | show port-security | ARISTANDCA_BROCADE01785618 |
| show port-security interface | show port-security interface [ all | port-channel channel-group-number | <N> gigabitethernet rbridge-id/slot/port ] | ARISTANDCA_BROCADE01785618 |
| show qos maps | show qos maps [ cos-mutation [ name ] | cos-traffic-class [ name ] ] | ARISTANDCA_BROCADE01785618 |
| show reload | show reload | ARISTANDCA_BROCADE00062898 |
| show route-map | show route-map [ name ] [ rbridge-id { rbridge-id | all } ] | ARISTANDCA_BROCADE01785618 |
| show snmp group | show snmp [ engineid | group | server | user ] | ARISTANDCA_BROCADE01363517 |
| show snmp user | show snmp [ engineid | group | server | user ] | ARISTANDCA_BROCADE01363517 |

# AMENDED APPENDIX H.BR - Brocade Usage of Disputed CLI Commands

| | | |
|---|---|---|
| show spanning-tree | show spanning-tree [ pvst \| mst-config \| vlan *vlan_id* ] | ARISTANDCA_BROCADE01785618 |
| show spanning-tree interface | show spanning-tree interface [ port-channel *number* \| <N> gigabitethernet *rbridge-id/slot/port* ] | ARISTANDCA_BROCADE01785618 |
| show spanning-tree mst interface | show spanning-tree mst instance i *nstance_id* [ interface port-channel *number* \| interface <N>gigabitethernet *rbridge-id/slot/port* ] | ARISTANDCA_BROCADE01785618 |
| show storm-control | show storm-control    show storm-control broadcast [ interface { <N>gigabitethernet ] rbridge-id/slot/port] show storm-control multicast [ interface { <N>gigabitethernet ] rbridge-id/slot/port ] show storm-control unknown-unicast [ interface { <N>gigabitethernet ] rbridge-id/slot/port ] | ARISTANDCA_BROCADE01785618 |
| show users | show users [ rbridge-id { *rbridge-id* \| all } ] | ARISTANDCA_BROCADE01785618 |
| show version | show version [ rbridge-id { *rbridge-id* \| all } ] [ all-partitions ] [ brief ] | ARISTANDCA_BROCADE01785618 |
| show vlan | show vlan [ *vlan_id* \| brief [ provisioned \| unprovisioned ] \| classifier ] | ARISTANDCA_BROCADE01785618 |
| show vlan private-vlan | show vlan private-vlan | ARISTANDCA_BROCADE01785618 |
| show vrf | show vrf [ *vrf-name* \| detail \| interface ] [ rbridge-id { *rbridge-id* \| all } ] | ARISTANDCA_BROCADE01785618 |
| show vrrp | show vrrp    show vrrp VRID [ detail \| summary ] [ rbridge-id { rbridge-id \| all } ] show vrrp detail [ rbridge-id { rbridge-id \| all } ]    show vrrp summary [ vrf { vrf-name \| all } ] rbridge-id { rbridge-id \| all } ]    show vrrp summary vrf default-vrf show vrrp interface { <N>gigabitethernet [ rbridge-id / slot/port ] detail \| summary ] \| ve vlan_id [ detail \| summary \| rbridge-id ]    show vrrp rbridge-id { rbridge-id { all } } | ARISTANDCA_BROCADE01785618 |
| snmp-server community | snmp-server community *string* [ groupname *group-name* ] [ ipv4-acl *standard-ipv4-acl-name* ] [ ipv6- acl *standard-ipv6-acl-name* ] | ARISTANDCA_BROCADE01785618 |
| snmp-server contact | snmp-server contact *string* | ARISTANDCA_BROCADE01785618 |
| snmp-server enable traps | snmp-server enable trap | ARISTANDCA_BROCADE01785618 |
| snmp-server engineID local | snmp-server engineid local *engine_id* | ARISTANDCA_BROCADE01785618 |
| snmp-server group | snmp-server group *groupname* {v1 \| v2c \| v3 {auth \| noauth \| priv}} [read *viewname* ] [write *viewname* ] [notify *viewname* ] | ARISTANDCA_BROCADE01785618 |
| snmp-server host | snmp-server host { ipv4_host \| ipv6_host \| dns_host } *community_string* [ version { 1 \| 2c } ] [ udp- port *port* ] [ severity-level { none \| debug \| info \| warning \| error \| critical } ] [ source-interface { loopback*number* \|ve *vlan_id*}] [ use-vrf { mgmt-vrf \| default-vrf } ] | ARISTANDCA_BROCADE01785618 |
| snmp-server location | snmp-server location *string* | ARISTANDCA_BROCADE01785618 |
| snmp-server user | snmp-server user *username* [ groupname *group-name* ] [ auth { md5 \| sha \| noauth } ] [ auth- password *string* [ encrypted ] ] [ priv { DES \| AES128 \| nopriv } ] [ priv-password *string* [ encrypted ] ] [ ipv4-acl *standard-ipv4-acl-name* ] [ ipv6-acl *standard-ipv6-acl-name* ] | ARISTANDCA_BROCADE01785618 |
| snmp-server view | snmp-server view *view-name mib_tree* {included \| excluded} | ARISTANDCA_BROCADE01785618 |
| spanning-tree cost | spanning-tree cost *cost* | ARISTANDCA_BROCADE01785618 |
| spanning-tree link-type | spanning-tree link-type [ point-to-point \| shared ] | ARISTANDCA_BROCADE01785618 |
| spanning-tree vlan | spanning-tree vlan *vlan_id* | ARISTANDCA_BROCADE01785618 |
| spf-interval | [no] spf-interval <secs> | ARISTANDCA_BROCADE00062898 |
| switchport access vlan | switchport access { vlan *vlan_id* \| rspan-vlan *vlan_id* \| mac HHHH.HHHH.HHHH *vlan_id* mac-group *mac- group-id* } | ARISTANDCA_BROCADE01785618 |
| switchport mode | switchport mode { access \| trunk } | ARISTANDCA_BROCADE01785618 |
| switchport port-security | switchport port-security mac-address *address* vlan *vlan_id*   switchport port-security max   switchport port-security oui   switchport port-security shutdown-time   switchport port-security sticky   switchport port-security violation | ARISTANDCA_BROCADE01785618 |
| switchport private-vlan mapping | switchport private-vlan mapping *primary-vlan_ID* [ add \| remove ] *secondary_vlan* | ARISTANDCA_BROCADE01785618 |
| switchport trunk allowed vlan | switchport trunk allowed { vlan \| rspan-vlan } [ add *vlan_id* { ctag { *id* \| *ctag - range* } \| all \| except vlan_id \| none \| remove vlan_id } | ARISTANDCA_BROCADE01785618 |
| switchport trunk native vlan | switchport trunk native-vlan *vlan_id* [ ctag *id* ] | ARISTANDCA_BROCADE01785618 |
| tacacs-server host | tacacs-server {host *hostname* \| source-ip { *chassis-ip* \| *mm-ip* } } [ port *portnum* ] [ protocol { chap \| pap } ] [ key shared_secret ] [ encryption-level value_level ] [ timeout secs ] [ retries num ] | ARISTANDCA_BROCADE01785618 |
| tacacs-server key | tacacs-server {host *hostname* \| source-ip { *chassis-ip* \| *mm-ip* } } [ port *portnum* ] [ protocol { chap \| pap } ] [ key shared_secret ] [ encryption-level value_level ] [ timeout secs ] [ retries num ] | ARISTANDCA_BROCADE01785618 |
| tacacs-server timeout | tacacs-server {host *hostname* \| source-ip { *chassis-ip* \| *mm-ip* } } [ port *portnum* ] [ protocol { chap \| pap } ] [ key shared_secret ] [ encryption-level value_level ] [ timeout secs ] [ retries num ] | ARISTANDCA_BROCADE01785618 |
| terminal length | terminal [ length *number_of_lines* ] [ monitor ] [ timeout *value* ] | ARISTANDCA_BROCADE01785618 |
| terminal monitor | terminal [ length *number_of_lines* ] [ monitor ] [ timeout *value* ] | ARISTANDCA_BROCADE01785618 |
| timers basic (RIP) | [no] timers-basic <update-timer> <aging-timeout-interval> <garbage-collection-timer> | ARISTANDCA_BROCADE01363517<br>ARISTANDCA_BROCADE00062898 |
| timers throttle spf | timers { lsa-group-pacing *interval* \| throttle spf *start hold max* } | ARISTANDCA_BROCADE01785618 |

**Total of 243 command abstractions listed above.**

# AMENDED APPENDIX H.EX - Extreme Networks Usage of Disputed CLI Commands

| Disputed Cisco Command | Extreme/Enterasys Command Syntax | Extreme/Enterasys Manual Bates Number |
|---|---|---|
| address-family | address-family [ipv4 (unicast \| multicast)] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| aggregate-address | aggregate-address {address [mask \| masklen] / prefix} protocol {aggregate \| all \| bgp \| direct \| isis \| kernel \| ospf \| rip \| static} [match-map map_name] [rib [unicast \| multicast \| unicast-multicast]] [preference pref] [generate] [noinstall] [blackhole] [bgp] [brief] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| area nssa | area area-id nssa [metric] [metric-type] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| area range | area area_id range ip_address mask [no-advertise] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| area stub | area area_id stub [metric] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| arp timeout | arp timeout <TIME> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| banner motd | banner motd <LINE> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| bgp cluster-id | bgp cluster-id router-id | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| boot system | boot system [primary\|secondary] {on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| channel-group | channel-group <1-5> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| clear arp-cache | clear arp-cache {on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| clear counters | clear counters [all\|bridge\|router\|thread] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| clear ip arp | clear ip arp [vrf name] [ip_address] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| clear ip bgp | clear ip bgp {peer \| *} [soft] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| clear ip igmp group | clear ip igmp group [group-name][group-address] \| [interface] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| clear ip mroute | clear ip mroute [vrf name] [group [source]] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| clear ipv6 neighbors | clear ipv6 neighbors | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| clear mac-address-table dynamic | clear mac-address-table [dynamic\|multicast\|static] [address <address>\|bridge <1- | EXNET-ARISTA0054421 |
| clear spanning-tree counters | clear spanning-tree counters {[all \| diagnostics \| domains \| ports]} | EXNET-ARISTA0054385 |
| clock set | clock set <HH:MM:SS> <1-31> <MONTH> <1993-2035> {on <DEVICE-NAME>}<br>clock set <hh:mm:ss d m y> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| default-information originate (OSPF) | default-information originate {always\|metric <0-16777214>\|metric-type[1\|2]} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| default-metric | default-metric metric_value (RIP)<br>default-metric metric_value (OSPF)<br>default-metric metric (bgp) | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| domain-name | domain-name domain | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| errdisable recovery cause | errdisable recovery [cause bpduguard][interval <10-1000000>] | EXNET-ARISTA0054421 |
| errdisable recovery interval | errdisable recovery [cause bpduguard][interval <10-1000000>] | EXNET-ARISTA0054421 |
| interface ethernet | Switch:Legacy(config)# interface ethernet <interface-number> | EXNET-ARISTA0054385 |
| interface vlan | interface [<INTERFACE>] vlan <1-4094>] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ip access-group | ip access-group {<1-99>\|<100-199>\|<1300-1999>\|<2000-2699>\|WORD in} | EXNET-ARISTA0054421 |
| ip access-list standard | ip access-list standard {number \| name} | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip address | ip address [<IP/M> [secondary]\|dhcp\|zerconf [secondary]] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ip as-path access-list | ip as-path access-list name {[ permit \| deny ] regexp origin)} {named as-path-name} | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip community-list standard | ip community-list name {permit \| deny} {comm-set commset_name} [exact] [standard \| extended] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip helper-address | ip helper-address <IP> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ip igmp last-member-query-count | ip igmp last-member-query-count value | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip igmp last-member-query-interval | ip igmp last-member-query-interval milliseconds | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip igmp query-interval | ip igmp query-interval seconds | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip igmp query-interval-response-time | ip igmp query-max-response-time time-seconds | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip igmp snooping | ip igmp snooping {unknown-multicast-fwd} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ip igmp snooping querier | ip igmp snooping querier {max-response-time <1-25>\|query-interval <1-18000>\|ro | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ip igmp startup-query-count | ip igmp startup-query-count value | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip igmp startup-query-interval | ip igmp startup-query-interval deciseconds | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip igmp static-group | ip igmp static-group group-address [source source-address] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip igmp version | ip igmp version [ 1 \| 2 \| 3 ] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip multicast boundary | ip multicast boundary <group-address> <mask-length> | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip name-server | ip name-server {on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ip nat pool | ip nat pool <NAT-POOL-NAME> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ip ospf authentication | ip ospf authentication {simple key \| md5 id_number md5_key [start-generate date_time] [stop-generate date_time] [start-accept date_time] [stop-accept date_time]} | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip ospf cost | ip ospf cost cost_value | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip ospf dead-interval | ip ospf dead-interval time-seconds | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip ospf hello-interval | ip ospf hello-interval time-seconds | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip ospf network | ip ospf network {point-to-multipoint \| nonbroadcast} | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip ospf priority | ip ospf priority level | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip ospf retransmit-interval | ip ospf retransmit-interval time-seconds | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip ospf transmit-delay | ip ospf transmit-delay time-seconds | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip pim bsr-border | ip pim bsr-border | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip pim bsr-candidate | ip pim bsr-candidate interface | EXNET-ARISTA0034418 (Enterasys X-Series Router) |

# AMENDED APPENDIX H.EX - Extreme Networks Usage of Disputed CLI Commands

| | | |
|---|---|---|
| ip pim rp-address | ip pim rp-address address group prefix | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip pim rp-candidate | ip pim rp-candidate interface | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip pim sparse-mode | ip pim sparse-mode | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip prefix-list | ip prefix-list list_id [seq seq_value] {deny \| permit} {network/masklen} [ge length] [le length] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip proxy-arp | ip proxy-arp [default-route] \| [local] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip route | ip route <IP/M> <IP>] | ARISTANDCA13262422; EXNET-ARISTA07033; EXNET-ARISTA0014252 |
| ip routing | ip routing {on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA07033; EXNET-ARISTA0014252 |
| ipv6 address | ipv6 address [ipv6-link-local \| <ipv6-address> <ipv6netmask>] | EXNET-ARISTA0054385 |
| ipv6 dhcp relay destination | ipv6 dhcp relay destination {address ipv6-addr [interface port-string]} \| {interface port-string} | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ipv6 nd managed-config-flag | ipv6 nd managed-config-flag | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ipv6 nd ns-interval | ipv6 nd ns-interval {msec} | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ipv6 nd other-config-flag | ipv6 nd other-config-flag | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ipv6 nd ra suppress | ipv6 nd ra suppress | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ipv6 nd ra interval | ipv6 nd ra interval max-sec [min-sec] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ipv6 nd reachable-time | ipv6 nd reachable-time msec [advertise \| no-advertise] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ipv6 neighbor | ipv6 neighbor ipv6-addr port-string MAC-address | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ipv6 route | [no] ipv6 route ipv6-prefix/prefix-length {next-hop-addr \| interface [ipv6-lladdr]} [distance] [metric metric] [blackhole] [noinstall] [reject] [retain] [tag value] [unicast] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| isis hello-interval | isis hello-interval time-seconds {level-1 \| level-1-2 \| level-2} [instance-id] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| isis hello-multiplier | isis hello-multiplier number {level-1 \| level-1-2 \| level-2} [instance-id] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| isis lsp-interval | isis lsp-interval time-milliseconds [instance-id] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| isis metric | isis metric cost {level-1 \| level-1-2 \| level-2} [instance-id] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| isis passive | isis passive [instance-id] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| isis priority | isis priority number {level-1 \| level-1-2 \| level2} [instance-id] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| is-type | is-type {level-1 \| level-1-2 \| level-2} | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| lacp port-priority | lacp port-priority <priority> | EXNET-ARISTA0054385 |
| lldp holdtime | lldp [holdtime <10-1800>\|run\|timer <5-900>] | ARISTANDCA13262422; EXNET-ARISTA07033; EXNET-ARISTA0014252 |
| lldp receive | lldp [receive\|transmit] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| lldp run | lldp [holdtime <10-1800>\|run\|timer <5-900>] | ARISTANDCA13262422; EXNET-ARISTA07033; EXNET-ARISTA0014252 |
| lldp timer | lldp [holdtime <10-1800>\|run\|timer <5-900>] | ARISTANDCA13262422; EXNET-ARISTA07033; EXNET-ARISTA0014252 |
| lldp transmit | lldp [receive\|transmit] | ARISTANDCA13262422; EXNET-ARISTA07033; EXNET-ARISTA0014252 |
| logging host | logging host <IP> | EXNET-ARISTA0054421 |
| mac access-group | mac access-group <acl-name> in | EXNET-ARISTA0054421 |
| mac-address-table aging-time | mac-address-table aging-time [0\|<10-1000000>] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| mac-address-table static | mac-address-table static <MAC> vlan <1-4094> interface [<L2-INTERFACE>\|ge <1-4 | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| mac-address | mac-address mac-address | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| neighbor activate | neighbor {ip_address \| groupID} activate | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| neighbor local-as | neighbor {ip_address \| groupID} local-as as-num | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| neighbor password | neighbor {ip_address \| groupID} password key | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| neighbor peer-group | neighbor {ip_address \| groupID} peer-group | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| neighbor remote-as | neighbor {ip_address \| groupID} remote-as as-num | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| neighbor remove-private-as | neighbor {ip_address \| groupID} remove-private-as | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| neighbor route-map | neighbor {ip_address \| groupID} route-map rm-name {in \| out} | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| neighbor route-reflector-client | neighbor {ip_address \| groupID} route-reflector-client meshed | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| neighbor send-community | neighbor ip_address send-community | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| neighbor timers | neighbor {ip_address \| groupID} timers {keepalive_value holdtime_value} | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| neighbor update-source | neighbor {ip_address \| groupID} update-source source_addr | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| no snmp-server | no snmp-server [community <WORD>\|enable [throttle\|traps]\|host <IP> port <1-65 | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ntp authenticate | ntp authenticate | EXNET-ARISTA0054421 |
| ntp authentication-key | ntp authentication-key <key> md5 [0 \|2 \|] | EXNET-ARISTA0054421 |
| ntp server | ntp server <IP> {autokey {prefer version <1-4>\|version <1-4>}} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ntp trusted-key | ntp trusted-key <1-65534> | EXNET-ARISTA0054421 |
| port-channel load-balance | port-channel load-balance [src-dst-ip\|src-dst-mac] | EXNET-ARISTA0054421 |
| route-map | route-map <1-100> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| router bgp | router bgp as_number | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| router rip | router rip | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| router-id | router id rid_value | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| set-overload-bit | set-overload-bit {on-startup time-seconds} | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show clock | show clock {on <DEVICE-NAME>} <br> show clock | ARISTANDCA13262422; EXNET-ARISTA07033; EXNET-ARISTA0014252; ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show environment temperature | show environment | EXNET-ARISTA0054421 |
| show interfaces | show interfaces [<INTERFACE>\|brief\|counters\|ge <1-4>\|me1\|on\|port-channel {<1-2>\|switchport\|vlan <1-4094>} {on <DEVICE-NAME>} <br> show interfaces accounting\| <port-list> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show interfaces switchport | show interfaces [<INTERFACE>\|brief\|counters\|ge <1-4>\|me1\|on\|port-channel {<1-2>\|switchport\|vlan <1-4094>} {on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |

# AMENDED APPENDIX H.EX - Extreme Networks Usage of Disputed CLI Commands

| | | |
|---|---|---|
| show ip arp | show ip arp {<VLAN-NAME>} {on <DEVICE-NAME>}\|{on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show ip bgp | show ip bgp [<IPaddr><IPmask>] [to-file] | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip bgp community | show ip bgp community {<community-id> <as-num>\|no export\|no-advertise\|noex | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip bgp neighbors | show ip bgp neighbor <IPaddr> received-routes\|all-received-routes\|advertisedrout | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip bgp paths | show ip bgp paths <ASpath> [to-file] | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip bgp peer-group | show ip bgp peer-group external\|internal\|igp\| routing [to-file] | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip bgp regexp | show ip bgp regexp <exp> | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip bgp summary | show ip bgp summary [to-file] | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip helper-address | show ip helper-address | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip igmp groups | show ip igmp groups <IPaddr> | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip igmp interface | show ip igmp interface <port-list> | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip igmp snooping | show ip igmp snooping [mrouter\|vlan]<br><br>show ip igmp snooping mrouter vlan <1-4095> {on <DEVICE-NAME>}<br><br>show ip igmp snooping vlan <1-4095> {<IP> {on <DEVICE-NAME>}\|on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show ip igmp snooping mrouter | show ip igmp snooping [mrouter\|vlan]<br><br>show ip igmp snooping mrouter vlan <1-4095> {on <DEVICE-NAME>}<br><br>show ip igmp snooping vlan <1-4095> {<IP> {on <DEVICE-NAME>}\|on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show ip interface | show ip interface {<INTERFACE> {on <DEVICE-NAME>}\|brief {on <DEVICE-NAME>}}<br>show ip interface [interface-name] [brief] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0047042 (Enterasys) |
| show ip interface brief | show ip interface {<INTERFACE> {on <DEVICE-NAME>}\|brief {on <DEVICE-NAME>}}<br>show ip interface [interface-name] [brief] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; EXNET-ARISTA0047042 (Enterasys) |
| show ip mroute | show ip mroute [vrf vrf-name] [IP multicast address [Source IP address]] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ip nat translations | show ip nat translations verbose {on <DEVICE-NAME>}<br>ip nat translation {timeout \| udp-timeout \| tcp-timeout \| icmp-timeout \| dns-timeout \| ftp-timeout} [seconds] no ip nat translation {timeout \| udp-timeout \| tcp-timeout \| icmp-timeout \| dns-timeout \| ftp-timeout} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252;EXNET-ARISTA0047042 (Enterasys) |
| show ip ospf | show ip ospf | EXNET-ARISTA0047042 (Enterasys) |
| show ip ospf border-routers | show ip ospf border-routers | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ip ospf interface | show ip ospf [border-router\|interface\|neighbor\|on\|route\|stats]<br>show ip ospf interface [vlan vlan-id] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; EXNET-ARISTA0047042 (Enterasys) |
| show ip ospf neighbor | show ip ospf [border-router\|interface\|neighbor\|on\|route\|stats] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show ip ospf request-list | show ip ospf request-list [neighbor \| interface \| interface_neighbor] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ip ospf retransmission-list | show ip ospf retransmission-list [neighbor \| interface \| interface_neighbor] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ip pim interface | show ip pim interface [ipv4_addr \| name] [detail] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ip pim neighbor | show ip pim neighbor [name] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ip pim rp | show ip pim rp | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ip pim rp-hash | show ip pim rp-hash ipv4_address | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ip prefix-list | show ip prefix-list [ list_id ] [ detail \| summary ] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ip rip database | show ip rip database [ipv4-address mask] [ [tag value)] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ip route | show ip route {on <DEVICE-NAME>}<br>show ip route [host [connected \| host-address \| dynamic \| static]] [dest-address [prefix-mask] \| prefix/prefix-length \| connected \| ospf \| rip \| static \| summary] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252;EXNET-ARISTA0047042 (Enterasys) |
| show ip route summary | show ip route [host [connected \| host-address \| dynamic \| static]] [dest-address [p | EXNET-ARISTA0047042 (Enterasys) |
| show ipv6 interface | show ipv6 interface [brief] [port-string] [ filter or capture parms] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ipv6 neighbors | show ipv6 neighbors [ipv6-addr \| port-string \| host hostname] [ filter or capture parms] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ipv6 route | show ipv6 route [ipv6-prefix/prefix-length] [connected] [static] [summary] [ [ filter or capture parms] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show isis database | show isis database [instance-id] [1 \| 2] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show lacp counters | show lacp counters | EXNET-ARISTA0054385; EXNET-ARISTA004358 |
| show lldp neighbors | show lldp neighbors {on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show mac-address-table | show mac-address-table {on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show mac-address-table aging time | show mac-address-table aging-time | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show monitor session | show monitor session | EXNET-ARISTA0054385 |
| show ntp associations | show ntp [associations {detail\|on}\|status {on <DEVICE-NAME>}]] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |

# AMENDED APPENDIX H.EX - Extreme Networks Usage of Disputed CLI Commands

| | | |
|---|---|---|
| show ntp status | show ntp [associations {detail\|on}\|status {on <DEVICE-NAME>}] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show privilege | show privilege | EXNET-ARISTA0054421 |
| show radius | show radius [configuration\|eap configuration\|group\|nas A.B.C.D/M\|proxy\|rad-user\|trust-point] | EXNET-ARISTA0054421;EXNET-ARISTA0047042 (Enterasys) |
| | show radius [state \| retries \| timeout \| server {index \| all \| verbose}] | |
| show route-map | show route-map [name] {pinger} | EXNET-ARISTA0047042 (Enterasys) |
| show snmp | show snmp | EXNET-ARISTA0054385; ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| | show snmp access\| chassis-id\| community\| mibs\| statistics\| tfpt\| trap | |
| show snmp community | show snmp community [name] | EXNET-ARISTA0047042 (Enterasys) |
| show snmp engineid | show snmp engineid | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show snmp group | show snmp group [groupname groupname] [user user] [security-model {v1 \| v2c \| usm}] [volatile \| nonvolatile] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show snmp trap | show snmp trap\| chassis-id\| community\| mibs\| statistics\| tfpt\| trap | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show snmp user | show snmp user [snmpmanager\|snmpoperator\|snmptrap] | EXNET-ARISTA0054421 |
| show snmp view | show snmp view [viewname] [subtree oid-or-mibobject] [volatile \| nonvolatile] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show spanning-tree | show spanning-tree mst [config\|detail\|instance] | EXNET-ARISTA0054421 |
| show spanning-tree mst | show spanning-tree mst [config\|detail\|instance] | EXNET-ARISTA0054421 |
| show spanning-tree mst configuration | show spanning-tree mst [configuration\|detail\|instance\|on] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show spanning-tree mst interface | show spanning-tree mst [detail interface [<INTERFACE>\|ge<1-4>\|me1]port-channe | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show tacacs | show tacacs [state] | EXNET-ARISTA0047042 (Enterasys); EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show users | show users | EXNET-ARISTA0054421; EXNET-ARISTA0047042 (Enterasys) |
| show version | show version {on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; EXNET-ARISTA0047042 (Enterasys) |
| | show version | |
| show vlan | show vlan <vlan-name> statistics {refresh} | EXNET-ARISTA0054385; EXNET-ARISTA0047042 (Enterasys) |
| | show vlan [static] [vlan-list] | |
| show vrrp | show vrrp [brief\|details\|error-stats\|stats] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| | show vrrp [interface <IFnum>]] summary\| verbose | |
| snmp-server chassis-id | snmp-server chassis-id <sysName> | EXNET-ARISTA0054385 |
| snmp-server community | snmp-server community <SNMP-COMMUNITY-STRING> [ro\|rw] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| snmp-server contact | snmp-server contact <contact-person> | EXNET-ARISTA0054421 |
| snmp-server enable traps | snmp-server enable [throttle\|traps] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| snmp-server group | snmp-server group [[hex <hex_group_name>] \| ] user [[hex <hex_user_name>] \| <user_name>] {sec-model [snmpv1 \| snmpv2c \| usm]} {volatile} | EXNET-ARISTA0054385 |
| snmp-server host | snmp-server host <IP> [v2c\|v3] {<1-65535>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| snmp-server location | snmp-server location <location-text> | EXNET-ARISTA0054421 |
| snmp-server user | snmp-server user [snmpmanager\|snmpoperator\|snmptrap] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| snmp-server view | snmp-server view [[hex <hex_view_name>] \| ] subtree  {/ <subtree_mask>} {type [included \| excluded]} {volatile} | EXNET-ARISTA0054385 |
| spanning-tree bpdufilter | spanning-tree bpdufilter [enable\|disable] | EXNET-ARISTA0054421 |
| spanning-tree bpduguard | spanning-tree bpduguard [enable\|disable] | EXNET-ARISTA0054421 |
| spanning-tree guard | spanning-tree guard root | EXNET-ARISTA0054421 |
| spanning-tree link-type | spanning-tree link-type [point-to-point\|shared] | EXNET-ARISTA0054421 |
| spanning-tree mst configuration | WMController(config)#spanning-tree mst configuration | EXNET-ARISTA0054421 |
| spanning-tree portfast bpdufilter default | spanning-tree portfast [bpdufilter\|bpduguard] default | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| spanning-tree portfast bpduguard default | spanning-tree portfast [bpdufilter\|bpduguard] default | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| storm-control | storm-control [arp\|broadcast\|multicast\|unicast] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| switchport access vlan | switchport access vlan <1-4094> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| switchport trunk allowed vlan | switchport trunk allowed vlan [<VLAN-ID>\|add <VLAN-ID>\|none\|remove <VLAN-ID | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| switchport trunk native vlan | switchport trunk native [tagged\|vlan <1-4094>] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| terminal length | terminal [length\|width] <0-512>; terminal length <screen-length> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| terminal monitor | terminal monitor | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| timers basic (RIP) | timers basic update-seconds expiration-seconds holddown-seconds | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| timers bgp | timers bgp [keepalive_value holdtime_value] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |

