| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip bgp community | show ip bgp community | **Command Syntax**<br>show ip bgp community [*COMM_1* ... *COMM_n*] [*MATCH_TYPE*] [*DATA_OPTION*] [*VRF_INSTANCE*]<br><br>**Parameters**<br>• *COMM_x*   community number or name, as specified in the route map that sets the community list number.<br>— *aa:nn*   AS and network number, separated by colon. Each value ranges from 1 to 4294967295.<br>— *comm_num*   community number. Values range from 1 to 4294967040.<br>— **internet**   advertises route to Internet community.<br>— **local-as**   advertises route only to local peers.<br>— **no-advertise**   does not advertise the route to any peer.<br>— **no-export**   advertises route only within BGP AS boundary.<br>• *MATCH_TYPE*   Routes are filtered based on their communities.<br>— <no parameter>   routes must match at least one community in the list<br>— **exact**   route must match all communities and include no other communities.<br>• *DATA_OPTION*   Type of information the command displays. Values include:<br>— <no parameter>   Displays table of the routing entry line items.<br>— **detail**   Displays data block for each routing table entry.<br>• *VRF_INSTANCE*   specifies VRF instances.<br>— <no parameter>   displays routing table for context-active VRF.<br>— **vrf** *vrf_name*   displays routing table for the specified VRF.<br>— **vrf all**   displays routing table for all VRFs.<br>— **vrf default**   displays routing table for default VRF. |

159

**Appx63302**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip bgp neighbors | show ip bgp neighbors (route type) | **Command Syntax**<br><br>show ip bgp neighbors *neighbor_addr* **HOPDIRECT** [*FILTER*] [*VRF_INSTANCE*]<br>show ip bgp neighbors *neighbor_addr* [*ROUTE_TYPE*] **HOPDIRECT**<br>show ip bgp neighbors *neighbor_addr* [*ROUTE_TYPE*] **HOPDIRECT** detail<br><br>**Related Command**<br>show ip bgp neighbors<br>show ip bgp neighbors (route-type) community<br><br>**Parameters**<br><br>• *neighbor_addr*  location of the neighbor.<br><br>• *ROUTE_TYPE*  filters route on route type. Options include:<br>  — **ipv4 unicast**  displays IPv4 unicast routes.<br>  — **ipv6 unicast**  displays IPv6 unicast routes.<br><br>• *HOPDIRECT*  filters route on the basis of direction from neighbor. Options include:<br>  — **advertised-routes**  displays routes advertised to the specified neighbor.<br>  — **received-routes**  displays routes received from the specified neighbor (accepted and rejected).<br>  — **routes**  displays routes received and accepted from specified neighbor.<br><br>• *FILTER*  routing table entries that the command displays. Values include:<br>  — <no parameter>  displays all routing table entries. Tabular format.<br>  — **detail**  displays all routing table entries. Data block format.<br>  — *ipv4_addr*  host IPv4 address. Data block format.<br>  — *ipv4_subnet*  subnet address. (CIDR notation). Data block format.<br>  — *ipv4_subnet* **longer-prefixes**  subnet address. (CIDR notation). Tabular format.<br><br>• *VRF_INSTANCE*  specifies VRF instances.<br>  — <no parameter>  displays routing table for context-active VRF.<br>  — **vrf** *vrf_name*  displays routing table for the specified VRF.<br>  — **vrf all**  displays routing table for all VRFs.<br>  — **vrf default**  displays routing table for default VRF. |

166

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip bgp neighbors | show ip bgp neighbors | **Command Syntax**<br>show ip bgp neighbors [*NEIGHBOR_ADDR*] [*VRF_INSTANCE*]<br><br>**Parameters**<br>• *NEIGHBOR_ADDR*   location of the neighbors. Options include:<br>— <no parameter>   command displays information for all IPv4 BGP neighbors.<br>— *ipv4_addr*   command displays information for specified neighbor.<br>• *VRF_INSTANCE*   specifies VRF instances.<br>— <no parameter>   displays routing table for context-active VRF.<br>— **vrf** *vrf_name*   displays routing table for the specified VRF.<br>— **vrf all**   displays routing table for all VRFs.<br>— **vrf default**   displays routing table for default VRF. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip bgp paths | show ip bgp paths | **Command Syntax**<br>`show ip bgp paths` [*VRF_INSTANCE*]<br><br>**Parameters**<br>• *VRF_INSTANCE*   specifies VRF instances.<br><br>— \<no parameter\>   displays routing table for context-active VRF.<br>— **vrf** *vrf_name*   displays routing table for the specified VRF.<br>— **vrf all**   displays routing table for all VRFs.<br>— **vrf default**   displays routing table for default VRF.<br><br>**Display Values**<br>• **Refcount:** Number of routes using a listed path.<br>• **Metric:** The path's Multi Exit Discriminator (MED).<br>• **Path:** The route's AS path and its origin code.<br><br>The MED (the path's external metric) provides information to external neighbors about the preferred path into an AS that has multiple entry points. Lower MED values are preferred. |

162

**Appx63305**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip bgp peer-group | show ip bgp peer-group | **Command Syntax**<br>show ip bgp peer-group [*GROUP*] [*VRF_INSTANCE*]<br><br>**Parameters**<br>• *GROUP*   peer group for which command displays information. Options include:<br>  — <no parameter>   command displays information for all peer groups.<br>  — *group_name*   name of peer group for which command displays information.<br>• *VRF_INSTANCE*   specifies VRF instances.<br>  — <no parameter>   displays routing table for context-active VRF.<br>  — **vrf** *vrf_name*   displays routing table for the specified VRF.<br>  — **vrf all**   displays routing table for all VRFs.<br>  — **vrf default**   displays routing table for default VRF. |
| show ip bgp regexp | show ip bgp regexp | **Command Syntax**<br>show ip bgp regexp *as_paths* [*VRF_INSTANCE*]<br><br>**Parameters**<br>• *as_paths*   list of AS paths, formatted as a regular expression. Regular expressions are pattern matching strings that are composed of text characters and operators.<br>• *VRF_INSTANCE*   specifies the VRF instance of the BGP routing table to be displayed.<br>  — <no parameter>   displays routing table for context-active VRF.<br>  — **vrf** *vrf_name*   displays routing table for the specified VRF.<br>  — **vrf all**   displays routing table for all VRFs.<br>  — **vrf default**   displays routing table for default VRF. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip bgp summary | show ip bgp summary | **Command Syntax**<br><br>show ip bgp summary [*VRF_INSTANCE*]<br><br>**Parameters**<br><br>• *VRF_INSTANCE* specifies VRF instances.<br><br>— <no parameter> displays routing table for context-active VRF.<br>— vrf *vrf_name* displays routing table for the specified VRF.<br>— vrf all displays routing table for all VRFs.<br>— vrf default displays routing table for default VRF.<br><br>**Display Values**<br><br>**Header Row**<br><br>• **BGP router identifier:** The router identifier – loopback address or highest IP address.<br>• **Local AS Number:** AS number assigned to switch<br><br>**Neighbor Table Columns**<br><br>• **(First) Neighbor:** Neighbor's IP address.<br>• **(Second) V:** BGP version number.<br>• **(Third) AS:** Neighbor's AS number.<br>• **(Fourth) MsgRcvd:** Messages received from the neighbor.<br>• **(Fifth) MsgSent:** Messages sent to neighbor.<br>• **(Sixth) InQ:** Messages queued from neighbor.<br>• **(Seventh) OutQ:** Messages queued to send neighbor.<br>• **(Eighth) Up/Down:** Period the BGP session has been Established, or its current status.<br>• **(Ninth) State:** State of the BGP session and the number of routes received from a neighbor.<br><br>After the maximum number of routes are received, the ninth field displays **PfxRcd**, and the connection becomes Idle. Maximum number of routes is set using the **maximum paths (BGP)** command. |

164

**Appx63307**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip community-list | show ip community-list | **Command Syntax**<br>`show ip community-list [COMMUNITY_LIST]`<br><br>**Parameters**<br>• *COMMUNITY_LIST* — community list for which command displays information.<br>— <no parameter> — command displays information for all community lists.<br>— *listname* — name of the community list (text string). |
| show ip dhcp snooping | show ip dhcp snooping | **Command Syntax**<br>`show ip dhcp snooping` |
| show ip extcommunity-list | show ip extcommunity-list | **Command Syntax**<br>`show ip extcommunity-list [COMMUNITY_LIST]`<br><br>**Parameters**<br>• *COMMUNITY_LIST* — extended community list for which command displays information.<br>— <no parameter> — command displays information for all extended community lists.<br>— *listname* — name of the extended community list (text string). |
| show ip helper-address | show ip helper-address | **Command Syntax**<br>`show ip helper-address` |

**Appx63308**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip igmp groups | show ip igmp groups | **Command Syntax**<br>show ip igmp groups *GROUP_LIST* [*DATA*]<br><br>**Parameters**<br>• *GROUP_LIST*  list of groups for which the command displays information. Options include:<br>— &lt;no parameter&gt;  all multicast groups.<br>— *group_addr*  single multicast group address (dotted decimal notation).<br>— **interface ethernet** *e_num*  all multicast groups on specified Ethernet interface.<br>— **interface loopback** *l_num*  all multicast groups on specified Loopback interface.<br>— **interface management** *m_num*  all multicast groups on specified Management interface.<br>— **interface port-channel** *p_num*  all multicast groups on specified Port-Channel Interface.<br>— **interface vlan** *v_num*  all multicast groups on specified VLAN interface.<br>— **interface vxlan** *vx_num*  all multicast groups on specified VXLAN interface.<br><br>• *DATA*  specifies the type of information displayed. Options include:<br>— &lt;no parameter&gt;  provides uptime, expiration, and address of reporter.<br>— **detail**  also include group mode and group source list. |
| show ip igmp interface | show ip igmp interface | **Command Syntax**<br>show ip igmp interface [*INT_NAME*]<br><br>**Parameters**<br>• *INT_NAME*  Interface type and number. Values include<br>— &lt;no parameter&gt;  Displays information for all interfaces.<br>— **ethernet** *e_num*  Ethernet interface specified by *e_num*.<br>— **loopback** *l_num*  Loopback interface specified by *l_num*.<br>— **management** *m_num*  Management interface specified by *m_num*.<br>— **port-channel** *p_num*  Port-Channel Interface specified by *p_num*.<br>— **vlan** *v_num*  VLAN interface specified by *v_num*.<br>— **vxlan** *vx_num*  VXLAN interface specified by *vx_num*. |

166

Appx63309

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip igmp snooping | show ip igmp snooping | **Command Syntax**<br>show ip igmp snooping [*VLAN_ID*]<br><br>**Parameters**<br>• *VLAN_ID*   specifies VLANs for which command displays information. Options include:<br>— \<no parameter>   displays information for all VLANs.<br>— **vlan** *v_num*   displays information for specified VLAN. |
| show ip igmp snooping groups | show ip igmp snooping groups | **Command Syntax**<br>show ip igmp snooping groups [*VLAN_ID*] [*PORT_INT*] [*GROUPS*] [*DATA*]<br><br>**Parameters**<br>• *VLAN_ID*   specifies VLAN for which command displays information. Options include:<br>— \<no parameter>   displays information for all VLANs.<br>— **vlan** *v_num*   displays information for VLAN *v_num* (1 to 4094).<br>• *PORT_INT*   specifies physical ports for which command displays information. Options include:<br>— \<no parameter>   displays information for all physical ports.<br>— **interface ethernet** *e_range*, where *e_range* is the number, range, or list of Ethernet ports.<br>— **interface port-channel** *p_range*, where *p_range* is the number, range, or list of channel ports.<br>• *GROUPS*   specifies the multicast groups. Options include:<br>— \<no parameter>   all multicast groups on all specified ports.<br>— *mgroup_address*   multicast group specified by IPv4 address (dotted decimal notation).<br>— **dynamic**   multicast groups learned through IGMP.<br>— **user**   multicast groups manually added.<br>• *DATA*   specifies the type of information displayed. Options include:<br>— \<no parameter>   VLAN number and port-list for each group.<br>— **detail**   port-specific information for each group, including transmission times and expiration. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip igmp snooping mrouter | show ip igmp snooping mrouter | **Command Syntax**<br>`show ip igmp snooping mrouter [VLAN_ID] [DATA]`<br>**Parameters**<br>• *VLAN_ID*  specifies VLAN for which command displays information. Options include:<br>— `<no parameter>`  all VLANs.<br>— `vlan v_num`  specified VLAN.<br>• *DATA*  specifies the type of information displayed. Options include:<br>— `<no parameter>`  displays VLAN number and port-list for each group.<br>— **detail**  displays port-specific data for each group; includes transmission times and expiration. |
| show ip igmp snooping querier | show ip igmp snooping querier | **Command Syntax**<br>`show ip igmp snooping querier [STATUS] [VLAN_ID] [DATA]`<br>**Parameters**<br>• *STATUS*  specifies the type of information displayed. Options include:<br>— `<no parameter>`  querier IP address, port, and IGMP version.<br>— **status**  querier configuration parameters.<br>• *VLAN_ID*  specifies VLANs for which command displays information. Options include:<br>— `<no parameter>`  all VLANs.<br>— `vlan v_num`  specified VLAN.<br>• *DATA*  specifies the type of information displayed. Options include:<br>— `<no parameter>`  displays VLAN number and port-list for each group.<br>— **detail**  displays port-specific data for each group; includes transmission times and expiration. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip interface | show ip interface | **Command Syntax**<br>`show ip interface` [`INTERFACE_NAME`] [`VRF_INST`]<br><br>**Parameters**<br>• *INTERFACE_NAME*   interfaces for which command displays status.<br><br>— `<no parameter>`   all routed interfaces.<br>— *ipv4_addr*   Neighbor IPv4 address.<br>— **ethernet** *e_range*   Routed Ethernet interfaces specified by *e_range*.<br>— **loopback** *l_range*   Routed loopback interfaces specified by *l_range*.<br>— **management** *m_range*   Routed management interfaces specified by *m_range*.<br>— **port-channel** *p_range*   Routed port channel Interfaces specified by *p_range*.<br>— **vlan** *v_range*   VLAN interfaces specified by *v_range*.<br>— **vxlan** *vx_range*   VXLAN interfaces specified by *vx_range*.<br><br>• *VRF_INST*   specifies the VRF instance for which data is displayed.<br><br>— `<no parameter>`   context-active VRF.<br>— **vrf** *vrf_name*   specifies name of VRF instance. System default VRF is specified by **default**. |

169

**Appx63312**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip interface brief | show ip interface brief | **Command Syntax**<br>`show ip interface [INTERFACE_NAME] [VRF_INST] brief`<br><br>**Parameters**<br>• *INTERFACE_NAME*   interfaces for which command displays status.<br>— <no parameter>   all routed interfaces.<br>— *ip4_addr*   Neighbor IPv4 address.<br>— **ethernet** *e_range*   Routed Ethernet interfaces specified by *e_range*.<br>— **loopback** *l_range*   Routed loopback interfaces specified by *l_range*.<br>— **management** *m_range*   Routed management interfaces specified by *m_range*.<br>— **port-channel** *p_range*   Routed port channel Interfaces specified by *p_range*.<br>— **vlan** *v_range*   VLAN interfaces specified by *v_range*.<br>— **vxlan** *vx_range*   VXLAN interface range specified by *vx_range*.<br>• *VRF_INST*   specifies the VRF instance for which data is displayed.<br>— <no parameter>   context-active VRF.<br>— **vrf** *vrf_name*   specifies name of VRF instance. System default VRF is specified by **default**. |
| show ip mfib | show ip mfib | **Command Syntax**<br>`show ip mfib [ROUTE]`<br><br>**Parameters**<br>• *ROUTE*   routes displayed, filtered by multicast group and source IP addresses:<br>— <no parameter>   all multicast messages of the specified group are fast-switched.<br>— *group_addr*   multicast group IPv4 address.<br>— *group_addr source address*   two IPv4 addresses: multicast group and source addresses. |

170

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip mroute | show ip mroute | **Command Syntax**<br><br>`show ip mroute`<br>`show ip mroute gp_addr`<br><br>**Parameters**<br><br>• *gp_addr*   group IP address (dotted decimal notation). |
| show ip mroute count | show ip mroute count | **Command Syntax**<br><br>`show ip mroute count` |
| show ip msdp mesh-group | show ip msdp mesh-group | **Command Syntax**<br><br>`show ip msdp mesh-group` |

171

**Appx63314**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip msdp peer | show ip msdp peer | **Command Syntax**<br>`show ip msdp peer` `[PEER_ADDR]` `[SA_ACCEPT]`<br><br>**Parameters**<br>• *PEER_ADDR*    Peers for which command displays information.<br>  — \<no parameter\>    All peers configured on the switch.<br>  — *ipv4_addr*    Address of specified MSDP peer.<br>• *SA_ACCEPT*    Command displays SAs accepted from the specified peers.<br>  — \<no parameter\>    Accepted SAs are not displayed.<br>  — **accepted-sas**    Accepted SAs are displayed. |
| show ip msdp rpf-peer | show ip msdp rpf-peer | **Command Syntax**<br>`show ip msdp peer` *rp_addr*<br><br>**Parameters**<br>• *rp_addr*    PIM RP IPv4 address.<br><br><br>(Note Typo in Arista Manual) |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip msdp sa-cache | show ip msdp sa-cache | **Command Syntax**<br>`show ip msdp sa-cache [ADDRESS_FILTER] [CONTENTS]`<br><br>**Parameters**<br>• *ADDRESS_FILTER*   IPv4 address used to filter SA messages.<br>   —  <no parameter>   All SA messages.<br>   —  *grp_addr*   Multicast group address (IPv4 address).<br>   —  *src_addr*   *grp_addr*   Source and multicast group addresses (two IPv4 addresses).<br>       *grp_addr* must be a valid multicast address.<br>• *CONTENTS*   type of SAs that the command displays.<br>   —  <no parameter>   Displays contents of SA Cache.<br>   —  **rejected**   Displays rejected SAs in addition to the SA cache contents. |
| show ip msdp summary | show ip msdp summary | **Command Syntax**<br>`show ip msdp summary` |

173

**Appx63316**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip nat translations | show ip nat translations | **Command Syntax**<br>show ip nat translations [*INTF*] [*ADDR*] [*TYPE*] [*DIR*] [*H_STATE*] [*K_STATE*] [*V_STATE*]<br>Command position of *INTF*, *ADDR*, *TYPE*, and *DIR* parameters are interchangeable.<br><br>**Parameters**<br>• *INTF* Filters NAT statements by interface. Options include:<br>— <no parameter> includes all statement on all interfaces.<br>— **interface ethernet** *e_num* Statements on specified Ethernet interface.<br>— **interface loopback** *l_num* Statements on specified Loopback interface.<br>— **interface management** *m_num* Statements on specified Management interface.<br>— **interface port-channel** *p_num* Statements on specified Port-Channel Interface.<br>— **interface vlan** *v_num* Statements on specified VLAN interface.<br><br>• *ADDR* Filters NAT statements by status. Options include:<br>— <no parameter> includes all NAT statements, including those not installed in hardware.<br>— **address** *ipv4_addr* includes only NAT statements installed in hardware.<br><br>• *TYPE* Filters NAT statements by status. Options include:<br>— <no parameter> includes all NAT statements, including those not installed in hardware.<br>— **static** includes only NAT statements installed in hardware.<br>— **dynamic** includes only NAT statements installed in hardware.<br><br>• *DIR* Filters NAT statements by status. Options include:<br>— <no parameter> includes all NAT statements, including those not installed in hardware.<br>— **source** includes only NAT statements installed in hardware.<br>— **destination** includes only NAT statements installed in hardware.<br><br>• *H_STATE* Filters NAT statements by status. Options include:<br>— <no parameter> includes all NAT statements, including those not installed in hardware.<br>— **hardware** includes only NAT statements installed in hardware.<br><br>• *K_STATE* Filters NAT statements by status. Options include:<br>— <no parameter> includes all NAT statements, including those not installed in hardware.<br>— **kernel** includes only NAT statements installed in hardware.<br><br>• *V_STATE* Specifies information that the command returns. Options include:<br>— <no parameter> displays table of NAT translations.<br>— **detail** displays table of NAT translations. |

174

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip ospf | show ip ospf | **Command Syntax**<br>show ip ospf [*PROCESS_ID*] [*VRF_INSTANCE*]<br>**Parameters**<br>• *PROCESS_ID*   OSPFv2 process ID. Values include:<br>  — <no parameter><br>  — *<1 to 65535>*<br>• *VRF_INSTANCE*   specifies the VRF instance.<br>  — <no parameter><br>  — vrf *vrf_name* |
| show ip ospf border-routers | show ip ospf border-routers | **Command Syntax**<br>show ip ospf border-routers [*VRF_INSTANCE*]<br>**Parameters**<br>• *VRF_INSTANCE*   specifies the VRF instance.<br>  — <no parameter><br>  — vrf *vrf_name* |

175

**Appx63318**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip ospf database database-summary | show ip ospf database database-summary | **Command Syntax**<br><br>show ip ospf [AREA] database database-summary [VRF_INSTANCE]<br><br>**Parameters**<br><br>• **VRF_INSTANCE**  specifies the VRF instance.<br><br>— \<no parameter\><br>— vrf vrf_name<br><br>• **AREA**  areas for which command displays data. Specifying an individual area requires entering the process ID where the area is located. Options include:<br><br>— \<no parameter\><br>— process_id<br>— process_id area_id<br>— process_id   input range: \<1 to 65535\><br>— area_id   input range: \<0 to 4294967295\> or \<0.0.0.0 to 255.255.255.255\> |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip ospf interface | show ip ospf interface | **Command Syntax**<br>show ip ospf [*PROCESS_ID*] interface [*INTERFACE_NAME*] [*VRF_INSTANCE*]<br><br>**Parameters**<br>• *PROCESS_ID*  OSPFv2 process ID. Values include:<br>— <no parameter><br>— *<1 to 65535>*<br><br>• *INTERFACE_NAME*  Interface type and number. Values include<br>— <no parameter><br>— **ethernet** *e_num*<br>— **loopback** *l_num*<br>— **port-channel** *p_num*<br>— **vlan** *v_num*<br><br>• *VRF_INSTANCE*  specifies the VRF instance.<br>— <no parameter> .<br>— **vrf** *vrf_name* |

177

**Appx63320**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip ospf neighbor | show ip ospf neighbor | **Command Syntax**<br>show ip ospf [*PROCESS_ID*] neighbor [*INTERFACE_NAME*] [*NEIGHBOR*] [*DATA*] [*VRF_INSTANCE*]<br><br>**Parameters**<br>• *PROCESS_ID*  OSPFv2 process ID. Values include:<br>— \<no parameter\><br>— \<1 to 65535\><br><br>• *INTERFACE_NAME*  Interface type and number. Values include:<br>— \<no parameter\><br>— **ethernet** *e_num*<br>— **loopback** *l_num*<br>— **port-channel** *p_num*<br>— **vlan** *v_num*<br><br>• *NEIGHBOR*  OSPFv2 neighbor. Options include:<br>— \<no parameter\><br>— *ipv4_addr*<br><br>• *DATA*  Type of information the command displays. Values include:<br>— \<no parameter\><br>— **detail**<br><br>• *VRF_INSTANCE*  specifies the VRF instance.<br>— \<no parameter\><br>— **vrf** *vrf_name* |

178

**Appx63321**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip ospf request-list | show ip ospf request-list | **Command Syntax**<br>`show ip ospf request-list [VRF_INSTANCE]`<br><br>**Parameters**<br>• *VRF_INSTANCE*   specifies the VRF instance.<br>— \<no parameter\><br>— **vrf** *vrf_name* |
| show ip ospf retransmission-list | show ip ospf retransmission-list | **Command Syntax**<br>`show ip ospf retransmission-list [VRF_INSTANCE]`<br><br>**Parameters**<br>• *VRF_INSTANCE*   specifies the VRF instance.<br>— \<no parameter\><br>— **vrf** *vrf_name* |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip pim interface | show ip pim interface | **Command Syntax**<br>show ip pim interface [*INT_NAME*] [*INFO_LEVEL*]<br><br>**Parameters**<br>• *INT_NAME*   Interface type and number. Values include<br>— <no parameter>   displays information for all interfaces.<br>— **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>— **port-channel** *p_num*   Port-Channel Interface specified by *p_num*.<br>— **vlan** *v_num*   VLAN interface specified by *v_num*.<br>— **vxlan** *vx_num*   VXLAN interface specified by *vx_num*.<br><br>• *INFO_LEVEL*   specifies level of information detail provided by the command.<br>— <no parameter>   table of basic configuration information.<br>— **detail**   list of complete configuration information. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip pim neighbor | show ip pim neighbor | **Command Syntax**<br>`show ip pim neighbor [INT_NAME] [BFD_DATA]`<br><br>**Parameters**<br>• *INT_NAME*   Interface type and number. Values include<br>— &lt;no parameter&gt;   displays information for all interfaces.<br>— **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>— **loopback** *l_num*   Loopback interface specified by *l_num*.<br>— **management** *m_num*   Management interface specified by *m_num*.<br>— **port-channel** *p_num*   Port-Channel Interface specified by *p_num*.<br>— **vlan** *v_num*   VLAN interface specified by *v_num*.<br>— **vxlan** *vx_num*   VXLAN interface specified by *vx_num*.<br>• *BFD_DATA*   Specifies inclusion of BFD data.<br>— &lt;no parameter&gt;   BFD data is not displayed.<br>— **bfd**   BFD data is displayed. |
| show ip pim rp | show ip pim rp | **Command Syntax**<br>`show ip pim rp` |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip pim rp-hash | show ip pim rp-hash | **Command Syntax**<br>show ip pim rp-hash *ipv4_addr* [*INFO_LEVEL*]<br><br>**Parameters**<br>• *ipv4_addr*   multicast group IPv4 address.<br>• *INFO_LEVEL*   specifies level of information detail provided by the command.<br>— &lt;no parameter&gt;   RP-hash map and list of candidate RPs.<br>— **detail**   includes data about the selected RP. |
| show ip prefix-list | show ip prefix-list | **Command Syntax**<br>show ip prefix-list [*DISPLAY_ITEMS*]<br><br>**Parameters**<br>• *DISPLAY_ITEMS*   specifies the name of prefix lists for which rules are displayed. Options include:<br>— &lt;no parameter&gt;   all IPv4 prefix list rules are displayed.<br>— *list_name*   specifies the IPv4 prefix list for which rules are displayed. |
| show ip rip database | show ip rip database | **Command Syntax**<br>show ip rip database [*FILTER*]<br><br>**Parameters**<br>• *FILTER*   routing table entries that the command displays. Values include:<br>— &lt;no parameter&gt;   displays all routing table entries<br>— **active**   displays all active routing table entries.<br>— *net_addr*   subnet address (CIDR or address-mask). Command displays entries in this subnet.<br>— , |

182

**Appx63325**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip rip neighbors | show ip rip neighbors | Command Syntax<br>`show ip rip neighbors` |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip route | show ip route | **Command Syntax**<br><br>`show ip route` `[VRF_INSTANCE]` `[ADDRESS]` `[ROUTE_TYPE]` `[INFO_LEVEL]` `[PREFIX]`<br><br>**Parameters**<br><br>The *VRF_INSTANCE* and *ADDRESS* parameters are always listed first and second, respectively. All other parameters can be placed in any order.<br><br>• *VRF_INSTANCE*   specifies the VRF instance for which data is displayed.<br>— &lt;no parameter&gt;   context-active VRF.<br>— **vrf** *vrf_name*   specifies name of VRF instance. System default VRF is specified by **default.**<br><br>• *ADDRESS*   Filters routes by IPv4 address or subnet.<br>— &lt;no parameter&gt;   all routing table entries.<br>— *ipv4_addr*   routing table entries matching specified address.<br>— *ipv4_subnet*   routing table entries matching specified subnet (CIDR or address-mask).<br><br>• *ROUTE_TYPE*   Filters routes by specified protocol or origin. Options include:<br>— &lt;no parameter&gt;   all routing table entries.<br>— **aggregate**   entries for BGP aggregate routes.<br>— **bgp**   entries added through BGP protocol.<br>— **connected**   entries for routes to networks directly connected to the switch.<br>— **isis**   entries added through ISIS protocol.<br>— **kernel**   entries appearing in Linux kernel but not added by EOS software.<br>— **ospf**   entries added through OSPF protocol.<br>— **rip**   entries added through RIP protocol.<br>— **static**   entries added through CLI commands.<br><br>• *INFO_LEVEL*   Filters entries by next hop connection. Options include:<br>— &lt;no parameter&gt;   filters routes whose next hops are directly connected.<br>— **detail**   displays all routes.<br><br>• *PREFIX*   filters routes by prefix.<br>— &lt;no parameter&gt;   specific route entry that matches the ADDRESS parameter.<br>— **longer-prefixes**   all subnet route entries in range specified by ADDRESS parameter. |

