# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant-Appellee. | No. 2017-2145 |

**PLAINTIFF-APPELLANT'S CERTIFICATE OF COMPLIANCE WITH FED. CIR. R. 30(h)(1)(B)**

Plaintiff-Appellant Cisco Systems, Inc. ("Cisco") respectfully certifies that it has complied with Fed. Cir. R. 30(h)(1)(B) by reviewing the record to determine whether protected portions need to remain protected on appeal. Cisco concludes that the protected portions of the record need to remain protected on appeal.

Dated: February 12, 2018

Respectfully submitted,

By: */s/ Kathleen M. Sullivan*
Kathleen M. Sullivan
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
kathleensullivan@quinnemanuel.com

*Attorney for Plaintiff-Appellant*

# **CERTIFICATE OF INTEREST**

Counsel for Plaintiff-Appellant Cisco Systems, Inc. certifies the following:

**1.    The full name of every party or amicus represented by me is:**

Cisco Systems, Inc.

**2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:**

N/A

**3.    All parent corporations and any publicly held companies that own 10% or more of the stock of the party or amicus curiae represented by me are:**

None.

**4.    The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or are expected to appear in this court are:**

<u>Quinn Emanuel Urquhart & Sullivan, LLP:</u>  Carl G. Anderson; Todd Anten; Amy H. Candido; Matthew Cannon; Steven C. Cherny (previously of Kirkland & Ellis LLP); Andrew M. Holmes; David A. Nelson; Jason L. Liu; John M. Neukom; Jordan R. Jaffe; Sara E. Jenkins; Peter A. Klivans; Sean S. Pak; Owen Roberts; Kathleen M. Sullivan; Kenneth K. Suh; Lance L. Yang; Mark Y. Tung

<u>Desmarais LLP:</u>  Tom BenGera; Paul A. Bondor; John M. Desmarais; Brian Leary; Tamir Packin; Michael R. Rhodes

<u>Kirkland & Ellis LLP</u>:  Adam R. Alper; Michael W. De Vries; Brian P. Gearing; Alan S. Kellman; Joshua L. Simmons; Michael A. Wueste

<u>Covington & Burling LLP</u>:  Phillip H. Warren

<u>Boise, Schiller & Flexner</u>:  Richard A. Feinstein

**5.    The title and number of any case known to counsel to be pending in this any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal:**

*Arista Networks, Inc. v. Cisco Systems, Inc.*, No. 5:16-cv-00923-BLF (N.D. Cal.) (Freeman, J.).

Dated:  February 12, 2018               Respectfully submitted,

By: */s/ Kathleen M. Sullivan*
Kathleen M. Sullivan
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
kathleensullivan@quinnemanuel.com

*Attorney for Plaintiff-Appellant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 12, 2018, I electronically filed the foregoing PLAINTIFF-APPELLANT'S CERTIFICATE OF COMPLIANCE WITH FED. CIR. R. 30(h)(1)(B) with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Kathleen M. Sullivan*
Kathleen M. Sullivan