# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>    Plaintiff-Appellant,<br><br>    v.<br><br>ARISTA NETWORKS, INC.,<br><br>    Defendant-Appellee. | No. 2017-2145 |

## DEFENDANT-APPELLEE'S CERTIFICATE OF COMPLIANCE
## WITH FED. CIR. R. 30(h)(1)(B)

Defendant-Appellee Arista Networks, Inc. ("Arista") respectfully certifies that it has complied with Fed. Cir. R. 30(h)(1)(B) by reviewing the record to determine whether protected portions need to remain protected on appeal. Arista concludes that the protected portions of the record need to remain protected on appeal.

Dated: February 14, 2018   Respectfully submitted,

                  s/Steven A. Hirsch
                  STEVEN A. HIRSCH
                  KEKER & VAN NEST LLP
                  633 Battery Street
                  San Francisco, CA 94111-1809
                  Telephone: 415 391 5400
                  Facsimile: 415 397 7188

                  *Attorneys for Defendant-Appellee*
                  *ARISTA NETWORKS, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/Steven A. Hirsch
STEVEN A. HIRSCH

1246425.01