# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant-Appellee. | No. 2017-2145 |

## JOINT FEDERAL CIRCUIT RULE 33(a)(2)(A) STATEMENT

Plaintiff-Appellant Cisco Systems, Inc. and Defendant-Appellee Arista Networks, Inc. respectfully notify the Court that, through counsel, they have complied with Federal Circuit Rule 33(a)(2)(A).

Dated: February 16, 2018

Respectfully submitted,

By: */s/ Kathleen M. Sullivan*
Kathleen M. Sullivan
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
kathleensullivan@quinnemanuel.com

*Attorney for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 16, 2018, I electronically filed the foregoing Joint Federal Circuit Rule 33(a)(2)(A) Statement with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                              */s/ Kathleen M. Sullivan*
                                              Kathleen M. Sullivan