

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Robert A. Van Nest**
(415) 391-5400
rvannest@keker.com

February 26, 2018

**BY CM/ECF**

Mr. Peter R. Marksteiner
Clerk of the Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

Re:   *Cisco Systems, Inc. v. Arista Networks, Inc.*
      No. 2017-2145

Dear Mr. Marksteiner:

I represent appellee Arista Networks, Inc. in the above-referenced appeal, which has been fully briefed. I write to request that oral argument **not** be set on the following dates due to my unavailability.

    April 30-May 4, 2018

    August 8-10, 2018

Very truly yours,

KEKER, VAN NEST & PETERS LLP

s/Robert A. Van Nest

Robert A. Van Nest

cc:   All Counsel by CM/ECF

1261377.01