# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. 17-2145

---

CISCO SYSTEMS, INC.,

*Plaintiff-Appellant,*

v.

ARISTA NETWORKS, INC.,

*Defendant-Appellee.*

---

## UPDATED ENTRY OF APPEARANCE

Please enter my appearance:

☐ Pro Se

[X] As counsel for: **Public Knowledge**

I am, or the party I represent is:

| | | | |
|---|---|---|---|
| ☐ Petitioner | ☐ Respondent | [X] Amicus curiae | ☐ Cross Appellant |
| ☐ Appellant | ☐ Appellee | ☐ Intervenor | |

As amicus curiae or intervenor, this party supports:

☐ Petitioner or appellant    [X] Respondent or appellee

My name and telephone are:

    Name:               Charles Duan
    Law firm:          R Street Institute
    Address:          1212 New York Ave NW Suite 900
    City, State, ZIP:  Washington, DC 20005
    Telephone:       (202) 525-5717
    E-mail address:  cduan@rstreet.org

*(Continued next page)*

Statement to be completed by counsel only:

[X]  I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ]  I am replacing ⎯⎯⎯⎯⎯⎯⎯⎯ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ]  I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): **November 28, 2011**

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes  [X] No

[ ]  A courtroom accessible to the handicapped is required if oral argument is scheduled.

Dated: March 2, 2018　　　　　*/s/ Charles Duan*
　　　　　　　　　　　　　　　Charles Duan

# CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2018, I caused the foregoing **Updated Entry of Appearance** to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all counsel of record.

Dated: March 2, 2018

/s/ *Charles Duan*
Charles Duan
*Counsel for amicus curiae*