**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 | FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7327**

WRITER'S INTERNET ADDRESS
kathleensullivan@quinnemanuel.com

March 2, 2018

**VIA CM/ECF**

Col. Peter R. Marksteiner
Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

Re:   No. 2017-2145, *Cisco Systems, Inc. v. Arista Networks, Inc.*

Dear Col. Marksteiner:

I represent Plaintiff-Appellant Cisco Systems, Inc., and write to inform the Court that I will be unavailable for oral argument on May 2-4, 2018 and to respectfully request that oral argument in this case not be set for the same or adjacent days as oral argument in *FWP IP ApS v. Biogen MA, Inc.* (Fed. Cir. No. 17-2109).

On May 3, I have a scheduled final pretrial conference in the Northern District of California in *Apple Inc. v. Samsung Electronics Co.* (No. 11-cv-01846), which will require travel May 2 and May 4.

I will orally argue the *FWP IP ApS* case when it is set for argument. I therefore respectfully request that argument in this case and the *FWP IP ApS* case not be scheduled for the same or adjacent days.

Thank you for your consideration.

Very truly yours,

*/s/ Kathleen M. Sullivan*

Kathleen M. Sullivan

cc:   Counsel of Record

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS