NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CISCO SYSTEMS, INC.,**
*Plaintiff-Appellant*

v.

**ARISTA NETWORKS, INC.,**
*Defendant-Appellee*

---

2017-2145

---

Appeal from the United States District Court for the Northern District of California in No. 5:14-cv-05344-BLF, Judge Beth Labson Freeman.

---

**ON MOTION**

---

Before PROST, *Chief Judge,* DYK and TARANTO, *Circuit Judges.*

PER CURIAM.

**O R D E R**

Appellant Cisco Systems, Inc. and Appellee Arista Networks, Inc. jointly move to remand this action to the district court for the limited purpose of allowing the court

to vacate the judgment in this action in light of the parties' settlement of the pending litigation between them.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that this case is remanded to the United States District Court for the Northern District of California.

FOR THE COURT

September 10, 2018  /s/ Peter R. Marksteiner
Date              Peter R. Marksteiner
                  Clerk of Court

ISSUED AS A MANDATE: September 10, 2018