**Total of 202 command abstractions listed above.**

# AMENDED APPENDIX H.HP - HP Usage of Disputed CLI Commands

| Disputed Cisco Command | HP Command Syntax | HP Manual Bates Number / |
|---|---|---|
| aaa accounting | [no] aaa accounting exec default start-stop radius \| tacacs+ \| none | ARISTANDCA00287991; see also HPE03126 |
| aaa authentication login | aaa authentication login privilege-mode<br>[no] aaa authentication snmp-server \| web-server \| enable \| login \| dot1x default <method1> [<method2>] [<method3>] [<method4>] [<method5>] [<method6>] [<method7>] | ARISTANDCA00287991; see also HPE03126 |
| aggregate-address | aggregate-address <ip-addr> <ip-mask> [as-set] [nlri multicast \| unicast \| multicast unicast] [summary-only] [suppress-map <map-name>] [advertise-map <map-name>] [attribute-map <map-name>] | ARISTANDCA00287991 |
| area nssa | area <num> \| <ip-addr> nssa <cost> \| default-information-originate | ARISTANDCA00287991 |
| area nssa (OSPFv3) | area <num> \| <ip-addr> nssa <cost> \| default-information-originate | ARISTANDCA00287991 |
| area nssa no-summary | area ospf3-area-id nssa[ metric-cost 0 - 16777215 ][ metric-type [ type1 \| type2 ]] [ no-summary ] | HPE45955 |
| area range | [no] area <num> \| <ip-addr> range <ip-addr> <ip-mask> [advertise \| not-advertise] | ARISTANDCA00287991; see also HPE01915 |
| area range (OSPFv3) | [no] area <num> \| <ip-addr> range <ip-addr> <ip-mask> [advertise \| not-advertise] | ARISTANDCA00287991; see also HPE01915 |
| area stub | area <num> \| <ip-addr> [stub <cost> [no-summary]] | ARISTANDCA00287991; see also HPE01915 |
| area stub (OSPFv3) | area <num> \| <ip-addr> [stub <cost> [no-summary]] | ARISTANDCA00287991; see also HPE01915 |
| banner motd | [no] banner <delimiting-character> \| motd <delimiting-character> | ARISTANDCA00287991; see also HPE03126 |
| bgp client-to-client reflection | client-to-client-reflection | ARISTANDCA00287991 |
| bgp cluster-id | [no] cluster-id <num> \| <ip-addr> | ARISTANDCA00287991 |
| bgp redistribute internal | [no] bgp-redistribute-internal | ARISTANDCA00287991 |
| boot system | boot system bootp   boot system flash primary boot system flash secondary boot system tftp | ARISTANDCA00287991; see also HPE03126 |
| clear ip msdp sa-cache | clear ip msdp sa-cache [<source-addr> \| <group-addr>] | ARISTANDCA00287991 |
| clock set | [no] clock set <hh:mm:ss> <mm-dd-yy> \| <mm-dd-yyyy> | ARISTANDCA00287991 |
| clock timezone | clock timezone gmt gmt \| us timezone> | ARISTANDCA00287991; see also HPE03126 |
| default-information originate (OSPF) | [no] default-information-originate [always] [metric <value>] [metric-type <type>] | ARISTANDCA00287991 |
| default-information originate (OSPFv3) | [no] default-information-originate [always] [metric <value>] [metric-type <type>] | ARISTANDCA00287991 |
| default-metric (OSPF) | [no] default-metric <value> | ARISTANDCA00287991; see also HPE01915 |
| default-metric (OSPFv3) | default-metric <value> | ARISTANDCA00287991; see also HPE01915 |
| dot1x port-control | dot1x port-control | HPE52033 |
| interface ethernet | interface ethernet <portnum> | ARISTANDCA00287991; see also HPE01365 |
| interface loopback | interface loopback <num> | ARISTANDCA00287991; see also HPE03126 |
| ip access-group | [no] ip access-group <num> in \| out | ARISTANDCA00287991; see also HPE03126 |
| ip access-list | [no] ip access-list extended \| standard <string> \| <num>[delete <line-number> \| insert <line-number> \| replace <line-number> [remark [<comment-text>] ] ] <options> | ARISTANDCA00287991; see also HPE03126 |
| ip access-list standard | [no] ip access-list extended \| standard <string> \| <num>[delete <line-number> \| insert <line-number> \| replace <line-number> [remark [<comment-text>] ] ] <options> | ARISTANDCA00287991; see also HPE03126 |
| ip address | [no] ip address <ip-addr> <ip-mask> [ospf-ignore \| ospf-passive \| secondary] | ARISTANDCA00287991; see also HPE03126 |
| ip community-list standard | ip community-list standard <string> [seq <seq-value>] deny \| permit <community-num> | ARISTANDCA00287991 |
| ip helper-address | ip helper-address <value> <ip-addr> | ARISTANDCA00287991; see also HPE01915 |
| ip icmp redirect | [no] ip icmp redirects | ARISTANDCA00287991; see also HPE01915 |
| ip igmp query-interval | ip igmp query-interval <value> | ARISTANDCA00287991 |
| ip load-sharing | ip load-sharing [<num>] | ARISTANDCA00287991 |
| ip local-proxy-arp | [no] ip local-proxy-arp | HPE04995 |
| ip multicast-routing | [no] ip multicast-routing | ARISTANDCA00287991; see also HPE01915 |
| ip nat pool | ip nat pool <pool-name> <start-ip> <end-ip> netmask <ip-mask> \| prefix-length <length> [type match-host \| rotary]     [no] ip nat inside source list <acl-name-or-num> pool <pool-name> [overload] | ARISTANDCA00287991 |
| ip nat translation tcp-timeout | [no] ip nat translation timeout \| udp-timeout \| tcp-timeout \| finrst-timeout \| dns-timeout <secs> | ARISTANDCA00287991 |
| ip nat translation udp-timeout | [no] ip nat translation timeout \| udp-timeout \| tcp-timeout \| finrst-timeout \| dns-timeout <secs> | ARISTANDCA00287991 |
| ip ospf authentication-key | [no] ip ospf authentication-key [0 \| 1] <string> | ARISTANDCA00287991; see also HPE01915 |
| ip ospf cost | ip ospf cost <num> | ARISTANDCA00287991; see also HPE01915 |
| ip ospf dead-interval | ip ospf dead-interval <value> | ARISTANDCA00287991; see also HPE01915 |
| ip ospf hello-interval | ip ospf hello-interval <value> | ARISTANDCA00287991; see also HPE01915 |
| ip ospf priority | ip ospf priority <value> | ARISTANDCA00287991; see also HPE01915 |
| ip ospf retransmit-interval | ip ospf retransmit-interval <value> | ARISTANDCA00287991; see also HPE01915 |
| ip ospf transmit-delay | ip ospf transmit-delay <value> | ARISTANDCA00287991; see also HPE01915 |
| ip pim dr-priority |  | ARISTANDCA00287991 |
| ip prefix-list | ip prefix-list <name> [seq <seq-value>] [description <string>] deny \| permit <network-addr>/<mask-bits> [ge <ge-value>] [le <le-value>] | ARISTANDCA00287991 |
| ip proxy-arp | [no] ip proxy-arp | ARISTANDCA00287991; see also HPE01915 |
| ip radius source-interface | ip radius source-interface ethernet <portnum> \| loopback <num> \| ve <num> | ARISTANDCA00287991 |
| ip route | ip route <dest-ip-addr> <dest-mask> <next-hop-ip-addr> \| ethernet <portnum> \| ve <num>[<metric>] [distance <num>] | ARISTANDCA00287991 |
| ip routing | [config]#ip routing | HPE93160 |
| ip tacacs source-interface | ip tacacs source-interface ethernet <portnum> \| loopback <num> \| ve <num> | ARISTANDCA00287991 |
| ipv6 access-list | [no] ipv6 access-list <acl name> | ARISTANDCA00287991 |
| ipv6 address | ipv6 address <ipv6-prefix>/<prefix-length> [eui-64] \| <ipv6-address> link-local | ARISTANDCA00287991 |
| ipv6 prefix-list | [no] ipv6 prefix-list <name> [seq <sequence-number>] deny <ipv6-prefix>/<prefix-length> \| permit <ipv6- prefix>/<prefix-length> \| description <string> [ge <ge-value>] [le <le-value>] | ARISTANDCA00287991 |
| ipv6 route | ipv6 route <dest-ipv6-prefix>/<prefix-length> <next-hop-ipv6-address> [<metric>] [distance <number>] | ARISTANDCA00287991 |

# AMENDED APPENDIX H.HP - HP Usage of Disputed CLI Commands

| lldp run | [no] lldp run | HPE46789 |
|---|---|---|
| maximum-paths | [no] maximum-paths <num> | ARISTANDCA00287991 |
| neighbor ebgp-multihop | [no] neighbor <ip-addr> | <peer-group-name> [advertisement-interval <num>] [capability orf prefixlist [send | receive]] [default-originate [route-map <map name>]] [description <string>] [distribute-list in | out <num,num,...> | <acl-num> in | out] [ebgp-multihop [<num>]] [filter-list in | out <num,num,...> | <acl-num> in | out | weight] [maximum-prefix <num> [<threshold>] [teardown]] [next-hop-self] [nlri multicast | unicast | multicast unicast] [password [0 | 1] <string>] [prefix-list <string> in | out] [remote-as <as-number>] [remove-private-as] [route-map in | out <map-name>] [route-reflector-client] [send-community] [soft-reconfiguration inbound] [shutdown][timers keep-alive <num> hold-time <num>] [unsuppress-map <map-name>] [update-source <ip-addr> | ethernet <portnum> | loopback <num> | ve <num>] [weight <num>] | ARISTANDCA00287991 |
| neighbor next-hop-self | [no] neighbor <ip-addr> | <peer-group-name> [advertisement-interval <num>] [capability orf prefixlist [send | receive]] [default-originate [route-map <map name>]] [description <string>] [distribute-list in | out <num,num,...> | <acl-num> in | out] [ebgp-multihop [<num>]] [filter-list in | out <num,num,...> | <acl-num> in | out | weight] [maximum-prefix <num> [<threshold>] [teardown]] [next-hop-self] [nlri multicast | unicast | multicast unicast] [password [0 | 1] <string>] [prefix-list <string> in | out] [remote-as <as-number>] [remove-private-as] [route-map in | out <map-name>] [route-reflector-client] [send-community] [soft-reconfiguration inbound] [shutdown][timers keep-alive <num> hold-time <num>] [unsuppress-map <map-name>] [update-source <ip-addr> | ethernet <portnum> | loopback <num> | ve <num>] [weight <num>] | ARISTANDCA00287991 |
| neighbor remote-as | [no] neighbor <ip-addr> | <peer-group-name> [advertisement-interval <num>] [capability orf prefixlist [send | receive]] [default-originate [route-map <map name>]] [description <string>] [distribute-list in | out <num,num,...> | <acl-num> in | out] [ebgp-multihop [<num>]] [filter-list in | out <num,num,...> | <acl-num> in | out | weight] [maximum-prefix <num> [<threshold>] [teardown]] [next-hop-self] [nlri multicast | unicast | multicast unicast] [password [0 | 1] <string>] [prefix-list <string> in | out] [remote-as <as-number>] [remove-private-as] [route-map in | out <map-name>] [route-reflector-client] [send-community] [soft-reconfiguration inbound] [shutdown][timers keep-alive <num> hold-time <num>] [unsuppress-map <map-name>] [update-source <ip-addr> | ethernet <portnum> | loopback <num> | ve <num>] [weight <num>] | ARISTANDCA00287991 |
| neighbor route-reflector-client | [no] neighbor <ip-addr> | <peer-group-name> [advertisement-interval <num>] [capability orf prefixlist [send | receive]] [default-originate [route-map <map name>]] [description <string>] [distribute-list in | out <num,num,...> | <acl-num> in | out] [ebgp-multihop [<num>]] [filter-list in | out <num,num,...> | <acl-num> in | out | weight] [maximum-prefix <num> [<threshold>] [teardown]] [next-hop-self] [nlri multicast | unicast | multicast unicast] [password [0 | 1] <string>] [prefix-list <string> in | out] [remote-as <as-number>] [remove-private-as] [route-map in | out <map-name>] [route-reflector-client] [send-community] [soft-reconfiguration inbound] [shutdown][timers keep-alive <num> hold-time <num>] [unsuppress-map <map-name>] [update-source <ip-addr> | ethernet <portnum> | loopback <num> | ve <num>] [weight <num>] | ARISTANDCA00287991 |
| neighbor shutdown | [no] neighbor <ip-addr> | <peer-group-name> [advertisement-interval <num>] [capability orf prefixlist [send | receive]] [default-originate [route-map <map name>]] [description <string>] [distribute-list in | out <num,num,...> | <acl-num> in | out] [ebgp-multihop [<num>]] [filter-list in | out <num,num,...> | <acl-num> in | out | weight] [maximum-prefix <num> [<threshold>] [teardown]] [next-hop-self] [nlri multicast | unicast | multicast unicast] [password [0 | 1] <string>] [prefix-list <string> in | out] [remote-as <as-number>] [remove-private-as] [route-map in | out <map-name>] [route-reflector-client] [send-community] [soft-reconfiguration inbound] [shutdown][timers keep-alive <num> hold-time <num>] [unsuppress-map <map-name>] [update-source <ip-addr> | ethernet <portnum> | loopback <num> | ve <num>] [weight <num>] | ARISTANDCA00287991 |
| neighbor timers | [no] neighbor <ip-addr> | <peer-group-name> [advertisement-interval <num>] [capability orf prefixlist [send | receive]] [default-originate [route-map <map name>]] [description <string>] [distribute-list in | out <num,num,...> | <acl-num> in | out] [ebgp-multihop [<num>]] [filter-list in | out <num,num,...> | <acl-num> in | out | weight] [maximum-prefix <num> [<threshold>] [teardown]] [next-hop-self] [nlri multicast | unicast | multicast unicast] [password [0 | 1] <string>] [prefix-list <string> in | out] [remote-as <as-number>] [remove-private-as] [route-map in | out <map-name>] [route-reflector-client] [send-community] [soft-reconfiguration inbound] [shutdown][timers keep-alive <num> hold-time <num>] [unsuppress-map <map-name>] [update-source <ip-addr> | ethernet <portnum> | loopback <num> | ve <num>] [weight <num>] | ARISTANDCA00287991 |
| neighbor weight | [no] neighbor <ip-addr> | <peer-group-name> [advertisement-interval <num>] [capability orf prefixlist [send | receive]] [default-originate [route-map <map name>]] [description <string>] [distribute-list in | out <num,num,...> | <acl-num> in | out] [ebgp-multihop [<num>]] [filter-list in | out <num,num,...> | <acl-num> in | out | weight] [maximum-prefix <num> [<threshold>] [teardown]] [next-hop-self] [nlri multicast | unicast | multicast unicast] [password [0 | 1] <string>] [prefix-list <string> in | out] [remote-as <as-number>] [remove-private-as] [route-map in | out <map-name>] [route-reflector-client] [send-community] [soft-reconfiguration inbound] [shutdown][timers keep-alive <num> hold-time <num>] [unsuppress-map <map-name>] [update-source <ip-addr> | ethernet <portnum> | loopback <num> | ve <num>] [weight <num>] | ARISTANDCA00287991 |
| route-map | route-map <map-name> permit | deny <num> | ARISTANDCA00287991 |
| router bgp | [no] router bgp | ARISTANDCA00287991 |
| router ospf | router ospf | ARISTANDCA00287991; see also HPE01915 |
| router rip | router rip | ARISTANDCA00287991; see also HPE01915 |
| show arp | show arp [ethernet <portnum> | mac-address <xxxx.xxxx.xxxx> [<mask>] | <ip-addr> [<ip-mask>]] [<num>] | ARISTANDCA00287991 |
| show clock | show clock [detail] | ARISTANDCA00287991 |

# AMENDED APPENDIX H.HP - HP Usage of Disputed CLI Commands

| show interfaces | show interfaces [ethernet \| [loopback <num>] \| [slot <slot-num>] \| [ve <num>] | ARISTANDCA00287991; see also HPE01915 |
|---|---|---|
| show ip access-lists | show ip access-list all \| <acl-number> \| begin <keyword> \| exclude <keyword> \| include <keyword> | |
| show ip bgp | show ip bgp [route] <ip-addr>/<prefix> [longer-prefixes] \| <ip-addr> | ARISTANDCA00287991 |
| show ip bgp neighbors | show ip bgp neighbors [<ip-addr> [advertised-routes [detail [<ip-addr>/[<mask-bits>]]]] \| [attribute-entries [detail]] \| [flap-statistics] \| [last-packet-with-error] \| [received prefix-filter] \| [received-routes] \| [routes [best] \| [detail [best] \| [not-installed-best] \| [unreachable]] \| [rib-out-routes <ip-addr>/<mask-bits> \| <ip-addr> <net-mask> \| detail]] \| [routes-summary]] | ARISTANDCA00287991 |
| show ip bgp peer-group | show ip bgp peer-group [<peer-group-name>] | ARISTANDCA00287991 |
| show ip bgp summary | show ip bgp summary | ARISTANDCA00287991 |
| show ip community-list | show ip community-list | ARISTANDCA13270722 |
| show ip helper-address | ip helper-address <value> <ip-addr> | ARISTANDCA00287991 |
| show ip igmp groups | show ip igmp group [ <group-address> [detail] [tracking] ] | ARISTANDCA00287991 |
| show ip interface | show ip interface [ethernet <portnum>] \| [loopback <num>] \| [ve <num>] | ARISTANDCA00287991 |
| show ip mroute | show ip mroute | ARISTANDCA00287991; see also HPE03126 |
| show ip msdp peer | show ip msdp peer | ARISTANDCA00287991 |
| show ip msdp sa-cache | show ip msdp sa-cache | ARISTANDCA00287991 |
| show ip msdp summary | show ip msdp summary | ARISTANDCA00287991 |
| show ip nat translations | show ip nat translation | ARISTANDCA00287991 |
| show ip ospf | show ip ospf general  show ip ospf area [[<area-id> \| <num>] database link-state advertise \| link-state-id \| network \| nssa \| router \| router-id <ip-addr> \| sequence-number <num> \| status <index> \| summary]] | ARISTANDCA00287991; see also HPE03126 |
| show ip ospf border-routers | show ip ospf border-routers [<ip-addr>] | ARISTANDCA00287991 |
| show ip ospf interface | show ip ospf interface [<ip-addr>] | ARISTANDCA00287991; see also HPE03126 |
| show ip ospf neighbor | show ip ospf neighbor [router-id <ip-addr>] \| [<num>] | ARISTANDCA00287991; see also HPE03126 |
| show ip pim interface | show ip pim interface [ethernet <portnum> \| ve <num>] | ARISTANDCA00287991; see also HPE03126 |
| show ip pim neighbor | show ip pim neighbor | HPE48032 |
| show ip pim rp-hash | show ip pim rp-hash <group-addr> | ARISTANDCA00287991 |
| show ip prefix-list | show ip prefix-lists | ARISTANDCA00287991 |
| show ip route | show ip route <ip-addr> [<ip-mask>] [longer] [none-bgp]] \| <num> \| bgp \| direct \| ospf \| rip \| static | ARISTANDCA00287991; see also HPE03126 |
| show ipv6 neighbors | show ipv6 neighbor [<ipv6-prefix>/<prefix-length> \| <ipv6-address> \| ethernet <port> \| ve <num>] | ARISTANDCA00287991 |
| show ipv6 route | show ipv6 route [<ipv6-address> \| <ipv6-prefix>/<prefix-length> \| bgp \| connect \| ospf \| rip \| static \| summary] | ARISTANDCA00287991 |
| show lacp counters | show lacp counters | HPE46789 |
| show lldp | #show lldp | HPE93160 |
| show module | show module | ARISTANDCA00287991; see also HPE03126 |
| show port-security | show port security <module> \| <portnum> | ARISTANDCA00287991; see also HPE03126 |
| show radius | show radius authentication  show radius [host < ip-addr >] | HPE43019 |
| show reload | show reload | ARISTANDCA00287991 |
| show route-map | show route-map [<map-name>] | ARISTANDCA00287991 |
| show snmp engineID | show snmp engineid | ARISTANDCA00287991 |
| show snmp group | show snmp group | ARISTANDCA00287991 |
| show snmp user | show snmp user | ARISTANDCA00287991 |
| show spanning-tree | show spanning-tree <bridgegroup#> | HPE93160 |
| show tacacs | show tacacs | HPE43019 |
| show users | show users | ARISTANDCA00287991 |
| show version | show version | ARISTANDCA00287991; see also HPE03126 |
| show vlan | show vlans [<vlan-id> \| ethernet <portnum>] | ARISTANDCA00287991; see also HPE03126 |
| show vrrp | show vrrp config  //  show vrrp | HPE46789, HPE48032 |
| snmp-server community | snmp-server community [0 \| 1] <string> ro \| rw [view [viewname>] [<standard-acl-name> \| <standard-acl-id>] | ARISTANDCA00287991; see also HPE03126 |
| snmp-server contact | snmp-server contact <text> | ARISTANDCA00287991; see also HPE03126 |
| snmp-server enable traps | [no] snmp-server enable traps <trap-type> | ARISTANDCA00287991; see also HPE03126 |
| snmp-server engineID local | [no] snmp-server engineID local <hex-string> | ARISTANDCA00287991 |
| snmp-server group | [no] snmp-server group <groupname> v1 \| v2 \| v3 auth \| noauth [access <standard acl-id>] [read <viewstring> \| write <viewstring>] | ARISTANDCA00287991 |
| snmp-server host | snmp-server host <ip-addr> v1 [0 \| 1] <string> [port <value>] | ARISTANDCA00287991; see also HPE03126 |
| snmp-server location | snmp-server location <text> | ARISTANDCA00287991; see also HPE03126 |
| snmp-server user | [no] snmp-server user <name> <groupname> v3 [[access <standard-acl-id>] [encrypted] [auth md5 <md5-password> \| sha <sha-password>] [priv [encrypted] des <des-password>]]] | ARISTANDCA00287991 |
| snmp-server view | [no] snmp-server view <name>  included \| excluded | ARISTANDCA00287991 |
| spanning-tree mode | spanning-tree mode [rstp \| stp] | HPE93160 |
| tacacs-server host | tacacs-server host <ip-addr> \| <server-name> [auth-port <number>] | ARISTANDCA00287991; see also HPE03126 |
| tacacs-server key | tacacs-server [key 0 \| 1 <string>] [timeout <number>] [retransmit <number>] [dead-time <number>] | ARISTANDCA00287991; see also HPE03126 |
| tacacs-server timeout | tacacs-server [key 0 \| 1 <string>] [timeout <number>] [retransmit <number>] [dead-time <number>] | ARISTANDCA00287991; see also HPE03126 |
| terminal length | terminal length <number-of-lines> | ARISTANDCA00287991; see also HPE03126 |
| terminal monitor | terminal monitor | ARISTANDCA00287991 |

**Total of 129 command abstractions listed above.**

# Arista 7100 vs Cisco Nexus 5000: Test Summary

## Nexus 5000

- ✗ High Latency 3.5 to 22us
- ✗ Not consistent with IOS
- ✗ L2 Only
- ✗ Uneven with odd ports
- ✗ No ISSU Support
- ✗ No access to Linux tools
- ✗ High Power Usage-300W
- ✔ Fiber Channel support

## Arista 7100



- ✔ Ultra Low Latency 600-700ns
- ✔ IOS-like CLI
- ✔ L2 & L3 Support (OSPF,BGP)
- ✔ Even distribution on LAG
- ✔ ISSU
- ✔ Linux tools
- ✔ Low Power Usage - 220W
- ✗ No Fiber Channel ports

© 2009 Arista Networks. All rights reserved    Arista Confidential    8

**Appx54234**

# Arista 7100 vs HP Procurve: Test Summary

## Arista 7100

- ✔ Ultra Low Latency 600-700ns
- ✔ IOS-like CLI
- ✔ MLAG using IEEE LACP
- ✔ Best Multicast Performance
- ✔ ISSU
- ✔ Linux tools
- ✔ Low Power Usage - 220W
- ✘ 16K MAC entries

## HP 6600

- ✘ High Latency 29us
- ✘ Not consistent with IOS
- ✘ Properietary Mesh
- ✘ High Jitter, Packet drops
- ✘ No ISSU Support
- ✘ No access to Linux tools
- ✘ High Power Usage-300W
- ✔ 64K MAC Entries

© 2009 Arista Networks. All rights reserved.    Arista Confidential

Appx54235

# Arista 7100 vs Extreme Summit: Summary

## Extreme X650

- ✗ High Latency 38us
- ✗ Not consistent with IOS
- ✗ Active/Passive only
- ✗ Uneven LAG distribution
- ✗ No ISSU Support
- ✗ No access to Linux tools
- ✗ High Power Usage-280W
- ✓ 6K Mcast groups

## Arista 7100

- ✓ Ultra Low Latency 600-700ns
- ✓ IOS-like CLI
- ✓ Active/Active L2 Multipath
- ✓ Even LAG distribution
- ✓ ISSU
- ✓ Linux tools
- ✓ Low Power Usage - 220W
- ✗ 2K Mcast groups

© 2009 Arista Network. All rights reserved.    Arista Confidential

**Appx54236**

# Arista 7100 vs Blade 8124: Summary

## Arista 7100



- ✔ Ultra Low Latency 700ns
- ✔ Modular OS
- ✔ Active/Active L2 Multipath
- ✔ vEOS
- ✔ ISSU
- ✔ Linux tools
- ✔ Lowest leave/join latency:100us
- ✘ Higher power usage (220W)

## Blade 8124



- ✔ Ultra Low-Latency 700ns
- ✘ Monolithic OS
- ✘ Active/Passive only
- ✘ No integration with vSwitch
- ✘ No ISSU Support
- ✘ No access to Linux tools
- ✘ High Leave/Join latency:5ms
- ✔ Lower Power Usage (150W)

**Appx54237**

© 2009 Arista Networks. All rights reserved.