184

Appx63327

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ip route summary | show ip route summary | **Command Syntax**<br>`show ip route [VRF_INSTANCE] summary`<br><br>**Parameters**<br>• *VRF_INSTANCE*   specifies the VRF instance for which data is displayed.<br>— `<no parameter>`   context-active VRF.<br>— `vrf` *vrf_name*   specifies name of VRF instance. System default VRF is specified by **default**. |
| show ip route tag | show ip route tag | **Command Syntax**<br>`show ip route [VRF_INSTANCE] ADDRESS tag`<br><br>**Parameters**<br>• *VRF_INSTANCE*   specifies the VRF instance for which data is displayed.<br>— `<no parameter>`   context-active VRF.<br>— `vrf` *vrf_name*   specifies name of VRF instance. System default VRF is specified by **default**.<br>• *ADDRESS*   displays routes of specified IPv4 address or subnet.<br>— *ipv4_addr*   routing table entries matching specified IPv4 address.<br>— *ipv4_subnet*   routing table entries matching specified IPv4 subnet (CIDR or address-mask). |

185

**Appx63328**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ipv6 access-list | show ipv6 access-list | **Command Syntax**<br>`show ipv6 access-list` [*LIST*] [*SCOPE*]<br><br>**Parameters**<br><br>• *LIST*   name of lists to be displayed. Selection options include:<br>— <no parameter>   all IPv6 ACLs are displayed.<br>— *list_name*   specified IPv6 ACL is displayed.<br><br>• *SCOPE*   information displayed. Selection options include:<br>— <no parameter>   all rules in the specified lists are displayed.<br>— **summary**   the number of rules in the specified lists are displayed. |
| show ipv6 bgp | show ipv6 bgp | **Command Syntax**<br>`show ipv6 bgp` [*FILTER*] [*VRF_INSTANCE*]<br><br>**Parameters**<br><br>• *FILTER*   routing table entries that the command displays. Values include:<br>— <no parameter>   displays all routing table entries. Tabular format.<br>— **detail**   displays all routing table entries. Data block format.<br>— *ipv6_addr*   IPv6 host address. Data block format.<br>— *ipv6_prefix*   IPv6 prefix address. (CIDR notation). Data block format.<br>— *ipv6_prefix* **detail**   IPv6 prefix address. (CIDR notation). Data block format.<br>— *ipv6_prefix* **longer-prefixes**   IPv6 prefix address. (CIDR notation). Tabular format.<br>— *ipv6_prefix* **longer-prefixes detail**   IPv6 prefix address. (CIDR notation). Data block format.<br><br>• *VRF_INSTANCE*   specifies VRF instances.<br>— <no parameter>   displays routing table for context-active VRF.<br>— **vrf** *vrf_name*   displays routing table for the specified VRF.<br>— **vrf all**   displays routing table for all VRFs.<br>— **vrf default**   displays routing table for default VRF. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ipv6 bgp community | show ipv6 bgp community | **Command Syntax**<br>show ipv6 bgp community [*COMM_1* ... *COMM_n*] [*MATCH_TYPE*] [*INFO*] [*VRF_INSTANCE*]<br><br>**Parameters**<br>• *COMM_x*  community number or name, as specified in the route map that sets the community list number.<br>  — *aa:nn*  AS and network number, separated by colon. Each value ranges from 1 to 4294967295.<br>  — *comm_num*  community number. Values range from 1 to 4294967040.<br>  — **internet**  advertises route to Internet community.<br>  — **local-as**  advertises route only to local peers.<br>  — **no-advertise**  does not advertise route to any peer.<br>  — **no-export**  advertises route only within BGP AS boundary.<br>• *MATCH_TYPE*  Routes are filtered based on their communities.<br>  — <no parameter>  routes must match at least one community in the list<br>  — **exact**  route must match all communities and include no other communities.<br>• *INFO*  Type of information the command displays. Values include:<br>  — <no parameter>  Displays table of the routing entry line items.<br>  — **detail**  Displays data block for each routing table entry.<br>• *VRF_INSTANCE*  specifies VRF instances.<br>  — <no parameter>  displays routing table for context-active VRF.<br>  — **vrf** *vrf_name*  displays routing table for the specified VRF.<br>  — **vrf all**  displays routing table for all VRFs.<br>  — **vrf default**  displays routing table for default VRF. |

187

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ipv6 bgp neighbors | show ipv6 bgp neighbors | **Command Syntax**<br><br>`show ipv6 bgp neighbor` [*NEIGHBOR_ADDR*] [*VRF_INSTANCE*]<br><br>**Parameters**<br><br>• *NEIGHBOR_ADDR*    location of the neighbors. Options include:<br><br>— &lt;no parameter&gt;    command displays information for all neighbors.<br>— *ipv6_addr*    command displays information for specified neighbor.<br><br>• *VRF_INSTANCE*    specifies VRF instances.<br><br>— &lt;no parameter&gt;    displays routing table for context-active VRF.<br>— **vrf** *vrf_name*    displays routing table for the specified VRF.<br>— **vrf all**    displays routing table for all VRFs.<br>— **vrf default**    displays routing table for default VRF. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ipv6 bgp summary | show ipv6 bgp summary | **Command Syntax**<br>`show ipv6 bgp summary [VRF_INSTANCE]`<br><br>**Parameters**<br>• *VRF_INSTANCE*   specifies VRF instances.<br>— &lt;no parameter&gt;   displays routing table for context-active VRF.<br>— **vrf** *vrf_name*   displays routing table for the specified VRF.<br>— **vrf all**   displays routing table for all VRFs.<br>— **vrf default**   displays routing table for default VRF.<br><br>**Display Values**<br>**Header Row**<br>• **BGP router identifier:** The router identifier: loopback address or highest IP address.<br>• **Local AS Number:** AS number assigned to switch<br><br>**Neighbor Table Columns**<br>• **(First) Neighbor:** Neighbor's IP address.<br>• **(Second) V:** BGP version number.<br>• **(Third) AS:** Neighbor's AS number.<br>• **(Fourth) MsgRcvd:** Messages received from the neighbor.<br>• **(Fifth) MsgSent:** Messages sent to neighbor.<br>• **(Sixth) InQ:** Messages queued from neighbor.<br>• **(Seventh) OutQ:** Messages queued to send neighbor.<br>• **(Eighth) Up/Down:** Period the BGP session has been Established, or its current status.<br>• **(Ninth) State:** State of the BGP session and the number of routes received from a neighbor.<br><br>After the maximum number of routes are received, the ninth field displays **PfxRcd**, and the connection becomes Idle. Maximum number of routes is set using the **maximum paths (BGP)** command. |

189

**Appx63332**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ipv6 interface | show ipv6 interface | **Command Syntax**<br><br>show ipv6 interface *[INTERFACE_NAME]* *[INFO_LEVEL]*<br><br>**Parameters**<br><br>• *INTERFACE_NAME*   interfaces for which command displays status.<br><br>— <no parameter>   all routed interfaces.<br>— **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>— **loopback** *l_num*   Loopback interface specified by *l_num*.<br>— **management** *m_num*   Management interface specified by *m_num*.<br>— **port-channel** *p_num*   Port-Channel Interface specified by *p_num*.<br>— **vlan** *v_num*   VLAN interface specified by *v_num*.<br>— **vxlan** *vx_num*   VXLAN interface specified by *vx_num*.<br><br>• *INFO_LEVEL*   amount of information that is displayed. Options include:<br><br>— <no parameter>   command displays data block for each specified interface.<br>— **brief**   command displays table that summarizes IPv6 interface data. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ipv6 neighbors | show ipv6 neighbors | **Command Syntax**<br>show ipv6 neighbors *[PORT]* *[SOURCE]* *[INFO_LEVEL]*<br><br>**Parameters**<br>• *PORT*    Filters by interface through which neighbor is accessed. Options include:<br>  — <no parameter>    all routed interfaces.<br>  — **ethernet** *e_num*    Ethernet interface specified by *e_num*.<br>  — **loopback** *l_num*    Loopback interface specified by *l_num*.<br>  — **management** *m_num*    Management interface specified by *m_num*.<br>  — **port-channel** *p_num*    Port-channel interface specified by *p_num*.<br>  — **vlan** *v_num*    VLAN interface specified by *v_num*.<br>  — **vxlan** *vx_num*    VXLAN interface specified by *vx_num*.<br>• *SOURCE*    Filters by neighbor IPv6 address. Options include:<br>  — <no parameter>    all IPv6 neighbors.<br>  — *ipv6_addr*    IPv6 address of individual neighbor.<br>• *INFO_LEVEL*    amount of information that is displayed. Options include:<br>  — <no parameter>    command displays the discovery cache for the specified interfaces.<br>  — **summary**    command displays summary information only. |
| show ipv6 ospf | show ipv6 ospf | **Command Syntax**<br>show ipv6 ospf |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ipv6 ospf border-routers | show ipv6 ospf border-routers | **Command Syntax**<br>`show ipv6 ospf border-routers` |
| show ipv6 ospf interface | show ipv6 ospf interface | **Command Syntax**<br>`show ipv6 ospf interface` |
| show ipv6 ospf neighbor | show ipv6 ospf neighbor | **Command Syntax**<br>`show ipv6 ospf neighbor` |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ipv6 prefix-list | show ipv6 prefix-list | **Command Syntax**<br>`show ipv6 prefix-list [DISPLAY_ITEMS]`<br><br>**Parameters**<br>• *DISPLAY_ITEMS* — specifies the name of prefix lists for which rules are displayed. Options include:<br>— \<no parameter\>  all IPv6 prefix lists are displayed.<br>— *list_name*  specifies the IPv6 prefix list for which rules are displayed. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ipv6 route | show ipv6 route | **Command Syntax**<br><br>show ipv6 route [*ADDRESS*] [*ROUTE_TYPE*] [*INFO_LEVEL*]<br><br>**Parameters**<br><br>Address, when present, is always listed first. All other parameters can be placed in any order.<br><br>• *ADDRESS*   filters routes by IPv6 address or prefix.<br><br>— &lt;no parameter&gt;   all routing table entries.<br>— *ipv6_address*   routing table entries matching specified IPv6 address.<br>— *ipv6_prefix*   routing table entries matching specified IPv6 prefix (CIDR notation).<br><br>• *ROUTE_TYPE*   filters routes by specified protocol or origin.<br><br>— &lt;no parameter&gt;   all routing table entries.<br>— **aggregate**   entries for BGP aggregate routes.<br>— **bgp**   entries added through BGP protocol.<br>— **connected**   entries for routes to networks directly connected to the switch.<br>— **kernel**   entries appearing in Linux kernel but not added by EOS software.<br>— **isis**   entries added through IS-IS protocol.<br>— **ospf**   entries added through OSPF protocol.<br>— **static**   entries added through CLI commands.<br><br>• *INFO_LEVEL*   Filters entries by next hop connection.<br><br>— &lt;no parameter&gt;   filters routes whose next hops are directly connected.<br>— **detail**   displays all routes. |
| show ipv6 route summary | show ipv6 route summary | **Command Syntax**<br><br>show ipv6 route summary |

194

Appx63337

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ipv6 route tag | show ipv6 route tag | **Command Syntax**<br><br>    `show ipv6 route` *ADDRESS* `tag`<br><br>**Parameters**<br><br>• *ADDRESS*    filters routes by IPv6 address or prefix.<br><br>  — *ipv6_address*    routing table entries matching specified address (A:B:C:D:E:F:G:H)<br>  — *ipv6_prefix*    routing table entries matching specified IPv6 prefix (A:B:C:D:E:F:G:H/PL). |

195

**Appx63338**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show isis database | show isis database | **Command Syntax**<br>show isis database *[INSTANCES]* *[INFO_LEVEL]*<br>show isis database *[INFO_LEVEL]* *VRF_INSTANCE*<br><br>**Parameters**<br>• *INSTANCES*   Options include:<br>   — \<no parameter><br>   — *instance_name*<br><br>• *INFO_LEVEL*   Options include:<br>   — \<no parameter><br>   — **detail**<br><br>• *VRF_INSTANCE*   specifies the VRF instance.<br>   — \<no parameter><br>   — **vrf** *vrf_name*<br><br>**Display Values**<br>• ISIS Instance<br>• LSPID<br>• Seq Num<br>• Cksum<br>• Life<br>• IS |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show isis interface | show isis interface | **Command Syntax**<br>show isis interface [*INSTANCES*] [*INTERFACE_NAME*] [*INFO_LEVEL*]<br>show isis interface [*INTERFACE_NAME*] [*INFO_LEVEL*] *VRF_INSTANCE*<br><br>**Parameters**<br>• *INSTANCES*   Options include:<br> — <no parameter><br> — *instance_name*<br><br>• *INTERFACE_NAME*   Values include<br> — <no parameter>   all interfaces.<br> — **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br> — **loopback** *l_num*   Loopback interface specified by *l_num*.<br> — **management** *m_num*   Management interface specified by *m_num*.<br> — **port-channel** *p_num*   Port channel interface specified by *p_num*.<br> — **vlan** *v_num*   VLAN interface specified by *v_num*.<br> — **vxlan** *vx_num*   VXLAN interface specified by *vx_num*.<br><br>• *INFO_LEVEL*   Options include:<br> — <no parameter><br> — **detail**<br><br>• *VRF_INSTANCE*   specifies the VRF instance.<br> — <no parameter><br> — **vrf** *vrf_name*<br><br>**Display Values**<br> — ISIS Instance<br> — System ID<br> — Index<br> — MTU<br> — Metric<br> — LAN-ID<br> — DIS<br> — Type<br> — Interface<br> — SNPA<br> — State<br> — Hold time |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show isis topology | show isis topology | **Command Syntax**<br>`show isis topology`<br>`show isis INSTANCES topology`<br>`show isis topology VRF_INSTANCE`<br><br>**Parameters**<br>• *INSTANCES*   Options include:<br>— <no parameter><br>— *instance_name*<br>• *VRF_INSTANCE*   specifies the VRF instance.<br>— <no parameter><br>— vrf *vrf_name*<br><br>**Display Values**<br>• System Id<br>• Metric<br>• Next-Hop<br>• Interface<br>• SNPA |

198

**Appx63341**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show lacp counters | show lacp counters | **Command Syntax**<br>`show lacp` [`PORT_LIST`] `counters` [`PORT_LEVEL`] [`INFO_LEVEL`]<br><br>*PORT_LEVEL* and *INFO_LEVEL* parameters can be placed in any order.<br><br>**Parameters**<br><br>• *PORT_LIST*  ports for which port information is displayed. Options include:<br><br>— &lt;no parameter&gt;  all configured port channels<br>— *c_range*  ports in specified channel list (number, number range, or list of numbers and ranges).<br>— **interface**  ports on all interfaces.<br>— **interface ethernet** *e_num*  port on Ethernet interface specified by *e_num*.<br>— **interface port-channel** *p_num*  port on port channel interface specified by *p_num*.<br><br>• *PORT_LEVEL*  ports displayed, in terms of aggregation status. Options include:<br><br>— &lt;no parameter&gt;  only ports bundled by LACP into an aggregate.<br>— **all-ports**  all ports, including LACP candidates that are not bundled.<br><br>• *INFO_LEVEL*  amount of information that is displayed. Options include:<br><br>— &lt;no parameter&gt;  displays packet transmission (TX and RX) statistics.<br>— **brief**  displays packet transmission (TX and RX) statistics.<br>— **detailed**  displays packet transmission (TX and RX) statistics and actor-partner statistics. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show lacp interface | show lacp interface | **Command Syntax**<br>`show lacp interface [INTERFACE_PORT] [PORT_LEVEL] [INFO_LEVEL]`<br>    *INTERFACE_PORT* is listed first when present. Other parameters can be listed in any order.<br><br>**Parameters**<br>• *INTERFACE_PORT*   interfaces for which information is displayed. Options include:<br>    — <no parameter>   all interfaces in channel groups.<br>    — **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>    — **port-channel** *p_num*   port channel interface specified by *p_num*.<br>• *PORT_LEVEL*   ports displayed, in terms of aggregation status. Options include:<br>    — <no parameter>   command lists data for ports bundled by LACP into the aggregate.<br>    — **all-ports**   command lists data for all ports, including LACP candidates that are not bundled.<br>• *INFO_LEVEL*   amount of information that is displayed. Options include:<br>    — <no parameter>   displays same information as **brief** option.<br>    — **brief**   displays LACP configuration data, including sys-id, actor, priorities, and keys.<br>    — **detailed**   includes **brief** option information plus state machine data. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show lacp neighbor | show lacp neighbor | **Command Syntax**<br>**show lacp** [*PORT_LIST*] **neighbor** [*PORT_LEVEL*] [*INFO_LEVEL*]<br>*PORT_LEVEL* and *INFO_LEVEL* parameters can be placed in any order.<br><br>**Parameters**<br>• *PORT_LIST*  interface for which port information is displayed. Options include:<br>— <no parameter>  displays information for all configured port channels<br>— *c_range*  ports in specified channel list (number, number range, or list of numbers and ranges).<br>— **interface**  ports on all interfaces.<br>— **interface ethernet** *e_num*  Ethernet interface specified by *e_num*.<br>— **interface port-channel** *p_num*  port channel interface specified by *p_num*.<br><br>• *PORT_LEVEL*  ports displayed, in terms of aggregation status. Options include:<br>— <no parameter>  command lists data for ports bundled by LACP into an aggregate.<br>— **all-ports**  command lists data for all ports, including LACP candidates that are not bundled.<br><br>• *INFO_LEVEL*  amount of information that is displayed. Options include:<br>— <no parameter>  displays same information as **brief** option.<br>— **brief**  displays LACP configuration data, including sys-id, actor, priorities, and keys.<br>— **detailed**  includes **brief** option information plus state machine data. |

201

**Appx63344**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show link state group | show link state group | **Command Syntax**<br>show link state group [*DATA_LEVEL*] [*GROUPS*]<br><br>**Parameters**<br>• *DATA_LEVEL*    device for which the command provides data. Options include:<br>  — &lt;no parameter&gt;    information about all groups in group list.<br>  — **detail**    detailed information about all groups in group list.<br>• *GROUPS*<br>  — &lt;no parameter&gt;    all link-state groups.<br>  — *group_name*    link-state group name. |
| show lldp | show lldp | **Command Syntax**<br>show lldp [*INTERFACE*]<br><br>**Parameters**<br>• *INTERFACE*    Interface type and numbers. Options include:<br>  — &lt;no parameter&gt;    Display information for all interfaces.<br>  — **ethernet** *e_range*    Ethernet interface range specified by *e_range*.<br>  — **management** *m_range*    Management interface range specified by *m_range*.<br>Valid *e_range* and *m_range* formats include number, number range, or comma-delimited list of numbers and ranges. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show lldp neighbors | show lldp neighbors | **Command Syntax**<br>show lldp neighbors [*INTERFACE*] [*INFO_LEVEL*]<br><br>**Parameters**<br>• *INTERFACE*  Interface type and numbers. Options include:<br>— &lt;no parameter&gt;  displays information for all interfaces.<br>— **ethernet** *e_range*  Ethernet interface range specified by *e_range*.<br>— **management** *m_range*  Management interface range specified by *m_range*.<br>Valid *e_range* and *m_range* formats include number, number range, or comma-delimited list of numbers and ranges.<br><br>• *INFO_LEVEL*  amount of information that is displayed. Options include:<br>— &lt;no parameter&gt;  Displays information for all interfaces.<br>— **detailed**  LLDP information for all the adjacent LLDP devices. |
| show lldp traffic | show lldp traffic | **Command Syntax**<br>show lldp traffic [*INTERFACE*]<br><br>**Parameters**<br>• *INTERFACE*  Interface type and numbers. Options include:<br>— &lt;no parameter&gt;  Display information for all interfaces.<br>— **ethernet** *e_range*  Ethernet interface range specified by *e_range*.<br>— **management** *m_range*  Management interface range specified by *m_range*.<br>Valid *e_range* and *m_range* formats include number, number range, or comma-delimited list of numbers and ranges. |

203

**Appx63346**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show mac access-list | show mac access-list | **Command Syntax**<br>show mac access-lists [*LIST*] [*SCOPE*]<br><br>**Parameters**<br>• *LIST*  name of lists to be displayed. Selection options include:<br>— <no parameter>  command displays all ACLs.<br>— *list_name*  command displays ACL specified by parameter.<br>• *SCOPE*  information displayed. Selection options include:<br>— <no parameter>  command displays all rules in specified lists.<br>— **summary**  command displays the number of rules in specified lists. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show mac address-table | show mac address-table | **Command Syntax**<br>show mac address-table [*ENTRY_TYPE*] [*MAC_ADDR*] [*INTF_1* ... *INTF_N*] [*VLANS*]<br><br>**Parameters**<br><br>• *ENTRY_TYPE*  command filters display by entry type. Entry types include mlag-peer, dynamic, static, unicast, multicast entries, and configured.<br>  — &lt;no parameter&gt;  all table entries.<br>  — **configured** static entries; includes unconfigured VLAN entries.<br>  — **dynamic** entries learned by the switch.<br>  — **static** entries entered by CLI commands and include a configured VLAN.<br>  — **unicast** entries with unicast MAC address.<br><br>• *MAC_ADDR*  command uses MAC address to filter displayed entries.<br>  — &lt;no parameter&gt;  all MAC addresses table entries.<br>  — **address** *mac_address*  displays entries with specified address (dotted hex notation – H.H.H).<br><br>• *INTF_X*  command filters display by port list. When parameter lists multiple interfaces, command displays all entries containing at least one listed interface.<br>  — &lt;no parameter&gt;  all Ethernet and port channel interfaces.<br>  — **ethernet** *e_range*  Ethernet interfaces specified by *e_range*.<br>  — **port-channel** *p_range*  Port channel interfaces specified by *p_range*.<br><br>• *VLANS*  command filters display by VLAN.<br>  — &lt;no parameter&gt;  all VLANs.<br>  — **vlan** *v_num*  VLANs specified by *v_num*. |

205

**Appx63348**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show mac address-table aging time | show mac address-table aging time | **Command Syntax**<br>`show mac address-table aging-time` |
| show mac address-table count | show mac address-table count | **Command Syntax**<br>`show mac address-table count [VLANS]`<br><br>**Parameters**<br>• *VLANS*    The VLANs for which the command displays the entry count.<br>— &lt;no parameter&gt;    all configured VLANs.<br>— **vlan** *v_num*    VLAN interface specified by *v_num*. |
| show module | show module | **Command Syntax**<br>`show module [MODULE_NAME]`<br><br>**Parameters**<br>• *MODULE_NAME*    Specifies modules for which data is displayed. Options include:<br>— &lt;no parameter&gt;    All modules (identical to **all** option).<br>— **fabric** *fab_num*    Specified fabric module. Number range varies with switch model.<br>— **linecard** *line_num*    Linecard module. Number range varies with switch model.<br>— **supervisor** *super_num*    Supervisor module. Number range varies with switch model.<br>— *mod_num*    Supervisor (1 to 2) or linecard (3 to 18) module.<br>— **all**    All modules. |

Appx63349

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show monitor session | show monitor session | **Command Syntax**<br>show monitor session *SESSION_NAME*<br><br>**Parameters**<br>• *SESSION_NAME*    Port mirroring session identifier. Options include:<br>— \<no parameter\>    displays configuration for all sessions.<br>— *label*    command displays configuration of the specified session. |
| show ntp associations | show ntp associations | **Command Syntax**<br>show ntp associations |
| show ntp status | show ntp status | |
| show policy-map control-plane | show policy-map type control-plane | **Command Syntax**<br>show policy-map type control-plane copp-system-policy [*CMAP_NAME*]<br><br>**Parameters**<br>• *CMAP_NAME*    Name of class map displayed by the command.<br>— \<no parameter\>    Command displays all class maps in specified policy map.<br>— *class_name*    Command displays specified class map. |

207

**Appx63350**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show policy-map interface | show policy-map interface type qos | **Command Syntax**<br>`show policy-map interface INTERFACE_NAME [type qos] [TRAFFIC]`<br><br>**Parameters**<br>• *INTERFACE_NAME*  Filters policy map list by interfaces. Options include:<br>— **ethernet** *e_range*  Ethernet ports for which command displays policy maps.<br>— **port-channel** *p_range*  Port channels for which command displays policy maps.<br>• *TRAFFIC*  Filters policy maps by the traffic they manage. Options include:<br>— \<no parameter\>  Policy maps that manage interface's ingress traffic (same as **input** option).<br>— **input**  Policy maps that manage interface's ingress traffic. |
| show policy-map interface control-plane | show policy-map interface control-plane | **Command Syntax**<br>`show policy-map interface control-plane copp-system-policy` |
| show port-channel summary | show port-channel summary | **Command Syntax**<br>`show port-channel summary` |

Appx63351

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show port-channel traffic | show port-channel traffic | **Command Syntax**<br>`show port-channel` [*MEMBERS*] `traffic`<br><br>**Parameters**<br>• *MEMBERS*    list of port channels for which information is displayed. Options include:<br>— &lt;no parameter&gt;    all configured port channels.<br>— *c_range*    ports in specified channel list (number, number range, or list of numbers and ranges). |
| show port-security | show port-security | **Command Syntax**<br>`show port-security` |
| show port-security address | show port-security address | **Command Syntax**<br>`show port-security address` |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show port-security interface | show port-security interface | **Command Syntax**<br>`show port-security interface` [*INT_NAME*]<br><br>**Parameters**<br>• *INT_NAME*  Interface type and numbers. Options include:<br><br>— &lt;no parameter&gt;  Display information for all interfaces.<br>— **ethernet** *e_range*  Ethernet interface range specified by *e_range*.<br>— **loopback** *l_range*  Loopback interface specified by *l_range*.<br>— **management** *m_range*  Management interface range specified by *m_range*.<br>— **port-channel** *p_range*  Port-Channel Interface range specified by *p_range*.<br>— **vlan** *v_range*  VLAN interface range specified by *v_range*.<br>— **vxlan** *vx_range*  VXLAN interface range specified by *vx_range*.<br><br>Valid *range* formats include number, number range, or comma-delimited list of numbers and ranges. |
| show privilege | show privilege | **Command Syntax**<br>`show privilege` |
| show ptp clock | show ptp clock | **Command Syntax**<br>`show ptp clock` |

210

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show ptp parent | show ptp parent | **Command Syntax**<br>`show ptp parent` |
| show ptp time-property | show ptp time-property | **Command Syntax**<br>`show ptp time-property` |
| show radius | show radius | **Command Syntax**<br>`show radius` |
| show redundancy states | show redundancy states | **Command Syntax**<br>`show redundancy states` |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show reload | show reload | **Command Syntax**<br>`show reload` |
| show role | show role | **Command Syntax**<br>`show role [ROLE_LIST]`<br><br>**Parameters**<br>• *ROLE_LIST*   Roles that the command displays. Options include:<br>— <no parameter>   Command displays all roles.<br>— *role_name*   Name of role displayed by command. |
| show route-map | show route-map | **Command Syntax**<br>`show route-map [MAP]`<br><br>**Parameters**<br>• *MAP*   name of maps to be displayed. Selection options include:<br>— <no parameter>   command displays all ACLs.<br>— *map_name*   route map that the command displays. |