Arista Confidential

11

# Arista 7100 vs Dell PowerConnect: Summary

## Arista 7100

- ✔ Ultra Low Latency 600-700ns
- ✔ IOS-like CLI
- ✔ Active/Active L2 Multipath
- ✔ vEOS
- ✔ ISSU
- ✔ Linux tools
- ✔ Hierarchical privilege level cli
- ✘ 16K Mac entries

## PowerConnect 8024

- ✘ High Latency 2.5us
- ✘ Not consistent with IOS
- ✘ Active/Passive only
- ✘ No Virtualization support
- ✘ No ISSU Support
- ✘ No access to Linux tools
- ✘ All users get admin rights
- ✔ 32K Mac entries

ARISTA  12

© 2009 Arista Networks. All rights reserved.    Arista Confidential

Appx54238

## Using This Guide

This CLI Reference Guide provides CLI command comparisons in two different formats:

- Side-by-side comparison—It provides a table of the basic commands required to execute a given function in each of the operating systems. In this side-by-side comparison, each platform's commands do not always start at the top of the column. Instead, commands that have similar functions are aligned side by side so that you can easily "translate" the commands on one platform with similar commands on another platform.
- Detailed comparison—Beneath the side-by-side comparison, this guide provides a more in-depth comparison, displaying the output of the command and options.

Occasionally, there are few, if any, similarities among the commands required to execute a function or feature in each operating system. In these instances, each column has the commands necessary to implement the specific function or feature, and the side-by-side comparison does not apply.

## Comware Differences

If you are familiar with either the HP ProVision CLI or the Cisco IOS CLI, you will notice that the Comware CLI is organized slightly differently. Comware was designed for Internet service providers (ISPs). Many features and functions—such as security and Quality of Service (QoS)—are multi-tiered to support the different needs of multiple entities accessing the same switch.

## Navigation Differences Among CLIs

Basic CLI navigation on all three platforms is very similar, with one notable difference:

- With ProVision, you can use the **Tab** key for command completion; you can also use the **Tab** key or the **?** key to find more command options. In addition, typing "help" at the end of a command may provide additional descriptive information about the command.
- With Comware or Cisco, you can use the **Tab** key for command completion, but you use the **?** key to find more command options.

## Configuration Differences Among CLIs

For interface IP addressing and interface-specific routing protocol configuration, you execute most commands differently depending on the platform:

- On ProVision, you configure the aforementioned components in a VLAN context.
- On Comware or Cisco, you configure the aforementioned components in an interface (VLAN for switch) context.

Provided by Carolina Advanced Digital http://cadinc.com | Certified HP Services and Products

**Appx54388**

ARISTANDCA00320178

## Terminology Differences

Among the three operating systems, there are some differences in the terms used to describe features. The table below lists three such terms that could be confusing.

In Cisco and Comware, for example, the term *trunk* refers to an interface that you configure to support 802.1Q VLAN tagged frames. That is, an interface that you configure to support multiple VLANs is a *trunk* interface in each VLAN in Cisco and Comware. In the ProVision operating system, an interface that supports multiple VLANs is a *tagged* interface in each VLAN.

In addition, ProVision refers to aggregated interfaces as a *trunk*. In Comware the term is *bridge aggregation*, while in Cisco it is *EtherChannel*.

| Interface use | ProVision | Comware | Cisco |
|---|---|---|---|
| Non-802.1Q interfaces (such as used for computers or printers) | `untagged` | `access` | `access` |
| 802.1Q interfaces (such as used for switch-to-switch, switch-to-server, and switch-to-VoIP phones) | `tagged` | `trunk`<br><br>(Note: some display views will denote tagged) | `trunk` |
| Aggregated interfaces | `trunk` | `bridge aggregation` | `etherchannel` |

## Disclaimer

Although HP Networking conducted extensive testing to create this guide, it is impossible to test every conceivable configuration and scenario. Do not assume, therefore, that this document is complete for every environment or each manufacturer's complete product platforms and software versions. For complete and detailed information on all commands and their options, refer to each manufacturer's documentation accordingly.

Provided by Carolina Advanced Digital http://cadinc.com | Certified HP Services and Products

**Appx54389**

ARISTANDCA00320179

## Comparing View and Configuration Prompts

The table below compares the differences in each system's display for view and configuration prompts.

| Context Legend | ProVision | Comware | Cisco |
|---|---|---|---|
| U = User Exec / User View | ProVision> | <Comware> | Cisco> |
| P = Privileged Exec | ProVision# | | Cisco# |
| S = System View (equal to Priviledged Exec) | | [Comware] | |
| C = Configuration | ProVision(config)# | [Comware] | Cisco(config)# |

## Comparing Frequently Used Commands

The table below lists frequently used commands for each operating system.

| | ProVision | | Comware | | Cisco |
|---|---|---|---|---|---|
| U | enable | U | system-view | U | enable |
| U | configure | U | system-view (configuration mode is same as being at System View) | U | configure terminal |
| U/P | show flash | U | dir | U/P | show flash |
| U/P | show version | U/S | display version | U/P | show version |
| P | show run | U/S | display current-configuration | P | show run |
| P | show config | U/S | display saved-configuration | P | show start |
| U/P | show history | U/S | display history | U/P | show history |
| U/P | show logging | U/S | display info-center | U/P | show logging |
| U/P | show ip route | U/S | display ip routing-table | U/P | show ip route |
| U/P | show ip | U/S | display ip interface brief | U/P | show ip interface brief |
| U/P | show interface brief | U/S | display interface brief | U/P | show interfaces status |
| P | erase start | U | reset saved | P | erase start |
| P | show config <filename> | U | more <filename> | P | more flash:/<filename> |
| P | reload | U | reboot | P | reload |
| P | write memory | U/S | save | P | write memory |
| P | show tech | U/S | display diagnostic-information | U/P | show tech-support |
| U/P/C | show | U/S | display | U/P | show |
| U/P/C | no | U/S | undo | P | no |
| C | end | S | return | C | end |
| U/P/C | exit | U/S | quit | U/P/C | exit |
| P/C | erase | U/S | delete | P | erase |
| P/C | copy | U | copy/tftp | P | copy |
| C | hostname | S | sysname | C | hostname |
| C | logging | S | info-center | C | logging |
| C | router rip | S | rip | C | router rip |
| C | router ospf | S | ospf | C | router ospf |
| C | ip route | S | ip route-static | C | ip route |
| C | access-list | S | acl | C | access-list |
| C | redistribute | S | import-route | C | redistribute |

12

Appx54390

ARISTANDCA00320180

| | |
|---|---|
| **From:** | Kumar Reddy (kreddy) |
| **To:** | Burjiz Pithawala (bpithaw); Robert Krohn (rokrohn) |
| **CC:** | Frank Brockners (fbrockne); Sunil Gudurvalmiki (sunilgv); Mihir Maniar (mmaniar); Colin S Kincaid (ckincaid); Bob Ordemann (rordeman); Christine Bakan (cbakan); Pradeep Kathail (pkathail) |
| **Sent:** | 2/17/2014 3:02:44 PM |
| **Subject:** | Questions Re: onePK readout and stratgegy |

(Forking the discussion)

Robert, Burjiz,

A few of questions for you:

1) Arista has arguably the best device programmability today. We need to equal or exceed what they can do, namely:
i) sophisticated on-box python environment that gives full access to EoS functionality
ii) REST/json interface to CLI
iii) sophisticated on-box applications such as VMtrace, LANZ ...

IMO, i) and ii) are going mainstream. Does our strategy give us equivalent functionality, especially wrt python? By when?

2) We are in the process of building an eco-system around our currently C/java APIs. Here, I believe, we are ahead of the market and it's too early to know if we are, or will be, successful. What data and anecdotes we have suggest to me that there is meaningful interest from sophisticated customers and SI/ISV looking for fine-grained device control, but there is real work ahead to build a real platform & strong eco-system.

@Robert, I understand you are saying you want to essentially cap investment here, except for on-demand requests for APIs, so you want to deliver a subset of functionality in C/java compared to netconf/rest. Is that correct?

You also stated:

>> If we find that customer demand for all onePK APIs remains strong then we
>> can convert the creation of them via yang.

I would strongly suggest that we design and implement in such a way that this is possible with no infrastructure rejigging should the customer demand manifest itself. Is this possible?

But I should point out that at least within the TME team - who have been at the front line with partners/customers for a long time - there is strong advocacy that we need to maintain equivalent functionality at all times between c/java/python/netconf/rest/future, even if the inner mechanics change... because "there is no one size fits all solution for all the use cases". I believe Frank is arguing the same point.

3) another dimension to nurturing the group described in (2) above is that, since we have future plans to build a platform on data model derived device APIs and controllers, we want to bring our budding eco-system with us to seed usage.

@Burjiz, Bob: where is the forum for PM/TME/DE to have these ongoing discussions about partner/customer usage? I get the impression that the feedback look isn't systematically in place (and I may be totally wrong).

Thanks,
Kumar

Sent from my iPad

> On Feb 16, 2014, at 12:19 PM, "Burjiz Pithawala (bpithaw)" <bpithaw@cisco.com> wrote:
>
> Frank,
>
> REST bindings are developed on top of data device models just like NetConf

**Appx57116**

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

CSI-ANI-00083896

> bindings are developed on top of data model.
> Hence for tomorrow's interface, we either develop that binding on top of
> data models or on top of one of the supported interfaces (REST/NETCONF).
> Plugins are a great way of developing tomorrow's interface using the data
> models and apis in place.
>
> The original plan was to develop OnePK bindings from the device data
> models, however each of the servers/bindings have a cost hence we can
> prioritize REST/NetConf delivery and can
> crank up Cisco proprietary api delivery as and when we need it. Generating
> OnePK Apis thru YANG models will have some backward compatibility issues.
> We do need to develop a deprecation story (easier said than done) in such
> events.
> I would prefer to prioritize data model delivery and targeted (high
> impact) roadmap delivery of current OnePK apis for now.
>
> Using OnePK as the framework to deliver Programmatic interfaces is
> something all of us are advocating (present, REST/NetConf and future).
> However this is more of branding and messaging that we can craft once we
> have concrete plans for data model delivery.
> Kumar's point about us being short on breadth of feature converage for
> apis/programmatic interfaces is correct and we need to get that right with
> the data model approach
> else it will be the same discussion 2 years down the road with a different
>
> Burjiz.
>
>
> On 2/16/14 10:38 AM, "Frank Brockners (fbrockne)" <fbrockne@cisco.com>
> wrote:
>
>> Robert,
>>
>> Thanks for the clarification. If we create C/Java/Python interfaces from
>> models, I also expect that we'll have a new version of the APIs - and
>> from current conversations with customers, it'll not be a surprise that
>> we'll version our APIs.
>>
>> Moving forward, IMHO we should not distinguish between "classic onePK
>> APIs" and REST/NETCONF - but treat them the same. Note that we have
>> significant interest for Python - and we can create Python interfaces
>> with minimal additional effort (e.g. see what we can do today with
>> APIGEN). Apparently, some even see Python as the "next gen CLI". One
>> could argue, that customers could use available libraries to drive REST
>> interfaces from Python, but this would mean that we'd link ourselves to a
>> REST based tool chain for APIs longer term - i.e. we'd create a double
>> dependency, one on YANG as a modeling language and another one on REST as
>> an external binding. Given the churn in external bindings (REST/HTTP is
>> today's choice - 5 years ago it would have been SOAP/BEEP), this might be
>> wrong thing to do longer term.
>>
>> Thoughts?
>>
>> Thanks,
>> Frank
>>
>> -----Original Message-----
>> From: Robert Krohn (rokrohn)
>> Sent: Sunday, February 16, 2014 6:27 PM
>>
>> Frank
>> To be clear. When data model driven interfaces are available I am not
>> advocating also creating onePK APIs but staying with the current set and
>> methodology. Create device extension APIs on customer use case demand and
>> possibly deprecating config/operation onePK APIs in favor of REST/NETCONF
>> ones
>>
>> If we find that customer demand for all onePK APIs remains strong then we

**Appx57117**

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00083896.000001

```
>> can convert the creation of them via yang. I suspect it will be hard to
>> support backward compatibility though.
>>
>> Thanks,
>> Robert
>> (Sent while mobile)
>>
>>> On Feb 16, 2014, at 7:37 AM, "Frank Brockners (fbrockne)"
>>> <fbrockne@cisco.com> wrote:
>>>
>>> One additional question on the deck:
>>>
>>> Slides 7,8,9 - do we have data on the overall revenue pull-through that
>>> onePK enables for those customers, i.e. the ABB custom routing project
>>> has a revenue pull through opportunity of $13M/year for ISR 800-series
>>> routers?
>>>
>>> Thanks, Frank
>>>
>>> -----Original Message-----
>>> From: Sunil Gudurvalmiki (sunilgv)
>>> Sent: Saturday, February 15, 2014 6:20 PM
>>> To: Robert Krohn (rokrohn); Kumar Reddy (kreddy)
>>> Cc: Mihir Maniar (mmaniar); Frank Brockners (fbrockne); Colin S Kincaid
>>> (ckincaid); Bob Ordemann (rordeman); Burjiz Pithawala (bpithaw);
>>> Christine Bakan (cbakan)
>>> Subject: RE: onePK readout and stratgegy
>>>
>>> Yes, Robert. I will be online today and tomorrow to consolidate any
>>> feedback.
>>>
>>> Thanks,
>>> -Sunil
>>>
>>> --
>>> Sunil Gudurvalmiki
>>> Product Manager, NOSTG
>>> Cisco Systems Inc.
>>>
>>>
>>> -----Original Message-----
>>> From: Robert Krohn (rokrohn)
>>> Sent: Saturday, February 15, 2014 8:46 AM
>>> To: Kumar Reddy (kreddy)
>>> Cc: Sunil Gudurvalmiki (sunilgv); Mihir Maniar (mmaniar); Frank
>>> Brockners (fbrockne); Colin S Kincaid (ckincaid); Bob Ordemann
>>> (rordeman); Burjiz Pithawala (bpithaw); Christine Bakan (cbakan)
>>> Subject: Re: onePK readout and stratgegy
>>>
>>> This is the latest. I'm offline for next 24 hrs. So Sunil I guess
>>>
>>> Ack Sunil?
>>>
>>> Thanks,
>>> Robert
>>> (Sent while mobile)
>>>
>>>> On Feb 15, 2014, at 8:32 AM, "Kumar Reddy (kreddy)" <kreddy@cisco.com>
>>>> wrote:
>>>>
>>>> Process question. Sunil sent out a version of this yesterday - I have
>>>> several clarifications I want to add to the customer / use cases.
>>>>
>>>> Who is going to consolidate feedback?
>>>>
>>>> Sent from my iPad
>>>>
>>>>> On Feb 15, 2014, at 10:22 AM, "Robert Krohn (rokrohn)"
```

**Appx57118**

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00083896.000002

>>>>> <rokrohn@cisco.com> wrote:
>>>>>
>>>>> Please review
>>>>> I would like to make sure we have
>>>>>
>>>>> * Validated the foundational use cases - starred slide
>>>>> * Have detailed use case descriptions in the back up
>>>>> * Have captured all significant customer/partner engagement
>>>>> * Questions
>>>>> * What is the latest status with FB?
>>>>> * What is the latest status with SAP/HANA?
>>>>>
>>>>> Feel free to forward to members of your teams that can provide input
>>>>>
>>>>> Thanks,
>>>>> Robert
>>>>>
>>>>> .:|:.:|:.
>>>>> cisco
>>>>> VP ONE & EM
>>>>> NOSTG
>>>>> rokrohn@cisco.com<mailto:rokrohn@cisco.com>
>>>>> Cell +1 650 804 1490
>>>>>
>>>>> <onePK Strategy Readout FEB2014-v8.pptx>
>
.

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER                                                    CSI-ANI-00083896.000003

**From:** Nicola Kabar (nkabar)
**Sent:** Thursday, June 05, 2014 7:58 PM
**To:** Ashoka Kallappa (kashoka); Naren Mididaddi (naren); Dong Zhang (dzhang2); Raja Kommula (rkommula); n3k-sw-mgrs(mailer list); n3k-qa-mgrs(mailer list)
**Cc:** Drew Pletcher (apletche)
**Subject:** Re: add skip + pwd hiden option for poap
**Attachments:** image001.png; A9569832-4F29-47B7-AD35-C11940C902D1[13].png

To close on this feature :

- I think it would be best to add context to the changes we're doing to mimic what Arista already offers today with their ZTP.  Please try to add text to explain process of escaping/canceling  POAP. Hidden commands are frowned upon @ Facebook.
- If possible, let's leave configuring a PW as an option. If we add "skip" then we can just login with admin as username and no pw [ similar to Arista].
- I concur with Naren that setting default PW is not a good solution.


Thanks



**Nicola Kabar**
**Systems Engineer**
Cisco Systems Inc.,

nkabar@cisco.com


Phone: +1 408 526 6122
Mobile: +1 734 386 6039

---

**From:** "Ashoka Kallappa (kashoka)" <kashoka@cisco.com>
**Date:** Tuesday, June 3, 2014 at 12:07 AM
**To:** Nicola Kabar <nkabar@cisco.com>, "Naren Mididaddi (naren)" <naren@cisco.com>, "Dong Zhang (dzhang2)" <dzhang2@cisco.com>, "Raja Kommula (rkommula)" <rkommula@cisco.com>, "n3k-sw-mgrs(mailer list)" <n3k-sw-mgrs@cisco.com>, "n3k-qa-mgrs(mailer list)" <n3k-qa-mgrs@cisco.com>
**Cc:** "Drew Pletcher (apletche)" <apletche@cisco.com>
**Subject:** Re: add skip + pwd hiden option for poap

Adding mgrs alias to thread for their information.

Regards,
Ashoka

1

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

**Appx57120**

**From:** "Nicola Kabar (nkabar)" <nkabar@cisco.com>
**Date:** Monday, June 2, 2014 at 2:32 PM
**To:** "Naren Mididaddi (naren)" <naren@cisco.com>, "Dong Zhang (dzhang2)" <dzhang2@cisco.com>, Ashoka Kallappa <kashoka@cisco.com>, "Raja Kommula (rkommula)" <rkommula@cisco.com>
**Cc:** "Drew Pletcher (apletche)" <apletche@cisco.com>
**Subject:** Re: add skip + pwd hiden option for poap

Correct.

I'm just a bit worried about the "Hacky " way of doing with with hidden commands+ need to enter pw now. Can we add a bit text and expose it similar o Arista? Any drawbacks from doing that?
We can keep login if that's an issue.But can we delay setting up pw till we get to CLI ?


Thanks




Nicola Kabar
Systems Engineer
Cisco Systems Inc.,

nkabar@cisco.com


Phone: +1 408 526 6122
Mobile: +1 734 386 6039


**From:** "Naren Mididaddi (naren)" <naren@cisco.com>
**Date:** Monday, June 2, 2014 at 2:28 PM
**To:** Nicola Kabar <nkabar@cisco.com>, "Dong Zhang (dzhang2)" <dzhang2@cisco.com>, "Ashoka Kallappa (kashoka)" <kashoka@cisco.com>, "Raja Kommula (rkommula)" <rkommula@cisco.com>
**Cc:** "Drew Pletcher (apletche)" <apletche@cisco.com>
**Subject:** RE: add skip + pwd hiden option for poap

So the login prompt still shows up? Just that for password, you can hit enter?


-----
Naren Mididaddi
408.853.5929

**From:** Nicola Kabar (nkabar)
**Sent:** Monday, June 02, 2014 2:26 PM
**To:** Naren Mididaddi (naren); Dong Zhang (dzhang2); Ashoka Kallappa (kashoka); Raja Kommula (rkommula)
**Cc:** Drew Pletcher (apletche)
**Subject:** Re: add skip + pwd hiden option for poap

**Appx57121**

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

CSI-ANI-00094795.000001

I'll talk to FB to get their feedback but this is what Arista gives them today :


Arista switch bringup with no startup-config
No startup-config was found.

The device is in Zero Touch Provisioning mode and is attempting to
download the startup-config from a remote system. The device will not
be fully functional until either a valid startup-config is downloaded
from a remote system or Zero Touch Provisioning is cancelled.

To cancel Zero Touch Provisioning, login as admin and type
'zerotouch cancel' at the CLI. Alternatively, to disable Zero Touch
Provisioning permanently, type 'zerotouch disable' at the CLI.
Note: The device will reload when these commands are issued.

7048 login: admin
Password:
Last login: Mon Mar 3 11:23:32 on ttyS0
7048>en
7048#
>>>  Can easily break out of Zero Touch Provisioning.
>>> Can disable it permanently
>>> After canceling ZTP, just logs into as admin , press Enter [ no pw ] and gets to cli
mode.




Nicola Kabar
Systems Engineer
Cisco Systems Inc.,

nkabar@cisco.com


Phone: +1 408 526 6122
Mobile: +1 734 386 6039

---

**From:** "Naren Mididaddi (naren)" <naren@cisco.com>
**Date:** Monday, June 2, 2014 at 1:59 PM
**To:** Nicola Kabar <nkabar@cisco.com>, "Dong Zhang (dzhang2)" <dzhang2@cisco.com>, "Ashoka Kallappa (kashoka)"
<kashoka@cisco.com>, "Raja Kommula (rkommula)" <rkommula@cisco.com>
**Cc:** "Drew Pletcher (apletche)" <apletche@cisco.com>
**Subject:** RE: add skip + pwd hiden option for poap

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

**Appx57122**

CSI-ANI-00094795.000002

Nicola,

A default password assigned by cisco will be a big no-no. And skipping the login prompt to go to exec prompt directly will be very complicated. We have to run the login/password script internally. Can you pl. get FB feedback on what Dong did?

Did you talk to them about "copy <file> startup" to reduce one reboot? And did you talk to them about using fast-reload? This should reduce their overall bring up time.

-----
Naren Mididaddi
408.853.5929

---

**From:** Nicola Kabar (nkabar)
**Sent:** Monday, June 02, 2014 1:48 PM
**To:** Dong Zhang (dzhang2); Naren Mididaddi (naren); Ashoka Kallappa (kashoka); Raja Kommula (rkommula)
**Cc:** Drew Pletcher (apletche)
**Subject:** Re: add skip + pwd hiden option for poap

Thanks Dong.

- Any chance we can accept "skip" only and set default password if user does not add anything to "skip"?
- If so, any chance we can skip also the login part and skip right to switch# ?

E.g

Abort Power On Auto Provisioning and continue with normal setup ?(yes/no)[n]: skip

Disabling POAP.......

Basic configuration has been skipped!

Applying default configuration

Applying Default CoPP configuration

....

....

....


switch#


Thanks

4

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

**Appx57123**

CSI-ANI-00094795.000003



Nicola Kabar
**Systems Engineer**
Cisco Systems Inc.,

nkabar@cisco.com

Phone: **+1 408 526 6122**
Mobile: **+1 734 386 6039**

---

**From:** "Dong Zhang (dzhang2)" <dzhang2@cisco.com>
**Date:** Monday, June 2, 2014 at 11:36 AM
**To:** "Naren Mididaddi (naren)" <naren@cisco.com>, "Ashoka Kallappa (kashoka)" <kashoka@cisco.com>, "Raja Kommula (rkommula)" <rkommula@cisco.com>, Nicola Kabar <nkabar@cisco.com>
**Subject:** RE: add skip + pwd hiden option for poap

Hi Naren,

Now I made the script only accept two para , e.g. "Skip/skip/SKIP pwd"
If the user type something like "SKIP" , "Skip 1234 abcd", "skip1234", we reject the input and the user needs to input it again.

Abort Power On Auto Provisioning and continue with normal setup ?(yes/no)[n]: skip

Abort Power On Auto Provisioning and continue with normal setup ?(yes/no)[n]: skip 1 1

Abort Power On Auto Provisioning and continue with normal setup ?(yes/no)[n]: SKIP A A

Abort Power On Auto Provisioning and continue with normal setup ?(yes/no)[n]: SKIP nbv_1234
Disabling POAP.......
….
…


Regards,
Dong

---

**From:** Naren Mididaddi (naren)
**Sent:** Monday, June 02, 2014 11:30 AM
**To:** Dong Zhang (dzhang2); Ashoka Kallappa (kashoka); Raja Kommula (rkommula); Nicola Kabar (nkabar)
**Subject:** RE: add skip + pwd hiden option for poap

Dong,
What happens if user just types in "skip" instead of "skip nbv_1234"?  What would be the password when user enters only "skip"?

5

**Appx57124**

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00094795.000004

-----
Naren Mididaddi
408.853.5929

**From:** Dong Zhang (dzhang2)
**Sent:** Monday, June 02, 2014 11:23 AM
**To:** Naren Mididaddi (naren); Ashoka Kallappa (kashoka); Raja Kommula (rkommula); Nicola Kabar (nkabar)
**Subject:** add skip + pwd hiden option for poap

Hi,

I made some modification in the script and now there is a hide option "skip + pwd" for poap option.
Is this what we need and what to do next, commit?

switch(boot)# write erase
Warning: This command will erase the startup-configuration.
Do you wish to proceed anyway? (y/n) [N] y
switch(boot)#
switch(boot)#
switch(boot)#
switch(boot)# load 109.sf
Loading System Software Fri May 30 18:32:17 UTC 2014

System Software(/bootflash/109.sf) Loaded Fri May 30 18:32:36 UTC 2014
ethernet switching mode
cp: cannot stat `/isan/etc/capability.cap': No such file or directory
INIT: Switching to runlevel: 3
INIT: Sending processes the TERM signal
INIT: (boot)#
Mounting other filesystems:  [ OK ]

Set name-type for VLAN subsystem. Should be visible in /proc/net/vlan/config
Added VLAN with VID == 4042 to IF -:muxif:-
Creating extended service CGROUP
Fri May 30 18:32:47 UTC 2014
Fri May 30 18:32:47 UTC 2014
2014 May 30 18:32:50  %$ VDC-1 %$ %USER-0-SYSTEM_MSG: FAST REBOOT DISABLED - bcm_usd
2014 May 30 18:32:50  %$ VDC-1 %$ %USER-2-SYSTEM_MSG: CLIS: loading cmd files begin  - clis
2014 May 30 18:32:54  %$ VDC-1 %$ May 30 18:32:54 %KERN-2-SYSTEM_MSG: [ 106.324617] PFM: GPIO0=1 - kernel
2014 May 30 18:33:03  %$ VDC-1 %$ %USER-2-SYSTEM_MSG: CLIS: loading cmd files end  - clis
2014 May 30 18:33:03  %$ VDC-1 %$ %USER-2-SYSTEM_MSG: CLIS: init begin  - clis
2014 May 30 18:33:28  %$ VDC-1 %$ %USER-0-SYSTEM_MSG: Starting bcm_attach - bcm_usd
2014 May 30 18:33:39  %$ VDC-1 %$ %USER-0-SYSTEM_MSG: Finished bcm_attach... - bcm_usd
2014 May 30 18:33:53  %$ VDC-1 %$ %VDC_MGR-2-VDC_ONLINE: vdc 1 has come online
Starting Power On Auto Provisioning...Done

Abort Power On Auto Provisioning and continue with normal setup ?(yes/no)[n]:
2014 May 30 18:34:15 switch %$ VDC-1 %$ %POAP-2-POAP_INITED: S/N[FOC1713R0KD]-MAC[B0:FA:EB:5F:A0:C1] - POAP process initialized

Abort Power On Auto Provisioning and continue with normal setup ?(yes/no)[n]:

6

**Appx57125**

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00094795.000005

2014 May 30 18:34:31 switch %$ VDC-1 %$ %POAP-2-POAP_INFO: S/N[FOC1713R0KD]-MAC[B0:FA:EB:5F:A0:C1] - USB disk not detected
2014 May 30 18:34:31 switch %$ VDC-1 %$ %POAP-2-POAP_DHCP_DISCOVER_START: S/N[FOC1713R0KD]-MAC[B0:FA:EB:5F:A0:C1] - POAP DHCP Discover phase started
2014 May 30 18:34:31 switch %$ VDC-1 %$ %POAP-2-POAP_INFO:   - Abort Power On Auto Provisioning and continue with normal setup ?(yes/no)[n]:

Abort Power On Auto Provisioning and continue with normal setup ?(yes/no)[n]: skip nbv_1234

Disabling POAP.......
Basic configuration has been skipped!
Applying default configuration
Applying Default CoPP configuration

User Access Verification
switch login: admin
Password:----------------→ now pwd is nbv_1234 which is got from the skip option.