212

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show snmp | show snmp | **Command Syntax**<br>`show snmp` |
| show snmp chassis | show snmp chassis | **Command Syntax**<br>`show snmp chassis` |
| show snmp community | show snmp community | **Command Syntax**<br>`show snmp community` |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show snmp contact | show snmp contact | **Command Syntax**<br>`show snmp contact` |
| show snmp engineID | show snmp engineID | **Command Syntax**<br>`show snmp engineID` |
| show snmp group | show snmp group | **Command Syntax**<br>`show snmp group [GROUP_LIST]`<br><br>**Parameters**<br>• *GROUP_LIST*   the name of the group.<br>— <no parameter>   displays information about all groups.<br>— *group_name*   the name of the group.<br><br>**Field Descriptions**<br>• **groupname**   name of the SNMP group.<br>• **security model**   security model used by the group: *v1, v2c,* or *v3.*<br>• **readview**   string identifying the group's read view. Refer to **show snmp view**.<br>• **writeview**   string identifying the group's write view.<br>• **notifyview**   string identifying the group's notify view. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show snmp host | show snmp host | **Command Syntax**<br>`show snmp host`<br><br>**Field Descriptions**<br>• **Notification host**   IP address of the host.<br>• **udp-port**   port number.<br>• **type**   notification type.<br>• **user**   access type of the user.<br>• **security model**   SNMP version used.<br>• **traps**   details of the notification. |
| show snmp location | show snmp location | **Command Syntax**<br>`show snmp location` |
| show snmp mib | show snmp mib | **Command Syntax**<br>`show snmp mib` *OBJECTS*<br><br>**Parameters**<br>• *OBJECTS*   object identifiers for which the command returns data. Options include:<br>  — **get** *oid_1* [*oid_2 ... oid_x*]   values associated with each listed OID.<br>  — **get-next** *oid_1* [*oid_2 ... oid_x*]   values associated with subsequent OIDs relative to listed OIDs.<br>  — **table** *oid*   table associated with specified OID.<br>  — **translate** *oid*   object name associated with specified OID.<br>  — **walk** *oid*   objects below the specified subtree. |

215

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show snmp source-interface | show snmp source-interface | **Command Syntax**<br>`show snmp source-interface` |
| show snmp trap | show snmp trap | **Command Syntax**<br>`show snmp trap` |
| show snmp user | show snmp user | **Command Syntax**<br>`show snmp user [USER_LIST]`<br><br>**Parameters**<br>• *USER_LIST*  the name of the group.<br>  — <no parameter>  displays information about all users.<br>  — *user_name*  specifies name of displayed user. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show snmp view | show snmp view | **Command Syntax**<br>`show snmp view [VIEW_LIST]`<br><br>**Parameters**<br>• *VIEW_LIST*  the name of the view.<br>  — <no parameter>  displays information about all views.<br>  — *view_name*  the name of the view.<br><br>**Field Descriptions**<br>• *First column*  view name.<br>• *Second column*  name of the MIB object or family.<br>• *Third column*  inclusion level of the specified family within the view. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show spanning-tree | show spanning-tree | **Command Syntax**<br><br>`show spanning-tree [VLAN_ID] [INFO_LEVEL]`<br><br>**Parameters**<br><br>• **VLAN_ID**   specifies the VLANs for which the command displays information. Formats include:<br><br>— `<no parameter>`   displays information for all VLANs.<br>— **vlan**   displays data for instances containing the first VLAN listed in *running-config*.<br>— **vlan_***range*   displays data for instances containing a VLAN in the specified range.<br><br>• **INFO_LEVEL**   specifies level of information detail provided by the command.<br><br>— `<no parameter>`   displays table for each instance listing status, configuration, and history.<br>— **detail**   displays data blocks for each instance and all ports on each instance.<br><br>**Display Values**<br><br>• **Root ID**   Displays information on the ROOT ID (elected spanning tree root bridge ID):<br><br>— *Priority:* Priority of the bridge. Default value is 32768.<br>— *Address:* MAC address of the bridge.<br><br>• **Bridge ID**   bridge status and configuration information for the locally configured bridge:<br><br>— *Priority*   Priority of the bridge. The default priority is 32768.<br>— *Address*   MAC address of the bridge.<br>— *Hello Time*   Interval (seconds) between bridge protocol data units (BPDUs) transmissions.<br>— *Max Age*   Maximum time that a BPDU is saved.<br>— *Forward Delay*   Time (in seconds) that is spent in the learning state.<br><br>• **Interface**   STP configuration participants. Link-down interfaces are not shown.<br><br>• **Role**   Role of the port as one of the following:<br><br>— *Root*   The best port for a bridge to a root bridge used for forwarding.<br>— *Designated*   A forwarding port for a LAN segment.<br>— *Alternate*   A port acting as an alternate path to the root bridge.<br>— *Backup*   A port acting as a redundant path to another bridge port.<br><br>• **State**   Displays the interface STP state as one of the following:<br><br>— *Learning*<br>— *Discarding*<br>— *Forwarding*<br><br>• **Cost**   STP port path cost value.<br><br>• **Prio. Nbr.**   STP port priority. Values range from 0 to 240. Default is 128.<br><br>• **Type**   The link type of the interface (automatically derived from the duplex mode of an interface):<br><br>— *P2p Peer (STP)*   Point to point full duplex port running standard STP.<br>— *shr Peer (STP)*   Shared half duplex port running standard STP. |

218

**Appx63361**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show spanning-tree blockedports | show spanning-tree blockedports | **Command Syntax**<br>`show spanning-tree blockedports` |
| show spanning-tree bridge | show spanning-tree bridge | **Command Syntax**<br>`show spanning-tree bridge [INFO_LEVEL]`<br><br>**Parameters**<br>• *INFO_LEVEL*   specifies level of information detail provided by the command.<br><br>— <no parameter>   command displays information in a data table.<br>— **detail**   command displays bridge information in data blocks for each instance. |

219

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show spanning-tree interface | show spanning-tree interface | **Command Syntax**<br>show spanning-tree interface *INT_NAME* [*INFO_LEVEL*]<br><br>**Parameters**<br>• *INT_NAME*  Interface type and number. Values include:<br>— **ethernet** *e_num*  Ethernet interface specified by *e_num*.<br>— **peerethernet** *e_num*  Ethernet interface specified by *e_num*.<br>— **port-channel** *p_num*  Port-Channel Interface specified by *p_num*.<br>— **peerport-channel** *p_num*  Port-Channel Interface specified by *p_num*.<br>• *INFO_LEVEL*  specifies level of detail provided by the output. Options include:<br>— <no parameter>  command displays a table of STP data for the specified interface.<br>— **detail**  command displays a data block for the specified interface. |
| show spanning-tree mst | show spanning-tree mst | **Command Syntax**<br>show spanning-tree mst [*INSTANCE*] [*INFO_LEVEL*]<br><br>**Parameters**<br>• *INSTANCE* – MST instance for which the command displays information. Options include:<br>— <no parameter>  all MST instances.<br>— *mst_inst*  MST instance number. Value of *mst_inst* ranges from 0 to 4094.<br>• *INFO_LEVEL* – type and amount of information in the output. Options include:<br>— <no parameter>  output is interface data in tabular format.<br>— **detail**  output is a data block for each interface. |

220

Appx63363

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show spanning-tree mst configuration | show spanning-tree mst configuration | **Command Syntax**<br>`show spanning-tree mst configuration [INFO_LEVEL]`<br>**Parameters**<br>• *INFO_LEVEL*  specifies data provided by the output. Options include:<br>— <no parameter>  command displays VLAN-to-instance map.<br>— **digest**  command displays the MST configuration digest. |
| show spanning-tree mst interface | show spanning-tree mst interface | **Command Syntax**<br>`show spanning-tree mst [INSTANCE] interface INT_NAME [INFO_LEVEL]`<br>**Parameters**<br>• *INSTANCE*  MST instance for which the command displays information. Options include:<br>— <no parameter>  all MST instances.<br>— *mst_inst*  denotes a single MST instance. Value of *mst_inst* ranges from 0 to 4094.<br>• *INT_NAME*  Interface type and number. Values include:<br>— **ethernet** *e_num*  Ethernet interface specified by *e_num*.<br>— **peerethernet** *e_num*  Ethernet interface specified by *e_num*.<br>— **port-channel** *p_num*  Port-channel interface specified by *p_num*.<br>— **peerport-channel** *p_num*  Port-channel interface specified by *p_num*.<br>• *INFO_LEVEL*  specifies level of detail provided by the output. Options include:<br>— <no parameter>  command displays a table of STP instance data for the specified interface<br>— **detail**  command displays a data block for all specified instance-interface combinations. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show spanning-tree root | show spanning-tree root | **Command Syntax**<br>`show spanning-tree root [INFO_LEVEL]`<br><br>**Parameters**<br>• *INFO_LEVEL*   specifies output format. Options include:<br>  — <no parameter>   output displays data in tabular format.<br>  — **detail**   output displays a data block for each instance. |
| show storm-control | show storm-control | **Command Syntax**<br>`show storm-control [INT_NAME]`<br><br>**Parameters**<br>• <no parameter>   Command returns data for all interfaces configured for storm control.<br>• *INT_NAME*   interface type and port range. Settings include:<br>  — **ethernet** *e_range*   Ethernet interfaces that *e_range* denotes.<br>  — **port-channel** *p_range*   Port channel interfaces that *p_range* denotes.<br>When storm control commands exist for a port-channel and an Ethernet port that is a member of the port channel, the command for the port-channel takes precedence.<br>Valid *range* formats include number, number range, or comma-delimited list of numbers and ranges. |
| show tacacs | show tacacs | **Command Syntax**<br>`show tacacs` |

222

Appx63365

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show track | show track | **Command Syntax**<br>`show track [OBJECT] [INFO_LEVEL]`<br><br>**Parameters**<br>• *OBJECT*   tracked object for which information is displayed. Options include:<br>  — <no parameter>   displays information for all tracked objects configured on the switch.<br>  — *object_name*   displays information for the specified object.<br>• *INFO_LEVEL*   amount of information that is displayed. Options include:<br>  — <no parameter>   displays complete information including object status, number of status changes, time since last change, and client process tracking the object (if any).<br>  — **brief**   displays brief list of all tracked objects and their current status. |
| show user-account | show user-account | **Command Syntax**<br>`show user-account` |
| show users | show users | **Command Syntax**<br>`show users` |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show version | show version | **Command Syntax**<br>`show version [INFO_LEVEL]`<br><br>**Parameters**<br>• *INFO_LEVEL*    Specifies information the command displays. Options include<br>— `<no parameter>`    Model and serial numbers, manufacturing data, uptime, and memory.<br>— **detail**    Data listed *<no parameter>* option plus version numbers of internal components. |
| show vlan | show vlan | **Command Syntax**<br>`show vlan [VLAN_LIST] [PORT_ACTIVITY]`<br><br>**Parameters**<br>• *VLAN_LIST*    List of VLANs displayed by command. Options include:<br><br>— `<no parameter>`    all VLANs.<br>— *v_range*    VLANs specified by *v_range*.<br>— **id** *v_range*    VLANs specified by *v_range*.<br>— **name** *v_name*    VLANs specified by the VLAN name *v_name*.<br><br>*v_range* formats include number, number range, or comma-delimited list of numbers and ranges.<br><br>• *PORT_ACTIVITY*    Ports listed in table. Options include:<br><br>— `<no parameter>`    table displays only active ports (same as **active-configuration** option).<br>— **active-configuration**    table displays only active ports.<br>— **configured-ports**    table displays all configured ports.<br><br>**Display Values**<br>• **VLAN**    The VLAN ID.<br>• **Name**    The name of the VLAN.<br>• **Status**    The status of the VLAN.<br>• **Ports**    The ports that are members of the VLAN. |

Appx63367

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show vlan private-vlan | show vlan private-vlan | **Command Syntax**<br>`show vlan private-vlan` |
| show vlan summary | show vlan summary | **Command Syntax**<br>`show vlan summary` |
| show vrf | show vrf | **Command Syntax**<br>`show vrf [VRF_INSTANCE]`<br>**Parameters**<br>• *VRF_INSTANCE*  specifies the VRF instance to display.<br>  — `<no parameter>`  information is displayed for all VRFs.<br>  — `vrf vrf_name`  information is displayed for the specified user-defined VRF. |

225

**Appx63368**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| show vrrp | show vrrp | **Command Syntax**<br><br>`show vrrp [INFO_LEVEL] [STATES]`<br>`show vrrp INTF [GROUP_NUM] [INFO_LEVEL] [STATES]`<br>`show vrrp GROUP_NUM INTF_GROUP [INFO_LEVEL] [STATES]`<br><br>**Parameters**<br><br>• *INTF*  specifies the VRRP groups for which the command displays status. When the parameter is omitted or specifies only an interface, the group list is filtered by the *STATES* parameter.<br><br>— &lt;no parameter&gt;  specified groups on all interfaces.<br>— **interface ethernet** *e_num*  specified groups on Ethernet interface.<br>— **interface loopback** *l_num*  specified groups on loopback interface.<br>— **interface management** *m_num*  specified groups on management interface.<br>— **interface port-channel** *p_num*  specified groups on port channel interface.<br>— **interface vlan** *v_num*  specified groups on VLAN interface.<br>— **interface vxlan** *vx_num*  specified groups on VXLAN interface.<br><br>• *GROUP_NUM*  the VRRP ID number of the group for which the command displays status.<br><br>— &lt;no parameter&gt;  all groups on specified interface.<br>— *vrid_num*  virtual router identifier (VRID). Value ranges from 1 to 255.<br><br>• *INFO_LEVEL*  Specifies format and amount of displayed information. Options include:<br><br>— &lt;no parameter&gt;  displays a block of data for each VRRP group.<br>— **brief**  displays a single table that lists information for all VRRP groups.<br><br>• *STATES*  Specifies the groups, by VRRP router state, that are displayed. Options include:<br><br>— &lt;no parameter&gt;  displays data for groups in the *master* or *backup* states.<br>— **all**  displays all groups, including groups in the *stopped* and *interface down* states. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| snmp trap link-status | snmp trap link-status | **Command Syntax**<br>`snmp trap link-status`<br>`no snmp trap link-status`<br>`default snmp trap link-status` |
| snmp-server chassis-id | snmp-server chassis-id | **Command Syntax**<br>`snmp-server chassis-id id_text`<br>`no snmp-server chassis-id`<br>`default snmp-server chassis-id`<br><br>**Parameters**<br>• `id_text`    chassis ID string |

227

**Appx63370**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| snmp-server community | snmp-server community | **Command Syntax**<br>`snmp-server community` string_text `[MIB_VIEW] [ACCESS] [ACL_NAMES]`<br>`no snmp-server community` string_text<br>`default snmp-server community` string_text<br><br>**Parameters**<br>• string_text    community access string.<br>• *MIB_VIEW*    community access availability. Options include:<br>— `<no parameter>`   community string allows access to all objects.<br>— **view** view_name   community string allows access only to objects in the view_name view.<br>• *ACCESS*    community access availability. Options include:<br>— `<no parameter>`   read-only access (default setting).<br>— **ro**   read-only access.<br>— **rw**   read-write access.<br>• *ACL_NAMES*    community access availability. Options include:<br>— `<no parameter>`   community string allows access to all objects.<br>— list_v4   IPv4 ACL list.<br>— **ipv6** list_v6   IPv6 ACL list.<br>— **ipv6** list_v6 list_v4   IPv4 and IPv6 ACL list. |
| snmp-server contact | snmp-server contact | **Command Syntax**<br>`snmp-server contact` contact_string<br>`no snmp-server contact`<br>`default snmp-server contact`<br><br>**Parameters**<br>• contact_string    system contact string. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| snmp-server enable traps | snmp-server enable traps | **Command Syntax**<br>**snmp-server enable traps** [trap_type]<br>no **snmp-server enable traps** [trap_type]<br>default snmp-server enable traps [trap_type]<br><br>**Parameters**<br>• *trap_type*  controls the generation of informs or traps for the specified MIB:<br>— &lt;no parameter&gt;  controls notifications for MIBs not covered by specific commands.<br>— **entity**  controls entity-MIB modification notifications.<br>— **lldp**  controls LLDP notifications.<br>— **msdpBackwardTransition**  controls msdpBackwardTransition notifications.<br>— **msdpEstablished**  controls msdpEstablished notifications.<br>— **snmp**  controls SNMP-v2 notifications.<br>— **switchover**  controls switchover notifications.<br>— **snmpConfigManEvent**  controls snmpConfigManEvent notifications.<br>— **test**  controls test traps. |
| snmp-server engineID local | snmp-server engineID local | |

Appx63372

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| snmp-server engineID remote | snmp-server engineID remote | |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| snmp-server group | snmp-server group | **Command Syntax**<br><br>`snmp-server group` *group_name* `VERSION` [*CNTX*] [*READ*] [*WRITE*] [*NOTIFY*]<br>`no snmp-server group` *group_name* `VERSION`<br>`default snmp-server group` *group_name* `VERSION`<br><br>**Parameters**<br><br>• *group_name*  the name of the group.<br>• *VERSION*  the security model utilized by the group.<br>— **v1**  SNMPv1. Uses a community string match for authentication.<br>— **v2c**  SNMPv2c. Uses a community string match for authentication.<br>— **v3 no auth**  SNMPv3. Uses a username match for authentication.<br>— **v3 auth**  SNMPv3. HMAC-MD5 or HMAC-SHA authentication.<br>— **v3 priv**  SNMPv3. HMAC-MD5 or HMAC-SHA authentication. AES or DES encryption.<br>• *CNTX*  associates the SNMP group to an SNMP context.<br>— \<no parameter\>  command does not associate group with an SNMP context.<br>— **context** *context_name*  associates group with context specified by *context_name*.<br>• *READ*  specifies read view for SNMP group.<br>— \<no parameter\>  command does not specify read view.<br>— **read** *read_name*  read view specified by *read_name* (string – maximum 64 characters).<br>• *WRITE*  specifies write view for SNMP group.<br>— \<no parameter\>  command does not specify write view.<br>— **write** *write_name*  write view specified by *write_name* (string – maximum 64 characters).<br>• *NOTIFY*  specifies notify view for SNMP group.<br>— \<no parameter\>  command does not specify notify view.<br>— **notify** *notify_name*  notify view specified by *notify_name* (string – maximum 64 characters). |

231

**Appx63374**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| snmp-server host | snmp-server host | **Command Syntax**<br>**snmp-server host** *host_id* [**VRF_INST**] [**MESSAGE**] [**VERSION**] *comm_str* [**PORT**]<br>**no snmp-server host** *host_id* [**VRF_INST**] [**MESSAGE**] [**VERSION**] *comm_str* [**PORT**]<br>**default snmp-server host** *host_id* [**VRF_INST**] [**MESSAGE**] [**VERSION**] *comm_str* [**PORT**]<br><br>**Parameters**<br>• *host_id*   hostname or IP address of the targeted recipient.<br>• *VRF_INST*   specifies the VRF instance being modified.<br>  — <no parameter>   changes are made to the default VRF.<br>  — **vrf** *vrf_name*   changes are made to the specified user-defined VRF.<br>• *MESSAGE*   message type that is sent to the host.<br>  — <no parameter>   sends SNMP traps to host (default).<br>  — **informs**   sends SNMP informs to host.<br>  — **traps**   sends SNMP traps to host.<br>• *VERSION*   SNMP version. Options include:<br>  — <no parameter>   SNMPv2c (default).<br>  — **version 1**   SNMPv1; option not available with informs.<br>  — **version 2c**   SNMPv2c.<br>  — **version 3 noauth**   SNMPv3; enables user-name match authentication.<br>  — **version 3 auth**   SNMPv3; enables MD5 and SHA packet authentication.<br>  — **version 3 priv**   SNMPv3. HMAC-MD5 or HMAC-SHA authentication. AES or DES encryption.<br>• *comm_str*   community string to be sent with the notification as a password.<br>  Arista recommends setting this string separately before issuing the **snmp-server host** command. To set the community string separately, use the **snmp-server community** command.<br>• *PORT*   port number of the host.<br>  — <no parameter>   socket number set to 162 (default)<br>  — **udp-port** *p-name*   socket number specified by *p-name* |

232

Appx63375

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| snmp-server location | snmp-server location | **Command Syntax**<br><br>snmp-server location *node_locate*<br>no snmp-server location<br>default snmp-server location<br><br>**Parameters**<br><br>• *node_locate*   system location information (string). |
| snmp-server source-interface | snmp-server source-interface | **Command Syntax**<br><br>snmp-server source-interface *INTERFACE*<br>no snmp-server source-interface<br>default snmp-server source-interface<br><br>**Parameters**<br><br>• *INTERFACE*   Interface type and number. Values include:<br><br>— **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>— **loopback** *l_num*   Loopback interface specified by *l_num*.<br>— **management** *m_num*   Management interface specified by *m_num*.<br>— **port-channel** *p_num*   Port-Channel Interface specified by *p_num*.<br>— **vlan** *v_num*   VLAN interface specified by *v_num*. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| snmp-server user | snmp-server user | **Command Syntax**<br><br>**snmp-server user** *user_name* **group** *group_name* [**AGENT**] **VERSION** [**ENGINE**] [**SECURITY**]<br>**no snmp-server user** *user_name* **group** *group_name* [**AGENT**] **VERSION**<br>**default snmp-server user** *user_name* **group** *group_name* [**AGENT**] **VERSION**<br><br>**Parameters**<br><br>• *user_name*    name of user.<br><br>• *group_name*    name of group to which user is being added.<br><br>• *AGENT*    Options include:<br>  —  <no parameter>    local SNMP agent.<br>  —  **remote** *addr* [**udp-port** *p_num*]    remote SNMP agent location.<br><br>   *addr* denotes the IP address; *p_num* denotes the the udp port socket. (default port is 162).<br><br>• *VERSION*    SNMP version; options include:<br>  —  **v1**    SNMPv1.<br>  —  **v2c**    SNMPv2c.<br>  —  **v3**    SNMPv3.<br><br>• *ENGINE*    engine ID used to localize passwords. Available only if *VERSION* is **v3**.<br>  —  <no parameter>    Passwords localized by SNMP copy specified by *agent*.<br>  —  **localized** *engineID*    octet string of engineID.<br><br>• *SECURITY*    Specifies authentication and encryption levels. Available only if *VERSION* is **v3**. Encryption is avalable only when authentication is configured.<br>  —  <no parameter>    no authentication or encryption.<br>  —  **auth** *a_meth a_pass* [**priv** *e_meth e_pass*]    authentication parameters.<br><br>   *a-meth*    authentication method: options are **md5** (HMAC-MD5-96) and **sha** (HMAC-SHA-96).<br>   *a-pass*    authentication string for users receiving packets.<br>   *e-meth*    encryption method: Options are **aes** (AES-128) and **des** (CBC-DES).<br>   *e-pass*    encryption string for the users sending packets. |

234

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| snmp-server view | snmp-server view | **Command Syntax**<br>snmp-server view *view_name family_name INCLUSION*<br>no snmp-server view *view_name* [*family_name*]<br>snmp-server view *view_name* [*family_name*]<br><br>**Parameters**<br>• *view_name*  Label for the view record that the command updates. Other commands reference the view with this label.<br><br>• *family_name*  name of the MIB object or family.<br><br>MIB objects and MIB subtrees can be identified by name or by the numbers representing the position of the object or subtree in the MIB hierarchy.<br><br>• *INCLUSION*  inclusion level of the specified family within the view. Options include:<br>— **include**  view includes the specified subtree.<br>— **exclude**  view excludes the specified subtree. |
| spanning-tree bpdufilter | spanning-tree bpdufilter | **Command Syntax**<br>spanning-tree bpdufilter *FILTER_STATUS*<br>no spanning-tree bpdufilter<br>default spanning-tree bpdufilter<br><br>**Parameters**<br>• *FILTER_STATUS*  BPDU filtering status. Options include:<br>— **enabled**  BPDU filter is enabled on the interface.<br>— **disabled**  BPDU filter is disabled on the interface. |

235

**Appx63378**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| spanning-tree bpduguard | spanning-tree bpduguard | **Command Syntax**<br>spanning-tree bpduguard *GUARD_ACTION*<br>no spanning-tree bpduguard<br>default spanning-tree bpduguard<br><br>**Parameters**<br>• *GUARD_ACTION*   BPDU guard setting. Options include:<br>— disable      Disable bpduguard<br>— enable       Enable bpduguard<br>— rate-limit   BPDU Input Rate Limiter options |
| spanning-tree bridge assurance | spanning-tree bridge assurance | **Command Syntax**<br>spanning-tree bridge assurance<br>no spanning-tree bridge assurance<br>default spanning-tree bridge assurance |

236

**Appx63379**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| spanning-tree cost | spanning-tree cost | **Command Syntax**<br>`spanning-tree MODE cost value`<br>`no spanning-tree MODE cost`<br>`default spanning-tree MODE cost`<br><br>**Parameters**<br>• *MODE*   specifies the spanning tree instances for which the cost is configured. Values include:<br>— &lt;no parameter&gt;   RST instance, MST instance 0, or all Rapid-PVST instances permitted on the interface.<br>— **mst** *m_range*   specified MST instances. *m_range* formats include a number, number range, or comma-delimited list of numbers and ranges. Instance numbers range from 0 to 4094.<br>— **vlan** *v_range*   specified Rapid-PVST instances. *v_range* formats include a number, number range, or comma-delimited list of numbers and ranges. VLAN numbers range from 1 to 4094.<br>• *value*   path cost assigned to interface. Values range from 1 to 200000000 (200 million). Default values are 20000 (1 G interfaces) or 2000 (10 G interfaces). |
| spanning-tree guard | spanning-tree guard | **Command Syntax**<br>`spanning-tree guard PORT_MODE`<br>`no spanning-tree guard`<br>`default spanning-tree guard`<br><br>**Parameters**<br>• *PORT_MODE*   the port mode. Options include:<br>— **loop**   enables loop guard on the interface.<br>— **root**   enables root guard on the interface.<br>— **none**   disables root guard and loop guard. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| spanning-tree link-type | spanning-tree link-type | **Command Syntax**<br>`spanning-tree link-type TYPE`<br>`no spanning-tree link-type`<br>`default spanning-tree link-type`<br><br>**Parameters**<br>• *TYPE* link type of the configuration mode interface. Options include:<br>— point-to-point<br>— shared |
| spanning-tree loopguard default | spanning-tree loopguard default | **Command Syntax**<br>`spanning-tree loopguard default`<br>`no spanning-tree loopguard default`<br>`default spanning-tree loopguard default` |

238

**Appx63381**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| spanning-tree mode | spanning-tree mode | |
| spanning-tree mst configuration | spanning-tree mst configuration | **Command Syntax**<br>spanning-tree mst configuration<br>no spanning-tree mst configuration<br>default spanning-tree mst configuration |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| spanning-tree portfast bpdufilter default | spanning-tree portfast bpdufilter default | **Command Syntax**<br>`spanning-tree portfast bpdufilter default`<br>`no spanning-tree portfast bpdufilter default`<br>`default spanning-tree portfast bpdufilter default` |
| spanning-tree portfast bpduguard default | spanning-tree portfast bpduguard default | **Command Syntax**<br>`spanning-tree portfast bpduguard default`<br>`no spanning-tree portfast bpduguard default`<br>`default spanning-tree portfast bpduguard default` |
| spanning-tree port-priority | spanning-tree port-priority | **Command Syntax**<br>`spanning-tree [MODE] port-priority value`<br>`no spanning-tree [MODE] port-priority`<br>`default spanning-tree [MODE] port-priority`<br><br>**Parameters**<br>• *MODE*  specifies the spanning tree instances for which the cost is configured. Values include:<br>— `<no parameter>`   RST instance or MST instance 0.<br>— **mst** *m_range*  specified MST instances. *m_range* formats include a number, number range, or comma-delimited list of numbers and ranges. Instance numbers range from 0 to 4094.<br>— **vlan** *v_range*  specified Rapid-PVST instances. *v_range* formats include a number, number range, or comma-delimited list of numbers and ranges. VLAN numbers range from 1 to 4094.<br>• *value*  bridge priority number. Values range from 0 to 240 and must be a multiple of 16. |