Best,
Dong

7

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

**Appx57126**

CSI-ANI-00094795.000006

Network Working Working Group                              R. Callon
Request for Comments: 1195                  Digital Equipment Corporation
                                                      December 1990

        Use of OSI IS-IS for Routing in TCP/IP and Dual Environments

Status of this Memo

    This RFC specifies a protocol on the IAB Standards Track for the
    Internet community, and requests discussion and suggestions for
    improvements. Please refer to the current edition of the "IAB
    Official Protocol Standards" for the standardization state and status
    of this protocol. Distribution of this memo is unlimited.

    This RFC is available in both postscript and text versions. Where
    possible, use of the postscript version is recommended. For example,
    this text version may have figures which are less informative or
    missing.

Abstract

    This RFC specifies an integrated routing protocol, based on the OSI
    Intra-Domain IS-IS Routing Protocol, which may be used as an interior
    gateway protocol (IGP) to support TCP/IP as well as OSI. This allows
    a single routing protocol to be used to support pure IP environments,
    pure OSI environments, and dual environments. This specification was
    developed by the IS-IS working group of the Internet Engineering Task
    Force.

    The OSI IS-IS protocol has reached a mature state, and is ready for
    implementation and operational use. The most recent version of the
    OSI IS-IS protocol is contained in ISO DP 10589 [1]. The proposed
    standard for using IS-IS for support of TCP/IP will therefore make
    use of this version (with a minor bug correction, as discussed in
    Annex B).  We expect that future versions of this proposed standard
    will upgrade to the final International Standard version of IS-IS
    when available.

    Comments should be sent to "isis@merit.edu".

Contents

    1   Introduction: Overview of the Protocol
        1.1     What the Integrated IS-IS offers
        1.2     Overview of the ISO IS-IS Protocol
        1.3     Overview of the Integrated IS-IS
        1.4     Support of Mixed Routing Domains

Callon                                                        [Page 1]

ARISTANDCA00023687

        1.5      Advantages of Using Integrated IS-IS

2    Symbols and Abbreviations

3    Subnetwork Independent Functions
        3.1      Exchange of Routing Information
        3.2      Hierarchical Abbreviation of IP Reachability Information
        3.3      Addressing Routers in IS-IS Packets
        3.4      External Links
        3.5      Type of Service Routing
        3.6      Multiple LSPs and SNPs
        3.7      IP-Only Operation
        3.8      Encapsulation
        3.9      Authentication
        3.10     Order of Preference of Routes / Dijkstra Computation

4    Subnetwork Dependent Functions
        4.1      Link Demultiplexing
        4.2      Multiple IP Addresses per Interface
        4.3      LANs, Designated Routers, and Pseudonodes
        4.4      Maintaining Router Adjacencies
        4.5      Forwarding to Incompatible Routers

5    Structure and Encoding of PDUs
        5.1      Overview of IS-IS PDUs
        5.2      Overview of IP-Specific Information for IS-IS
        5.3      Encoding of IP-Specific Fields in IS-IS PDUs

6    Security Considerations

7    Author's Address

8    References

A    Inter-Domain Routing Protocol Information
        A.1      Inter-Domain Information Type
        A.2      Encoding

B    Encoding of Sequence Number Packets
        B.1      Level 1 Complete Sequence Numbers PDU
        B.2      Level 2 Complete Sequence Numbers PDU
        B.3      Level 1 Partial Sequence Numbers PDU
        B.4      Level 2 Partial Sequence Numbers PDU

C    Dijkstra Calculation and Forwarding
        C.1      SPF Algorithm for IP and Dual Use
        C.2      Forwarding of IP packets

**Appx57377**

ARISTANDCA00023688

     D   Use of the Authentication Field
         D.1      Authentication Field in IS-IS packets
         D.2      Authentication Type 1 - Simple Password

     E   Interaction of the Integrated IS-IS with Brouters
         E.1      The Problem
         E.2      Possible Solutions

Figures
         1        ISO Hierarchical Address Structure
         2        An Example
         3        Encoding of Variable Length Fields

1 Introduction: Overview of the Protocol

   The TCP/IP protocol suite has been growing in importance as a multi-
   vendor communications architecture. With the anticipated emergence of
   OSI, we expect coexistence of TCP/IP and OSI to continue for an
   extended period of time. There is a critical need for routers to
   support both IP traffic and OSI traffic in parallel.

   There are two main methods that are available for routing protocols
   to support dual OSI and IP routers. One method, known as "Ships in
   the Night", makes use of completely independent routing protocols for
   each of the two protocol suites. This specification presents an
   alternate approach, which makes use of a single integrated protocol
   for interior routing (i.e., for calculating routes within a routing
   domain) for both protocol suites.

   This integrated protocol design is based on the OSI Intra-domain IS-
   IS routing protocol [1], with IP-specific functions added. This RFC
   is considered a companion to the OSI IS-IS Routing spec, and will
   only describe the required additional features.

   By supporting both IP and OSI traffic, this integrated protocol
   design supports traffic to IP hosts, OSI end systems, and dual end
   systems.  This approach is "integrated" in the sense that the IS-IS
   protocol can be used to support pure-IP environments, pure-OSI
   environments, and dual environments. In addition, this approach
   allows interconnection of dual (IP and OSI) routing domains with
   other dual domains, with IP-only domains, and with OSI-only domains.

   The protocol specified here is based on the work of the IETF IS-IS
   working group.

1.1 What the Integrated IS-IS offers

   The integrated IS-IS provides a single routing protocol which will

**Appx57378**

ARISTANDCA00023689

Network Working Group                                    D.  Estrin
Request for Comments: 2117                                     USC
Category: Experimental                                 D. Farinacci
                                                            CISCO
                                                         A. Helmy
                                                              USC
                                                        D. Thaler
                                                            UMICH
                                                       S. Deering
                                                            XEROX
                                                       M. Handley
                                                              UCL
                                                      V. Jacobson
                                                              LBL
                                                           C. Liu
                                                              USC
                                                       P. Sharma
                                                              USC
                                                          L. Wei
                                                            CISCO
                                                       June 1997

Protocol Independent Multicast-Sparse Mode (PIM-SM): Protocol
                        Specification

Status of This Memo

   This memo defines an Experimental Protocol for the Internet
   community.  This memo does not specify an Internet standard of any
   kind.  Discussion and suggestions for improvement are requested.
   Distribution of this memo is unlimited.

Acknowledgements

   The author list has been reordered to reflect the involvement in
   detailed editorial work on this specification document.  The first
   four authors are the primary editors and are listed alphabetically.
   The rest of the authors, also listed alphabetically, participated in
   all aspects of the architectural and detailed design but managed to
   get away without hacking the latex!

ARISTANDCA00026199

1 Introduction

   This document describes a protocol for efficiently routing to
   multicast groups that may span wide-area (and inter-domain)
   internets.  We refer to the approach as Protocol Independent
   Multicast--Sparse Mode (PIM-SM) because it is not dependent on any
   particular unicast routing protocol, and because it is designed to
   support sparse groups as defined in [1][2]. This document describes
   the protocol details.  For the motivation behind the design and a
   description of the architecture, see [1][2]. Section 2 summarizes
   PIM-SM operation.  It describes the protocol from a network
   perspective, in particular, how the participating routers interact to
   create and maintain the multicast distribution tree.  Section 3
   describes PIM-SM operations from the perspective of a single router
   implementing the protocol; this section constitutes the main body of
   the protocol specification.  It is organized according to PIM-SM
   message type; for each message type we describe its contents, its
   generation, and its processing.

   Sections 3.8 and 3.9 summarize the timers and flags referred to
   throughout this document. Section 4 provides packet format details.

   The most significant functional changes since the January '95 version
   involve the Rendezvous Point-related mechanisms, several resulting
   simplifications to the protocol, and removal of the PIM-DM protocol
   details to a separate document [3] (for clarity).

2 PIM-SM Protocol Overview

   In this section we provide an overview of the architectural
   components of PIM-SM.

   A router receives explicit Join/Prune messages from those neighboring
   routers that have downstream group members. The router then forwards
   data packets addressed to a multicast group, G, only onto those
   interfaces on which explicit joins have been received. Note that all
   routers mentioned in this document are assumed to be PIM-SM capable,
   unless otherwise specified.

   A Designated Router (DR) sends periodic Join/Prune messages toward a
   group-specific Rendezvous Point (RP) for each group for which it has
   active members. Each router along the path toward the RP builds a
   wildcard (any-source) state for the group and sends Join/Prune
   messages on toward the RP. We use the term route entry to refer to
   the state maintained in a router to represent the distribution tree.
   A route entry may include such fields as the source address, the
   group address, the incoming interface from which packets are
   accepted, the list of outgoing interfaces to which packets are sent,

ARISTANDCA00026200

timers, flag bits, etc. The wildcard route entry's incoming interface
points toward the RP; the outgoing interfaces point to the
neighboring downstream routers that have sent Join/Prune messages
toward the RP. This state creates a shared, RP-centered, distribution
tree that reaches all group members. When a data source first sends
to a group, its DR unicasts Register messages to the RP with the
source's data packets encapsulated within. If the data rate is high,
the RP can send source-specific Join/Prune messages back towards the
source and the source's data packets will follow the resulting
forwarding state and travel unencapsulated to the RP.  Whether they
arrive encapsulated or natively, the RP forwards the source's
decapsulated data packets down the RP-centered distribution tree
toward group members.  If the data rate warrants it, routers with
local receivers can join a source-specific, shortest path,
distribution tree, and prune this source's packets off of the shared
RP-centered tree. For low data rate sources, neither the RP, nor
last-hop routers need join a source-specific shortest path tree and
data packets can be delivered via the shared, RP-tree.

The following subsections describe SM operation in more detail, in
particular, the control messages, and the actions they trigger.

2.1 Local hosts joining a group


In order to join a multicast group, G, a host conveys its membership
information through the Internet Group Management Protocol (IGMP), as
specified in [4][5], (see figure 1).  From this point on we refer to
such a host as a receiver, R, (or member) of the group G.

Note that all figures used in this section are for illustration and
are intended to be complete. For complete and detailed protocol
action see Section 3.

    [Figures are present only in the postscript version]
    Fig. 1  Example: how a receiver joins, and sets up shared tree


When a DR (e.g., router A in figure 1) gets a membership indication
from IGMP for a new group, G, the DR looks up the associated RP. The
DR creates a wildcard multicast route entry for the group, referred
to here as a (*,G) entry; if there is no more specific match for a
particular source, the packet will be forwarded according to this
entry.

ARISTANDCA00026201

Network Working Group                                        W. Fenner
Request for Comments: 2236                                   Xerox PARC
Updates: 1112                                            November 1997
Category: Standards Track

                Internet Group Management Protocol, Version 2

Status of this Memo

   This document specifies an Internet standards track protocol for the
   Internet community, and requests discussion and suggestions for
   improvements.  Please refer to the current edition of the "Internet
   Official Protocol Standards" (STD 1) for the standardization state
   and status of this protocol.  Distribution of this memo is unlimited.

Copyright Notice

   Copyright (C) The Internet Society (1997).  All Rights Reserved.

Abstract

   This memo documents IGMPv2, used by IP hosts to report their
   multicast group memberships to routers.  It updates STD 5, RFC 1112.

   IGMPv2 allows group membership termination to be quickly reported to
   the routing protocol, which is important for high-bandwidth multicast
   groups and/or subnets with highly volatile group membership.

   This document is a product of the Inter-Domain Multicast Routing
   working group within the Internet Engineering Task Force.  Comments
   are solicited and should be addressed to the working group's mailing
   list at idmr@cs.ucl.ac.uk and/or the author(s).

1.  Definitions

   The key words "MUST", "MUST NOT", "REQUIRED", "SHALL", "SHALL NOT",
   "SHOULD", "SHOULD NOT", "RECOMMENDED",  "MAY", and "OPTIONAL" in this
   document are to be interpreted as described in RFC 2119 [RFC 2119].

2.  Introduction

   The Internet Group Management Protocol (IGMP) is used by IP hosts to
   report their multicast group memberships to any immediately-
   neighboring multicast routers.  This memo describes only the use of
   IGMP between hosts and routers to determine group membership.
   Routers that are members of multicast groups are expected to behave

Fenner                        Standards Track                   [Page 1]

**Appx57527**

ARISTANDCA00026676

## 8.2.  Query Interval

The Query Interval is the interval between General Queries sent  by
the Querier.  Default: 125 seconds.

By varying the [Query Interval], an administrator may tune the number
of IGMP messages on the subnet; larger values cause IGMP Queries to
be sent less often.

## 8.3.  Query Response Interval

The Max Response Time inserted into the periodic General Queries.
Default: 100 (10 seconds)

By varying the [Query Response Interval], an administrator may tune
the burstiness of IGMP messages on the subnet; larger values make the
traffic less bursty, as host responses are spread out over a larger
interval.  The number of seconds represented by the [Query Response
Interval] must be less than the [Query Interval].

## 8.4.  Group Membership Interval

The Group Membership Interval is the amount of time that must pass
before a multicast router decides there are no more members of a
group on a network.  This value MUST be ((the Robustness Variable)
times (the Query Interval)) plus (one Query Response Interval).

## 8.5.  Other Querier Present Interval

The Other Querier Present Interval is the length of time that must
pass before a multicast router decides that there is no longer
another multicast router which should be the querier.  This value
MUST be ((the Robustness Variable) times (the Query Interval)) plus
(one half of one Query Response Interval).

## 8.6.  Startup Query Interval

The Startup Query Interval is the interval between General Queries
sent by a Querier on startup.  Default: 1/4 the Query Interval.

## 8.7.  Startup Query Count

The Startup Query Count is the number of Queries sent out on startup,
separated by the Startup Query Interval.  Default: the Robustness
Variable.

ARISTANDCA00026693

8.8.  Last Member Query Interval

   The Last Member Query Interval is the Max Response Time inserted into
   Group-Specific Queries sent in response to Leave Group messages, and
   is also the amount of time between Group-Specific Query messages.
   Default: 10 (1 second)

   This value may be tuned to modify the "leave latency" of the network.
   A reduced value results in reduced time to detect the loss of the
   last member of a group.

8.9.  Last Member Query Count

   The Last Member Query Count is the number of Group-Specific Queries
   sent before the router assumes there are no local members.  Default:
   the Robustness Variable.

8.10.  Unsolicited Report Interval

   The Unsolicited Report Interval is the time between repetitions of a
   host's initial report of membership in a group.  Default: 10 seconds.

8.11.  Version 1 Router Present Timeout

   The Version 1 Router Present Timeout is how long a host must wait
   after hearing a Version 1 Query before it may send any IGMPv2
   messages.  Value: 400 seconds.

9.  Message destinations

   This information is provided elsewhere in the document, but is
   summarized here for convenience.

   Message Type                 Destination Group
   ------------                 -----------------
   General Query                ALL-SYSTEMS (224.0.0.1)
   Group-Specific Query         The group being queried
   Membership Report            The group being reported
   Leave Message                ALL-ROUTERS (224.0.0.2)


   Note: in older (i.e., non-standard and now obsolete) versions of
   IGMPv2, hosts send Leave Messages to the group being left.  A
   router SHOULD accept Leave Messages addressed to the group being
   left in the interests of backwards compatibility with such hosts.
   In all cases, however, hosts MUST send to the ALL-ROUTERS address
   to be compliant with this specification.

ARISTANDCA00026694

Network Working Group                          B. Fenner, Ed.
Request for Comments: 3618                       D. Meyer, Ed.
Category: Experimental                           October 2003

             Multicast Source Discovery Protocol (MSDP)

Status of this Memo

   This memo defines an Experimental Protocol for the Internet
   community.  It does not specify an Internet standard of any kind.
   Discussion and suggestions for improvement are requested.
   Distribution of this memo is unlimited.

Copyright Notice

   Copyright (C) The Internet Society (2003).  All Rights Reserved.

Abstract

   The Multicast Source Discovery Protocol (MSDP) describes a mechanism
   to connect multiple IP Version 4 Protocol Independent Multicast
   Sparse-Mode (PIM-SM) domains together.  Each PIM-SM domain uses its
   own independent Rendezvous Point (RP) and does not have to depend on
   RPs in other domains.  This document reflects existing MSDP
   implementations.

Table of Contents

   1.  Introduction. . . . . . . . . . . . . . . . . . . . . . . .   2
   2.  Overview. . . . . . . . . . . . . . . . . . . . . . . . . .   3
   3.  Procedure . . . . . . . . . . . . . . . . . . . . . . . . .   3
   4.  Caching . . . . . . . . . . . . . . . . . . . . . . . . . .   4
   5.  Timers. . . . . . . . . . . . . . . . . . . . . . . . . . .   4
       5.1. SA-Advertisement-Timer . . . . . . . . . . . . . . . .   5
       5.2. SA-Advertisement-Timer Processing. . . . . . . . . . .   5
       5.3. SA Cache Timeout (SA-State Timer). . . . . . . . . . .   5
       5.4. Peer Hold Timer. . . . . . . . . . . . . . . . . . . .   5
       5.5. KeepAlive Timer. . . . . . . . . . . . . . . . . . . .   6
       5.6. ConnectRetry Timer . . . . . . . . . . . . . . . . . .   6
   6.  Intermediate MSDP Peers . . . . . . . . . . . . . . . . . .   6
   7.  SA Filtering and Policy . . . . . . . . . . . . . . . . . .   6
   8.  Encapsulated Data Packets . . . . . . . . . . . . . . . . .   7
   9.  Other Scenarios . . . . . . . . . . . . . . . . . . . . . .   7
   10. MSDP Peer-RPF Forwarding. . . . . . . . . . . . . . . . . .   7
       10.1. Definitions . . . . . . . . . . . . . . . . . . . . .   7
             10.1.1. Multicast RPF Routing Information Base. . . .   8
             10.1.2. Peer-RPF Route. . . . . . . . . . . . . . . .   8

**Appx57578**

ARISTANDCA00028845

              10.1.3. Peer-RPF Forwarding Rules . . . . . . . . . .   8
         10.2. MSDP mesh-group semantics . . . . . . . . . . . . .   9
    11. MSDP Connection State Machine . . . . . . . . . . . . . . .   9
         11.1. Events. . . . . . . . . . . . . . . . . . . . . . .  10
         11.2. Actions . . . . . . . . . . . . . . . . . . . . . .  10
         11.3. Peer-specific Events. . . . . . . . . . . . . . . .  11
         11.4. Peer-independent Events . . . . . . . . . . . . . .  11
    12. Packet Formats. . . . . . . . . . . . . . . . . . . . . . .  12
         12.1. MSDP TLV format . . . . . . . . . . . . . . . . . .  12
         12.2. Defined TLVs. . . . . . . . . . . . . . . . . . . .  12
              12.2.1. IPv4 Source-Active TLV. . . . . . . . . . . .  13
              12.2.2. KeepAlive TLV . . . . . . . . . . . . . . . .  14
    13. MSDP Error Handling . . . . . . . . . . . . . . . . . . . .  15
    14. SA Data Encapsulation . . . . . . . . . . . . . . . . . . .  15
    15. Applicability Statement . . . . . . . . . . . . . . . . . .  15
         15.1. Between PIM Domains . . . . . . . . . . . . . . . .  15
         15.2. Between Anycast-RPs . . . . . . . . . . . . . . . .  15
    16. Intellectual Property . . . . . . . . . . . . . . . . . . .  15
    17. Acknowledgments . . . . . . . . . . . . . . . . . . . . . .  16
    18. Security Considerations . . . . . . . . . . . . . . . . . .  16
    19. IANA Considerations . . . . . . . . . . . . . . . . . . . .  17
         19.1. Allocated TLV Range . . . . . . . . . . . . . . . .  17
         19.2. Experimental TLV Range. . . . . . . . . . . . . . .  17
    20. References. . . . . . . . . . . . . . . . . . . . . . . . .  17
         20.1. Normative References. . . . . . . . . . . . . . . .  17
         20.2. Informative References. . . . . . . . . . . . . . .  18
    21. Editors' Addresses. . . . . . . . . . . . . . . . . . . . .  18
    22. Full Copyright Statement. . . . . . . . . . . . . . . . . .  19

1.  Introduction

    The Multicast Source Discovery Protocol (MSDP) describes a mechanism
    to connect multiple PIM Sparse-Mode (PIM-SM) [RFC2362] domains
    together.  Each PIM-SM domain uses its own independent RP(s) and does
    not have to depend on RPs in other domains.  Advantages of this
    approach include:

    o  No Third-party resource dependencies on a domain's RP

       PIM-SM domains can rely on their own RPs only.

    o  Receiver only Domains

       Domains with only receivers get data without globally advertising
       group membership.

    Note that MSDP may be used with protocols other than PIM-SM, but such
    usage is not specified in this memo.

Fenner & Meyer                Experimental                     [Page 2]

**Appx57579**

ARISTANDCA00028846

The key words "MUST", "MUST NOT", "REQUIRED", "SHALL", "SHALL NOT",
"SHOULD", "SHOULD NOT", "RECOMMENDED", "MAY", and "OPTIONAL" in this
document are to be interpreted as described in [RFC2119].

2.  Overview

MSDP-speaking routers in a PIM-SM domain have a MSDP peering
relationship with MSDP peers in another domain.  The peering
relationship is made up of a TCP connection in which control
information is exchanged.  Each domain has one or more connections to
this virtual topology.

The purpose of this topology is to allow domains to discover
multicast sources from other domains.  If the multicast sources are
of interest to a domain which has receivers, the normal source-tree
building mechanism in PIM-SM will be used to deliver multicast data
over an inter-domain distribution tree.

3.  Procedure

When an RP in a PIM-SM domain first learns of a new sender, e.g., via
PIM register messages, it constructs a "Source-Active" (SA) message
and sends it to its MSDP peers.  All RPs, which intend to originate
or receive SA messages, must establish MSDP peering with other RPs,
either directly or via an intermediate MSDP peer.  The SA message
contains the following fields:

o  Source address of the data source.

o  Group address the data source sends to.

o  IP address of the RP.

Note that an RP that isn't a DR on a shared network SHOULD NOT
originate SA's for directly connected sources on that shared network;
it should only originate in response to receiving Register messages
from the DR.

Each MSDP peer receives and forwards the message away from the RP
address in a "peer-RPF flooding" fashion.  The notion of peer-RPF
flooding is with respect to forwarding SA messages.  The Multicast
RPF Routing Information Base (MRIB) is examined to determine which
peer towards the originating RP of the SA message is selected.  Such
a peer is called an "RPF peer".  See section 13 for the details of
peer-RPF forwarding.

Fenner & Meyer              Experimental                     [Page 3]

ARISTANDCA00028847

If the MSDP peer receives the SA from a non-RPF peer towards the
originating RP, it will drop the message.  Otherwise, it forwards the
message to all its MSDP peers (except the one from which it received
the SA message).

When an MSDP peer which is also an RP for its own domain receives a
new SA message, it determines if there are any group members within
the domain interested in any group described by an (Source, Group),
or (S,G) entry within the SA message.  That is, the RP checks for a
(*,G) entry with a non-empty outgoing interface list; this implies
that some system in the domain is interested in the group.  In this
case, the RP triggers a (S,G) join event towards the data source as
if a Join/Prune message was received addressed to the RP itself.
This sets up a branch of the source-tree to this domain.  Subsequent
data packets arrive at the RP via this tree branch, and are forwarded
down the shared-tree inside the domain.  If leaf routers choose to
join the source-tree they have the option to do so according to
existing PIM-SM conventions.  Finally, if an RP in a domain receives
a PIM Join message for a new group G, the RP SHOULD trigger a (S,G)
join event for each active (S,G) for that group in its SA cache.

This procedure has been affectionately named flood-and-join because
if any RP is not interested in the group, they can ignore the SA
message.  Otherwise, they join a distribution tree.

4.  Caching

    A MSDP speaker MUST cache SA messages.  Caching allows pacing of MSDP
    messages as well as reducing join latency for new receivers of a
    group G at an originating RP which has existing MSDP (S,G) state.  In
    addition, caching greatly aids in diagnosis and debugging of various
    problems.

    An MSDP speaker must provide a mechanism to reduce the forwarding of
    new SA's.  The SA-cache is used to reduce storms and performs this by
    not forwarding SA's unless they are in the cache or are new SA
    packets that the MSDP speaker will cache for the first time.  The
    SA-cache also reduces storms by advertising from the cache at a
    period of no more than twice per SA-Advertisement-Timer interval and
    not less than 1 time per SA Advertisement period.

5.  Timers

    The main timers for MSDP are: SA-Advertisement-Timer, SA Cache Entry
    timer, Peer Hold Timer, KeepAlive timer, and ConnectRetry timer.
    Each is considered below.

ARISTANDCA00028848

**LAYER 3 UNDERLAY WITH VXLAN OVERLAY**

VXLAN complements the Layer 3 designs by enabling a layer 2 overlay across layer 3 underlay via the non-proprietary multi-vendor VXLAN standard. It couples the best of layer 3 designs (scale-out, massive network scale, fast convergence and minimized fault domains) with the flexibility of layer 2 (VLAN and MAC address mobility), alleviating the downsides of both layer 2 and layer 3 designs.

VXLAN capabilities can be enabled in software through hypervisor-resident virtual switches as part of a virtual server infrastructure. This approach extends layer 2 over layer 3 but doesn't address how traffic gets to the correct physical server in the most optimal manner. A software-based approach to deploying VXLAN or other overlays in the network also costs CPU cycles on the server, as a result of the offload capabilities on the NIC being disabled.