240

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| spanning-tree transmit hold-count | spanning-tree transmit hold-count | **Command Syntax**<br>`spanning-tree transmit hold-count max_bpdu`<br>`no spanning-tree transmit hold-count`<br>`default spanning-tree transmit hold-count`<br><br>**Parameters**<br>• *max_bpdu*   BPDU packets. Value ranges from 1 to 10. Default is 6. |
| spanning-tree vlan | spanning-tree vlan | |
| spf-interval | spf-interval | **Command Syntax**<br>`spf-interval period`<br>`no spf-interval`<br>`default spf-interval`<br><br>**Parameters**<br>• *period*   Value ranges from 1 through 300. Default interval is 2 seconds. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| statistics per-entry | statistics per-entry (ACL configuration modes) | **Command Syntax**<br>`statistics per-entry`<br>`no statistics per-entry`<br>`default statistics per-entry` |
| storm-control | storm-control | **Command Syntax**<br>`storm-control` *MODE* `level` *threshold*<br>`no storm-control` *mode*<br>`default storm-control` *mode*<br><br>**Parameters**<br>• *MODE*   packet transmission type. Options include:<br>    — all<br>    — broadcast<br>    — multicast<br><br>• *threshold*   Inbound packet level that triggers storm control, as a percentage of port capacity. Value ranges from 1 to 100. Storm control is suppressed by a level of 100.<br><br>The configured value differs from the programmed threshold in that the hardware accounts for Interframe Gaps (IFG) based on the minimum packet size. The **show storm-control** command displays the broadcast or multicast rate after this adjustment. |

242

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| switchport access vlan | switchport access vlan | **Command Syntax**<br>`switchport access vlan v_num`<br>`no switchport access vlan`<br>`default switchport access vlan`<br><br>**Parameters**<br>• $v\_num$ number of access VLAN. Value ranges from 1 to 4094. Default is 1. |
| switchport backup interface | switchport backup interface | **Command Syntax**<br>`switchport backup interface INT_NAME [BALANCE]`<br>`no switchport backup interface`<br>`default switchport backup interface`<br><br>**Parameters**<br>• $INT\_NAME$ the backup interface. Options include:<br>  — **ethernet** $e\_num$ Ethernet interface specified by $e\_num$.<br>  — **loopback** $l\_num$ Loopback interface specified by $l\_num$.<br>  — **management** $m\_num$ Management interface specified by $m\_num$.<br>  — **port-channel** $p\_num$ Channel group interface specified by $p\_num$.<br>  — **vlan** $v\_num$ VLAN interface specified by $v\_num$.<br>  — **vxlan** $vx\_num$ VXLAN interface specified by $vx\_num$.<br>• $BALANCE$ VLANs whose traffic is normally handled on the backup interfaces. Values include:<br>  — &lt;no parameter&gt; backup interface handles no traffic if the primary interface is operating, backup interface handles all traffic when the primary interface is not operating.<br>  — **prefer vlan** $v\_range$ list of VLANs whose traffic is handled by backup interface. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| switchport mode | switchport mode | **Command Syntax**<br>`switchport mode MODE_TYPE`<br>`no switchport mode`<br>`default switchport mode`<br><br>**Parameters**<br>• *MODE_TYPE*  switching mode of the configuration mode interfaces. Options include:<br>  — **access**  access switching mode.<br>  — **dot1q-tunnel**  dot1q-tunnel switching mode.<br>  — **tap**  tap switching mode.<br>  — **tool**  tool switching mode.<br>  — **trunk**  trunk switching mode. |
| switchport port-security | switchport port-security | **Command Syntax**<br>`switchport port-security`<br>`no switchport port-security`<br>`default switchport port-security` |
| switchport port-security maximum | switchport port-security maximum | **Command Syntax**<br>`switchport port-security maximum max_addr`<br>`no switchport port-security maximum`<br>`default switchport port-security maximum`<br><br>**Parameters**<br>• *max_addr*  maximum number of MAC addresses. Value ranges from 1 to 1000. Default value is 1. |

244

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| switchport private-vlan mapping | switchport private-vlan mapping | **Command Syntax**<br>`switchport private-vlan mapping EDIT_ACTION`<br>`no switchport private-vlan mapping`<br>`default switchport private-vlan mapping`<br><br>**Parameters**<br>• *EDIT_ACTION*   modifications to the VLAN list.<br>— *v_range*   Creates VLAN list from *v_range*.<br>— **add** *v_range*   Adds specified VLANs to current list.<br>— **remove** *v_range*   VLAN list contains all VLANs except those specified.<br>Valid *v_range* formats include number, range, or comma-delimited list of numbers and ranges. |
| switchport trunk allowed vlan | switchport trunk allowed vlan | **Command Syntax**<br>`switchport trunk allowed vlan EDIT_ACTION`<br>`no switchport trunk allowed vlan`<br>`default switchport trunk allowed vlan`<br><br>**Parameters**<br>• *EDIT_ACTION*   modifications to the VLAN list.<br>— *v_range*   Creates VLAN list from *v_range*.<br>— **add** *v_range*   Adds specified VLANs to current list.<br>— **all**   VLAN list contains all VLANs.<br>— **except** *v_range*   VLAN list contains all VLANs except those specified.<br>— **none**   VLAN list is empty (no VLANs).<br>— **remove** *v_range*   Removes specified VLANs from current list.<br>Valid *v_range* formats include number, range, or comma-delimited list of numbers and ranges. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| switchport trunk native vlan | switchport trunk native vlan | **Command Syntax**<br><br>`switchport trunk native vlan VLAN_ID`<br>`no switchport trunk native vlan`<br>`default switchport trunk native vlan`<br><br>**Parameters**<br><br>• `VLAN_ID`   the ID of the native VLAN. Options include<br><br>— `v_num`  VLAN number. Value ranges from 1 to 4094<br>— `tag`   interface drops all untagged frames. |
| switchport vlan mapping | switchport vlan mapping | **Command Syntax**<br><br>`switchport vlan mapping [DIRECTION] source_vlan dest_vlan`<br>`no switchport vlan mapping source_vlan dest_vlan`<br>`no switchport vlan mapping DIRECTION source_vlan`<br>`default switchport vlan mapping source_vlan dest_vlan`<br>`default switchport vlan mapping DIRECTION source_vlan`<br><br>**Parameters**<br><br>• `DIRECTION`   transmission direction of traffic to be mirrored.<br><br>— `<no parameter>`   mirrors transmitted and received traffic.<br>— `in`   mirrors received traffic only.<br>— `out`   mirrors transmitted traffic only.<br><br>• `source_vlan`   Source VLAN. Value ranges from 1 to 4094.<br>• `dest_vlan`   Source VLAN. Value ranges from 1 to 4094. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| tacacs-server host | tacacs-server host | **Command Syntax**<br>`tacacs-server host SERVER_ADDR [MULTIPLEX] [VRF_INST] [PORT] [TIMEOUT] [ENCRYPT]`<br>`no tacacs-server host [SERVER_ADDR [MULTIPLEX] [VRF_INST] [PORT]`<br>`default tacacs-server host [SERVER_ADDR] [MULTIPLEX] [VRF_INST] [PORT]`<br><br>**Parameters**<br><br>• *SERVER_ADDR*  TACACS+ server location. Options include:<br><br>— *ipv4_addr*  server's IPv4 address.<br>— *ipv6_addr*  server's IPv6 address.<br>— *host_name*  server's DNS host name (FQDN).<br><br>• *MULTIPLEX*  TACACS+ server support of multiplex sessions on a TCP connection.<br><br>— &lt;no parameter&gt;  server does not support multiplexing.<br>— **single-connection**  server supports session multiplexing.<br><br>• *VRF_INST*  specifies the VRF instance used to communicate with the specified server.<br><br>— &lt;no parameter&gt;  switch communicates with the server using the default VRF.<br>— **vrf** *vrf_name*  switch communicates with the server using the specified user-defined VRF.<br><br>• *PORT*  port number of the TCP connection.<br><br>— &lt;no parameter&gt;  default port of 49.<br>— **port** *number*  port *number* ranges from 1 to 65535.<br><br>• *TIMEOUT*  timeout period (seconds).<br><br>— &lt;no parameter&gt;  assigns the globally configured timeout value (see **tacacs-server timeout**).<br>— **timeout** *number*  timeout period (seconds). *number* ranges from 1 to 1000.<br><br>• *ENCRYPT*  encryption key the switch and server use to communicate. Settings include<br><br>— &lt;no parameter&gt;  assigns the globally configured encryption key (see **tacacs-server key**).<br>— **key** *key_text*  where *key_text* is in clear text.<br>— **key 5** *key_text*  where *key_text* is in clear text.<br>— **key 7** *key_text*  where *key_text* is an encrypted string. |

247

Appx63390

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| tacacs-server key | tacacs-server key | **Command Syntax**<br>`tacacs-server key [ENCRYPT_TYPE] encrypt_key`<br>`no tacacs-server key`<br>`default tacacs-server key`<br><br>**Parameters**<br>• *ENCRYPT_TYPE*   encryption level of *encrypt_key*.<br>— <no parameter>   encryption key is entered as clear text.<br>— **0**   encryption key is entered as clear text. Equivalent to <no parameter>.<br>— **7**   *encrypt_key* is an encrypted string.<br><br>• *encrypt_key*   shared key that authenticates the username.<br>— *encrypt_key* must be in clear text if *ENCRYPT_TYPE* specifies clear text.<br>— *encrypt_key* must be an encrypted string if *ENCRYPT_TYPE* specifies an encrypted string.<br>Encrypted strings entered through this parameter are generated elsewhere. |
| tacacs-server timeout | tacacs-server timeout | **Command Syntax**<br>`tacacs-server timeout time_period`<br>`no tacacs-server timeout`<br>`default tacacs-server timeout`<br><br>**Parameters**<br>• *time_period*   timeout period (seconds). Settings range from 1 to 1000. Default is 5. |

248

**Appx63391**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| terminal length | terminal length | **Command Syntax**<br>    `terminal length` *lines*<br>    `no terminal length`<br>    `default terminal length`<br><br>**Parameters**<br>• *lines* number of lines to be displayed at a time. Values range from 0 through 32767. A value of 0 disables pagination. |
| terminal monitor | terminal monitor | **Command Syntax**<br>    `terminal monitor`<br>    `no terminal monitor`<br>    `default terminal monitor` |
| timers basic (RIP) | timers basic (RIP) | **Command Syntax**<br>    `timers basic` *update_time expire_time deletion_time*<br>    `no timers basic`<br>    `default timers basic`<br><br>**Parameters**<br>• *update_time*   Default is 30 seconds<br>• *expire_time*   Default is 180 seconds.<br>• *deletion_time*   Default is 120 seconds.<br>Parameter values are in seconds and range from 5 to *2147483647*. |

**Appx63392**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| timers bgp | timers bgp | **Command Syntax**<br>`timers bgp keep_alive hold_time`<br>`no timers bgp`<br>`default timers bgp`<br><br>**Parameters**<br>• *keep_alive* keepalive period, in seconds. Values include<br>  — **0** keepalive messages are not sent<br>  — 1 to **3600** keepalive time (seconds).<br>• *hold_time* hold time. Values include<br>  — **0** peering is not disabled by timeout expiry; keepalive packets are not sent.<br>  — 3 to **7200** hold time (seconds). |
| timers lsa arrival | timers lsa arrival (OSPFv2) | **Command Syntax**<br>`timers lsa arrival lsa_time`<br>`no timers lsa arrival`<br>`default timers lsa arrival`<br><br>**Parameters**<br>• *lsa_time* |

250

**Appx63393**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| timers throttle lsa all | timers throttle lsa all (OSPFv2) | **Command Syntax**<br>`timers throttle lsa all` *initial_delay min_hold max_wait*<br>`no timers throttle lsa all`<br>`default timers throttle lsa all`<br><br>**Parameters**<br><br>• *initial_delay*   Value ranges from **0** to **600000** (ms). Default is 1000.<br><br>• *min_hold*   Value ranges from **0** to **600000** (ms). Default is 5000.<br><br>• *max_wait*   Value ranges from **0** to **600000** (ms). Default is 5000. |
| timers throttle spf | timers throttle spf (OSPFv2) | Not in Arista User Manual v.4.15.3F.<br><br>Appears in Arista User Manual 4.14.3F (Oct. 2014) (CSI-CLI-00018146) with the syntax:<br><br>timers throttle spf *initial_delay min_hold max_wait* |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| username sshkey | username sshkey | **Command Syntax**<br><br>**username** *name* **sshkey** *KEY*<br>**no username** *name* **sshkey** [**role**]<br>**default username** *name* **sshkey** [**role**]<br><br>**Parameters**<br><br>• *name*   username text that the user enters at the login prompt to access the CLI.<br><br>Valid usernames begin with A-Z, a-z, or 0-9 and may also contain any of these characters:<br><br>@   #   $   %   ^   &   *   -   !   =<br>+   ;   <   >   ,   .   ~   \|   \_<br><br>• *KEY*   SSH key. Options include:<br><br>— *key_text*   username is associated with ssh key specified by *key_text* string.<br>— **file** *key_file*   username is associated with ssh key in the specified file. |
| vlan internal allocation policy | vlan internal allocation policy | **Command Syntax**<br><br>**vlan internal allocation policy** *DIRECTION* [*RANGE_VLAN*]<br>**no vlan internal allocation policy**<br>**default vlan internal allocation policy**<br><br>**Parameters**<br><br>• *DIRECTION*   VLAN allocation number direction. Options include:<br><br>— **ascending**   allocates internal VLANs from lower VLAN bound to upper VLAN bound.<br>— **descending**   allocates internal VLAN from upper VLAN bound to lower VLAN bound.<br><br>• *RANGE_VLAN*   allocation range. Options include:<br><br>— <no parameter>   1006 (lower bound) to 4094 (upper bound).<br>— **range** *lower upper*   specifies lower bound (*lower*) and upper bound (*upper*). |

252

**Appx63395**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| vrf definition | vrf definition | **Command Syntax**<br>**vrf definition** *vrf_name*<br>**no vrf definition** *vrf_name*<br>**default vrf definition** *vrf_*<br><br>**Parameters**<br>• *vrf_name*   Name of VRF being created, deleted or configured. The names "main" and "default" are reserved. |
| vrf forwarding | vrf forwarding | **Command Syntax**<br>**vrf forwarding** *vrf_name*<br>**no vrf forwarding** [*vrf_name*]<br>**default vrf forwarding** [*vrf_name*]<br><br>**Parameters**<br>• *vrf_name*   name of configured VRF. |
| vrrp authentication | vrrp authentication | **Command Syntax**<br>**vrrp** *group* **authentication** *AUTH_PARAMETER*<br>**no vrrp** *group* **authentication**<br>**default vrrp** *group* **authentication**<br><br>**Parameters**<br>• *group*   virtual router identifier (VRID). Values range from 1 to 255.<br>• *AUTH_PARAMETER*   encryption level and authentication key used by router. Options include:<br>— **text** *text_key*   plain-text authentication, *text_key* is text.<br>— *text_key*   plain-text authentication, *text_key* is text.<br>— **ietf-md5 key-string 0** *text_key*   IP authentication of MD5 key hash, *text_key* is text.<br>— **ietf-md5 key-string** *text_key*   IP authentication of MD5 key hash, *text_key* is text.<br>— **ietf-md5 key-string 7** *coded_key*   IP authentication of MD5 key hash, *coded_key* is MD5 hash. |

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| vrrp delay reload | vrrp delay reload | **Command Syntax**<br>**vrrp** group **delay reload** [*INTERVAL*]<br>no **vrrp** group **delay reload**<br>default **vrrp** group **delay reload**<br><br>**Parameters**<br>• *INTERVAL*  The number of seconds for the delay (seconds). Options include:<br>  — <no parameter>  Default value of 0 seconds.<br>  — *<0 to 3600>*  Ranges between 0 and 60 minutes. |
| vrrp description | vrrp description | **Command Syntax**<br>**vrrp** group **description** *label_text*<br>no **vrrp** group **description**<br>default **vrrp** group **description**<br><br>**Parameters**<br>• *group*  virtual router identifier (VRID). Values range from 1 to 255.<br>• *label_text*  text that describes the virtual router. Maximum string length is 80 characters. |
| vrrp ip | vrrp ip | **Command Syntax**<br>**vrrp** group **ip** *ipv4_address*<br>no **vrrp** group **ip** *ipv4_address*<br>default **vrrp** group **ip** *ipv4_address*<br><br>**Parameters**<br>• *group*  virtual router identifier (VRID). Values range from 1 to 255.<br>• *ipv4_address*  IPv4 address of the virtual router. |

254

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| vrrp ip secondary | vrrp ip secondary | **Command Syntax**<br>**vrrp** group **ip** ipv4_addr **secondary**<br>**no vrrp** group **ip** ipv4_addr **secondary**<br>**default vrrp** group **ip** ipv4_addr **secondary**<br><br>**Parameters**<br>• group   virtual router identifier (VRID). Values range from 1 to 255.<br>• ipv4_addr   secondary IPv4 address of the virtual router. |
| vrrp preempt | vrrp preempt | **Command Syntax**<br>**vrrp** group **preempt**<br>**no vrrp** group **preempt**<br>**default vrrp** group **preempt**<br><br>**Parameters**<br>• group   virtual router identifier (VRID). Values range from 1 to 255. |
| vrrp priority | vrrp priority | **Command Syntax**<br>**vrrp** group **priority** level<br>**no vrrp** group **priority**<br>**default vrrp** group **priority**<br><br>**Parameters**<br>• group   virtual router identifier (VRID). Values range from 1 to 255.<br>• level   priority setting for the specified virtual router. Values range from 1 to 254. |

Appx63398

Appx63398

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) |
|---|---|---|
| vrrp shutdown | vrrp shutdown | **Command Syntax**<br>`vrrp` *group* `shutdown`<br>`no vrrp` *group* `shutdown`<br>`default vrrp` *group* `shutdown`<br><br>**Parameters**<br>• *group*  virtual router identifier (VRID). Values range from 1 to 255. |
| vrrp timers advertise | vrrp timers advertise | **Command Syntax**<br>`vrrp` *group* `timers advertise` *adv_time*<br>`no vrrp` *group* `timers advertise`<br>`default vrrp` *group* `timers advertise`<br><br>**Parameters**<br>• *group*  virtual router identifier (VRID). Values range from 1 to 255.<br>• *adv_time*  advertisement interval (seconds). Values range from 1 to 255. Default value is 1. |

| | Disputed CLI Command or Command Fragment | Number of Other Network Companies Supporting Command |
|---|---|---|
| 1. | ip address | 18 |
| 2. | show clock | 17 |
| 3. | show ip route | 17 |
| 4. | snmp-server community | 17 |
| 5. | clock set | 16 |
| 6. | ip route | 16 |
| 7. | ipv6 address | 16 |
| 8. | show ip interface | 16 |
| 9. | show ip ospf interface | 16 |
| 10. | show users | 16 |
| 11. | snmp-server contact | 16 |
| 12. | snmp-server location | 16 |
| 13. | default-information originate (OSPF) | 15 |
| 14. | router bgp | 15 |
| 15. | show arp | 15 |
| 16. | show version | 15 |
| 17. | snmp-server enable traps | 15 |
| 18. | clock timezone | 14 |
| 19. | ip access-group | 14 |
| 20. | ipv6 route | 14 |
| 21. | maximum-paths | 14 |
| 22. | show ip ospf | 14 |
| 23. | show ip ospf neighbor | 14 |
| 24. | show ipv6 interface | 14 |
| 25. | show ipv6 route | 14 |
| 26. | show spanning-tree | 14 |
| 27. | show vlan | 14 |
| 28. | snmp-server group | 14 |
| 29. | snmp-server host | 14 |
| 30. | snmp-server user | 14 |
| 31. | snmp-server view | 14 |
| 32. | tacacs-server host | 14 |
| 33. | tacacs-server key | 14 |
| 34. | terminal length | 14 |
| 35. | aaa accounting | 13 |
| 36. | area range | 13 |
| 37. | clear arp-cache | 13 |
| 38. | clear counters | 13 |
| 39. | default-metric (OSPF) | 13 |
| 40. | ip name-server | 13 |
| 41. | ip ospf cost | 13 |
| 42. | ip ospf dead-interval | 13 |
| 43. | ip ospf hello-interval | 13 |
| 44. | route-map | 13 |
| 45. | router ospf | 13 |
| 46. | router rip | 13 |

| 47. | show ip route summary | 13 |
|---|---|---|
| 48. | aaa authentication login | 12 |
| 49. | area stub | 12 |
| 50. | boot system | 12 |
| 51. | default-information originate (OSPFv3) | 12 |
| 52. | default-metric (OSPFv3) | 12 |
| 53. | ip domain lookup | 12 |
| 54. | ip ospf priority | 12 |
| 55. | ip ospf retransmit-interval | 12 |
| 56. | show interfaces | 12 |
| 57. | show ip bgp | 12 |
| 58. | show ip bgp neighbors | 12 |
| 59. | show ip interface brief | 12 |
| 60. | show ip pim interface | 12 |
| 61. | show privilege | 12 |
| 62. | show route-map | 12 |
| 63. | tacacs-server timeout | 12 |
| 64. | area nssa | 11 |
| 65. | dot1x port-control | 11 |
| 66. | interface ethernet | 11 |
| 67. | interface loopback | 11 |
| 68. | interface vlan | 11 |
| 69. | ip domain-name | 11 |
| 70. | ip ospf transmit-delay | 11 |
| 71. | ip routing | 11 |
| 72. | ipv6 access-list | 11 |
| 73. | lacp system-priority | 11 |
| 74. | router-id | 11 |
| 75. | show dot1x | 11 |
| 76. | show hosts | 11 |
| 77. | show ip bgp summary | 11 |
| 78. | show ip mroute | 11 |
| 79. | show ip pim neighbor | 11 |
| 80. | show ipv6 route summary | 11 |
| 81. | show mac-address-table | 11 |
| 82. | show snmp engineID | 11 |
| 83. | show snmp user | 11 |
| 84. | spanning-tree link-type | 11 |
| 85. | spanning-tree mode | 11 |
| 86. | address-family | 10 |
| 87. | area default-cost | 10 |
| 88. | area range (OSPFv3) | 10 |
| 89. | arp timeout | 10 |
| 90. | ip helper-address | 10 |
| 91. | ip host | 10 |
| 92. | ip igmp query-interval | 10 |
| 93. | ip igmp snooping | 10 |
| 94. | ip proxy-arp | 10 |
| 95. | ipv6 nd managed-config-flag | 10 |
| 96. | ipv6 nd ra interval | 10 |

| 97. | ipv6 nd ra lifetime | 10 |
|---|---|---|
| 98. | ipv6 ospf area | 10 |
| 99. | lacp port-priority | 10 |
| 100. | mac-address-table aging-time | 10 |
| 101. | maximum-paths (OSPFv3) | 10 |
| 102. | show dot1x statistics | 10 |
| 103. | show ip access-lists | 10 |
| 104. | show ip igmp groups | 10 |
| 105. | show ip igmp interface | 10 |
| 106. | show ip ospf border-routers | 10 |
| 107. | show ipv6 neighbors | 10 |
| 108. | show lldp | 10 |
| 109. | show port-security | 10 |
| 110. | show snmp | 10 |
| 111. | show snmp group | 10 |
| 112. | snmp-server engineID local | 10 |
| 113. | spanning-tree bpduguard | 10 |
| 114. | spanning-tree cost | 10 |
| 115. | aggregate-address | 9 |
| 116. | area stub (OSPFv3) | 9 |
| 117. | banner motd | 9 |
| 118. | clear ipv6 neighbors | 9 |
| 119. | dot1x reauthentication | 9 |
| 120. | dot1x timeout reauth-period | 9 |
| 121. | dot1x timeout tx-period | 9 |
| 122. | ip access-list | 9 |
| 123. | ip pim dr-priority | 9 |
| 124. | ip prefix-list | 9 |
| 125. | ipv6 nd ns-interval | 9 |
| 126. | ipv6 nd other-config-flag | 9 |
| 127. | ipv6 nd reachable-time | 9 |
| 128. | logging host | 9 |
| 129. | mac access-group | 9 |
| 130. | neighbor remote-as | 9 |
| 131. | no snmp-server | 9 |
| 132. | radius-server host | 9 |
| 133. | show interfaces status | 9 |
| 134. | show interfaces switchport | 9 |
| 135. | show ip igmp snooping | 9 |
| 136. | show ip igmp snooping mrouter | 9 |
| 137. | show ip pim rp-hash | 9 |
| 138. | show ipv6 ospf interface | 9 |
| 139. | show ipv6 ospf neighbor | 9 |
| 140. | show mac-address-table aging time | 9 |
| 141. | show monitor session | 9 |
| 142. | show radius | 9 |
| 143. | show spanning-tree mst configuration | 9 |
| 144. | show tacacs | 9 |
| 145. | spanning-tree mst configuration | 9 |
| 146. | storm-control | 9 |

| 147. | switchport mode | 9 |
|---|---|---|
| 148. | area default-cost (OSPFv3) | 8 |
| 149. | area nssa (OSPFv3) | 8 |
| 150. | area nssa default-information-originate | 8 |
| 151. | channel-group | 8 |
| 152. | dot1x system-auth-control | 8 |
| 153. | dot1x timeout quiet-period | 8 |
| 154. | interface port-channel | 8 |
| 155. | ip dhcp snooping | 8 |
| 156. | ip dhcp snooping vlan | 8 |
| 157. | ip igmp last-member-query-interval | 8 |
| 158. | ip igmp version | 8 |
| 159. | ip nat pool | 8 |
| 160. | ip ospf authentication | 8 |
| 161. | ip ospf authentication-key | 8 |
| 162. | ip ospf network | 8 |
| 163. | ipv6 neighbor | 8 |
| 164. | ipv6 ospf cost | 8 |
| 165. | ipv6 ospf dead-interval | 8 |
| 166. | ipv6 ospf hello-interval | 8 |
| 167. | ipv6 ospf priority | 8 |
| 168. | ipv6 router ospf | 8 |
| 169. | mac-address-table static | 8 |
| 170. | radius-server key | 8 |
| 171. | radius-server timeout | 8 |
| 172. | router-id (OSPFv3) | 8 |
| 173. | show ip bgp peer-group | 8 |
| 174. | show ip dhcp snooping | 8 |
| 175. | show ip ospf database database-summary | 8 |
| 176. | show lldp neighbors | 8 |
| 177. | show mac-address-table count | 8 |
| 178. | show ntp status | 8 |
| 179. | show spanning-tree blockedports | 8 |
| 180. | show spanning-tree interface | 8 |
| 181. | show storm-control | 8 |
| 182. | show vrrp | 8 |
| 183. | spanning-tree port-priority | 8 |
| 184. | switchport access vlan | 8 |
| 185. | area nssa no-summary | 7 |
| 186. | banner login | 7 |
| 187. | clear ip bgp | 7 |
| 188. | ip igmp snooping querier | 7 |
| 189. | ip multicast-routing | 7 |
| 190. | ip pim rp-address | 7 |
| 191. | ip radius source-interface | 7 |
| 192. | ipv6 enable | 7 |
| 193. | ipv6 host | 7 |
| 194. | ipv6 ospf transmit-delay | 7 |
| 195. | ipv6 prefix-list | 7 |
| 196. | is-type | 7 |