Hardware VXLAN Gateway capability on a switch enables the most flexibility, greater scale and traffic optimization. The physical network remains at layer 3 for maximum scale-out, best table/capability utilization and fastest convergence times. Servers continue to provide NIC CPU offload capability and the VXLAN Hardware Gateway provides layer 2 and layer 3 forwarding, alongside the layer 2 overlay over layer 3 forwarding.

## ARISTA EOS FOUNDATION FEATURES THAT ENABLE THESE DESIGNS

Arista's scale-out cloud network designs are underpinned on a number of foundation features of Arista's award-winning Extensible Operating System:

**MULTI CHASSIS LINK AGGREGATION (MLAG)**

MLAG enables devices to be attached to a pair of Arista switches (an MLAG pair) with all links running active/active. MLAG eliminates bottlenecks, provides resiliency and enables layer 2 links to operate active/active without wasting 50% of the bandwidth as is the case with STP blocked links. L3 Anycast Gateway (Virtual ARP / VARP) with MLAG enables the L3 gateway to operate in active/active mode without the overhead of protocols like HSRP or VRRP.

To a neighboring device, MLAG behaves the same as standard link aggregation (LAG) and can run either with Link Aggregation Control Protocol (LACP) (formerly IEEE 802.3ad, more recently IEEE 802.1AX-2008) or in a static 'mode on' configuration.

The MLAG pair of switches synchronize forwarding state between them such that the failure of one node doesn't result in any disruption or outage as there are no protocols to go from standby to active, or new state to learn as the devices are operating in active/active mode.

**ZERO TOUCH PROVISIONING (ZTP)**

ZTP enables switches to be physically deployed without any configuration. With ZTP, a switch loads its image and configuration from a centralized location within the network. This simplifies deployment, enabling network engineering resources to be used for more productive tasks by avoiding wasting valuable time on repetitive tasks such as provisioning switches or requiring network engineers to walk around with serial console cables.

An extension to ZTP, Zero Touch Replacement (ZTR) enables switches to be physically replaced, with the replacement switch picking up the same image and configuration as the switch it replaced. Switch identity and configuration aren't tied to switch MAC address but instead are tied to location in the network where the device is attached (based on LLDP information from neighboring devices). While a hardware failure and RMA is not likely to be a common event, ZTR means that in this situation the time-to-restoration is reduced to the time it takes for a

Appx02025

CSI-CLI-00355213

# Cost of Solving the Problem 100% Manually

- At the time the SDCD project was started there were approximately 14K* Cisco IOS commands documented in the documentation database

- A pilot of performing 100% manual verification of the Cisco IOS commands in the documentation database estimated the cost of manual CLI syntax verification to be approximately one million dollars

*There are now over 16K commands documented in the documentation database.

SDCD          © 2009 Cisco Systems, Inc. All rights reserved.    Cisco Confidential                                    14

© 2008 Cisco Systems, Inc. All rights reserved.
Presentation_ID.scr

**Appx62649**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    CSI-CLI-00866954

| | |
|---|---|
| **From:** | Lorenz Redlefsen [lwr@arastra.com] |
| **Sent:** | 4/23/2008 5:16:06 PM |
| **To:** | Hugh Holbrook [holbrook@arastra.com] |
| **CC:** | Andreas Bechtolsheim [avb@arastra.com]; eng [eng@arastra.com] |
| **Subject:** | Re: BNT launches Rackswitches |

I like the format of their data sheet. They spell out all their
supported features very nicely, and leave nothing unsaid.

They play up the fact that their "ISCLI" is "Cisco-like" "for optimal
interoperability with Cisco(R) or other vendors' networks." Note also
that their CLI is "scriptable" -- so is ours. (I realize that's a
meaningless statement, but should we add it to our datasheet?)

Have we been making a big deal about our reversible airflow and
self-adjusting fan speeds, saving power? I wonder if we should spell
out that we're "patent pending" on the reversible airflow?

They only support short-reach media types (10GBASE-SR, and
1000BASE-SX/1000BASE-T), which makes sense in their deployment
environment.

They don't do marketing math -- they have "240 Gbps" bandwidth.

They use Cisco feature names for a bunch of their features ("Private
VLAN Edge", "BPDU Guard").


On Wed, Apr 23, 2008 at 7:54 AM, Hugh Holbrook <holbrook@arastra.com> wrote:
> I wonder what "Server Mobility" is.  It sounds like dhcp option 82 to me,
> where the switch acts as a dhcp relay, tagging packets with the port they
> came in on so the dhcp server can assign the right address.

I was wondering that myself. They talk about "bare-metal provisioning
of servers" -- I guess this means that they somehow aid in the
provisioning of servers based on MAC addresses...? DHCP Relay/Option
82 might be what they're doing...

> They are pretty short on features but software features they have that we
> don't:
>     acls
>     mac move notification

This feature might be a great way to demo the power of our open
platform. Isn't this "just" a reactor to the MAC address table that
sends out SNMP traps in response to changes?

> All the claimed stacking support is "in a future software release".

Same here! :)

**Appx62707**

CONTAINS CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER          ANI-ITC-944_945-3604587

| | |
|---|---|
| **From:** | Joe Chapman (joechap) <joechap@cisco.com> |
| **To:** | Richard Chycoski (rac) <rac@cisco.com>;Derek Walker -X (derwalke - DEL ORO CONSULTING INC at Cisco) <derwalke@cisco.com> |
| **CC:** | Chris Kuhn (ckuhn) <ckuhn@cisco.com>;Russ Johnson (rujohnso) <rujohnso@cisco.com>;Jason Gervia (jagervia) <jagervia@cisco.com>;Doug Beeman (dbeeman) <dbeeman@cisco.com>;Keith Swallow (kswallow) <kswallow@cisco.com>;Eric Amft (eamft) <eamft@cisco.com>;Maria Teigeiro (mteigeir) <mteigeir@cisco.com>;Harish Somanathan -X (hsomanat - HCL TECHNOLOGIES LIMITED at Cisco) <hsomanat@cisco.com>;Bill Halvorsen (bhalvors) <bhalvors@cisco.com>;Mike Quinn (mquinn) <mquinn@cisco.com>;Eric Pylko (erpylko) <erpylko@cisco.com>;Nathan Sowatskey (nsowatsk) <nsowatsk@cisco.com>;clueless(mailer list) <clueless@cisco.com>;cisco-flame(mailer list) <cisco-flame@cisco.com> |
| **Sent:** | 8/24/2013 5:34:56 AM |
| **Subject:** | Re: Tech executives facing up to hard realities of the cloud |

Am I missing something or isn't that really the underlying point of SDN?
I mean, it's great that we get into, in this thread, debating the various
merits of using the APIs, but isn't it all really about the APIs?

ONF is driving the OpenFlow APIs so that you can make apps that do
whatever you want, right?
If you want a management app -- you use OpenFlow APIs.
SPs want to deploy & monitor services -- you use OpenFlow APIs.
Subscribers want to verify services or make changes to their subscriptions
-- you use OpenFlow APIs.

I no longer need to know the intricate details of a particular OS or the
MIBs for SNMP.

HOW you use the APIs is going to be the trick.
Do you build service catalogs that are available via Intelligent
Automation for Cloud (IAC) and allow subscribers to make ad-hoc changes?
Do you build a new GUI-app that uses OpenFlow APIs so admins don't need to
learn archaic CLI to get things done? Do you build new and different apps
to touch different vendor platforms, or different OSs from the same
vendor, or different SNMP MIBs, etc., etc., etc., or do you write your
code to one set of network APIs that tell the underlying hardware that you
want to enable/disable interfaces, changes network addresses, create VRFs,
build L2/L3 VPNs, and so on.

Then we at Cisco can get on with the business of creating really great
platforms that excel at implementing all those cool things that we make
possible via northbound APIs, right?

And we cover the southbound app side by providing the hooks in the Prime
apps to not only manage our gear via OpenFlow APIs but Juniper, ALU &
whomever else comes along. We give SPs the ability to let their customers
self-serve via IAC.

Overall, to me, this idea that 'cloud' or 'SDN' is going to 'kill off ___'
-- anyone -- is about as accurate as the theme that MS NetMeeting/VoIP
were going to 'kill off the phone companies': Hello? Your VoIP packets
still traverse their networks. You may not get a per minute tariff in the
future, but you may be billed by the byte -- they're not going away.

I think the same will apply to 'cloud'/SDN: You may not need to be a
CLI-guru to configure a router or switch in the future (though I'm sure
something like that will be there in the background for those that want
it), but (a) if you want performance and features, you're going to buy
something specifically designed to do that and not a generic box running
some nondescript OpenFlow software and (b) 'real' network engineers are
still going to need a deep understanding of the features, functions and
capabilities of said boxes in order to exploit them.

Of course, that's just my opinion, I could be wrong.

**Appx62752**

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00074057

On 8/23/13 12:04 PM, "Richard Chycoski (rac)" <rac@cisco.com> wrote:


>Yes! One way to ensure that the API is feature-complete is to make it
>the only actual interface, with the GUI connecting via the API.
>
>I'm older than most of the people on this list, and I still suggest that
>the CLI go away. A fully-functional GUI should be able to do all of the
>'poking' that is needed, and automation of configuration can be done via
>the API. This will mean that someone will build CLI-to-API tools, but we
>should stop supporting the CLI as a regular interface into our gear. I
>know this sounds radical - it is. But we have cumbersome and encumbered
>CLIs because they became the de-facto API to our gear, and the only way
>to truly fix this is to do away with the CLI 'standards' (we have so
>many to chose from!) entirely.
>
>Yes, it will be like cutting your legs off at first. And given the size
>of the company, it's not going to happen overnight to every product we
>build. We will learn, over time, how to be more productive in an API+GUI
>environment than with CLIs, and eventually we'll all wonder why we ever
>needed CLIs at all.
>
>I say this because I've been working with more and more products that
>have taken this approach, and it works. One such Cisco product is Tidal
>Enterprise Scheduler, which now has a feature-complete API, and very
>feature-incomplete CLI that hasn't quite left the building yet. The GUI
>and all external interactions are performed through the API. No one
>misses the CLI, and it's possible to interact with the product via the
>API in a regularised, supported fashion for programs and automation,
>while allowing the human interface (GUI) to evolve without impacting the
>automated interface.
>
>"We don't need no stinkin' CLI!" ...and if you've ever used some of our
>CLIs, like the ones in UCS, you know what I mean...
>
>- Richard
>
>On 8/23/13 9:48 AM, Derek Walker wrote:
>> Make a robust API.
>>
>> Have the CLI and GUI both represent and talk to the API but not *be*
>> the API.
>>
>> On 8/23/2013 9:47 AM, Chris Kuhn (ckuhn) wrote:
>>> Good GUI is required yes. Do NOT "do away" with CLI. You may as well
>>> cutoff my legs.
>>>
>>> -Chris
>>>
>>> On 8/23/13 9:43 AM, "Richard Chycoski (rac)" <rac@cisco.com> wrote:
>>>
>>>> Not everyone wants to configure their huge network with
>>>> point-and-click.
>>>> We need easy to use, consistent APIs to integrate with as well. We do
>>>> need good GUIs that really work - when I reconfigured a VLAN on a UCS
>>>> box a couple of years ago, the change did not 'take' - I was told that
>>>> our own teams almost never use the GUI, because it was too flaky!
>>>>
>>>> So yes, do away with the CLIs, but please make the GUIs work properly
>>>> first. :-)
>>>>
>>>> And give us fully-functional APIs so that the grownups can make
>>>> enterprise-sized networks without having to point-and-click for
>>>> years to
>>>> configure them.
>>>>

**Appx62753**

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00074057.000001

```
>>>> - Richard
>>>>
>>>>
>>>> On 8/23/13 8:59 AM, Russ Johnson (rujohnso) wrote:
>>>>> +1. Cisco's current culture is to look down on a person who relies on
>>>>> GUI vs. CLI. But look at the devices in use today (cell phones,
>>>>> tablets,
>>>>> internet connected TV, etc). The devices and the younger generation
>>>>> are
>>>>> all GUI based. It's a point and click world. We can either get on
>>>>> board
>>>>> or fall behind.
>>>>>
>>>>> There was a related flame the companies are hiring older hackers
>>>>>to
>>>>> test their security because they know how things work. Point taken.
>>>>> But
>>>>> how big is that market? Which is the growth market, CLI or point and
>>>>> click? Over time, which market do you want to be able to sell too?
>>>>>
>>>>> Russ
>>>>>
>>>>>
>>>>> -----Original Message-----
>>>>> From: Jason Gervia (jagervia)
>>>>> Sent: Friday, August 23, 2013 11:56 AM
>>>>> To: Doug Beeman (dbeeman); Keith Swallow (kswallow); Eric Amft
>>>>> (eamft);
>>>>> Maria Teigeiro (mteigeir); Harish Somanathan -X (hsomanat - HCL
>>>>> TECHNOLOGIES LIMITED at Cisco); Bill Halvorsen (bhalvors)
>>>>> Cc: Mike Quinn (mquinn); Eric Pylko (erpylko); Nathan Sowatskey
>>>>> (nsowatsk); Richard Chycoski (rac); clueless(mailer list);
>>>>> cisco-flame(mailer list)
>>>>> Subject: Re: Tech executives facing up to hard realities of the cloud
>>>>>
>>>>> +100
>>>>>
>>>>> I was in Meraki training and setting up 802.1x was simple and easy -
>>>>>I
>>>>> can't even remember the various commands on a catalyst switch you
>>>>>need
>>>>> to enable it. You would think that getting beaten up for years in
>>>>>the
>>>>> Security market by Checkpoint we would have figured out that we need
>>>>> simple management GUIs, but the complaint about our GUI/management
>>>>>has
>>>>> been around so long it's now a running joke. It's not as funny now
>>>>> that
>>>>> I'm an SE and not only do I have to compete against the competition
>>>>> with
>>>>> easier management, but also against the negative perception of our
>>>>> GUIs
>>>>> and our customer's bad experience with them.
>>>>>
>>>>>
>>>>> Jason Gervia
>>>>> Systems Engineer.Sales
>>>>> jagervia@cisco.com
>>>>> Work: +1 678 352 2731
>>>>> Mobile: +1 678 637 4318
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>> On 8/23/13 11:45 AM, "Doug Beeman (dbeeman)" <dbeeman@cisco.com>
>>>>> wrote:
>>>>>
```

**Appx62754**

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00074057.000002

>>>>>> HERE.. HERE
>>>>>>
>>>>>> *Management needs to be our culture, not the afterthought*
>>>>>>
>>>>>>
>>>>>> -Keith
>>>>>>
>>>>>>
>>>>>> Keith Swallow #14817
>>>>>> Technical Solutions Architect
>>>>>> Great Lakes Enterprise
>>>>>>
>>>>>> Email: kswallow@cisco.com 5400 Frantz Rd
>>>>>> Video: kswallow@cisco.com Suite 200
>>>>>> Phone: 408.894.1485 Dublin, Ohio
>>>>>> 43016
>>>>>> Mobile: 614.357.0508
>>>>>>
>>>>>> "Never confuse motion with action" - Ben Franklin
>>>>>>
>>>>>> This email may contain confidential and privileged material for the
>>>>>> sole use of the intended recipient. Any review, use, distribution or
>>>>>> disclosure by others is strictly prohibited. If you are not the
>>>>>> intended recipient (or authorized to receive for the recipient),
>>>>>> please
>>>>>> contact the sender by reply email and delete all copies of this
>>>>>> message.
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>> On 8/23/13 11:39 AM, "Keith Swallow (kswallow)" <kswallow@cisco.com>
>>>>>> wrote:
>>>>>>
>>>>>>> Amen�
>>>>>>>
>>>>>>> <rant>
>>>>>>> The main hurdle inside Cisco is we have built a culture of
>>>>>>> difficulty
>>>>>>> means value. No offense to our development folks but the CLI is an
>>>>>>> archaic dinosaur from the past.
>>>>>>>
>>>>>>> Also the way we make configuring features is crazy. I sat in a lab
>>>>>>> around SANET at the last BN VT, and while it was powerful, I don't
>>>>>>> have one customer that could deploy it. I saw something a few
>>>>>>>months
>>>>>>> back that our most deployed feature is Auto QoS at somewhere around
>>>>>>> 30%..
>>>>>>> The next highest was 802.1x at .8% .. The reason.. No one can
>>>>>>> configure our valuable features.
>>>>>>>
>>>>>>> This problem is starting to impact us in customer sales. We
>>>>>>> constantly
>>>>>>> talk features and value but our customers can't deploy the
>>>>>>>features.
>>>>>>> Why pay for a Cisco switch if you can't use the features.
>>>>>>>
>>>>>>> When I have brought Meraki up before to various BUs the first
>>>>>>> comment
>>>>>>> is always around limited features. Here is the thing. I can turn on
>>>>>>> their features without having to google for a config or search
>>>>>>>topic
>>>>>>> for the answer. I click a box and 802.1x works. I click a box and I
>>>>>>> can remotely sniffer trace a port.
>>>>>>>
>>>>>>> The perception that there stuff is simple is crazy. Its easy,
>>>>>>> like the

**Appx62755**

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00074057.000003

```
>>>>>>> iPhone. The iPhone is great in that it takes a very complex
>>>>>>> technology
>>>>>>> and makes it easy to use. Its not a simple device.
>>>>>>>
>>>>>>> Meraki products are the same way. Those product take very complex
>>>>>>> technologies and makes them consumable for our customers.
>>>>>>>
>>>>>>> We are quickly becoming the old crusty network guys in our
>>>>>>>accounts.
>>>>>>> The new generation that is coming into the workforce doesn't care
>>>>>>> about CLI..
>>>>>>> They want easy to use and they want functional. We replaced the old
>>>>>>> crusty PBX guys because of Management.
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> </rant>
>>>>>>>
>>>>>>> Keith
>>>>>>>
>>>>>>>
>>>>>>> Keith Swallow #14817
>>>>>>> Technical Solutions Architect
>>>>>>> Great Lakes Enterprise
>>>>>>>
>>>>>>> Email: kswallow@cisco.com 5400 Frantz Rd
>>>>>>> Video: kswallow@cisco.com Suite 200
>>>>>>> Phone: 408.894.1485 Dublin, Ohio
>>>>>>> 43016
>>>>>>> Mobile: 614.357.0508
>>>>>>>
>>>>>>> "Never confuse motion with action" - Ben Franklin
>>>>>>>
>>>>>>> This email may contain confidential and privileged material for the
>>>>>>> sole use of the intended recipient. Any review, use, distribution
>>>>>>>or
>>>>>>> disclosure by others is strictly prohibited. If you are not the
>>>>>>> intended recipient (or authorized to receive for the recipient),
>>>>>>> please contact the sender by reply email and delete all copies of
>>>>>>> this
>>>>>>> message.
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> On 8/23/13 10:29 AM, "Eric Amft (eamft)" <eamft@cisco.com> wrote:
>>>>>>>
>>>>>>>> I have one word for all this "Meraki".
>>>>>>>>
>>>>>>>> Every hardware product Cisco makes from the smallest switch to the
>>>>>>>> largest router, and a FW to a phone, should all be "Merki-ized"
>>>>>>>>
>>>>>>>> I am sure some of what Meraki has done has elements SDN, Cloud,
>>>>>>>> NFV,
>>>>>>>> as well as a built in EMS/NMS, but it works and works well, who
>>>>>>>> cares
>>>>>>>> what the underlying buzz words are. It is a lot easier to config
>>>>>>>>a
>>>>>>>> Meraki switch/FW/AP then a Linksys or Dlink. Also they add new
>>>>>>>> enhancements once in the cloud. For troubleshooting no comparison.
>>>>>>>>
>>>>>>>> E
>>>>>>>>
>>>>>>>> -----Original Message-----
>>>>>>>> From: Maria Teigeiro (mteigeir)
>>>>>>>> Sent: Friday, August 23, 2013 8:13 AM
```

**Appx62756**

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00074057.000004

>>>>>>>> To: Harish Somanathan -X (hsomanat - HCL TECHNOLOGIES LIMITED at
>>>>>>>> Cisco); Bill Halvorsen (bhalvors)
>>>>>>>> Cc: Mike Quinn (mquinn); Eric Pylko (erpylko); Nathan Sowatskey
>>>>>>>> (nsowatsk); Richard Chycoski (rac); clueless(mailer list);
>>>>>>>> cisco-flame(mailer list)
>>>>>>>> Subject: RE: Tech executives facing up to hard realities of the
>>>>>>>> cloud
>>>>>>>>
>>>>>>>> So, analytics is another interesting case. Personally, I don't
>>>>>>>> really see how SDN enhances that space (and I am the first to
>>>>>>>>admit
>>>>>>>> my knowledge of SDN is elementary, at best). I would say that AVC
>>>>>>>> (or NetFlow or NBAR alone, which have both been around since 1999
>>>>>>>> when I was an SE and we used to chisel router configs in stone...)
>>>>>>>> offer more to that space than anything from SDN. It also opens
>>>>>>>>the
>>>>>>>> argument that there are so many features already in the devices
>>>>>>>> that
>>>>>>>> few of our customers use... why would it be more attractive for
>>>>>>>> them
>>>>>>>> to develop new features? Remember, unlike the apple world where
>>>>>>>> they
>>>>>>>> needed to foster a developer ecosystem to create apps for a new
>>>>>>>> smartphone platform so that it would gain market traction, SDN is
>>>>>>>> about opening an environment which has already has decades of
>>>>>>>> development in it.
>>>>>>>>
>>>>>>>> Tying in another clueless thread, I do also personally believe (or
>>>>>>>> hope) that someday SPs will realize their carrying our traffic is
>>>>>>>>a
>>>>>>>> HUGE opportunity for them. Imagine what google would do with not
>>>>>>>> just our search traffic, but data about where we live, the house
>>>>>>>> value, the content we stream... There's gold in them there
>>>>>>>> pipes!!!
>>>>>>>> But, that is a discussion for another day :-)
>>>>>>>>
>>>>>>>>
>>>>>>>> Maria
>>>>>>>>
>>>>>>>> Juniper War Room - http://wwwin.cisco.com/go/got
>>>>>>>>
>>>>>>>> FoCOM - Offing the competition one deal at a time
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> -----Original Message-----
>>>>>>>> From: Harish Somanathan -X (hsomanat - HCL TECHNOLOGIES LIMITED at
>>>>>>>> Cisco)
>>>>>>>> Sent: Friday, August 23, 2013 5:54 AM
>>>>>>>> To: Bill Halvorsen (bhalvors); Maria Teigeiro (mteigeir)
>>>>>>>> Cc: Mike Quinn (mquinn); Eric Pylko (erpylko); Nathan Sowatskey
>>>>>>>> (nsowatsk); Richard Chycoski (rac); clueless(mailer list);
>>>>>>>> cisco-flame(mailer list)
>>>>>>>> Subject: RE: Tech executives facing up to hard realities of the
>>>>>>>> cloud
>>>>>>>>
>>>>>>>> When I look at big data/analytics tools like splunk ,there are
>>>>>>>>many
>>>>>>>> Apps developed by vendors/third party dev even for Cisco solutions
>>>>>>>> (like
>>>>>>>> security,telepresence) Etc..similarly there can be independent
>>>>>>>> developers/small firms/startups coming up with Apps for
>>>>>>>>specialized
>>>>>>>> solutions and can sell it ..just my 2 cents.
>>>>>>>>
>>>>>>>> Thanks
>>>>>>>> Harish
>>>>>>>>

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00074057.000005

```
>>>>>>>>
>>>>>>>> -----Original Message-----
>>>>>>>> From: Bill Halvorsen (bhalvors)
>>>>>>>> Sent: Friday, August 23, 2013 4:39 AM
>>>>>>>> To: Maria Teigeiro (mteigeir)
>>>>>>>> Cc: Mike Quinn (mquinn); Eric Pylko (erpylko); Nathan Sowatskey
>>>>>>>> (nsowatsk); Richard Chycoski (rac); clueless(mailer list);
>>>>>>>> cisco-flame(mailer list)
>>>>>>>> Subject: Re: Tech executives facing up to hard realities of the
>>>>>>>> cloud
>>>>>>>>
>>>>>>>> +10
>>>>>>>>
>>>>>>>> Bill Halvorsen
>>>>>>>> 919-625-9919
>>>>>>>>
>>>>>>>> Sent from my iPhone
>>>>>>>>
>>>>>>>> On Aug 22, 2013, at 6:43 PM, "Maria Teigeiro (mteigeir)"
>>>>>>>> <mteigeir@cisco.com> wrote:
>>>>>>>>
>>>>>>>>> Looking at SDN from an ROI perspective, I can only understand the
>>>>>>>>> simplified management story and that quickly blows up when
>>>>>>>>> hiring a
>>>>>>>>> cadre of developers, unless you're selling the app. When you
>>>>>>>>> factor
>>>>>>>>> in NetCool customization as a comparison point, that investment
>>>>>>>>> which is viable is narrowed even further.
>>>>>>>>>
>>>>>>>>> Maria
>>>>>>>>>
>>>>>>>>> Sent from my iPhone
>>>>>>>>>
>>>>>>>>> On Aug 22, 2013, at 5:46 PM, "Mike Quinn (mquinn)"
>>>>>>>>> <mquinn@cisco.com>
>>>>>>>>> wrote:
>>>>>>>>>
>>>>>>>>>> If you are talking to me you missed my statement. Our customer
>>>>>>>>>> will not code and support themselves even Amazon and other
>>>>>>>>>> independent types are using cisco and paying us for that effort.
>>>>>>>>>>
>>>>>>>>>> I do not feel that customer will do SDN alone
>>>>>>>>>>
>>>>>>>>>> Mike Quinn
>>>>>>>>>> Vice President - Services
>>>>>>>>>> Cisco Systems
>>>>>>>>>>
>>>>>>>>>> 408-526-8018(o)
>>>>>>>>>> 831-600-6223(m)
>>>>>>>>>>
>>>>>>>>>> "If you think you can or think you cannot, you are
>>>>>>>>>> correct."...Henry Ford
>>>>>>>>>>
>>>>>>>>>> -----Original Message-----
>>>>>>>>>> From: Eric Pylko (erpylko)
>>>>>>>>>> Sent: Thursday, August 22, 2013 2:44 PM
>>>>>>>>>> To: Mike Quinn (mquinn)
>>>>>>>>>> Cc: Bill Halvorsen (bhalvors); Nathan Sowatskey (nsowatsk);
>>>>>>>>>> Richard Chycoski (rac); clueless(mailer list);
>>>>>>>>>>cisco-flame(mailer
>>>>>>>>>> list)
>>>>>>>>>> Subject: Re: Tech executives facing up to hard realities of the
>>>>>>>>>> cloud
>>>>>>>>>>
>>>>>>>>>> I disagree with your assessment that customers will code and
>>>>>>>>>> support themselves. Only our largest customers will do that.
>>>>>>>>>>What
```