| 197. | lldp receive | 7 |
|------|--------------|---|
| 198. | neighbor next-hop-self | 7 |
| 199. | neighbor password | 7 |
| 200. | neighbor route-reflector-client | 7 |
| 201. | neighbor shutdown | 7 |
| 202. | neighbor timers | 7 |
| 203. | ntp server | 7 |
| 204. | passive-interface | 7 |
| 205. | passive-interface (OSPFv3) | 7 |
| 206. | port-channel load-balance | 7 |
| 207. | router isis | 7 |
| 208. | show ip arp | 7 |
| 209. | show ip bgp community | 7 |
| 210. | show ip prefix-list | 7 |
| 211. | show ipv6 ospf | 7 |
| 212. | show isis database | 7 |
| 213. | show lacp counters | 7 |
| 214. | show reload | 7 |
| 215. | switchport trunk allowed vlan | 7 |
| 216. | switchport trunk native vlan | 7 |
| 217. | area nssa default-information-originate (OSPFv3) | 6 |
| 218. | clear mac-address-table dynamic | 6 |
| 219. | ip access-list standard | 6 |
| 220. | ip igmp static-group | 6 |
| 221. | ip pim rp-candidate | 6 |
| 222. | ipv6 dhcp relay destination | 6 |
| 223. | ipv6 nd prefix | 6 |
| 224. | ipv6 ospf network | 6 |
| 225. | ipv6 ospf retransmit- interval | 6 |
| 226. | lldp run | 6 |
| 227. | lldp transmit | 6 |
| 228. | log-adjacency-changes | 6 |
| 229. | log-adjacency-changes (IS-IS) | 6 |
| 230. | neighbor activate | 6 |
| 231. | neighbor route-map | 6 |
| 232. | neighbor update-source | 6 |
| 233. | network area | 6 |
| 234. | set-overload-bit | 6 |
| 235. | show dot1q-tunnel | 6 |
| 236. | show ip helper-address | 6 |
| 237. | show ip igmp snooping groups | 6 |
| 238. | show ip nat translations | 6 |
| 239. | show ipv6 access-list | 6 |
| 240. | show ntp associations | 6 |
| 241. | show policy-map interface | 6 |
| 242. | show qos maps | 6 |
| 243. | show snmp view | 6 |
| 244. | show vlan internal usage | 6 |
| 245. | show vlan private-vlan | 6 |
| 246. | spanning-tree bpdufilter | 6 |

| 247. | switchport private-vlan mapping | 6 |
|------|----------------------------------|---|
| 248. | terminal monitor | 6 |
| 249. | timers basic (RIP) | 6 |
| 250. | bgp cluster-id | 5 |
| 251. | distance bgp | 5 |
| 252. | errdisable recovery cause | 5 |
| 253. | ip as-path access-list | 5 |
| 254. | ip community-list standard | 5 |
| 255. | ip igmp query-max-response-time | 5 |
| 256. | ip multicast boundary | 5 |
| 257. | ip nat translation tcp-timeout | 5 |
| 258. | ip nat translation udp-timeout | 5 |
| 259. | ip pim bsr-candidate | 5 |
| 260. | ip pim sparse-mode | 5 |
| 261. | ip tacacs source-interface | 5 |
| 262. | ipv6 unicast-routing | 5 |
| 263. | isis hello-multiplier | 5 |
| 264. | isis metric | 5 |
| 265. | isis priority | 5 |
| 266. | lldp timer | 5 |
| 267. | mac-address | 5 |
| 268. | neighbor default-originate | 5 |
| 269. | neighbor description | 5 |
| 270. | neighbor ebgp-multihop | 5 |
| 271. | neighbor remove-private-as | 5 |
| 272. | neighbor send-community | 5 |
| 273. | neighbor weight | 5 |
| 274. | ntp authenticate | 5 |
| 275. | ntp authentication-key | 5 |
| 276. | private-vlan | 5 |
| 277. | radius-server deadtime | 5 |
| 278. | radius-server retransmit | 5 |
| 279. | show interfaces description | 5 |
| 280. | show ip bgp regexp | 5 |
| 281. | show ip community-list | 5 |
| 282. | show ip extcommunity-list | 5 |
| 283. | show ipv6 prefix-list | 5 |
| 284. | show isis interface | 5 |
| 285. | show mac access-lists | 5 |
| 286. | show snmp community | 5 |
| 287. | show spanning-tree mst | 5 |
| 288. | spanning-tree guard | 5 |
| 289. | timers bgp | 5 |
| 290. | bgp client-to-client reflection | 4 |
| 291. | bgp log-neighbor-changes | 4 |
| 292. | bgp redistribute internal | 4 |
| 293. | clear ip igmp group | 4 |
| 294. | clear ip mroute | 4 |
| 295. | clear ip msdp sa-cache | 4 |
| 296. | clear lldp counters | 4 |

| 297. | clear spanning-tree counters | 4 |
|------|------------------------------|---|
| 298. | errdisable recovery interval | 4 |
| 299. | ip dhcp snooping information option | 4 |
| 300. | ip icmp redirect | 4 |
| 301. | ip load-sharing | 4 |
| 302. | ip local-proxy-arp | 4 |
| 303. | ip ospf message-digest-key | 4 |
| 304. | ipv6 access-group | 4 |
| 305. | isis hello-interval | 4 |
| 306. | load-interval | 4 |
| 307. | log-adjacency-changes (OSPFv3) | 4 |
| 308. | neighbor local-as | 4 |
| 309. | neighbor peer-group (assigning members) | 4 |
| 310. | neighbor peer-group (creating) | 4 |
| 311. | show environment power | 4 |
| 312. | show interfaces transceiver | 4 |
| 313. | show inventory | 4 |
| 314. | show ip bgp paths | 4 |
| 315. | show ip msdp peer | 4 |
| 316. | show ip msdp sa-cache | 4 |
| 317. | show ip msdp summary | 4 |
| 318. | show ip rip database | 4 |
| 319. | show ipv6 ospf border-routers | 4 |
| 320. | show port-security interface | 4 |
| 321. | show spanning-tree root | 4 |
| 322. | show vrf | 4 |
| 323. | snmp-server engineID remote | 4 |
| 324. | spf-interval | 4 |
| 325. | aaa accounting dot1x | 3 |
| 326. | aaa authorization config-commands | 3 |
| 327. | aaa group server radius | 3 |
| 328. | aaa group server tacacs+ | 3 |
| 329. | bgp confederation identifier | 3 |
| 330. | bgp confederation peers | 3 |
| 331. | clear ip ospf neighbor | 3 |
| 332. | clear lldp table | 3 |
| 333. | domain-id | 3 |
| 334. | dot1x pae authenticator | 3 |
| 335. | flowcontrol receive | 3 |
| 336. | flowcontrol send | 3 |
| 337. | ip igmp last-member-query-count | 3 |
| 338. | ip igmp snooping vlan | 3 |
| 339. | ip igmp startup-query-count | 3 |
| 340. | ip igmp startup-query-interval | 3 |
| 341. | ip pim spt-threshold | 3 |
| 342. | ipv6 nd router-preference | 3 |
| 343. | isis passive | 3 |
| 344. | mac access-list | 3 |
| 345. | neighbor allowas-in | 3 |
| 346. | ntp trusted-key | 3 |

| | | |
|---|---|---|
| 347. | passive-interface default | 3 |
| 348. | port-channel min-links | 3 |
| 349. | show environment temperature | 3 |
| 350. | show flowcontrol ** | 3 |
| 351. | show ip mroute count | 3 |
| 352. | show ip pim rp | 3 |
| 353. | show ipv6 bgp | 3 |
| 354. | show ipv6 bgp summary | 3 |
| 355. | show module | 3 |
| 356. | show spanning-tree mst interface | 3 |
| 357. | show track | 3 |
| 358. | snmp-server chassis-id | 3 |
| 359. | switchport port-security | 3 |
| 360. | vrrp preempt | 3 |
| 361. | bfd all-interfaces | 2 |
| 362. | clear ip arp | 2 |
| 363. | clear ip nat translation | 2 |
| 364. | enable secret | 2 |
| 365. | ip community-list expanded | 2 |
| 366. | ip domain name ** | 2 |
| 367. | ip igmp snooping vlan immediate-leave | 2 |
| 368. | ip igmp snooping vlan mrouter | 2 |
| 369. | ip igmp snooping vlan static | 2 |
| 370. | ip msdp default-peer | 2 |
| 371. | ip msdp mesh-group | 2 |
| 372. | ip msdp originator-id | 2 |
| 373. | ip msdp peer | 2 |
| 374. | ip msdp sa-filter in | 2 |
| 375. | ip msdp sa-filter out | 2 |
| 376. | ip msdp sa-limit | 2 |
| 377. | ip ospf shutdown | 2 |
| 378. | ip pim bsr-border | 2 |
| 379. | ip pim query-interval | 2 |
| 380. | ip pim ssm range | 2 |
| 381. | ipv6 nd ra suppress | 2 |
| 382. | isis lsp-interval | 2 |
| 383. | lldp reinit | 2 |
| 384. | neighbor soft-reconfiguration | 2 |
| 385. | ntp source | 2 |
| 386. | priority-flow-control mode | 2 |
| 387. | show bfd neighbors | 2 |
| 388. | show environment all | 2 |
| 389. | show etherchannel | 2 |
| 390. | show interfaces flowcontrol | 2 |
| 391. | show interfaces switchport backup | 2 |
| 392. | show ip ospf request-list | 2 |
| 393. | show ipv6 bgp neighbors | 2 |
| 394. | show isis topology | 2 |
| 395. | show lacp neighbor | 2 |
| 396. | show lldp traffic | 2 |

| 397. | show port-security address | 2 |
|---|---|---|
| 398. | show snmp host | 2 |
| 399. | show snmp trap | 2 |
| 400. | show spanning-tree bridge | 2 |
| 401. | show vlan summary | 2 |
| 402. | spanning-tree portfast bpdufilter default | 2 |
| 403. | spanning-tree portfast bpduguard default | 2 |
| 404. | spanning-tree transmit hold-count | 2 |
| 405. | spanning-tree vlan | 2 |
| 406. | switchport port-security maximum | 2 |
| 407. | timers throttle spf | 2 |
| 408. | vlan internal allocation policy | 2 |
| 409. | vrrp authentication | 2 |
| 410. | vrrp ip | 2 |
| 411. | vrrp priority | 2 |
| 412. | vrrp timers advertise | 2 |
| 413. | aaa authorization console | 1 |
| 414. | art timeout | 1 |
| 415. | control-plane | 1 |
| 416. | default-metric | 1 |
| 417. | domain-name | 1 |
| 418. | ip dhcp smart-relay | 1 |
| 419. | ip extcommunity-list expanded | 1 |
| 420. | ip extcommunity-list standard | 1 |
| 421. | ip igmp query-interval-response-time | 1 |
| 422. | ip msdp description | 1 |
| 423. | ip msdp keepalive | 1 |
| 424. | ip msdp shutdown | 1 |
| 425. | ip ospf bfd | 1 |
| 426. | ip pim neighbor-filter | 1 |
| 427. | ip pim spt-threshold group-list | 1 |
| 428. | ipv6 ospf retransmit-interval | 1 |
| 429. | isis passive-interface | 1 |
| 430. | lacp rate | 1 |
| 431. | lldp holdtime | 1 |
| 432. | lldp tlv-select | 1 |
| 433. | neighbor peer-group | 1 |
| 434. | redundancy force-switchover | 1 |
| 435. | show interfaces capabilities | 1 |
| 436. | show ip msdp mesh-group | 1 |
| 437. | show ip ospf retransmission-list | 1 |
| 438. | show ip route tag | 1 |
| 439. | show lacp interface | 1 |
| 440. | show mac-address-table aging-time | 1 |
| 441. | show port-channel summary | 1 |
| 442. | show ptp clock | 1 |
| 443. | show snmp mib | 1 |
| 444. | show snmp source-interface | 1 |
| 445. | snmp-server source-interface | 1 |
| 446. | spanning-tree loopguard default | 1 |

| 447. | switchport backup interface | 1 |
|------|------------------------------|---|
| 448. | switchport vlan mapping | 1 |
| 449. | timers basic | 1 |
| 450. | timers lsa arrival | 1 |
| 451. | timers throttle lsa all | 1 |
| 452. | vrf definition | 1 |
| 453. | vrf forwarding | 1 |
| 454. | vrrp delay reload | 1 |
| 455. | vrrp track | 1 |

Vendors analyzed for this chart include Adtran, Alcatel/Alcatel-Lucent, Allied Telesis, Avaya, Brocade Communications, Dell/Force10 Networks, D-Link, Edge-Core, Ericsson, Extreme Networks (including Enterasys Networks), Foundry, Hewlett-Packard Enterprise, ISCLI vendors (Lenovo, IBM, Blade Network Technologies), Juniper Networks, NETGEAR, Procket Networks, Redback Networks, and Sun Microsystems/Oracle

**From:**        Isabelle Bertin-Bailly [ibertin@aristanetworks.com]
**Sent:**        Wednesday, November 10, 2010 1:32 PM
**To:**          all@aristanetworks.com
**Subject:**     Arista's Code of Business Conduct
**Attachments:** Arista_HR_Code.pdf

Hi Everyone,

Please find attached the Arista's Code of Business Conduct document.

Please review and let me know if you have any questions.

Isabelle.

Isabelle Bertin-Bailly
Director, Human Resources
Arista Networks, Inc.

**Appx63447**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ARISTANDCA13408993

# Arista Code of
# Business Conduct

Arista Networks, Inc

October 2010

**Appx63448**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ARISTANDCA13408994

# Introduction

Arista provides you with the Arista Code of Ethics and Business Conduct (the "Arista Code" or the "Code") for guidance in addressing the legal and ethical issues encountered while conducting Arista business. We use "Arista" throughout to refer to Arista Networks, Inc and each of its subsidiaries.

Employment by Arista is subject to the terms and conditions established by your local organization. As part of those terms and conditions, you are also required to abide by the organization-wide standards set forth in this Code. This Code is not a contract, and no contract is implied. If any part of this Code conflicts with applicable law, the law will prevail. If any part of this Code is deemed invalid, the validity and enforceability of its other provisions shall not be affected. Arista may interpret the Code at its sole discretion.

Arista recognizes and respects regional and local legal differences in employment, privacy, and other applicable laws. We will comply with regional and local requirements concerning the matters discussed in this Code, as appropriate, including those concerning use of the Compliance and Ethics reporting of misconduct, employee monitoring, application of certain rules to temporary employees, and application of certain penalties.

Understanding the Code

The Arista Code sets forth Arista's standards of ethics and business conduct. It has been prepared to aid you as you go about your daily work. These standards supplement and go well beyond compliance with laws and regulations.

Although we operate in many countries and are subject to many different rules, regulations, customs, and practices, we can only succeed if we adhere to a common set of values and standards.

It is essential that we each recognize that we are responsible and accountable for understanding and meeting the standards described in this Code because Arista's success and reputation depend upon the performance of each of us.

The Arista Code applies to all personnel employed by or engaged to provide services to Arista, including, but not limited to, Arista's employees, officers, temporary employees, workers (including agency workers), casual staff, and independent contractors (for ease of reference throughout this Code, "employees").

The Code starts with a summary of the core business values that are essential to Arista's success.They are the foundation of all that we do, and we each are expected to adopt these values in our day-to-day business activities. Widespread adherence to these values will enhance our long-term success by improving our ability to serve customers, increasing our competitiveness,and promoting our pride in being part of the Arista team.

The Arista Code then describes how we should interact with each other, with other companies and individuals, and with the countries, cultures, and governments that make up the world in which we operate. Specifically, it addresses four areas:

- Compliance:

  Our responsibility to abide by the laws, regulations, and Arista policies that apply to our business wherever in the world we operate.

- Business Conduct:
  Our obligation to conduct internal and external business fairly and ethically.

- Arista's Relationships:

  Our responsibility to interact fairly and respectfully with each other, our customers, our partners, our suppliers, and our host communities.

- Enforcement:

  Our commitment to conduct investigations in an ethical and legal manner, and to promote consistent disciplinary action for violations of our policies or business conduct standards.

**Appx63449**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ARISTANDCA13408995

## A Summary of Arista Values

Certain core values comprise the foundation of our company. The following values are essential to Arista and Arista's business:

### Integrity

Arista employees demonstrate honesty and sound ethical behavior in all business transactions and personal integrity in all dealings with others.

### Mutual Respect

Arista employees consistently treat individuals with respect and dignity.

### Teamwork

Arista employees work together as a team for the collective interests of Arista.

### Communication

Arista employees share information effectively with each other. We balance the need to share information alongside the need for confidentiality regarding certain information.

### Innovation

Arista employees seek innovative and creative approaches to problem solving.

### Customer Satisfaction

Arista employees consistently treat customer satisfaction as a top priority.

### Quality

Arista employees make excellence and quality a part of day-to-day work processes and seek continuous improvement in all that they do.

### Fairness

Arista employees commit to dealing fairly with customers, suppliers, partners, and one another.

### Compliance

Arista employees comply with all laws, regulations, and Arista policies that govern Arista's business and employees' actions on behalf of the company.

### Ethics

Arista employees observe the standards that have been established by Arista and act ethically in their approach to business decisions.

## Compliance with Laws, Regulations, and Arista Policies

We must each operate within the bounds of all laws, regulations, and internal policies applicable to Arista's business, wherever we conduct it. Where local laws are less restrictive than this Code, you must comply with the Code, even if your conduct would otherwise be legal. On the other hand, if local laws are more restrictive than the Code, you must always, at a minimum, comply with those laws.

Arista expects its employees to:

• Act ethically and with integrity in all business dealings;

• Comply with the law, this Code, Arista policies, and Arista business practices;

• Report known or potential violations using available reporting channels;

• Cooperate with compliance investigations; and

• Complete all mandatory compliance education courses and other Compliance and Ethics Program requirements in a timely manner.

Further, Arista expects its managers to:

• Promote and support ethical behavior and business practices that comply with this Code;

• Act as a leadership model for this Code;

• Ensure that employees who report to them directly or indirectly understand where and how to report violations of this Code;

• Ensure that employees who report to them directly or indirectly complete all mandatory compliance education courses and other Compliance and Ethics Program requirements in a timely manner;

• Maintain an "open door" policy with regard to employee questions, including those of business conduct and ethics, and ensure availability of compliance and ethics resources and support, such as printed materials and relevant contact information;

• Encourage employees to challenge and report questionable conduct; and

• Encourage open, honest, and confidential dialogue without retaliation.

From time to time, we may revise this Code. If and when this happens, Arista will notify you. For the most current version, always refer to the online Code, located on the Compliance and Ethics Program Web site. If you have questions on how to interpret or comply with this Code, Arista policies, or applicable law, contact the Arista Legal Department.

**Appx63450**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     ARISTANDCA13408996

## Business Practices

### Antitrust and Competition Laws

Typically, the countries in which Arista operates have laws and regulations that prohibit unlawful restraint of trade, usually referred to as antitrust or competition laws. These laws are designed to protect consumers and competitors against unfair business practices and to promote and protect healthy competition. Arista commits rigorously to observing applicable antitrust or competition laws of all countries or organizations.

Q: At a trade association meeting, you overhear an informal group of Arista competitors discussing future product pricing. May you join the conversation to gain some excellent competitive intelligence?

A: No. Arista is only interested in competing honestly and fairly.

You must avoid all discussions and the exchange of information with competitors involving topics such as pricing, supplier or customer relationships, or market allocation, because they are, in fact, illegal. Disassociate yourself from any such discussions immediately and report the incident to the Arista Legal Department.

Antitrust or competition laws vary from country to country but, generally, such laws prohibit agreements or actions that reduce competition without benefiting consumers. Among those activities generally found to violate antitrust or competition laws are agreements and understandings among competitors to:

· Fix or control prices;

· Structure or orchestrate bids to direct a contract to a certain competitor or reseller (bid rigging);

· Boycott specified suppliers or customers;

· Divide or allocate markets or customers; or

· Limit the production or sale of products or product lines for anti-competitive purposes.

Agreements of the type listed above are against public policy and are against Arista policy. Employees must never engage in discussions of such matters with representatives of other companies. You should report to the Arista Legal Department any instance in which other companies initiate such discussions.

Contracts or other arrangements that involve exclusive dealing, tie-in sales, price discrimination, and other terms of sale may be unlawful under applicable antitrust or competition laws. You should not enter into such arrangements without the approval of the Arista Legal Department.

Arista strives to ensure that its global practices comply with United States antitrust laws. In addition to local laws, antitrust laws of the United States may apply to our international business operations and transactions. This includes imports to and exports from the United States.

Unfair methods of competition and deceptive practices are also prohibited. Examples of these include:

· Making false or misleading representations about Arista's products;

· Falsely disparaging a competitor or its products;

· Making product claims without facts to substantiate them; and

· Using another company's trademarks in a way that confuses the customer as to the source of a product.

Because of the complexity of antitrust and competition laws, seek advice from the Arista Legal Department on any related question.

### No Improper Payments

You are prohibited from receiving, offering, promising, authorizing, directing, or making any bribes, kickbacks, or payments of money or anything of value to improperly obtain business or any other advantage for Arista or yourself.

The above prohibition applies whether such payments go to:

· Government or public international organization employees or officials;

· Political parties or candidates for political office;

· Business entities partially or wholly owned by government interests;

· Privately-held commercial companies;

· Arista employees; or

· Any other third party.

Arista strictly prohibits giving money or anything of value directly or indirectly to a government official for the purpose of corruptly influencing a foreign government. This prohibition includes corruptly giving money or anything of value to any third party where there is reason to believe that it will be passed on to a government employee or official. Refer to the "Dealing with Government" section for more information regarding government entities.

**Appx63451**
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ARISTANDCA13408997

## No Economic Boycotts

Arista does not participate in any economic boycott not sanctioned by the United States government. Arista and its employees are prohibited from discriminating against or refusing to do business with a country that is the object of an unsanctioned boycott, nationals of the boycotted country, or "blacklisted" companies.

Additionally, Arista and its employees may not furnish information concerning Arista's, or any other person's, business relationships with a boycotted country or blacklisted company. If requested to supply any information, take any action, or refrain from taking any action to further or support a boycott of a country, immediately contact the Arista Legal Department. For further information on identifying and handling boycott requests, please refer to Arista's Foreign Economic Boycott Policy, which is available on the Arista Compliance Program Web site. This policy is intended to ensure that we comply with foreign economic boycott laws of the United States.

Q: Arista received an order from a company in a country that has imposed a government sponsored economic boycott not sanctioned by the U.S. government. The customer's purchase order states that the supplier (in this case Arista) agrees not to conduct business with a blacklisted company or country. May the order be accepted?

A: No. Accepting this order may subject Arista to criminal and tax sanctions. It is Arista's policy to comply with antiboycott provisions of U.S. law.

The division receiving this request should immediately seek Arista Legal Department and Arista Corporate Tax Department advice on how to proceed.

## Export Laws

United States Export Control Laws govern all exports of commodities and technical data from the United States, including:

• Physical items;

• Items that are hand-carried as samples or demonstration units in luggage;

• Electronic or physical distribution of software and source code; and

• Written, electronic, or oral disclosure of technical data to a foreign visitor or H1-B Visa worker.

Failure to comply with U.S. export control laws could result in the loss or restriction of Arista's export privileges, which, in turn, could damage or even destroy a significant portion of our business. Violation of these laws may also result in fines and imprisonment for individual employees and their management chain. You are responsible for understanding how the export control laws apply to your job and for conforming to these laws.

Q: I understand that there are restrictions on the export of certain strategic goods and technical data unless an appropriate export license is obtained. Are there any such restrictions on disclosing technical information to foreign nationals visiting Arista in the U.S.? After all, the information isn't really crossing any border.

A: Yes. Any oral or written disclosure of technical data to a foreign visitor must comply with the same export control restrictions that apply to the physical export of such data.

You may not ship Arista software, documentation, source code, technical data, nor technology without processing the order and shipment through authorized Arista order entry, distribution, and support processes and/or through authorized Arista subsidiary channels.

Compliance with export control laws is essential to our continued ability to do business in the international marketplace.

United States and foreign governments maintain strict rules regarding the methodology for goods exchanged across their borders. Local export laws may also apply to shipments to or from the country in which you operate. False or misleading statements made on export documentation could jeopardize Arista's global operations and lead to audits and fines, which would damage our ability to conduct business. All managers and employees must integrate export control procedures into their regular business processes for Arista to have continued success in the international marketplace.

Questions concerning export compliance matters or any violation of these laws or regulations should be directed to the Arista Legal Department.

Q: Is it true that software must physically leave a country's border for an export to have taken place?

A: No. An export can take place at any location when technical data or software is made available to anyone who is a foreign national. You must obtain proper export authorization before sharing technical data or software in any manner with a foreign national.

**Appx63452**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          ARISTANDCA13408998

## Immigration Laws

You must ensure that you, and any employees who work for you, comply with all applicable immigration laws and/or the advice of Arista's immigration service providers. Arista employees who travel internationally on business are responsible for obtaining appropriate work authorizations before attempting to enter a host country. Visa and work permit requirements apply to all Arista employees who travel outside of their home countries for business purposes or who work on projects or international assignments outside of their home country for any duration. Moreover, Arista prohibits its employees from knowingly allowing contractors or other employees to work on a project without the proper authorization or documentation.

Q: During a tour of a customer's facility, I became aware of the possibility that some of the company's employees might be in the country illegally. I don't know this for sure. Should I speak up?

A: Yes. You should speak up in any situation in which the potential for a violation of our policies exists. If, in fact, the customer is using illegal workers, then we would certainly be in violation of our own policies – and possibly the host country's immigration laws – by allowing the situation to continue.

## Securities and Insider Trading

Arista expects all its employees to comply fully with applicable insider trading and securities laws.

Insider trading and securities laws provide substantial civil and criminal penalties for individuals who fail to comply. If you trade in Arista securities or the securities of any other company trading on any stock exchange, you are subject to United States securities laws, any other securities or insider trading laws that may apply to you locally, and Arista's Insider Trading Policy.

Securities include:

- Common stocks;
- Bonds;
- Employee stock options;
- Futures;
- Derivatives;and
- Other financial instruments.

Arista employees who possess material, nonpublic information gained through their work at Arista may not trade in Arista securities or the securities of another company to which the information pertains. Employees may not engage in any other action to take advantage of or pass on to others (i.e., "tip") material information before its release to the public at large and for a period of time after it is publicly disclosed. These restrictions also apply to spouses and family members.

Material information is any information that a reasonable investor would consider important in a decision to buy, hold, or sell securities. It includes any information that could reasonably be expected to cause a change in the price of securities of Arista or the securities of another company to which the information relates.

Such information may include financial performance or significant changes in financial performance or liquidity (including forecasts); potential or ongoing major mergers, acquisitions, joint ventures, or divestitures; award or cancellation of a major contract; changes in key management; changes in auditors, knowledge of a qualification in an auditor's opinion or report or any change in the ability to rely on prior auditor reports; actual or threatened litigation or investigations; and gain or loss of a substantial customer or supplier.

Q: Through my job at Arista, I have become aware of nonpublic financial information received from one of Arista's customers that indicates the customer is in better financial condition than most people realize. I wish to purchase the customer's stock. May I do so?

A: No. The customer may have provided this information in trust to help Arista determine how to best meet the customer's needs. Using this information for personal purposes or disclosing it to others is a violation of that trust, a violation of Arista policy, and may be a violation of applicable insider trading and securities laws. Accordingly, you should not purchase this stock until after the financial information has been made known to the public and disseminated broadly in the financial markets.

Q: I understand why I shouldn't reveal inside information to an outsider, but may I discuss this type of information with members of my immediate family? What about other Arista employees who are not aware of the same information I am?

A: No. You should be careful about inadvertently or casually revealing material inside information about Arista to your family or any person who doesn't have a legitimate business need to know it.

If members of your family trade in securities while in possession of material inside information that you have revealed to them about Arista, you may be exposing them and yourself to criminal and civil liability, even if you do not take advantage of this information personally.

**Appx63453**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ARISTANDCA13408999

## General Contracting Issues

Arista requires its employees to compete fairly and ethically for all business opportunities. Employees involved in the sale or licensing of products/services, the negotiation of agreements, or the delivery of services to customers are expected to understand and honor the terms of Arista's contractual agreements. In addition, each employee must ensure that all statements, communications, and representations to customers are accurate and truthful. Arista is committed to meeting all of its contractual obligations.

You must obtain all appropriate approvals before executing, modifying, or amending any contracts. Arista prohibits unauthorized contracts or modifications of contracts, including "side letters" or oral agreements.

Only certain Arista employees have authority to sign contracts, commit Arista to acquiring products or services, or obligate Arista to third parties.