**Appx62758**

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00074057.000006

>>>>>>>>> percentage of our customers will do that?
>>>>>>>>>>
>>>>>>>>>> In public sector, the IT teams are experiencing budget freezes
>>>>>>>>>> and
>>>>>>>>>> cuts. Nobody on the staff is a programmer. They are
>>>>>>>>>> network/server/application people. They are not going to be
>>>>>>>>>> able to
>>>>>>>>>> get headcount to hire a full time software engineer. Nor are
>>>>>>>>>>they
>>>>>>>>>> going to send one to a Python class and expect them to be
>>>>>>>>>> experts.
>>>>>>>>>> This is also one of the tacts I bring up to customers who
>>>>>>>>>> think SDN
>>>>>>>>>> is the next best thing. Besides "what are you going to do?",
>>>>>>>>>>"who
>>>>>>>>>> is going to do it?" is another great question to ask them.
>>>>>>>>>>
>>>>>>>>>> This is where we come in - we have the advanced services and TAC
>>>>>>>>>> support to be able to do this for customers. Or maybe we get
>>>>>>>>>>some
>>>>>>>>>> new partners that are not traditionally network/server shops,
>>>>>>>>>> they
>>>>>>>>>> need to be software houses.
>>>>>>>>>>
>>>>>>>>>> -Eric
>>>>>>>>>>
>>>>>>>>>> Sent from my iPad
>>>>>>>>>>
>>>>>>>>>> On Aug 22, 2013, at 10:33 AM, "Mike Quinn (mquinn)"
>>>>>>>>>> <mquinn@cisco.com>
>>>>>>>>>> wrote:
>>>>>>>>>>
>>>>>>>>>> Bill
>>>>>>>>>>
>>>>>>>>>> A few customer have done cloud, yeah big names but again did
>>>>>>>>>>you
>>>>>>>>>> buy a Fisker because John Chambers got one? Some folks did
>>>>>>>>>>other
>>>>>>>>>> decided that the hybrid was still the best option and the
>>>>>>>>>> cost was
>>>>>>>>>> more in line with reality. Also if this new one is so hot the
>>>>>>>>>> price will drop and others will offer the same and 2nd
>>>>>>>>>> generation
>>>>>>>>>> is always better (like making waffles).
>>>>>>>>>>
>>>>>>>>>> Customer will code and support themselves. Hey all you Apple
>>>>>>>>>> Heads at cisco...you support yourselves, do you code App's as
>>>>>>>>>> well? Okay Remaker is not normal....... The point is if it is
>>>>>>>>>> meant to be it will arrive. If not it will join AON, ATM, APPN,
>>>>>>>>>> APPI.... but we may have to change the name to be ACLOUD.
>>>>>>>>>>
>>>>>>>>>> What we cisco need to be doing in order to capture the
>>>>>>>>>>customers
>>>>>>>>>> and their business is continue to go for ease of use and
>>>>>>>>>> simplified environments. Autonomics would be great foundational
>>>>>>>>>> offer within cisco products such that the initial
>>>>>>>>>> provisioning and
>>>>>>>>>> turn up would be automated enough/smart enough to deliver the
>>>>>>>>>> base
>>>>>>>>>> functionality to customer in either green field or existing
>>>>>>>>>> network deployments and operations.
>>>>>>>>>>
>>>>>>>>>> Maybe this belongs on
>>>>>>>>>> flame"
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Mike Quinn

**Appx62759**

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00074057.000007

>>>>>>>>>> Vice President - Services
>>>>>>>>>> Cisco Systems
>>>>>>>>>>
>>>>>>>>>> 408-526-8018(o)
>>>>>>>>>> 831-600-6223(m)
>>>>>>>>>>
>>>>>>>>>> "If you think you can or think you cannot, you are
>>>>>>>>>> correct."...Henry Ford
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> -----Original Message-----
>>>>>>>>>> From: Bill Halvorsen (bhalvors)
>>>>>>>>>> Sent: Thursday, August 22, 2013 6:52 AM
>>>>>>>>>> To: Nathan Sowatskey (nsowatsk); Richard Chycoski (rac)
>>>>>>>>>> Cc: clueless(mailer list)
>>>>>>>>>> Subject: Re: Tech executives facing up to hard realities of the
>>>>>>>>>> cloud
>>>>>>>>>>
>>>>>>>>>> I googled the title of the article and it provided me a link
>>>>>>>>>> that
>>>>>>>>>> I was able to read the article without registering :)
>>>>>>>>>>
>>>>>>>>>> On the subject of the article - was this written by VMwares
>>>>>>>>>> press
>>>>>>>>>> department?
>>>>>>>>>>
>>>>>>>>>> There is no doubt that virtualization and "cloud" is creating
>>>>>>>>>> more efficiencies in data center management and flow
>>>>>>>>>> orchestration, but we need to stop the cool-aid drinking and
>>>>>>>>>>get
>>>>>>>>>> to work on building all the components that are needed for the
>>>>>>>>>> next 100 years of the data evolution.
>>>>>>>>>>
>>>>>>>>>> I am just really tired of SDN, Open, Cloud� blah blah blah.
>>>>>>>>>>
>>>>>>>>>> These guys are saying these things because they are on the
>>>>>>>>>> outside wanting in, SDN is all those software programmers that
>>>>>>>>>> could learn to program asic's.
>>>>>>>>>>
>>>>>>>>>> I will be blunt SDN is an answer looking for a problem. Yes are
>>>>>>>>>> their certain things it will do that makes networks more
>>>>>>>>>> efficient
>>>>>>>>>> no will it it solve all the problems, won't be a better mouse
>>>>>>>>>> trap.
>>>>>>>>>>
>>>>>>>>>> Will openstack/Openflow/open open up opportunities for
>>>>>>>>>>commodity
>>>>>>>>>> hardware yes, but who will support it, who will debug it in the
>>>>>>>>>> network, who will design those networks.
>>>>>>>>>>
>>>>>>>>>> For some of the comments I have heard we should just fire TAC
>>>>>>>>>> right now because customers will code and support themselves in
>>>>>>>>>> the future.
>>>>>>>>>>
>>>>>>>>>> I want to see use execute and execute effectively and I want us
>>>>>>>>>> to win in those areas we can dominate but to say we ware not
>>>>>>>>>> contenders in the future of data, I just have to disagree.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Bill Halvorsen
>>>>>>>>>> Solution Architect
>>>>>>>>>> Customer Advocacy
>>>>>>>>>> Fax: 919-392-9912
>>>>>>>>>> Cisco Systems, Inc.
>>>>>>>>>> 7200-12 Kit Creek Road

**Appx62760**

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00074057.000008

>>>>>>>>>> Research Triangle Park, NC
>>>>>>>>>> 27709-4987
>>>>>>>>>>
>>>>>>>>>> <mailto:bhalvors@cisco.com> <tel:+19193922493>
>>>>>>>>>> <xmpp:bhalvors@cisco.com> <sip:bhalvors@ascable.cisco.com>
>>>>>>>>>> <http://www.cisco.com/go/jabber> Speak to me on video ◆
>>>>>>>>>>>download
>>>>>>>>>> Jabber for free - https://www.ciscojabbervideo.com/
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> On 8/22/13 3:46 AM, "Nathan Sowatskey (nsowatsk)"
>>>>>>>>>> <nsowatsk@cisco.com>
>>>>>>>>>> wrote:
>>>>>>>>>>
>>>>>>>>>>> Hi
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>http://help.ft.com/registering-and-subscribing/registering-for-
>>>>>>>>>>>f
>>>>>>>>>>>
>>>>>>>>>>> r
>>>>>>>>>>> ee
>>>>>>>>>>>
>>>>>>>>>>> You get eight free articles a month.
>>>>>>>>>>>
>>>>>>>>>>> Since I know that the articles I occasionally send can be read
>>>>>>>>>>> for free, it seems to me to be a fair balance given the
>>>>>>>>>>> potential value of the insight.
>>>>>>>>>>>
>>>>>>>>>>> Regards
>>>>>>>>>>>
>>>>>>>>>>> Nathan
>>>>>>>>>>> --
>>>>>>>>>>> Nathan Sowatskey (nsowatsk@cisco.com) - @NathanDotTo -
>>>>>>>>>>> iasauk-adn.org
>>>>>>>>>>> - cisco.com/go/onepk - +34-638-083-675 -
>>>>>>>>>>> kipling.org.uk/poems_if.htm
>>>>>>>>>>>
>>>>>>>>>>> On 22 Aug 2013, at 08:52, Richard Chycoski <rac@cisco.com>
>>>>>>>>>>> wrote:
>>>>>>>>>>>
>>>>>>>>>>>> That link is only available to Financial Times subscribers.
>>>>>>>>>>>> Unless you're a shill for their house, please give us a
>>>>>>>>>>>> pré◆cis
>>>>>>>>>>>> rather than point us at a site that is not accessible
>>>>>>>>>>>> without a
>>>>>>>>>>>> subscription...
>>>>>>>>>>>> ;-)
>>>>>>>>>>>>
>>>>>>>>>>>> - Richard
>>>>>>>>>>>>
>>>>>>>>>>>> On 8/21/13 11:17 PM, Nathan Sowatskey (nsowatsk) wrote:
>>>>>>>>>>>>> Some useful observations in this FT article on which side of
>>>>>>>>>>>>> the technology shift we are, and the importance of the
>>>>>>>>>>>>> management software.
>>>>>>>>>>>>>
>>>>>>>>>>>>> Regards
>>>>>>>>>>>>>
>>>>>>>>>>>>> Nathan
>>>>>>>>>>>>>
>>>>>>>>>>>>> Financial Times,
>>>>>>>>>>>>> Tech executives facing up to hard realities of the cloud
>>>>>>>>>>>>> --

**Appx62761**

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00074057.000009

```
>>>>>>>>>>>>>> By Richard Waters
>>>>>>>>>>>>>> --
>>>>>>>>>>>>>> Hard to escape feeling that some companies are
>>>>>>>>>>>>>> increasingly on
>>>>>>>>>>>>>> the wrong side of a technology shift that favours a new
>>>>>>>>>>>>>> generation of disruptors
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> Read the full article at: http://on.ft.com/16wP67U
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> Nathan Sowatskey (nsowatsk@cisco.com) -
>>>>>>>>>>>>>> http://Cisco.com/go/onepk
>>>>>>>>>>>>>> -
>>>>>>>>>>>>>> +34-638-083-675
>>>>
>>>
```

**Appx62762**

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00074057.000010

Cisco Live 2014



How many of you use/used the Cisco IOS CLI? This image (along with sound effects) is a reproduction of the familiar login process (either telnet or console) and initial prompts. Over the years, the basic look and feel of the command line interface has been mimicked by other manufacturers to the point where it is the de facto standard of network programming.

24

**Appx62795**

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO
PROTECTIVE ORDER

CSI-ANI-00089656.000030



Data Sheet

# Cisco Unified Communications Manager Express 10.5

## Collaboration Customized for the Branch Office

Cisco® Unified Communications Manager Express (Unified CME) provides call processing to Cisco Unified IP Phones for distributed enterprise branch-office environments and retail deployments. Even branch offices within the same enterprise can have different needs and requirements when it comes to unified communications. Cisco Unified Communications Manager Express delivers on this need by providing localized call control, mobility, and conferencing alongside data applications on Cisco Integrated Services Routers (ISRs).

Because the solution is Cisco IOS® Software-based, Cisco Unified Communications Manager Express is easy to configure and can be tailored to individual site needs. It is feature-rich and can be combined with Cisco Unity® Express and other services on the Cisco ISR to provide an all-in-one branch solution that saves valuable real estate space. Cisco Unified Communications Manager Express is ideal if you are looking for an integrated, reliable, feature-rich unified communications system for up to 450 users.

## Key Features and Benefits

Unified communications is currently undergoing tremendous growth, accelerated by access to value-added features and applications only unified communications can provide. Additionally, the cost benefits of converging data, voice, and video onto a single network are adding to the rapid acceptance of this technology.

Cisco Unified Communications Manager Express enhances the advantages of convergence by offering the following benefits:

- **Cost-effective operations through a single, integrated voice and data platform for all branch-office needs:** Highly reliable Cisco routers, including the Cisco 800, 2900, 3900, and 4000 Series Integrated Services Routers, provide robust quality of service (QoS), network security, encryption, firewall, and network modules that deliver content networking and enhanced VPN services to address branch-office business needs. The system delivers integrated IP telephony, gateway, voicemail, and automated-attendant functions, allowing you to deploy one platform to address all your business needs, thereby simplifying management, maintenance, and operations and delivering a lower TCO.

- **Sophisticated key system and private-branch-exchange (PBX) capabilities:** Retail offices have different workflows and require specialized features to support their work practices. Cisco Unified Communications Manager Express delivers a robust set of telephony features for the retail office and delivers innovative value-added multimedia capabilities through XML and Java midlets. These capabilities, which traditional systems cannot deliver, enhance the productivity of the end user and the business.

© 2014 Cisco and/or its affiliates. All rights reserved. This document is Cisco Public Information.

Appx62888

ARISTANDCA00010689

- **Application integration:** The Cisco Unified Communications Manager Express Services Interface application programming interface (API) facilitates development of computer telephony integration (CTI) between Cisco Unified Communications Manager Express and third-party applications to enable call monitoring, call control, and call provisioning with any Cisco Unified CME Skinny Client Control Protocol (SCCP) endpoint. As a result, Cisco Unified CME can now be integrated with a variety of value-added unified communications service applications, in either co-located or service provider-hosted deployment scenarios, to support the critical unified communications services that are part of the end user's business process.

- **Cisco Unified CallConnectors for desktop CTI:** You can simplify communications and facilitate collaboration between users and customers with the easy-to-use interface of the Cisco Unified CallConnector suite.

- **Contact-center capabilities:** From basic call queuing to sophisticated contact centers for small to medium-sized companies, branch-office locations, or departments, you can deploy agent-assisted or self-service applications to reduce business costs and improve customer response by providing sophisticated and basic automatic call distributor (BACD), interactive voice response (IVR), CTI, and agent and desktop services.

- **Interoperability with Cisco Unified Communications Manager:** You can deploy Cisco Unified Communications Manager at larger sites and Cisco Unified Communications Manager Express at branch-office locations where local call processing is required without a dependency on the WAN. Using H.323 or Session Initiation Protocol (SIP) trunking, you can route calls over the WAN with calling-party name and number information, plus compressed voice for better WAN bandwidth usage.

- **Investment protection and ease of upgrade to centralized call-processing systems:** With a simple software configuration change on the router, you can convert Cisco Unified Communications Manager Express to Cisco Unified Survivable Remote Site Telephony (SRST). Therefore, if you transition your unified communications architecture from a decentralized to a centralized architecture using Cisco Unified Communications Manager or Business Edition, the branch offices will be able to use Cisco Unified SRST to provide telephony survivability in the event of a WAN failure. Also, Cisco Unified SRST supports Cisco Hosted Collaboration Solution (HCS) so that customers moving to cloud services can repurpose Cisco Unified CME for cloud telephony survivability. This flexibility helps ensure full investment protection no matter how a business's needs may change.

- **Remote maintenance and troubleshooting:** You can use the industry-standard Cisco IOS Software command-line interface (CLI) or user-friendly GUI to configure and administer Cisco Unified Communications Manager Express.

Cisco Unified Communications Manager Express allows a Cisco Integrated Services Router to provide rich call processing for Cisco IP phones including Cisco Jabber and Cisco DX650. All the necessary configurations and support files for IP phones are stored internally on the appliance, providing a single-platform solution. In addition, the solution offers a robust set of public-switched-telephone-network (PSTN) interfaces, integrated voicemail and automated attendant, and a full phone portfolio.

Cisco IOS Software offers industry-leading voice features designed for IP-based telephony systems, such as H.323 and SIP signaling, advanced QoS, and ISR interworking with an H.323 gatekeeper or SIP proxy server - all available for use with Cisco Unified Communications Manager Express deployments. In addition, devices with integrated functions such as channel service unit/data service unit (CSU/DSU) and Network Termination 1 (NT1) are available with digital PSTN interface cards to provide flexible and robust voice services.

© 2014 Cisco and/or its affiliates. All rights reserved. This document is Cisco Public Information.

**Appx62889**

ARISTANDCA00010690

# Introduction

The Cisco IOS XR software is a distributed operating system designed for continuous system operation combined with service flexibility and speed.

The following is a high-level overview of Cisco IOS XR software features and benefits:

- IP and Routing—Supports a wide range of IPv4 and IPv6 services, and routing protocols; including Border Gateway Protocol (BGP), Intermediate System-to-Intermediate System (IS-IS), Open Shortest Path First (OSPF), IP Multicast, and Routing Policy Language (RPL).

- Partitioning into Logical Router (LR)—A logical router is a set of line cards and route processors (RPs) that form a complete router. More specifically, each LR contains its own instance of dynamic routing, IP stack, SysDB (system database), interface manager, event notification system, and so on.

- MPLS—Supports Multiprotocol Label Switching (MPLS) protocols such as Traffic Engineering (TE), Resource Reservation Protocol (RSVP), and Label Distribution Protocol (LDP). Layer 3 Virtual Private Networks (L3VPN) supports multiple simultaneous Layer 3 VPN routing and forwarding (VRF) instances.

- Multicast—Provides comprehensive IP Multicast software including Source Specific Multicast (SSM) and Bidirectional Protocol Independent Multicast (BIDIR-PIM) support (on the Cisco CRS-1 Series router).

- Quality of service (QoS)—Supports rich QoS mechanisms including classifying, policing, marking, queuing, and shaping. The operating system supports the Modular QoS CLI (MQC), a consistent API that is used to configure QoS features on Cisco routing platforms.

- Manageability—Provides industry-standard management interfaces including modular command-line interface (CLI), Simple Network Management Protocol (SNMP), and native Extensible Markup Language (XML) interfaces.

- Security—Provides comprehensive network security features including access control lists (ACLs), routing authentications, AAA/TACACS+, Secure Shell (SSH), SNMPv3, and leading Routing Policy Language (RPL) support. Control plane protections integrated into line card ASICs include Generalized TTL Security Mechanism (GTSM), RFC 3682, and dynamic control plane protection.

- The Craft Works Interface (CWI)— A client-side application used to configure and manage Cisco routers. The management and configuration features include fault, configuration, security, and inventory, with an emphasis on speed and efficiency. The CWI provides a context-sensitive graphical representation of the objects in a Cisco router, simplifying the process of configuring and managing the router. The CWI allows you to log in to multiple routers and perform management tasks.

- Availability—Supports rich availability features such as Hot Standby Router Protocol (HSRP)/Virtual Router Redundancy Protocol (VRRP), fault containment, fault tolerance, fast switchover, link aggregation, and nonstop forwarding (NSF).

- In Service Software Upgrade (ISSU)—Supports a modular-packaging-based release model to minimize impact of upgrades, and supports ISSU with NSF where possible.

See the *Cisco IOS XR Release Notes* for releases 2.0, 3.0, 3.2, and 3.3.0 for more details. The Release Notes for Cisco IOS XR software are located at the following URL:

http://www.cisco.com/en/US/products/ps5845/prod_release_notes_list.html

**Appx62905**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-00380659

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| aaa accounting | aaa accounting | **Command Syntax**<br><br>aaa accounting *TYPE CONNECTION MODE* [*METHOD_1*] [*METHOD_2*] ... [*METHOD_N*]<br>no aaa accounting *TYPE CONNECTION*<br>default aaa accounting *TYPE CONNECTION*<br><br>**Parameters**<br><br>• *TYPE* authorization type for which the command specifies a method list. Options include:<br><br>— EXEC    records user authentication events.<br>— COMMANDS ALL    records all entered commands.<br>— COMMANDS *level*    records entered commands of the specified *level* (ranges from 0 to 15).<br><br>• *CONNECTION* connection type of sessions for which method lists are reported. Options include:<br><br>— console    console connection.<br>— default    all connections not covered by other command options.<br><br>• *MODE* accounting mode that defines when accounting notices are sent. Options include:<br><br>— none    no notices are sent.<br>— start-stop    a *start* notice is sent when a process begins; a *stop* notice is sent when it ends.<br>— stop-only    a *stop* accounting record is generated after a process successfully completes.<br><br>• *METHOD_X* server groups (methods) to which the switch can send accounting records. The switch sends the method list to the first listed group that is available.<br><br>Parameter value is not specified if *MODE* is set to *none*. If *MODE* is not set to *none*, the command must provide at least one method. Each method is composed of one of the following:<br><br>— group *name*    the server group identified by *name*.<br>— group radius    server group that includes all defined RADIUS hosts.<br>— group tacacs+    server group that includes all defined TACACS+ hosts.<br>— logging    log all accounting messages to syslog. |

1

**Appx63144**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| aaa accounting dot1x | aaa accounting dot1x | **Command Syntax**<br><br>`aaa accounting dot1x default MODE [METHOD_1] [METHOD_2] ... [METHOD_N]`<br>`no aaa accounting dot1x default`<br>`default aaa accounting dot1x default`<br><br>**Parameters**<br><br>• *MODE*   accounting mode that defines when accounting notices are sent. Options include:<br>  — **start-stop**   a *start* notice is sent when a process begins; a *stop* notice is sent when it ends.<br>• *METHOD_X*   server groups (methods) to which the switch can send accounting records. The switch sends the method list to the first listed group that is available.<br><br>Parameter value is not specified if *MODE* is set to *none*. If *MODE* is not set to *none*, the command must provide at least one method. Each method is composed of one of the following:<br><br>  — **group** *name*   the server group identified by *name*.<br>  — **group radius**   server group that includes all defined RADIUS hosts.<br>  — **logging**   server group that includes all defined TACACS+ hosts. |
| aaa authentication login | aaa authentication login | **Command Syntax**<br><br>`aaa authentication login CONNECTION SERVICE_1 [SERVICE_2] ... [SERVICE_N]`<br>`no aaa authentication login CONNECTION`<br>`default aaa authentication login CONNECTION`<br><br>**Parameters**<br><br>• *CONNECTION*   connection type of sessions for which authentication list is used<br>  — **default**   the default authentication list.<br>  — **console**   the authentication list for console logins.<br>• *SERVICE_X*   an authentication service. Settings include:<br>  — **group** *name*   identifies a previously defined server group.<br>  — **group radius**   a server group that consists of all defined RADIUS hosts.<br>  — **group tacacs+**   a server group that consists of all defined TACACS+ hosts.<br>  — **local**   local authentication.<br>  — **none**   the switch does not perform authentication. All access attempts succeed. |

2

**Appx63145**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| aaa authorization config-commands | aaa authorization config-commands | **Command Syntax**<br>aaa authorization config-commands<br>no aaa authorization config-commands<br>default aaa authorization config-commands |
| aaa authorization console | aaa authorization console | **Command Syntax**<br>aaa authorization console<br>no aaa authorization console<br>default aaa authorization console |
| aaa group server radius | aaa group server radius | **Command Syntax**<br>aaa group server radius *group_name*<br>no aaa group server radius *group_name*<br>default aaa group server radius *group_name*<br><br>**Parameters**<br>• *group_name*    name (text string) assigned to the group. Cannot be identical to a name already assigned to a TACACS+ server group. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| aaa group server tacacs+ | aaa group server tacacs+ | **Command Syntax**<br>**aaa group server tacacs+** *group_name*<br>**no aaa group server tacacs+** *group_name*<br>**default aaa group server tacacs+** *group_name*<br><br>**Parameters**<br>• *group_name*   name (text string) assigned to the group. Cannot be identical to a name already assigned to a RADIUS server group. |
| address-family | address-family | **Command Syntax**<br>**bgp** *ADDRESS_TYPE*<br>**no bgp** *ADDRESS_TYPE*<br>**default bgp** *ADDRESS_TYPE*<br><br>**Parameters**<br>• *ADDRESS_FAMILY*   Address family affected by subsequent commands. Options include:<br>  — ipv4   IPv4 unicast<br>  — ipv6   IPv6 unicast<br><br>**Example**<br>• These commands enter address family mode for IPv6-unicast, insert a command, then exit the mode:<br><br>`switch(config)#router bgp 1`<br>`switch(config-router-bgp)#address-family ipv6`<br>`switch(config-router-bgp-af)#neighbor 172.10.1.1 activate`<br>`switch(config-router-bgp-af)#exit`<br>`switch(config-router-bgp)#` |

4

**Appx63147**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| aggregate-address | aggregate-address | ate route. Options include:<br><br>— &lt;no parameter&gt;    ATOMIC_AGGREGATE attribute is set. Route contains no AS_PATH data.<br>— **as-set**   route includes AS_PATH information from contributor routes as AS_SET attributes.<br>• *SUMMARY*   controls advertisement of contributor routes. Options include:<br><br>— &lt;no parameter&gt;    contributor and aggregate routes are advertised.<br>— **summary-only**   contributor routes are not advertised.<br>• *ATTRIBUTE_MAP*   controls attribute assignments to the aggregate route. Options include:<br><br>— &lt;no parameter&gt;    attribute values are not assigned to route.<br>— **attribute-map** *map_name*   assigns attribute values in set commands of the map's permit clauses. Deny clauses and match commands in permit clauses are ignored.<br>• *MATCH_MAP*   filters contributors to the aggregate route. Options include:<br><br>— &lt;no parameter&gt;    no contributors are filtered.<br>— **match-map** *map_name*   filters contributor routes using the named match-map. |

5

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| area default-cost | area default-cost (OSPFv3) | **Command Syntax**<br>**area** *area_id* **default-cost** *def_cost*<br>**no area** *area_id* **default-cost**<br>**default area** *area_id* **default-cost**<br><br>**Parameters**<br>• *area_id*   area number. <0 to **4294967295**> or <0.0.0.0 to 255.255.255.255><br>  *Running-config* stores value in dotted decimal notation.<br>• *def_cost*   Values range from 1 to 65535.<br>• . |
| area default-cost | area default-cost (OSPFv2) | **Command Syntax**<br>**area** *area_id* **default-cost** *def_cost*<br>**no area** *area_id* **default-cost**<br>**default area** *area_id* **default-cost**<br><br>**Parameters**<br>• *area_id*   area number. <0 to **4294967295**> or <0.0.0.0 to 255.255.255.255><br>  *running-config*   stores value in dotted decimal notation.<br>• *def_cost*   Value ranges from 1 to 65535. Default value is 10. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| area nssa | area nssa (OSPFv2) | **Command Syntax**<br><br>**area** *area_id* **nssa** [*TYPE*]<br>**no area** *area_id* **nssa** [*TYPE*]<br>**default area** *area_id* **nssa** [*TYPE*]<br><br>All parameters except *area_id* can be placed in any order.<br><br>**Parameters**<br><br>• *area_id*<br><br>Valid formats: integer <**1** to **4294967295**> or dotted decimal <**0.0.0.1** to **255.255.255.255**> Area 0 (or 0.0.0.0) is not configurable; it is always *normal*. *running-config* stores value in dotted decimal notation.<br><br>• *TYPE*   area type. Values include:<br><br>  — <no parameter><br>  — **nssa-only** |