Before acquiring any goods or services or making any other commitments on behalf of Arista, you must ensure that you have spending authority equal to or greater than the total amount of payments to which you are committing Arista. You should aggregate the total cost of a purchase when making this determination. It is not permissible, for example, to open several purchase requisitions for a single vendor on the same project to avoid going outside the limits of your spending authority. If you do not have adequate spending authority, obtain approval from the manager in your chain of management who does. If you have questions about your spending authority, consult your manager.

Before signing any document committing Arista to acquire goods or services or undertaking any other obligation, you must ensure that you have the required signing authority. Only certain Arista individuals have the authority to sign documents on behalf of Arista and its subsidiaries. Consult this policy if you have questions about your signing authority or who should sign a particular document. Contact your manager or Arista's Legal Department if you have any questions.

Q: A customer asks you to write a letter confirming that it is entitled to use its software in a way that is not expressly allowed by the Arista license agreement. You note that the Arista license agreement does not expressly prohibit the use intended by the customer, and you are certain that Arista would not object. May you write the letter?

A: No. Arista may be willing to modify the contract to allow the use desired by your customer, but such a change to the contract requires the necessary business review and approval. Treat the request as one for a formal contract amendment and process the request in compliance with Arista's Business Practices guidelines.

Q: Your customer is ready to sign the contract, but it needs board approval. The customer assures you that its board will approve the transaction when it meets in ten days and asks you to allow it 15 days within which to return the order in the unlikely event that the board does not approve. May you send a letter confirming that the customer has 15 days to return the product?

A: No. This would constitute an unauthorized "side letter" modifying the terms of the contract. Execution of unapproved side letters is grounds for disciplinary action, including termination.

Q: A partner asks for your assistance in obtaining a higher, non-standard discount in an upcoming significant order with a major customer. It is your understanding that the customer has already agreed on the price and terms of the agreement, but the partner now tells you, with no additional justification, that he needs this additional discount to place the order before the end of the quarter. Should you help the partner obtain this non-standard discount?

A: No. Arista employees are prohibited from enabling partners to achieve excess margins from unapproved non-standard discounts. In addition, enabling a partner order to be placed with Arista without the existence of a valid end user contract (also known as "pre-loading" or "channel stuffing") would be against Arista business practices and prohibited in this case.

## Dealing with Government

### Government Contracting

Arista strictly observes the laws, rules, and regulations that govern the acquisition of goods and services by any governmental entity of any country and the performance of government contracts. Activities that may be appropriate when dealing with non-government customers may be improper and even illegal when dealing with government. The penalties of failing to adhere to these laws are severe and include substantial civil and criminal fines and imprisonment, and Arista could be prohibited from doing business with the government. Arista employees who deal with any governmental agency, including international organizations, are responsible for learning and complying with all rules that apply to government contracting and interactions with government officials and employees.

Q: Are regulations regarding government employee interaction with private contractors, such as Arista, the same for all government agencies?

A: No. Regulations vary depending on the government agency. Because these regulations vary so greatly, seek advice from the Arista Legal Department if you are uncertain about the applicable regulations.

**Appx63454**
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          ARISTANDCA13409000

Procurement Integrity

No Arista employee shall attempt to obtain, from any source:

· Procurement-sensitive government information;

· Confidential internal government information, such as pre-award, source selection information; or

· Proprietary information of a competitor, including, for example, bid or proposal information, during the course of a procurement or in any other circumstances where there is reason to believe the release of such information is unauthorized.

If such information is inadvertently communicated to you by another vendor, a consultant, or a government employee, you should promptly contact the Arista Legal Department.

Arista employees must strictly observe all laws and regulations regarding classified information.

Q: One of our government contracts requires us to perform a test that seems to duplicate part of another test we must perform during a later stage of production. It is clearly a waste of time and money. Must we continue performing the extra test?

A: Yes. Since the contract requires that we perform both tests, no change in testing requirements or quality controls should be made without first informing and obtaining the approval of the appropriate level of management, as well as the approval of a contracting officer. To knowingly deliver a product to the government that does not meet the contract specifications, without specific prior approval from the customer for any change in specification, could be considered fraud and a violation of law.

Q: Is it permissible for an Arista employee or independent contractor to obtain information on the prices a competitor plans to bid or has bid on a government procurement?

A: No. It is not permissible for Arista to obtain any information that another party considers proprietary or confidential regarding competitive procurement, including information about pricing. However, Arista may consider information about a competitor's prices that it obtained from publicly available sources.

Organizational Conflict of Interest (OCI)

Arista employees must ensure that in performing government contracts there is no actual or potential organizational conflict of interest (OCI) that would provide Arista unequal access to non-public information or an unfair advantage in a competitive procurement, or impair the objectivity of Arista employees in providing assistance or advice to the government or in performing

contract work for the government; or, to the extent there is any actual or potential OCI, that any such actual or potential OCI is addressed through an appropriate OCI mitigation plan.

Q: An employee of a government customer has asked me to help him develop a specification to be included in a Request for Proposal. May I help him do this?

A: No. You should not perform this type of work unless you have obtained Arista Legal Department and other appropriate internal approvals.

Post-Government Employment Restrictions

Various laws impose requirements and restrictions on government employees and private companies related to discussions regarding post-government employment in the private sector. In addition, these laws restrict the former government employee's activities after he or she leaves the government and accepts employment with a private company. Before engaging in any discussions related to possible employment or entering a business opportunity with a current or former government employee, you must obtain approval from Arista's Legal Department.

Q: You are considering hiring a former U.S. government engineer to work at Arista. She is very qualified for the position. May you hire this engineer?

A: It depends. United States law imposes several restrictions on Arista's ability to hire U.S. government employees. State and local laws may impose similar restrictions. Before speaking with any ex-government employee about employment opportunities at Arista, consult with the Arista Legal Department to ensure compliance with applicable laws.

Anti-Corruption

No one shall corruptly give or offer, directly or indirectly, anything of value to a government official to obtain or maintain business or any other advantage for Arista. It is a violation of the U.S. Foreign Corrupt Practices Act (FCPA) and other similar international anti-corruption laws to engage in any form of bribery. Penalties for violating the FCPA and other anticorruption laws are severe and can include large fines and prison time.

Bona fide expenses may be paid, and gifts provided, only if done so without corrupt intent and pursuant to Arista's Anti-Corruption Policy, which provides specific guidelines to ensure that Arista complies with applicable anti-corruption laws, including the FCPA.

Address questions or requests for information about Arista's Anti-Corruption Policy, the FCPA, or other anti-corruption laws to the Arista Legal Department.

**Appx63455**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ARISTANDCA13409001

Q: A government "consultant" offers to assist an Arista salesperson secure an important government deal in exchange for a success fee of 10% of the value of the government contract. Can the employee agree to this payment?

A: No. Arista employees are prohibited from offering or giving money or anything of value to government officials directly or indirectly through third parties. This prohibition generally includes the use of success fees or utilizing unapproved or ad hoc consultants. You should consult the Arista Legal Department before you hire any third-party sales consultants to obtain, procure, or close government deals.

### Gifts, Meals, and Entertainment

Government employees and international organizations generally are governed by laws and regulations concerning their acceptance of entertainment, meals, gifts, gratuities, and other things of value from firms and persons with whom those departments and agencies do business or over whom they have regulatory authority. In dealing with employees of government agencies and departments, it is Arista's general policy that nothing of value will be given to such individuals. Limited exceptions that may apply are covered in the Anti-Corruption Policy and the Supplemental Policy on Government Contracting and Dealing with Government Officials and Employees. If you have any questions, contact the Arista Legal Department.

Q: A high-level group of government officials is making a goodwill tour of Arista facilities. I wish to give them a memento of the visit with an Arista logo. Is this against Arista policy?

A: It depends. Arista policy prohibits giving anything of value to government employees unless applicable law and Arista policy permit it. See the section "Business Courtesies You May Extend".

Q: A high-level Arista employee meets with a high-ranking local government official to discuss Arista's plans to open a shared service center. In appreciation, the government official offers the employee a gift of substantial monetary value. Can the employee accept the gift?

A: No. Arista employees generally may only accept unsolicited gifts or other business courtesies provided they are not of material value and are not given with the purpose of influencing one's judgment. It is never appropriate to solicit gifts or other courtesies directly or indirectly.

If an employee is offered a gift or other business courtesy of material value from an individual, firm, or representative of a firm who has or seeks a business relationship with Arista, the employee should politely return such material gifts with a note that explains Arista's policy.

### Lobbying of Government Officials

Our interactions with the government are generally governed by lobbying laws and regulations. Lobbying is any activity that attempts to influence laws, regulations, policies, and rules, but in certain jurisdictions can also cover procurement and business development activity. These laws can apply to elected officials as well as appointed officials and career government employees. The company may have an obligation to register and/or report the company's lobbying activities under applicable law. These include activities by employees and outside consultants or advisors on government relations. Employees are responsible for knowing when their activities may be considered lobbying, and should consult the Arista Legal Department for guidance.

### Political Contributions

Arista's policy is to make no political contributions. Laws about political contributions vary greatly among jurisdictions and countries and are, in many cases, subject to interpretation and circumstance.

Some campaign laws interpret use of corporate resources (e.g., equipment, email, stationery, or personnel) as corporate donations. You should therefore obtain approval from the Arista Legal Department before using any company resources for political campaigns or fundraising.

### Personal Political Activity

Arista encourages employees to participate personally in civic affairs and the political process. However, employees must:

· Make all personal political contributions with their own money;

· Conduct any personal political activities on their own personal time;

· Conduct all personal political activities in accordance with applicable laws; and

· Comply with Arista policies.

The following are guidelines regarding personal political activity:

· Your personal contributions to a candidate for elective office or a political party must not be – or appear to be – made with, reimbursed from, or facilitated by the company's funds or assets.

· You will not be paid by Arista for any time spent running for public office, serving as an elected official, campaigning for a political candidate, or attending political fundraisers unless required by law.

**Appx63456**
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      ARISTANDCA13409002

• You may not use or permit any campaign, candidate, or political party to use any company facility or property, including any company trademark, without written approval from Arista Legal Department.

• Any overt, visible, and partisan political activity that could cause someone to believe that your actions reflect the views or position of Arista requires the prior approval of Arista's Legal Department.

## Influencing Others

You may not use your position to coerce nor pressure other employees to make political contributions or support candidates or political causes. In certain instances, Arista may encourage employees to support or oppose legislative issues that affect the company's business. In no instance, however, may you use your position

of authority to make another employee feel compelled or pressured to:

• Work for or on behalf of any legislation, candidate, political party, or committee;

• Make contributions for any political purpose; or

• Cast a vote one way or another.

Q: My manager asked me to make a contribution to his son's campaign for city council. Is that appropriate?

A: No. Even if your manager is not pressuring you, the request is inappropriate. If you are not comfortable speaking to your manager about this, speak with his or her manager, Human Resources, or Arista Legal.

## Public Service

Arista encourages employees to be active in the civic life of their communities. However, such service may, at times, place you in a situation that poses a conflict of interest with Arista. As a board or committee member, you may, for example, be confronted with a decision that involves Arista. It might be a decision to purchase Arista equipment or services, or it might be a decision by a board of tax assessors or a zoning board that affects Arista property. In such circumstances, your interest in Arista and your obligation to the civic organization might pull you in opposite directions and create a conflict of interest or the appearance of a conflict. Accordingly, you must withdraw from any community or civic activity that involves any decision related to Arista. If you have any questions whether your community or civic activity may create a conflict of interest with Arista or even the appearance of a conflict, you should contact HR regarding your participation.

## Intellectual Property

Besides its people, Arista's most important assets are its intellectual property rights, including its copyrights, patents, trademarks and trade secrets. We are each responsible for protecting Arista's intellectual property rights by complying with Arista's policies and procedures for their protection. Maintaining the confidentiality of Arista's trade secrets and proprietary information is an important element of such protection.

We also respect the intellectual property of others. Arista will provide software necessary for employees to perform their functions adequately under appropriate licensing agreements with vendors. It is against Arista policy to use, copy, display, or distribute third-party copyrighted software, documentation, or other materials without permission. You are not permitted to use software or documentation except to the extent that applicable license agreements allow.

Consult the Arista Legal Department for relevant policies and guidelines, including:

• Information Protection Policy

• Employee Proprietary Information Agreement

• Copyright Compliance Policy

Q: I am working with a third-party consultant on an Arista project, and he needs access to the Arista network to complete his work. May I share my user ID and password with him?

A: No. Arista employees may not allow third parties to access Arista computer systems without appropriate authorization. Moreover, you should safeguard your passwords to Arista systems, change them regularly, and not disclose them to any other person. Follow Arista's Network Access Policy to obtain authorization for this consultant, and be sure that you have completed all necessary paperwork and obtained all necessary approvals for retention of an outside consultant.

Q: I often work from home or at a customer site, and I need access to my Arista email. May I autoforward my Arista email to my personal email account with a third-party ISP so that I may access my email at home?

A: No. You may not auto-forward your Arista email to a personal email account outside the Arista domain without approval from Global Information Security. Auto-forwarding your email would allow Arista confidential information to pass outside the Arista network and be accessible by third parties.

**Appx63457**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          ARISTANDCA13409003

# BUSINESS CONDUCT

## Financial Integrity

**Financial and Other Records**

Accurate and reliable financial and business records are of critical importance in meeting Arista's financial, legal, and business obligations. Arista's financial books, records, and statements shall properly document all assets and liabilities and accurately reflect all transactions of the company. No false entries shall be made on Arista's books or records for any reason. Below are some helpful guidelines regarding financial record keeping:

- Billing of time or expenses by consultants, entry of orders by sales administrators, and submission of travel and expense reports shall be made timely and accurately and in compliance with Arista policy, professional standards, regulations, and laws.

- No documents shall be inappropriately altered nor shall they be signed by those lacking proper authority.

- Arista funds or assets shall not be used for any unethical, inappropriate, or illegal purpose. The handling and disbursement of funds related to an Arista transaction must be pursuant to an authorized Arista written contract with clearly defined procedures.

- No undisclosed nor unrecorded fund nor asset related to any Arista transaction shall be established or maintained for any purpose.

- No payment on behalf of Arista shall be made or approved with the understanding that it will or might be used for something other than the stated purpose.

Q: Your customer signed and returned an order form but inadvertently forgot to sign one of the attachments. Now he has left town for vacation. May you sign on behalf of the customer and process the order?

A: No. Altering documents or signing them on behalf of a third party without proper authority is against Arista's policies. Return the order form and attachment to the customer for signature.

Records Retention

Arista's Records Retention Policy ("Retention Policy") sets forth the guidelines governing the retention and disposal of Arista business records. The Retention Policy requires that you maintain records in accordance with the Corporate Records Retention Schedule ("Retention Schedule"). The Retention Schedule identifies the company records that we must retain and the retention period for each record type. You are responsible for reading and abiding by the Retention Policy and Retention Schedule. You can access the Retention Policy and Retention Schedule through the Arista Legal Department Web site.

The Retention Policy and the Retention Schedule cover both electronic and hard copy materials. They apply to ALL record types regardless of the medium in which they exist, including:

- Paper;

- Email;

- Video;

- Hard drive; and

- Compact disc or other electronic storage device.

You should give special care to ensure that records containing confidential information are retained and disposed of in accordance with both the Retention Policy and the Information Protection Policy.

Q: During the course of your job, you come across some invoices that are two months old. All were marked paid and the files are taking up valuable space. Can you shred them to make room for more recent information?

A: No. Records such as invoices represent expenses, have to be reported, reviewed, and audited consistent with the Arista's policies and reporting requirements. Please see the Retention Schedule for guidance on how long to keep the invoices.

Q: The accounting department receives a letter from a customer's attorney, demanding that Arista fulfill certain oral promises that Arista allegedly made. Your manager asks you to review your email to determine whether you have any email messages that would support such a promise. You identify one email that could be construed as constituting a promise but you believe, in good faith, that no such promise was ever made to the customer. Should you delete the email?

A: No. Arista's Records Retention Policy requires employees to preserve all records that may be relevant to a matter in which Arista reasonably anticipates litigation. You should immediately contact the Arista Legal Department to help determine whether there is a reasonable anticipation of litigation.

If you have questions about the Retention Policy or the Retention Schedule, contact Arista's Legal department.

**Appx63458**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ARISTANDCA13409004

## Business Courtesies You May Extend

Furnishing meals, refreshments, entertainment, and event access in conjunction with business discussions with non-government personnel is a commonly accepted practice. You may do so when it is appropriate to the circumstances. Such practices, however, must not violate the standards of conduct of the recipient's organization, any contractual agreement with a customer, or Arista's Travel and Expense Policy. You are responsible for familiarizing yourself with any such standards, agreements, and policies and for complying with them.

Arista prohibits giving anything of value (including charitable donations or sponsorship of events) directly or indirectly to any private individual, firm, or entity as a means of improperly inducing business. Employees who make, facilitate, and/or approve expenditures for meals, refreshments, or entertainment must use discretion and care to ensure that such expenditures are in the ordinary and proper course of business and could not reasonably be construed as bribes or improper inducement.

Q: A commercial customer with whom I do business occasionally visits our facility. May I buy lunch?

A: Yes, you may buy lunch. However, some limitations exist. As long as this does not violate any of the customer's regulations or any contractual obligations between the customer and Arista, and the expenditures are reasonable considering the business relationship involved, it is permissible. Remember, the rule is not the same for government employees or officials, even if they are existing customers. Various rules and regulations prescribe the guidelines for giving anything of value to government personnel. You must become familiar with these rules and regulations and comply with them if you are interacting with a government entity.

Arista's standards and the applicable laws for dealing with government employees and officials are more stringent than standards for commercial company employees. In dealing with government employees and officials, it is our general policy that nothing of value will be given to such individuals. Limited exceptions that may apply are covered in the Anti-Corruption Policy, located on the Compliance and Ethics Program Web site, and the Supplemental Policy on Government Contracting and Dealing with Government Officials and Employees, located on the Government Sector Legal & Compliance Web site. You are responsible for being familiar with the rules and regulations of the government agencies and departments with which you interact. Contact the Arista Legal Department if you have any questions about your activities and interactions with the government.

In any case, business courtesies must be nominal enough not to appear to influence the judgment of the recipient to secure unfair preferential treatment

or gain improper advantage. A final test of appropriate business courtesies, even if allowed under the law, is whether public disclosure would be embarrassing to Arista or the recipient.

## Business Courtesies You May Receive

### Gifts

Arista employees generally may accept unsolicited gifts or other business courtesies from actual or potential customers, suppliers, or other business partners provided they are not of material value and are not given with the purpose of influencing one's judgment. It is never appropriate to solicit gifts or other courtesies directly or indirectly. If you are offered a gift or other business courtesy of material value from an individual, firm, or representative of a firm who has or seeks a business relationship with Arista, you must demonstrate that the gift could not be construed as an attempt by the offering party to secure favorable treatment.

Neither you nor any member of your family may accept any loan, guarantee of loan, or payment from an individual or firm doing or seeking business with Arista. Exceptions to this include only loans from recognized banks and financial institutions that are generally available at market rates and terms. Similarly, you may not accept finders' fees, referral fees, or other incentive payments or perquisites from third parties to whom Arista may refer business, including, for example, Arista Alliance members and leasing companies. Generally, incentive programs offered by third parties are discouraged. Any such incentive program must be approved in advance by the Arista CEO.

Q: May I accept travel expenses to attend or speak to a user group or professional meeting?

A: It depends. Arista policy requires that all suppliers be treated fairly and impartially. Therefore, you should accept nothing from a supplier that could give even the appearance of favoritism. However, you can more readily accept reimbursement for expenses from associations and professional groups because such organizations are generally not comprised of vendors who might be using a speaking invitation as a device to secure favorable treatment.

Q: A consulting client has asked if it can pay cash bonuses directly to our employees. Is this allowed?

A: Probably not. Generally, bonuses from a client to Arista employees or consultants are not allowed under Arista policy.

---

**Appx63459**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          ARISTANDCA13409005

Q: If a representative of a supplier, vendor, or customer presents me with a pencil set with the supplier's logo as a token of appreciation, may I accept it?

A:Yes. As long as the item is not of a material value and is available to others under similar circumstances, you may keep it for your personal use. If the item does not meet these criteria and if you have not received the requisite approval, politely return it to the donor.

Q: It is the holiday season and I have just received from a vendor, at home, a gift certificate worth the equivalent of U.S. $500 for a local department store. May I keep the gift certificate?

A: No. You may receive only gifts that are not of material value. Five hundred dollars is material and might be perceived as inducing favoritism. You should return the gift certificate immediately, explaining that Arista policy does not allow you to accept such a gift.

Q: I have been offered a discount on a product sold by one of Arista's suppliers. May I take advantage of the discount?

A: It depends. You may accept the discount only if it exists under a program generally available to Arista employees. Accepting discounts not generally available to Arista employees may create the appearance of favoritism to the donor, or may imply that there will be favoritism in the future.

Entertainment

You may accept occasional meals, refreshments, or other entertainment appropriate to the circumstances in connection with normal business discussions. Again, it is inappropriate to accept such favors if they are offered solely to influence your business decision. Every employee is personally responsible for ensuring that acceptance of any business courtesies, gifts, or entertainment is proper and does not reasonably appear to be an attempt by the offering party to secure favorable treatment.

Q: May I accept a business meal from a representative of a supplier or vendor?

A: Probably. In most circumstances, modest and infrequent business meals may be accepted by Arista employees. On other occasions, it may be more appropriate for Arista or the employee to pay for the meal. Whenever a vendor pays for a meal, always consider the specific circumstances and whether your impartiality could be compromised or even appear to others to be compromised.

Q: I am responsible for organizing various meetings, including the selection and bookings of hotel reservations for extensive Arista marketing meetings. May I ask the hotel manager for a complimentary room for my personal use, since we are giving so much Arista business to the hotel?

A: No. Your request would violate Arista policy. Your solicitation of a complimentary room would be using your position to obtain preferential treatment and could also affect your impartiality in arranging hotel accommodations for future meetings.

Public Disclosures

As a private company, our policy is to not disclose our financial results. All communications with the press and financial community must be authorized by the CEO.

Q: You receive a call from an investment analyst who heard that Arista is having a bad quarter. Having just sat through a forecasting call, you know that the opposite is true – Arista is about to have an amazing quarter. May you set this investment analyst straight?

A: No. You should not speak with this analyst. Only spokespersons authorized by Arista Investor Relations, at the direction of Executive Management, are allowed to speak with the financial community about Arista or its financial prospects.

Q: You receive a call from a reporter who wants more information about a new Arista product announcement. You are very familiar with the product. May you speak with this reporter?

A: No, at least not without first obtaining permission from Arista Public Relations. Arista Public Relations must approve in advance all communications with the press. Arista Public Relations may conclude that you are the best spokesperson for the company on this issue, but they – not you – must make that decision.

**Appx63460**
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          ARISTANDCA13409006

## Conflicts of Interest

The term conflict of interest describes any circumstance that could cast doubt on an employee's ability to act with total objectivity with regard to Arista's interests. Arista wants its employees' loyalty to come easily, free from any conflicting interests.

All employees have a duty to avoid financial, business, or other relationships that might be opposed to the interests of Arista or might cause a conflict with the performance of their duties. Employees should avoid even the appearance of conflict between their personal interests and those of Arista.

Conflict of interest situations may arise in many ways. Examples of improper actions by Arista employees when acting in conflict with Arista include, but are not limited to, the following:

· Performing any work for a competitor, regardless of the nature of the work, while employed by Arista;

· Acting independently as a consultant to an Arista competitor, customer, or supplier;

· Engaging in any activity or employment that interferes with or detracts from an employee's work at Arista, or requires an employee to disclose Arista proprietary information;

· Service on a board of directors or as a technical advisor to an actual or potential competitor, customer, partner, or supplier of Arista;

· Placement of business with any company in which an employee, or any member of the employee's family, has a substantial ownership interest or management responsibility; or

· Ownership of, or substantial interest in, a company that is a competitor with or a supplier of Arista by an employee, or any member of the employee's family;

Sometimes, a conflict of interest will develop gradually or unexpectedly, and the appearance of a conflict of interest can also easily arise. If you feel that you have a conflict, actual or potential, report all pertinent details in writing to your manager. The presence of a conflict does not necessarily mean that the proposed activity will be prohibited. Your responsibility is to fully disclose all aspects of the conflict to your manager and remove yourself entirely from the decision making process.

With respect specifically to any request to serve as a director or technical advisor to another company, again you must be very sensitive to an actual or potential conflict of interest. Generally, no conflict is presented if your service as a director or advisor would

(1) require at most a very minimal commitment of time during your Arista work hours and would not otherwise detract from your job responsibilities at Arista,

(2) not cause you to disclose Arista proprietary information, and

(3) not be for an actual or potential Arista competitor, customer, supplier, or other business partner.

Regardless of whether you perceive a conflict, before serving as a director or technical advisor to any company, or engaging in any activity that may involve a conflict, you must first obtain the written approval of Arista's Board.

Q: I have been asked to take a seat on the board of directors of a start-up company. May I accept?

A: Not without approval. If you wish to serve on a board of directors, you must receive the written approval of Arista's Board of Directors. The company for which you serve should not be in a competitive position with Arista and should not be a customer, partner, or supplier of Arista, and the time required to serve on the board should not be substantial. You may receive compensation when serving in an approved position.

Q: May a software developer, on his or her own time and without using any Arista equipment or proprietary information, utilize engineering knowledge and skills to design, develop, and market for profit a product or service that does not compete with Arista products or services?

A: As long as the product or service does not relate in any way to Arista's business, and is not a product or service that Arista would likely offer in the future, the software developer may undertake such an endeavor.

Q: An Arista employee whose husband owns a graphic design firm needs to retain a graphic artist to assist in the creation of Arista marketing collateral. May she select her husband's firm if the cost is comparable to alternative graphic design firms?

A: Not without approval. This situation presents a direct conflict of interest and the employee should not proceed without approval. The employee must fully disclose the situation to and obtain the approval of her manager. The employee must remove herself entirely from the selection and decision-making process.

**Appx63461**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    ARISTANDCA13409007

## Charitable Donations

We are committed to using our technology and
resources to advance education in innovative ways,
promote diversity, enrich the life of communities, and
protect the environment. We are proud that the same
innovative spirit behind Arista's technological success
also drives the creation of innovative global corporate
citizenship initiatives that benefit our communities.

Arista does not make charitable donations to close
deals or seek favor from decision makers. It is possible,
however, for business units to support nonprofit
organizations, as long as they approach it as part of an
ongoing, positive business relationship and not to close
business or otherwise secure favorable treatment on
decisions affecting Arista.

## Protecting Confidential Information

You are required to protect confidential information to
which you have access in connection with your Arista
employment. Arista's privacy policies govern the
collection, use, transfer, and security of employee data,
customer and prospect data, and other data Arista may
access in connection with services. You are required to
abide by these policies when collecting or processing
the relevant personal information.

The Arista Information Protection Policy sets forth the
requirements for treatment of confidential information
The Information Protection Policy provides guidance on
the proper handling of each category of information,
including restrictions on use, disclosure, storage,
transmission, and deletion.

All information related to Arista's business that is not
intended for public disclosure should be considered
confidential. Confidential information includes:

· Software and hardware developments;

· Marketing and sales plans;

· Competitive analyses;

· Product development plans;

· Product costs and pricing;

· Potential contracts, mergers, or acquisitions;

· Business and financial plans or forecasts; and

· Employee information.

Any system that is used to record Arista financial, sales,
marketing, or other Arista's confidential business data
must be under Arista's control.

In addition, information concerning Arista's customers,
partners, prospective customers, and vendors that was
provided to Arista in confidence is considered
confidential information.

Protection of Arista software, firmware and other codes
is particularly essential to our business. Arista software
is always treated as Confidential. Any disclosure of
source code outside of Arista must be approved in
advance. Prior to disclosing any source materials,
contact the Arista Legal Department.

Arista also expects employees to abide by all security
policies. Do not access or attempt to access systems
or physical areas without appropriate authorization.
Similarly, you may not allow third parties to access
Arista systems or physical areas without obtaining
appropriate authorization. See Arista's Network Access
Policy for further information on this topic. Report any
unauthorized access of Arista's networks or systems to
the Arista Legal Department.