7

**Appx63150**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| area nssa | area nssa (OSPFv3) | **Command Syntax**<br>**area** *area_id* **nssa** [*TYPE*]<br>**no area** *area_id* **nssa** [*TYPE*] [<br>**default area** *area_id* **nssa** [*TYPE*]<br><br>**Parameters**<br>• *area_id*<br><br>Valid formats: integer <1 to **4294967295**> or dotted decimal <0.0.0.1 to 255.255.255.255><br>Area 0 (or 0.0.0.0) is not configurable; it is always *normal*.<br>*Running-config* stores value in dotted decimal notation.<br><br>• *TYPE*<br><br>• Values include:<br><br>— <no parameter><br>— **nssa-only** |
| area nssa default-information-originate | area nssa default-information-originate (OSPFv2) | **Command Syntax**<br>**area** *area_id* **nssa default-information-originate** [*VALUE*] [*TYPE*] [*EXCL*]<br>**no area** *area_id* **nssa default-information-originate**<br>**default area** *area_id* **nssa default-information-originate**<br><br>All parameters except *area_id* can be placed in any order.<br><br>**Parameters**<br>• *area_id*<br><br>Valid formats: integer <1 to **4294967295**> or dotted decimal <0.0.0.1 to 255.255.255.255><br>Area 0 (or 0.0.0.0) is not configurable; it is always *normal*.<br>*running-config* stores value in dotted decimal notation.<br><br>• *VALUE*  Values include: |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| | | — <no parameter>    Default value of 1. |
| | | — **metric <1-65535>** |
| | | • *TYPE*   Values include: |
| | | — <no parameter> |
| | | — **metric-type <1-2>** |
| | | • *EXCL*   Values include: |
| | | — <no parameter> . |
| | | — **nssa-only** |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| area nssa default-information-originate | area nssa default-information-originate (OSPFv3) | **Command Syntax**<br>**area** *area_id* **nssa default-information-originate** [*VALUE*] [*TYPE*] [*EXCL*]<br>**no area** *area_id* **nssa default-information-originate** [*VALUE*] [*TYPE*] [*EXCL*]<br>**default area** *area_id* **nssa default-information-originate** [*VALUE*] [*TYPE*] [*EXCL*]<br><br>All parameters except *area_id* can be placed in any order.<br><br>**Parameters**<br>• *area_id*<br><br>Valid formats: integer <1 to 4294967295> or dotted decimal <0.0.0.1 to 255.255.255.255><br>Area 0 (or 0.0.0.0) is not configurable; it is always *normal*.<br>*Running-config* stores value in dotted decimal notation.<br><br>• *VALUE*  Values include:<br>— <no parameter><br>— **metric** <1-65535><br><br>• *TYPE*  Values include:<br>— <no parameter><br>— **metric-type** <1-2><br><br>• *EXCL*  Values include:<br>— <no parameter><br>— **nssa-only** |

10

**Appx63153**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| area nssa no-summary | area nssa no-summary (OSPFv2) | **Command Syntax**<br><br>**area** *area_id* **nssa no-summary**<br>**no area** *area_id* **nssa no-summary**<br>**default area** *area_id* **nssa no-summary**<br><br>**Parameters**<br><br>• *area_id* area number.<br><br>Valid formats: integer <1 to 4294967295> or dotted decimal <0.0.0.1 to 255.255.255.255> Area 0 (or 0.0.0.0) is not configurable; it is always *normal*. *running-config* stores value in dotted decimal notation. |
| area nssa translate type7 always | area nssa translate type7 always (OSPFv2) | **Command Syntax**<br><br>**area** *area_id* **nssa translate type7 always**<br>**no area** *area_id* **nssa translate type7 always**<br>**default area** *area_id* **nssa translate type7 always**<br><br>**Parameters**<br><br>• *area_id* area number.<br><br>Valid formats: integer <1 to 4294967295> or dotted decimal <0.0.0.1 to 255.255.255.255> Area 0 (or 0.0.0.0) is not configurable; it is always *normal*. *running-config* stores value in dotted decimal notation. |

11

**Appx63154**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| area nssa translate type7 always | area nssa translate type7 always (OSPFv3) | **Command Syntax**<br>`area area_id nssa translate type7 always`<br>`no area_id nssa translate type7 always`<br>`default area_id nssa translate type7 always`<br>**Parameters**<br>• *area_id*<br>Valid formats: integer <1 to **4294967295**> or dotted decimal <0.0.0.1 to 255.255.255.255><br>Area 0 (or 0.0.0.0) is not configurable; it is always *normal*.<br>*Running-config* stores value in dotted decimal notation.<br>— - |
| area range | area range (OSPFv3) | **Command Syntax**<br>`area area_id range net_addr [ADVERTISE_SETTING] [COST_SETTING]`<br>`no area area_id range net_addr [ADVERTISE_SETTING] [COST_SETTING]`<br>`default area area_id range net_addr [ADVERTISE_SETTING] [COST_SETTING]`<br>**Parameters**<br>• *area_id*    <0 to 4294967295> or <0.0.0.0 to 255.255.255.255><br>• *net_addr*<br>• *ADVERTISE_SETTING*    specifies the LSA advertising activity. Values include<br>— <no parameter><br>— **advertise**<br>— **not-advertise**<br>• *COST_SETTING*    Values include<br>— <no parameter><br>— **cost** *range_cost*    Value ranges from 1 to 65535. |

12

**Appx63155**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| area range | area range (OSPFv2) | **Command Syntax**<br><br>**area** *area_id* **range** *net_addr* [*ADVERTISE_SETTING*] [*COST_SETTING*]<br>**no area** *area_id* **range** *net_addr* [*ADVERTISE_SETTING*] [*COST_SETTING*]<br>**default area** *area_id* **range** *net_addr* [*ADVERTISE_SETTING*] [*COST_SETTING*]<br><br>**Parameters**<br><br>• *area_id*   area number. <0 to 4294967295> or <0.0.0.0 to 255.255.255.255> **running-config**   stores value in dotted decimal notation.<br><br>• *net_addr*<br><br>• *ADVERTISE_SETTING*   Values include<br><br>— <no parameter><br>— **advertise**<br>— **not-advertise**<br><br>• *COST_SETTING*   Values include<br><br>— <no parameter><br>— **cost** *range_cost*   Value ranges from 1 to 65535. |

13

**Appx63156**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| area stub | area stub (OSPFv2) | **Command Syntax**<br>**area** *area_id* **stub [summarize]**<br>**no area** *area_id* **stub [summarize]**<br>**default area** *area_id* **stub [summarize]**<br><br>**Parameters**<br>• *area_id*  area number.<br><br>Valid formats: integer <1 to **4294967295**> or dotted decimal <0.0.0.1 to **255.255.255.255**><br>Area 0 (or 0.0.0.0) is not configurable; it is always *normal*.<br>*running-config*  stores value in decimal notation.<br><br>• *SUMMARIZE*  area type. Values include:<br>— <no parameter><br>— **no-summary** |
| area stub | area stub (OSPFv3) | **Command Syntax**<br>**area** *area_id* **stub**<br>**no area** *area_id* **stub**<br>**default area** *area_id* **stub**<br><br>**Parameters**<br>• *area_id*<br><br>Valid formats: integer <1 to **4294967295**> or dotted decimal <0.0.0.1 to **255.255.255.255**><br>Area 0 (or 0.0.0.0) is not configurable; it is always *normal*.<br>*Running-config* stores value in dotted decimal notation. |

14

**Appx63157**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| arp timeout | arp timeout | **Command Syntax**<br>`arp timeout arp_time`<br>`no arp timeout`<br>`default arp timeout`<br><br>**Parameters**<br>• *arp_time*    ARP timeout period (seconds). Values range from 60 to 65535. Default value is 14400. |
| banner login | banner login | **Command Syntax**<br>`banner login`<br>`no banner login`<br>`default banner login`<br><br>**Parameters**<br>• *banner_text*    To configure the banner, enter a message when prompted. The message may span multiple lines. Banner text supports the following keywords:<br>— **$(hostname)**    displays the switch's host name.<br>• **EOF**    To end the banner editing session, type EOF on its own line and press **enter**. |
| banner motd | banner motd | **Command Syntax**<br>`banner motd`<br>`no banner motd`<br>`default banner motd`<br><br>**Parameters**<br>• *banner_text*    To configure the banner, enter a message when prompted. The message may span multiple lines. Banner text supports this keyword:<br>— **$(hostname)**    displays the switch's host name.<br>• **EOF**    To end the banner editing session, type EOF on its own line and press **enter**. |

15

**Appx63158**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| bfd all-interfaces | bfd all-interfaces | **Command Syntax**<br>    bfd all-interfaces<br>    no bfd all-interfaces<br>    default bfd all-interfaces |
| bgp client-to-client reflection | bgp client-to-client reflection | **Command Syntax**<br>    bgp client-to-client reflection<br>    no bgp client-to-client reflection<br>    default bgp client-to-client reflection |
| bgp cluster-id | bgp cluster-id | **Command Syntax**<br>    bgp cluster-id ID_NUM<br>    no bgp cluster-id<br>    default bgp cluster-id<br><br>**Parameters**<br>• *ID_NUM*   cluster ID shared by all route reflectors in the cluster (32-bit dotted-decimal notation). Options include:<br>— *0.0.0.1* to *255.255.255.255*   valid cluster ID number.<br>— *0.0.0.0*   removes the cluster-ID from the switch. Equivalent to **no bgp cluster-id** command. |

16

**Appx63159**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| bgp confederation identifier | bgp confederation identifier | **Command Syntax**<br><br>`bgp confederation identifier as_number`<br>`no bgp confederation identifier`<br>`default bgp confederation identifier`<br><br>**Parameters**<br><br>• *as_number*   the ID of BGP AS confederation. Value ranges from 1 to 4294967295. |
| bgp confederation peers | bgp confederation peers | **Command Syntax**<br><br>`bgp confederation peers as_range`<br>`no bgp confederation peers as_range`<br>`default bgp confederation peers as_range`<br><br>**Parameters**<br><br>• *as_range*   the Sub-AS number.<br><br>*as_range* formats include number (from 1 to 4294967295), number range, or comma-delimited list of numbers and ranges. |
| bgp listen limit | bgp listen limit | **Command Syntax**<br><br>`bgp listen limit maximum`<br>`no bgp listen limit`<br>`default bgp listen limit`<br><br>**Parameters**<br><br>• *maximum*   the maximum number of dynamic BGP peers to be allowed on the switch. Values range from 1 to 1000; default value is 100. |

17

**Appx63160**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| bgp log-neighbor-changes | bgp log-neighbor-changes | **Command Syntax**<br>bgp log-neighbor-changes<br>no bgp log-neighbor-changes<br>default bgp log-neighbor-changes |
| bgp redistribute-internal | bgp redistribute-internal (BGP) | **Command Syntax**<br>bgp redistribute internal<br>no bgp redistribute internal<br>default bgp redistribute internal |
| boot system | boot system | **Command Syntax**<br>boot system *DEVICE file_path*<br><br>**Parameters**<br>• *DEVICE*   Location of the image file. Options include<br>— **file:**   file is located in the switch file directory.<br>— **flash:**   file is located in flash memory.<br>— **usb1:**   file is located on a drive inserted in the USB flash port. Available if a drive is in the port.<br>• *file_path*   Path and name of the file. |

18

**Appx63161**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| channel-group | channel-group | **Command Syntax**<br>`channel-group` *number* **`LACP_MODE`**<br>`no channel-group`<br>`default channel-group`<br><br>**Parameters**<br>• *number*   specifies a channel group ID. Values range from 1 through 2000.<br>• *LACP_MODE*   specifies the interface LACP mode. Values include:<br>— **mode on**   Interface is a static port channel, LACP disabled. Port neither verifies nor negotiates port channel membership.<br>— **mode active**   Interface is an active LACP port that transmits and receives LACP negotiation packets.<br>— **mode passive**   Interface is a passive LACP port that only responds to LACP negotiation packets. |
| class-map type control-plane | class-map type control-plane | **Command Syntax**<br>`class-map type control-plane match-any` *class_name*<br>`no class-map type control-plane [match-any]` *class_name*<br>`default class-map type control-plane [match-any]` *class_name*<br><br>**Parameters**<br>• *class_name*   Name of class map. |

19

**Appx63162**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| clear arp-cache | clear arp-cache | **Command Syntax**<br><br>clear arp-cache [*VRF_INSTANCE*] [*INTERFACE_NAME*]<br><br>**Parameters**<br><br>• *VRF_INSTANCE*   specifies the VRF instance for which arp data is refreshed.<br><br>— \<no parameter\>   specifies the context-active VRF.<br>— vrf *vrf_name*   specifies name of VRF instance. System default VRF is specified by default.<br><br>• *INTERFACE_NAME*   interface upon which ARP cache entries are refreshed. Options include:<br><br>— \<no parameter\>   All ARP cache entries.<br>— interface ethernet *e_num*   ARP cache entries of specified Ethernet interface.<br>— interface loopback *l_num*   ARP cache entries of specified loopback interface.<br>— interface management *m_num*   ARP cache entries of specified management interface.<br>— interface port-channel *p_num*   ARP cache entries of specified port-channel Interface.<br>— interface vlan *v_num*   ARP cache entries of specified VLAN interface.<br>— interface vxlan *vx_num*   VXLAN interface specified by *vx_num*. |

20

**Appx63163**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| clear counters | clear counters | **Command Syntax**<br><br>`clear counters [INTERFACE] [SCOPE]`<br><br>**Parameters**<br><br>• *INTERFACE* Interface type and number. Options include:<br>  — <no parameter>   Display information for all interfaces.<br>  — **ethernet** *e_range*   Ethernet interface range specified by *e_range*.<br>  — **loopback** *l_range*   Loopback interface specified by *l_range*.<br>  — **management** *m_range*   Management interface range specified by *m_range*.<br>  — **port-channel** *p_range*   Port-Channel Interface range specified by *p_range*.<br>  — **vlan** *v_range*   VLAN interface range specified by *v_range*.<br>  — **vxlan** *vx_range*   VXLAN interface range specified by *vx_range*.<br><br>  Valid *e_range, l_range, m_range, p_range, v_range,* and *vx_range* formats include number, number range, or comma-delimited list of numbers and ranges.<br><br>• *SCOPE* Duration of the reset results. Options include:<br>  — <no parameter>   counters are cleared on the switch.<br>  — **session**   counters are reset only for the current session. |
| clear ip arp | clear ip arp | **Command Syntax**<br><br>`clear ip arp [VRF_INSTANCE] ipv4_addr`<br><br>**Parameters**<br><br>• *VRF_INSTANCE*   specifies the VRF instance for which arp data is removed.<br>  — <no parameter>   specifies the context-active VRF.<br>  — **vrf** *vrf_name*   specifies name of VRF instance. System default VRF is specified by **default**.<br><br>• *ipv4_addr*   IPv4 address of dynamic ARP entry. |

21

Appx63164

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| clear ip bgp | clear ip bgp | **Command Syntax**<br><br>`clear ip bgp [ACTION] [RESET_TYPE] [DATA_FLOW] [VRF_INSTANCE]`<br><br>**Parameters**<br><br>• *ACTION*  the entity upon which the clearing action is taken. Options include:<br><br>  —  `<no parameter>`  clears the routing table, then reads in routes from designated peers.<br>  —  `*`  clears all BGP IPv4 sessions with the switch's peers.<br>  —  *ipv4_addr*  resets the IPv4 session with the peer at the specified IPv4 address.<br>  —  *ipv6_addr*  resets the IPv6 session with the peer at the specified IPv6 address.<br><br>• *RESET_TYPE*  reconfiguration type. Options include:<br><br>  —  `<no parameter>`  hard reset.<br>  —  **soft**  soft reset.<br><br>• *DATA_FLOW*  restricts hard reset to inbound or outbound routes. Soft reset is bidirectional.<br><br>  —  `<no parameter>`  inbound and outbound routes are reset.<br>  —  **in**  inbound routes are reset.<br>  —  **out**  outbound routes are reset.<br><br>• *VRF_INSTANCE*  specifies VRF instances.<br><br>  —  `<no parameter>`  clears routing table for context-active VRF.<br>  —  **vrf** *vrf_name*  clears routing table for the specified VRF.<br>  —  **vrf all**  clears routing table for all VRFs.<br>  —  **vrf default**  clears routing table for default VRF. |

22

Appx63165

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| clear ip igmp group | clear ip igmp group | **Command Syntax**<br>clear ip igmp group [*gp_addr*] [interface *INT_ID*]<br><br>**Parameters**<br>• *gp_addr*    multicast group IP address (dotted decimal notation).<br>• *INT_ID*    interface name. Options include:<br><br>— **ethernet** *e_num*    Ethernet interface specified by *e_num*.<br>— **loopback** *l_num*    Loopback interface specified by *l_num*.<br>— **management** *m_num*    Management interface specified by *m_num*.<br>— **port-channel** *p_num*    Port-channel interface specified by *p_num*.<br>— **vlan** *v_num*    VLAN interface specified by *v_num*.<br>— **vxlan** *vx_num*    VXLAN interface specified by *vx_num*. |
| clear ip mroute | clear ip mroute | **Command Syntax**<br>clear ip mroute *ENTRY_LIST*<br><br>**Parameters**<br>• *ENTRY_LIST*    entries that the command removes from the mroute table. Options include:<br><br>— *     all route entries are removed from the table<br>— *gp_ipv4*    all entries for multicast group *gp_ipv4* (dotted decimal notation).<br>— *gp_ipv4*  *src_ipv4*    all entries for source (*src_ipv4*) sending to group (*gp_ipv4*).<br>— . |

23

**Appx63166**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| clear ip msdp sa-cache | clear ip msdp sa-cache | **Command Syntax**<br>`clear ip msdp sa-cache [ADDRESS_FILTER]`<br><br>**Parameters**<br>• *ADDRESS_FILTER*  IPv4 address used to select table entries for removal.<br>— <no parameter>  All SA messages<br>— *grp_addr*  Multicast group address (IPv4 address).<br>   *grp_addr* must be a valid multicast address. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| clear ip nat translation | clear ip nat translation | **Command Syntax**<br><br>`clear ip nat translation [HOST_ADDR [DEST_ADDR]] [INTF] [PROT_TYPE]`<br><br>**Parameters**<br><br>*DEST_ADDR* immediately follows *HOST_ADDR*. All other parameters, including *HOST_ADDR*, may be placed in any order.<br><br>• *HOST_ADDR*  Host address to be modified. Options include:<br><br>— &lt;no parameter&gt;  All packets with specified destination address are cleared.<br>— **address** *local_ipv4*  IPv4 address.<br>— **address** *local_ipv4 local_port*  IPv4 address and port (port value ranges from 1 to 65535).<br><br>• *DEST_ADDR*  Destination address of translated packet. Destination address can be entered only when the *HOST_ADDR* is specified. Options include:<br><br>— &lt;no parameter&gt;  All packets with specified destination address are cleared.<br>— *global_ipv4*  IPv4 address.<br>— *global_ipv4 global_port*  IPv4 address and port (port value ranges from 1 to 65535).<br><br>• *INTF*  Route source. Options include:<br><br>— &lt;no parameter&gt;  All packets with specified destination address are cleared.<br>— **interface ethernet** *e_num*  Ethernet interface specified by *e_num*.<br>— **interface loopback** *l_num*  Loopback interface specified by *l_num*.<br>— **interface management** *m_num*  Management interface specified by *m_num*.<br>— **interface port-channel** *p_num*  Port-channel interface specified by *p_num*.<br>— **interface vlan** *v_num*  VLAN interface specified by *v_num*.<br><br>• *PROT_TYPE*  Filters packets based on protocol type. Options include:<br><br>— &lt;no parameter&gt;  All packets with specified destination address are cleared.<br>— **tcp**  TCP packets with specified destination address are cleared.<br>— **udp**  UDP packets with specified destination address are cleared. |

25

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| clear ip ospf neighbor | clear ip ospf neighbor | **Command Syntax**<br>`clear ip ospf [`*`PROCESS_ID`*`] neighbor[`*`LOCATION`*`] [`*`VRF_INSTANCE`*`]`<br><br>**Parameters**<br>• *PROCESS_ID*   OSPFv2 process ID. Values include:<br>  — &lt;no parameter&gt;<br>  — *&lt;1* to *65535&gt;*<br><br>• *LOCATION*   IP address or interface peer group name. Values include:<br>  — **\***   clears all OSPF IPv4 neighbors.<br>  — *ipv4_addr*<br>  — **ethernet** *e_num*<br>  — **loopback** *l_num*<br>  — **port-channel** *p_num*<br>  — **vlan** *v_num*<br><br>• *VRF_INSTANCE*   specifies the VRF instance.<br>  — &lt;no parameter&gt;<br>  — **vrf** *vrf_name* |

26

**Appx63169**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| clear ipv6 neighbors | clear ipv6 neighbors | **Command Syntax**<br>`clear ipv6 neighbors [PORT] [DYNAMIC_IPV6]`<br><br>**Parameters**<br>• *PORT*   Interface through which neighbor is accessed. Options include:<br>  —  <no parameter>   all dynamic entries are removed.<br>  —  **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>  —  **loopback** *l_num*   Loopback interface specified by *l_num*.<br>  —  **management** *m_num*   Management interface specified by *m_num*.<br>  —  **port-channel** *p_num*   Port-channel interface specified by *p_num*.<br>  —  **vlan** *v_num*   VLAN interface specified by *v_num*.<br>  —  **vxlan** *vx_num*   VXLAN interface specified by *vx_num*.<br>• *DYNAMIC_IPV6*   Address of entry removed by the command. Options include:<br>  —  <no parameter>   all dynamic entries for specified interface are removed.<br>  —  *ipv6_addr*   IPv6 address of entry. |
| clear ipv6 ospf force-spf | clear ipv6 ospf force-spf | **Command Syntax**<br>`clear ipv6 ospf force-spf` |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| clear lldp counters | clear lldp counters | **Command Syntax**<br>`clear lldp counters` [*SCOPE*]<br><br>**Parameters**<br>• *SCOPE*    Session affected by command. Options include:<br>— <no parameter>    command affects counters on all CLI sessions.<br>— **session**    clears LLDP counters for the current CLI session only. |
| clear lldp table | clear lldp table | **Command Syntax**<br>`clear lldp table` |
| clear mac-address-table dynamic | clear mac address-table dynamic | **Command Syntax**<br>`clear mac address-table dynamic` [*VLANS*] [*INTERFACE*]<br><br>**Parameters**<br>• *VLANS*    Table entries are cleared for specified VLANs. Options include:<br>— <no parameter>    all VLANs.<br>— **vlan** *v_num*    VLAN specified by *v_num*.<br>• *INTERFACE*    Table entries are cleared for specified interfaces. Options include:<br>— <no parameter>    all Ethernet and port channel interfaces.<br>— **interface ethernet** *e_range*    Ethernet interfaces specified by *e_range*.<br>— **interface port-channel** *p_range*    port channel interfaces specified by *p_range*.<br>— **vxlan** *vx_range*    VXLAN interfaces specified by *vx_range*.<br><br>Valid *range* formats include number, range, or comma-delimited list of numbers and ranges. |

28

**Appx63171**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| clear spanning-tree counters | clear spanning-tree counters | **Command Syntax**<br>`clear spanning-tree counters` *[INT_NAME]*<br><br>**Parameters**<br><br>• *INT_NAME*   Interface type and number. Options include:<br><br>— &lt;no parameter&gt;   resets counters for all interfaces.<br>— **interface ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>— **interface loopback** *l_num*   Loopback interface specified by *l_num*.<br>— **interface management** *m_num*   Management interface specified by *m_num*.<br>— **interface port-channel** *p_num*   Port-Channel Interface specified by *p_num*.<br>— **interface vlan** *v_num*   VLAN interface specified by *v_num*. |
| clock set | clock set | **Command Syntax**<br>`clock set` *hh:mm:ss date*<br><br>**Parameters**<br><br>• *hh:mm:ss* is the current time (24-hour notation).<br><br>• *date* is the current date. Date formats include:<br><br>— mm/dd/yy      *example:* 05/15/2012<br>— Month  day  year   *example:* May 15 2012<br>— day  month  year   *example:* 15 May 2012 |

29

**Appx63172**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| clock timezone | clock timezone | **Command Syntax**<br>`clock timezone zone_name`<br>`no clock timezone`<br>`default clock timezone`<br><br>**Parameters**<br>• `zone_name`   the time zone. Settings include a list of predefined time zone labels. |
| control-plane | control-plane | **Command Syntax**<br>`control-plane` |

30

**Appx63173**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| default-information originate (OSPF) | default-information originate (OSPFv2) | **Command Syntax**<br>default-information originate [*FORCE*] [*VALUE*] [*TYPE*] [*MAP*]<br>no default-information originate<br>default default-information originate<br><br>All parameters can be placed in any order.<br><br>**Parameters**<br>• *FORCE*    advertisement forcing option. Values include:<br>    — <no parameter><br>    — **always**<br><br>• *VALUE*    Values include:<br>    — <no parameter><br>    — **metric** *<1-65535>*<br><br>• *TYPE*    Values include:<br>    — <no parameter><br>    — **metric-type** *<1-2>*<br><br>• *MAP*    sets attributes in the LSA based on a route map. Values include:<br>    — <no parameter><br>    — **route-map** *map_name*. |

31

**Appx63174**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| default-information originate (OSPFv3) | default-information originate (OSPFv3) | **Command Syntax**<br>`default-information originate` `[DURATION]` `[VALUE]` `[TYPE]` `[MAP]`<br>`no default-information originate`<br>`default default-information originate`<br>All parameters can be placed in any order.<br><br>**Parameters**<br>• *DURATION*   Values include:<br>  — <no parameter><br>  — **always**<br>• *VALUE*   Values include:<br>  — <no parameter><br>  — **metric** *<1-65535>*<br>• *TYPE*   Values include:<br>  — <no parameter><br>  — **metric-type** *<1-2>*<br>• *MAP*   Values include:<br>  — <no parameter><br>  — **route-map** *map_name* |
| ||||||||| | ||||||||| | |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| default-metric (OSPFv3) | default-metric (OSPFv3) | **Command Syntax**<br>`default-metric def_metric`<br>`no default-metric`<br>`default default-metric`<br><br>**Parameters**<br>• *def_metric*   Values range from 1 to 65535. Default value is 10. |
| distance bgp | distance bgp | **Command Syntax**<br>`distance bgp external_dist [INTERNAL_LOCAL]`<br>`no distance bgp`<br>`default distance bgp`<br><br>**Parameters**<br>• *external_dist*   distance assigned to external routes. Values range from 1 to 255.<br>• *INTERNAL_LOCAL*   distance assigned to internal and local routes. Values for both routes range from 1 to 255. Options include:<br>— <no parameter>   *external_dist* value is assigned to internal and local routes.<br>— *internal_dist local_dist*   values assigned to internal (*internal_dist*) and local (*local_dist*) routes.<br>r. |
| domain-id | domain-id | **Command Syntax**<br>`domain-id identifier`<br>`no domain-id`<br>`default domain-id`<br><br>**Parameters**<br>• *identifier*   alphanumeric string that names the MLAG domain. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| dot1x max-reauth-req | dot1x max-reauth-req | **Command Syntax**<br>`dot1x max-reauth-req` *attempts*<br>`no dot1x max-reauth-req`<br>`default dot1x max-reauth-req`<br><br>**Parameters**<br>• *attempts*    maximum number of attempts. Values range from 1 to 10; default value is 2. |
| dot1x pae authenticator | dot1x pae authenticator | **Command Syntax**<br>`dot1x pae authenticator`<br>`no dot1x pae authenticator`<br>`default dot1x pae authenticator` |
| dot1x port-control | dot1x port-control | **Command Syntax**<br>`dot1x port-control` *STATE*<br>`no dot1x port-control`<br>`default dot1x port-control`<br><br>**Parameters**<br>• *STATE*    specifies whether the interface will authenticate traffic. The default value is *force-authorized*. Options include:<br>— **auto**    configures the port to authenticate traffic using Extensible Authentication Protocol messages.<br>— **force-authorized**    configures the port to pass traffic without authentication.<br>— **force-unauthorized**    configures the port to block all traffic regardless of authentication. |