Your obligation to protect company confidential
information and personal information continues after
the end of your employment with Arista. Moreover, just
as we expect employees to abide by their obligations
not to disclose this information after they leave, we
expect employees to abide by their obligations to
protect the confidential information of their former
employers. No confidential information obtained during
or as a result of your work with former employers
should be brought on Arista premises or used in any
form in your work at Arista.

**Appx63462**
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        ARISTANDCA13409008

## Social Media

As a company, we encourage communication among our employees, customers, partners, and others. Web logs (blogs), social networks, discussion forums, wikis, video, and other social media can be a great way to stimulate conversation and discussion.

It is particularly important to remember the following:

• The Arista Code of Ethics and Business Conduct and Arista's corporate and legal policies apply to your online conduct (blogging or other online discussions) just as much as they apply to your offline behavior;

• Stay away from discussing future product offerings;

• Respect others' intellectual property rights, including copyrights;

• Make it clear that your opinions are your own and do not necessarily reflect the views of Arista;

• Refrain from making objectionable or inflammatory posts.

## Gathering Information About Our Competitors or Other Third Parties

You may not seek to obtain proprietary information about Arista competitors, and you may not seek to obtain any information about Arista competitors or other third parties illegally or in a way that involves a breach of integrity or breach of any confidentiality or employment agreement. You must never misrepresent your identity when attempting to collect competitive information. In the event that you inadvertently obtain a third party's confidential or proprietary information without authorization, you must immediately contact Arista Legal. Unless Arista Legal instructs otherwise, you must promptly destroy all copies of such information in your possession.

We may make appropriate observations about competitors' products and activities when basing them on publicly available information, such as public presentations and marketing documents, journal and magazine articles, advertisements, and other published information.

*Q: I just received a copy of proprietary competitive information in the mail from an unknown source. Can I use it?*

*A: No. Instead, immediately contact Arista Legal. Proper intelligence gathering is a legitimate marketing strategy, but Arista will never approve use of apparent proprietary information that it receives from unknown sources.*

*Q: A competitor is holding a conference for its customers to announce future product plans. May I register for the conference under a false name to gain entrance to the conference?*

*A: No. You may not misrepresent your identity when attempting to gather any information. Arista may face liability for theft of trade secrets or corporate espionage or be restricted from pursuing its own business plans to the extent those plans may have been tainted by unauthorized access to a competitor's trade secrets. Legitimate fact gathering through public sources is permissible. Lying to gain access to proprietary competitive information is never acceptable.*

## Use of Arista Resources

We use a number of company resources to perform our jobs. These include Arista facilities, computers, telephones, and email. It is critical that each of us fully understands the requirements for appropriate use of these resources.

You are required to comply with the Arista Acceptable Use Policy for Company Resources regarding:

• Personal use of Arista resources and appropriate conduct;

• Use of instant messaging, email, voicemail, mobile phones, removable media, P2P networks, encryption, and wireless LANs;

• Securing connections to the Arista network;

• Use of passwords and prevention of viruses;

• Protection of confidential information;

• Issuance of public statements;

• Marketing activities;

• Third-party use of Arista systems; and

• Monitoring use of company resources and facilities.

Arista may employ security procedures at its facilities to monitor and maintain security, including the use of closed circuit television. Also, Arista's computers, systems, and resources may be monitored to the extent permitted by applicable law.

In addition, Arista requires its employees to comply with Arista's information and physical security policies at all times. Arista property may not be sold, loaned, given away, or disposed without proper authorization.

Upon leaving employment with Arista, all Arista property – including keys, security badges, computer equipment, software, handbooks, and internal documents – must be returned to Arista.

**Appx63463**
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    ARISTANDCA13409009

## Arista and Its Employees

We encourage you to express ideas for improving the workplace and any concerns you may have about the workplace or specific job-related problems. We will not retaliate nor tolerate retaliation against any employee who raises an issue, complaint, or concern in good faith. We deal fairly and equitably with each employee.

**Diversity**

Arista affirms the principle of equal employment opportunity without regard to any protected characteristic, including but not limited to:

- Race;
- Religion;
- National origin;
- Color;
- Gender;
- Age;
- Disability;
- Pregnancy;
- Marital status;
- National origin/ancestry;
- Military status; or
- Sexual orientation.

We practice and promote such policies in all locations as appropriate under the law. We affirm this principle of freedom from discrimination in all aspects of the employment relationship, from recruitment and hiring, through performance evaluations, compensation, and promotions, to the end of your employment relationship with Arista.

We base personnel actions strictly on individual ability, performance, experience, and company need. We avoid actions influenced by personal relationships and discriminatory practices of any kind. Our goal is to compensate personnel – with wages, salaries, and other benefits – in relation to their responsibilities, performance, and service. Arista is also committed to adhering to wage, hour, and minimum age guidelines provided by applicable laws. We endeavor to structure the content of jobs so that work provides personal satisfaction and challenge.

## Harassment

Arista's policy is to provide a work environment free from harassment. Although "harassment" most frequently refers to sexual harassment, workplace harassment may also include harassment based upon a person's race, religion, national origin, gender, sexual orientation, gender identity, age, disability, or other protected characteristic. Arista prohibits harassment in any form, whether physical, verbal, or non-verbal.

Report instances of harassment to your manager or to your Human Resources Representative. Your report will be kept confidential to the greatest extent possible, and no complainant nor witness will suffer retaliation because of a report made in good faith.

*Q: Most of your work is physically performed around a specific person who appears to be interested in you romantically. He/she often makes flirtatious remarks that make you a little uncomfortable and this individual tends to get a little too personally close to you. Up until now you've been able to ignore his/her behavior, but lately, he/she has taken to calling you at home late into the night. Then one day, he/she asks you for a date. Should you report his/her behavior?*

*A: Yes, you should report this behavior. Part of your supervisor's job is to listen to complaints regarding the actions of people under him/her and to act on the information available. In cases such as harassment, that includes reporting the matter to Human Resources to initiate a review and, if necessary, an investigation.*

## Health and Safety

We are committed to protecting the health and safety of our employees, visitors, and the public. Our policy is to maintain our facilities and run our business operations in a manner that does not jeopardize the occupational health and safety of employees. Compliance with health and safety laws and Arista policy is expected of all employees. Threats or acts of violence against Arista employees, temporary employees, independent contractors, customers, clients, partners, suppliers, or other persons and/or property will not be tolerated. Immediately report potential threats or acts of violence. In case of emergency, contact local law enforcement.

## Taxation

We expect employees to pay all applicable income taxes on all income from Arista, including taxes on income from the exercise of stock options.

**Appx63464**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                ARISTANDCA13409010

## ENFORCEMENT

The strength of Arista is its people. We trust that each of you will recognize that we must adhere to the standards of this Code and uphold Arista's business values if we are to continue as leaders in our industry.

Though we are confident that we can count on every member of the Arista team to do his or her part, we would be remiss if we did not state categorically that deviations from our policies or business conduct standards will not be tolerated.

## The Investigation Process

Investigations of allegations of misconduct will be conducted in an ethical manner and in compliance with applicable law and Arista's policies. Only Arista's legal counsel may commence an investigation relating to a Code of Conduct violation. All reports of misconduct and related investigative records are treated in accordance with Arista's Internal Privacy Policy and Arista's Information Protection Policy.

Arista may employ a variety of methods to conduct investigations. To the extent permitted by applicable law, investigation methods may include interviews with the parties and witnesses, review of relevant financial and other records, criminal and background checks, monitoring and/or analysis of computers, systems, offices, and other resources. Inappropriate investigative techniques, such as pretexting and other social engineering activities, are prohibited.

You have a duty to fully cooperate with investigations and to promptly, completely, and truthfully comply with all requests for information, interviews, or documents during the course of an investigation. Arista treats as confidential all reports of alleged misconduct, and only those persons with a need to know are informed of and involved in an investigation.

## Disciplinary Action

Factors considered in determining appropriate action may include whether any laws were violated; whether the Arista Code of Ethics and Business Conduct or any other company policies were violated; Arista's response to similar situations; whether the law in the relevant jurisdiction requires a particular action; the employee's tenure, performance, and disciplinary history. The Company will review relevant factors of each case in determining appropriate disciplinary action.

At the end of an investigation, appropriate disciplinary action will be taken, or no disciplinary action may be necessary, based on the findings. In addition, Arista may report civil or criminal violations to the relevant authorities.

**Appx63465**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ARISTANDCA13409011

 **Satz, Greg L. (Vol. 01) - 03/23/2016**     1 CLIP  (RUNNING 00:14:10.719)

Good morning, Mr. Satz.  Can you please ...



**SATZ_ALL**                    **32 SEGMENTS  (RUNNING 00:14:10.719)**

**1. PAGE 5:17 TO 5:22  (RUNNING 00:00:13.888)**
```
      17        Q.    Good morning, Mr. Satz.  Can you please
      18   state your full name.
      19        A.    Greg Leonard Satz.
      20        Q.    Mr. Satz, you are not represented by
      21   counsel today; is that right?
      22        A.    Correct.
```

**2. PAGE 8:01 TO 8:11  (RUNNING 00:00:38.412)**
```
00008:01        Q.    All right.  And when did you leave
      02   Cisco?
      03        A.    2003.
      04        Q.    For what period of time were you
      05   employed by Cisco?
      06        A.    From 1987 through 2003, and I worked
      07   for Cisco prior without a paycheck.
      08        Q.    What positions did you hold at Cisco?
      09        A.    Titled positions were engineer,
      10   software engineer.  I was a software manager and
      11   then a software director.
```

**3. PAGE 8:12 TO 8:17  (RUNNING 00:00:21.090)**
```
      12        Q.    Can you tell me in general terms what
      13   your responsibilities were at Cisco?
      14        A.    They changed about every six months.
      15   Generally speaking, it was to deliver software
      16   product to customers that they were willing to pay
      17   for.
```

**4. PAGE 8:18 TO 8:20  (RUNNING 00:00:10.238)**
```
      18        Q.    How many people had -- were employed at
      19   Cisco when you joined?
      20        A.    Four or five.
```

**5. PAGE 9:10 TO 10:02  (RUNNING 00:01:12.030)**
```
      10        Q.    Over the years, do you recall the
      11   different people that you reported to at Cisco?
      12        A.    I do.
      13        Q.    Who were they?
      14        A.    Kirk Lougheed was my first boss.  We
      15   hired Bob Burnett as the first engineering VP
      16   manager.  And then Frank Marshall stood in.  We
      17   had a rent-a-VP for a while.  Rungee, I think his
      18   name was, Bob Rungee.  It is a miracle that this
      19   is being remembered.  Just appreciate that value.
      20   And I stepped down during Frank's time and then
      21   went to work for -- I had different project leads,
      22   but I reported into engineering, I think, to
      23   Michelle Lingue.
      24        Q.    Is it fair to say that you became
      25   familiar with Cisco's command line interface while
00010:01   you were there?
      02        A.    Yes, that's fair to say.
```

**Cisco v Arista**

**13. PAGE 35:13 TO 35:19 (RUNNING 00:00:20.157)**

```
13          THE WITNESS:  It is part of the RFC, request
14    for comments, that helps define the domain name
15    system.  So it is a generic term in that sense.
16    Every operating system needs a way -- it doesn't
17    need it, but it is a convenience so you can use a
18    host name without having to specify the domain
19    name.
```

**14. PAGE 35:20 TO 35:20 (RUNNING 00:00:04.160)**

```
20          Q.   BY MR. FERRALL:  And now let me ask you
```

**15. PAGE 35:21 TO 35:23 (RUNNING 00:00:06.551)**

```
21    to turn to Page 17.  There's reference on Page 17
22    of this exhibit to interface.
23          Do you see that?
```

**16. PAGE 35:25 TO 35:25 (RUNNING 00:00:01.283)**

```
25          Q.   Yes.
```

**17. PAGE 36:05 TO 36:15 (RUNNING 00:00:33.310)**

```
05          Q.   Right.  What was the interface command?
06    What was the purpose of that?
07          A.   It's to model a physical attachment to
08    a network.  So your Wi-Fi is an interface.  Your
09    plugging into an ethernet is the interface.  So it
10    is the software model description of that physical
11    connection.
12          Q.   Was "interface" a term that had been
13    used in the industry before?
14          A.   Yes.  A lot of operating systems use
15    interface.
```

**18. PAGE 42:08 TO 42:12 (RUNNING 00:00:14.996)**

```
08          Q.   Are you familiar with either TOPS-20 or
09    other operating systems having show commands with
10    different level -- multiple levels of hierarchy to
11    them?
12          A.   Sure.
```

**19. PAGE 45:20 TO 45:25 (RUNNING 00:00:19.363)**

```
20          Q.   BY MR. Ferrall:  And were you ever
21    aware of operating systems growing their command
22    list in a way where they would -- they would add,
23    for example, further options under the show
24    command over time in subsequent versions?
25          A.   Oh, yes.
```

**20. PAGE 46:02 TO 46:05 (RUNNING 00:00:14.046)**

```
02          THE WITNESS:  They would augment the command
03    set, the features, and there was, typically, a
04    user interface component to it, like modifying the
05    menu commands on your laptops today.
```

**21. PAGE 46:06 TO 46:07 (RUNNING 00:00:07.836)**

```
06          Q.   BY MR. FERRALL:  And was there -- would
07    they, typically, build upon existing keywords?
```

**22. PAGE 46:10 TO 46:14 (RUNNING 00:00:13.510)**

```
10          THE WITNESS:  Depending on the feature set.
11    If it was an extension of an existing feature set
12    or if it was brand new.  I mean, as you described
```

**Appx63474**

**Cisco v Arista**

13    a tree, those trees can be rearranged and
14    augmented or removed.

**23. PAGE 46:23 TO 47:01  (RUNNING 00:00:20.309)**

23        Q.   BY MR. FERRALL:  Mr. Satz, are you
24    familiar with any use of a "clear" command from
25    either TOPS-20 or early operating systems?
00047:01        A.   I can't say I recall that.

**24. PAGE 70:07 TO 70:11  (RUNNING 00:00:18.181)**

07        Q.   Was there a -- have you ever heard of
08    the term "SNMP server"?
09        A.   Oh, the command line, parsed for the --
10    yeah -- configuration?  Um-hum.  Yes, I created
11    that.

**25. PAGE 70:12 TO 70:14  (RUNNING 00:00:14.057)**

12        Q.   What's -- is there such a thing as an
13    SNMP server, or what does that term mean?
14        A.   Wow.

**26. PAGE 70:17 TO 70:25  (RUNNING 00:00:36.236)**

17        THE WITNESS:  I think all of that code is
18    gone now.  The SNMP server was the way to tell the
19    router software that it was to be an SNMP -- it
20    was to start the SNMP protocol.  So it would then
21    begin to listen to and process SNMP packets.  And
22    it was probably one of the first commands
23    implemented as part of this RFC to implement it
24    and create an SNMP protocol within the Cisco
25    software.

**27. PAGE 71:07 TO 71:16  (RUNNING 00:00:35.386)**

07        Q.   BY MR. FERRALL:  What's -- what's the
08    notion of community in the context of SNMP?
09        A.   After a while, you start running out of
10    words, so you pick one that tries to create a
11    sense of purpose.  And so "community" was an
12    attempt to describe a collection of users who
13    would have a specific purpose with respect to
14    using the protocol.  It was nothing more than an
15    authorization or an access.  A password, as it
16    were.

**28. PAGE 71:17 TO 71:18  (RUNNING 00:00:07.658)**

17        Q.   So if you look at Page 7 of this
18    Exhibit 403.

**29. PAGE 71:21 TO 73:11  (RUNNING 00:02:08.315)**

21        Q.   BY MR. FERRALL:  If you see under
22    Section 3.2.5, Definition of Administrative
23    Relationships, and then the second paragraph there
24    says, quote, appearing of an SNMP agent with some
25    arbitrary set of SNMP application entities is
00072:01    called an SNMP community.
02        Do you see that?
03        A.   Yes.
04        Q.   Is that consistent with your definition
05    of SNMP community that you just described?
06        A.   Yeah.  It's more mind-numbing when you
07    see it in words.
08        Q.   I couldn't agree more.
09        A.   Yeah.  It turns out a lot of these
10    things are written to be really obtuse.  They are

```
         20    with respect to what the best CLI command is in any
         21    given instance?
         22         A.   Yes.
```

**19.  PAGE 72:09 TO 73:01  (RUNNING 00:00:53.344)**

```
         09         Q.   What's the benefit to a customer in not
         10    having to operationally retrain its data center
         11    staff?
         12         A.   You keep the U.S. financial system up and
         13    running.
         14         Q.   What do you mean by that?
         15         A.   Because if I screwed it up, I'd crash the
         16    entire New York Stock Exchange, NASDAQ and every
         17    major financial up in the world.  That's what
         18    happens when you screw up on a network device.  The
         19    fundamental difference between a network element and
         20    a server is you crash a server, you lose one device.
         21    I screw up a switch, I lose 48 servers.  I screw up
         22    a routing protocol, I can crash your entire network.
         23    It could bring AT&T down.  That's why you want it
         24    operationally consistent, so you don't cause network
         25    outages and cause financial distress in the global
00073:01    economy.
```

**20.  PAGE 73:07 TO 73:11  (RUNNING 00:00:21.591)**

```
         07         Q.   If Arista went to an investment bank in
         08    the financial services sector and wanted to sell
         09    switches to that bank, couldn't Arista provide
         10    training in a new CLI to that bank as part of its
         11    package to sell new switches?
```

**21.  PAGE 73:15 TO 74:07  (RUNNING 00:00:51.840)**

```
         15         THE WITNESS:  I went driving in
         16    New Zealand six months before I left Arista.  I was
         17    driving on back roads.  It was Christmas Day.  It
         18    was quite fun.
         19         THE REPORTER:  Slow down a little bit.
         20         THE WITNESS:  I turned around a corner and
         21    there was a camper van head-on at me, which way did
         22    I turn?
         23         I turned right like any person driving in
         24    North America or anywhere in the world except about
         25    six countries does, and when I did that I collided
00074:01    head-on with a camper van.  It's muscle memory.  15
         02    to 20 years of engrained expertise typing right map,
         03    typing show config, typing show interface; the same
         04    commands that every vendor in our industry uses.
         05         And, yeah, you don't want to crash head-on
         06    with a camper van; it's in not pretty, messed up my
         07    Ford Fiesta.
```

**22.  PAGE 74:22 TO 74:23  (RUNNING 00:00:04.849)**

```
         22         Q.   Arista could approach Cisco for -- for a
         23    license to its CLI, correct?
```

**23.  PAGE 75:03 TO 75:05  (RUNNING 00:00:04.969)**

```
         03         THE WITNESS:  I suppose they could, but I
         04    kept seeing it called industry standard CLI
         05    everywhere I looked.
```

**24.  PAGE 75:07 TO 75:09  (RUNNING 00:00:05.223)**

```
         07         Q.   Did Arista ever approach Cisco for a
         08    CLI -- for a license to its CLI?
         09         A.   Not to my knowledge.
```

**25. PAGE 75:13 TO 75:18 (RUNNING 00:00:22.765)**

```
13              THE WITNESS:  I was at Cisco when I knew
14  Arista was using a CLI that had a consistent look
15  and feel to the same CLI used largely by
16  Foundry Networks, Xtreme Networks, parts of Juniper
17  Networks, Cisco Systems and a host of other network
18  intel-com providers.
```

**26. PAGE 75:20 TO 75:22 (RUNNING 00:00:08.302)**

```
20          Q.   So you're saying that while you were still
21  employed by Cisco you had knowledge of Arista's CLI?
22          A.   Yes.
```

**27. PAGE 76:12 TO 76:21 (RUNNING 00:00:22.964)**

```
12          Q.   You interacted with a -- an Arista switch
13  while you were employed by Cisco?
14          A.   Yes.
15          Q.   Where did you do that?
16          A.   At a couple customer sites, and I believe
17  we had acquired one of them by then when I was at
18  Cisco.  It was a 7124S, acquired for internal
19  testing.
20          Q.   Where did you see that?
21          A.   It would have been one of the labs.
```

**28. PAGE 76:25 TO 77:02 (RUNNING 00:00:15.577)**

```
25          Q.   When was this that you saw this switch?
00077:01        A.   It would have been in early 2009.  We had
02  a competitive testing lab at Cisco.
```

**29. PAGE 82:20 TO 83:01 (RUNNING 00:00:21.544)**

```
20          Q.   What customers did you speak with
21  regarding Arista's CLI while you were employed at
22  Cisco?
23          A.   Goldman Sachs.  Morgan Stanley.  Merrill
24  Lynch.  I was Cisco's executive sponsor for Morgan
25  Stanley and covered a lot of the financial services
00083:01  market.
```

**30. PAGE 84:04 TO 84:19 (RUNNING 00:00:46.408)**

```
04          Q.   Do you remember what Goldman Sachs told
05  you about the Arista CLI?
06          A.   The similar look and feel.  The majority
07  of the conversation was around the need to get out
08  from under Cisco, that they felt Cisco had a
09  monopoly on their business and that they wanted an
10  alternative vendor in their infrastructure.
11              And then we focused on the latency
12  aspects.  They asked me when I would have a
13  competitive product.
14          Q.   What did you discuss with Morgan Stanley
15  about the --
16          A.   Those three --
17          Q.   -- Arista CLI?
18          A.   Those three were all very consistent.
19  I'll just save you the trouble.
```

**31. PAGE 85:18 TO 86:05 (RUNNING 00:00:36.945)**

```
18          Q.   Did you report the conversations with
19  Goldman Sachs, Morgan Stanley, and Merrill Lynch to
20  anyone else at Cisco?
21          A.   I know I did.  It would have been
22  certainly the sales leads on those teams, who I
23  don't remember who they were at that time.  They
```

Case: 17-2145   Document: 90-5   Filed: 02/12/2018   Page: 133

```
        24  were involved in those conversations and helping me
        25  set them up.
00086:01              Certainly communicated those to
        02  John McCool, Tom Edsall, and some of the folks
        03  running engineering.  I was trying to prioritize a
        04  program we had called Electra that was a low latency
        05  switch coming from Cisco.
```

**32.  PAGE 86:06 TO 86:09  (RUNNING 00:00:11.631)**

```
        06       Q.   Did you -- who did you specifically report
        07  to that Goldman Sachs had said that the Arista CLI
        08  had a similar look and feel to Cisco's CLI?
        09       A.   I don't remember.
```

**33.  PAGE 86:19 TO 86:25  (RUNNING 00:00:23.645)**

```
        19       Q.   I'm sorry.  So I just want to be clear.
        20  Who did you tell at Cisco that Goldman Sachs had
        21  said that the Arista CLI had a similar look and feel
        22  to Cisco's CLI?
        23       A.   I know I told the engineering leads for
        24  the switching group at that time, which would have
        25  been Tom Edsall and John McCool.
```

**34.  PAGE 94:11 TO 96:12  (RUNNING 00:02:36.341)**

```
        11              What did you tell --
        12       A.   Sure.
        13       Q.   -- Arista's sales staff to say about
        14  Arista's CLI as part of their sales pitch?
        15       A.   It's funny; I think this here makes a
        16  bigger deal out of it than we ever did.
        17              It was an objection to be removed; it
        18  wasn't part of selling the product.  We sold the
        19  product based on it being bluntly bigger, faster,
        20  denser, cheaper, lower power and lower latency.
        21  That -- that was the sales pitch.
        22              Initial customer insertion was always --
        23  you know, it was the hardware.  It frustrated me to
        24  no end because I wanted it to be about the software;
        25  Ken Duda wanted it to be about the software, and it
00095:01  was always what Andy did.  It was always bigger,
        02  faster, denser, cheaper, lower power, lower latency
        03  that got us through the door.
        04              Once we were in, we expanded in the
        05  customers' install base because of the reliability
        06  of the operating system.  The familiarity of the
        07  command line ill interpreter removed friction in the
        08  sales process, removed an objection that a customer
        09  would have.  It was almost always the, you know,
        10  Cisco bigot in the account who had a CCIE, Cisco
        11  made his career.  This one guy actually had a --
        12  literally had a credit card open at a bar that every
        13  night he could go drink and the Cisco account team
        14  picked it up every night for him.  And that guy
        15  loved Cisco, rightly so, built his career on them.
        16              And to get that person to say I'm willing
        17  to entertain an additional vendor in my
        18  infrastructure, they would throw lots of obstacles
        19  in your path.  Some real; some not so real.  We
        20  called it FUD, fear, uncertainty, doubt.
        21              They would throw FUD out there to try to
        22  convince everybody else that the decision they were
        23  making was the one that was the right technical
        24  decision for the business that was to stay with
        25  Cisco.
00096:01              We had to have a counter for every element
```

02  of FUD that they would throw.  The analogy I often
03  used was AVIS.  AVIS was number two.  Their motto
04  was:
05          We try harder.
06          You have to displace an incumbent with an
07  80-plus percent market share position.
08          So we did.  We had to have a counter for
09  every bit of FUD.
10          One of the things that customers would
11  throw was, like I indicated earlier, muscle memory,
12  not familiar with the CLI.

**35. PAGE 102:06 TO 102:08  (RUNNING 00:00:10.621)**

06          Q.  I've handed you what's been marked as
07  Exhibit 1101.  It's a one-page document Bates
08  stamped ARISTA NDCA12249249.  You can take whatever

**36. PAGE 102:17 TO 102:20  (RUNNING 00:00:08.782)**

17          Q.  So the e-mail at the bottom of this page
18  is an e-mail dated August 10, 2011, from you.
19          Do you see that?
20          A.  Yes.  Yes, I do.

**37. PAGE 103:02 TO 104:13  (RUNNING 00:01:28.989)**

02          Q.  In this e-mail you write to Sean; that's
03  Sean Hafeez; is that right?
04          A.  Yes.
05          Q.  "Sean, can you get us some screen caps
06  from a Cisco 49XX and an Arista 7XXX that
07  shows same commands being executed on
08  both, such as wr space t, show ver, show
09  int, et cetera?"
10          Do you see that?
11          A.  Yes, I do.
12          Q.  Those are three CLI commands; is that
13  correct?
14          A.  Yes, they are.
15          Q.  Then you go on to say:
16          "Basically, I want to use these to show
17  how similar we are to Cisco's CLI syntax."
18          Do you see that?
19          A.  I absolutely do.
20          Q.  Then you go on to say:
21          "We need these urgently for the Samsung
22  opportunity."
23          Do you see that?
24          A.  Yeah.  Actually, I -- I can see all of it.
25          Q.  When you say:  "The Samsung opportunity,"
00104:01  what were you referring to?
02          A.  There was a sales opportunity at Samsung
03  where, in my conversations with the sales team, the
04  customer raised the objection of muscle memory and
05  familiarity with the command line interpreter and
06  wanted to ensure they would have a low barrier to
07  entry to adopting the Arista technologies in their
08  environment.
09          I don't believe we won that, but I don't
10  have a very clear recollection of that specific
11  opportunity and how it turned out.  I did spend a
12  lot of time with the Asia-PAC customers.  I
13  really -- mostly in financials.

**38. PAGE 110:05 TO 110:05  (RUNNING 00:00:03.116)**

05          Q.  I've handed you what's been marked as

Case: 17-2145    Document: 90-5    Page: 134    Filed: 02/12/2018

**39. PAGE 110:06 TO 110:13 (RUNNING 00:00:31.113)**

    06      Exhibit 1002.  It's Bates stamped ARISTA
    07   NDCA12244290 through 44300.
    08           This is the same e-mail that we just
    09   looked at at the back end, with some additional
    10   e-mails at the front end.
    11      A.   Yes, I concur.
    12      Q.   Okay.  And this time there's also an
    13   attachment at the back.