34

**Appx63177**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| dot1x reauthentication | dot1x reauthentication | **Command Syntax**<br>`dot1x reauthentication`<br>`no dot1x reauthentication`<br>`default dot1x reauthentication` |
| dot1x system-auth-control | dot1x system-auth-control | **Command Syntax**<br>`dot1x system-auth-control`<br>`no dot1x system-auth-control`<br>`default dot1x system-auth-control` |
| dot1x timeout quiet-period | dot1x timeout quiet-period | **Command Syntax**<br>`dot1x timeout quiet-period` *quiet_time*<br>`no dot1x timeout quiet-period`<br>`default dot1x timeout quiet-period`<br><br>**Parameters**<br>• *quiet_time*   interval in seconds. Values range from 1 to 65535. Default value is 60. |
| dot1x timeout reauth-period | dot1x timeout reauth-period | **Command Syntax**<br>`dot1x timeout reauth-period` *reauth_time*<br>`no dot1x timeout reauth-period`<br>`default dot1x timeout reauth-period`<br><br>**Parameters**<br>• *reauth_time*   the number of seconds the interface passes traffic before requiring re-authentication. Values range from 1 to 65535. Default value is 3600. |

35

**Appx63178**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| dot1x timeout tx-period | dot1x timeout tx-period | **Command Syntax**<br>`dot1x timeout tx-period` *tx_time*<br>`no dot1x timeout tx-period`<br>`default dot1x timeout tx-period`<br><br>**Parameters**<br>• *tx_time*   Values range from 1 to 65535. Default value is 5. |
| enable secret | enable secret | **Command Syntax**<br>`enable secret` [*ENCRYPT_TYPE*] *password*<br>`no enable secret`<br>`default enable secret`<br><br>**Parameters**<br>• *ENCRYPT_TYPE*   encryption level of the *password* parameter. Settings include:<br><br>— <no parameter>   the password is entered as clear text.<br>— **0**   the password is entered as clear text. Equivalent to <no parameter>.<br>— **5**   the password is entered as an md5 encrypted string,<br>— **sha512**   the password is entered as an sha512 encrypted string,<br><br>• *password*   text that authenticates the username.<br><br>— *password* must be in clear text if *ENCRYPT_TYPE* specifies clear text.<br>— *password* must be an appropriately encrypted string if *ENCRYPT_TYPE* specifies encryption.<br><br>Encrypted strings entered through this parameter are generated elsewhere. |

36

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| erase startup-config | erase startup-config | **Command Syntax**<br>`erase startup-config [CONFIRMATION]`<br><br>**Parameters**<br>• *CONFIRMATION*<br>  —  &lt;no parameter&gt;   the switch requires a confirmation before starting the erase.<br>  —  now   the erase begins immediately without prompting the user to confirm the request. |
| errdisable detect cause link-flap | errdisable detect cause link-flap | **Command Syntax**<br>`errdisable detect cause link-flap`<br>`no errdisable detect cause link-flap`<br>`default errdisable detect cause link-flap` |
| errdisable recovery cause | errdisable recovery cause | **Command Syntax**<br>`errdisable recovery cause CONDITION`<br>`no errdisable recovery cause CONDITION`<br>`default errdisable recovery cause CONDITION`<br><br>**Parameters**<br>• *CONDITION*   Disabling condition for which command automates recovery. Options include:<br>  —  bpduguard<br>  —  link-flap<br>  —  no-internal-vlan<br>  —  portchannelguard<br>  —  portsec<br>  —  tapagg<br>  —  uplink-failure-detection<br>  —  xcvr_unsupported |

37

Appx63180

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| errdisable recovery interval | errdisable recovery interval | **Command Syntax**<br>`errdisable recovery interval period`<br>`no errdisable recovery interval`<br>`default errdisable recovery interval`<br><br>**Parameters**<br>• *period*   Error disable recovery period (seconds). Value ranges from 30 to 86400. Default value is 300 |
| flowcontrol receive | flowcontrol receive | **Command Syntax**<br>`flowcontrol receive STATE`<br>`no flowcontrol receive`<br>`default flowcontrol receive`<br><br>**Parameters**<br>• *STATE*   flow control pause frame processing setting. Options include:<br>— on<br>— off |
| flowcontrol send | flowcontrol send | **Command Syntax**<br>`flowcontrol send STATE`<br>`no flowcontrol send`<br>`default flowcontrol send`<br><br>**Parameters**<br>• *STATE*   flow control send setting. Options include<br>— on<br>— off |

38

Appx63181

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| interface ethernet | interface ethernet | **Command Syntax**<br>interface ethernet *e_range*<br><br>**Parameters**<br>• *e_range*　Ethernet interfaces (number, range, or comma-delimited list of numbers and ranges).<br><br>Valid Ethernet numbers depend on the switch's available Ethernet interfaces. |
| interface loopback | interface loopback | **Command Syntax**<br>interface loopback *l_range*<br>no interface loopback *l_range*<br>default interface loopback *l_range*<br><br>**Parameters**<br>• *l_range*　Loopback interfaces (number, range, or comma-delimited list of numbers and ranges).<br><br>Looback number ranges from 0 to 1000. |
| interface port-channel | interface port-channel | **Command Syntax**<br>interface port-channel *p_range*<br>no interface port-channel *p_range*<br>default interface port-channel *p_range*<br><br>**Parameter**<br>• *p_range*　port channel interfaces (number, range, or comma-delimited list of numbers and ranges).<br><br>Port channel numbers range from 1 to 2000. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| interface vlan | interface vlan | **Command Syntax**<br><br>interface vlan *v_range*<br>no interface vlan *v_range*<br>default interface vlan *v_range*<br><br>**Parameter**<br><br>• *v_range*   VLAN interfaces (number, range, or comma-delimited list of numbers and ranges).<br><br>VLAN number ranges from 1 to 4094. |
| ip access-group | ip access-group | **Command Syntax**<br><br>ip access-group *list_name* [**VRF_INSTANCE**] **DIRECTION**<br>no ip access-group [*list_name*] [**VRF_INSTANCE**] **DIRECTION**<br>default ip access-group [*list_name*] [**VRF_INSTANCE**] **DIRECTION**<br><br>**Parameters**<br><br>• *list_name*   name of ACL assigned to interface.<br><br>• *VRF_INSTANCE*   specifies the VRF instance being modified.<br><br>— <no parameter>   changes are made to the default VRF.<br>— **vrf** *vrf_name*   changes are made to the specified user-defined VRF.<br><br>• *DIRECTION*   transmission direction of packets, relative to interface. Valid options include:<br><br>— **in**   inbound packets. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| ip access-list | ip access-list | **Command Syntax**<br>`ip access-list list_name`<br>`no ip access-list list_name`<br>`default ip access-list list_name`<br><br>**Parameters**<br>• `list_name`   Name of ACL.<br>  Must begin with an alphabetic character. Cannot contain spaces or quotation marks. |
| ip access-list standard | ip access-list standard | **Command Syntax**<br>`ip access-list standard list_name`<br>`no ip access-list standard list_name`<br>`default ip access-list standard list_name`<br><br>**Parameters**<br>• `list_name`   Name of standard ACL.<br>  Must begin with an alphabetic character. Cannot contain spaces or quotation marks. |
| ip address | ip address | **Command Syntax**<br>`ip address ipv4_subnet [PRIORITY]`<br>`no ip address [ipv4_subnet] [PRIORITY]`<br>`default ip address [ipv4_subnet] [PRIORITY]`<br><br>**Parameters**<br>• `ipv4_subnet`   IPv4 and subnet address (CIDR or address-mask notation). *Running-config* stores value in CIDR notation.<br>• *PRIORITY*   interface priority. Options include:<br>  — `<no parameter>`   the address is the primary IPv4 address for the interface.<br>  — **secondary**   the address is the secondary IPv4 address for the interface. |

41

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| ip as-path access-list | ip as-path access-list | **Command Syntax**<br><br>`ip as-path access-list` *list_name* **FILTER_TYPE** *regex* **ORIGIN**<br>`no ip as-path access-list` *list_name*<br>`default ip as-path access-list` *list_name*<br><br>**Parameters**<br><br>• *list_name*   the name of the AS path access list.<br><br>• *FILTER_TYPE*   access resolution of the specified AS path. Options include:<br><br>   — **permit**   access is permitted.<br>   — **deny**   access is denied.<br><br>• *regex*   a regular expression describing the AS path being filtered. Regular expressions are pattern matching strings that are composed of text characters and operators (Section 3.2.6).<br><br>• *ORIGIN*   the origin of the path information. Values include:<br><br>   — <no parameter>   sets the origin to *any*.<br>   — **any**   any BGP origin.<br>   — **egp**   EGP origin.<br>   — **igp**   IGP origin.<br>   — **incomplete**   incomplete origin. |

42

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| ip community-list expanded | ip community-list expanded | **Command Syntax**<br><br>`ip community-list expanded` *listname* **FILTER_TYPE** R_EXP<br>`no ip community-list expanded` *listname*<br>`default community-list expanded` *listname*<br><br>**Parameters**<br><br>• *listname*    name of the community list. Valid input is text.<br><br>• *FILTER_TYPE*    access resolution of the specified community. Options include:<br><br>— **permit**    access is permitted.<br>— **deny**    access is denied.<br><br>• *R_EXP*    list of communities, formatted as a regular expression. Regular expressions are pattern matching strings that are composed of text characters and operators (Section 3.2.6) |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| ip community-list standard | ip community-list standard | **Command Syntax**<br>`ip community-list standard` *listname* `FILTER_TYPE COMM_1` [`COMM_2...COMM_n`]<br>`no ip community-list standard` *listname*<br>`default ip community-list standard` *listname*<br><br>**Parameters**<br><br>• *listname*   name of the community list. Valid input is text.<br><br>• *FILTER_TYPE*   access resolution of the specified community. Options include:<br><br>  — **permit**   access is permitted.<br>  — **deny**   access is denied.<br><br>• *COMM_x*   community number or name, as specified in the route map that sets the community list number.<br><br>  — *aa:nn*   AS and network number, separated by colon. Each value ranges from 1 to 4294967295.<br>  — *number*   community number. Values range from 1 to 4294967040.<br>  — **internet**   advertises route to Internet community.<br>  — **local-as**   advertises route only to local peers.<br>  — **no-advertise**   does not advertise route to any peer.<br>  — **no-export**   advertises route only within BGP AS boundary.<br><br> |
| ip dhcp smart-relay | ip dhcp smart-relay | **Command Syntax**<br>`ip dhcp smart-relay`<br>`no ip dhcp smart-relay`<br>`default ip dhcp smart-relay` |
| ip dhcp smart-relay global | ip dhcp smart-relay global | **Command Syntax**<br>`ip dhcp smart-relay global`<br>`no ip dhcp smart-relay global`<br>`default ip dhcp smart-relay global` |

Appx63187

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| ip dhcp snooping | ip dhcp snooping | **Command Syntax**<br><br>`ip dhcp snooping`<br>`no ip dhcp snooping`<br>`default ip dhcp snooping` |
| ip dhcp snooping information option | ip dhcp snooping information option | **Command Syntax**<br><br>`ip dhcp snooping information option`<br>`no ip dhcp snooping information option`<br>`default ip dhcp snooping information option` |
| ip dhcp snooping vlan | ip dhcp snooping vlan | **Command Syntax**<br><br>`ip dhcp snooping vlan v_range`<br>`no ip dhcp snooping vlan v_range`<br>`default ip dhcp snooping vlan v_range` |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| ip domain lookup | ip domain lookup | **Command Syntax**<br>`ip domain lookup [VRF_INSTANCE] source-interface INTF_NAME`<br>`no ip domain lookup [VRF_INSTANCE] source-interface`<br>`default ip domain lookup [VRF_INSTANCE] source-interface`<br><br>**Parameters**<br>• *VRF_INSTANCE*   specifies the VRF instance being modified.<br>— \<no parameter>   changes are made to the default VRF.<br>— **vrf** *vrf_name*   changes are made to the specified VRF.<br>• *INTF_NAME*   name of source interface to be used for DNS requests. Options include:<br>— **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>— **loopback** *l_num*   Loopback interface specified by *l_num*.<br>— **management** *m_num*   Management interface specified by *m_num*.<br>— **port-channel** *p_num*   Port-channel interface specified by *p_num*.<br>— **vlan** *v_num*   VLAN interface specified by *v_num*. |
| ip domain name | ip domain-name | **Command Syntax**<br>`ip domain-name string`<br>`no ip domain-name`<br>`default ip domain-name`<br><br>**Parameters**<br>• *string*   domain name (text string) |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| ip extcommunity-list expanded | ip extcommunity-list expanded | **Command Syntax**<br><br>`ip extcommunity-list expanded` *listname* ***FILTER_TYPE R_EXP***<br>`no ip extcommunity-list expanded` *listname*<br>`default ip extcommunity-list expanded` *listname*<br><br>**Parameters**<br><br>• *listname*   name of the extended community list. Valid input is text.<br><br>• ***FILTER_TYPE***   access resolution of the specified extended community list. Options include:<br><br>  — **permit**   access is permitted.<br>  — **deny**   access is denied.<br><br>• ***R_EXP***   list of communities, formatted as a regular expression. Regular expressions are pattern matching strings that are composed of text characters and operators.<br><br>  — Expressions beginning ***RT:*** match the ***route target*** extended community attribute option.<br>  — Expressions beginning ***SoO:*** match the ***site of origin*** extended community attribute option.<br><br>  ***RT:*** and ***SoO:*** are case sensitive.<br><br>Section 3.2.6 describes regular expressions. |

47

**Appx63190**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| ip extcommunity-list standard | ip extcommunity-list standard | **Command Syntax**<br>`ip extcommunity-list standard` *listname* `FILTER_TYPE COMM_1` [`COMM_2...COMM_n`]<br>`no ip extcommunity-list standard` *listname*<br>`default ip extcommunity-list standard` *listname*<br><br>**Parameters**<br>• *listname*    name of the extended community list. Valid input is text.<br>• *FILTER_TYPE*    access resolution of the specified extended community list. Options include:<br>  — **permit**    access is permitted.<br>  — **deny**    access is denied.<br>• *COMM_x*    extended community attribute. Options include:<br>  — **rt** *aa:nn*    route target, as specified by autonomous system:network number<br>  — **rt** *ip_addr:nn*    route target, as specified by ip address:network number<br>  — **soo** *aa:nn*    site of origin, as specified by autonomous system:network number<br>  — **soo** *ip_addr:nn*    site of origin, as specified by ip address:network number |
| ip helper-address | ip helper-address | **Command Syntax**<br>`ip helper-address` *ipv4_addr*<br>`no ip helper-address` [`ipv4_addr`]<br>`default ip helper-address` [`ipv4_addr`]<br><br>**Parameters**<br>• *ipv4_addr*    DHCP server address accessed by interface. |

**Appx63191**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| ip host | ip host | **Command Syntax**<br><br>`ip host hostname hostadd_1 [hostadd_2] ... [hostadd_X]`<br>`no ip host [hostname] [hostadd_1] [hostadd_2] [hostadd_X]`<br>`default ip host [hostname] [hostadd_1] [hostadd_2] [hostadd_X]`<br><br>**Parameters**<br><br>• *hostname*   hostname (text).<br>• *hostadd_N*   IPv4 address associated with hostname (dotted decimal notation). |
| ip http client source-interface | ip http client source-interface | **Command Syntax**<br><br>`ip http client source-interface INTERFACE`<br>`no ip http client source-interface`<br>`default ip http client source-interface`<br><br>**Parameters**<br><br>• *INTERFACE*   Interface providing the IP address. Options include:<br><br>— **ethernet** $e\_num$   Ethernet interface specified by $e\_num$.<br>— **loopback** $l\_num$   Loopback interface specified by $l\_num$.<br>— **management** $m\_num$   Management interface specified by $m\_num$.<br>— **port-channel** $p\_num$   Port-channel interface specified by $p\_num$.<br>— **vlan** $v\_num$   VLAN interface specified by $v\_num$. |
| ip icmp redirect | ip icmp redirect | **Command Syntax**<br><br>`ip icmp redirect`<br>`no ip icmp redirect`<br>`default ip icmp redirect` |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| ip igmp last-member-query-count | ip igmp last-member-query-count | **Command Syntax**<br>`ip igmp last-member-query-count number`<br>`no ip igmp last-member-query-count`<br>`default ip igmp last-member-query-count`<br><br>**Parameters**<br>• *number*  query message quantity. Values range from 1 to 3. Default is 2. |
| ip igmp last-member-query-interval | ip igmp last-member-query-interval | **Command Syntax**<br>`ip igmp last-member-query-interval period`<br>`no ip igmp last-member-query-interval`<br>`default ip igmp last-member-query-interval`<br><br>**Parameters**<br>• *period*  transmission interval (deciseconds) between consecutive group-specific query messages. Value range: 10 (one second) to 317440 (8 hours, 49 minutes, 4 seconds). Default is 10 (one second). |
| ip igmp query-interval | ip igmp query-interval | **Command Syntax**<br>`ip igmp query-interval period`<br>`no ip igmp query-interval`<br>`default ip igmp query-interval`<br><br>**Parameters**<br>• *period*  interval (seconds) between IGMP query messages. Values range from 1 to 3175 (52 minutes, 55 seconds). Default is 125. |

50

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| ip igmp query-max-response-time | ip igmp query-max-response-time | **Command Syntax**<br>`ip igmp query-max-response-time` *period*<br>`no ip igmp query-max-response-time`<br>`default ip igmp query-max-response-time`<br><br>**Parameters**<br>• *period*   maximum response time (deciseconds). Values range from 1 to 31744 (52 minutes, 54 seconds). Default is 100 (ten seconds). |
| ip igmp snooping | ip igmp snooping | **Command Syntax**<br>`ip igmp snooping`<br>`no ip igmp snooping`<br>`default ip igmp snooping` |
| ip igmp snooping querier | ip igmp snooping querier | **Command Syntax**<br>`ip igmp snooping querier`<br>`no ip igmp snooping querier`<br>`default ip igmp snooping querier` |
| ip igmp snooping vlan | ip igmp snooping vlan | **Command Syntax**<br>`ip igmp snooping vlan` *v_range*<br>`no ip igmp snooping vlan` *v_range*<br>`default ip igmp snooping vlan` *v_range*<br><br>**Parameters**<br>• *v_range*   VLANs upon which snooping is enabled. Formats include a number, a number range, or a comma-delimited list of numbers and ranges. Numbers range from 1 to 4094. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| ip igmp snooping vlan immediate-leave | ip igmp snooping vlan immediate-leave | **Command Syntax**<br>ip igmp snooping vlan *v_range* immediate-leave<br>no ip igmp snooping vlan *v_range* immediate-leave<br>default ip igmp snooping vlan *v_range* immediate-leave<br><br>**Parameters**<br><br>• *v_range*   VLAN IDs. Formats include a number, number range, or comma-delimited list of numbers and ranges. Numbers range from 1 to 4094. |
| ip igmp snooping vlan mrouter | ip igmp snooping vlan mrouter | **Command Syntax**<br>ip igmp snooping vlan *v_range* mrouter interface *STATIC_INT*<br>no ip igmp snooping vlan *v_range* mrouter interface *STATIC_INT*<br>default ip igmp snooping vlan *v_range* mrouter interface *STATIC_INT*<br><br>**Parameters**<br><br>• *v_range*   VLAN IDs. Formats include a number, number range, or comma-delimited list of numbers and ranges. Numbers range from 1 to 4094.<br><br>• *STATIC_INT*   interface the command configures as a static port. Selection options include:<br><br>— **ethernet** *e_range*   where *e_range* is the number, range, or list of ethernet ports<br>— **port-channel** *p_range*   where *p_range* is the number, range, or list of channel ports<br><br>The *STATIC_INT* interface must route traffic through a VLAN specified within *v_range*. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| ip igmp snooping vlan static | ip igmp snooping vlan static | **Command Syntax**<br>`ip igmp snooping vlan v_num static ipv4_addr interface STATIC_INT`<br>`no ip igmp snooping vlan v_num static ipv4_addr interface STATIC_INT`<br>`default ip igmp snooping vlan v_num static ipv4_addr interface STATIC_INT`<br><br>**Parameters**<br>• `v_num`  VLAN number. Value ranges from 1 to 4094.<br>• `ipv4_addr`  multicast group IPv4 address.<br>• `STATIC_INT`  interface the command configures as the static group member. Options include:<br>— **ethernet** *e_range*, where *e_range* is the number, range, or list of Ethernet ports<br>— **port-channel** *p_range*, where *p_range* is the number, range, or list of channel ports |
| ip igmp startup-query-interval | ip igmp startup-query-interval | **Command Syntax**<br>`ip igmp startup-query-interval period`<br>`no ip igmp startup-query-interval`<br>`default ip igmp startup-query-interval`<br><br>**Parameters**<br>• `period`  startup query interval, in deciseconds. Value ranges from 10 (one second) to 317440 (8 hours, 49 minutes, 4 seconds). Default is 31 seconds. |
| ip igmp startup-query-count | ip igmp startup-query-count | **Command Syntax**<br>`ip igmp startup-query-count number`<br>`no ip igmp startup-query-count`<br>`default ip igmp startup-query-count`<br><br>**Parameters**<br>• `number`  quantity of queries. Values range from 1 to 65535. Default is 2. |

53

Appx63196

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| ip igmp static-group | ip igmp static-group | **Command Syntax**<br><br>`ip igmp static-group` `group_address` [***SOURCE_ADDRESS***]<br>`no ip igmp static-group` `group_address` [***SOURCE_ADDRESS***]<br>`default ip igmp static-group` `group_address` [***SOURCE_ADDRESS***]<br><br>**Parameters**<br><br>• `group_address`   IPv4 address of multicast group for which the interface fast-switches packets.<br><br>• *SOURCE_ADDRESS*   IP address of host that originates multicast data packets.<br><br>— `<no parameter>`   all multicast messages of the specified group are fast-switched.<br>— `ipv4_address`   source IP address (dotted decimal notation). |
| ip igmp version | ip igmp version | **Command Syntax**<br><br>`ip igmp version` `version_number`<br>`no ip igmp version`<br>`default ip igmp version`<br><br>**Parameters**<br><br>• `version_number`   IGMP version number. Value ranges from 1 to 3. |

54

Appx63197

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| ip load-sharing | ip load-sharing | **Command Syntax**<br><br>ip load-sharing *HARDWARE* *seed*<br>no ip load-sharing *HARDWARE*<br>default ip load-sharing *HARDWARE*<br><br>**Parameters**<br><br>• *HARDWARE*  The ASIC switching device. The available option depend on the switch platform. Verify available options with the CLI ? command.<br><br>  — **arad**<br>  — **fm6000**<br>  — **petraA**<br>  — **trident**<br><br>• *seed*  The hash seed. Value range varies by switch platform. The default value on all platforms is 0.:<br><br>  — when *HARDWARE*=**arad**    *seed* ranges from 0 to 2.<br>  — when *HARDWARE*=**fm6000**    *seed* ranges from 0 to 39.<br>  — when *HARDWARE*=**petraA**    *seed* ranges from 0 to 2.<br>  — when *HARDWARE*=**trident**    *seed* ranges from 0 to 5. |
| ip local-proxy-arp | ip local-proxy-arp | **Command Syntax**<br><br>ip local-proxy-arp<br>no ip local-proxy-arp<br>default ip local-proxy-arp |

55

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| ip msdp cache-sa-state | ip msdp cache-sa-state | **Command Syntax**<br>`ip msdp cache-sa-state` |
| ip msdp default-peer | ip msdp default-peer | **Command Syntax**<br>`ip msdp default-peer` *peer_id* `[PREFIX]`<br>`no ip msdp default-peer` *peer_id*<br>`default ip msdp default-peer` *peer_id*<br><br>**Parameters**<br>• *peer_id*   MSDP peer (IPv4 address).<br>• *PREFIX*   List of RP's from the SA messages originate for which the default peer is valid.<br><br>— `<no parameter>`   default peer is valid for SAs from all originating RPs.<br>— `prefix-list` *list_name*   name of the prefix list that defines affected originating RP prefixes. |
| ip msdp description | ip msdp description | **Command Syntax**<br>`ip msdp` *peer_id* `description` *description_string*<br>`no ip msdp` *peer_id* `description`<br>`default ip msdp` *peer_id* `description`<br><br>**Parameters**<br>• *peer_id*   MSDP peer (IPv4 address).<br>• *description_string*   text string that is associated with neighbor. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| ip msdp group-limit | ip msdp group-limit | **Command Syntax**<br>`ip msdp group-limit` *quantity* **source** *src_subnet*<br>`no ip msdp group-limit` *quantity* **source** *src_subnet*<br>`default ip msdp group-limit` **source** *src_subnet*<br><br>**Parameters**<br>• *quantity*    maximum number of groups that can access the interface. Value ranges from 1 to 40000.<br>• *src_subnet*    Source IPv4 subnet (CIDR or address-mask notation). |
| ip msdp keepalive | ip msdp keepalive | **Command Syntax**<br>`ip msdp keepalive` *peer_id keep_alive hold_time*<br>`no ip msdp keepalive` *peer_id*<br>`default ip msdp keepalive` *peer_id*<br><br>**Parameters**<br>• *peer_id*    MSDP peer address (IPv4 address).<br>• *keep_alive*    keepalive period (seconds). Value ranges from 1 to 65535. Default value is 60.<br>• *hold_time*    hold time (seconds). Value ranges from 1 to 65535. Deafult value is 75. |
| ip msdp mesh-group | ip msdp mesh-group | **Command Syntax**<br>`ip msdp mesh-group` *group_name peer_id*<br>`no ip msdp mesh-group` *group_name* [*peer_id*]<br>`default ip msdp mesh-group` *group_name* [*peer_id*]<br><br>**Parameters**<br>• *group_name*    name of mesh group.<br>• *peer_id*    MSDP peer address (IPv4 address). |

57

**Appx63200**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| ip msdp originator-id | ip msdp originator-id | **Command Syntax**<br>ip msdp originator-id *INTERFACE*<br>no ip msdp originator-id *INTERFACE*<br>default ip msdp originator-id *INTERFACE*<br><br>**Parameters**<br>• *INTERFACE* Specifies the interface from which the IP address is derived. Options include:<br>— **ethernet** $e\_num$ Ethernet interface.<br>— **loopback** $l\_num$ Loopback interface.<br>— **management** $m\_num$ Management interface.<br>— **port-channel** $p\_num$ Port-Channel Interface.<br>— **vlan** $v\_num$ VLAN interface.<br>— **vxlan** $vx\_num$ VXLAN interface. |
| ip msdp peer | ip msdp peer | **Command Syntax**<br>ip msdp peer *peer_id* [*CONNECTION*]<br>no ip msdp peer *peer_id*<br>default ip msdp peer *peer_id*<br><br>**Parameters**<br>• *peer_id* MSDP peer address (IPv4 address).<br>• *CONNECTION* interface through which TCP session connects. Options include:<br>— <no parameter> determined through previously configured protocol.<br>— **connect-source ethernet** $e\_num$ Ethernet interface.<br>— **connect-source loopback** $l\_num$ Loopback interface.<br>— **connect-source management** $m\_num$ Management interface.<br>— **connect-source port-channel** $p\_num$ Port-Channel Interface.<br>— **connect-source vlan** $v\_num$ VLAN interface.<br>— **connect-source vxlan** $vx\_num$ VXLAN interface. |