**40. PAGE 123:02 TO 123:03 (RUNNING 00:00:05.306)**

    02      Q.   Why not just switch to using eAPIs and get
    03   rid of the CLI?

**41. PAGE 123:06 TO 123:18 (RUNNING 00:00:39.176)**

    06           THE WITNESS:  I was waiting for it.
    07           For the same reason this court reporter
    08   here is using his fingers and engaging with the
    09   keyboard.  People type; it's how you troubleshoot
    10   and interact with the system; it's why your laptop
    11   has a keyboard.  Why don't I get rid of your
    12   keyboard?  How functional would you be on your
    13   laptop?  Hard to type e-mails, isn't it?
    14   BY MS. CANDIDO:
    15      Q.   But if the -- if the switches can be
    16   configured by programs, is it necessary to still
    17   have a CLI to configure switches?
    18      A.   You can use a mouse --

**42. PAGE 123:20 TO 124:10 (RUNNING 00:00:46.124)**

    20           THE WITNESS:  You could use a mouse and
    21   click letter by letter all day, but what's faster
    22   and easier for you and what's more familiar?  You
    23   use a keyboard; it's what you're familiar with.  You
    24   don't need a keyboard to interact with your laptop,
    25   but you do it.
 00124:01           By the way, just in the same token, a
    02   really fun prank we used to do on people in college
    03   is you'd go change their keyboard formatting from
    04   English classical American to Dvorak or to Swahili
    05   and then watch them try to type their term papers.
    06   That's what happens if you change the CLI.  All the
    07   keys are still there; they're just not where you
    08   think they are and they're not labeled right.
    09   Muscle memory fails you; you don't get your term
    10   paper done on time.

**43. PAGE 136:22 TO 137:22 (RUNNING 00:01:16.752)**

    22      Q.   Were customers asking for eAPIs in June
    23   2012 timeframe?
    24      A.   Customers were asking for ways to
    25   programatically interface with switches, the big
 00137:01   cloud customers specifically, more so than the
    02   enterprises.
    03      Q.   Can you give me some examples of Arista
    04   customers that were asking for the ability to
    05   programmatically interact with Arista's switches?
    06      A.   Microsoft.  Google.  EBay.
    07           A very good example would be a project we
    08   did -- I can't remember the time frame.  I think it
    09   was 2010, 2011 -- with eBay on Zero Touch
    10   Provisioning.  This is a capability that we built
    11   that would allow a switch, without a human touching
    12   it, actually, to boot up, connect to a network,

```
13    identify where it sat, convey some information about
14    itself to a central server, receive back a
15    configuration file, instantiate that configuration
16    file and add itself to the network without a human
17    touching it.  We built and we called it ZTP, Zero
18    Touch Provisioning.
19            Six months to 12 months thereafter, Cisco
20    came out with POAP, Power On Auto Provisioning,
21    which looks and feels exactly like the same model we
22    did with ZTP.
```

**44. PAGE 142:13 TO 143:05  (RUNNING 00:00:44.499)**

```
13        Q.   Do you recall attending Cisco Live in
14    2011?
15        A.   Absolutely.
16        Q.   Did you obtain a document called an Arista
17    sales playbook at Cisco Live in 2011?
18        A.   I was given a document called
19    Cisco-Arista -- Arista sales playbook, 07/01/2011,
20    yes, while I was at Cisco Live.
21        Q.   Who gave you the Arista sales playbook at
22    Cisco Live?
23        A.   A Cisco technical marketing engineer who
24    was showing off about how they had beat Arista in
25    competitive testing, how they had our number and how
00143:01    they were going to own us and kick us out of the
02    financial trading market.
03        Q.   Do you recall the name of that Cisco sales
04    marketing tech engineer?
05        A.   I believe it was Jaylyn Duncan.
```

**45. PAGE 196:23 TO 197:02  (RUNNING 00:00:16.238)**

```
23        Q.   Were you involved in any way in the Huawei
24    litigation while you were at Cisco related to CLI?
25        A.   I was asked some questions about it, but
00197:01    it wasn't about the CLI.  The Huawei litigation was
02    about source code being stolen.
```

**46. PAGE 197:11 TO 197:15  (RUNNING 00:00:10.903)**

```
11        Q.   And I take it from your prior answer that
12    your involvement in connection with that case did
13    not involve the CLI-related aspects of that case; is
14    that correct?
15        A.   It did not.
```

**47. PAGE 200:05 TO 201:04  (RUNNING 00:01:32.577)**

```
05        Q.   Mr. Gourlay, while you were at Arista, do
06    you recall any customer who bought Arista's switches
07    primarily because its CLI was similar to Cisco's?
08        A.   Primarily, no.  We won, like I was saying
09    initially, it was because we were bigger, faster,
10    denser, cheaper, lower power, lower latency.
11            I mean, I would repeat that like a mantra,
12    which is why I still say it in the same order and
13    cadence every time even seven years later.
14            The -- if we didn't have the CLI look and
15    feel, it was an objection.  But if they were buying
16    primarily -- if they were buying a switch primarily
17    because it had a Cisco's CLI, they'd be buying a
18    Cisco switch.  They weren't buying a Cisco switch;
19    they were buying an Arista switch.
20            There was some other reason they were
21    purchasing it, and initially it was always the
22    hardware, bigger, faster, denser, cheaper, lower
23    power, lower latency, that morphed to subsequent
```

Case: 17-2145    Document: 90-5    Page: 136    Filed: 02/12/2018

```
        24   engagements with that same customer once they
        25   adopted it, being the reliability of the operating
00201:01   system, more rapid patch fixes, you know, process
        02   level restarts and things like that, being why they
        03   maintained and then generally grew that Arista
        04   plant.
```

**48. PAGE 201:13 TO 201:16 (RUNNING 00:00:11.643)**

```
        13        Q.   Is it a fair statement that you have, at
        14   various points today, used the term "creativity" in
        15   connection with discussing the development of CLI
        16   commands?
```

**49. PAGE 201:25 TO 201:25 (RUNNING 00:00:00.676)**

```
        25        A.   I did.
```

**50. PAGE 202:02 TO 202:07 (RUNNING 00:00:17.811)**

```
        02        THE WITNESS:  Today I used the word
        03   "creativity" in the context of the command line,
        04   usually with the intonation and tonality that would
        05   indicate sarcasm at the complete lack of creativity
        06   and innovation that went into the command lines we
        07   often created.
```

**51. PAGE 202:14 TO 202:18 (RUNNING 00:00:19.058)**

```
        14        Q.   And do you recall any time today when you
        15   have used the term "creativity" in conjunction with
        16   the development of CLI commands where you have been
        17   serious as opposed to being joking or -- or -- or
        18   anything along those lines?
```

**52. PAGE 202:21 TO 203:10 (RUNNING 00:00:59.231)**

```
        21        THE WITNESS:  The configuration commands
        22   and CLI commands that we discussed today, there were
        23   5 of them; WR space T, show VER, show INT, XMPP, and
        24   VM Tracer.
        25        I would argue amongst those the VM Tracer
00203:01   one was probably the only one that had any
        02   creativity to it, inasmuch as I had to figure out a
        03   name for the feature.  The other names were
        04   already -- oh, and, sorry, 6th, dot1X.
        05        The others were already named.  They were
        06   already part of industry standards in the IETF and
        07   other well-known open standards bodies or things
        08   like show version, show interface, and WR space T.
        09   I just have a hard time saying that the use of those
        10   was creative in any capacity.
```

**53. PAGE 205:01 TO 205:03 (RUNNING 00:00:09.929)**

```
00205:01   do you recall, during your time at Cisco, any
        02   discussions within Cisco suggesting that it should
        03   prohibit any competitor from having a similar CLI?
```

**54. PAGE 205:05 TO 205:09 (RUNNING 00:00:16.641)**

```
        05        THE WITNESS:  I never remember any
        06   meetings.  I never remember being in any meetings
        07   where we ever discussed the CLI as being, you know,
        08   proprietary to us or preventing other people from
        09   using it.
```

**55. PAGE 205:11 TO 205:15 (RUNNING 00:00:10.509)**

```
        11        Q.   Did Cisco typically tell customers that
        12   its CLI was proprietary to Cisco, during your time
```

Case: 17-2145        Document: 90-5        Page: 137        Filed: 02/12/2018

13   at Cisco?
14        A.   We never told customers it was proprietary
15   to Cisco when I was there.

**56. PAGE 206:02 TO 206:13 (RUNNING 00:00:37.957)**

02        Q.   During your time at Cisco, are you aware
03   of Cisco referring to its CLI as an industry
04   standard?
05        A.   We did in several large bids to government
06   organizations when we wanted to show that we were
07   interoperable and not proprietary.  When the
08   customer was looking for open and interoperability
09   as a key decision-making criteria, we used that
10   exact term.
11        Q.   You may have just answered this, but do
12   you know why Cisco did not tell customers that its
13   CLI was proprietary in the typical case?

**57. PAGE 206:15 TO 206:16 (RUNNING 00:00:02.480)**

15             THE WITNESS:  It's not what we ever
16   ascribed value to.

**58. PAGE 209:10 TO 209:11 (RUNNING 00:00:06.994)**

10        Q.   Did the testing of competitor products in
11   Cisco's labs typically involve use of their CLIs?

**59. PAGE 209:13 TO 209:14 (RUNNING 00:00:01.914)**

13             THE WITNESS:  It's the only way to test
14   it.

**60. PAGE 211:12 TO 211:16 (RUNNING 00:00:18.811)**

12             Putting aside whether or not a Cisco
13   employee would necessarily have had to have used the
14   CLI to test the device, do you have any personal
15   knowledge that when Cisco employees, in fact, tested
16   devices they were using the CLI?

**61. PAGE 211:18 TO 211:23 (RUNNING 00:00:18.017)**

18             THE WITNESS:  Yes.  I have personal
19   knowledge because the competitive testing reports
20   that we saw on Cisco versus Arista had the output of
21   the Arista CLI in the competitive testing report.
22             And the same for every other vendor we
23   tested.

**62. PAGE 217:04 TO 217:06 (RUNNING 00:00:08.742)**

04        Q.   You agree that one of the bases for your
05   view that the CLI is not valuable is that Cisco has
06   not filed IP filings to protect it, correct?

**63. PAGE 217:08 TO 217:09 (RUNNING 00:00:02.620)**

08             THE WITNESS:  That is one of the factors,
09   yes.

**64. PAGE 219:09 TO 219:14 (RUNNING 00:00:12.184)**

09        Q.   My question is related to whether you were
10   aware that Cisco sued Huawei, in part, for Huawei's
11   copyright infringement of Cisco's CLI in that
12   lawsuit?
13        A.   We never discussed it internally that I
14   know of.

Case: 17-2145     Document: 90-5     Page: 138     Filed: 02/12/2018

**Appx63490**

 **Cato 30(b)(6), Gavin (Vol. 01) - 05/20/2016**     1 CLIP  (RUNNING 00:17:08.906)



CATO_ALL                     56 SEGMENTS  (RUNNING 00:17:08.906)     

**1. PAGE 10:13 TO 10:20  (RUNNING 00:00:10.010)**

```
13      Q.   Would you please state your name for the
14 record.
15      A.   Gavin Richard Cato.
16      Q.   Where do you work?
17      A.   Dell.
18      Q.   And what is your title?
19      A.   Vice president of development and
20 engineering.
```

**2. PAGE 11:16 TO 11:18  (RUNNING 00:00:03.619)**

```
16      Q.   Does Dell make and sell Ethernet
17 switches?
18      A.   Yes.
```

**3. PAGE 11:22 TO 12:14  (RUNNING 00:00:44.143)**

```
22           Is Dell a competitor of Cisco?
23      A.   Yes.
24      Q.   In what markets does Dell compete
25 directly with Cisco?
00012:01      A.   Dell would compete in converged solutions
02 and the campus solutions and the data center
03 solutions.
04      Q.   And does that include switches?
05      A.   It includes switches.
06      Q.   Is Dell a competitor of Arista?
07      A.   Dell is a competitor of Arista.
08      Q.   In what markets does Dell compete with
09 Arista?
10      A.   Primarily, competes with Arista in the
11 data center market.
12      Q.   And, again, that would include switches;
13 is that correct?
14      A.   Yes.
```

**4. PAGE 28:20 TO 29:03  (RUNNING 00:00:24.656)**

```
20 you -- but have you become knowledgeable about the
21 CLI supported on Dell's Ethernet switches, since
22 joining the company in 2013?
23      A.   In general, yes.
24      Q.   Do you have any responsibilities at Dell
25 with respect to the CLI?
00029:01      A.   I have responsibility for the teams that
02 do the development of the products and solutions,
03 which would include the CLI development.
```

**5. PAGE 35:04 TO 35:07  (RUNNING 00:00:10.655)**

```
04 did you become aware -- have you become aware of
05 similarities between the CLI supported by Dell's
06 Ethernet routers and switches and the CLI supported
07 by Cisco's routers and switches?
```

**6. PAGE 35:10 TO 35:14  (RUNNING 00:00:08.348)**

```
10           THE DEPONENT:  I have become familiar
```

Case: 17-2145     Document: 90-5     Page: 139     Filed: 02/12/2018

Case: 17-2145   Document: 90-5   Page: 140   Filed: 02/12/2018

```
11  with the fact that there's similarity --
12  similarities between the CLIs.
13       Q.   (By Ms. McCloskey)  What are those
14  similarities?
```

**7. PAGE 35:17 TO 35:25  (RUNNING 00:00:33.149)**

```
17           THE DEPONENT:  There's -- there's
18  similarities in terms of overall, I guess,
19  structure --
20       Q.   (By Ms. McCloskey)  Uh-huh.
21       A.   -- of -- of what a CLI generally looks
22  like versus a bunch of dashes, dots.  It's a
23  generalized set of expected configurations and
24  parameters that a customer would need to know for a
25  network switch.
```

**8. PAGE 36:01 TO 36:08  (RUNNING 00:00:26.449)**

```
00036:01       Q.   What do you mean by expected
02  configurations?
03       A.   If you have a VLAN, then everybody --
04  there's an expectation that a VLAN and the
05  terminology around VLAN will somewhere appear in
06  the CLI along with the parameters necessary to
07  structure VLAN so that it interoperates across
08  multiple switches.
```

**9. PAGE 37:18 TO 37:20  (RUNNING 00:00:07.568)**

```
18       Q.   Do customers generally expect the Dell
19  CLI to support familiar command modes and
20  their assoc- -- and their associated prompts?
```

**10. PAGE 37:23 TO 38:05  (RUNNING 00:00:28.069)**

```
23           THE DEPONENT:  Customers expect Dell to
24  support command modes and ensure that those command
25  modes are -- are familiar with their technicians.
00038:01       Q.   (By Ms. McCloskey)  How do you know that?
02       A.   Because any time we create command modes,
03  we go and we make sure that the -- the
04  documentation and customers are trained so that
05  they can operate the switches.
```

**11. PAGE 38:06 TO 38:14  (RUNNING 00:00:32.284)**

```
06       Q.   Would it be accurate to say that the
07  command mode supported by the Dell CLI are also
08  dictated by customer expectations?
09       A.   The command mode supported by Dell
10  switches are dictated by customer expectations, as
11  well as our analysis of best practices for
12  implementation of the functionality are the most
13  efficient means of implementation of the
14  functionality.
```

**12. PAGE 39:04 TO 39:16  (RUNNING 00:00:43.999)**

```
04       Q.   Okay.  Do customers -- in your
05  experience, do customers expect the Dell CLI to
06  support any particular command syntax?
07       A.   I'm aware that customers have
08  requirements, hard -- sometimes hard requirements
09  for support of particular commands and command
10  modes and sequences of CLIs.
11       Q.   What kind of hard requirements have you
12  become aware of?
13       A.   I've -- I've seen the hard requirements
14  in terms of you need to support this particular way
```

```
       09      Q.  I see.
       10      A.  -- touch it.
```

**24. PAGE 62:24 TO 63:03 (RUNNING 00:00:09.821)**

```
       24      Q.  (By Ms. McCloskey)  Is it your
       25 understanding that Dell uses many CLI commands that
00063:01 are also supported by other networking equipment
       02 vendors in the industry?
       03      A.  Yes.
```

**25. PAGE 63:05 TO 63:10 (RUNNING 00:00:21.561)**

```
       05      Q.  (By Ms. McCloskey)  How do you know that?
       06      A.  Because it's an industry standard.
       07      Q.  Do you have an understanding as to
       08 whether Cisco uses many CLI commands that are also
       09 supported by other networking equipment vendors in
       10 the industry?
```

**26. PAGE 63:13 TO 63:16 (RUNNING 00:00:09.367)**

```
       13          THE DEPONENT:  I'm aware that some of
       14 their commands are consistent with other vendors.
       15      Q.  (By Ms. McCloskey)  How do you know that?
       16      A.  Because they're industry standard.
```

**27. PAGE 64:09 TO 64:21 (RUNNING 00:00:34.255)**

```
       09      Q.  (By Ms. McCloskey)  Are you aware of
       10 other vendors with whom Dell's CLI commands
       11 overlap?
       12      A.  Yes.
       13      Q.  Which vendors?
       14      A.  Anybody that uses that same industry
       15 standard.  So it would be Arista.  I believe
       16 Juniper. Extreme. Enterasys. Anybody that uses
       17 the Broadcom, PowerConnect software or Level --
       18 Level 7 software.
       19      Q.  So many vendors use the industry-standard
       20 CLI demands?
       21      A.  Yes.
```

**28. PAGE 64:24 TO 65:02 (RUNNING 00:00:11.636)**

```
       24      Q.  (By Ms. McCloskey)  Has -- has Dell ever
       25 considered whether it was somehow wrong to use CLI
00065:01 commands that are also supported by Cisco?
       02      A.  No.
```

**29. PAGE 65:05 TO 65:08 (RUNNING 00:00:06.958)**

```
       05      Q.  (By Ms. McCloskey)  Is it fair to say
       06 that if Dell thought that it was wrong to use a
       07 certain CLI command, it wouldn't use it?
       08      A.  Yes.
```

**30. PAGE 65:10 TO 65:13 (RUNNING 00:00:06.463)**

```
       10      Q.  (By Ms. McCloskey)  Is it fair to say
       11 that if Dell thought it was illegal to use a
       12 certain CLI command, it wouldn't use it?
       13      A.  Yes.
```

**31. PAGE 69:06 TO 69:07 (RUNNING 00:00:04.332)**

```
       06      Q.  (By Ms. McCloskey)  Has Dell ever asked
       07 Cisco for permission to use any CLI command?
```

**32. PAGE 69:09 TO 69:13 (RUNNING 00:00:09.451)**

```
       09          THE DEPONENT:  Not that I'm aware of.
```

Appx63498

leftverticalCase: 17-2145    Document: 90-5    Page: 142    Filed: 02/12/2018

# Cisco v Arista

```
       10      Q.   (By Ms. McCloskey)  Are you aware that
       11  Dell ever thought that it needed permission from
       12  Cisco to use any CLI command?
       13           THE DEPONENT:  Not that I'm aware of.
```

**33. PAGE 71:17 TO 71:21 (RUNNING 00:00:10.367)**

```
       17      Q.   (By Ms. McCloskey)  Has Cisco ever
       18  indicated to Dell that it would take legal action
       19  against Dell as a result of Dell's use of
       20  industry-standard commands?
       21      A.   Not that I'm aware of.
```

**34. PAGE 79:09 TO 79:11 (RUNNING 00:00:06.431)**

```
       09      Q.   (By Ms. McCloskey)  Does Dell generally
       10  market or advertise to its customers that it
       11  supports an industry-standard CLI?
```

**35. PAGE 79:13 TO 79:13 (RUNNING 00:00:00.479)**

```
       13           THE DEPONENT:  Yes.
```

**36. PAGE 87:21 TO 87:23 (RUNNING 00:00:05.819)**

```
       21      Q.   (By Ms. McCloskey)  Do you have an
       22  understanding, based on your experience, what this
       23  document means by a Cisco-like CLI?
```

**37. PAGE 88:01 TO 88:09 (RUNNING 00:00:23.970)**

```
 00088:01           THE DEPONENT:  I believe it would
       02  probably be marketing to a Cisco customer.  And if
       03  we were marketing to an Arista customer, we would
       04  say Arista-like CLI, or if we were marketing to an
       05  Extreme customer, we'd say Extreme-like CLI.
       06      Q.   (By Ms. McCloskey)  So you think that
       07  there are different documents prepared depending on
       08  who the -- the current customer, what vendor they
       09  use?
```

**38. PAGE 88:11 TO 88:14 (RUNNING 00:00:06.585)**

```
       11           THE DEPONENT:  I assume that this would
       12  be -- I would assume that you would target your
       13  marketing documentation to who you were trying to
       14  sell to.
```

**39. PAGE 88:16 TO 88:19 (RUNNING 00:00:08.259)**

```
       16      Q.   (By Ms. McCloskey)  And so is this use of
       17  Cisco-like CLI, does it encompass in any way the
       18  industry standard CLI that we've been discussing
       19  today?
```

**40. PAGE 88:22 TO 88:24 (RUNNING 00:00:06.412)**

```
       22           THE DEPONENT:  I would believe that it
       23  is -- it would be a subset of the industry-standard
       24  CLI.
```

**41. PAGE 88:25 TO 89:08 (RUNNING 00:00:31.471)**

```
       25      Q.   (By Ms. McCloskey)  What do you mean by a
 00089:01  subset of the industry-standard CLI?
       02      A.   I would believe that the industry, as a
       03  whole, has -- continues to evolve what's considered
       04  a standard for the industry and that the various
       05  experiences and technologies contribute to what
       06  that becomes and evolves to.  So a subset would
       07  be -- there -- there are industry standards that
       08  Cisco may choose not to implement.
```

footer**CONFIDENTIAL**                                                    page 6

**Appx63499**

**42. PAGE 89:09 TO 89:15 (RUNNING 00:00:18.329)**

```
09      Q.  We've talked about industry standard
10  today.
11          How do you know when a command is an
12  industry-standard command?
13      A.  Where it starts to become a common
14  request from customers and a common -- commonly
15  used command or interface.
```

**43. PAGE 91:08 TO 91:10 (RUNNING 00:00:07.002)**

```
08      Q.  (By Ms. McCloskey)  Can you point out to
09  me one or two commands that you would include in
10  the industry-standard CLI?
```

**44. PAGE 91:12 TO 91:22 (RUNNING 00:00:28.759)**

```
12          THE DEPONENT:  Show version.
13      Q.  (By Ms. McCloskey)  How do you know that
14  that's an industry standard command?
15      A.  Because if I go to any of my engineers
16  coming in from any company and they've had any
17  industry experience, they know that show version,
18  and they know what will result when they type
19  show version.
20      Q.  Do you associate show version with any
21  particular vendor?
22      A.  No.
```

**45. PAGE 93:09 TO 93:10 (RUNNING 00:00:03.999)**

```
09          Is it accurate that Dell still supports
10  the industry-standard CLI?
```

**46. PAGE 93:13 TO 93:16 (RUNNING 00:00:06.668)**

```
13          THE DEPONENT:  Yes.
14      Q.  (By Ms. McCloskey)  Is it your
15  understanding that Force10 supported the industry
16  standard CLI?
```

**47. PAGE 93:19 TO 93:19 (RUNNING 00:00:00.987)**

```
19          THE DEPONENT:  That's my understanding.
```

**48. PAGE 110:11 TO 110:12 (RUNNING 00:00:06.407)**

```
11          Were you surprised to see that Cisco had
12  sued Arista relating to its use of the -- of CLI?
```

**49. PAGE 110:14 TO 110:15 (RUNNING 00:00:03.258)**

```
14          THE DEPONENT:  I -- I don't think
15  anything surprises me, no.
```

**50. PAGE 112:02 TO 112:03 (RUNNING 00:00:01.901)**

```
02      Q.  Okay.  Now, sir, you're not a lawyer,
03  correct?
```

**51. PAGE 112:07 TO 112:08 (RUNNING 00:00:03.881)**

```
07          THE DEPONENT:  I am not -- I am not a
08  lawyer, and it is correct that I am not a lawyer.
```

**52. PAGE 112:10 TO 113:21 (RUNNING 00:01:31.199)**

```
10      Q.  (By Mr. Holmes)  Do you have any training
11  in copyright law?
12      A.  I do not.  I -- I -- I have training in
13  copyright law from the standpoint of -- from an
14  engineering side, we receive legal training in
```

Case: 17-2145    Document: 90-5    Filed: 02/12/2018    Page: 144

```
      15  terms of the do's and don'ts for the -- the
      16  employees, as a whole, yes.
      17      Q.  Okay.  And so as an employee at Dell, do
      18  you receive these do's and don'ts from other
      19  employees at Dell?
      20      A.  We receive them from the legal team at
      21  Dell.
      22      Q.  And do you know how often you receive
      23  them?
      24      A.  We receive them, at a minimum, on an
      25  annual basis, but usually a couple times a year.
00113:01      Q.  Would you agree with me that Dell
      02  respects the intellectual property -- property
      03  rights of its competitors?
      04      A.  Absolutely.
      05      Q.  And you would agree with me that Dell
      06  wouldn't take another company's intellectual
      07  property without getting permission, right?
      08      A.  Correct.
      09      Q.  Now, sir, you testified earlier, if I
      10  recall correctly, that, in your opinion, there may
      11  be some similarities between Cisco's CLI commands
      12  and Dell's CLI commands.
      13          Do you remember that?
      14      A.  Yes.
      15      Q.  Now -- but, sir, your -- you weren't
      16  testifying that Dell copied Cisco, correct?
      17      A.  No, sir.
      18      Q.  So it's not your testimony today, as a
      19  corporate representative of Dell, that Dell has
      20  copied Cisco's CLI, correct?
      21      A.  No.
```

**53. PAGE 114:04 TO 114:16 (RUNNING 00:00:26.864)**

```
      04      Q.  And when you've provided testimony
      05  earlier that you have an understanding that -- that
      06  other competitors in the routing and switching
      07  market may use certain aspects of an industry
      08  standard, you weren't suggesting that those
      09  companies copied Cisco, right?
      10      A.  I'm not suggesting that those companies
      11  copied Cisco.
      12      Q.  And as you sit here today, as a
      13  representative of Dell, you don't have any
      14  information as to whether or not those other
      15  companies copied Cisco's CLI, correct?
      16      A.  Correct.
```

**54. PAGE 116:23 TO 116:24 (RUNNING 00:00:04.800)**

```
      23      Q.  (By Mr. Holmes)  Sir, does Dell have any
      24  of its own proprietary CLI commands?
```

**55. PAGE 117:06 TO 117:07 (RUNNING 00:00:04.051)**

```
      06          THE DEPONENT:  We have CLI commands that
      07  other people have not implemented.
```

**56. PAGE 122:07 TO 122:17 (RUNNING 00:00:13.275)**

```
      07      Q.  Sir, we discussed a company called
      08  Force10 today.
      09          Do you remember that?
      10      A.  Yes, sir.
      11      Q.  And you're not here as a
      12  representative -- corporate representative of
      13  Force10, are you?
      14      A.  I am not.
```

```
15     Q.   And you don't work for Force10 currently,
16  right?
17     A.   I work for Dell.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:17:08.906)**

Case: 17-2145    Document: 90-5    Page: 145    Filed: 02/12/2018

# United States Court of Appeals
## for the Federal Circuit

*Cisco Systems, Inc. v. Arista Networks, Inc.*, 2017-2145

## CERTIFICATE OF SERVICE

I, Kathleen M. Sullivan, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

On **February 12, 2018** I electronically filed the foregoing **Joint Appendix (Confidential and Non-Confidential versions)** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including any of the following:

> ROBERT A. VAN NEST
> BRIAN L. FERRALL
> DAVID J. SILBERT
> STEVEN A. HIRSCH
> MICHAEL KWUN
> RYAN WONG
> ELIZABETH K. MCCLOSKEY
> KEKER, VAN NEST & PETERS LLP
> 633 Battery Street
> San Francisco, CA 94111
> (415) 391-5400
> Attorneys for Defendant-Appellee

Additionally, pursuant to an agreement between the parties, the confidential version will be served via email on the above counsel on this date with paper confidential copies being mailed to the above principal counsel at the time paper copies are sent to the Court.

     Upon acceptance by the Court of the e-filed document, six paper confidential copies will be filed with the Court and two paper confidential copies served within the time provided in the Court's rules.

February 12, 2018                                        /s/ Kathleen M. Sullivan